**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Joseph F. Southron, Esq. of Southron Firm, P.A., hereby appears in the above-captioned case as counsel on behalf of Wilmington Savings Fund Society, FSB, solely as Trustee for Residential Mortgage Aggregation Trust, and Toorak Capital Partners LLC. Undersigned counsel hereby respectfully requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

1

Joseph F. Southron
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Telephone: (813) 773-5105
Fax: (813) 773-5103
E-Mail: joe@southronfirm.com
Secondary E-Mail: eservice@southronfirm.com

Dated: <u>June 30, 2026.</u>

Respectfully Submitted,

<u>/s/ Joseph F. Southron</u>
Joseph F. Southron
Florida Bar Number: 122109
E-Mail: joe@southronfirm.com
S/E: eservice@southronfirm.com
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Telephone: (813) 773-5105
Fax: (813) 773-5103

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed the foregoing Notice of Appearance with the Court via CM/ECF system, which will send notification of such filing to all registered users in this case.

<u>/s/ Joseph F. Southron</u>
Joseph F. Southron
Florida Bar Number: 122109
For the Firm