UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              Case No. 26-01636-CPM
                                                        Chapter 11
RAD Diversified REIT, Inc.,

                    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 1 2026</u>, I served the foregoing document described as the **Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay** *Re: 249 E. Haines St., Philadelphia, PA 19144; 4994 W. Thompson St., Philadelphia, PA 19131; 12526 N. 19th St., Philadelphia, PA 19132; 5821 Chester Ave., Philadelphia, PA 19143 Filed by Creditor Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A* **[D.E. 679]**, by electronic ECF notification via U.S. Bankruptcy Court's CM/ECF system and/or by U.S. Mail, on the following parties:

**<u>VIA CM/ECF:</u>**

Jessey James Krehl
jessey@packlaw.com
*(Attorney for Debtor)*

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV
*(U.S. Trustee)*

John D Elrod
elrodj@gtlaw.com
*(Attorney Creditor Committee)*

Joseph A Pack
Joe@packlaw.com
*(Attorney for Debtor)*

Nicole Peair
Nicole.W.Peair@USdoj.gov
*(Counsel for U. S. Trustee)*

Danielle S Kemp
kempd@gtlaw.com
*(Attorney Creditor Committee)*

**<u>VIA U.S. MAIL:</u>**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688
*(Debtor)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: <u>July 1, 2026</u>                          Respectfully submitted,

                                                   By: */s/ Christian Savio*
                                                       CHRISTIAN SAVIO
                                                       *Authorized Agent for Creditor*

4994 W Thompson St., Philadelphia, PA 19131