ORDERED.

**Dated:  July 02, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

RAD Diversified REIT, Inc.,

     Debtor.

_____/

Case No.  8:26-bk-01636-CPM
Chapter 11

## ORDER SETTING FINAL PRETRIAL AND SCHEDULING TRIAL

The Court will conduct a trial in this case during the three-day trial term beginning on September 28, 2026, at 9:00 a.m., before the Honorable Luis Ernesto Rivera II in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, on the following matters:

*Motion for Relief from Stay* Re: 12748 Lake Vista Dr, Gibsonton, FL 33534 filed by U.S. Bank Trust National Association (Doc. No. 212), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 444);

*Motion for Relief from Stay* Re: 1804 W Albanus Street, Philadelphia, PA 19141 filed by Wilmington Savings Fund Society (Doc. No. 213), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 445);

*Motion for Relief from Stay* Re: 1764 N Aberdeen Street, Philadelphia, PA 19131 filed by Wilmington Savings Fund

Society (Doc. No. 218), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 447);

*Motion for Relief from Stay* Re: 1931 W Airdrie Street, Philadelphia, PA 19140 filed by Wilmington Savings Fund Society (Doc. No. 219), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 448);

*Motion for Relief from Stay* Re: 3827 N Fairhill Street, Philadelphia, PA 19140 filed by Wilmington Savings Fund Society (Doc. No. 220), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 449);

*Motion for Relief from Stay* Re: 2067 E Chelten Avenue, Philadelphia, PA 19138 filed by Wilmington Savings Fund Society (Doc. No. 221), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 450);

*Motion for Relief from Stay* Re: 1353 Sellers Street, Philadelphia, PA 19124 filed by Wilmington Savings Fund Society (Doc. No. 222), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 451);

*Motion for Relief from Stay* Re: 622 Main Street, Sewell, NJ 08080 filed by Wilmington Savings Fund Society (Doc. No. 223), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 452);

*Motion for Relief from Stay* Re: 1808 Fox Circle, Clearwater, FL 33764 filed by Wilmington Savings Fund Society (Doc. No. 241), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 453);

*Motion for Relief from Stay* Re: 11639 Belle Haven Dr., New Port Richey, FL 34654 filed by Wilmington Savings Fund Society, (Doc. No. 242), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 454);

*Motion for Relief from Stay* Re: 824 S 58th St, Philadelphia, PA 19143 filed by Metropolitan Life Insurance Company (Doc. No. 348), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 520);

*Motion for Relief from Stay* Re: 5509 Bloyd Street, Philadelphia, PA 19138 filed by NWL Company, LLC (Doc. No. 350), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 521);

*Motion for Relief from Stay* Re: 1336 Argus Road, Camden, NJ 08104 filed by NWL Company, LLC (Doc. No. 351), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 523);

*Motion for Relief from Stay* Re: 2120 West Spencer Street, Philadelphia, PA 19138 filed by J.P. Morgan Mortgage Trust (Doc. No. 352), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 524); and

*Motion for Relief from Stay* Re: 3517 W Allegheny Ave, Philadelphia, PA 19132 filed by U.S. Bank National Association (Doc. No. 357), and Response filed by Debtor RAD Diversified REIT, Inc. (Doc. No. 522).

Accordingly, it is

**ORDERED:**

1.  ***Final Pretrial***. The Court will conduct a Final Pretrial Conference on August 26, 2026, at 11:30 a.m., by Zoom Only. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

2.  ***Witness List***. The parties must exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

3.  ***Joint Stipulation of Undisputed Facts***. The parties must meet in person or by video to prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. The stipulation must be filed no later than seven days before the date set for trial.

4.  ***Exhibits***. Parties must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits no later than seven days before the date set for trial.

      a.    ***Objections to Authenticity***. Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

      b.    ***Self−Authentication***. If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

5.    ***Discovery Cutoff***. Parties must complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

6.    ***Discovery Disputes***. The parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

7.    ***Meet and Confer Requirement***. Counsel for all parties must confer within seven days prior to the trial and seek in good faith to settle the case.

**<u>Avoid Delays</u>**. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Attorney Jessey James Krehl is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.