**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

RAD Diversified REIT, Inc.,

              Debtor.               /

Case No.: 8:26-bk-01636-CPM

Chapter 11

Judge: Catherine Peek McEwen

### MOTION TO CONTINUE HEARING ON SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY [D.E. 143]

COMES NOW, Kiavi Funding Inc., hereinafter referred to as "Secured Creditor", by and through its attorney, to request this Court continue the hearing on Secured Creditor's Motion for Relief from Stay [D.E. 143] and states:

1. The hearing on the Motion for Relief from Stay [D.E. 143] has been scheduled for July 14th, 2026 at 3:30 P.M.

2. Undersigned counsel has a personal conflict on July 14th , 2026 and will not be able to appear at the hearing.

WHEREFORE, Kiavi Funding Inc., respectfully requests that this Court continue the hearing on Secured Creditor's Motion for Relief from Stay [D.E. 143] to the next available date.

DATED this 6th day of July 2026.

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to

the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this

6th day of July 2026:

<u>/S/ Seth J. Greenhill</u>
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 8:26-bk-01636-CPM)**

*Debtor*
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

*Attorney for Debtor*
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

*U.S. Trustee*
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

*Creditor Committee*
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
United States