**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**MONTHLY STAFFING REPORT OF GGG PARTNERS, LLC OF**
**COMPENSATION EARNED AND EXPENSES INCURRED**
**FOR THE PERIOD OF JUNE 1, 2026 THROUGH JUNE 30, 2026**

| | |
|---|---|
| Name of Applicant: | GGG Management, LLC |
| Authorized to Provide Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | Effective as of March 1, 2026 [Dkt. No. 171] |
| Compensation Period: | June 1, 2026 – June 30, 2026 |
| Amount of Compensation: | $22,869.00 |
| Amount of Expense Reimbursement: | $0.00 |

**COMPENSATION BY INDIVIDUAL SUMMARY FOR**
**THE PERIOD OF JUNE 1, 2026 THROUGH JUNE 30, 2026**

| Professional | Title | Rate Per Hour | Total Hours | Total Amount |
|---|---|---|---|---|
| Katie Goodman | Managing Partner | $495.00 | 27.7 | $9,157.50 |
| Adam Cohen | Member | $450.00 | 20.4 | $13,711.50 |
| **Total Billed:** | | | **48.1** | **$22,869.00** |

**COMPENSATION BY CATEGORY SUMMARY FOR**
**THE PERIOD OF JUNE 1, 2026 THROUGH JUNE 30, 2026**

| Task Description | Total Hours | Total Amount |
|---|---|---|
| Case Administration and Reporting | 20.7 | $9,499.50 |
| General Administration | 27.4 | $13,369.50 |
| **Total Billed:** | **48.1** | **$22,869.00** |



# INVOICE

From | **GGG Partners, LLC**
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

Invoice ID | **RADD20260630**
Issue date | 07/02/2026
Due date | 07/02/2026 (upon receipt)

| Date | User Name | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 6/30/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Continued work on related entities |
| 6/30/2026 | Katie Goodman | 0.90 | 495.00 | 445.50 | General Administration | Follow up on property items |
| 6/30/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review sales documentation |
| 6/30/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Call with P. Brooking regarding Appfolio banking transfer |
| 6/30/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with J. Barber on storage unit move |
| 6/29/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on property sales |
| 6/29/2026 | Katie Goodman | 2.00 | 495.00 | 990.00 | General Administration | Review data regarding related entities |
| 6/29/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 6/29/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up on foreclosed properties |
| 6/29/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Follow up on Cubesmart payment |
| 6/29/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Review TSS financial detail |
| 6/29/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Pay UST Fees |
| 6/27/2026 | Adam Cohen | 0.25 | 450.00 | 112.50 | Case Administration and Reporting | Get access to TSS data in Relativity and Share File |
| 6/27/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Follow up on foreclosed properties |
| 6/27/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review and complete data requests re: real property sales |
| 6/26/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | General Administration | Pay contractors |
| 6/26/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Pull bank details |
| 6/26/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Setup wire ability in new bank account; Pay professionals |
| 6/26/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | General Administration | Call with I/C team |
| 6/26/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with auction company about closed transactions |
| 6/26/2026 | Katie Goodman | 1.80 | 495.00 | 891.00 | General Administration | Review data provided |
| 6/26/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review lease data |
| 6/26/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | Case Administration and Reporting | Discussion with J. Pack re: plan and consolidation; follow up calls and review |
| 6/25/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Update cash flow file |
| 6/25/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Follow up on G/L insurance with B. Bolander |
| 6/25/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Calls regarding plan, entities and related |
| 6/25/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on various items including utilities |
| 6/25/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Attend status conference |
| 6/25/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Follow up with creditors |
| 6/24/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Follow up with P. Brooking on US 19 lease |
| 6/24/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with J. Krehl on insurance questions |
| 6/24/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and sign back up items |
| 6/24/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review and sign documents relating to sale |
| 6/23/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 6/23/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Follow up with Appfolio |
| 6/23/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with property sales (Idaho and Lebanon Ave) |
| 6/23/2026 | Katie Goodman | 1.50 | 495.00 | 742.50 | Case Administration and Reporting | Review draft plan |
| 6/23/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | Case Administration and Reporting | Attend court hearing |
| 6/23/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review auction information |
| 6/23/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Review claims and requested follow up |
| 6/23/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review tax filings and information required |
| 6/22/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up on cert of good standing |
| 6/22/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Call with Tranzon and Pack Law |
| 6/22/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up and review information regarding tenants and properties for sale |
| 6/22/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Various follow up re: property sales |
| 6/22/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Update with M. Roye re: Idaho property and related |
| 6/19/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with J. Barber on Idaho sale / potential buyers |
| 6/19/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Update call with M. Roye and discuss sale of Idaho properties |
| 6/19/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review list of additional properties and request additional information |
| 6/19/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on property items |
| 6/18/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Answer question about Capital Hackers lease |
| 6/18/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Run bank activity and send to P. Brooking |
| 6/18/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Review Annual Report application and respond |
| 6/18/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Discussion regarding auction |
| 6/17/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with P. Brooking regarding maintenance issues and bills to approve |
| 6/17/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with CSC on open items for Certificate of Good standing |



