# Exhibit A

**EXHIBIT A**
**LEGAL DESCRIPTION**

Issuing Office File No. AM3592

Premises "A"
ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected.
SITUATE on the East side of Beechwood Street at the distance of Three hundred fourteen feet Seven and one-eighth inches (314' 7-1/8") Northward from the North side of Chew Street in the Forty-ninth Ward of the City of Philadelphia.

CONTAINING in front of breadth on the said Beechwood Street Fourteen feet Three inches  (14' 3") and extending of that width in length or depth Eastward parallel with the Conlyn Street on the North line thereof Sixty-two (62') and on the South line thereof Sixty two feet and Three eighth inches (62' 3/8") to a certain Three feet (3') wide alley extending Northward into said Conlyn Street and communicating at its Southern end with a certain other Three feet (3') wide alley extending Westward into said Beechwood Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.

BEING NO 5743 North Beechwood Street
BRT # 17-2-4949-00


Premises "B"
ALL THAT CERTAIN Lot or piece of ground with the buildings and improvements thereon erected.
SITUATE on the Southwest side of Lena Street at the distance of 160 feet 6-38 inches Southeast from the Southeast side of Coulter Street; Thence extending South 41 degrees 50 minutes 10 seconds West 90 feet to the Southwest side of a certain 3 feet wide alley leading Northwest into said Coulter Street; Thence Southeast along said alley 15 feet 11-3/4 inches to a point; Thence North 41 degrees 52 minutes 18 seconds East 90 feet to the Southwest side of said Lena Street; Thence Northwest along the same 16-3/8 inches to the place of beginning.
BEING known as 5332 Lena Street.
BEING BRT No. 12-2-1329-00.

Premises "C"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,
SITUATE in the 23rd Ward of the City of Philadelphia and described according to a survey and plan thereof made by Arthur G. Singer, Esquire, Surveyor and Regulator of the 10th District on the 21st day of September, A.D. 1925, as follows, to wit:

BEGINNING at a point on the Northeasterly side of Harrison Street at the distance of 108 feet Southeasterly side of Charles Street (both streets 50 feet wide).

CONTAINING in front or breadth on the said Harrison Street 15 feet 8 inches and extending of that width in length or depth Northeastwardly between parallel lines at right angles to the said Harrison Street and passing through the center of party walls, 66 feet to a certain 2 feet 6 inches wide alley which leads Northwestwardly and Southeastwardly.
TOGETHER with the free and common use, right, liberty and privilege of the 2 feet 6 inches wide alley which alley as and for a passageway and watercourse at all times hereafter, forever.
BEING known as 1835 Harrison Street.
BEING BRT No. 23-2-2126-00.


Premises "D"
ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.  SITUATE on the Northwestwardly side of Paul Street at the distance of one hundred sixty-one feet and seven and one-eighths inches Northeastwardly from the Northerly side of Torresdale Avenue  in the Twenty-third Ward of the City of Philadelphia.

**Exhibit A – Continued**
Issuing Office File No. AM3592

CONTAINING in front or breadth on the said Paul Street, sixteen feet three inches and extending Northwestwardly between parallel lines in length or depth North sixty-two degrees five minutes forty-five seconds West on the Northeastwardly line passing through the middle of the partition wall between two brick dwellings one hundred two feet six and three-eighths inches and on the Southwest line passing along the middle of an alley two feet six and one half inches.

BOUNDED Northwestwardly by ground now or late of Richard Garsed et al., Northwestwardly by ground now or late of John H. Webster and Southeastwardly by Paul Street aforesaid.
TOGETHER with the free right, use, liberty and privilege of the above mentioned overhead alley at all times hereafter, forever.
BEING known as 4124 Paul Street.
BEING BRT No. 23-2-5099-00.


Premises "E"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the East side of Redfield Street at the distance 252 feet Northward from the North side of Vine Street in the 4th Ward of the City of Philadelphia.

CONTAINING in front or breadth  on the said Redfield Street 15 feet and extending of that width in length or depth Eastwardly between parallel lines at right angles to the said Redfield Street 44 feet to a certain 3 feet wide alley extending Northwardly and Southwardly and communicating at the Southern end thereof with a certain other 3 feet wide alley extending Westwardly and Eastwardly into the said Redfield Street and 59th Street.
BEING Known as 335 North Redfield Street.
BEING BRT No.  04-2-2487-00.

Premises "F"
ALL THAT CERTAIN lot or piece of ground with the three story brick messuage and tenement thereon erected described according to a survey made thereof by J. H. Webster, Jr., Surveyor and Regulator of the Tenth District of, or tenant thereon situate on the Twenty-fifth day of August, A.D. 1892, as follows, to wit:

SITUATE on the Northwesterly side of Paul Street at the distance of Twenty feet Southwestwardly from the Southwesterly side of Womrath (formerly Green) Street in Frankford in the Twenty-third Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Paul Street, nineteen feet ten and three quarters of an inch and extending of that width in length or depth Northwestwardly between parallel lines at right angles to the said Paul Street, one hundred feet bounded Northwestwardly by ground now or late of James Claghan, Southwestwardly by ground now or late of John H. Webster and Southeastwardly by Paul Street, aforesaid.
BEING known as 4182 Paul Street.
BEING BRT No. 23-2-5125-00.

Premises "G"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northerly side of Eyre Street at the distance of 276 feet 8 inches Westwardly from the Westerly side of 27th Street.

CONTAINING in frontage on Eyre Street 15 feet and extending of that width in length or depth Northward 54 feet to a certain 3 feet wide alley.

BEING Known as 2737 W Eyre Street
BEING BRT No. 32-4-0749-00.