# Exhibit E



From: LIMA ONE CAPITAL, LLC
To: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
OF HOMEWARD OPPORTUNITIES FUND TRUST 2020-2

PREPARED BY:
C. R. Hall
RETURN TO:
C. R. Hall
2860 Exchange Blvd. # 100
Southlake TX 76092

## Assignment of Mortgage        Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, **LIMA ONE CAPITAL, LLC    201 E. Mcbee Avenue, Suite 300, Greenville SC 29601 (Assignor)** by these presents does assign and set over, without recourse, to **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF HOMEWARD OPPORTUNITIES FUND TRUST 2020-2  60 Livingston Avenue, EP-MN-WS3D, St Paul MN 55107 (Assignee)** the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by **DDH Fund, LP** to **LIMA ONE CAPITAL, LLC.    Said mortgage Dated: 11/8/2019** is recorded in the State of PA, County of Philadelphia on 11/27/2019, as **Instrument 53597570 AMOUNT: $ 594,275.00** SEE ATTACHED EXHIBIT A

Property Address 5332 LENA STREET, PHILADELPHIA, PA 19144 AND 1835 HARRISON STREET, PHILADELPHIA, PA 19124 AND 4124 PAUL STREET, PHILADELPHIA, PA 19124 AND 5743 NORTH BEECHWOOD STREET, PHILADELPHIA, PA 19138 AND 335 NORTH REDFIELD STREET, PHILADELPHIA, PA 19139 AND 4182 PAUL STREET, PHILADELPHIA, PA 19124 AND 2737 WEST EYRE STREET, PHILADELPHIA, PA 19121

IN WITNESS WHEREOF, the undersigned entity has caused this instrument to be executed by its proper signatory.
Executed on: November 9, 2020
LIMA ONE CAPITAL, LLC

By:

Connie M. Riggsby, Vice President

DDH FUND, LP    *20078172*

The Assignee hereby certifies that the precise address of the within named **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF HOMEWARD OPPORTUNITIES FUND TRUST 2020-2** is 60 Livingston Avenue, EP-MN-WS3D, St Paul MN 55107.

PA   Philadelphia

102963
LIMA/AOMS/NB

Unofficial Copy



State of TX, County of Tarrant,
On 11/09/2020, before me, the undersigned, personally appeared Connie M. Riggsby, who acknowledged that he/she is Vice President of/for   LIMA ONE CAPITAL, LLC  and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of LIMA ONE CAPITAL, LLC.

J BACON
My Notary ID # 125927140
Expires November 30, 2022

Notary public, J.Bacon
My commission expires: November 30, 2022

*20078172*

PA   Philadelphia

102963
LIMA/AOMS/NB

**EXHIBIT A**
**LEGAL DESCRIPTION**

Issuing Office File No. AM3592

Premises "A"
ALL THAT CERTAIN lot or piece of ground with the two story brick messuage or tenement thereon erected.
SITUATE on the East side of Beechwood Street at the distance of Three hundred fourteen feet Seven and one-eighth inches (314' 7-1/8") Northward from the North side of Chew Street in the Forty-ninth Ward of the City of Philadelphia.

CONTAINING in front of breadth on the said Beechwood Street Fourteen feet Three inches (14' 3") and extending of that width in length or depth Eastward parallel with the Conlyn Street on the North line thereof Sixty-two (62') and on the South line thereof Sixty two feet and Three eighth inches (62' 3/8") to a certain Three feet (3') wide alley extending Northward into said Conlyn Street and communicating at its Southern end with a certain other Three feet (3') wide alley extending Westward into said Beechwood Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.

BEING NO 5743 North Beechwood Street
BRT # 17-2-4949-00

Premises "B"
ALL THAT CERTAIN Lot or piece of ground with the buildings and improvements thereon erected.
SITUATE on the Southwest side of Lena Street at the distance of 160 feet 6-38 inches Southeast from the Southeast side of Coulter Street; Thence extending South 41 degrees 50 minutes 10 seconds West 90 feet to the Southwest side of a certain 3 feet wide alley leading Northwest into said Coulter Street; Thence Southeast along said alley 15 feet 11-3/4 inches to a point; Thence North 41 degrees 52 minutes 18 seconds East 90 feet to the Southwest side of said Lena Street; Thence Northwest along the same 16-3/8 inches to the place of beginning.
BEING known as 5332 Lena Street.
BEING BRT No. 12-2-1329-00.

