# Exhibit F

Recorded in Philadelphia PA
01/06/2025 02:54 PM    Page 1 of 4    Rec Fee: $227.75
Receipt#: 25-01076
Records Department    Doc Code: R

_____

*(SPACE ABOVE THIS LINE FOR RECORDER'S USE)*

Prepared by/Return to:
Emily Diersing
Lima One Capital, LLC
201 E. McBee Ave, #300
Greenville, SC 29601

STATE OF **PENNSYLVANIA**

COUNTY OF **PHILADELPHIA**

"Cross Reference":

**Mortgage** recorded as Doc Id: 53597570, County of Philadelphia, Pennsylvania records.

**Assignment of Mortgage** recorded as Doc Id: 53757446, County of Philadelphia, Pennsylvania records.

## PARTICAL RELEASE

### KNOW ALL PERSONS BY THESE PRESENTS:

**WHEREAS, DDH Fund, LP** (hereinafter referred to as "**Mortgagor**"), by that certain **Mortgage** dated November 8, 2019, and recorded as Doc Id: 53597570 of the official records of Philadelphia County, Pennsylvania (hereinafter the "**Security Instrument**"), mortgaged unto **LIMA ONE CAPITAL, LLC**, a Georgia limited liability company (hereinafter referred to as "**Mortgagee**"), as assigned to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF HOMEWARD OPPORTUNITIES FUND TRUST 2020-2 (hereinafter referred to as "**Assignee**"), by Assignment of Mortgage dated November 9, 2020 recorded December 3, 2020 as Doc Id: 53757446 in the aforesaid records; the premises therein particularly described (hereinafter the "**Mortgaged Property**"); and

**WHEREAS,** in accordance with the terms and conditions of the loan secured by the Security Instrument, the Mortgagor has requested that Mortgagee and Assignee release a portion of the Mortgaged Property as hereinafter described, from the lien and operation of the Security Instrument.

**NOW THEREFORE**, the Mortgagee and Assignee, in consideration of the premises and the sum of Ten and 00/100 Dollars ($10.00) to it paid by, or on behalf of the Mortgagor, the receipt and sufficiency of which is hereby acknowledged, does remise, release, quit-claim, exonerate and discharge from the lien and operation of the above described Security Instrument, unto the Mortgagor, its heirs and assigns, all that piece, parcel or tract of land more particularly described in **Exhibit "A"** attached hereto and made a part hereof (hereinafter referred to as the "**Released Parcel**"), being a part of the Mortgaged Property conveyed by the above described Security Instrument.

1

**TO HAVE AND TO HOLD** the same, with the appurtenances, unto the Mortgagor, its heirs and assigns forever, freed, exonerated and discharged of and from the lien of the Security Instrument and collateral documents, and every part thereof; provided always, nevertheless, that nothing herein contained shall in anywise impair, alter or diminish the effect, lien or encumbrance of the Security Instrument or collateral documents on the remaining part of the Mortgaged Property not hereby released therefrom, or any of the rights and remedies of the holder thereof.

[signature on following page]

IN WITNESS WHEREOF, Mortgagee has caused these presents to be executed in its name, by its proper officers hereunto duly authorized, this the 3rd day of January, 2025.

LIMA ONE CAPITAL, LLC,
a Georgia limited liability company

_Alex Alexander_                                   By: _____

Print Name: Alex Alexander                         Print Name: Annabelle Dickerson

                                                   Title: Post Closing Manager


STATE OF SOUTH CAROLINA      )
                             ) SS:
COUNTY OF GREENVILLE         )

I, Emily Diersing, a Notary Public of the aforesaid County and State, certify that Annabelle Dickerson, personally came before me this day and acknowledged that she/he, is an authorized signor, of LIMA ONE CAPITAL, LLC, a Georgia limited liability company, and that she/he, as Post Closing Manager being authorized to do so, executed the foregoing on behalf of the limited liability company.

Witness my hand and official seal (where an official seal is required by law) this the 3rd day of January, 2025.

_____  [Signature of Notary Public]

(Official Seal)

My commission expires on: June 2, 2033

3

## EXHIBIT "A"

### (Released Parcel)

Premises "C"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE in the 23rd Ward of the City of Philadelphia and described according to a survey and plan thereof made by Arthur G. Singer, Esquire, Surveyor and Regulator of the 10th District on the 21st day of September, A.D. 1925, as follows, to wit:

BEGINNING at a point on the Northeasterly side of Harrison Street at the distance of 108 feet Southeasterly side of Charles Street (both streets 50 feet wide).

CONTAINING in front or breadth on the said Harrison Street 15 feet 8 inches and extending of that width in length or depth Northeastwardly between parallel lines at right angles to the said Harrison Street and passing through the center of party walls, 68 feet to a certain 2 feet 6 inches wide alley which leads Northwestwardly and Southeastwardly.
TOGETHER with the free and common use, right, liberty and privilege of the 2 feet 6 inches wide alley which alley as and for a passageway and watercourse at all times hereafter, forever.
BEING known as 1835 Harrison Street.
BEING BRT No. 23-2-2126-00.