ORDERED.

**Dated: July 08, 2026**

_Catherine M^c Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                         Case No.: 8:26-bk-01636-CPM

RAD Diversified REIT, Inc.,                                    Chapter 11

      Debtor.          /                Judge: Catherine Peek McEwen

**AGREED ORDER GRANTING**
**MOTION TO CONTINUE HEARING ON SECURED CREDITOR'S**
**MOTION FOR RELIEF FROM STAY [D.E. 715]**

This case is before the Court, upon the Motion to Continue Hearing on Secured Creditor's

Motion for Relief From Stay [D.E. 715] filed by Kiavi Funding Inc. ("Secured Creditor"). This

court being advised that Secured Creditor and Debtor agree to this order and Court having

reviewed the Motion and being fully advised in its premise and, it is:

**ORDERED:**

1.     The Motion to Continue Hearing on Secured Creditor's Motion for Relief From

     Stay [D.E. 715] is **GRANTED**.

2.     Parties agree to a continuance to the next available hearing date.

3.   The hearing is continued hearing on <u>August 11th, 2026 at 4:00 PM</u>. The hearing will take place at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8B (8th Floor), Tampa, Florida 33602.

4.   All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

### 

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.**

Order Prepared By:
Seth Greenhill, Esq.
Padgett Law Group
Seth.Greenhill@padgettlawgroup.com