**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

RAD Diversified REIT, Inc.,

Case No.: 8:26-bk-01636-CPM

Chapter 11

Judge: Catherine Peek McEwen

_____Debtor._____/

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Agreed Order Granting Motion to Reschedule Hearing on Secured Creditors Motion for Relief From Stay [D.E. 734], issued by the court on July 8, 2026, has been furnished by U.S. Mail, First Class, and/or electronic transmission to the parties on the attached Service Matrix.

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## SERVICE MATRIX

Furnished by US Mail on the 9th day of July 2026

*Debtor*
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

Furnished by electronic notice on the 9th day of July 2026

*Attorney for Debtor*
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

*U.S. Trustee*
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602

*Creditor Committee*
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305