**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 8:26-bk-01636-CPM |
| RAD Diversified REIT, Inc.; | |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc. | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | **Ref Docket Nos. 693-700** |

<u>**CERTIFICATE OF SERVICE**</u>

I, TIFFANY TAVERAS, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced documents were electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3.  On July 2, 2026, I caused to be served the:

    a.  "Order Granting Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Sale Terms, Bidding Procedures, and Surcharge Pursuant to 11 U.S.C. § 506(c); and (C) for Other Relief," dated June 29, 2026 [Docket No. 693], (the "Minnieola Sale Order"),

    b.  "Order Granting Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Sale Terms, Bidding Procedures, and Surcharge Pursuant to 11 U.S.C. § 506(c); and (C) for Other Relief," dated June 29, 2026 [Docket No. 694], (the "Belle Haven Sale Order"),

    c.  "Order Granting Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Sale Terms, Bidding Procedures, and Surcharge Pursuant to 11 U.S.C. § 506(c); and (C) for Other Relief," dated June 29, 2026 [Docket No. 695], (the "Linmore Sale Order"),

    d.  "Order Granting Debtor's Emergency Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Buyers, and (D) for Related Relief," dated June 29, 2026 [Docket No. 696], (the "N 66th Bidders Order"),

    e.  "Order Granting Debtor's Emergency Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Buyers, and (D) for Related Relief," dated June 29, 2026 [Docket No. 697], (the "Walnut Bidders Order"),

    f.  "Order Granting Debtor's Emergency Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Buyers, and (D) for Related Relief," dated June 29, 2026 [Docket No. 698], (the "Snyder Bidders Order"),

    g.  "Order Granting Debtor's Emergency Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Buyers, and (D) for Related Relief," dated June 29, 2026 [Docket No. 699], (the "Barrington Bidders Order"), and

    h.  "Order Granting Debtor's Emergency Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Buyers, and (D) for Related Relief," dated June 29, 2026 [Docket No. 700], (the "Van Gogh Bidders Order"),

by causing true and correct copies of the:

i.  Minnieola Sale Order, Belle Haven Sale Order, Linmore Sale Order, N 66th Bidders Order, Walnut Bidders Order, Snyder Bidders Order, Barrington Bidders Order, and Van Gogh Bidders Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.  Belle Haven Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii.  Linmore Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv.  N 66th Bidders Order, Walnut Bidders Order, Snyder Bidders Order, Barrington Bidders Order, and Van Gogh Bidders Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.  Minnieola Sale Order, Belle Haven Sale Order, Linmore Sale Order, N 66th Bidders Order, Walnut Bidders Order, Snyder Bidders Order, Barrington Bidders Order, and Van Gogh Bidders Order to be delivered via electronic mail to those parties listed on the annexed Exhibit E, and

vi.  Linmore Sale Order to be delivered via electronic mail to: *wstarks61@icloud.com*.

4.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Tiffany Taveras*
Tiffany Taveras

# EXHIBIT A

| Name | Address |
| --- | --- |
| INTERNAL REVENUE SERVICE | PO BOX 932100   LOUISVILLE KY 40293-2100 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES - INSOLVENCY PO BOX 7346   PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13   GEORGETOWN DE 19947 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST   WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET   PHILADELPHIA PA 19106 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 NORTH TAMPA ST   TAMPA FL 33602 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 300 N. HOGAN ST STE 700   JACKSONVILLE FL 32202 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 W. WASHINGTON STREET STE 3100   ORLANDO FL 32801 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 2110 FIRST STREET SUITE 3-137   FT MYERS FL 33901 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 35 S.E. 1ST AVENUE SUITE 300   OCALA FL 34471 UNITED STATES OF AMERICA |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211   TRENTON NJ 08625-0211 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. TAHESHA L. WAY, ESQ LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST  HARRISBURG PA 17120 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8  AUSTIN TX 78701 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427   HARRISBURG PA 17128-0427 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905   HARRISBURG PA 17128-0905 UNITED STATES OF AMERICA |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE   WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: JAMES UTHMEIER PL-01, THE CAPITOL   TALLAHASSEE FL 32399-1050 UNITED STATES OF AMERICA |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548   AUSTIN TX 78711-2548 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION   AUSTIN TX 78711-3528 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST   AUSTIN TX 78774 UNITED STATES OF AMERICA |

## Total Count: 23

**EXHIBIT B**

RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM
First Class Mail Service

WATERS EDGE MASTER ASSOCIATION, INC.
C/O ITS REGISTERED AGENT, SCANNAVINO, INC.
720 BROOKER CREEK BLVD #206
OLDSMAR, FL 34677

