**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM<br>Chapter 11 |
| | |
| | *Jointly Administered with* |
| | |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| | |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| | |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| | |
| DDH Fund, LLC; | Case No. 8:26-bk-01640-CPM |
| | |
| Debtors. | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Kylie A. Riordan, Esq. of Burr & Forman LLP, on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2022-4 ("Creditor"), a creditor in the case styled *In re DDH Fund, LLC*, Case No. 8:26-bk-01640-CPM, and hereby files this Notice of Appearance and Request for Notices, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Kylie A. Riordan, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Phone: (407) 540-6600

69783890 v1

Fax: (407) 540-6601
E-mail: kriordan@burr.com
Secondary Email: mlucca-cruz@burr.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Rule 9001 of the Federal Rules of Bankruptcy Procedure) in connection with this case and any proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of (i) Creditor's right to have final orders in any non-core matters entered only after de novo review by a District Judge; (ii) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Respectfully submitted this 10th day of July, 2026.

/s/ *Kylie A. Riordan*
**Kylie A. Riordan, Esq.**
Florida Bar No. 1058286
E-mail: kriordan@burr.com
Secondary Email: mlucca-cruz@burr.com
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800

2

69783890 v1

Orlando, Florida 32801
Phone: (407) 540-6600
Facsimile: (407) 540-6601
*Counsel for U.S. Bank Trust Company,*
*National Association, as Trustee for Velocity*
*Commercial Capital Loan Trust 2022-4*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, I electronically filed the foregoing Notice of Entry of Appearance and Request for Notices with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send notice of electronic filing to all parties indicated on the electronic filing receipt.

*/s/ Kylie A. Riordan*
Kylie A. Riordan, Esq.

3

69783890 v1