# EXHIBIT B

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | |
|---|---|---|---|---|
| **Address** | 5839 Crittenden St, Philadelphia, PA 19138 | **Order ID** | | **Property ID** |
| **Inspection Date** | 01/29/2026 | **Date of Report** | 01/31/2026 | |
| **Loan Number** | | **APN** | 591238700 | |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Philadelphia | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Tue Jan 27 26 5:00P - Wed Jan 28 26 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | Susan Intorre |
| **R. E. Taxes** | $3,743 |
| **Assessed Value** | $267,400 |
| **Zoning Classification** | Residential |
| **Property Type** | Multifamily |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Private |

**Condition Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $125,000 High: $370,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

Subject is located in an established urban neighborhood. The predominant home style is SF attached homes in average-good condition. The immediate neighborhood has limited REO activity. The area market is stable with slow appreciation. Urban location is convenient to major roads, public transportation, universities, and all urban amenities including shopping, restaurants, stadiums, and theaters.

# DRIVE-BY CMA

by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 5839 Crittenden St | 1016 W Duncannon Ave | 7130 Boyer St | 1610 E Walnut Ln |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19138 | 19141 | 19119 | 19138 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 1.89 [1] | 1.57 [1] | 0.38 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | $ | $259,999 | $289,000 | $250,000 |
| **List Price $** | -- | $259,999 | $289,000 | $250,000 |
| **Original List Date** | | 12/18/2025 | 01/25/2026 | 01/13/2026 |
| **DOM · Cumulative DOM** | -- · -- | 44 · 44 | 5 · 6 | 14 · 18 |
| **Age** (# of years) | 111 | 86 | 101 | 106 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Triplex | 3 Stories Triplex | 3 Stories Triplex | 2 Stories Duplex |
| **# Units** | 3 | 3 | 3 | 2 |
| **Living Sq. Feet** | 2,053 | 1,840 | 2,136 | 1,660 |
| **Bdrm · Bths · ½ Bths** | 4 · 3 | 5 · 3 | 5 · 3 | 4 · 2 |
| **Total Room #** | 9 | 11 | 11 | 8 |
| **Garage** (Style/Stalls) | None | None | None | Attached 2 Car(s) |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 684 | 610 | 710 | 830 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.05 acres | 0.06 acres | 0.06 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;Electric Available, Natural Gas Available, Sewer Available, Water Available; No Cooling; Cooling Fuel: Electric; Electric Service: 100 Amp Service; Heating: Radiator; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;Ductless/Mini-Split; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: None; Hot Water: Electric; Water Source: Public; Sewer: Private Sewer

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Radiator; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Septic

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 5839 Crittenden St | 145 W Manheim St | 1700 Conlyn St | 523 E Brinton St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19138 | 19144 | 19141 | 19144 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 1.90 [1] | 0.98 [1] | 0.88 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | -- | $225,000 | $235,000 | $259,000 |
| **List Price $** | -- | $225,000 | $235,000 | $259,000 |
| **Sale Price $** | -- | $230,000 | $235,000 | $250,000 |
| **Type of Financing** | -- | Cash | Va | Fha |
| **Date of Sale** | -- | 09/16/2025 | 04/22/2025 | 10/10/2025 |
| **DOM · Cumulative DOM** | -- · -- | 46 · 95 | 8 · 48 | 27 · 163 |
| **Age** (# of years) | 111 | 126 | 81 | 101 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Triplex | 3 Stories Triplex | 3 Stories Duplex | 3 Stories Triplex |
| **# Units** | 3 | 3 | 2 | 3 |
| **Living Sq. Feet** | 2,053 | 2,640 | 1,701 | 1,920 |
| **Bdrm · Bths · ½ Bths** | 4 · 3 | 9 · 3 | 4 · 2 | 3 · 3 |
| **Total Room #** | 9 | 12 | 8 | 9 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 684 | 880 | 850 | 640 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.04 acres | 0.06 acres | 0.07 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | -$14,675 | +$10,000 | +$5,000 |
| **Adjusted Price** | -- | $215,325 | $245,000 | $255,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior GLA/room count ($14675)

