# Exhibit "B"

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015
Loan Number

**$230,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1449 Rainer Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/22/2025 |
| **Loan Number** | | **APN** | 07000060126 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LP | **Condition Comments** |
| **R. E. Taxes** | $1,812 | The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability. |
| **Assessed Value** | $73,100 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | Property located in a typical suburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity. |
| **Sales Prices in this Neighborhood** | Low: $114900<br>High: $247000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <30 | |

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1449 Rainer Rd | 4042 Gideon Rd | 1518 Elson Rd | 1356 Adair Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.19 [1] | 0.18 [1] | 0.21 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $259,000 | $250,000 | $259,999 |
| **List Price $** | -- | $259,000 | $250,000 | $249,999 |
| **Original List Date** | | 04/01/2025 | 05/09/2025 | 10/31/2024 |
| **DOM · Cumulative DOM** | -- · -- | 50 · 51 | 6 · 13 | 110 · 203 |
| **Age** (# of years) | 55 | 55 | 58 | 53 |
| **Condition** | Average | Average | Average | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,368 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 · 1 | 3 · 2 · 1 | 3 · 2 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 952 | 680 | 750 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.07 acres | 0.05 acres | 0.06 acres | 0.05 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;Kitchen - Eat-In; No Fireplace; Dishwasher, Range Hood, Refrigerator, Stove; Accessibility Features: None; Basement Laundry

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1449 Rainer Rd | 1453 Rainer Rd | 1545 Rainer Rd | 3934 Worrilow Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.01 [1] | 0.10 [1] | 0.15 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $215,000 | $239,000 | $265,000 |
| **List Price $** | -- | $215,000 | $235,000 | $265,000 |
| **Sale Price $** | -- | $224,000 | $230,000 | $234,000 |
| **Type of Financing** | -- | Fha | Fha | Conventional |
| **Date of Sale** | -- | 03/07/2025 | 09/13/2024 | 07/12/2024 |
| **DOM · Cumulative DOM** | -- · -- | 8 · 57 | 21 · 32 | 10 · 90 |
| **Age** (# of years) | 55 | 65 | 55 | 58 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,260 | 1,260 | 1,296 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 · 1 | 3 · 2 | 3 · 2 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 952 | 600 | 600 | 640 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.07 acres | 0.04 acres | 0.04 acres | 0.06 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | -$1,000 | -$1,000 | +$3,000 |
| **Adjusted Price** | -- | $223,000 | $229,000 | $237,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior bath count $2000, garage ($3000)

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition;adjustment for inferior bath count $2000, garage ($3000)

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA/room count $3000

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | none | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $239,000 | $239,000 |
| **Sales Price** | $230,000 | $230,000 |
| **30 Day Price** | $212,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

**$230,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Listing Photos

**L1** 4042 Gideon Rd
Brookhaven, PA 19015



Front

**L2** 1518 Elson Rd
Brookhaven, PA 19015



Front

**L3** 1356 Adair Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

## Sales Photos

**S1** 1453 Rainer Rd
Brookhaven, PA 19015



Front

**S2** 1545 Rainer Rd
Brookhaven, PA 19015



Front

**S3** 3934 Worrilow Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price



---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** ⭐ 1449 Rainer Rd, Brookhaven, PA 19015 | | | | | |
| **Loan Number** | | **Suggested List** $239,000 | **Suggested Repaired** $239,000 | **Sale** $230,000 | |



ClearCapital    SUBJECT: 1449 Rainer Rd, Brookhaven, PA 19015

mapquest    ©2025 ClearCapital.com, Inc

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1449 Rainer Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 4042 Gideon Rd, Brookhaven, PA 19015 | 0.19 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.18 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1356 Adair Rd, Brookhaven, PA 19015 | 0.21 Miles [1] | Parcel Match |
| S1 | Sold 1 | 1453 Rainer Rd, Brookhaven, PA 19015 | 0.01 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1545 Rainer Rd, Brookhaven, PA 19015 | 0.10 Miles [1] | Parcel Match |
| S3 | Sold 3 | 3934 Worrilow Rd, Brookhaven, PA 19015 | 0.15 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015          Loan Number

**$230,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$230,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA

by ClearCapital

**1449 RAINER RD**
BROOKHAVEN, PA 19015          Loan Number          **$230,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.84 miles | **Date Signed** | 05/22/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 4024 Gideon Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 07000043043 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | DDH FUND LP |
| **R. E. Taxes** | $1,708 |
| **Assessed Value** | $68,880 |
| **Zoning Classification** | Residential |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

Subject is in average exterior condition and shows no visible items needing immediate attention. Exterior maintenance would help subject's marketability ( mowing lawn, weeding, etc...)

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Suburban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $95,000 High: $260,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015
Loan Number

**$175,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4024 Gideon Rd | 4014 Worrilow Rd | 1305 Rainer Rd | 4017 Gideon Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.05 [1] | 0.28 [1] | 0.03 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $145,000 | $170,000 | $259,000 |
| **List Price $** | -- | $145,000 | $170,000 | $259,000 |
| **Original List Date** | | 04/22/2025 | 04/21/2025 | 03/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 6 · 29 | 7 · 30 | 7 · 65 |
| **Age** (# of years) | 55 | 58 | 52 | 57 |
| **Condition** | Average | Average | Average | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,368 | 1,296 | 1,224 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 1 | 3 · 2 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 100% | 50% |
| **Basement Sq. Ft.** | 684 | 648 | 612 | 760 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.05 acres | 0.05 acres | 0.07 acres |
| **Other** | None | None | None | None |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar to the subject in age, GLA, location, size and style. Inside, you'll find an open layout filled with natural light, complemented by original hardwood floors that are in good shape and ready to shine with refinishing. The main level flows easily from the living room into the dining area and kitchen, with sliding doors leading to a huge rear deck. Inferior bed count, superior garage count

**Listing 2** Similar to the subject in age, GLA, location, size and style. Toby Farms neighborhood offers this 3 bedroom 2.5 bath interior row with attached one car garage and walkout basement. Superior bath & garage counts

**Listing 3** Similar to the subject in age, GLA, location, size and style. The fully renovated kitchen boasts brand-new cabinets, countertops, flooring, and stainless-steel appliances, perfect for cooking and entertaining. The primary bedroom features a private en-suite bath, a rare find in this price range! Both bathrooms have also been updated for your convenience. Superior condition.

