# EXHIBIT B

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2749 N Croskey St, Philadelphia, PA 19132 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | 20250516tbpimdm | **Tracking ID 1** | |
| **Tracking ID 2** | – | **Tracking ID 3** | |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $938 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Assessed Value** | $67,000 | |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes |
| **Sales Prices in this Neighborhood** | Low: $45,000<br>High: $208,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

**$90,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2749 N Croskey St | 2627 N 23rd St | 3130 N Bambrey St | 2952 N Taylor St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.15 [1] | 0.50 [1] | 0.30 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $95,000 | $105,000 | $100,000 |
| **List Price $** | -- | $95,000 | $100,000 | $100,000 |
| **Original List Date** | | 01/31/2025 | 02/21/2025 | 02/05/2025 |
| **DOM · Cumulative DOM** | -- · -- | 104 · 110 | 88 · 89 | 22 · 105 |
| **Age** (# of years) | 85 | 110 | 85 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,052 | 1,258 | 868 | 922 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 600 | 450 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.01 acres | .02 acres | .01 acres | .02 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2749 N Croskey St | 3127 N 25th St | 2765 N Hemberger St | 3018 N Croskey St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.45 [1] | 0.03 [1] | 0.28 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $120,000 | $110,000 | $109,000 |
| **List Price $** | -- | $120,000 | $110,000 | $109,000 |
| **Sale Price $** | -- | $87,500 | $90,000 | $95,000 |
| **Type of Financing** | -- | Other | Conventional | Cash |
| **Date of Sale** | -- | 02/20/2025 | 07/29/2024 | 10/28/2024 |
| **DOM · Cumulative DOM** | -- · -- | 201 · 229 | 44 · 75 | 26 · 52 |
| **Age** (# of years) | 85 | 85 | 100 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,052 | 1,212 | 936 | 950 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 · 1 | 3 · 1 | 2 · 1 |
| **Total Room #** | 6 | 6 | 6 | 5 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 600 | 500 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.01 acres | .03 acres | .02 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $87,500 | $90,000 | $95,000 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/17/25 $85,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/17/2025 | $85,000 | -- | -- | Expired | 04/17/2025 | $85,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $95,000 | $95,000 |
| **Sales Price** | $90,000 | $90,000 |
| **30 Day Price** | $85,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #2 and Listing #1 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 767-2    Filed 07/14/26    Page 6 of 133

2749 N CROSKEY ST
PHILADELPHIA, PA 19132

$90,000
Loan Number    ● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**$90,000**
● As-Is Price

## Listing Photos

**L1** 2627 N 23rd St
Philadelphia, PA 19132



Front

**L2** 3130 N Bambrey St
Philadelphia, PA 19132



Front

**L3** 2952 N Taylor St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

## Sales Photos

**S1** 3127 N 25th St
Philadelphia, PA 19132



Front

**S2** 2765 N Hemberger St
Philadelphia, PA 19132



Front

**S3** 3018 N Croskey St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

**$90,000**
Loan Number     ● As-Is Price

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 2749 N Croskey St, Philadelphia, PA 19132 | | | |
| **Loan Number** | | **Suggested List** $95,000 | **Suggested Repaired** $95,000 | **Sale** $90,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2749 N Croskey St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 | Listing 1 | 2627 N 23rd St, Philadelphia, PA 19132 | 0.15 Miles [1] | Parcel Match |
| L2 | Listing 2 | 3130 N Bambrey St, Philadelphia, PA 19132 | 0.50 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2952 N Taylor St, Philadelphia, PA 19132 | 0.30 Miles [1] | Parcel Match |
| S1 | Sold 1 | 3127 N 25th St, Philadelphia, PA 19132 | 0.45 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2765 N Hemberger St, Philadelphia, PA 19132 | 0.03 Miles [1] | Parcel Match |
| S3 | Sold 3 | 3018 N Croskey St, Philadelphia, PA 19132 | 0.28 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 767-2    Filed 07/14/26    Page 11 of 133

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

**$90,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2749 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$90,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.45 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2010 Wilmot St, Philadelphia, PA 19124 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | |
|---|---|---|
| Order Tracking ID | | Tracking ID 1 |
| Tracking ID 2 | | Tracking ID 3 |

## General Conditions

| | |
|---|---|
| Owner | RAD DIVERSIFIED REIT INC |
| R. E. Taxes | $1,713 |
| Assessed Value | $122,400 |
| Zoning Classification | Residential RSA5 |
| Property Type | SFR |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | |
| Estimated Interior Repair Cost | |
| Total Estimated Repair | |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $45,500<br>High: $240,000 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2010 Wilmot St | 1668 Church St | 2049 Wilmot St | 4342 Orchard St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.48 [1] | 0.04 [1] | 0.42 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $120,000 | $116,900 | $120,000 |
| **List Price $** | -- | $109,000 | $110,000 | $115,000 |
| **Original List Date** |  | 03/06/2025 | 04/30/2025 | 03/18/2025 |
| **DOM · Cumulative DOM** | -- · -- | 76 · 76 | 21 · 21 | 64 · 64 |
| **Age** (# of years) | 100 | 85 | 100 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,080 | 1,281 | 960 | 1,012 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 2 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 5 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 600 | 500 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .04 acres | .02 acres | .03 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2010 Wilmot St | 4737 Worth St | 2096 Granite St | 2084 Scattergood St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.22 [1] | 0.37 [1] | 0.45 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $104,900 | $150,000 | $125,000 |
| **List Price $** | -- | $104,900 | $150,000 | $125,000 |
| **Sale Price $** | -- | $104,900 | $104,900 | $107,000 |
| **Type of Financing** | -- | Cash | Cash | Conventional |
| **Date of Sale** | -- | 04/04/2025 | 06/28/2024 | 04/10/2025 |
| **DOM · Cumulative DOM** | -- · -- | 7 · 34 | 79 · 163 | 21 · 47 |
| **Age** (# of years) | 100 | 100 | 85 | 91 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,080 | 1,064 | 1,305 | 1,032 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 2 · 1 | 3 · 1 | 2 · 1 |
| **Total Room #** | 6 | 5 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 650 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .04 acres | .05 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$2,000 | -$2,250 | +$2,000 |
| **Adjusted Price** | -- | $106,900 | $102,650 | $109,000 |

