# EXHIBIT B

# DRIVE-BY CMA

by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 5915 Mcmahon St, Philadelphia, PA 19144 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 592294400 |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| Owner | COHEN BOYS LLC |
| R. E. Taxes | $1,979 |
| Assessed Value | $141,400 |
| Zoning Classification | Residential RSA5 |
| Property Type | SFR |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | |
| Estimated Interior Repair Cost | |
| Total Estimated Repair | |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $27455<br>High: $424890 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <30 |

**Neighborhood Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 5915 Mcmahon St | 5523 Jane St | 6320 E Wister St | 5712 Lena St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19138 | 19138 | 19144 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.59 [1] | 0.66 [1] | 0.68 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $100,000 | $89,900 | $94,000 |
| **List Price $** | -- | $100,000 | $89,900 | $94,000 |
| **Original List Date** | | 04/29/2025 | 05/05/2025 | 04/23/2025 |
| **DOM · Cumulative DOM** | -- · -- | 17 · 22 | 2 · 16 | 4 · 28 |
| **Age** (# of years) | 120 | 125 | 100 | 115 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 978 | 1,126 | 1,122 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 630 | 480 | 560 | 560 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.04 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, age and exterior condition;Wall Unit; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2**  Similar attributes to subject property. Similar size, age and exterior condition;Carpet, Ceiling Fan(s); No Fireplace; Dryer, Oven/Range - Gas, Refrigerator, Washer; Accessibility Features: 32"+ wide doors; Basement Laundry

**Listing 3**  Similar attributes to subject property. Similar size, age and exterior condition;Kitchen - Eat-In; No Fireplace; Accessibility Features: None; Basement Laundry

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144    Loan Number

**$88,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 5915 Mcmahon St | 6116 Belfield Ave | 502 E High St | 6134 Belfield Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19144 | 19144 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.20 [1] | 0.17 [1] | 0.22 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $109,900 | $95,000 | $79,500 |
| **List Price $** | -- | $109,900 | $95,000 | $79,500 |
| **Sale Price $** | -- | $95,000 | $85,000 | $90,000 |
| **Type of Financing** | -- | Cash | Other | Cash |
| **Date of Sale** | -- | 05/31/2024 | 06/13/2024 | 09/25/2024 |
| **DOM · Cumulative DOM** | -- · -- | 13 · 44 | 43 · 101 | 10 · 42 |
| **Age** (# of years) | 120 | 125 | 110 | 110 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,200 | 1,333 | 1,440 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 2 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 630 | 600 | 656 | 720 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.05 acres | 0.04 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$1,500 | -$3,000 | -$4,500 |
| **Adjusted Price** | -- | $96,500 | $82,000 | $85,500 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA $1500

**Sold 2**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior GLA/room count ($3000)

**Sold 3**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior GLA ($4500)

# DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 771-2    Filed 07/14/26    Page 5 of 126

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | none | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $93,000 | $93,000 |
| **Sales Price** | $88,000 | $88,000 |
| **30 Day Price** | $81,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

## Listing Photos

 5523 Jane St
Philadelphia, PA 19138



Front

 6320 E Wister St
Philadelphia, PA 19138



Front

**L3** 5712 Lena St
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA  19144

Loan Number

**$88,000**
● As-Is Price

## Sales Photos

**S1** 6116 Belfield Ave
Philadelphia, PA 19144



Front

**S2** 502 E High St
Philadelphia, PA 19144



Front

**S3** 6134 Belfield Ave
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** ⭐ 5915 Mcmahon St, Philadelphia, PA 19144 | | | |
| **Loan Number** | **Suggested List** $93,000 | **Suggested Repaired** $93,000 | **Sale** $88,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 5915 Mcmahon St, Philadelphia, PA 19144 | -- | Parcel Match |
| L1 Listing 1 | 5523 Jane St, Philadelphia, PA 19138 | 0.59 Miles [1] | Parcel Match |
| L2 Listing 2 | 6320 E Wister St, Philadelphia, PA 19138 | 0.66 Miles [1] | Parcel Match |
| L3 Listing 3 | 5712 Lena St, Philadelphia, PA 19144 | 0.68 Miles [1] | Parcel Match |
| S1 Sold 1 | 6116 Belfield Ave, Philadelphia, PA 19144 | 0.20 Miles [1] | Parcel Match |
| S2 Sold 2 | 502 E High St, Philadelphia, PA 19144 | 0.17 Miles [1] | Parcel Match |
| S3 Sold 3 | 6134 Belfield Ave, Philadelphia, PA 19144 | 0.22 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

● As-Is Price
**$88,000**

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
## by ClearCapital

**5915 MCMAHON ST**
PHILADELPHIA, PA 19144

Loan Number

**$88,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 8.38 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143 | Loan Number

**$155,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 5964 Warrington Ave, Philadelphia, PA 19143 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/21/2025 | | |
| **Loan Number** | | **APN** | 034088500 | | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | | |
|---|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** | |
| **R. E. Taxes** | $1,908 | Recent MLS notes the subject has been renovated throughout. | |
| **Assessed Value** | $136,300 | | |
| **Zoning Classification** | Residential RSA5 | | |
| **Property Type** | SFR | | |
| **Occupancy** | Occupied | | |
| **Ownership Type** | Fee Simple | | |
| **Property Condition** | Good | | |
| **Estimated Exterior Repair Cost** | | | |
| **Estimated Interior Repair Cost** | | | |
| **Total Estimated Repair** | | | |
| **HOA** | No | | |
| **Visible From Street** | Visible | | |
| **Road Type** | Public | | |

## Neighborhood & Market Data

| | | | |
|---|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** | |
| **Local Economy** | Stable | Subject is located in an established urban neighborhood. The predominant home style is SF attached homes in average-good condition. The immediate neighborhood has limited REO activity. The area market is stable with slow appreciation. Urban location is convenient to major roads, public transportation, universities, and all urban amenities including shopping, restaurants, stadiums, and theaters. | |
| **Sales Prices in this Neighborhood** | Low: $49250<br>High: $268550 | | |
| **Market for this type of property** | Remained Stable for the past 6 months. | | |
| **Normal Marketing Days** | <30 | | |

