**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| DHI Holdings, LP, | Case No. 8:26-bk-01639-CPM |
| Applicable Debtor. | |

**NOTICE OF RESULT OF JULY 8, 2026 AUCTION**

*(238 N. 53rd Street, Philadelphia, Pennsylvania)*

Pursuant to the *Order Granting Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Bidding Procedure; and (C) for Other Relief (238 N. 53rd Street, Philadelphia, Pennsylvania)* [Dkt. No. 471], Debtor, DHI Holdings, LP, by and through its undersigned counsel, provides notice of the result of the July 8, 2026 auction as follows:

| High Bid | Buyer's Premium | Contract Price |
|---|---|---|
| $99,500.00 | $9,950.00 | $109,450.00 |

Dated: July 15, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:  *Joseph A. Pack*
    Joseph A. Pack
    Email:  joe@packlaw.com
    Florida Bar No. 117882
    Jessey J. Krehl
    Email:  jessey@packlaw.com
    Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2026, the foregoing document:

a.    was filed with the Clerk of the Court using CM/ECF;

b.    was served by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case;

c.    was served by first class U.S. Mail, postage prepaid on the City of Philadelphia, Department of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102;

d.    was served by first class U.S. Mail, postage prepaid on the City of Philadelphia, Department of Licenses and Inspections, 1401 John F. Kennedy Blvd., 11th Floor, Code Enforcement Unit, Philadelphia, PA 19102;

e.    was served by first class U.S. Mail, postage prepaid and electronic mail on the City of Philadelphia, Law Department, 1515 Arch St., 14th Floor, Philadelphia, PA 19107, michelle.reinhart@phila.gov; *and*

*Remainder of Page Left Intentionally Blank*

2

f. was transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on the Interested Parties and those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Joseph A. Pack*
   Joseph A. Pack
   Email:  joe@packlaw.com