

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/14/2026 03:30 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:**        RAD Diversified REIT, Inc.


**DEBTOR ATTY:**   **Matthew Fornshell**

**TRUSTEE:**       **NA**

**HEARING:**

1. Continued Hearing on Emergency Motion to Use Cash Collateral for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #50

.. - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Fay Servicing, LLC (related document(s)50). (Morra, Tricia) Doc #235

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Selene Finance LP (related document(s)50). (Morra, Tricia) Doc #236

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor NewRez, LLC (related document(s)[50]). (Morra, Tricia) Doc #239

2. Motion for Relief from Stay. (Fee Paid.) Re: 6514 N Beechwood St, Philadelphia, PA 19138. Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust Doc #393

3. Motion for Relief from Stay. (Fee Paid.) Re: 1721 N Lindenwood St, Philadelphia, PA 19131. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust Doc #394

4. Motion for Relief from Stay. (Fee Paid.) Re: 1) 307 East Elwood Street, Philadelphia, PA 19144; 2) 540 E Mayland St, Philadelphia, PA 19144; 3) 6019 Vine Street, Philadelphia, PA 19139. (26-01639) Filed by Giselle Velez on behalf of Creditor Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 Doc #398

... -   Response to Motion for Relief from Stay (07 East Elwood Street, Philadelphia, PA 19144; 540 E Mayland St, Philadelphia, PA 19144; 6019 Vine Street, Philadelphia, PA 19139) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. related document(s)[398]). (Krehl, Jessey) Doc #725

5. Motion for Relief from Stay. (Fee Paid.) Re: 1) 5520 Whitby Avenue, Philadelphia, PA 19143; 2) 2528 Holbrook Street, Philadelphia, PA 19142; 3) 5734 Christian Street, Philadelphia, PA 19143. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB,

not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 Doc #401

... - Response to Motion for Relief from Stay (5520 Whitby Avenue, Philadelphia, PA 19143; 2528 Holbrook Street, Philadelphia, PA 19142; 5734 Christian Street, Philadelphia, PA 19143) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[401]). (Krehl, Jessey) Doc #726

6. Motion for Relief from Stay. (Fee Paid.) Re: 4432 North Cleveland Street, Philadelphia, PA 19140; 54 East Wister Street, Philadelphia, PA 19144; 78 East Clapier Street, Philadelphia, PA 19144; 333 East Shedaker Street, Philadelphia, PA 19144; 936 East Woodlawn Street, Philadelphia, PA 19138; and 58 East Ashmead Street, Philadelphia, PA 19144. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Entered Judgment # [3] Exhibit C. Sheriff Sale Results # [4] Proposed Order # [5] Certificate of Service) Doc #412

7. Motion for Relief from Stay Or, in the Alternative, for Adequate Protection. (Fee Paid.) Re: 5518 Whitby Avenue, Philadelphia, PA 19143. Filed by Tricia A Morra on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1. Doc #430

8. Motion for Relief from Stay Or, in the Alternative, for Adequate Protection. (Fee Paid.) Re: 151 Bryn Mawr Ave, Lansdowne, PA 19050. Filed by Tricia A Morra on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST. Doc #432

9. Motion for Relief from Stay. (Fee Paid.) Re: 1) 6032 North 19th Street Philadelphia, PA 19141; 2) 1609 North 18th Street Philadelphia, PA 19121; 3) 1744 North Wilton Street Philadelphia, PA 19131; 4) 5865 Kemble Avenue Philadelphia, PA 19141. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 Doc #456

... - Response to Motion for Relief from Stay (6032 North 19th Street Philadelphia, PA 19141; 1609 North 18th Street Philadelphia, PA 19121; 1744 North Wilton Street, Philadelphia, PA 19131; 5865 Kemble Avenue Philadelphia, PA 19141) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[456]). (Krehl, Jessey) Doc #727

10. Motion for Relief from Stay. (Fee Paid.) Re: 320 Walnut Street, Royersford, PA 19468. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 Doc #463

11. Motion for Relief from Stay. (Fee Paid.) Re: 9002 West Chester Pike, Upper Darby, PA 19082-2606. Filed by Gennifer L Bridges on behalf of Creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3 Doc #486

12. Motion for Relief from Stay. (Fee Paid.) Re: 124 Pelham Rd, Philadelphia, PA 19119. Post-Sale Motion for Relief from Automatic Stay Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust Doc #535

13. Motion for Relief from Stay. (Fee Paid.) Re: 1928 South Hemberger Street, Philadelphia, PA 19145. Or in the Alternative, Request for Adequate Protection Filed by Melbalynn Fisher on behalf of Creditor GITSIT Solutions, LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 Doc #539

14. Motion for Relief from Stay. (Fee Paid.) Re: 509 N 63rd Street, Philadelphia, PA 19151. Motion for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB Doc #549

15. Motion to Waive Chapter 11 Operating Guideline Eequirements for Proof of Property/Casualty Insurance Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #677

.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Ari Newman, Jay Passer, Jessey Krehl, John Elrod, Jon Barber, Katie Goodman, Kylie Riordan, Melbalynn Fisher, Toni Townsend, Tricia Morra, Donna Glick, Nicole Peair, Joseph Pack, Ellen Lyons

**RULING:**

1. Continued Hearing on Emergency Motion to Use Cash Collateral for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #50

...Granted (interim); further hearing 9/29/2026 at 3:30 p.m. - Order by Krehl / Pack...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf)   for her policies and procedures.

.. - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Fay Servicing, LLC (related document(s)50). (Morra, Tricia) Doc #235

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Selene Finance LP (related document(s)50). (Morra, Tricia) Doc #236

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor NewRez, LLC (related document(s)[50]). (Morra, Tricia) Doc #239

2. Motion for Relief from Stay. (Fee Paid.) Re: 6514 N Beechwood St, Philadelphia, PA 19138. Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust Doc #393

   ...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

3. Motion for Relief from Stay. (Fee Paid.) Re: 1721 N Lindenwood St, Philadelphia, PA 19131. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust Doc #394

   ...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

4. Motion for Relief from Stay. (Fee Paid.) Re: 1) 307 East Elwood Street, Philadelphia, PA 19144; 2) 540 E Mayland St, Philadelphia, PA 19144; 3) 6019 Vine Street, Philadelphia, PA 19139. (26-01639) Filed by Giselle Velez on behalf of Creditor Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 Doc #398

   ...Court to set Trial [2 hours] (Date to be determined)...

... -   Response to Motion for Relief from Stay (07 East Elwood Street, Philadelphia, PA 19144; 540 E Mayland St, Philadelphia, PA 19144; 6019 Vine Street, Philadelphia, PA 19139) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. related document(s)[398]). (Krehl, Jessey) Doc #725

5. Motion for Relief from Stay. (Fee Paid.) Re: 1) 5520 Whitby Avenue, Philadelphia, PA 19143; 2) 2528 Holbrook Street, Philadelphia, PA 19142; 3) 5734 Christian Street, Philadelphia, PA 19143. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 Doc #401

   ...Court to set Trial [2 hours] (Date to be determined)...

... - Response to Motion for Relief from Stay (5520 Whitby Avenue, Philadelphia, PA 19143; 2528 Holbrook Street, Philadelphia, PA 19142; 5734 Christian Street, Philadelphia, PA 19143) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[401]). (Krehl, Jessey) Doc #726

6. Motion for Relief from Stay. (Fee Paid.) Re: 4432 North Cleveland Street, Philadelphia, PA 19140; 54 East Wister Street, Philadelphia, PA 19144; 78 East Clapier Street, Philadelphia, PA 19144; 333 East Shedaker Street, Philadelphia, PA 19144; 936 East Woodlawn Street, Philadelphia, PA 19138; and 58 East Ashmead Street, Philadelphia, PA 19144. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note,

Mortgage and Assignment of Mortgage # [2] Exhibit B. Entered Judgment # [3] Exhibit C. Sheriff Sale Results # [4] Proposed Order # [5] Certificate of Service) Doc #412

...Granted - Order by Noyes...

7. Motion for Relief from Stay Or, in the Alternative, for Adequate Protection. (Fee Paid.) Re: 5518 Whitby Avenue, Philadelphia, PA 19143. Filed by Tricia A Morra on behalf of Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1. Doc #430

 ...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

8. Motion for Relief from Stay Or, in the Alternative, for Adequate Protection. (Fee Paid.) Re: 151 Bryn Mawr Ave, Lansdowne, PA 19050. Filed by Tricia A Morra on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST. Doc #432

 ...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

9. Motion for Relief from Stay. (Fee Paid.) Re: 1) 6032 North 19th Street Philadelphia, PA 19141; 2) 1609 North 18th Street Philadelphia, PA 19121; 3) 1744 North Wilton Street Philadelphia, PA 19131; 4) 5865 Kemble Avenue Philadelphia, PA 19141. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 Doc #456

 ...Court to set Trial [2 hours] (Date to be determined)...

... - Response to Motion for Relief from Stay (6032 North 19th Street Philadelphia, PA 19141; 1609 North 18th Street Philadelphia, PA 19121; 1744 North Wilton Street, Philadelphia, PA 19131; 5865 Kemble Avenue Philadelphia, PA 19141) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[456]). (Krehl, Jessey) Doc #727

10. Motion for Relief from Stay. (Fee Paid.) Re: 320 Walnut Street, Royersford, PA 19468. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 Doc #463

 ...Granted - Order by Bailey...

11. Motion for Relief from Stay. (Fee Paid.) Re: 9002 West Chester Pike, Upper Darby, PA 19082-2606. Filed by Gennifer L Bridges on behalf of Creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3 Doc #486

 ...Granted - Order by Bridges...

12. Motion for Relief from Stay. (Fee Paid.) Re: 124 Pelham Rd, Philadelphia, PA 19119. Post-Sale Motion for Relief from Automatic Stay Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust Doc #535

 ...Granted - Order by Morra...

13. Motion for Relief from Stay. (Fee Paid.) Re: 1928 South Hemberger Street, Philadelphia, PA 19145. Or in the Alternative, Request for Adequate Protection Filed by Melbalynn Fisher on behalf of Creditor GITSIT Solutions, LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 Doc #539

 ...Granted - Order by Fisher...

14. Motion for Relief from Stay. (Fee Paid.) Re: 509 N 63rd Street, Philadelphia, PA 19151. Motion for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB Doc #549

 ...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

15. Motion to Waive Chapter 11 Operating Guideline Eequirements for Proof of Property/Casualty Insurance Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #677

...Continued in open court to 8/4/2026 at 3:30 p.m. - no further notice will be given...
.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.