**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**NOTICE OF RESULTS OF JULY 1, 2026 AUCTIONS**

*(Vacant Lots located at 1502 N. 61st St., Philadelphia, PA 19151;*
*1604 W. Juniata St., Philadelphia, PA 19140; 1721 N. Aberdeen St., Philadelphia, PA 19131;*
*1736 Church Ln, Philadelphia, PA 19141; 1743 N. Lindenwood St., Philadelphia, PA 19131;*
*1821 Roselyn St., Philadelphia, PA 19141; 1828 Brunner St., Philadelphia, PA 19140;*
*1848 Brunner St., Philadelphia, PA 19140; 3412 N. 22nd St., Philadelphia, PA 19140;*
*3414 N. 22nd St., Philadelphia, PA 19140; 3633 N. 19th St., Philadelphia, PA 19140;*
*3635 N. 19th St., Philadelphia, PA 19140; 3903 Wyalusing Ave., Philadelphia, PA 19104;*
*4516 N. Marvine St., Philadelphia, PA 19140; 4527 N. Marvine St., Philadelphia, PA 19140;*
*4555 N. Marvine St., Philadelphia, PA 19140; 4944 N. Smedley St., Philadelphia, PA 19141;*
*5514 Bloyd St., Philadelphia, PA 19138; 5547 Blakemore St., Philadelphia, PA 19138;*
*5651 Bloyd St., Philadelphia, PA 19138; 5724 Kemble Ave., Philadelphia, PA 19141;*
*5916 Old York Rd, Philadelphia, PA 19141; 6148 N. Lambert St., Philadelphia, PA 19138)*

Pursuant to the *Order Granting Debtor's Expedited Motion for Order (A) Authorizing the*

*Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests*

*Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Bidding Procedure; and (C) for Other Relief (Vacant Lots located at 1502 N. 61st St., Philadelphia, PA 19151; 1604 W. Juniata St., Philadelphia, PA 19140; 1721 N. Aberdeen St., Philadelphia, PA 19131; 1736 Church Ln, Philadelphia, PA 19141; 1743 N. Lindenwood St., Philadelphia, PA 19131; 1821 Roselyn St., Philadelphia, PA 19141; 1828 Brunner St., Philadelphia, PA 19140; 1848 Brunner St., Philadelphia, PA 19140; 3412 N. 22nd St., Philadelphia, PA 19140; 3414 N. 22nd St., Philadelphia, PA 19140; 3633 N. 19th St., Philadelphia, PA 19140; 3635 N. 19th St., Philadelphia, PA 19140; 3903 Wyalusing Ave., Philadelphia, PA 19104; 4516 N. Marvine St., Philadelphia, PA 19140; 4527 N. Marvine St., Philadelphia, PA 19140; 4555 N. Marvine St., Philadelphia, PA 19140; 4944 N. Smedley St., Philadelphia, PA 19141; 5514 Bloyd St., Philadelphia, PA 19138; 5547 Blakemore St., Philadelphia, PA 19138; 5651 Bloyd St., Philadelphia, PA 19138; 5724 Kemble Ave., Philadelphia, PA 19141; 5916 Old York Rd, Philadelphia, PA 19141; 6148 N. Lambert St., Philadelphia, PA 19138)* [Dkt. No. 590], Debtor, RAD Diversified REIT, Inc., by and through its undersigned counsel, provides notice of the results of the July 1, 2026 auctions as follows:

| Address | High Bid | Buyer's Premium | Contract Price |
|---|---|---|---|
| 1502 N. 61st St. | $2,000.00 | $200.00 | $2,200.00 |
| 1604 W. Juniata St. | - | - | - |
| 1721 N. Aberdeen St. | $1,000.00 | $100.00 | $1,100.00 |
| 1736 Church Ln. | $1,000.00 | $100.00 | $1,100.00 |
| 1743 N. Lindenwood St. | $1,000.00 | $100.00 | $1,100.00 |
| 1821 Roselyn St. | $1,000.00 | $100.00 | $1,100.00 |
| 1828 Brunner St. | - | - | - |
| 1848 Brunner St. | - | - | - |
| 3412 N. 22nd St. & 3414 N. 22nd St. | $15,500.00 | $1,550.00 | $17,050.00 |
| 3633 N. 19th St. & 3635 N. 19th St. | $4,500.00 | $450.00 | $4,950.00 |
| 3903 Wyalusing Ave. | $1,000.00 | $100.00 | $1,100.00 |
| 4516, 4527, & 4555 N. Marvine St. | $1,000.00 | $100.00 | $1,100.00 |

2

| Address | High Bid | Buyer's Premium | Contract Price |
|---|---|---|---|
| 4944 N. Smedley St. | $1,000.00 | $100.00 | $1,100.00 |
| 5514 Bloyd St. | $2,500.00 | $250.00 | $2,750.00 |
| 5547 Blakemore St. | - | - | - |
| 5651 Bloyd St. | - | - | - |
| 5724 Kemble Ave. | $1,000.00 | $100.00 | $1,100.00 |
| 5916 Old York Rd. | $2,500.00 | $250.00 | $2,750.00 |
| 6148 N. Lambert St. | $2,000.00 | $200.00 | $2,750.00 |

Dated: July 16, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: _Joseph A. Pack_
    Joseph A. Pack
    Email: joe@packlaw.com
    Florida Bar No. 117882
    Jessey J. Krehl
    Email: jessey@packlaw.com
    Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on July 16, 2026, the following interested parties were served by the methods indicated below:

    **By CM/ECF**:

    Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

By: _/s/ Joseph A. Pack_
    Joseph A. Pack

3