**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified OZ Fund, LP, | Case No. 8:26-bk-01640-CPM |
| Applicable Debtor. | |

### NOTICE OF RESULT OF JULY 1, 2026 AUCTION

*(Vacant Lot located at 3961 Reno St, Philadelphia, PA 19104)*

Pursuant to the *Order Granting Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Bidding Procedure; and (C) for Other Relief (Vacant Lot located at 3961 Reno St, Philadelphia, PA 19104)* [Dkt. No. 572], Debtor, RAD Diversified OZ Fund, LP, by and through its undersigned counsel, provides notice of the result of the July 1, 2026 auction as follows:

| Address | High Bid | Buyer's Premium | Contract Price |
|---|---|---|---|
| 3961 Reno St. | $1,000.00 | $100.00 | $1,100.00 |

Dated: July 16, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:   *Joseph A. Pack*
　　　Joseph A. Pack
　　　Email:  joe@packlaw.com
　　　Florida Bar No. 117882
　　　Jessey J. Krehl
　　　Email:  jessey@packlaw.com
　　　Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on July 16, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

By:   */s/ Joseph A. Pack*
　　　Joseph A. Pack

2