# EXHIBIT B

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 170 E Meehan Ave, Philadelphia, PA 19119 | **Order ID** | **Property ID** |
| **Inspection Date** | 04/30/2026 | **Date of Report** | 05/01/2026 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Wed Apr 29 26 5:00P - Thu Apr 30 26 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | Ddh Fund Llc | **Condition Comments** |
| **R. E. Taxes** | $3,281 | The subject appears to be in average condition with no signs of deferred maintenance visible from the exterior inspection. |
| **Assessed Value** | $234,400 | |
| **Zoning Classification** | Residential | |
| **Property Type** | Townhouse | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | $0 | |
| **Estimated Interior Repair Cost** | $0 | |
| **Total Estimated Repair** | $0 | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in a suburban location that has wthin1 mile to schools, shops, and major highways. The market is currently stable. The average marketing time for similar properties in the subject area is 120 days. |
| **Sales Prices in this Neighborhood** | Low: $200,000 High: $450,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

170 E MEEHAN AVE
PHILADELPHIA, PA 19119

**$385,000**
⬤ As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 170 E Meehan Ave | 6526 Chew Ave | 6478 Musgrave St | 471 E Pleasant St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19119 | 19119 | 19119 | 19119 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.35 [1] | 0.44 [1] | 0.26 [1] |
| **Property Type** | Other | Other | Other | Other |
| **Original List Price $** | $ | $239,000 | $330,000 | $325,000 |
| **List Price $** | -- | $229,000 | $282,500 | $325,000 |
| **Original List Date** |  | 01/16/2026 | 11/11/2025 | 04/09/2026 |
| **DOM · Cumulative DOM** | -- · -- | 105 · 105 | 171 · 171 | 22 · 22 |
| **Age** (# of years) | 101 | 101 | 101 | 101 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Townhouse | 3 Stories Townhouse | 3 Stories Townhouse | 3 Stories Townhouse |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,704 | 1,312 | 1,860 | 1,406 |
| **Bdrm · Bths · ½ Bths** | 6 · 1 · 1 | 3 · 1 · 1 | 3 · 2 | 3 · 1 · 1 |
| **Total Room #** | 9 | 8 | 10 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 50% | 50% | 50% | 50% |
| **Basement Sq. Ft.** | 852 | 656 | 1,160 | 1,406 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.03 acres | 0.02 acres | 0.03 acres |
| **Other** | None | None | None | None |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  This charming property offers a perfect blend of modern amenities and classic charm. As you enter, you'll be greeted by a spacious and inviting living area that flows seamlessly into a well-appointed kitchen. The kitchen features stainless steel appliances , including a dishwasher, stove, and refrigerator, making meal preparation a breeze.

**Listing 2**  3 bedroom, 2 bath home offering modern upgrades, a finished basement, and an attached garage in a convenient city location in the desirable Mt Airy neighborhood of Philadelphia.

**Listing 3**  The PERFECT option for a home buyer - this home is nestled on a quiet block, offering a suburban feel within the city. Within walking distance of the landmark Cheltenham Shopping Center/Mall, area schools and multiple options for transportation, the places one can go are endless. This residence boasts quaintness & functionality all throughout the home.

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 170 E Meehan Ave | 6630 Boyer St | 314 E Meehan Ave | 275 E Meehan Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19119 | 19119 | 19119 | 19119 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.28 [1] | 0.18 [1] | 0.15 [1] |
| **Property Type** | Other | Other | Other | Other |
| **Original List Price $** | -- | $369,000 | $379,000 | $428,000 |
| **List Price $** | -- | $369,000 | $379,000 | $385,000 |
| **Sale Price $** | -- | $373,000 | $385,000 | $385,000 |
| **Type of Financing** | -- | Conventional | Conventional | Conventional |
| **Date of Sale** | -- | 02/13/2026 | 09/18/2025 | 09/24/2025 |
| **DOM · Cumulative DOM** | -- · -- | 37 · 75 | 34 · 63 | 50 · 132 |
| **Age** (# of years) | 101 | 101 | 86 | 101 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Townhouse | 3 Stories Townhouse | 3 Stories Townhouse | 3 Stories Townhouse |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,704 | 1,808 | 1,480 | 1,575 |
| **Bdrm · Bths · ½ Bths** | 6 · 1 · 1 | 4 · 3 | 3 · 2 | 3 · 2 |
| **Total Room #** | 9 | 9 | 7 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 50% | 50% | 50% | 50% |
| **Basement Sq. Ft.** | 852 | 904 | 740 | 787 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.06 acres | 0.03 acres | 0.04 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$960 | +$9,110 | +$9,135 |
| **Adjusted Price** | -- | $372,040 | $394,110 | $394,135 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

