ORDERED.

**Dated:  July 15, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**ORDER GRANTING DEBTORS' UNOPPOSED (I) MOTION FOR**
**ENTRY OF AN ORDER EXTENDING EXCLUSIVE PERIODS**
**TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**
**THEREOF, AND (II) REQUEST FOR EXPEDITED CONSIDERATION**

THIS CASE came before the Court without hearing upon the *Debtors' Unopposed Motion for Entry of an Order Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Request for Expedited* Consideration [Dkt. No. 691] (the "**Motion**"), and the Court having jurisdiction to consider the Motion and the relief requested

therein; and due and sufficient notice of the Motion having been given; it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, creditors, and other parties in interest.  The Court, having reviewed the Motion, having found the requisite cause for the relief requested therein, having noted the agreement of the parties,[1] and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is **GRANTED**, as set forth herein. The Exclusive Filing Period[2] is hereby EXTENDED through and including July 29, 2026, without prejudice to the rights of the Debtors to seek additional extensions.

2.      The Solicitation Exclusivity Period is hereby EXTENDED through and including September 28, 2026, without prejudice to the rights of the Debtors to seek additional extensions.

3.      The Court retains jurisdiction over the interpretation, implementation, and enforcement of this Order.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

---

[1] By submitting this agreed order, the submitter hereby certifies that the form of order has been agreed to by each of the above-captioned debtors and debtors in possession, the Office of the United States Trustee, and the Official Committee of Unsecured Creditors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2