# EXHIBIT B

# DRIVE-BY CMA

by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2034 N 17th St, Philadelphia, PA 19121 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC |
| **R. E. Taxes** | $3,481 |
| **Assessed Value** | $248,700 |
| **Zoning Classification** | Residential RM1 |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $78,000 High: $385,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2034 N 17th St | 2042 N Gratz St | 2222 N 12th St | 1431 W Norris St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19121 | 19133 | 19121 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.12 [1] | 0.49 [1] | 0.21 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $330,000 | $395,000 | $385,000 |
| **List Price $** | -- | $330,000 | $345,000 | $350,000 |
| **Original List Date** |  | 04/25/2025 | 10/23/2024 | 02/25/2025 |
| **DOM · Cumulative DOM** | -- · -- | 24 · 26 | 57 · 210 | 82 · 85 |
| **Age** (# of years) | 110 | 110 | 105 | 110 |
| **Condition** | Average | Excellent | Excellent | Excellent |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 2,049 | 1,920 | 1,815 | 1,863 |
| **Bdrm · Bths · ½ Bths** | 5 · 2 | 6 · 3 | 5 · 2 | 6 · 3 |
| **Total Room #** | 8 | 9 | 8 | 9 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 600 | 600 | 600 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .02 acres | .03 acres | .03 acres |
| **Other** | -- | -- | -- | -- |

* Listing 1 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2** Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3** Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2034 N 17th St | 1711 Arlington St | 1810 N Bouvier St | 1711 N Willington St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19121 | 19121 | 19121 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.11 [1] | 0.25 [1] | 0.36 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $330,000 | $324,999 | $299,999 |
| **List Price $** | -- | $330,000 | $324,999 | $299,999 |
| **Sale Price $** | -- | $30,000 | $315,999 | $330,000 |
| **Type of Financing** | -- | Other | Conventional | Conventional |
| **Date of Sale** | -- | 04/21/2025 | 08/28/2024 | 10/23/2024 |
| **DOM · Cumulative DOM** | -- · -- | 13 · 56 | 26 · 65 | 81 · 121 |
| **Age** (# of years) | 110 | 100 | 110 | 110 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 2,049 | 1,608 | 1,901 | 2,023 |
| **Bdrm · Bths · ½ Bths** | 5 · 2 | 6 · 3 | 5 · 2 · 1 | 6 · 3 |
| **Total Room #** | 8 | 9 | 8 | 9 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 600 | 500 | 600 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .02 acres | .03 acres | .03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $30,000 | $315,999 | $330,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Canceled 12/13/24 $325,000 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 10/10/2024 | $325,000 | -- | -- | Withdrawn | 12/14/2024 | $325,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $330,000 | $330,000 |
| **Sales Price** | $315,000 | $315,000 |
| **30 Day Price** | $309,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #1 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Listing Photos



**L1** 2042 N Gratz St
Philadelphia, PA 19121



Front



**L2** 2222 N 12th St
Philadelphia, PA 19133



Front



**L3** 1431 W Norris St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Sales Photos

 1711 Arlington St
Philadelphia, PA 19121



Front

**S2** 1810 N Bouvier St
Philadelphia, PA 19121



Front

**S3** 1711 N Willington St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** ⭐ | 2034 N 17th St, Philadelphia, PA 19121 | | | | |
| **Loan Number** | | **Suggested List** $330,000 | **Suggested Repaired** $330,000 | **Sale** $315,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 2034 N 17th St, Philadelphia, PA 19121 | -- | Parcel Match |
| L1 Listing 1 | 2042 N Gratz St, Philadelphia, PA 19121 | 0.12 Miles [1] | Parcel Match |
| L2 Listing 2 | 2222 N 12th St, Philadelphia, PA 19133 | 0.49 Miles [1] | Parcel Match |
| L3 Listing 3 | 1431 W Norris St, Philadelphia, PA 19121 | 0.21 Miles [1] | Parcel Match |
| S1 Sold 1 | 1711 Arlington St, Philadelphia, PA 19121 | 0.11 Miles [1] | Parcel Match |
| S2 Sold 2 | 1810 N Bouvier St, Philadelphia, PA 19121 | 0.25 Miles [1] | Parcel Match |
| S3 Sold 3 | 1711 N Willington St, Philadelphia, PA 19121 | 0.36 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2034 N 17TH ST**
PHILADELPHIA, PA 19121