**INVOICE**

From | GGG Partners, LLC

| Date | Name | Hours | Rate | Amount | Category | Description |
|---|---|---|---|---|---|---|
| 6/17/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review and execute documents relating to sales |
| 6/17/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review and respond to USDA |
| 6/16/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with P. Brooking on Liquor store insurance and A/R |
| 6/16/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Follow up with P. Brooking on home needing plumbing repairs |
| 6/16/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Follow up with CSC on Cert of good standing |
| 6/16/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review and sign documents relating to software continuity |
| 6/16/2026 | Katie Goodman | 0.90 | 495.00 | 445.50 | General Administration | Follow up on property items and information regarding same |
| 6/15/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 6/15/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Questions from investors |
| 6/15/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Follow up on properties and personal property on Idaho properties |
| 6/15/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Update call with Tranzon and Pack Law |
| 6/12/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | General Administration | Check for Cubesmart |
| 6/12/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay maintenance contractor |
| 6/11/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Confirm payment amounts for vendor |
| 6/11/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with multiple tenant inquiries and issues |
| 6/11/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | General Administration | Follow up with Synovus on certified check |
| 6/11/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Respond to agency information request and other questions |
| 6/10/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with P. Brooking on GL insurance needs |
| 6/10/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Follow up with L. Dickens via email regarding 7 Rivers request |
| 6/10/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Call with representative at storage unit regarding transfer of equipment; follow up with internal team on strategy regarding same |
| 6/10/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with P. Brooking on maintenance bills |
| 6/10/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Update call with M. Roye |
| 6/10/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and respond to investor and creditor questions |
| 6/9/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay maintenance contractor |
| 6/9/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Answer questions by T. Yatsco regarding insurance confirmation and rent payments for multiple tenants |
| 6/9/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with B. Bolander on new insurance |
| 6/9/2026 | Katie Goodman | 1.50 | 495.00 | 742.50 | General Administration | Review and follow up questions on examiner report |
| 6/8/2026 | Adam Cohen | 0.60 | 450.00 | 270.00 | Case Administration and Reporting | Setup new bank account for segregated funds |
| 6/8/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 6/8/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Obtain and send bank statements for MORs |
| 6/8/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with B. Bolander on outstanding insurance items |
| 6/8/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review MOR and data |
| 6/8/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review marketing report |
| 6/7/2026 | Adam Cohen | 1.20 | 450.00 | 540.00 | Case Administration and Reporting | Complete cash flow reconciliation to bank statements and complete MOR templates |
| 6/7/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Work on unclaimed funds |
| 6/6/2026 | Adam Cohen | 1.00 | 450.00 | 450.00 | Case Administration and Reporting | Work on May MORs |
| 6/6/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Respond to creditor questions |
| 6/5/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Team call |
| 6/5/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Research tenant information related to for sale properties |
| 6/5/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Work with CSC on RAD Reinstatement |
| 6/5/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up with creditors |
| 6/4/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Review and approve invoices to pay from Pam |
| 6/4/2026 | Adam Cohen | 0.80 | 450.00 | 360.00 | Case Administration and Reporting | Update cash flow file for month end |
| 6/4/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Review and sign amendment for Tranzon |
| 6/3/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Look for storage unit access; call CubeSmart to obtain |
| 6/3/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Pay insurance bill for commercial policy |
| 6/3/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review information on rent collection system and registrations |
| 6/2/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Follow up on commercial and GL insurance with CAC group |
| 6/2/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Answer tax questions for N. Duenas |
| 6/2/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Answer question regarding FL property titles for T. Yatsco |
| 6/2/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Follow up on unpaid business taxes with K. Poynts |
| 6/2/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up with creditors and claims |
| 6/2/2026 | Katie Goodman | 1.00 | 495.00 | 495.00 | Case Administration and Reporting | Attend hearing re: sale of properties |
| 6/1/2026 | Adam Cohen | 0.70 | 450.00 | 315.00 | Case Administration and Reporting | Call with Tranzon team and counsel related to property sales |
| 6/1/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Call with P. Brooking regarding US19 |
| 6/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 6/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Follow up on Sidique matter |
| 6/1/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up with A. Whitson on Capital Hackers rent and utilities |
| 6/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Follow up with CSC for certificate reinstatement in MD |
| 6/1/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Follow up with creditors re: accounts |
| 6/1/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Case Administration and Reporting | Follow up on investments and potential recovery |
| 6/1/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Discussion with Tranzon, A. Cohen and counsel |
| 6/1/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and follow up on outstanding matters |
| **Total** | | **48.05** | | **22,869.00** | | |



**INVOICE**

From | **GGG Partners, LLC**

**Hours Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Total |
|---|---|---|---|---|
| Adam Cohen | 16.1 | – | 4.3 | **20.4** |
| Katie Goodman | 4.6 | – | 23.1 | **27.7** |
| **Total** | **20.7** | **–** | **27.4** | **48.1** |

**Billing Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Total |
|---|---|---|---|---|
| Adam Cohen | 7,222.50 | – | 1,935.00 | **9,157.50** |
| Katie Goodman | 2,277.00 | – | 11,434.50 | **13,711.50** |
| **Total** | **9,499.5** | **–** | **13,369.50** | **22,869.00** |