Premises "C"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,
SITUATE in the 23rd Ward of the City of Philadelphia and described according to a survey and plan thereof made by Arthur G. Singer, Esquire, Surveyor and Regulator of the 10th District on the 21st day of September, A.D. 1925, as follows, to wit:

BEGINNING at a point on the Northeasterly side of Harrison Street at the distance of 108 feet Southeasterly side of Charles Street (both streets 50 feet wide).

CONTAINING in front or breadth on the said Harrison Street 15 feet 8 inches and extending of that width in length or depth Northeastwardly between parallel lines at right angles to the said Harrison Street and passing through the center of party walls, 66 feet to a certain 2 feet 6 inches wide alley which leads Northwestwardly and Southeastwardly.
TOGETHER with the free and common use, right, liberty and privilege of the 2 feet 6 inches wide alley which alley as and for a passageway and watercourse at all times hereafter, forever.
BEING known as 1835 Harrison Street.
BEING BRT No. 23-2-2126-00.

Premises "D"
ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected. SITUATE on the Northwestwardly side of Paul Street at the distance of one hundred sixty-one feet and seven and one-eighths inches Northeastwardly from the Northerly side of Torresdale Avenue in the Twenty-third Ward of the City of Philadelphia.

Unofficial Copy

**Exhibit A – Continued**
Issuing Office File No. AM3592

CONTAINING in front or breadth on the said Paul Street, sixteen feet three inches and extending Northwestwardly between parallel lines in length or depth North sixty-two degrees five minutes forty-five seconds West on the Northeastwardly line passing through the middle of the partition wall between two brick dwellings one hundred two feet six and three-eighths inches and on the Southwest line passing along the middle of an alley two feet six and one half inches.

BOUNDED Northwestwardly by ground now or late of Richard Garsed et al., Northwestwardly by ground now or late of John H. Webster and Southeastwardly by Paul Street aforesaid.
TOGETHER with the free right, use, liberty and privilege of the above mentioned overhead alley at all times hereafter, forever.
BEING known as 4124 Paul Street.
BEING BRT No. 23-2-5099-00.

Premises "E"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the East side of Redfield Street at the distance 252 feet Northward from the North side of Vine Street in the 4th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Redfield Street 15 feet and extending of that width in length or depth Eastwardly between parallel lines at right angles to the said Redfield Street 44 feet to a certain 3 feet wide alley extending Northwardly and Southwardly and communicating at the Southern end thereof with a certain other 3 feet wide alley extending Westwardly and Eastwardly into the said Redfield Street and 59th Street.
BEING Known as 335 North Redfield Street.
BEING BRT No. 04-2-2487-00.

Premises "F"
ALL THAT CERTAIN lot or piece of ground with the three story brick messuage and tenement thereon erected described according to a survey made thereof by J. H. Webster, Jr., Surveyor and Regulator of the Tenth District of, or tenant thereon situate on the Twenty-fifth day of August, A.D. 1892, as follows, to wit:

SITUATE on the Northwesterly side of Paul Street at the distance of Twenty feet Southwestwardly from the Southwesterly side of Womrath (formerly Green) Street in Frankford in the Twenty-third Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Paul Street, nineteen feet ten and three quarters of an inch and extending of that width in length or depth Northwestwardly between parallel lines at right angles to the said Paul Street, one hundred feet bounded Northwestwardly by ground now or late of James Claghan, Southwestwardly by ground now or late of John H. Webster and Southeastwardly by Paul Street, aforesaid.
BEING known as 4182 Paul Street.
BEING BRT No. 23-2-5125-00.

Premises "G"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northerly side of Eyre Street at the distance of 276 feet 8 inches Westwardly from the Westerly side of 27th Street.

CONTAINING in frontage on Eyre Street 15 feet and extending of that width in length or depth Northward 54 feet to a certain 3 feet wide alley.

BEING Known as 2737 W Eyre Street
BEING BRT No. 32-4-0749-00.

Unofficial Copy