WATERS EDGE PATIO HOMES HOMEOWNERS ASSOCIATION, INC. C/O ITS
REGISTERED AGENT, SCANNAVINO, INC.
720 BROOKER CREEK BLVD #206
OLDSMAR, FL 34677

WATERS EDGE SINGLE FAMILY HOMEOWNERS ASSOCIATION, INC.
C/O ITS REGISTERED AGENT, SCANNAVINO, INC.
720 BROOKER CREEK BLVD #206
OLDSMAR, FL 34677

**EXHIBIT C**

RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM
First Class Mail Service

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE, LIEN SECTION
P.O. BOX 280948
HARRISBURG, PA 17128-0948

DEBRA AUTRY
[ADDRESS ON FILE]

WILLIAM STARKS
[ADDRESS ON FILE]

**EXHIBIT D**

| Name | Address |
|---|---|
| ADO PROFESSIONAL SOLUTIONS INC | 4800 DEERWOOD CAMPUS PKWY, BLDG 800   JACKSONVILLE FL 32246 UNITED STATES OF AMERICA |
| CERTAIN CAPITAL INVESTMENTS, LLC | CERTAIN CAPITAL INVESTMENTS, LLC FBO FIRSTRUST  PO BOX 836 FORT WASHINGTON NJ 19034-0836 UNITED STATES OF AMERICA |
| DEBRA AUTRY | ADDRESS ON FILE |
| FUNDPALITY 2025 LLC | 100 N LASALLE ST SUITE 710   CHICAGO IL 60602 UNITED STATES OF AMERICA |
| JACAR INVESTMENTS, LLC | C/O ITS REGISTERED AGENT, ATLAS LAW, PLLC  1313 NORTH HOWARD AVE   TAMPA FL 33607 UNITED STATES OF AMERICA |
| JAMAL H. MIKE | ADDRESS ON FILE |
| JPL INVESTMENTS CORP AND OCEAN BANK | ADDRESS ON FILE |
| LORA ARNEBERG | ADDRESS ON FILE |
| NANCY C. MILLAN | ADDRESS ON FILE |
| SAVVY FL LLC, FTB COLLATERAL ASSIGNEE | PO BOX 1000 DEPT. #3035   MEMPHIS TN 38148 UNITED STATES OF AMERICA |
| SHANIQUA P. SEENEY | ADDRESS ON FILE |
| STEVEN L HEMPHILL AKA STEVE HEMPHILL | ADDRESS ON FILE |
| ZACHARY A. GLUSMAN AND TRINA CAPELLI | ADDRESS ON FILE |

# Total Count: 13

**EXHIBIT E**

| Name | Email |
|---|---|
| AMR LAW FIRM, P.A. | angela@amrlawfirm.com |
| BAKER & HOSTETLER LLP | alayden@bakerlaw.com; orlbankruptcy@bakerlaw.com;dmerola@bakerlaw.com |
| CITY OF PHILADELPHIA LAW DEPARTMENT | Megan.Harper@phila.gov |
| FLORIDA DEPT OF REVENUE | EMAILDOR@FLORIDAREVENUE.COM |
| GENDLER AND GENDLER, PLLC | mmitra@gendlerlawyers.com |
| GREENBERG TRAURIG, LLP | elrodj@gtlaw.com |
| GREENBERG TRAURIG, P.A. | kempd@gtlaw.com |
| GREENBERG TRAURIG, P.A. | newmanar@gtlaw.com |
| HILLSBOROUGH COUNTY TAX COLLECTOR, NANCY C. MILLAN | fitzgeraldb@hcfl.gov  stroupj@hcfl.gov leema@hcfl.gov |
| OFFICE OF SEC. OF STATE OF FLORIDA | SECRETARYOFSTATE@DOS.MYFLORIDA.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | TERESA.DORR@USDOJ.GOV;  NICOLE.W.PEAIR@USDOJ.GOV; GUY.A.VANBAALEN@USDOJ.GOV |
| PASCO COUNTY, FLORIDA | :  asalzano@pascocountyfl.net; tosipov@pascocountyfl.net |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-HBG-TA-EM@PA.GOV |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-PHI-TA-EM@PA.GOV |
| SECURITIES AND EXCHANGE COMMISSION | MIAMI@SEC.GOV |
| SOUTHRON FIRM, P.A | joe@southronfirm.com;eservice@southronfirm.com |
| SPENCER FANE LLP | kwright@spencerfane.com; cgipson@spencerfane.com; afoster@spencerfane.com |
| SPENCER FANE, LLP | wgrimsley@spencerfane.com; kwright@spencerfane.com;cgipson@spencerfane.com; afoster@spencerfane.com |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| U.S. ATTORNEY'S OFFICE | Christopher.Emden@usdoj.gov |
| YIP ASSOCIATES | myip@yipcpa.com |

# Total Count: 34