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior unit count $10000

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA/room count $5000

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 0 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $260,000 | $260,000 |
| **Sales Price** | $250,000 | $250,000 |
| **30 Day Price** | $230,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA

by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Listing Photos


**L1** 1016 W Duncannon Ave
Philadelphia, PA 19141



Front

**L2** 7130 Boyer St
Philadelphia, PA 19119



Front

**L3** 1610 E Walnut Ln
Philadelphia, PA 19138



Front

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Sales Photos

**S1** 145 W Manheim St
Philadelphia, PA 19144



Front

**S2** 1700 Conlyn St
Philadelphia, PA 19141



Front

**S3** 523 E Brinton St
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 5839 Crittenden St, Philadelphia, PA 19138
**Loan Number**            **Suggested List**  $260,000          **Suggested Repaired**  $260,000          **Sale**  $250,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 5839 Crittenden St, Philadelphia, PA 19138 | -- | Parcel Match |
| L1 | Listing 1 | 1016 W Duncannon Ave, Philadelphia, PA 19141 | 1.89 Miles [1] | Parcel Match |
| L2 | Listing 2 | 7130 Boyer St, Philadelphia, PA 19119 | 1.57 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1610 E Walnut Ln, Philadelphia, PA 19138 | 0.38 Miles [1] | Parcel Match |
| S1 | Sold 1 | 145 W Manheim St, Philadelphia, PA 19144 | 1.90 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1700 Conlyn St, Philadelphia, PA 19141 | 0.98 Miles [1] | Parcel Match |
| S3 | Sold 3 | 523 E Brinton St, Philadelphia, PA 19144 | 0.88 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

Loan Number

**$250,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

**$250,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**5839 CRITTENDEN ST**
PHILADELPHIA, PA 19138

**$250,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 8.86 miles | **Date Signed** | 01/31/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

Loan Number

**$130,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 94 E Ashmead St, Philadelphia, PA 19144 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 01/29/2026 | **Date of Report** | 01/30/2026 | | |
| **Loan Number** | | **APN** | 121081600 | | |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Tue Jan 27 26 5:00P - Wed Jan 28 26 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $1,452 | |
| **Assessed Value** | $103,700 | Subject is in average exterior condition and shows no visible items needing immediate attention. |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | |
| **Sales Prices in this Neighborhood** | Low: $40,000 High: $310,000 | Subject is located in an urban area where the predominant home style is SFA rowhomes. Urban location is convenient to major roads, public transportation, universities, and all urban amenities including shopping, restaurants, stadiums, and theaters. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <30 | |

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

Loan Number

**$130,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 94 E Ashmead St | 5347 Priscilla St | 70 E Walnut Ln | 5241 Pulaski Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19144 | 19144 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.70 [1] | 0.90 [1] | 0.61 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $164,900 | $170,000 | $129,900 |
| **List Price $** | -- | $154,850 | $164,000 | $129,900 |
| **Original List Date** | | 02/28/2025 | 11/24/2025 | 01/09/2026 |
| **DOM · Cumulative DOM** | -- · -- | 330 · 336 | 66 · 67 | 2 · 21 |
| **Age** (# of years) | 126 | 126 | 121 | 146 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,092 | 1,021 | 1,112 | 1,100 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 4 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 546 | 510 | 556 | 55 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

Loan Number

**$130,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar to the subject in age, GLA, location, size and style. When you walk in you see the potential with a large sized living room and dining room. The kitchen itself has great space for you to easily add a eat in kitchen.

**Listing 2**   Similar to the subject in age, GLA, location, size and style. Discover this charming 4-bedroom, 1-bath home nestled in a quiet Germantown neighborhood that offers the best of walkable urban living. The bright, inviting interior features ample natural light and a flexible floor plan, perfect for comfortable city living. Step outside to your private backyard, ideal for gardening, relaxing, or entertaining. Superior bed count

**Listing 3**   Similar to the subject in age, GLA, location, size and style. No Cooling; Cooling Fuel: None; Heating: Other; Heating Fuel: Other; Hot Water: Other; Water Source: Public; Sewer: Public Sewer

# DRIVE-BY CMA
by ClearCapital

**$130,000**
● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 94 E Ashmead St | 434 W Earlham Ter | 5232 Marion St | 5217 Marion St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19144 | 19144 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.84 [1] | 0.36 [1] | 0.33 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $140,000 | $119,999 | $135,000 |
| **List Price $** | -- | $140,000 | $119,999 | $135,000 |
| **Sale Price $** | -- | $121,000 | $125,000 | $135,000 |
| **Type of Financing** | -- | Cash | Cash | Fha |
| **Date of Sale** | -- | 09/30/2025 | 10/27/2025 | 11/03/2025 |
| **DOM · Cumulative DOM** | -- · -- | 10 · 21 | 7 · 35 | 6 · 17 |
| **Age** (# of years) | 126 | 106 | 106 | 106 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,092 | 1,086 | 1,110 | 1,090 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 8 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 546 | 543 | 555 | 545 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $121,000 | $125,000 | $135,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar to the subject in age, GLA, location, size and style. Spacious 3-bedroom, 1-bath row home. No adjustments necesarry