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

**$175,000**
Loan Number ● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 4024 Gideon Rd | 3820 Powell Rd | 4010 Powell Rd | 1411 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.28 [1] | 0.24 [1] | 0.18 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $129,000 | $160,000 | $180,000 |
| **List Price $** | -- | $129,000 | $160,000 | $180,000 |
| **Sale Price $** | -- | $141,500 | $165,000 | $180,000 |
| **Type of Financing** | -- | Private | Other | Conventional |
| **Date of Sale** | -- | 04/01/2025 | 04/04/2025 | 02/20/2025 |
| **DOM · Cumulative DOM** | -- · -- | 6 · 42 | 7 · 38 | 23 · 69 |
| **Age** (# of years) | 55 | 53 | 53 | 55 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,368 | 1,520 | 1,520 | 1,260 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 1 · 1 | 3 · 1 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 50% |
| **Basement Sq. Ft.** | 684 | 760 | 760 | 630 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.13 acres | 0.06 acres | 0.05 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$1,500 | +$1,500 | $0 |
| **Adjusted Price** | -- | $140,000 | $166,500 | $180,000 |

\* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar to the subject in age, GLA, location, size and style. Adj. for: Garage (-3000), 1/2 bath (1500)

**Sold 2**  Similar to the subject in age, GLA, location, size and style. Adj. for: 1/2 bath (1500)

**Sold 3**  Similar to the subject in age, GLA, location, size and style. No adjustments necessary

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | None |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $184,900 | $184,900 |
| **Sales Price** | $175,000 | $175,000 |
| **30 Day Price** | $165,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location. Due to limited comp availability, it was necessary to use 1 active comp (L3) in superior condition to the subject.

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**   The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015          Loan Number

**$175,000**
● As-Is Price

## Subject Photos



Other



Other



Other

# DRIVE-BY CMA
by ClearCapital

**$175,000**
● As-Is Price

## Listing Photos



4014 Worrilow Rd
Brookhaven, PA 19015



Front

L2 1305 Rainer Rd
Brookhaven, PA 19015



Front

L3 4017 Gideon Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Sales Photos

**S1** 3820 Powell Rd
Brookhaven, PA 19015



Front

**S2** 4010 Powell Rd
Brookhaven, PA 19015



Front

**S3** 1411 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015          Loan Number

**$175,000**
● As-Is Price

---

## ClearMaps Addendum

| Address | ⭐ 4024 Gideon Rd, Brookhaven, PA 19015 | | | | |
|---|---|---|---|---|---|
| **Loan Number** | | **Suggested List** $184,900 | **Suggested Repaired** $184,900 | **Sale** | $175,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ★ Subject | 4024 Gideon Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 Listing 1 | 4014 Worrilow Rd, Brookhaven, PA 19015 | 0.05 Miles [1] | Parcel Match |
| L2 Listing 2 | 1305 Rainer Rd, Brookhaven, PA 19015 | 0.28 Miles [1] | Parcel Match |
| L3 Listing 3 | 4017 Gideon Rd, Brookhaven, PA 19015 | 0.03 Miles [1] | Parcel Match |
| S1 Sold 1 | 3820 Powell Rd, Brookhaven, PA 19015 | 0.28 Miles [1] | Parcel Match |
| S2 Sold 2 | 4010 Powell Rd, Brookhaven, PA 19015 | 0.24 Miles [1] | Parcel Match |
| S3 Sold 3 | 1411 Rainer Rd, Brookhaven, PA 19015 | 0.18 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015          Loan Number

**$175,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**4024 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.97 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015    Loan Number

**$250,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1692 Powell Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 07000058692 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LP | **Condition Comments** |
| **R. E. Taxes** | $1,613 | |
| **Assessed Value** | $65,060 | Based upon interior photos from the attached tax record, the subject has been recently renovated and is in good condition. |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Good | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | |
| **Sales Prices in this Neighborhood** | Low: $85,000<br>High: $295,000 | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 1692 Powell Rd | 4042 Gideon Rd | 1229 Rainer Rd | 1647 Powell Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.17 [1] | 0.39 [1] | 0.08 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $259,000 | $254,900 | $255,000 |
| **List Price $** | -- | $259,000 | $259,900 | $255,000 |
| **Original List Date** | | 04/01/2025 | 11/18/2024 | 04/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 49 · 50 | 19 · 184 | 3 · 34 |
| **Age** (# of years) | 63 | 55 | 52 | 53 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,520 | 1,368 | 1,349 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 · 1 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | Attached 1 Car | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 100% | 100% |
| **Basement Sq. Ft.** | 760 | 684 | 675 | 760 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.05 acres | 0.05 acres | 0.08 acres |
| **Other** | None | None | None | None |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar to the subject in age, GLA, location, size and style. Remolded 3 Bedroom 2 1/2 Bathroom. New Kitchen, New Appliances, New Bathrooms, New Tiles Floors, New Flooring in Basement. Beautifully Refinished Hardwood Floors, New Bedroom and Bathroom Doors, New Paint, New Lighting. Newer Hvac. Superior bath count