* Sold 1 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition. Adj +$2000 bedroom

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition. Adj -$2250 GLA

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition. Adj +$2000 bedroom

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | None | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $110,000 | $110,000 |
| **Sales Price** | $106,000 | $106,000 |
| **30 Day Price** | $102,000 | -- |

**Comments Regarding Pricing Strategy**

Sale #1 and Listing #2 are the most similar to the subject. I was unable to locate a number on the home for an address verification photo. I used neighboring homes for visual

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

2010 WILMOT ST
PHILADELPHIA, PA 19124

**$106,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

## Listing Photos

**L1** 1668 Church St
Philadelphia, PA 19124



Front

**L2** 2049 Wilmot St
Philadelphia, PA 19124



Front

**L2** 4342 Orchard St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

Loan Number

**$106,000**
● As-Is Price

## Sales Photos

**S1** 4737 Worth St
Philadelphia, PA 19124



Front

**S2** 2096 Granite St
Philadelphia, PA 19124



Front

**S3** 2084 Scattergood St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

## ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** | ⭐ 2010 Wilmot St, Philadelphia, PA 19124 | | |
| **Loan Number** | **Suggested List** $110,000 | **Suggested Repaired** $110,000 | **Sale** $106,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 2010 Wilmot St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 | Listing 1 | 1668 Church St, Philadelphia, PA 19124 | 0.48 Miles [1] | Parcel Match |
| L2 | Listing 2 | 2049 Wilmot St, Philadelphia, PA 19124 | 0.04 Miles [1] | Parcel Match |
| L3 | Listing 3 | 4342 Orchard St, Philadelphia, PA 19124 | 0.42 Miles [1] | Parcel Match |
| S1 | Sold 1 | 4737 Worth St, Philadelphia, PA 19124 | 0.22 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2096 Granite St, Philadelphia, PA 19124 | 0.37 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2084 Scattergood St, Philadelphia, PA 19124 | 0.45 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 767-2    Filed 07/14/26    Page 24 of 133

**2010 WILMOT ST**
PHILADELPHIA, PA 19124          Loan Number

**$106,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

**$106,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2010 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$106,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.56 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**



# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

This analysis has hot been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2066 Wilmot St, Philadelphia, PA 19124 | **Crder ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | |
|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** |
| **Tracking ID 2** | | **Tracking ID 3** |

## General Conditions

| | | |
|---|---|---|
| Owner | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| R. E. Taxes | $1,730 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| Assessed Value | $123,600 | |
| Zoning Classification | Residential RSA5 | |
| Property Type | SFR | |
| Occupancy | Occupied | |
| Ownership Type | Fee Simple | |
| Property Condition | Average | |
| Estimated Exterior Repair Cost | | |
| Estimated Interior Repair Cost | | |
| Total Estimated Repair | | |
| HOA | No | |
| Visible From Street | Visible | |
| Road Type | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| Location Type | Urban | **Neighborhood Comments** |
| Local Economy | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| Sales Prices in this Neighborheed | Low: $45,500 High: $260,000 | |
| Market for this type of property | Remained Stable for the past 6 months. | |
| Normal Marketing Days | <90 | |

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 2066 Wilmot St | 1815 Fillmore St | 1636 Fillmore St | 1828 Ruan St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.35 [1] | 0.49 [1] | 0.44 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $150,000 | $173,000 | $149,999 |
| **List Price $** | -- | $150,000 | $151,000 | $149,999 |
| **Original List Date** | | 10/23/2024 | 08/15/2024 | 08/05/2024 |
| **DOM · Cumulative DOM** | -- · -- | 210 · 210 | 261 · 279 | 186 · 289 |
| **Age** (# of years) | 100 | 100 | 90 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,120 | 1,148 | 1,038 | 1,192 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 4 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 6 | 7 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 550 | 500 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .05 acres | .01 acres | .02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 3 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2066 Wilmot St | 2079 Granite St | 1653 Orthodox St | 2032 Granite St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.43 ¹ | 0.36 ¹ | 0.43 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $130,000 | $159,999 | $188,900 |
| **List Price $** | -- | $130,000 | $159,999 | $188,900 |
| **Sale Price $** | -- | $135,000 | $136,000 | $140,000 |
| **Type of Financing** | -- | Fha | Other | Fha |
| **Date of Sale** | -- | 08/26/2024 | 12/23/2024 | 01/29/2025 |
| **DOM · Cumulative DOM** | -- · -- | 38 · 81 | 89 · 168 | 244 · 303 |
| **Age** (# of years) | 100 | 85 | 90 | 115 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,120 | 1,020 | 1,272 | 1,103 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 500 | 600 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .02 acres | .02 acres | .03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $135,000 | $136,000 | $140,000 |

* Sold 2 is the most comparable sale to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

## Subject Sales & Listing History

| | | |
|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** |
| **Listing Agency/Firm** | | Expired 04/14/25 $139,000 |
| **Listing Agent Name** | | |
| **Listing Agent Phone** | | |
| **# of Removed Listings in Previous 12 Months** | 1 | |
| **# of Sales in Previous 12 Months** | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/14/2025 | $139,000 | -- | -- | Expired | 04/14/2025 | $139,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $150,000 | $150,000 |
| **Sales Price** | $136,000 | $136,000 |
| **30 Day Price** | $131,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #2 and Listing #3 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