# DRIVE-BY CMA

by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143          Loan Number          **$155,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 5964 Warrington Ave | 2005 S Redfield St | 5821 Chester Ave | 5618 Litchfield St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19143 | 19143 | 19143 | 19143 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.32 [1] | 0.23 [1] | 0.38 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $165,000 | $160,000 | $179,900 |
| **List Price $** | -- | $155,000 | $160,000 | $169,900 |
| **Original List Date** | | 03/31/2025 | 10/18/2024 | 03/11/2025 |
| **DOM · Cumulative DOM** | -- · -- | 50 · 51 | 214 · 215 | 70 · 71 |
| **Age** (# of years) | 100 | 105 | 105 | 105 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,320 | 1,260 | 1,650 | 1,024 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 660 | 630 | 825 | 510 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.02 acres | 0.04 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;Bathroom - Tub Shower, Floor Plan-Traditional, Kitchen - Island; No Fireplace; Oven/Range - Electric, Stove; Accessibility Features: None; Basement Laundry

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: None; Heating Fuel: None; Hot Water: None; Water Source: Public; Sewer: Public Sewer

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;Ceiling Fan(s); Cooling Fuel: Electric; Heating: Radiator; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

# DRIVE-BY CMA

by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143     Loan Number

**$155,000**
🟡 As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 5964 Warrington Ave | 5646 Windsor Ave | 1707 S 58th St | 1715 S 58th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19143 | 19143 | 19143 | 19143 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.34 [1] | 0.22 [1] | 0.22 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $150,000 | $145,000 | $185,000 |
| **List Price $** | -- | $150,000 | $145,000 | $165,000 |
| **Sale Price $** | -- | $145,000 | $156,000 | $165,000 |
| **Type of Financing** | -- | Conventional | Fha | Conventional |
| **Date of Sale** | -- | 07/09/2024 | 07/24/2024 | 02/26/2025 |
| **DOM · Cumulative DOM** | -- · -- | 79 · 97 | 9 · 61 | 68 · 142 |
| **Age** (# of years) | 100 | 100 | 105 | 105 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,320 | 1,024 | 1,260 | 1,260 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 · 1 | 3 · 1 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 660 | 510 | 630 | 630 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.02 acres | 0.03 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$7,400 | +$2,000 | +$1,500 |
| **Adjusted Price** | -- | $152,400 | $158,000 | $166,500 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA $7400

**Sold 2**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA/bath count $2000

**Sold 3**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA $1500

# DRIVE-BY CMA
by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143

**$155,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | expired 04/22/25 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $165,000 | -- | -- | Expired | 04/22/2025 | $165,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $160,000 | $160,000 |
| **Sales Price** | $155,000 | $155,000 |
| **30 Day Price** | $143,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**  The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143    Loan Number

**$155,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143        Loan Number        **$155,000**
● As-Is Price

## Subject Photos



Other

## Listing Photos


**L1** 2005 S Redfield St
Philadelphia, PA 19143



Front

**L2** 5821 Chester Ave
Philadelphia, PA 19143



Front

**L3** 5618 Litchfield St
Philadelphia, PA 19143



Front

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143          Loan Number

**$155,000**
● As-Is Price

## Sales Photos

 5646 Windsor Ave
Philadelphia, PA 19143



Front

**S2** 1707 S 58th St
Philadelphia, PA 19143



Front

**S3** 1715 S 58th St
Philadelphia, PA 19143



Front

# DRIVE-BY CMA
by ClearCapital

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** ⭐ 5964 Warrington Ave, Philadelphia, PA 19143 | | | | |
| **Loan Number** | **Suggested List** $160,000 | **Suggested Repaired** $160,000 | **Sale** $155,000 | |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 5964 Warrington Ave, Philadelphia, PA 19143 | -- | Parcel Match |
| L1 | Listing 1 | 2005 S Redfield St, Philadelphia, PA 19143 | 0.32 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 5821 Chester Ave, Philadelphia, PA 19143 | 0.23 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 5618 Litchfield St, Philadelphia, PA 19143 | 0.38 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 5646 Windsor Ave, Philadelphia, PA 19143 | 0.34 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 1707 S 58th St, Philadelphia, PA 19143 | 0.22 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 1715 S 58th St, Philadelphia, PA 19143 | 0.22 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143          Loan Number

**$155,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143          Loan Number          **$155,000**          ● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 771-2    Filed 07/14/26    Page 25 of 126

5964 WARRINGTON AVE
PHILADELPHIA, PA 19143        Loan Number

$155,000
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**5964 WARRINGTON AVE**
PHILADELPHIA, PA 19143          Loan Number          **$155,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 4.53 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | |
|---|---|---|---|---|
| **Address** | 533 E Mayland St, Philadelphia, PA 19144 | **Order ID** | | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 | |
| **Loan Number** | | **APN** | 592132600 | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $2,089 | |
| **Assessed Value** | $149,200 | Recent MLS notes the subject has been renovated throughout. |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Good | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Improving | |
| **Sales Prices in this Neighborhood** | Low: $96356<br>High: $478000 | Subject is located in an established urban neighborhood. The predominant home style is SF attached homes in average-good condition. The immediate neighborhood has limited REO activity. The area market is stable with slow appreciation. Urban location is convenient to major roads, public transportation, universities, and all urban amenities including shopping, restaurants, stadiums, and theaters. |
| **Market for this type of property** | Increased 2 % in the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA

by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 533 E Mayland St | 112 E Pastorius St | 6478 Musgrave St | 5912 Magnolia St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19119 | 19144 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.44 [1] | 0.34 [1] | 0.37 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $184,900 | $200,000 | $155,000 |
| **List Price $** | -- | $159,900 | $172,500 | $155,000 |
| **Original List Date** | | 02/18/2025 | 03/14/2025 | 04/21/2025 |
| **DOM · Cumulative DOM** | -- · -- | 90 · 92 | 57 · 68 | 8 · 30 |
| **Age** (# of years) | 110 | 125 | 100 | 125 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 960 | 1,110 | 1,160 | 1,050 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 2 | 3 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 480 | 555 | 580 | 525 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.03 acres | 0.02 acres | 0.04 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;Window Unit(s); Cooling Fuel: None; Heating: Hot Water; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;f recent updates including a new dishwasher (2025), new washing machine (2025, all new interior paint (2025), roof touchups (2025), parged garage wall (2025), kitchen light fixture (2025)