170 E MEEHAN AVE
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** The main level offers a cozy living room with a decorative fireplace, open dining area, and an updated kitchen, all complemented by refinished original hardwood floors. Upstairs features four comfortable bedrooms and two bathrooms, including a primary en-suite with dual access from the bedroom6000/Bed, -5250/bath, -1560/gla, -150/lot, 0/age,0/garage,0/Basement

**Sold 2** the perfect blend of classic character and contemporary design. From the moment you arrive, the stately stone entryway sets the tone for a home that's equally charming and impressive. Step into the stylish foyer, where a grand staircase welcomes you and thoughtful updates shine throughout.9000/Bed, -1750/bath, 3360/gla, 0/lot, -1500/age,0/garage0/Basement

**Sold 3** Welcome to the charming 1925 Wissahickon Schist Stone-Front End -of-Row Townhouse in East Mount Airy. The residence exudes timeless charm, featuringoriginal details that include the stone fence that surrounds the English inspired front garden filled will mature perennials. This stone and slate home is one of only a few built in the area.9000/Bed, -1750/bath, 1935/gla, -50/lot, 0/age,0/garage0/Basement

# DRIVE-BY CMA
by ClearCapital

170 E MEEHAN AVE
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | None | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $404,000 | $404,000 |
| **Sales Price** | $385,000 | $385,000 |
| **30 Day Price** | $366,000 | -- |

**Comments Regarding Pricing Strategy**

Fair market comps from the same neighborhood, block, or subdivision are used whenever possible. The sales and listing search revealed comps that had similar sizes and features and are located in the closest possible vicinity to the subject. Search parameters start at 1 mile and closer and expand out as needed. The comp sale date starts at 180 days and is earlier. GLA search starts at 15% smaller or larger of the subject and increases only if necessary. Lot sizes vary in the subject market. It is not always possible to bracket the subject's lot size. Adjustments were made for features to determine the value.

DRIVE-BY CMA

by ClearCapital

170 E MEEHAN AVE
PHILADELPHIA, PA 19119

$385,000
● As-Is Price

Case 8:26-bk-01636-CPM    Doc 798-2    Filed 07/16/26    Page 8 of 48

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**$385,000**
● As-Is Price

## Listing Photos

**L1** 6526 Chew Ave
Philadelphia, PA 19119



Front

**L2** 6478 Musgrave St
Philadelphia, PA 19119



Front

**L3** 471 E Pleasant St
Philadelphia, PA 19119



Front

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Sales Photos

 **S1** 6630 Boyer St
Philadelphia, PA 19119



Front

**S2** 314 E Meehan Ave
Philadelphia, PA 19119



Front

**S3** 275 E Meehan Ave
Philadelphia, PA 19119



Front

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 170 E Meehan Ave, Philadelphia, PA 19119 | | | |
| **Loan Number** | | **Suggested List** $404,000 | **Suggested Repaired** $404,000 | **Sale** $385,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 170 E Meehan Ave, Philadelphia, PA 19119 | -- | Parcel Match |
| L1 | Listing 1 | 6526 Chew Ave, Philadelphia, PA 19119 | 0.35 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 6478 Musgrave St, Philadelphia, PA 19119 | 0.44 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 471 E Pleasant St, Philadelphia, PA 19119 | 0.26 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 6630 Boyer St, Philadelphia, PA 19119 | 0.28 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 314 E Meehan Ave, Philadelphia, PA 19119 | 0.18 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 275 E Meehan Ave, Philadelphia, PA 19119 | 0.15 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA

by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
*** Please Note: This is a RUSH assignment. Do not accept if you cannot meet the current due date and time. Please reference the set terms and contact Clear Capital at 530.582.5011 if you require any changes. Thanks! ***

Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Report Instructions - cont.

customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**170 E MEEHAN AVE**
PHILADELPHIA, PA 19119

**$385,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Garrett Norton | **Company/Brokerage** | Tesla Realty Group |
| **License No** | RS289967 | **Address** | 404 Keebler rd. king of prussia PA 19406 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2676644799 | **Email** | gnortonrealty@gmail.com |
| **Broker Distance to Subject** | 10.76 miles | **Date Signed** | 05/01/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 2300 N 15th St, Philadelphia, PA 19132 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 04/30/2026 | **Date of Report** | 05/01/2026 | | |
| **Loan Number** | | **APN** | | | |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Wed Apr 29 26 5:00P - Thu Apr 30 26 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | | |
|---|---|---|---|
| **Owner** | Ddh Fund Llc | **Condition Comments** | |
| **R. E. Taxes** | $6,028 | Subject appears to be in average condition with no signs of deferred maintenance visible from exterior inspection. | |
| **Assessed Value** | $430,700 | | |
| **Zoning Classification** | Residential | | |
| **Property Type** | 3 Plex | | |
| **Occupancy** | Occupied | | |
| **Ownership Type** | Fee Simple | | |
| **Property Condition** | Average | | |
| **Estimated Exterior Repair Cost** | $0 | | |
| **Estimated Interior Repair Cost** | $0 | | |
| **Total Estimated Repair** | $0 | | |
| **HOA** | No | | |
| **Visible From Street** | Visible | | |
| **Road Type** | Public | | |

## Neighborhood & Market Data

| | | | |
|---|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** | |
| **Local Economy** | Stable | The subject is located in a suburban location that has close proximity to parks, shops and major highways. Market conditions are stable and supply and demand are balanced. REO and short sale activity remains low in the area. Average marketing time of correctly priced properties is under 120 days. | |
| **Sales Prices in this Neighborhood** | Low: $450,000 High: $1,000,000 | | |
| **Market for this type of property** | Remained Stable for the past 6 months. | | |
| **Normal Marketing Days** | <180 | | |

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2300 N 15th St | 1813 N 18th St | 1421 N 18th St | 2149 N Uber St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19121 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.55 [1] | 0.91 [1] | 0.38 [1] |
| **Property Type** | 3 Plex | 3 Plex | 3 Plex | 3 Plex |
| **Original List Price $** | $ | $575,000 | $639,000 | $499,999 |
| **List Price $** | -- | $575,000 | $639,000 | $499,999 |
| **Original List Date** | | 03/26/2026 | 03/19/2026 | 02/26/2026 |
| **DOM · Cumulative DOM** | -- · -- | 35 · 36 | 42 · 43 | 63 · 64 |
| **Age** (# of years) | 111 | 13 | 10 | 111 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse |
| **# Units** | 3 | 3 | 3 | 3 |
| **Living Sq. Feet** | 3,918 | 3,393 | 3,836 | 3,033 |
| **Bdrm · Bths · ½ Bths** | 6 · 3 | 12 · 6 | 12 · 12 | 6 · 4 |
| **Total Room #** | 11 | 20 | 26 | 12 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | Yes | No | No |
| **Basement** (% Fin) | 0% | 50% | 0% | 0% |
| **Basement Sq. Ft.** | -- | 1,978 | -- | -- |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.04 acres | 0.04 acres | 0.03 acres |
| **Other** | None | None | None | None |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Built in 2013, this well-maintained property offers over 3,000 square feet of living space and features strong rental potential with multiple units, making it ideal for both investors and owner-occupants. Each unit offers functional layouts with updated finishes, central air , and in-unit amenities that appeal to today's tenants.