**$315,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.47 miles | **Date Signed** | 05/19/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA

by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1508 W Oxford St, Philadelphia, PA 19121 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/21/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | Rad Diversified Reit Inc |
| **R. E. Taxes** | $10,407 |
| **Assessed Value** | $743,500 |
| **Zoning Classification** | RM1 |
| **Property Type** | Multifamily |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | $0 |
| **Estimated Interior Repair Cost** | $0 |
| **Total Estimated Repair** | $0 |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

The subject property aligns with the neighborhood in terms of style, age, and condition. Both the home and its landscaping appear well-maintained, with no signs of deferred maintenance or adverse conditions observed.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $204000<br>High: $905000 |
| **Market for this type of property** | Increased 6 % in the past 6 months. |
| **Normal Marketing Days** | >180 |

**Neighborhood Comments**

The subject property is situated in a well-established urban neighborhood, primarily composed of single-family attached homes in average or better condition. The market remains stable, with gradual appreciation driven by increased investor activity and ongoing area renovations. The immediate neighborhood experiences moderate REO activity, while a significant portion of fair market sales include seller concessions. Overall, the area maintains a balanced ratio of listings to sales.

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
🟡 As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 1508 W Oxford St | 1814 W Diamond St | 1826 W Diamond St | 1519 N 17th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19121 | 19121 | 19121 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.57 [1] | 0.58 [1] | 0.11 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | $ | $585,000 | $600,000 | $625,000 |
| **List Price $** | -- | $585,000 | $600,000 | $625,000 |
| **Original List Date** |  | 03/05/2025 | 05/18/2025 | 03/09/2025 |
| **DOM · Cumulative DOM** | -- · -- | 74 · 77 | 2 · 3 | 71 · 73 |
| **Age** (# of years) | 110 | 110 | 110 | 110 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Quadplex | 3 Stories Quadplex | 3 Stories Quadplex | 3 Stories Quadplex |
| **# Units** | 4 | 4 | 4 | 4 |
| **Living Sq. Feet** | 3,510 | 4,104 | 2,457 | 4,200 |
| **Bdrm · Bths · ½ Bths** | 7 · 6 | 13 · 7 | 11 · 5 · 1 | 12 · 4 |
| **Total Room #** | 14 | 18 | 16 | 16 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 1,200 | 1,400 | 825 | 1,400 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.03 acres | 0.04 acres | 0.05 acres |
| **Other** | None | None | None | None |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Competitive attributes to subject property. Similar size, effective age and condition - Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2**   Competitive attributes to subject property. Similar size, effective age and condition - Central A/C; Cooling Fuel: Electric; Heating: 90% Forced Air; Heating Fuel: Electric; Hot Water: Electric; Water Source: Public; Sewer: Public Sewer

**Listing 3**   Competitive attributes to subject property. Similar size, effective age and condition - Central A/C; Cooling Fuel: None; Heating: 90% Forced Air; Heating Fuel: Electric, Natural Gas; Hot Water: Electric; Water Source: Public; Sewer: Public Sewer

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Recent Sales

|  | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1508 W Oxford St | 1958 N 8th St | 1528 N 18th St | 1637 W Girard Ave |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19122 | 19121 | 19130 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.76 [1] | 0.22 [1] | 0.39 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | -- | $525,000 | $549,000 | $617,000 |
| **List Price $** | -- | $525,000 | $534,999 | $597,000 |
| **Sale Price $** | -- | $515,000 | $534,999 | $555,000 |
| **Type of Financing** | -- | Conventional | Conventional | Cash |
| **Date of Sale** | -- | 05/01/2025 | 07/24/2024 | 07/10/2024 |
| **DOM · Cumulative DOM** | -- · -- | 13 · 55 | 108 · 168 | 242 · 274 |
| **Age** (# of years) | 110 | 5 | 110 | 110 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Quadplex | 4+ Stories Quadplex | 3 Stories Quadplex | 3 Stories Quadplex |
| **# Units** | 4 | 4 | 4 | 4 |
| **Living Sq. Feet** | 3,510 | 2,813 | 2,698 | 3,270 |
| **Bdrm · Bths · ½ Bths** | 7 · 6 | 6 · 6 | 9 · 4 | 4 · 4 |
| **Total Room #** | 14 | 14 | 14 | 16 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 1200 | 700 | 900 | 1,100 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.02 acres | 0.05 acres | 0.05 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | +$35,880 | +$29,980 | +$13,600 |
| **Adjusted Price** | -- | $550,880 | $564,979 | $568,600 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Competitive attributes to subject property. Similar size, effective age and condition - adjusted for GLA (27880) and bedrooms (8000)