**Sold 2**  Similar to the subject in age, GLA, location, size and style. The home has a large covered front porch, living room, formal dining room, kitchen, private back patio and a full unfinished basement. No adjustments necessary

**Sold 3**  Similar to the subject in age, GLA, location, size and style. 3-bedroom, 1-bathroom home located in the heart of West Germantown. No adjustments necessary

# DRIVE-BY CMA
by ClearCapital

94 E ASHMEAD ST
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Subject is listed, but must be sold with 2 other properties. The value for which it is listed is combined with the other properties. QC instructed me to leave the line items blank and explain the situation in this section. | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $139,900 | $139,900 |
| **Sales Price** | $130,000 | $130,000 |
| **30 Day Price** | $120,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**$130,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**$130,000**
● As-Is Price

## Listing Photos



L1  5347 Priscilla St
Philadelphia, PA 19144



Front

L2  70 E Walnut Ln
Philadelphia, PA 19144



Front

L3  5241 Pulaski Ave
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**$130,000**
● As-Is Price

## Sales Photos

**S1** 434 W Earlham Ter
Philadelphia, PA 19144



Front

**S2** 5232 Marion St
Philadelphia, PA 19144



Front

**S3** 5217 Marion St
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 94 E Ashmead St, Philadelphia, PA 19144 | | | | |
| **Loan Number** | | **Suggested List** $139,900 | **Suggested Repaired** $139,900 | **Sale** | $130,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 94 E Ashmead St, Philadelphia, PA 19144 | -- | Parcel Match |
| L1 | Listing 1 | 5347 Priscilla St, Philadelphia, PA 19144 | 0.70 Miles [1] | Parcel Match |
| L2 | Listing 2 | 70 E Walnut Ln, Philadelphia, PA 19144 | 0.90 Miles [1] | Parcel Match |
| L3 | Listing 3 | 5241 Pulaski Ave, Philadelphia, PA 19144 | 0.61 Miles [1] | Parcel Match |
| S1 | Sold 1 | 434 W Earlham Ter, Philadelphia, PA 19144 | 0.84 Miles [1] | Parcel Match |
| S2 | Sold 2 | 5232 Marion St, Philadelphia, PA 19144 | 0.36 Miles [1] | Parcel Match |
| S3 | Sold 3 | 5217 Marion St, Philadelphia, PA 19144 | 0.33 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
| --- | --- |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 764-2    Filed 07/13/26    Page 28 of 43

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**94 E ASHMEAD ST**
PHILADELPHIA, PA 19144

**$130,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 7.38 miles | **Date Signed** | 01/30/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 224 E Dorset St, Philadelphia, PA 19119 | **Order ID** | **Property ID** |
| **Inspection Date** | 01/29/2026 | **Date of Report** | 01/30/2026 |
| **Loan Number** | | **APN** | 222017300 |
| **Borrower Name** | MENDENHALL BRANDON | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Tue Jan 27 26 5:00P - Wed Jan 28 26 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC |
| **R. E. Taxes** | $2,394 |
| **Assessed Value** | $171,000 |
| **Zoning Classification** | Residential RSA5 |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | $0 |
| **Estimated Interior Repair Cost** | $0 |
| **Total Estimated Repair** | $0 |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

The subject property is a two-story brick rowhome located in Philadelphia. It aligns with the neighborhood in terms of style, age, and condition. Both the home and its landscaping appear maintained, with no signs of deferred maintenance or adverse conditions observed. Subject has posted notices on the front door

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $170000 High: $921000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject property is situated in an established urban neighborhood, primarily composed of single-family attached homes in average or better condition. The market remains stable; a portion of fair market sales include seller concessions. Overall, the area maintains a balanced ratio of listings to sales.

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 224 E Dorset St | 118 E Springer St | 249 E Sharpnack St | 6605 Ross St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19119 | 19119 | 19119 | 19119 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.14 [1] | 0.20 [1] | 0.23 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $179,900 | $200,000 | $222,000 |
| **List Price $** | -- | $179,900 | $200,000 | $200,000 |
| **Original List Date** |  | 01/23/2026 | 12/13/2025 | 11/13/2025 |
| **DOM · Cumulative DOM** | -- · -- | 7 · 7 | 48 · 48 | 69 · 78 |
| **Age** (# of years) | 106 | 101 | 101 | 101 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,200 | 1,152 | 1,125 | 1,080 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 4 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 600 | 576 | 563 | 540 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.03 acres | 0.03 acres | 0.02 acres |
| **Other** | None | None | None | None |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Competitive attributes to subject property. Similar size, effective age and condition - Kitchen - Eat-In; No Fireplace; Accessibility Features: None; Laundry Hookup, Upper Floor Laundry