**Listing 2**  Similar to the subject in age, GLA, location, size and style. The main level features a spacious living room, a formal dining area, and a stunningly remodeled kitchen boasting granite countertops, tile flooring, a modern backsplash, and brand-new stainless steel appliances. Additionally, the first floor offers a versatile space perfect as a bedroom, home office, or family room. On the upper level, you'll find three generously sized bedrooms, each with ample closet space, along with two fully renovated bathrooms. No garage

**Listing 3**  Similar to the subject in age, GLA, location, size and style. Step inside to find luxury vinyl flooring throughout the main level, guiding you through a bright dining area and into a fully renovated and open concept kitchen featuring ample cabinetry and modern finishes with all new appliances. Upstairs, you'll find brand new carpet in all three bedrooms. The primary suite includes its own en-suite bath and dual closets for added convenience. Two additional bedrooms and a stylish full hall bath complete the upper level. The fully finished basement is perfect for game nights, movie marathons, or a home gym.

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1692 Powell Rd | 1453 Rainer Rd | 3900 Gideon Rd | 1327 Adair Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.14 [1] | 0.17 [1] | 0.33 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $215,000 | $245,000 | $239,900 |
| **List Price $** | -- | $215,000 | $241,000 | $239,900 |
| **Sale Price $** | -- | $224,000 | $241,000 | $250,000 |
| **Type of Financing** | -- | Fha | Conventional | Phfa |
| **Date of Sale** | -- | 03/07/2025 | 03/31/2025 | 12/04/2024 |
| **DOM · Cumulative DOM** | -- · -- | 8 · 57 | 91 · 121 | 4 · 41 |
| **Age** (# of years) | 63 | 65 | 64 | 53 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,520 | 1,260 | 1,368 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 | 3 · 2 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | Attached 1 Car | Attached 1 Car | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 50% |
| **Basement Sq. Ft.** | 760 | 630 | 684 | 760 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.04 acres | 0.11 acres | 0.05 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$8,000 | $0 | +$1,500 |
| **Adjusted Price** | -- | $216,000 | $241,000 | $251,500 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar to the subject in age, GLA, location, size and style. Adj. for: Concessions (-13,200), GLA (5200)

**Sold 2**   Similar to the subject in age, GLA, location, size and style. No adjustments necessary

**Sold 3**   Similar to the subject in age, GLA, location, size and style. Adj. for: 1/2 bath (1500)

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | None |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $259,900 | $259,900 |
| **Sales Price** | $250,000 | $250,000 |
| **30 Day Price** | $240,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

**$250,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

**$250,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**$250,000**
● As-Is Price

## Listing Photos



L1  4042 Gideon Rd
Brookhaven, PA 19015



Front



L2  1229 Rainer Rd
Brookhaven, PA 19015



Front



L3  1647 Powell Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA

by ClearCapital

## Sales Photos

**S1** 1453 Rainer Rd
Brookhaven, PA 19015



Front

**S2** 3900 Gideon Rd
Brookhaven, PA 19015



Front

**S3** 1327 Adair Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA

by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

---

## ClearMaps Addendum

| | |
|---|---|
| **Address** ⭐ 1692 Powell Rd, Brookhaven, PA 19015 | |
| **Loan Number** | **Suggested List** $259,900   **Suggested Repaired** $259,900   **Sale** $250,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 1692 Powell Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 Listing 1 | 4042 Gideon Rd, Brookhaven, PA 19015 | 0.17 Miles [1] | Parcel Match |
| L2 Listing 2 | 1229 Rainer Rd, Brookhaven, PA 19015 | 0.39 Miles [1] | Parcel Match |
| L3 Listing 3 | 1647 Powell Rd, Brookhaven, PA 19015 | 0.08 Miles [1] | Parcel Match |
| S1 Sold 1 | 1453 Rainer Rd, Brookhaven, PA 19015 | 0.14 Miles [1] | Parcel Match |
| S2 Sold 2 | 3900 Gideon Rd, Brookhaven, PA 19015 | 0.17 Miles [1] | Parcel Match |
| S3 Sold 3 | 1327 Adair Rd, Brookhaven, PA 19015 | 0.33 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1692 POWELL RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.98 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

## 1345 HARSHAW RD
BROOKHAVEN, PA 19015

**$220,000**
🟡 As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1345 Harshaw Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 07000044833 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LP | |
| **R. E. Taxes** | $1,676 | |
| **Assessed Value** | $67,580 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

**Condition Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Suburban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $114900 High: $247000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <30 |

**Neighborhood Comments**

Property located in a typical surburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity.

# DRIVE-BY CMA

by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1345 Harshaw Rd | 1218 Harshaw Rd | 1518 Elson Rd | 1647 Powell Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.12 ¹ | 0.22 ¹ | 0.25 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $249,000 | $250,000 | $255,000 |
| **List Price $** | -- | $245,000 | $250,000 | $255,000 |
| **Original List Date** | | 11/20/2024 | 05/09/2025 | 04/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 174 · 182 | 6 · 12 | 4 · 34 |
| **Age** (# of years) | 52 | 53 | 58 | 53 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,191 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 4 · 1 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 590 | 760 | 680 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.04 acres | 0.06 acres | 0.08 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**    Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2**    Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3**    Similar attributes to subject property. Similar size, age and exterior condition;No Fireplace; Built-In Microwave, Built-In Range, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only; Accessibility Features: 2+ Access Exits; Window Features: Double Pane, Insulated; Laundry Hookup