**$136,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

## Listing Photos

**L1** 1815 Fillmore St
Philadelphia, PA 19124



Front

**L2** 1636 Fillmore St
Philadelphia, PA 19124



Front

**L2** 1828 Ruan St
Philadelphia, PA 19124



Front



by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

## Sales Photos

**S1** 2079 Granite St
Philadelphia, PA 19124



Front

**S2** 1653 Orthodox St
Philadelphia, PA 19124



Front

**S3** 2032 Granite St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** | ★ 2066 Wilmot St, Philadelphia, PA 19124 | | |
| **Loan Number** | **Suggested List** $150,000 | **Suggested Repaired** $150,000 | **Sale** $136,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ★ Subject | 2066 Wilmot St, Philadelphia, PA 19124 | --- | Parcel Match |
| L1 Listing 1 | 1815 Fillmore St, Philadelphia, PA 19124 | 0.35 Miles [1] | Parcel Match |
| L2 Listing 2 | 1636 Fillmore St, Philadelphia, PA 19124 | 0.49 Miles [1] | Parcel Match |
| L3 Listing 3 | 1828 Ruan St, Philadelphia, PA 19124 | 0.44 Miles [1] | Parcel Match |
| S1 Sold 1 | 2079 Granite St, Philadelphia, PA 19124 | 0.43 Miles [1] | Parcel Match |
| S2 Sold 2 | 1653 Orthodox St, Philadelphia, PA 19124 | 0.36 Miles [1] | Parcel Match |
| S3 Sold 3 | 2032 Granite St, Philadelphia, PA 19124 | 0.43 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

---

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 767-2    Filed 07/14/26    Page 39 of 133

**2066 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$136,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | | **Email** | |
| **Broker Distance to Subject** | 0.60 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 5114 Duffield St, Philadelphia, PA 19124 | **Order ID** | 10184051 | **Property ID** | |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 | | |
| **Loan Number** | | **APN** | | | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | | **Tracking ID 3** | |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $2,436 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Assessed Value** | $174,000 | |
| **Zoning Classification** | Residential RSA3 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $58,000 High: $344,900 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
🟡 As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 5114 Duffield St | 6027 Frankford Ave | 1105 Foulkrod St | 2233 Bridge St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19135 | 19124 | 19137 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.66 [1] | 0.72 [1] | 0.85 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $170,000 | $230,000 | $200,000 |
| **List Price $** | -- | $180,000 | $200,000 | $200,000 |
| **Original List Date** | | 08/23/2024 | 04/11/2025 | 11/09/2024 |
| **DOM · Cumulative DOM** | -- · -- | 84 · 271 | 19 · 40 | 190 · 193 |
| **Age** (# of years) | 70 | 100 | 85 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 2,080 | 1,472 | 1,674 | 1,920 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 | 3 · 1 | 4 · 1 |
| **Total Room #** | 7 | 7 | 6 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 1,000 | 700 | 800 | 900 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | .03 acres | .05 acres | .06 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 5114 Duffield St | 6015 Frankford Ave | 1344 Sellers St | 1669 E Cheltenham Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19135 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.64 [1] | 0.77 [1] | 0.50 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $190,000 | $159,900 | $188,000 |
| **List Price $** | -- | $190,000 | $159,900 | $188,000 |
| **Sale Price $** | -- | $150,000 | $166,000 | $182,000 |
| **Type of Financing** | -- | Fha | Fha | Conventional |
| **Date of Sale** | -- | 07/25/2024 | 06/28/2024 | 10/31/2024 |
| **DOM · Cumulative DOM** | -- · -- | 1 · 8 | 9 · 52 | 45 · 97 |
| **Age** (# of years) | 70 | 100 | 95 | 85 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 2,080 | 1,472 | 1,579 | 1,516 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 | 4 · 1 | 3 · 1 · 1 |
| **Total Room #** | 7 | 7 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 1000 | 700 | 750 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | .03 acres | .04 acres | .04 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $150,000 | $166,000 | $182,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/17/25 $175,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/17/2025 | $175,000 | -- | -- | Withdrawn | 03/22/2025 | $175,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $180,000 | $180,000 |
| **Sales Price** | $166,000 | $166,000 |
| **30 Day Price** | $161,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

## Listing Photos


**L1** 6027 Frankford Ave
Philadelphia, PA 19135



Front


**L2** 1105 Foulkrod St
Philadelphia, PA 19124



Front


**L3** 2233 Bridge St
Philadelphia, PA 19137



Front

# DRIVE-BY CMA
by ClearCapital

**$166,000**
● As-Is Price

## Sales Photos

**S1** 6015 Frankford Ave
Philadelphia, PA 19135



Front

**S2** 1344 Sellers St
Philadelphia, PA 19124



Front

**S3** 1669 E Cheltenham Ave
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

**Loan Number**

**$166,000**
● As-Is Price

## ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** ⭐ 5114 Duffield St, Philadelphia, PA 19124 | | | |
| **Loan Number** | **Suggested List** $180,000 | **Suggested Repaired** $180,000 | **Saie** $166,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 5114 Duffield St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 | Listing 1 | 6027 Frankford Ave, Philadelphia, PA 19135 | 0.66 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1105 Foulkrod St, Philadelphia, PA 19124 | 0.72 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2233 Bridge St, Philadelphia, PA 19137 | 0.85 Miles [1] | Parcel Match |
| S1 | Sold 1 | 6015 Frankford Ave, Philadelphia, PA 19135 | 0.64 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1344 Sellers St, Philadelphia, PA 19124 | 0.77 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1669 E Cheltenham Ave, Philadelphia, PA 19124 | 0.50 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 767-2    Filed 07/14/26    Page 50 of 133

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

**$166,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**5114 DUFFIELD ST**
PHILADELPHIA, PA 19124

Loan Number

**$166,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.66 miles | **Date Signed** | 05/19/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2141 Carver St, Philadelphia, PA 19124 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | | **Tracking ID 3** | |