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Hot Water; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

**$158,000**
Loan Number    ● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 533 E Mayland St | 815 E Tulpehocken St | 534 E Mayland St | 6629 Ross St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19138 | 19144 | 19119 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.12 [1] | 0.02 [1] | 0.49 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $185,000 | $154,900 | $165,000 |
| **List Price $** | -- | $170,000 | $154,900 | $165,000 |
| **Sale Price $** | -- | $157,000 | $160,000 | $165,000 |
| **Type of Financing** | -- | Conventional | Fha | Fha203k |
| **Date of Sale** | -- | 06/07/2024 | 01/31/2025 | 11/13/2024 |
| **DOM · Cumulative DOM** | -- · -- | 353 · 382 | 68 · 101 | 13 · 54 |
| **Age** (# of years) | 110 | 100 | 110 | 100 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 960 | 1,200 | 960 | 1,080 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 480 | 600 | 480 | 540 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.02 acres | 0.03 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | -$6,000 | $0 | -$3,000 |
| **Adjusted Price** | -- | $151,000 | $160,000 | $162,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior GLA ($6000)

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition;Formal/Separate Dining Room, Kitchen - Galley; No Fireplace; Accessibility Features: None; Basement Laundry

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior GLA ($3000)

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | expired 04/21/25 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $165,000 | -- | -- | Expired | 04/21/2025 | $165,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $162,000 | $162,000 |
| **Sales Price** | $158,000 | $158,000 |
| **30 Day Price** | $145,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Side



Street

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Listing Photos

**L1** 112 E Pastorius St
Philadelphia, PA 19144



Front

**L2** 6478 Musgrave St
Philadelphia, PA 19119



Front

**L3** 5912 Magnolia St
Philadelphia, PA 19144



Front



# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Sales Photos

**S1** 815 E Tulpehocken St
Philadelphia, PA 19138



Front

**S2** 534 E Mayland St
Philadelphia, PA 19144



Front

**S3** 6629 Ross St
Philadelphia, PA 19119



Front

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 533 E Mayland St, Philadelphia, PA 19144 | | | | |
| **Loan Number** | | **Suggested List** $162,000 | **Suggested Repaired** $162,000 | **Sale** $158,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 533 E Mayland St, Philadelphia, PA 19144 | -- | Parcel Match |
| L1 | Listing 1 | 112 E Pastorius St, Philadelphia, PA 19144 | 0.44 Miles [1] | Parcel Match |
| L2 | Listing 2 | 6478 Musgrave St, Philadelphia, PA 19119 | 0.34 Miles [1] | Parcel Match |
| L3 | Listing 3 | 5912 Magnolia St, Philadelphia, PA 19144 | 0.37 Miles [1] | Parcel Match |
| S1 | Sold 1 | 815 E Tulpehocken St, Philadelphia, PA 19138 | 0.12 Miles [1] | Parcel Match |
| S2 | Sold 2 | 534 E Mayland St, Philadelphia, PA 19144 | 0.02 Miles [1] | Parcel Match |
| S3 | Sold 3 | 6629 Ross St, Philadelphia, PA 19119 | 0.49 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**533 E MAYLAND ST**
PHILADELPHIA, PA 19144

Loan Number

**$158,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 8.61 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
🟡 As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 5518 Malcolm St, Philadelphia, PA 19143 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 513176700 |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | DEVON G SAMPSON |
| **R. E. Taxes** | $1,527 |
| **Assessed Value** | $109,100 |
| **Zoning Classification** | Residential RSA5 |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Good |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

Recent MLS information shows the subject has been fully renovated throughout.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $30000<br>High: $218250 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

Subject is located in an established urban neighborhood. The predominant home style is SF attached homes in average-good condition. The immediate neighborhood has limited REO activity. The area market is stable with slow appreciation. Urban location is convenient to major roads, public transportation, universities, and all urban amenities including shopping, restaurants, stadiums, and theaters.

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 5518 Malcolm St | 5515 Pentridge St | 1123 S 55th St | 5415 Willows Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19143 | 19143 | 19143 | 19143 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.09 [1] | 0.12 [1] | 0.12 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $149,900 | $174,900 | $150,000 |
| **List Price $** | -- | $144,900 | $169,000 | $150,000 |
| **Original List Date** | | 03/20/2025 | 04/03/2025 | 10/16/2024 |
| **DOM · Cumulative DOM** | -- · -- | 55 · 62 | 34 · 48 | 8 · 217 |
| **Age** (# of years) | 100 | 100 | 105 | 100 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,140 | 1,140 | 1,080 | 1,200 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 570 | 570 | 540 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.03 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |

* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Radiator; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;No Fireplace; Built-In Microwave, Oven/Range - Gas, Refrigerator; Accessibility Features: None; Basement Laundry

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;Bathroom - Tub Shower, Combination Dining/Living, Dining Area, Floor Plan - Open, Kitchen - Table Space, Recessed Lighting; No Fireplace; Built-In Microwave, Oven/Range - Gas, Refrigerator; Accessibility Features: None

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 5518 Malcolm St | 5846 Pentridge St | 5646 Windsor Ave | 5324 Malcolm St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19143 | 19143 | 19143 | 19143 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.37 [1] | 0.35 [1] | 0.18 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $135,000 | $150,000 | $169,900 |
| **List Price $** | -- | $135,000 | $150,000 | $160,000 |
| **Sale Price $** | -- | $140,000 | $145,000 | $155,000 |
| **Type of Financing** | -- | Conventional | Conventional | Cash |
| **Date of Sale** | -- | 06/26/2024 | 07/09/2024 | 08/14/2024 |
| **DOM · Cumulative DOM** | -- · -- | 8 · 43 | 79 · 97 | 36 · 47 |
| **Age** (# of years) | 100 | 105 | 100 | 105 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,140 | 1,230 | 1,024 | 1,120 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 · 1 | 3 · 1 | 3 · 1 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 570 | 615 | 510 | 560 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.04 acres | 0.02 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | -$250 | +$2,900 | +$2,000 |
| **Adjusted Price** | -- | $139,750 | $147,900 | $157,000 |

\* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior GLA ($2250), inferior bath count $2000