**Listing 2**  Exceptional investment opportunity in the rapidly developing 19121 neighborhood. This well-maintained triplex features three spacious units, each offering 4 bedrooms and 4 full bathrooms, with every bedroom boasting its own private en-suite bathroom—a highly desirable layout for student housing or shared living arrangements. Each unit also includes in-unit laundry, modern finishes, and functional floor plans designed for comfortable multi-tenant living.

**Listing 3**  Each unit offers a functional layout with two bedrooms, making them highly desirable for roommates, small families, students, or young professionals. The updates throughout the building enhance tenant appeal while helping reduce maintenance concerns for the next owner . Location is where this property truly shines.

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
🟡 As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 2300 N 15th St | 2125 N 15th St | 2027 N 15th St | 1544 N Willington St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19121 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.18 [1] | 0.29 [1] | 0.78 [1] |
| **Property Type** | 3 Plex | 3 Plex | 3 Plex | 3 Plex |
| **Original List Price $** | -- | $879,000 | $485,000 | $575,000 |
| **List Price $** | -- | $879,000 | $450,000 | $575,000 |
| **Sale Price $** | -- | $879,000 | $450,000 | $575,000 |
| **Type of Financing** | -- | Conventional | Conventional | Conventional |
| **Date of Sale** | -- | 02/06/2026 | 09/12/2025 | 07/10/2025 |
| **DOM · Cumulative DOM** | -- · -- | 1 · 38 | 65 · 170 | 108 · 124 |
| **Age** (# of years) | 111 | 111 | 16 | 12 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse |
| **# Units** | 3 | 3 | 3 | 3 |
| **Living Sq. Feet** | 3,918 | 3,252 | 2,811 | 3,228 |
| **Bdrm · Bths · ½ Bths** | 6 · 3 | 6 · 6 | 9 · 3 | 12 · 10 |
| **Total Room #** | 11 | 14 | 14 | 24 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | No | No | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 50% |
| **Basement Sq. Ft.** | | -- | -- | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.04 acres | 0.03 acres | 0.03 acres | 0.04 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | +$1,040 | +$1,155 | -$33,050 |
| **Adjusted Price** | -- | $880,040 | $451,155 | $541,950 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  3 unit home. The grand formal entryway serves as the central hub, leading to an expansive living room on the right, a combined dining and kitchen area on the left, and a charming sunroom also positioned to the left. 0/Bed, -9000/bath, 9990/gla, 50/lot, 0/age,0/garage,/Basement

**Sold 2**  Designed for both comfort and style, the residence boasts hardwood flooring throughout, sleek granite countertops, and stainless steel appliances in every kitchen. The bathrooms feature elegant tile work, adding a sophisticated touch to each unit. Security and convenience are top priorities, with each unit equipped with alarm systems and video surveillance for added peace of mind. In-unit washers and dryers provide extra convenience for tenants, enhancing the property's appeal. -6000/Bed, 0/bath, 16605/gla, 50/lot, -9500/age,0/garage/Basement

**Sold 3**  Each unit is 4 bed 3 full baths. The property is an outstanding investment opportunity with a value add component that will go quickly. Huge triplex in the hearth of Temple University. -12000/Bed, -21000/bath, 10350/gla, 0/lot, -9900/age,0/garage-500/Basement

# DRIVE-BY CMA

by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed |
|---|---|
| Listing Agency/Firm | |
| Listing Agent Name | |
| Listing Agent Phone | |
| # of Removed Listings in Previous 12 Months | 0 |
| # of Sales in Previous 12 Months | 0 |

**Listing History Comments**

No additional sales or listing history available for the subject from the past 12 months.