**Sold 2**   Competitive attributes to subject property. Similar size, effective age and condition - adjusted for GLA (32480), Seller concessions (-6500), bathrooms (20000) and bedrooms (-16000)

**Sold 3**   Competitive attributes to subject property. Similar size, effective age and condition - adjusted for GLA (9600), bathrooms (20000) and bedrooms (-16000)

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 809-2    Filed 07/17/26    Page 18 of 41

1508 W OXFORD ST
PHILADELPHIA, PA 19121

$555,000
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Subject has not been listed in the last 36 months and has no listing history for the last 36 months in the local MLS | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $574,500 | $574,500 |
| **Sales Price** | $555,000 | $555,000 |
| **30 Day Price** | $545,000 | -- |

**Comments Regarding Pricing Strategy**

No visible deferred maintenance was observed during the exterior inspection, and the property is suitable for marketing in its current as-is condition. The selected comparables share strong overall similarities with the subject property and accurately reflect both its neighborhood and nearby competing areas with homes of similar age, size, and style, appealing to the same buyer demographic. The final value is determined using both active and sold comparables, considering the stability of the market. This valuation reflects typical marketing times and is based on the most relevant and proximate comparables included in this report. Search for comp sales extended up to one year as the subject is in a stable to increasing market and in order to remian in the subject's immediate market

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**  The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Subject Photos



Front



Front



Front



Address Verification



Side



Side

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Subject Photos



Side



Side



Side



Back



Back



Street

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Subject Photos



Street



Other

# DRIVE-BY CMA
by ClearCapital

**$555,000**
● As-Is Price

## Listing Photos

 1814 W Diamond St
Philadelphia, PA 19121



Front

 1826 W Diamond St
Philadelphia, PA 19121



Front

 1519 N 17th St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Sales Photos

**S1** 1958 N 8th St
Philadelphia, PA 19122



Front

**S2** 1528 N 18th St
Philadelphia, PA 19121



Front

**S3** 1637 W Girard Ave
Philadelphia, PA 19130



Front

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 1508 W Oxford St, Philadelphia, PA 19121 | | | |
| **Loan Number** | | **Suggested List** $574,500 | **Suggested Repaired** $574,500 | **Sale** $555,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1508 W Oxford St, Philadelphia, PA 19121 | -- | Parcel Match |
| L1 | Listing 1 | 1814 W Diamond St, Philadelphia, PA 19121 | 0.57 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1826 W Diamond St, Philadelphia, PA 19121 | 0.58 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1519 N 17th St, Philadelphia, PA 19121 | 0.11 Miles [1] | Parcel Match |
| S1 | Sold 1 | 1958 N 8th St, Philadelphia, PA 19122 | 0.76 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1528 N 18th St, Philadelphia, PA 19121 | 0.22 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1637 W Girard Ave, Philadelphia, PA 19130 | 0.39 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1508 W OXFORD ST**
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM    Doc 809-2    Filed 07/17/26    Page 29 of 41