**Listing 2** Competitive attributes to subject property. Similar size, effective age and condition - Heating: 90% Forced Air; Heating Fuel: Natural Gas; Hot Water: 60+ Gallon Tank; Water Source: Public; Sewer: Public Sewer

**Listing 3** Competitive attributes to subject property. Similar size, effective age and condition - Central A/C; Cooling Fuel: Natural Gas; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 224 E Dorset St | 309 E Meehan Ave | 6449 Clearview St | 51 E Montana St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19119 | 19119 | 19119 | 19119 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.28 [1] | 0.37 [1] | 0.28 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $161,000 | $228,400 | $199,000 |
| **List Price $** | -- | $161,000 | $189,900 | $199,000 |
| **Sale Price $** | -- | $180,000 | $189,900 | $190,000 |
| **Type of Financing** | -- | Private | Fha | Cash |
| **Date of Sale** | -- | 09/26/2025 | 11/17/2025 | 09/26/2025 |
| **DOM · Cumulative DOM** | -- · -- | 60 · 396 | 113 · 177 | 15 · 46 |
| **Age** (# of years) | 106 | 86 | 101 | 101 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,200 | 1,440 | 1,080 | 1,298 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 600 | 720 | 540 | 649 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.03 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$11,200 | -$400 | -$2,940 |
| **Adjusted Price** | -- | $168,800 | $189,500 | $187,060 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Competitive attributes to subject property. Similar size, effective age and condition - adjusted for GLA (-7200) and garage (-4000)

**Sold 2** Competitive attributes to subject property. Similar size, effective age and condition - adjusted for GLA (3600) and garage (-4000)

**Sold 3** Competitive attributes to subject property. Similar size, effective age and condition - adjusted for GLA (-2940)

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | Homestarr Realty | Subject is listed as part of a package of properties (see attached MLS sheet) | |
| **Listing Agent Name** | Chad Vanterpool | | |
| **Listing Agent Phone** | 215-355-5565 | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 02/06/2025 | $615,000 | -- | -- | -- | -- | -- | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $194,500 | $194,500 |
| **Sales Price** | $185,000 | $185,000 |
| **30 Day Price** | $178,000 | -- |

**Comments Regarding Pricing Strategy**

The selected comparables share strong overall similarities with the subject property and accurately reflect both its neighborhood and nearby competing areas with homes of similar age, size, and style, appealing to the same buyer demographic. The final value is determined using both active and sold comparables, considering the stability of the market. This valuation reflects typical marketing times and is based on the most relevant and proximate comparables included in this report.

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**    The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Subject Photos



Front



Front



Address Verification



Address Verification



Side



Side

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Subject Photos



Street



Street



Other



Other

# DRIVE-BY CMA
by ClearCapital

**$185,000**
● As-Is Price

## Listing Photos


118 E Springer St
Philadelphia, PA 19119



Front

L2 249 E Sharpnack St
Philadelphia, PA 19119



Front

L3 6605 Ross St
Philadelphia, PA 19119



Front

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Sales Photos

**S1** 309 E Meehan Ave
Philadelphia, PA 19119



Front

**S2** 6449 Clearview St
Philadelphia, PA 19119



Front

**S3** 51 E Montana St
Philadelphia, PA 19119



Front

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 224 E Dorset St, Philadelphia, PA 19119
**Loan Number**      **Suggested List** $194,500     **Suggested Repaired** $194,500     **Sale** $185,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 224 E Dorset St, Philadelphia, PA 19119 | -- | Parcel Match |
| L1 | Listing 1 | 118 E Springer St, Philadelphia, PA 19119 | 0.14 Miles [1] | Parcel Match |
| L2 | Listing 2 | 249 E Sharpnack St, Philadelphia, PA 19119 | 0.20 Miles [1] | Parcel Match |
| L3 | Listing 3 | 6605 Ross St, Philadelphia, PA 19119 | 0.23 Miles [1] | Parcel Match |
| S1 | Sold 1 | 309 E Meehan Ave, Philadelphia, PA 19119 | 0.28 Miles [1] | Parcel Match |
| S2 | Sold 2 | 6449 Clearview St, Philadelphia, PA 19119 | 0.37 Miles [1] | Parcel Match |
| S3 | Sold 3 | 51 E Montana St, Philadelphia, PA 19119 | 0.28 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**$185,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**224 E DORSET ST**
PHILADELPHIA, PA 19119

**$185,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 9.09 miles | **Date Signed** | 01/30/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**