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1345 Harshaw Rd | 3908 Worrilow Rd | 3924 Worrilow Rd | 1453 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.05 ¹ | 0.07 ¹ | 0.15 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $225,000 | $235,000 | $215,000 |
| **List Price $** | -- | $215,000 | $221,000 | $215,000 |
| **Sale Price $** | -- | $210,000 | $221,630 | $224,000 |
| **Type of Financing** | -- | Fha | Conventional | Fha |
| **Date of Sale** | -- | 04/18/2025 | 12/20/2024 | 03/07/2025 |
| **DOM · Cumulative DOM** | -- · -- | 76 · 101 | 65 · 95 | 8 · 57 |
| **Age** (# of years) | 52 | 58 | 58 | 65 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,296 | 1,296 | 1,260 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 1 · 1 | 4 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 645 | 645 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.04 acres | 0.04 acres | 0.04 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$6,000 | +$3,000 | $0 |
| **Adjusted Price** | -- | $216,000 | $224,630 | $224,000 |

* Sold 3 is the most comparable sale to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.

² Comp's "Miles to Subject" provided by Real Estate Professional.

³ Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior room count $1000, garage $5000

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition; adjustmet for superior room count ($2000), garage $5000

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition;Kitchen - Eat-In; No Fireplace; Dryer, Oven/Range - Electric, Range Hood, Washer; Accessibility Features: None; Basement Laundry

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | none | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $230,000 | $230,000 |
| **Sales Price** | $220,000 | $220,000 |
| **30 Day Price** | $202,000 | -- |

**Comments Regarding Pricing Strategy**

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Listing Photos

 1218 Harshaw Rd
Brookhaven, PA 19015



Front

**L2** 1518 Elson Rd
Brookhaven, PA 19015



Front

**L3** 1647 Powell Rd
Brookhaven, PA 19015



Front



# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Sales Photos

**S1** 3908 Worrilow Rd
Brookhaven, PA 19015



Front

**S2** 3924 Worrilow Rd
Brookhaven, PA 19015



Front

**S3** 1453 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 1345 Harshaw Rd, Brookhaven, PA 19015
**Loan Number**
**Suggested List** $230,000    **Suggested Repaired** $230,000    **Sale** $220,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1345 Harshaw Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 1218 Harshaw Rd, Brookhaven, PA 19015 | 0.12 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.22 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1647 Powell Rd, Brookhaven, PA 19015 | 0.25 Miles [1] | Parcel Match |
| S1 | Sold 1 | 3908 Worrilow Rd, Brookhaven, PA 19015 | 0.05 Miles [1] | Parcel Match |
| S2 | Sold 2 | 3924 Worrilow Rd, Brookhaven, PA 19015 | 0.07 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1453 Rainer Rd, Brookhaven, PA 19015 | 0.15 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

**$220,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
| --- | --- |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 765-2    Filed 07/13/26    Page 56 of 126

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 765-2    Filed 07/13/26    Page 57 of 126

1345 HARSHAW RD
BROOKHAVEN, PA 19015

Loan Number

$220,000
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1345 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.83 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**3922 ELSON RD**

BROOKHAVEN, PA 19015

Loan Number

**$220,000**

● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 3922 Elson Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 07000029531 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LP | |
| **R. E. Taxes** | $1,835 | |
| **Assessed Value** | $74,000 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

**Condition Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $114900<br>High: $247000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <30 |

**Neighborhood Comments**

Property located in a typical suburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity.

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

**$220,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 3922 Elson Rd | 1218 Harshaw Rd | 1518 Elson Rd | 1647 Powell Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.29 [1] | 0.14 [1] | 0.14 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $249,000 | $250,000 | $255,000 |
| **List Price $** | -- | $245,000 | $250,000 | $255,000 |
| **Original List Date** | | 11/20/2024 | 05/09/2025 | 04/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 174 · 182 | 6 · 12 | 4 · 34 |
| **Age** (# of years) | 58 | 53 | 58 | 53 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,520 | 1,191 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 4 · 1 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 590 | 750 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.08 acres | 0.04 acres | 0.06 acres | 0.08 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2**  Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3**  Similar attributes to subject property. Similar size, age and exterior condition;No Fireplace; Built-In Microwave, Built-In Range, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only; Accessibility Features: 2+ Access Exits; Window Features: Double Pane, Insulated; Laundry Hookup

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

**$220,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 3922 Elson Rd | 3908 Worrilow Rd | 1614 Powell Rd | 1352 Adair Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.14 [1] | 0.19 [1] | 0.23 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $225,000 | $219,900 | $215,000 |
| **List Price $** | -- | $215,000 | $219,900 | $230,000 |
| **Sale Price $** | -- | $210,000 | $219,900 | $220,000 |
| **Type of Financing** | -- | Fha | Conventional | Va |
| **Date of Sale** | -- | 04/18/2025 | 08/30/2024 | 06/10/2024 |
| **DOM · Cumulative DOM** | -- · -- | 76 · 101 | 5 · 36 | 197 · 251 |
| **Age** (# of years) | 58 | 58 | 63 | 53 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,520 | 1,296 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 1 · 1 | 3 · 2 | 3 · 2 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 645 | 700 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.08 acres | 0.04 acres | 0.05 acres | 0.05 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$8,600 | $0 | +$3,000 |
| **Adjusted Price** | -- | $218,600 | $219,900 | $223,000 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 765-2    Filed 07/13/26    Page 62 of 126

**3922 ELSON RD**

BROOKHAVEN, PA 19015

**$220,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA/room count $5600,

**Sold 2** Similar attributes to subject property. Similar size, age and exterior condition;Upgraded Countertops; No Fireplace; Built-In Microwave, Dishwasher, Dryer, Oven/Range - Gas, Refrigerator, Washer; Accessibility Features: Doors - Swing In