## General Conditions

| | |
|---|---|
| Owner | RAD DIVERSIFIED REIT INC |
| R. E. Taxes | $1,872 |
| Assessed Value | $133,700 |
| Zoning Classification | Residential RSA5 |
| Property Type | SFR Attached (Row) |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | $0 |
| Estimated Interior Repair Cost | $0 |
| Total Estimated Repair | $0 |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

The subject property is a 2 stories Row home (SFR attached). From the exterior the subject appears to be in average condition with no immediate signs of deferred maintenance. The subject is situated on a lightly traveled street which comprised mainly of similar homes. Convenient to shopping, schools, major roads and other services.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $66500<br>High: $236750 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <30 |

**Neighborhood Comments**

Homes in the subject's neighborhood are mainly Row style homes and vary in size and quality. The neighborhood is average overall and the homes appear to be well maintained. There is a balance between supply and demand in this neighborhood. Median sales price in subject area have remained stable in the past 6 months. All types of financing are available in this area, Non-conventional such as FHA, VA Loans usually involve some seller costs or concessions

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2141 Carver St | 2073 Carver St | 2117 Shallcross St | 2065 Larue St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.12 [1] | 0.08 [1] | 0.20 [1] |
| **Property Type** | Other | Other | Other | Other |
| **Original List Price $** | $ | $133,000 | $149,000 | $150,000 |
| **List Price $** | -- | $123,000 | $149,000 | $150,000 |
| **Original List Date** |  | 01/29/2025 | 04/04/2025 | 04/14/2025 |
| **DOM · Cumulative DOM** | -- · -- | 107 · 112 | 23 · 47 | 11 · 37 |
| **Age** (# of years) | 105 | 95 | 105 | 95 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Row | 2 Stories Row | 2 Stories Row | 2 Stories Row |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,056 | 976 | 924 | 1,120 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 2 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 5 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 528 | 488 | 462 | 360 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Row home, located on the same street, similar style, GLA and age, inferior bedroom count. Well cared, hardwood floors t/o.

**Listing 2** Row home, same neighborhood, similar GLA and age. Clean and well maintained, modern kitchen, laminate flooring.

**Listing 3** Row home, same neighborhood,m similar GLA and age. Newer heater and water heater, tenant occupied.

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2141 Carver St | 5756 Hegerman St | 5738 Hegerman St | 4624 Van Kirk St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19135 | 19135 | 19135 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.14 [1] | 0.12 [1] | 0.17 [1] |
| **Property Type** | Other | Other | Other | Other |
| **Original List Price $** | -- | $125,000 | $140,000 | $142,000 |
| **List Price $** | -- | $135,000 | $140,000 | $142,000 |
| **Sale Price $** | -- | $116,000 | $140,000 | $140,000 |
| **Type of Financing** | -- | Cash | Conventional | Cash |
| **Date of Sale** | -- | 12/04/2024 | 02/21/2025 | 01/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 104 · 161 | 8 · 36 | 13 · 42 |
| **Age** (# of years) | 105 | 105 | 105 | 105 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Row | 2 Stories Row | 2 Stories Row | 2 Stories Row |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,056 | 946 | 946 | 1,044 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | Attached 1 Car | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 528 | 275 | 473 | 522 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.03 acres | 0.03 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$3,500 | $0 | $0 |
| **Adjusted Price** | -- | $119,500 | $140,000 | $140,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Row home, located in the same neighborhood, similar style, GLA, age and room count. Freshly painted, needs some TLC sold as-is. Adjustments; -$1500 (garage), +$5000 (TLC carpet in 2nd floor)=+$3500

**Sold 2**   Row home, same neighborhood, similar style, GLA, age and bedroom/bath counts. Neutral decor throughout.

**Sold 3**   Row home, located in the same neighborhood, similar GLA, age and room count. Well maintained, hardwood floors t/o.

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | The subject was listed from 01/15/2025 to 03/18/2025, listed price $125,000. Property being sold as part of a package deal and cannot be separated at this time. | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/15/2025 | $1,250,000 | -- | -- | Withdrawn | 03/22/2025 | $125,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $134,900 | $134,900 |
| **Sales Price** | $134,000 | $134,000 |
| **30 Day Price** | $129,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

***Subject has no address on structure, mailbox or curb. Address was verified by adjacent homes. and MLS photo.*** Subject was listed little below market value due according to listing agent comment that Property being sold as part of a package deal and cannot be separated at this time. The comps utilized are Row homes and were selected for their similarity to the subject in age, design, size, condition, and proximity. They are the most recent and most comparable found, and they are considered to be good indicators of the market price of the subject property. The subject's estimated final price represents a price with normal marketing times and based on the most similar comps in this report. Assessment of subject condition was based on exterior viewing, interior condition assumed similar to exterior.

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**    The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Subject Photos



Front



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Listing Photos

**L1** 2073 Carver St
Philadelphia, PA 19124



Front

**L2** 2117 Shallcross St
Philadelphia, PA 19124



Front

**L2** 2065 Larue St
Philadelphia, PA 19124



Front



# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Sales Photos

**S1** 5756 Hegerman St
Philadelphia, PA 19135



Front

**S2** 5738 Hegerman St
Philadelphia, PA 19135



Front

**S3** 4624 Van Kirk St
Philadelphia, PA 19135



Front

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

**$134,000**
● As-Is Price

## ClearMaps Addendum

**Address** ☆ 2141 Carver St, Philadelphia, PA 19124

**Loan Number**     **Suggested List** $134,900     **Suggested Repaired** $134,900     **Saie** $134,000



SUBJECT: 2141 Carver St, Philadelphia, PA 19124

©2025 ClearCapital.com, Inc

| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ☆ Subject | 2141 Carver St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 Listing 1 | 2073 Carver St, Philadelphia, PA 19124 | 0.12 Miles [1] | Parcel Match |
| L2 Listing 2 | 2117 Shallcross St, Philadelphia, PA 19124 | 0.08 Miles [1] | Parcel Match |
| L3 Listing 3 | 2065 Larue St, Philadelphia, PA 19124 | 0.20 Miles [1] | Parcel Match |
| S1 Sold 1 | 5756 Hegerman St, Philadelphia, PA 19135 | 0.14 Miles [1] | Parcel Match |
| S2 Sold 2 | 5738 Hegerman St, Philadelphia, PA 19135 | 0.12 Miles [1] | Parcel Match |
| S3 Sold 3 | 4624 Van Kirk St, Philadelphia, PA 19135 | 0.17 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