**Sold 2** Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA $2900

**Sold 3** Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior bath count $2000

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
🟡 As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed |
|---|---|
| Listing Agency/Firm | |
| Listing Agent Name | |
| Listing Agent Phone | |
| # of Removed Listings in Previous 12 Months | 1 |
| # of Sales in Previous 12 Months | 0 |

**Listing History Comments**

Expired 04/21/25

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $155,000 | -- | -- | Expired | 04/21/2025 | $155,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $155,000 | $155,000 |
| **Sales Price** | $150,000 | $150,000 |
| **30 Day Price** | $138,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143          Loan Number

**$150,000**
● As-Is Price

## Listing Photos

L1  5515 Pentridge St
Philadelphia, PA 19143



Front

L2  1123 S 55th St
Philadelphia, PA 19143



Front

L3  5415 Willows Ave
Philadelphia, PA 19143



Front

# DRIVE-BY CMA
by ClearCapital

## Sales Photos

**S1** 5846 Pentridge St
Philadelphia, PA 19143



Front

**S2** 5646 Windsor Ave
Philadelphia, PA 19143



Front

**S3** 5324 Malcolm St
Philadelphia, PA 19143



Front

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 5518 Malcolm St, Philadelphia, PA 19143
**Loan Number** | **Suggested List** $155,000 | **Suggested Repaired** $155,000 | **Sale** $150,000

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 5518 Malcolm St, Philadelphia, PA 19143 | -- | Parcel Match |
| L1 | Listing 1 | 5515 Pentridge St, Philadelphia, PA 19143 | 0.09 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1123 S 55th St, Philadelphia, PA 19143 | 0.12 Miles [1] | Parcel Match |
| L3 | Listing 3 | 5415 Willows Ave, Philadelphia, PA 19143 | 0.12 Miles [1] | Parcel Match |
| S1 | Sold 1 | 5846 Pentridge St, Philadelphia, PA 19143 | 0.37 Miles [1] | Parcel Match |
| S2 | Sold 2 | 5646 Windsor Ave, Philadelphia, PA 19143 | 0.35 Miles [1] | Parcel Match |
| S3 | Sold 3 | 5324 Malcolm St, Philadelphia, PA 19143 | 0.18 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 771-2    Filed 07/14/26    Page 52 of 126

5518 MALCOLM ST
PHILADELPHIA, PA 19143

Loan Number

$150,000
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**5518 MALCOLM ST**
PHILADELPHIA, PA 19143

Loan Number

**$150,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 4.49 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

**$140,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 4290 Griscom St, Philadelphia, PA 19124 | **Order ID** | |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 232428900 |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Property ID**

**Tracking IDs**

| **Order Tracking ID** | | **Tracking ID 1** | |
|---|---|---|---|
| 2 | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $2,209 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Assessed Value** | $157,800 | |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $58,000 High: $305,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4290 Griscom St | 4560 Milnor St | 1208 Unity St | 2017 Castor Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19134 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.74 ¹ | 0.31 ¹ | 0.89 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $140,000 | $145,000 | $159,000 |
| **List Price $** | -- | $140,000 | $145,000 | $159,000 |
| **Original List Date** |  | 04/06/2025 | 04/07/2025 | 05/04/2025 |
| **DOM · Cumulative DOM** | -- · -- | 45 · 45 | 42 · 44 | 16 · 17 |
| **Age** (# of years) | 85 | 85 | 80 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 3 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,500 | 1,367 | 1,338 | 1,158 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 750 | 650 | 650 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | .04 acres | .04 acres | .02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.

² Comp's "Miles to Subject" provided by Real Estate Professional.

³ Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 4290 Griscom St | 4295 Penn St | 1653 Orthodox St | 4605 Naples St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.02 [1] | 0.38 [1] | 0.48 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $129,900 | $159,900 | $155,000 |
| **List Price $** | -- | $129,900 | $159,900 | $155,000 |
| **Sale Price $** | -- | $134,900 | $136,000 | $140,000 |
| **Type of Financing** | -- | Conventional | Other | Fha |
| **Date of Sale** | -- | 09/23/2024 | 12/23/2024 | 07/22/2024 |
| **DOM · Cumulative DOM** | -- · -- | 11 · 66 | 89 · 168 | 7 · 75 |
| **Age** (# of years) | 85 | 85 | 90 | 95 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,500 | 1,280 | 1,272 | 1,224 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 750 | 600 | 600 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | .04 acres | .02 acres | .03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $134,900 | $136,000 | $140,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/21/25 $145,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/21/2025 | $145,000 | -- | -- | Expired | 03/22/2025 | $145,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $145,000 | $145,000 |
| **Sales Price** | $140,000 | $140,000 |
| **30 Day Price** | $134,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #3 and Listing #2 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**   The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**$140,000**
● As-Is Price

## Listing Photos


L1  4560 Milnor St
Philadelphia, PA 19124



Front


L2  1208 Unity St
Philadelphia, PA 19124



Front


L3  2017 Castor Ave
Philadelphia, PA 19134



Front

# DRIVE-BY CMA
by ClearCapital

**$140,000**
● As-Is Price

## Sales Photos

**S1** 4295 Penn St
Philadelphia, PA 19124



Front

**S2** 1653 Orthodox St
Philadelphia, PA 19124



Front

**S3** 4605 Naples St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ★ 4290 Griscom St, Philadelphia, PA 19124 | | | | |
| **Loan Number** | | **Suggested List** $145,000 | **Suggested Repaired** $145,000 | **Sale** $140,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ★ Subject | 4290 Griscom St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 Listing 1 | 4560 Milnor St, Philadelphia, PA 19124 | 0.74 Miles [1] | Parcel Match |
| L2 Listing 2 | 1208 Unity St, Philadelphia, PA 19124 | 0.31 Miles [1] | Parcel Match |
| L3 Listing 3 | 2017 Castor Ave, Philadelphia, PA 19134 | 0.89 Miles [1] | Parcel Match |
| S1 Sold 1 | 4295 Penn St, Philadelphia, PA 19124 | 0.02 Miles [1] | Parcel Match |
| S2 Sold 2 | 1653 Orthodox St, Philadelphia, PA 19124 | 0.38 Miles [1] | Parcel Match |
| S3 Sold 3 | 4605 Naples St, Philadelphia, PA 19124 | 0.48 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