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| Suggested List Price | $666,000 | $666,000 |
| Sales Price | $635,000 | $635,000 |
| 30 Day Price | $603,000 | -- |
| Comments Regarding Pricing Strategy | | |

Fair market comps from the same neighborhood, block, or subdivision are used whenever possible. The sales and listing search revealed comps that had similar sizes and features and are located in the closest possible vicinity to the subject. Search parameters start at 1 mile and closer and expand out as needed. The comp sale date starts at 180 days and is earlier. GLA search starts at 15% smaller or larger of the subject and increases only if necessary. Lot sizes vary in the subject market. It is not always possible to bracket the subject's lot size. Adjustments were made for features to determine the value.

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

| **Reviewer's Notes** | The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported. |
|---|---|

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**$635,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**$635,000**
● As-Is Price

## Listing Photos


**1813 N 18th St**
Philadelphia, PA 19121



Front

**1421 N 18th St**
Philadelphia, PA 19121



Front

**2149 N Uber St**
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Sales Photos

**S1** 2125 N 15th St
Philadelphia, PA 19121



Front

**S2** 2027 N 15th St
Philadelphia, PA 19121



Front

**S3** 1544 N Willington St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

---

## ClearMaps Addendum

| | |
|---|---|
| **Address** | ⭐ 2300 N 15th St, Philadelphia, PA 19132 |
| **Loan Number** | **Suggested List** $666,000    **Suggested Repaired** $666,000    **Sale** $635,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2300 N 15th St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 | Listing 1 | 1813 N 18th St, Philadelphia, PA 19121 | 0.55 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1421 N 18th St, Philadelphia, PA 19121 | 0.91 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2149 N Uber St, Philadelphia, PA 19121 | 0.38 Miles [1] | Parcel Match |
| S1 | Sold 1 | 2125 N 15th St, Philadelphia, PA 19121 | 0.18 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2027 N 15th St, Philadelphia, PA 19121 | 0.29 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1544 N Willington St, Philadelphia, PA 19121 | 0.78 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 798-2    Filed 07/16/26    Page 30 of 48

2300 N 15TH ST
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

## Addendum: Report Purpose - cont.

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
*** Please Note: This is a RUSH assignment. Do not accept if you cannot meet the current due date and time. Please reference the set terms and contact Clear Capital at 530.582.5011 if you require any changes. Thanks! ***

Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual

# DRIVE-BY CMA

by ClearCapital

**2300 N 15TH ST**
PHILADELPHIA, PA 19132

**$635,000**
● As-Is Price

---

## Report Instructions - cont.

customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**$635,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Garrett Norton | **Company/Brokerage** | Tesla Realty Group |
| **License No** | RS289967 | **Address** | 404 Keebler rd. king of prussia PA 19406 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2676644799 | **Email** | gnortonrealty@gmail.com |
| **Broker Distance to Subject** | 14.08 miles | **Date Signed** | 05/01/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 2336 N 19th St, Philadelphia, PA 19132 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 04/30/2026 | **Date of Report** | 05/01/2026 | | |
| **Loan Number** | | **APN** | | | |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Wed Apr 29 26 5:00P - Thu Apr 30 26 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | Ddh Fund Llc | **Condition Comments** |
| **R. E. Taxes** | $1,202 | |
| **Assessed Value** | $85,900 | Subject appears to be in average condition with no signs of deferred maintenance visible from exterior inspection. |
| **Zoning Classification** | Residential | |
| **Property Type** | Townhouse | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | $0 | |
| **Estimated Interior Repair Cost** | $0 | |
| **Total Estimated Repair** | $0 | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Stable | |
| **Sales Prices in this Neighborhood** | Low: $130,000 High: $450,000 | The subject is located in a suburban location that has close proximity to parks, shops and major highways. Market conditions are stable and supply and demand are balanced. REO and short sale activity remains low in the area. Average marketing time of correctly priced properties is under 120 days. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <180 | |