1508 W OXFORD ST
PHILADELPHIA, PA 19121

**$555,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Edward Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia |
| **License No** | RM423523 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154315654 | **Email** | ed@11res.com |
| **Broker Distance to Subject** | 3.59 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1926 N Gratz St, Philadelphia, PA 19121 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/19/2025 | **Date of Report** | 05/19/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $5,351 | |
| **Assessed Value** | $382,300 | Subject is in average visible condition. No visible negative factors affecting marketability. The subject market appeals to both owner occupants and investors; subject conforms. |
| **Zoning Classification** | Residential RM1 | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | |
| **Sales Prices in this Neighborhood** | Low: $27,850<br>High: $360,000 | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1926 N Gratz St | 2227 N 17th St | 1819 N 19th St | 2025 N Woodstock St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19132 | 19121 | 19121 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.35 ¹ | 0.12 ¹ | 0.18 ¹ |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $275,000 | $294,900 | $274,900 |
| **List Price $** | -- | $250,000 | $259,000 | $274,900 |
| **Original List Date** | | 04/21/2025 | 08/15/2024 | 03/07/2025 |
| **DOM · Cumulative DOM** | -- · -- | 27 · 28 | 277 · 277 | 36 · 73 |
| **Age** (# of years) | 110 | 110 | 110 | 110 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 2 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,704 | 1,440 | 1,470 | 1,587 |
| **Bdrm · Bths · ½ Bths** | 5 · 2 · 1 | 3 · 3 · 1 | 5 · 2 | 5 · 2 · 1 |
| **Total Room #** | 10 | 9 | 10 | 10 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 700 | 700 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .02 acres | .02 acres | .02 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 1926 N Gratz St | 1531 Fontain St | 1725 Monument St | 1626 Fontain St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19121 | 19121 | 19121 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.29 [1] | 0.10 [1] | 0.20 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $269,999 | $249,999 | $275,000 |
| **List Price $** | -- | $269,999 | $249,999 | $275,000 |
| **Sale Price $** | -- | $248,750 | $249,999 | $250,000 |
| **Type of Financing** | -- | Conventional | Conventional | Conventional |
| **Date of Sale** | -- | 02/28/2025 | 02/25/2025 | 01/31/2025 |
| **DOM · Cumulative DOM** | -- · -- | 22 · 49 | 12 · 46 | 81 · 107 |
| **Age** (# of years) | 110 | 110 | 110 | 100 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 2 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,704 | 1,498 | 1,590 | 1,914 |
| **Bdrm · Bths · ½ Bths** | 5 · 2 · 1 | 5 · 2 | 5 · 3 · 1 | 6 · 2 · 1 |
| **Total Room #** | 10 | 10 | 110 | 11 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 750 | 500 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | .02 acres | .02 acres | .02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $248,750 | $249,999 | $250,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed |
|---|---|
| Listing Agency/Firm | |
| Listing Agent Name | |
| Listing Agent Phone | |
| # of Removed Listings in Previous 12 Months | 0 |
| # of Sales in Previous 12 Months | 0 |

**Listing History Comments**

None

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $259,000 | $259,000 |
| **Sales Price** | $250,000 | $250,000 |
| **30 Day Price** | $244,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #2 are the most similar to the subject

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Listing Photos


L1 2227 N 17th St
Philadelphia, PA 19132



Front

L2 1819 N 19th St
Philadelphia, PA 19121



Front


L3 2025 N Woodstock St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Sales Photos

 1531 Fontain St
Philadelphia, PA 19121



Front

S2 1725 Monument St
Philadelphia, PA 19121



Front

S3 1626 Fontain St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | | |
|---|---|---|---|---|---|---|
| **Address** | ⭐ 1926 N Gratz St, Philadelphia, PA 19121 | | | | | |
| **Loan Number** | | **Suggested List** $259,000 | | **Suggested Repaired** $259,000 | | **Sale** $250,000 |

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1926 N Gratz St, Philadelphia, PA 19121 | -- | Parcel Match |
| L1 | Listing 1 | 2227 N 17th St, Philadelphia, PA 19132 | 0.35 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1819 N 19th St, Philadelphia, PA 19121 | 0.12 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2025 N Woodstock St, Philadelphia, PA 19121 | 0.18 Miles [1] | Parcel Match |
| S1 | Sold 1 | 1531 Fontain St, Philadelphia, PA 19121 | 0.29 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1725 Monument St, Philadelphia, PA 19121 | 0.10 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1626 Fontain St, Philadelphia, PA 19121 | 0.20 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 809-2    Filed 07/17/26    Page 39 of 41

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1926 N GRATZ ST**
PHILADELPHIA, PA 19121

**$250,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.66 miles | **Date Signed** | 05/19/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**