**Sold 3** Similar attributes to subject property. Similar size, age and exterior condition; adjustment for garage $3000

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| Current Listing Status | Not Currently Listed | **Listing History Comments** | |
| Listing Agency/Firm | | none | |
| Listing Agent Name | | | |
| Listing Agent Phone | | | |
| # of Removed Listings in Previous 12 Months | 0 | | |
| # of Sales in Previous 12 Months | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $229,000 | $229,000 |
| **Sales Price** | $220,000 | $220,000 |
| **30 Day Price** | $202,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Photos


Front


Address Verification


Side


Side


Street


Street

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

**$220,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Listing Photos

**L1** 1218 Harshaw Rd
Brookhaven, PA 19015



Front

**L2** 1518 Elson Rd
Brookhaven, PA 19015



Front

**L3** 1647 Powell Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Sales Photos

**S1** 3908 Worrilow Rd
Brookhaven, PA 19015



Front

**S2** 1614 Powell Rd
Brookhaven, PA 19015



Front

**S3** 1352 Adair Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

**$220,000**
Loan Number          ● As-Is Price

---

## ClearMaps Addendum

| Address | ⭐ 3922 Elson Rd, Brookhaven, PA 19015 | | | | |
|---|---|---|---|---|---|
| Loan Number | | **Suggested List** $229,000 | **Suggested Repaired** $229,000 | **Sale** $220,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 3922 Elson Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 1218 Harshaw Rd, Brookhaven, PA 19015 | 0.29 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.14 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1647 Powell Rd, Brookhaven, PA 19015 | 0.14 Miles [1] | Parcel Match |
| S1 | Sold 1 | 3908 Worrilow Rd, Brookhaven, PA 19015 | 0.14 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1614 Powell Rd, Brookhaven, PA 19015 | 0.19 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1352 Adair Rd, Brookhaven, PA 19015 | 0.23 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Addendum: Report Purpose

**Market Approach and Market Time**

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 765-2    Filed 07/13/26    Page 70 of 126

3922 ELSON RD
BROOKHAVEN, PA 19015

Loan Number

$220,000
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

---

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**3922 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.89 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1205 Rainer Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 07000060196 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LP | **Condition Comments** |
| **R. E. Taxes** | $1,726 | |
| **Assessed Value** | $69,600 | Subject is in average exterior condition and shows no visible items needing immediate attention. |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | |
| **Sales Prices in this Neighborhood** | Low: $90,000 High: $279,000 | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA

by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 1205 Rainer Rd | 280 Bridgewater Rd | 4014 Worrilow Rd | 1305 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.52 [1] | 0.31 [1] | 0.10 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $179,900 | $145,000 | $170,000 |
| **List Price $** | -- | $169,900 | $145,000 | $170,000 |
| **Original List Date** | | 01/24/2025 | 04/22/2025 | 04/21/2025 |
| **DOM · Cumulative DOM** | -- · -- | 115 · 117 | 6 · 29 | 7 · 30 |
| **Age** (# of years) | 52 | 53 | 58 | 52 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,224 | 1,000 | 1,296 | 1,224 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 2 · 1 · 1 | 3 · 1 | 3 · 2 · 1 |
| **Total Room #** | 6 | 5 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | Attached 1 Car | Attached 1 Car |
| **Basement** (Yes/No) | Yes | No | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 50% | 100% |
| **Basement Sq. Ft.** | 612 | -- | 648 | 612 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.05 acres | 0.05 acres | 0.05 acres |
| **Other** | None | MLS#None | None | None |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar to the subject in age, GLA, lo Inferior GLA, bed & bath counts; no basement

**Listing 2** Similar to the subject in age, GLA, location, size and style. The main level flows easily from the living room into the dining area and kitchen, with sliding doors leading to a huge rear deck that, with some repair, could become a fantastic outdoor oasis. The home features three generously sized bedrooms with ample closet space, plus a finished basement that can serve as a fourth bedroom, home office, or extra living area. Inferior bath count; garage

**Listing 3** Similar to the subject in age, GLA, location, size and style. Toby Farms neighborhood offers this 3 bedroom 2.5 bath interior row with attached one car garage and walkout basement. Superior bath & garage counts.

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1205 Rainer Rd | 4042 Gideon Rd | 1319 Rainer Rd | 1216 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.38 [1] | 0.13 [1] | 0.04 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $170,000 | $150,000 | $134,900 |
| **List Price $** | -- | $145,000 | $150,000 | $134,900 |
| **Sale Price $** | -- | $145,000 | $150,000 | $151,000 |
| **Type of Financing** | -- | Cash | Cash | Cash |
| **Date of Sale** | -- | 10/11/2024 | 11/19/2024 | 09/17/2024 |
| **DOM · Cumulative DOM** | -- · -- | 17 · 32 | 7 · 26 | 4 · 28 |
| **Age** (# of years) | 52 | 55 | 52 | 52 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,224 | 1,368 | 1,224 | 1,224 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 | 4 · 3 | 3 · 2 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 50% | 0% |
| **Basement Sq. Ft.** | 612 | 684 | 612 | 612 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.05 acres | 0.05 acres | 0.27 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$3,000 | -$5,000 | -$3,000 |
| **Adjusted Price** | -- | $142,000 | $145,000 | $148,000 |

\* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar to the subject in age, GLA, location, size and style. Adj. for: Garage (-3000)

**Sold 2**  Similar to the subject in age, GLA, location, size and style. Adj. for: bed (-2000), bath (-3000)

**Sold 3**  Similar to the subject in age, GLA, location, size and style. Adj. for: Garage (-3000)

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | None | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $157,900 | $157,900 |
| **Sales Price** | $148,000 | $148,000 |
| **30 Day Price** | $140,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