Loan Number

**$134,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2141 CARVER ST**
PHILADELPHIA, PA 19124

**$134,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Ellen Manfalouti | **Company/Brokerage** | Absolute Realty Group |
| **License No** | RS280807 | **Address** | 1727 McNelis Dr Southampton PA 18966 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2672533024 | **Email** | Elliere@msn.com |
| **Broker Distance to Subject** | 10.33 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 4338 Penn St, Philadelphia, PA 19124 | | **Order ID** | | **Property ID** | 37016990 |
| **Inspection Date** | 05/18/2025 | | **Date of Report** | 05/21/2025 | | |
| **Loan Number** | | | **APN** | | | |
| **Borrower Name** | REIT INC RAD | | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| Owner | DONNA GOZZI | |
| R. E. Taxes | $1,939 | |
| Assessed Value | $138,500 | |
| Zoning Classification | Residential RSA5 | |
| Property Type | SFR | |
| Occupancy | Occupied | |
| Ownership Type | Fee Simple | |
| Property Condition | Average | |
| Estimated Exterior Repair Cost | | |
| Estimated Interior Repair Cost | | |
| Total Estimated Repair | | |
| HOA | No | |
| Visible From Street | Visible | |
| Road Type | Public | |

**Condition Comments**

Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $73,000<br>High: $254,900 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4338 Penn St | 4560 Milnor St | 1208 Unity St | 1828 Ruan St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.80 [1] | 0.23 [1] | 0.35 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $140,000 | $145,000 | $149,999 |
| **List Price $** | -- | $140,000 | $145,000 | $149,999 |
| **Original List Date** | | 04/06/2025 | 04/07/2025 | 08/05/2024 |
| **DOM · Cumulative DOM** | -- · -- | 45 · 45 | 42 · 44 | 186 · 289 |
| **Age** (# of years) | 105 | 85 | 80 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,488 | 1,387 | 1,338 | 1,192 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 700 | 650 | 650 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | .04 acres | .04 acres | .02 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124         Loan Number

**$133,000**
● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 4338 Penn St | 4173-77 Paul St | 4724 Griscom St | 1653 Orthodox St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.39 [1] | 0.44 [1] | 0.32 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $150,000 | $159,999 | $159,999 |
| **List Price $** | -- | $150,000 | $159,999 | $159,999 |
| **Sale Price $** | -- | $130,000 | $135,000 | $136,000 |
| **Type of Financing** | -- | Cash | Conventional | Other |
| **Date of Sale** | -- | 06/18/2024 | 07/12/2024 | 12/23/2024 |
| **DOM · Cumulative DOM** | -- · -- | 15 · 34 | 189 · 287 | 89 · 168 |
| **Age** (# of years) | 105 | 100 | 85 | 90 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,488 | 1,870 | 1,510 | 1,272 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 4 · 1 · 1 | 4 · 1 | 3 · 1 |
| **Total Room #** | 6 | 7 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 800 | 750 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | .09 acres | .04 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | -$5,820 | -$2,000 | -$2,160 |
| **Adjusted Price** | -- | $124,180 | $133,000 | $133,840 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition. Adj -$2000 bedroom -$3820 GLA

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition. Adj -$2000 bedroom

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition. Adj +$2160 GLA

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/17/25 $135,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/17/2025 | $135,000 | -- | -- | Expired | 03/22/2025 | $135,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $145,000 | $145,000 |
| **Sales Price** | $133,000 | $133,000 |
| **30 Day Price** | $129,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #2 and Listing #2 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Listing Photos

**L1** 4560 Milnor St
Philadelphia, PA 19124



Front

**L2** 1208 Unity St
Philadelphia, PA 19124



Front

**L3** 1828 Ruan St
Philadelphia, PA 19124



Front



# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Sales Photos

**S1** 4173-77 Paul St
Philadelphia, PA 19124



Front

**S2** 4724 Griscom St
Philadelphia, PA 19124



Front

**S3** 1653 Orthodox St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 4338 Penn St, Philadelphia, PA 19124 | | | |
| **Loan Number** | | **Suggested List** $145,000 | **Suggested Repaired** $145,000 | **Sale** $133,000 |



SUBJECT: 4338 Penn St, Philadelphia, PA 19124

©2025 ClearCapital.com, Inc

| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 4338 Penn St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 | Listing 1 | 4560 Milnor St, Philadelphia, PA 19124 | 0.80 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1208 Unity St, Philadelphia, PA 19124 | 0.23 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1828 Ruan St, Philadelphia, PA 19124 | 0.35 Miles [1] | Parcel Match |
| S1 | Sold 1 | 4173-77 Paul St, Philadelphia, PA 19124 | 0.39 Miles [1] | Street Centerline Match |
| S2 | Sold 2 | 4724 Griscom St, Philadelphia, PA 19124 | 0.44 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1653 Orthodox St, Philadelphia, PA 19124 | 0.32 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**4338 PENN ST**
PHILADELPHIA, PA 19124

Loan Number

**$133,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.25 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**



# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 221 W Clapier St, Philadelphia, PA 19144 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/17/2025 | **Date of Report** | 05/20/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | | **Tracking ID 3** | |