**$140,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM   Doc 771-2   Filed 07/14/26   Page 64 of 126

4290 GRISCOM ST
PHILADELPHIA, PA 19124    Loan Number

$140,000
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**4290 GRISCOM ST**
PHILADELPHIA, PA 19124

Loan Number

**$140,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.36 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2077 Wilmot St, Philadelphia, PA 19124 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 232139400 |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | | |
|---|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** | |
| **R. E. Taxes** | $1,771 | Subject is in good/renovated condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. | |
| **Assessed Value** | $126,500 | | |
| **Zoning Classification** | Residential RM1 | | |
| **Property Type** | SFR | | |
| **Occupancy** | Occupied | | |
| **Ownership Type** | Fee Simple | | |
| **Property Condition** | Good | | |
| **Estimated Exterior Repair Cost** | | | |
| **Estimated Interior Repair Cost** | | | |
| **Total Estimated Repair** | | | |
| **HOA** | No | | |
| **Visible From Street** | Visible | | |
| **Road Type** | Public | | |

## Neighborhood & Market Data

| | | | |
|---|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** | |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. | |
| **Sales Prices in this Neighborhood** | Low: $45,500 High: $220,000 | | |
| **Market for this type of property** | Remained Stable for the past 6 months. | | |
| **Normal Marketing Days** | <90 | | |

# DRIVE-BY CMA

by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
🟡 As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2077 Wilmot St | 2704 Pratt St | 5131 Jackson St | 2028 Margaret St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19137 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.76 [1] | 0.45 [1] | 0.08 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $165,000 | $174,900 | $174,900 |
| **List Price $** | -- | $165,000 | $174,900 | $174,900 |
| **Original List Date** | | 03/21/2025 | 05/15/2025 | 04/22/2025 |
| **DOM · Cumulative DOM** | -- · -- | 61 · 61 | 6 · 6 | 7 · 29 |
| **Age** (# of years) | 100 | 105 | 100 | 95 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 960 | 1,005 | 942 | 984 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 500 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .03 acres | .02 acres | .03 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 2077 Wilmot St | 5119 Ditman St | 1807 Wakeling St | 2053 Granite St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.41 [1] | 0.49 [1] | 0.42 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $149,900 | $154,900 | $159,000 |
| **List Price $** | -- | $149,900 | $154,900 | $159,000 |
| **Sale Price $** | -- | $147,000 | $154,900 | $159,000 |
| **Type of Financing** | -- | Cash | Conventional | Conventional |
| **Date of Sale** | -- | 04/04/2025 | 11/15/2024 | 03/21/2025 |
| **DOM · Cumulative DOM** | -- · -- | 27 · 72 | 19 · 56 | 11 · 36 |
| **Age** (# of years) | 100 | 80 | 85 | 85 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 960 | 1,060 | 804 | 1,036 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 400 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .02 acres | .02 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $147,000 | $154,900 | $159,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | Expired 04/17/25 $169,000 |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 1 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/17/2025 | $169,000 | -- | -- | Expired | 04/01/2025 | $169,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $165,000 | $165,000 |
| **Sales Price** | $159,000 | $159,000 |
| **30 Day Price** | $150,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #3 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Listing Photos


2704 Pratt St
Philadelphia, PA 19137



Front


5131 Jackson St
Philadelphia, PA 19124

Front


2028 Margaret St
Philadelphia, PA 19124

Front

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Sales Photos

**S1** 5119 Ditman St
Philadelphia, PA 19124



Front

**S2** 1807 Wakeling St
Philadelphia, PA 19124



Front

**S3** 2053 Granite St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 2077 Wilmot St, Philadelphia, PA 19124 | | | | |
| **Loan Number** | | **Suggested List** $165,000 | **Suggested Repaired** $165,000 | **Sale** | $159,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2077 Wilmot St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 | Listing 1 | 2704 Pratt St, Philadelphia, PA 19137 | 0.76 Miles [1] | Parcel Match |
| L2 | Listing 2 | 5131 Jackson St, Philadelphia, PA 19124 | 0.45 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2028 Margaret St, Philadelphia, PA 19124 | 0.08 Miles [1] | Parcel Match |
| S1 | Sold 1 | 5119 Ditman St, Philadelphia, PA 19124 | 0.41 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1807 Wakeling St, Philadelphia, PA 19124 | 0.49 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2053 Granite St, Philadelphia, PA 19124 | 0.42 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 771-2    Filed 07/14/26    Page 77 of 126

**2077 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$159,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.61 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 5713 Chew Ave, Philadelphia, PA 19138 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 05/17/2025 | **Date of Report** | 05/21/2025 | | |
| **Loan Number** | | **APN** | 591204400 | | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | |
| **R. E. Taxes** | $2,394 | **Condition Comments** |
| **Assessed Value** | $171,000 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $63,000<br>High: $340,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 5713 Chew Ave | 6207 Gardenia St | 556 E Penn St | 5610 Boyer St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19138 | 19144 | 19144 | 19138 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.57 [1] | 0.53 [1] | 0.19 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $180,000 | $145,000 | $178,000 |
| **List Price $** | -- | $180,000 | $145,000 | $173,900 |
| **Original List Date** | | 04/15/2025 | 03/03/2025 | 10/26/2024 |
| **DOM · Cumulative DOM** | -- · -- | 35 · 36 | 54 · 79 | 94 · 207 |
| **Age** (# of years) | 105 | 100 | 125 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 2 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,827 | 1,472 | 1,752 | 1,599 |
| **Bdrm · Bths · ½ Bths** | 4 · 1 | 3 · 1 | 4 · 2 | 3 · 1 |
| **Total Room #** | 8 | 6 | 7 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 800 | 700 | 800 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .02 acres | .03 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 3 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