# DRIVE-BY CMA

by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2336 N 19th St | 2253 N Sydenham St | 1822 N Van Pelt St | 1730 Monument St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.33 [1] | 0.60 [1] | 0.48 [1] |
| **Property Type** | Other | Other | Other | Other |
| **Original List Price $** | $ | $255,000 | $275,000 | $269,900 |
| **List Price $** | -- | $255,000 | $239,000 | $240,000 |
| **Original List Date** | | 04/22/2026 | 03/25/2026 | 03/04/2026 |
| **DOM · Cumulative DOM** | -- · -- | 8 · 9 | 36 · 37 | 57 · 58 |
| **Age** (# of years) | 111 | 111 | 111 | 111 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,909 | 1,696 | 2,700 | 1,875 |
| **Bdrm · Bths · ½ Bths** | 6 · 2 · 1 | 5 · 2 | 6 · 2 · 1 | 6 · 2 |
| **Total Room #** | 10 | 9 | 10 | 10 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 50% | 50% | 50% |
| **Basement Sq. Ft.** | -- | 848 | 1,350 | 938 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.03 acres | 0.02 acres |
| **Other** | None | None | None | Patio |

\* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  4+1 bedroom, 2-bath row home. Interior Highlights Modern kitchen with gas stove, dishwasher & garbage disposal Two updated full bathrooms Central A/C + ceiling fans in every bedroom Exposed brick accent wall adds character First-floor bedroom with private bath + living space access Laundry on main level Large basement for storage.

**Listing 2**  Home greets you with generous living areas designed for both everyday comfort and entertaining. The first floor offers an open floor plan with high ceilings and recessed lighting throughout, a large eat-in kitchen, a convenient half-bath, and a dining area in the rear .

**Listing 3**  The main level features a large open living and dining area with high ceilings, decorative molding, and durable flooring, creating a comfortable space for gathering and everyday living. The eat-in kitchen offers ample cabinetry, generous counter space, and direct access to the private fenced rear patio, providing plenty of outdoor space.

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2336 N 19th St | 1828 N 27th St | 1860 N 23rd St | 2042 N Gratz St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19121 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.89 [1] | 0.61 [1] | 0.31 [1] |
| **Property Type** | Other | Other | Other | Other |
| **Original List Price $** | -- | $250,000 | $259,000 | $320,000 |
| **List Price $** | -- | $250,000 | $239,000 | $275,000 |
| **Sale Price $** | -- | $250,000 | $239,000 | $265,000 |
| **Type of Financing** | -- | Conventional | Conventional | Conventional |
| **Date of Sale** | -- | 03/31/2026 | 04/02/2026 | 11/18/2025 |
| **DOM · Cumulative DOM** | -- · -- | 41 · 74 | 101 · 142 | 115 · 128 |
| **Age** (# of years) | 111 | 111 | 111 | 111 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse | 2 Stories Townhouse |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,909 | 1,542 | 2,130 | 1,920 |
| **Bdrm · Bths · ½ Bths** | 6 · 2 · 1 | 4 · 3 | 5 · 2 | 6 · 3 |
| **Total Room #** | 10 | 11 | 9 | 11 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 50% | 50% | 50% |
| **Basement Sq. Ft.** | | 771 | 1,065 | 960 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.03 acres | 0.02 acres |
| **Other** | None | Porch, Fireplace | None | None |
| **Net Adjustment** | -- | +$7,420 | +$1,990 | -$2,360 |
| **Adjusted Price** | -- | $257,420 | $240,990 | $262,640 |

* Sold 1 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  4 bedroom 3 bathroom home in bustling Brewerytown. All new kitchen including stainless steel appliances, granite countertop and island and beautiful lighting. 3 full baths (one on each floor) are all modernized. 6000/Bed, -1750/bath, 3670/gla, 0/lot, 0/age,0/garage,-500/Basement

**Sold 2**  5-bedroom, 3- bathroom property boasts approximately 2,400 sqft of modern living space. the moment you open the door , you are greeted by a bright and inviting living space where natural light pours in through the front windows, creating a warm and welcoming atmosphere 3000/Bed, 1750/bath, -2210/gla, -50/lot, 0/age,0/garage-500/Basement .