## Listing Photos



**L1** 280 Bridgewater Rd
Brookhaven, PA 19015



Front

**L2** 4014 Worrilow Rd
Brookhaven, PA 19015



Front

**L3** 1305 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Sales Photos

 4042 Gideon Rd
Brookhaven, PA 19015



Front

**S2** 1319 Rainer Rd
Brookhaven, PA 19015



Front

**S3** 1216 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 1205 Rainer Rd, Brookhaven, PA 19015 | | | |
| **Loan Number** | | **Suggested List** $157,900 | **Suggested Repaired** $157,900 | **Sale** $148,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1205 Rainer Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 280 Bridgewater Rd, Brookhaven, PA 19015 | 0.52 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 4014 Worrilow Rd, Brookhaven, PA 19015 | 0.31 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 1305 Rainer Rd, Brookhaven, PA 19015 | 0.10 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 4042 Gideon Rd, Brookhaven, PA 19015 | 0.38 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 1319 Rainer Rd, Brookhaven, PA 19015 | 0.13 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 1216 Rainer Rd, Brookhaven, PA 19015 | 0.04 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1205 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$148,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.64 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**1306 ELSON RD**

BROOKHAVEN, PA 19015

Loan Number

**$175,000**

● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1306 Elson Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 07000029459 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LP | **Condition Comments** |
| **R. E. Taxes** | $1,711 | Subject is in average exterior condition and shows no visible items needing immediate attention. |
| **Assessed Value** | $69,000 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $111,000<br>High: $260,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015
Loan Number

**$175,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1306 Elson Rd | 4014 Worrilow Rd | 1305 Rainer Rd | 1333 Adair Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.18 [1] | 0.08 [1] | 0.07 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $145,000 | $170,000 | $270,000 |
| **List Price $** | -- | $145,000 | $170,000 | $270,000 |
| **Original List Date** | | 04/22/2025 | 04/21/2025 | 02/27/2025 |
| **DOM · Cumulative DOM** | -- · -- | 6 · 29 | 7 · 30 | 59 · 83 |
| **Age** (# of years) | 60 | 58 | 52 | 53 |
| **Condition** | Average | Average | Average | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,288 | 1,296 | 1,224 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 · 1 | 3 · 1 | 3 · 2 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | Attached 1 Car | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 100% | 100% |
| **Basement Sq. Ft.** | 644 | 648 | 612 | 760 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.05 acres | 0.05 acres | 0.05 acres |
| **Other** | None | None | None | None |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015          Loan Number

**$175,000**
⬤ As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar to the subject in age, GLA, location, size and style. Inside, you'll find an open layout filled with natural light, complemented by original hardwood floors that are in good shape and ready to shine with refinishing. The main level flows easily from the living room into the dining area and kitchen, with sliding doors leading to a huge rear deck. Inferior bath count, superior garage count

**Listing 2**   Similar to the subject in age, GLA, location, size and style. Toby Farms neighborhood offers this 3 bedroom 2.5 bath interior row with attached one car garage and walkout basement. Superior garage count

**Listing 3**   Similar to the subject in age, GLA, location, size and style. The main level features vinyl flooring throughout the spacious living room, dining room with ceiling fan, and adjacent kitchen with wood-toned cabinetry, gas cooking, and room for additional storage or a small table. Here, you'll also find access to the rear patio and fenced yard for outdoor enjoyment. An updated powder room completes the main level. Upstairs, there are 3 bedrooms with new carpeting and renovated bath with tub shower. Superior condition, garage count; inferior bath count

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015    Loan Number

**$175,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1306 Elson Rd | 3820 Powell Rd | 4010 Powell Rd | 1411 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.09 [1] | 0.12 [1] | 0.13 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $129,000 | $160,000 | $180,000 |
| **List Price $** | -- | $129,000 | $160,000 | $180,000 |
| **Sale Price $** | -- | $141,500 | $165,000 | $180,000 |
| **Type of Financing** | -- | Private | Other | Conventional |
| **Date of Sale** | -- | 04/01/2025 | 04/04/2025 | 02/20/2025 |
| **DOM · Cumulative DOM** | -- · -- | 6 · 42 | 7 · 38 | 23 · 69 |
| **Age** (# of years) | 60 | 53 | 53 | 55 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,288 | 1,520 | 1,520 | 1,260 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 · 1 | 3 · 1 · 1 | 3 · 1 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 50% |
| **Basement Sq. Ft.** | 644 | 760 | 760 | 630 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.13 acres | 0.06 acres | 0.05 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | $0 | +$3,000 | +$1,500 |
| **Adjusted Price** | -- | $141,500 | $168,000 | $181,500 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar to the subject in age, GLA, location, size and style. Adj. for: garage (-3000), bath (30000)

**Sold 2**  Similar to the subject in age, GLA, location, size and style. Adj. for: Bath (3000)

**Sold 3**  Similar to the subject in age, GLA, location, size and style. Adj. for: 1/2 bath (1500)

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

**$175,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | None |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| Suggested List Price | $184,900 | $184,900 |
| Sales Price | $175,000 | $175,000 |
| 30 Day Price | $165,000 | -- |
| Comments Regarding Pricing Strategy | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