## General Conditions

| | | |
|---|---|---|
| **Owner** | STEPHEN WALKER | **Condition Comments** |
| **R. E. Taxes** | $2,275 | |
| **Assessed Value** | $162,500 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | |
| **Sales Prices in this Neighborhood** | Low: $30,000 High: $310,000 | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA

by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

**$140,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 221 W Clapier St | 4906 N 19th St | 1834 W Rockland St | 247 W Berkley St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19141 | 19141 | 19144 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.71 [1] | 0.73 [1] | 0.31 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $149,900 | $175,000 | $10,000 |
| **List Price $** | -- | $149,900 | $160,000 | $180,000 |
| **Original List Date** | | 05/14/2025 | 06/17/2024 | 02/21/2025 |
| **DOM · Cumulative DOM** | -- · -- | 4 · 6 | 337 · 337 | 88 · 88 |
| **Age** (# of years) | 125 | 75 | 96 | 85 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,314 | 1,120 | 1,270 | 1,388 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 4 · 2 |
| **Total Room #** | 6 | 6 | 6 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 650 | 550 | 600 | 650 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .02 acres | .03 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
⬤ As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 221 W Clapier St | 227 W Berkley St | 4913 Pulaski Ave | 4814 Knox St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19144 | 19144 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.31 [1] | 0.08 [1] | 0.16 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $150,000 | $104,900 | $150,000 |
| **List Price $** | -- | $150,000 | $104,900 | $150,000 |
| **Sale Price $** | -- | $130,000 | $131,111 | $140,000 |
| **Type of Financing** | -- | Private | Cash | Conventional |
| **Date of Sale** | -- | 11/19/2024 | 11/18/2024 | 04/11/2025 |
| **DOM · Cumulative DOM** | -- · -- | 19 · 81 | 4 · 27 | 169 · 217 |
| **Age** (# of years) | 125 | 125 | 95 | 85 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,314 | 1,388 | 1,263 | 1,288 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 650 | 650 | 600 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .06 acres | .04 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $130,000 | $131,111 | $140,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/15/25 $145,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/15/2025 | $145,000 | -- | -- | Expired | 03/22/2025 | $145,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $150,000 | $150,000 |
| **Sales Price** | $140,000 | $140,000 |
| **30 Day Price** | $130,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #3 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

## Listing Photos



**L1**  4906 N 19th St
Philadelphia, PA 19141



Front



**L2**  1834 W Rockland St
Philadelphia, PA 19141



Front

**L2**  247 W Berkley St
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

## Sales Photos


**S1** 227 W Berkley St
Philadelphia, PA 19144



Front


**S2** 4913 Pulaski Ave
Philadelphia, PA 19144



Front


**S3** 4814 Knox St
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ☆ 221 W Clapier St, Philadelphia, PA 19144 | | | | |
| **Loan Number** | | **Suggested List** $150,000 | **Suggested Repaired** $150,000 | **Sale** $140,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 221 W Clapier St, Philadelphia, PA 19144 | --- | Parcel Match |
| L1 | Listing 1 | 4906 N 19th St, Philadelphia, PA 19141 | 0.71 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1834 W Rockland St, Philadelphia, PA 19141 | 0.73 Miles [1] | Parcel Match |
| L3 | Listing 3 | 247 W Berkley St, Philadelphia, PA 19144 | 0.31 Miles [1] | Parcel Match |
| S1 | Sold 1 | 227 W Berkley St, Philadelphia, PA 19144 | 0.31 Miles [1] | Parcel Match |
| S2 | Sold 2 | 4913 Pulaski Ave, Philadelphia, PA 19144 | 0.08 Miles [1] | Parcel Match |
| S3 | Sold 3 | 4814 Knox St, Philadelphia, PA 19144 | 0.16 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

---

## Addendum: Report Purpose

**Market Approach and Market Time**

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.


Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

Loan Number

**$140,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**221 W CLAPIER ST**
PHILADELPHIA, PA 19144

**$140,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.27 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2529 N 33rd St, Philadelphia, PA 19132 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/19/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | 20250516tbpimdm | **Tracking ID 1** | 20250516tbpimdm |
| **Tracking ID 2** | | **Tracking ID 3** | |

## General Conditions

| | |
|---|---|
| Owner | RAD DIVERSIFIED REIT INC |
| R. E. Taxes | $1,559 |
| Assessed Value | $111,400 |
| Zoning Classification | Residential RSA5 |
| Property Type | SFR |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | |
| Estimated Interior Repair Cost | |
| Total Estimated Repair | |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $60,000  High: $250,000 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
🟡 As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2529 N 33rd St | 3107 N 32nd St | 2131 N 28th St | 2328 W Cumberland St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19121 | 19132 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.62 [1] | 0.60 [1] | 0.79 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $132,500 | $139,900 | $160,000 |
| **List Price $** | -- | $132,500 | $139,900 | $135,000 |
| **Original List Date** | | 04/22/2025 | 09/28/2024 | 09/26/2024 |
| **DOM · Cumulative DOM** | -- · -- | 27 · 27 | 231 · 233 | 231 · 235 |
| **Age** (# of years) | 110 | 77 | 110 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,576 | 1,514 | 1,440 | 1,563 |
| **Bdrm · Bths · ½ Bths** | 4 · 1 | 3 · 1 | 4 · 1 | 3 · 1 · 1 |
| **Total Room #** | 7 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 750 | 750 | 700 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .03 acres | .02 acres | .04 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2529 N 33rd St | 3033 W Norris St | 2514 W Cumberland St | 2828 N 28th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19121 | 19132 | 19132 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.60 ¹ | 0.64 ¹ | 0.53 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $125,000 | $129,999 | $150,000 |
| **List Price $** | -- | $125,000 | $129,999 | $150,000 |
| **Sale Price $** | -- | $102,000 | $120,000 | $128,000 |
| **Type of Financing** | -- | Cash | Other | Fha |
| **Date of Sale** | -- | 12/30/2024 | 02/07/2025 | 12/24/2024 |
| **DOM · Cumulative DOM** | -- · -- | 18 · 34 | 31 · 190 | 158 · 210 |
| **Age** (# of years) | 110 | 110 | 110 | 85 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,576 | 1,378 | 1,726 | 1,470 |
| **Bdrm · Bths · ½ Bths** | 4 · 1 | 3 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 7 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 750 | 650 | 800 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .03 acres | .04 acres | .03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $102,000 | $120,000 | $128,000 |