**$153,000**
Loan Number    ● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 5713 Chew Ave | 6211 Gardenia St | 1999 Church Ln | 540 E Penn St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19138 | 19144 | 19141 | 19144 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.57 ¹ | 0.61 ¹ | 0.54 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $140,000 | $140,000 | $224,000 |
| **List Price $** | -- | $140,000 | $140,000 | $224,000 |
| **Sale Price $** | -- | $140,000 | $145,000 | $155,000 |
| **Type of Financing** | -- | Fha | Other | Private |
| **Date of Sale** | -- | 04/18/2025 | 12/19/2024 | 03/04/2025 |
| **DOM · Cumulative DOM** | -- · -- | 1 · 53 | 12 · 80 | 168 · 407 |
| **Age** (# of years) | 105 | 100 | 105 | 125 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 2 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,827 | 1,472 | 1,842 | 1,756 |
| **Bdrm · Bths · ½ Bths** | 4 · 1 | 3 · 1 | 5 · 2 · 1 | 5 · 2 |
| **Total Room #** | 8 | 6 | 8 | 8 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 800 | 700 | 800 | 800 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .03 acres | .04 acres | .03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$3,550 | -$2,000 | -$2,000 |
| **Adjusted Price** | -- | $143,550 | $143,000 | $153,000 |

* Sold 3 is the most comparable sale to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition. Adj $3550

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition. Adj -$2000 bedroom

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition. Adj -$2000 bedroom

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 03/21/25 $169,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/21/2025 | $169,000 | -- | -- | Expired | 03/15/2025 | $169,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $173,000 | $173,000 |
| **Sales Price** | $153,000 | $153,000 |
| **30 Day Price** | $146,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #3 and Listing #3 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

Loan Number

**$153,000**
● As-Is Price

## Listing Photos



6207 Gardenia St
Philadelphia, PA 19144



Front

556 E Penn St
Philadelphia, PA 19144



Front

5610 Boyer St
Philadelphia, PA 19138



Front

# DRIVE-BY CMA

by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

## Sales Photos

**S1** 6211 Gardenia St
Philadelphia, PA 19144



Front

**S2** 1999 Church Ln
Philadelphia, PA 19141



Front

**S3** 540 E Penn St
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 5713 Chew Ave, Philadelphia, PA 19138
**Loan Number** [blank]          **Suggested List** $173,000          **Suggested Repaired** $173,000          **Sale** $153,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 5713 Chew Ave, Philadelphia, PA 19138 | -- | Parcel Match |
| L1 | Listing 1 | 6207 Gardenia St, Philadelphia, PA 19144 | 0.57 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 556 E Penn St, Philadelphia, PA 19144 | 0.53 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 5610 Boyer St, Philadelphia, PA 19138 | 0.19 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 6211 Gardenia St, Philadelphia, PA 19144 | 0.57 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 1999 Church Ln, Philadelphia, PA 19141 | 0.61 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 540 E Penn St, Philadelphia, PA 19144 | 0.54 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA

by ClearCapital

**5713 CHEW AVE**

PHILADELPHIA, PA 19138          Loan Number

**$153,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**5713 CHEW AVE**
PHILADELPHIA, PA 19138

Loan Number

**$153,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.59 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 6614 Chew Ave, Philadelphia, PA 19119 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/17/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | 221254500 |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $1,202 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Assessed Value** | $85,900 | |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $30,000 High: $405,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA

by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

**$195,000**
Loan Number · As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 6614 Chew Ave | 116 W Sedgwick St | 955 E Price St | 6812 Sprague St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19119 | 19119 | 19138 | 19119 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.58 ¹ | 0.93 ¹ | 0.40 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $205,000 | $249,900 | $230,000 |
| **List Price $** | -- | $205,000 | $224,900 | $225,000 |
| **Original List Date** | | 04/29/2025 | 01/12/2025 | 04/03/2025 |
| **DOM · Cumulative DOM** | -- · -- | 21 · 22 | 129 · 129 | 35 · 48 |
| **Age** (# of years) | 100 | 100 | 125 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,400 | 1,248 | 1,456 | 1,364 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 2 | 3 · 1 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 600 | 700 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .03 acres | .04 acres | .03 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2** Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3** Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| Street Address | 6614 Chew Ave | 317 E Sharpnack St | 92 E Montana St | 6355 Chew Ave |
| City, State | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| Zip Code | 19119 | 19119 | 19119 | 19138 |
| Datasource | Public Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 0.05 [1] | 0.24 [1] | 0.31 [1] |
| Property Type | SFR | SFR | SFR | SFR |
| Original List Price $ | -- | $209,999 | $220,000 | $219,900 |
| List Price $ | -- | $209,999 | $220,000 | $219,900 |
| Sale Price $ | -- | $185,000 | $190,000 | $195,000 |
| Type of Financing | -- | Conventional | Fha | Fha |
| Date of Sale | -- | 07/25/2024 | 11/25/2024 | 12/10/2024 |
| DOM · Cumulative DOM | -- · -- | 40 · 48 | 35 · 76 | 51 · 50 |
| Age (# of years) | 100 | 100 | 100 | 100 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 1,400 | 1,330 | 1,234 | 1,306 |
| Bdrm · Bths · ½ Bths | 3 · 1 | 4 · 2 | 3 · 1 | 3 · 1 · 1 |
| Total Room # | 6 | 7 | 6 | 6 |
| Garage (Style/Stalls) | None | None | None | None |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Basement Sq. Ft. | 700 | 650 | 600 | 650 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.02 acres | .03 acres | .02 acres | .03 acres |
| Other | -- | -- | -- | -- |
| Net Adjustment | -- | $0 | $0 | $0 |
| Adjusted Price | -- | $185,000 | $190,000 | $195,000 |

\* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA

by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

## Subject Sales & Listing History

| | | |
|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** |
| **Listing Agency/Firm** | | Expired 04/23/25 $199,000 |
| **Listing Agent Name** | | |
| **Listing Agent Phone** | | |
| **# of Removed Listings in Previous 12 Months** | 1 | |
| **# of Sales in Previous 12 Months** | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/23/2025 | $199,000 | -- | -- | Expired | 04/23/2025 | $199,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $205,000 | $205,000 |
| **Sales Price** | $195,000 | $195,000 |
| **30 Day Price** | $189,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #3 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