**Sold 3**  full bathrooms for added convenience and functionality. Finished basement offers flexible bonus space. Large updated kitchen with ample cabinetry and prep space . Open-concept main level perfect for living and dining. 0/Bed, -1750/bath, -110/gla, 0/lot, 0/age,0/garage-500/Basement

# DRIVE-BY CMA

by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| **Listing Agency/Firm** | | No additional sales or listing history available for the subject from the past 12 months. |
| **Listing Agent Name** | | |
| **Listing Agent Phone** | | |
| **# of Removed Listings in Previous 12 Months** | 0 | |
| **# of Sales in Previous 12 Months** | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $262,000 | $262,000 |
| **Sales Price** | $250,000 | $250,000 |
| **30 Day Price** | $237,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Fair market comps from the same neighborhood, block, or subdivision are used whenever possible. The sales and listing search revealed comps that had similar sizes and features and are located in the closest possible vicinity to the subject. Search parameters start at 1 mile and closer and expand out as needed. The comp sale date starts at 180 days and is earlier. GLA search starts at 15% smaller or larger of the subject and increases only if necessary. Lot sizes vary in the subject market. It is not always possible to bracket the subject's lot size. Adjustments were made for features to determine the value. The address was not posted anywhere on the subject, it was verified through tax records, So I uploaded the street sign and neighborhood address photos for the address verification.

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**   The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
⬤ As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**$250,000**
● As-Is Price

## Listing Photos


L1  2253 N Sydenham St
Philadelphia, PA 19132



Front


L2  1822 N Van Pelt St
Philadelphia, PA 19121



Front


L3  1730 Monument St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**$250,000**
● As-Is Price

## Sales Photos


S1 1828 N 27th St
Philadelphia, PA 19121



Front

S2 1860 N 23rd St
Philadelphia, PA 19121



Front

S3 2042 N Gratz St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

---

## ClearMaps Addendum

| | |
|---|---|
| **Address** | ⭐ 2336 N 19th St, Philadelphia, PA 19132 |
| **Loan Number** | |

| | | | |
|---|---|---|---|
| **Suggested List** $262,000 | **Suggested Repaired** $262,000 | **Sale** $250,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 2336 N 19th St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 Listing 1 | 2253 N Sydenham St, Philadelphia, PA 19132 | 0.33 Miles [1] | Parcel Match |
| L2 Listing 2 | 1822 N Van Pelt St, Philadelphia, PA 19121 | 0.60 Miles [1] | Parcel Match |
| L3 Listing 3 | 1730 Monument St, Philadelphia, PA 19121 | 0.48 Miles [1] | Parcel Match |
| S1 Sold 1 | 1828 N 27th St, Philadelphia, PA 19121 | 0.89 Miles [1] | Parcel Match |
| S2 Sold 2 | 1860 N 23rd St, Philadelphia, PA 19121 | 0.61 Miles [1] | Parcel Match |
| S3 Sold 3 | 2042 N Gratz St, Philadelphia, PA 19121 | 0.31 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
*** Please Note: This is a RUSH assignment. Do not accept if you cannot meet the current due date and time. Please reference the set terms and contact Clear Capital at 530.582.5011 if you require any changes. Thanks! ***

Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 798-2    Filed 07/16/26    Page 47 of 48

2336 N 19TH ST
PHILADELPHIA, PA 19132

$250,000
● As-Is Price

## Report Instructions - cont.

customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA

by ClearCapital

**2336 N 19TH ST**
PHILADELPHIA, PA 19132

**$250,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Garrett Norton | **Company/Brokerage** | Tesla Realty Group |
| **License No** | RS289967 | **Address** | 404 Keebler rd. king of prussia PA 19406 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2676644799 | **Email** | gnortonrealty@gmail.com |
| **Broker Distance to Subject** | 13.75 miles | **Date Signed** | 05/01/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**