**$175,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
⬤ As-Is Price

## Listing Photos



**L1** 4014 Worrilow Rd
Brookhaven, PA 19015



Front



**L2** 1305 Rainer Rd
Brookhaven, PA 19015



Front



**L3** 1333 Adair Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

## Sales Photos

**S1** 3820 Powell Rd
Brookhaven, PA 19015



Front

**S2** 4010 Powell Rd
Brookhaven, PA 19015



Front

**S3** 1411 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 1306 Elson Rd, Brookhaven, PA 19015 | | | | |
| **Loan Number** | | **Suggested List** $184,900 | **Suggested Repaired** $184,900 | **Sale** $175,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1306 Elson Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 4014 Worrilow Rd, Brookhaven, PA 19015 | 0.18 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1305 Rainer Rd, Brookhaven, PA 19015 | 0.08 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1333 Adair Rd, Brookhaven, PA 19015 | 0.07 Miles [1] | Parcel Match |
| S1 | Sold 1 | 3820 Powell Rd, Brookhaven, PA 19015 | 0.09 Miles [1] | Parcel Match |
| S2 | Sold 2 | 4010 Powell Rd, Brookhaven, PA 19015 | 0.12 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1411 Rainer Rd, Brookhaven, PA 19015 | 0.13 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

**$175,000**
● As-Is Price

---

## Addendum: Report Purpose

**Market Approach and Market Time**

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
| --- | --- |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

**$175,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1306 ELSON RD**
BROOKHAVEN, PA 19015

Loan Number

**$175,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.77 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015
Loan Number

**$210,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 4015 Worrilow Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/20/2025 |
| **Loan Number** | | **APN** | 07000085740 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH LP | **Condition Comments** |
| **R. E. Taxes** | $1,768 | The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability. |
| **Assessed Value** | $71,300 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | Property located in a typical suburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity. |
| **Sales Prices in this Neighborhood** | Low: $114900<br>High: $247000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <30 | |

# DRIVE-BY CMA

by ClearCapital

**4015 WORRILOW RD**

BROOKHAVEN, PA 19015

Loan Number

**$210,000**

● As-Is Price

---

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4015 Worrilow Rd | 1218 Harshaw Rd | 1518 Elson Rd | 1647 Powell Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.18 [1] | 0.16 [1] | 0.19 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $249,000 | $250,000 | $255,000 |
| **List Price $** | -- | $245,000 | $250,000 | $255,000 |
| **Original List Date** | | 11/20/2024 | 05/09/2025 | 04/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 174 · 181 | 6 · 11 | 4 · 33 |
| **Age** (# of years) | 57 | 53 | 58 | 53 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,296 | 1,191 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 4 · 1 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 645 | 590 | 750 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.09 acres | 0.04 acres | 0.06 acres | 0.08 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;No Fireplace; Built-In Microwave, Built-In Range, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only; Accessibility Features: 2+ Access Exits; Window Features: Double Pane, Insulated; Laundry Hookup

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 4015 Worrilow Rd | 3908 Worrilow Rd | 3924 Worrilow Rd | 1453 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.08 [1] | 0.06 [1] | 0.20 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $225,000 | $235,000 | $215,000 |
| **List Price $** | -- | $215,000 | $221,000 | $215,000 |
| **Sale Price $** | -- | $210,000 | $221,630 | $224,000 |
| **Type of Financing** | -- | Fha | Conventional | Fha |
| **Date of Sale** | -- | 04/18/2025 | 12/20/2024 | 03/07/2025 |
| **DOM · Cumulative DOM** | -- · -- | 76 · 101 | 65 · 95 | 8 · 57 |
| **Age** (# of years) | 57 | 58 | 58 | 65 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,296 | 1,296 | 1,296 | 1,260 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 · 1 | 4 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 645 | 645 | 645 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.09 acres | 0.04 acres | 0.04 acres | 0.04 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | -$2,000 | -$5,000 | -$5,000 |
| **Adjusted Price** | -- | $208,000 | $216,630 | $219,000 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior bath count ($2000)

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior room count ($5000)

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for garage ($5000)

# DRIVE-BY CMA

by ClearCapital

**4015 WORRILOW RD**

BROOKHAVEN, PA 19015

Loan Number

**$210,000**

● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | none | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $220,000 | $220,000 |
| **Sales Price** | $210,000 | $210,000 |
| **30 Day Price** | $193,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Other

# DRIVE-BY CMA
by ClearCapital

## Listing Photos

**L1** 1218 Harshaw Rd
Brookhaven, PA 19015



Front

**L2** 1518 Elson Rd
Brookhaven, PA 19015



Front

**L3** 1647 Powell Rd
Brookhaven, PA 19015



Front



# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

## Sales Photos

**S1** 3908 Worrilow Rd
Brookhaven, PA 19015



Front

**S2** 3924 Worrilow Rd
Brookhaven, PA 19015



Front

**S3** 1453 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

---

## ClearMaps Addendum

| Address | ⭐ 4015 Worrilow Rd, Brookhaven, PA 19015 | | | | | |
|---|---|---|---|---|---|---|
| **Loan Number** | | **Suggested List** $220,000 | | **Suggested Repaired** $220,000 | | **Sale** $210,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 4015 Worrilow Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 1218 Harshaw Rd, Brookhaven, PA 19015 | 0.18 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.16 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 1647 Powell Rd, Brookhaven, PA 19015 | 0.19 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 3908 Worrilow Rd, Brookhaven, PA 19015 | 0.08 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 3924 Worrilow Rd, Brookhaven, PA 19015 | 0.06 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 1453 Rainer Rd, Brookhaven, PA 19015 | 0.20 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**4015 WORRILOW RD**
BROOKHAVEN, PA 19015