* Sold 2 is the most comparable sale to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 1 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**

Expired 04/16/25 $119,000

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/16/2025 | $119,000 | -- | -- | Withdrawn | 03/15/2025 | $119,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $132,500 | $132,500 |
| **Sales Price** | $120,000 | $120,000 |
| **30 Day Price** | $115,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Listing Photos

**L1** 3107 N 32nd St
Philadelphia, PA 19132



Front

**L2** 2131 N 28th St
Philadelphia, PA 19121



Front

**L3** 2328 W Cumberland St
Philadelphia, PA 19132



Front



# DRIVE-BY CMA
by ClearCapital

2529 N 33RD ST
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Sales Photos

**S1** 3033 W Norris St
Philadelphia, PA 19121



Front

**S2** 2514 W Cumberland St
Philadelphia, PA 19132



Front

**S3** 2828 N 28th St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

**$120,000**

Loan Number          ● As-Is Price

---

## ClearMaps Addendum

**Address**          ⭐ 2529 N 33rd St, Philadelphia, PA 19132

**Loan Number**          **Suggested List** $132,500          **Suggested Repaired** $132,500          **Sale** $120,000



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 2529 N 33rd St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 Listing 1 | 3107 N 32nd St, Philadelphia, PA 19132 | 0.62 Miles [1] | Parcel Match |
| L2 Listing 2 | 2131 N 28th St, Philadelphia, PA 19132 | 0.60 Miles [1] | Parcel Match |
| L3 Listing 3 | 2328 W Cumberland St, Philadelphia, PA 19132 | 0.79 Miles [1] | Parcel Match |
| S1 Sold 1 | 3033 W Norris St, Philadelphia, PA 19132 | 0.60 Miles [1] | Parcel Match |
| S2 Sold 2 | 2514 W Cumberland St, Philadelphia, PA 19132 | 0.64 Miles [1] | Parcel Match |
| S3 Sold 3 | 2828 N 28th St, Philadelphia, PA 19132 | 0.53 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2529 N 33RD ST**
PHILADELPHIA, PA 19132

Loan Number

**$120,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 5.36 miles | **Date Signed** | 05/19/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1826 Plum St, Philadelphia, PA 19124 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/18/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | |
|---|---|---|
| Order Tracking ID | | Tracking ID 1 |
| Tracking ID 2 | -- | Tracking ID 3 | -- |

## General Conditions

| | | |
|---|---|---|
| Owner | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| R. E. Taxes | $1,718 | |
| Assessed Value | $122,700 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| Zoning Classification | Residential RSA5 | |
| Property Type | SFR | |
| Occupancy | Occupied | |
| Ownership Type | Fee Simple | |
| Property Condition | Average | |
| Estimated Exterior Repair Cost | | |
| Estimated Interior Repair Cost | | |
| Total Estimated Repair | | |
| HOA | No | |
| Visible From Street | Visible | |
| Road Type | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| Location Type | Urban | **Neighborhood Comments** |
| Local Economy | Stable | |
| Sales Prices in this Neighborhood | Low: $45,500 High: $260,000 | The subject is located in an average area/neighborhood with similar age and style homes. |
| Market for this type of property | Remained Stable for the past 6 months. | |
| Normal Marketing Days | <90 | |

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 1826 Plum St | 4415 Elizabeth St | 1208 Unity St | 1870 Pratt St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.53 [1] | 0.67 [1] | 0.50 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $139,900 | $145,000 | $135,000 |
| **List Price $** | -- | $139,900 | $145,000 | $135,000 |
| **Original List Date** |  | 05/14/2025 | 04/07/2025 | 04/22/2025 |
| **DOM · Cumulative DOM** | -- · -- | 4 · 4 | 39 · 41 | 7 · 26 |
| **Age** (# of years) | 90 | 90 | 80 | 80 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,120 | 924 | 1,338 | 1,138 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 2 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 500 | 650 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .04 acres | .07 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2** Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3** Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 1826 Plum St | 1681 Fillmore St | 4639 Edmund St | 1653 Orthodox St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.36 [1] | 0.24 [1] | 0.21 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $118,500 | $15,900 | $159,999 |
| **List Price $** | -- | $118,500 | $125,900 | $159,999 |
| **Sale Price $** | -- | $118,000 | $124,000 | $136,000 |
| **Type of Financing** | -- | Conventional | Conventional | Other |
| **Date of Sale** | -- | 02/21/2025 | 01/08/2025 | 12/23/2024 |
| **DOM · Cumulative DOM** | -- · -- | 125 · 207 | 6 · 69 | 89 · 168 |
| **Age** (# of years) | 90 | 90 | 90 | 90 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,120 | 1,170 | 912 | 1,272 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 550 | 500 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .02 acres | .03 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $118,000 | $124,000 | $136,000 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/14/25 $129,500 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/14/2025 | $129,500 | -- | -- | Expired | 03/22/2025 | $129,500 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $135,000 | $135,000 |
| **Sales Price** | $124,000 | $124,000 |
| **30 Day Price** | $120,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #3 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Listing Photos