## Subject Photos


Front


Address Verification


Street

# DRIVE-BY CMA
by ClearCapital

**$195,000**
● As-Is Price

## Listing Photos

 116 W Sedgwick St
Philadelphia, PA 19119



Front

L2 955 E Price St
Philadelphia, PA 19138



Front

L3 6812 Sprague St
Philadelphia, PA 19119



Front

# DRIVE-BY CMA

by ClearCapital

**$195,000**

● As-Is Price

## Sales Photos

**S1** 317 E Sharpnack St
Philadelphia, PA 19119



Front

**S2** 92 E Montana St
Philadelphia, PA 19119



Front

**S3** 6355 Chew Ave
Philadelphia, PA 19138



Front

# DRIVE-BY CMA

by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

---

## ClearMaps Addendum

| **Address** | ⭐ 6614 Chew Ave, Philadelphia, PA 19119 | | |
|---|---|---|---|
| **Loan Number** | | **Suggested List** $205,000 | **Suggested Repaired** $205,000 | **Sale** $195,000 |

SUBJECT: 6614 Chew Ave, Philadelphia, PA 19119

©2025 ClearCapital.com, Inc

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 6614 Chew Ave, Philadelphia, PA 19119 | -- | Parcel Match |
| L1 | Listing 1 | 116 W Sedgwick St, Philadelphia, PA 19119 | 0.58 Miles [1] | Parcel Match |
| L2 | Listing 2 | 955 E Price St, Philadelphia, PA 19138 | 0.93 Miles [1] | Parcel Match |
| L3 | Listing 3 | 6812 Sprague St, Philadelphia, PA 19119 | 0.40 Miles [1] | Parcel Match |
| S1 | Sold 1 | 317 E Sharpnack St, Philadelphia, PA 19119 | 0.05 Miles [1] | Parcel Match |
| S2 | Sold 2 | 92 E Montana St, Philadelphia, PA 19119 | 0.24 Miles [1] | Parcel Match |
| S3 | Sold 3 | 6355 Chew Ave, Philadelphia, PA 19138 | 0.31 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 771-2    Filed 07/14/26    Page 99 of 126

6614 CHEW AVE

PHILADELPHIA, PA 19119

Loan Number

$195,000

● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.


Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA

by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

---

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**6614 CHEW AVE**
PHILADELPHIA, PA 19119

Loan Number

**$195,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 5.53 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144        Loan Number

**$225,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 304 E Bringhurst St, Philadelphia, PA 19144 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/20/2025 |
| **Loan Number** | | **APN** | 121108300 |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD Diversified REIT Inc. | **Condition Comments** |
| **R. E. Taxes** | $2,413 | Subject is a two-story single family semi-attached colonial twin that is in average exterior condition. |
| **Assessed Value** | $172,400 | |
| **Zoning Classification** | R-10 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | $0 | |
| **Estimated Interior Repair Cost** | $0 | |
| **Total Estimated Repair** | $0 | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | Stable local market with an increase in inventory along with marketing times. |
| **Sales Prices in this Neighborhood** | Low: $147,000 High: $364,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144        Loan Number

**$225,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 304 E Bringhurst St | 115 E Coulter St. | 105 Coulter St. | 5129 Wakefield St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19144 | 19144 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.29 [1] | 0.30 [1] | 0.20 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $235,000 | $250,000 | $250,000 |
| **List Price $** | -- | $229,900 | $230,000 | $245,000 |
| **Original List Date** | | 05/05/2025 | 10/22/2024 | 02/08/2025 |
| **DOM · Cumulative DOM** | -- · -- | 10 · 15 | 137 · 210 | 101 · 101 |
| **Age** (# of years) | 125 | 125 | 125 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,497 | 1,442 | 1,440 | 1,607 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 4 · 1 · 1 | 4 · 2 | 4 · 1 |
| **Total Room #** | 6 | 7 | 7 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 75% |
| **Basement Sq. Ft.** | 720 | 704 | 690 | 780 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.08 acres | 0.03 acres | 0.03 acres | 0.04 acres |
| **Other** | None | None | None | None |

* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Inferior to subject in amenities; updates made.

**Listing 2**  Similar to subject in condition; well kept.

**Listing 3**  Superior to subject in amenities; maintained.

# DRIVE-BY CMA
by ClearCapital

**$225,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 304 E Bringhurst St | 138 W Hansberry St. | 5623 N 20th St. | 5247 Wakefield St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19144 | 19144 | 19144 | 19144 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.57 [1] | 0.59 [1] | 0.17 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $219,900 | $249,900 | $239,900 |
| **List Price $** | -- | $219,900 | $249,900 | $239,900 |
| **Sale Price $** | -- | $223,000 | $227,500 | $239,900 |
| **Type of Financing** | -- | Conventional | Cash | Conventional |
| **Date of Sale** | -- | 01/24/2025 | 01/15/2025 | 01/24/2024 |
| **DOM · Cumulative DOM** | -- · -- | 71 · 105 | 36 · 67 | 31 · -- |
| **Age** (# of years) | 125 | 105 | 85 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,497 | 1,266 | 1,472 | 1,344 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 2 | 3 · 1 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 50% | 0% |
| **Basement Sq. Ft.** | 720 | 610 | 720 | 650 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.08 acres | 0.03 acres | 0.03 acres | 0.08 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$8,190 | $0 | -$7,197 |
| **Adjusted Price** | -- | $214,810 | $227,500 | $232,703 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**    Inferior to subject in amenities; updates made.

**Sold 2**    Similar to subject in condition; maintained.

**Sold 3**    Superior to subject in amenities; well kept.

# DRIVE-BY CMA
by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144          Loan Number          **$225,000**
🟡 As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | Last sold in 2016 |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $232,900 | $232,900 |
| **Sales Price** | $225,000 | $225,000 |
| **30 Day Price** | $220,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Subject should list as-is to appeal to owner occupants.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144    Loan Number    $225,000 ● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144      Loan Number