Loan Number

**$210,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.93 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

**$180,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1238 Harshaw Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/20/2025 |
| **Loan Number** | | **APN** | 07000044848 |
| **Borrower Name** | LP DDH | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH REAL ESTATE LP | **Condition Comments** |
| **R. E. Taxes** | $1,667 | Subject is in average exterior condition and shows no visible items needing immediate attention. |
| **Assessed Value** | $67,220 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $15,000 High: $336,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1238 Harshaw Rd | 1229 Rainer Rd | 1305 Rainer Rd | 1218 Harshaw Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.14 [1] | 0.13 [1] | 0.04 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $254,900 | $170,000 | $249,000 |
| **List Price $** | -- | $259,900 | $170,000 | $245,000 |
| **Original List Date** | | 11/18/2024 | 04/21/2025 | 11/20/2024 |
| **DOM · Cumulative DOM** | -- · -- | 17 · 183 | 7 · 29 | 171 · 181 |
| **Age** (# of years) | 52 | 52 | 52 | 53 |
| **Condition** | Average | Good | Average | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,349 | 1,224 | 1,191 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 2 | 3 · 2 · 1 | 4 · 1 |
| **Total Room #** | 6 | 6 | 6 | 7 |
| **Garage** (Style/Stalls) | None | None | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 50% | 100% | 100% |
| **Basement Sq. Ft.** | 630 | 300 | 612 | 370 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.05 acres | 0.05 acres | 0.04 acres |
| **Other** | None | None | None | None |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar to the subject in age, GLA, location, size and style. The main level features a spacious living room, a formal dining area, and a stunningly remodeled kitchen boasting granite countertops, tile flooring, a modern backsplash, and brand-new stainless steel appliances. Additionally, the first floor offers a versatile space perfect as a bedroom, home office, or family room. On the upper level, you'll find three generously sized bedrooms, each with ample closet space, along with two fully renovated bathrooms. Superior condition, bath count

**Listing 2** Similar to the subject in age, GLA, location, size and style. Toby Farms neighborhood offers this 3 bedroom 2.5 bath interior row with attached one car garage and walkout basement. Superior bath & garage counts

**Listing 3** Similar to the subject in age, GLA, location, size and style. Brand new kitchen with stainless steel appliances. Brand new laminate and carpet flooring throughout. New tile in kitchen and bathroom. Finished basement with laundry hookups, and extra storage space. Driveway parking in the back. Superior condition, bed count

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 1238 Harshaw Rd | 1411 Rainer Rd | 14 Main St | 414 9th |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Upland, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.16 [1] | 0.59 [1] | 0.65 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $180,000 | $170,000 | $189,000 |
| **List Price $** | -- | $180,000 | $170,000 | $189,000 |
| **Sale Price $** | -- | $180,000 | $181,000 | $189,000 |
| **Type of Financing** | -- | Conventional | Fha | Conventional |
| **Date of Sale** | -- | 02/20/2025 | 11/14/2024 | 12/10/2024 |
| **DOM · Cumulative DOM** | -- · -- | 23 · 69 | 5 · 44 | 1 · 39 |
| **Age** (# of years) | 52 | 55 | 105 | 105 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,260 | 1,173 | 1,054 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 2 | 3 · 1 | 2 · 1 |
| **Total Room #** | 6 | 6 | 6 | 5 |
| **Garage** (Style/Stalls) | None | None | Detached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 25% | 0% | 0% |
| **Basement Sq. Ft.** | 630 | 730 | 584 | 527 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.04 acres | 0.06 acres | 0.07 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | $0 | $0 | +$6,120 |
| **Adjusted Price** | -- | $180,000 | $181,000 | $195,120 |

* Sold 1 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar to the subject in age, GLA, location, size and style. Adj. for: bath (-3000)

**Sold 2**   Similar to the subject in age, GLA, location, size and style. Adj. for: Garage (-3000)

**Sold 3**   Similar to the subject in age, GLA, location, size and style. Adj. for: bed (2000), GLA (4120)

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| Current Listing Status | Not Currently Listed | Listing History Comments | |
| Listing Agency/Firm | | None | |
| Listing Agent Name | | | |
| Listing Agent Phone | | | |
| # of Removed Listings in Previous 12 Months | 0 | | |
| # of Sales in Previous 12 Months | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| Suggested List Price | $189,900 | $189,900 |
| Sales Price | $180,000 | $180,000 |
| 30 Day Price | $170,000 | -- |
| Comments Regarding Pricing Strategy | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location. Due to the clients concern for proximity, it was necessary to use 2 active comps in superior condition to the subject.

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Subject Photos


Front


Address Verification


Side


Side


Street


Street

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015          Loan Number          **$180,000**
⬤ As-Is Price

## Listing Photos


1229 Rainer Rd
Brookhaven, PA 19015



Front


1305 Rainer Rd
Brookhaven, PA 19015



Front


1218 Harshaw Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**$180,000**
● As-Is Price

## Sales Photos

**S1** 1411 Rainer Rd
Brookhaven, PA 19015



Front

**S2** 14 Main St
Brookhaven, PA 19015



Front

**S3** 414 9th
Upland, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

---

## ClearMaps Addendum

**Address**        ☆ 1238 Harshaw Rd, Brookhaven, PA 19015
**Loan Number**  [          ]        **Suggested List**  $189,900        **Suggested Repaired**  $189,900        **Sale**  $180,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 1238 Harshaw Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 1229 Rainer Rd, Brookhaven, PA 19015 | 0.14 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 1305 Rainer Rd, Brookhaven, PA 19015 | 0.13 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 1218 Harshaw Rd, Brookhaven, PA 19015 | 0.04 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 1411 Rainer Rd, Brookhaven, PA 19015 | 0.16 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 14 Main St, Brookhaven, PA 19015 | 0.59 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 414 9th, Upland, PA 19015 | 0.65 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 765-2    Filed 07/13/26    Page 124 of 126

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015         Loan Number

**$180,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA

by ClearCapital

**1238 HARSHAW RD**

BROOKHAVEN, PA 19015

Loan Number

**$180,000**

● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1238 HARSHAW RD**
BROOKHAVEN, PA 19015

Loan Number

**$180,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.81 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**