**L1** 4415 Elizabeth St
Philadelphia, PA 19124



Front



**L2** 1208 Unity St
Philadelphia, PA 19124



Front



**L3** 1870 Pratt St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Sales Photos

S1 1681 Fillmore St
Philadelphia, PA 19124



Front

S2 4639 Edmund St
Philadelphia, PA 19124



Front

S3 1653 Orthodox St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** ⭐ 1826 Plum St, Philadelphia, PA 19124 | | | |
| **Loan Number** | **Suggested List** $135,000 | **Suggested Repaired** $135,000 | **Saie** $124,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 1826 Plum St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 Listing 1 | 4415 Elizabeth St, Philadelphia, PA 19124 | 0.53 Miles [1] | Parcel Match |
| L2 Listing 2 | 1208 Unity St, Philadelphia, PA 19124 | 0.67 Miles [1] | Parcel Match |
| L3 Listing 3 | 1870 Pratt St, Philadelphia, PA 19124 | 0.50 Miles [1] | Parcel Match |
| S1 Sold 1 | 1681 Fillmore St, Philadelphia, PA 19124 | 0.36 Miles [1] | Parcel Match |
| S2 Sold 2 | 4639 Edmund St, Philadelphia, PA 19124 | 0.24 Miles [1] | Parcel Match |
| S2 Sold 3 | 1653 Orthodox St, Philadelphia, PA 19124 | 0.21 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
⬤ As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1826 PLUM ST**
PHILADELPHIA, PA 19124

Loan Number

**$124,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.44 miles | **Date Signed** | 05/18/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

This analysis has hot been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 5106 Jackson St, Philadelphia, PA 19124 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/18/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | |
|---|---|---|
| **Order Tracking ID** | **Tracking ID 1** | |
| **Tracking ID 2** | **Tracking ID 3** | |

## General Conditions

| | |
|---|---|
| Owner | RAD DIVERSIFIED REIT INC |
| R. E. Taxes | $1,730 |
| Assessed Value | $123,600 |
| Zoning Classification | Residential RSA5 |
| Property Type | SFR |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | |
| Estimated Interior Repair Cost | |
| Total Estimated Repair | |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $45,500 High: $265,000 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

Case 8:26-bk-01636-CPM   Doc 767-2   Filed 07/14/26   Page 122 of 133

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

---

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 5106 Jackson St | 4626 Van Kirk St | 5349 Eadom St, | 1870 Pratt St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19135 | 19137 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.54 [1] | 0.48 [1] | 0.13 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $135,000 | $135,000 | $135,000 |
| **List Price $** | -- | $135,000 | $135,000 | $135,000 |
| **Original List Date** | | 05/07/2025 | 04/23/2025 | 04/22/2025 |
| **DOM · Cumulative DOM** | -- · -- | 11 · 11 | 25 · 25 | 7 · 26 |
| **Age** (# of years) | 100 | 105 | 125 | 80 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,020 | 1,044 | 1,184 | 1,138 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Detached 1 Car | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 550 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .02 acres | .07 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

Client(s): Fay Servicing (Non-ECOA)            Effective: 05/18/2025        Page: 2 of 12

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 5106 Jackson St | 4639 Edmund St | 2111 Shallcross St | 2079 Granite St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.47 [1] | 0.41 [1] | 0.17 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $125,900 | $149,900 | $130,000 |
| **List Price $** | -- | $125,900 | $149,900 | $130,000 |
| **Sale Price $** | -- | $129,000 | $130,000 | $135,000 |
| **Type of Financing** | -- | Conventional | Conventional | Fha |
| **Date of Sale** | -- | 01/08/2025 | 09/30/2024 | 08/26/2024 |
| **DOM · Cumulative DOM** | -- · -- | 6 · 69 | 15 · 32 | 38 · 81 |
| **Age** (# of years) | 100 | 90 | 105 | 85 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,020 | 912 | 902 | 1,020 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 2 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 5 | 6 | 6 |
| **Garage** (Style/Stalls) | Detached 1 Car | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 500 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .02 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $129,000 | $130,000 | $135,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2** Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3** Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124          Loan Number

**$130,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/10/25 $135,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/10/2025 | $135,000 | -- | -- | Expired | 03/22/2025 | $135,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $135,000 | $135,000 |
| **Sales Price** | $130,000 | $130,000 |
| **30 Day Price** | $125,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #2 and Listing #2 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**   The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street



# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

## Listing Photos

**L1** 4626 Van Kirk St
Philadelphia, PA 19135



Front

**L2** 5349 Eadom St,
Philadelphia, PA 19137



Front

**L2** 1870 Pratt St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

## Sales Photos

**S1** 4639 Edmund St
Philadelphia, PA 19124



Front

**S2** 2111 Shallcross St
Philadelphia, PA 19124



Front

**S3** 2079 Granite St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124    Loan Number    **$130,000**    ● As-Is Price

## ClearMaps Addendum

| Address | ⭐ 5106 Jackson St, Philadelphia, PA 19124 | | |
|---|---|---|---|
| Loan Number | Suggested List  $135,000 | Suggested Repaired  $135,000 | Saie  $130,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 5106 Jackson St, Philadelphia, PA 19124 | — | Parcel Match |
| L1 | Listing 1 | 4626 Van Kirk St, Philadelphia, PA 19135 | 0.54 Miles [1] | Parcel Match |
| L2 | Listing 2 | 5349 Eadom St,, Philadelphia, PA 19137 | 0.48 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1870 Pratt St, Philadelphia, PA 19124 | 0.13 Miles [1] | Parcel Match |
| S1 | Sold 1 | 4639 Edmund St, Philadelphia, PA 19124 | 0.47 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2111 Shallcross St, Philadelphia, PA 19124 | 0.41 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2079 Granite St, Philadelphia, PA 19124 | 0.17 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

---

## Addendum: Report Purpose

**Market Approach and Market Time**

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

---

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**5106 JACKSON ST**
PHILADELPHIA, PA 19124

Loan Number

**$130,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.80 miles | **Date Signed** | 05/18/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