**$225,000**
● As-Is Price

## Subject Photos



Other



Other



DRIVE-BY CMA
by ClearCapital

304 E BRINGHURST ST
PHILADELPHIA, PA 19144          Loan Number          ● As-Is Price          **$225,000**

# Listing Photos

**L1** 115 E Coulter St.
Philadelphia, PA 19144



Front

**L2** 105 Coulter St.
Philadelphia, PA 19144



Front

**L3** 5129 Wakefield St.
Philadelphia, PA 19144



Front

# DRIVE-BY CMA
by ClearCapital

## Sales Photos

 138 W Hansberry St.
Philadelphia, PA 19144



Front

**S2** 5623 N 20th St.
Philadelphia, PA 19144



Front

**S3** 5247 Wakefield St.
Philadelphia, PA 19144



Front

# DRIVE-BY CMA

by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144      Loan Number

**$225,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 304 E Bringhurst St, Philadelphia, PA 19144
**Loan Number**            **Suggested List** $232,900     **Suggested Repaired** $232,900     **Sale** $225,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 304 E Bringhurst St, Philadelphia, PA 19144 | -- | Parcel Match |
| L1 | Listing 1 | 115 E Coulter St., Philadelphia, PA 19144 | 0.29 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 105 Coulter St., Philadelphia, PA 19144 | 0.30 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 5129 Wakefield St., Philadelphia, PA 19144 | 0.20 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 138 W Hansberry St., Philadelphia, PA 19144 | 0.57 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 5623 N 20th St., Philadelphia, PA 19144 | 0.59 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 5247 Wakefield St., Philadelphia, PA 19144 | 0.17 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144          Loan Number

**$225,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM   Doc 771-2   Filed 07/14/26   Page 112 of 126

304 E BRINGHURST ST
PHILADELPHIA, PA 19144        Loan Number

$225,000
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA

by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144        Loan Number        **$225,000**
⬤ As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**304 E BRINGHURST ST**
PHILADELPHIA, PA 19144          Loan Number          **$225,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Vlad Diaconescu | **Company/Brokerage** | Remax Prime Real Estate |
| **License No** | RS272210 | **Address** | 238 W Baltimore Ave. Clifton Heights PA 19018 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2679923530 | **Email** | vladdyreo@gmail.com |
| **Broker Distance to Subject** | 10.45 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | |
|---|---|---|---|---|
| **Address** | 2014 Wilmot St, Philadelphia, PA 19124 | **Order ID** | | **Property ID** |
| **Inspection Date** | 05/18/2025 | **Date of Report** | 05/18/2025 | |
| **Loan Number** | | **APN** | 232130500 | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $1,713 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Assessed Value** | $122,400 | |
| **Zoning Classification** | Residential RSA5 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $45,500 High: $240,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
⬤ As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2014 Wilmot St | 1815 Fillmore St | 1636 Fillmore St | 1828 Ruan St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.28 ¹ | 0.42 ¹ | 0.48 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $150,000 | $173,000 | $149,999 |
| **List Price $** | -- | $150,000 | $151,000 | $149,999 |
| **Original List Date** | | 10/23/2024 | 08/15/2024 | 08/05/2024 |
| **DOM · Cumulative DOM** | -- · -- | 207 · 207 | 258 · 276 | 186 · 286 |
| **Age** (# of years) | 100 | 100 | 90 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,080 | 1,148 | 1,038 | 1,192 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 4 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 6 | 7 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 550 | 500 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .05 acres | .01 acres | .02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 1 is the most comparable listing to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2014 Wilmot St | 2032 Granite St | 5119 Ditman St | 4529 Ditman St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19124 | 19124 | 19124 | 19124 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.38 [1] | 0.39 [1] | 0.24 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $188,900 | $149,900 | $148,000 |
| **List Price $** | -- | $188,900 | $149,900 | $148,000 |
| **Sale Price $** | -- | $140,000 | $147,000 | $150,000 |
| **Type of Financing** | -- | Fha | Fha | Fha |
| **Date of Sale** | -- | 01/29/2025 | 04/04/2025 | 04/30/2025 |
| **DOM · Cumulative DOM** | -- · -- | 244 · 303 | 27 · 72 | 16 · 38 |
| **Age** (# of years) | 100 | 115 | 80 | 85 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,080 | 1,103 | 1,060 | 1,064 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 2 | 3 · 1 | 3 · 1 |
| **Total Room #** | 6 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 550 | 500 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | .03 acres | .02 acres | .04 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $140,000 | $147,000 | $150,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA

by ClearCapital

**2014 WILMOT ST**

PHILADELPHIA, PA 19124

Loan Number

**$147,000**

● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired 04/17/25 $149,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 01/17/2025 | $149,000 | -- | -- | Expired | 03/22/2025 | $149,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $150,000 | $150,000 |
| **Sales Price** | $147,000 | $147,000 |
| **30 Day Price** | $142,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124    Loan Number

**$147,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
● As-Is Price

## Listing Photos


1815 Fillmore St
Philadelphia, PA 19124



Front

1636 Fillmore St
Philadelphia, PA 19124



Front

1828 Ruan St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124          Loan Number

**$147,000**
● As-Is Price

## Sales Photos

**S1** 2032 Granite St
Philadelphia, PA 19124



Front

**S2** 5119 Ditman St
Philadelphia, PA 19124



Front

**S3** 4529 Ditman St
Philadelphia, PA 19124



Front

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124          Loan Number

**$147,000**
● As-Is Price

---

### ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** ⭐ 2014 Wilmot St, Philadelphia, PA 19124 | | | |
| **Loan Number** | **Suggested List** $150,000 | **Suggested Repaired** $150,000 | **Sale** $147,000 |



SUBJECT: 2014 Wilmot St, Philadelphia, PA 19124

©2025 ClearCapital.com, Inc.

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2014 Wilmot St, Philadelphia, PA 19124 | -- | Parcel Match |
| L1 | Listing 1 | 1815 Fillmore St, Philadelphia, PA 19124 | 0.28 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1636 Fillmore St, Philadelphia, PA 19124 | 0.42 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1828 Ruan St, Philadelphia, PA 19124 | 0.48 Miles [1] | Parcel Match |
| S1 | Sold 1 | 2032 Granite St, Philadelphia, PA 19124 | 0.38 Miles [1] | Parcel Match |
| S2 | Sold 2 | 5119 Ditman St, Philadelphia, PA 19124 | 0.39 Miles [1] | Parcel Match |
| S3 | Sold 3 | 4529 Ditman St, Philadelphia, PA 19124 | 0.24 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
● As-Is Price

## Addendum: Report Purpose - cont.

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 771-2    Filed 07/14/26    Page 125 of 126

2014 WILMOT ST

PHILADELPHIA, PA 19124

Loan Number

$147,000

● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2014 WILMOT ST**
PHILADELPHIA, PA 19124

Loan Number

**$147,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 0.56 miles | **Date Signed** | 05/18/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**