# Exhibit "B"

# DRIVE-BY CMA

by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132     Loan Number

**$150,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 2735 W Somerset St, Philadelphia, PA 19132 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 07/01/2026 | **Date of Report** | 07/07/2026 | | |
| **Loan Number** | | **APN** | 381294600 | | |
| **Borrower Name** | NA | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | UNKNOWN | **Tracking ID 1** | UNKNOWN |
| **Tracking ID 2** | 32691 | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | DDH Fund LLC |
| **R. E. Taxes** | $1,426 |
| **Assessed Value** | $101,900 |
| **Zoning Classification** | O30 |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | $0 |
| **Estimated Interior Repair Cost** | $0 |
| **Total Estimated Repair** | $0 |
| **HOA** | No |
| **Visible From Street** | Partially Visible |
| **Road Type** | Public |

**Condition Comments**

Subject is a two story single family attached colonial row home that is in average exterior condition.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $48,000 High: $264,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

Stable local market with rising inventory and marketing times.

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132          Loan Number

**$150,000**
⬤ As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2735 W Somerset St | 3000 N 25th St. | 2546 N Marston St. | 2542 W York St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.30 [1] | 0.27 [1] | 0.49 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $150,000 | $159,900 | $169,900 |
| **List Price $** | -- | $150,000 | $154,900 | $169,900 |
| **Original List Date** | | 04/30/2026 | 05/20/2026 | 05/21/2026 |
| **DOM · Cumulative DOM** | -- · -- | 65 · 68 | 45 · 48 | 18 · 47 |
| **Age** (# of years) | 101 | 86 | 111 | 111 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | REO | Fair Market Value |
| **Location** | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,404 | 1,536 | 1,260 | 1,148 |
| **Bdrm · Bths · ½ Bths** | 4 · 1 | 3 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 7 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 701 | 764 | 624 | 572 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.04 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | Central AC |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Inferior to subject in condition; sold as-is, adjusted -1000 for GLA, 2900 for beds.

**Listing 2**   Similar to subject in condition; REO, repairs and upgrades made, 1500 adjusted for GLA, 2900 for beds.

**Listing 3**   Superior to subject in amenities; maintained, 1500 adjusted for GLA, 1900 for rooms.

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132          Loan Number

**$150,000**
⬤ As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2735 W Somerset St | 3038 W Lehigh Ave. | 2831 W Albert St. | 2624-26 W Oakdale St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.29 [1] | 0.18 [1] | 0.19 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $160,000 | $135,000 | $175,000 |
| **List Price $** | -- | $135,000 | $135,000 | $174,999 |
| **Sale Price $** | -- | $135,000 | $135,000 | $165,000 |
| **Type of Financing** | -- | Cash | Fha | Conventional |
| **Date of Sale** | -- | 06/10/2026 | 04/17/2026 | 02/24/2026 |
| **DOM · Cumulative DOM** | -- · -- | 47 · 88 | 1 · 52 | 108 · 239 |
| **Age** (# of years) | 101 | 110 | 110 | 28 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,404 | 1,536 | 1,132 | 1,292 |
| **Bdrm · Bths · ½ Bths** | 4 · 1 | 4 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 7 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 701 | 766 | 564 | 644 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.03 acres | 0.03 acres | 0.02 acres | 0.08 acres |
| **Other** | None | None | None | Central AC |
| **Net Adjustment** | -- | -$1,000 | +$4,400 | +$900 |
| **Adjusted Price** | -- | $134,000 | $139,400 | $165,900 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Inferior to subject in amenities; updates made, -1000 for GLA,

**Sold 2**   Inferior to subject in amenities; well kept, 1500 for GLA, 2900 for beds,

**Sold 3**   Superior to subject in amenities and age: maintained, -2000 for age, 1000 for GLA, 1900 for rooms.

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132          Loan Number

**$150,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | On the market as part of a package until 02/06/2026 | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 02/06/2025 | $830,000 | -- | -- | Expired | 02/06/2026 | $830,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $157,900 | $157,900 |
| **Sales Price** | $150,000 | $150,000 |
| **30 Day Price** | $144,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Subject should list as-is to appeal to owner occupants. | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** There is a positive variance of 87.5% to the prior report completed on 06/2025. The variance is due to report purpose. The prior report is a full interior inspection noting interior repairs needed to the subject. The current report is an exterior only report (The current broker was unable to verify the interior condition of the subject) and values in line with average condition comps. The current report utilizes comps that are within a reasonable distance, relatively current, fair market sales, and accurately reflect the subject's overall defining characteristics. Thus the as-is conclusion appears t be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132

Loan Number

**$150,000**
⬤ As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132    Loan Number

**$150,000**
● As-Is Price

## Subject Photos



Other



Other

# DRIVE-BY CMA

by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132      Loan Number

**$150,000**
● As-Is Price

## Listing Photos

**L1** 3000 N 25th St.
Philadelphia, PA 19132



Front

**L2** 2546 N Marston St.
Philadelphia, PA 19132



Front

**L3** 2542 W York St.
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132        Loan Number

**$150,000**
● As-Is Price

## Sales Photos

 **S1** 3038 W Lehigh Ave.
Philadelphia, PA 19132



Front

**S2** 2831 W Albert St.
Philadelphia, PA 19132



Front

**S3** 2624-26 W Oakdale St.
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132

**$150,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 2735 W Somerset St, Philadelphia, PA 19132
**Loan Number**       **Suggested List** $157,900     **Suggested Repaired** $157,900     **Sale** $150,000



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2735 W Somerset St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 | Listing 1 | 3000 N 25th St., Philadelphia, PA 19132 | 0.30 Miles [1] | Parcel Match |
| L2 | Listing 2 | 2546 N Marston St., Philadelphia, PA 19132 | 0.27 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2542 W York St., Philadelphia, PA 19132 | 0.49 Miles [1] | Parcel Match |
| S1 | Sold 1 | 3038 W Lehigh Ave., Philadelphia, PA 19132 | 0.29 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2831 W Albert St., Philadelphia, PA 19132 | 0.18 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2624-26 W Oakdale St., Philadelphia, PA 19132 | 0.19 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132    Loan Number

**$150,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132      Loan Number

**$150,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132    Loan Number

**$150,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2735 W SOMERSET ST**
PHILADELPHIA, PA 19132    Loan Number

**$150,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Vlad Diaconescu | **Company/Brokerage** | Remax Prime Real Estate |
| **License No** | RS272210 | **Address** | 238 W Baltimore Ave. Clifton Heights PA 19018 |
| **License Expiration** | 05/31/2028 | **License State** | PA |
| **Phone** | 2679923530 | **Email** | vladdyreo@gmail.com |
| **Broker Distance to Subject** | 8.25 miles | **Date Signed** | 07/07/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. Additional information is applicable based on the jurisdiction of the subject property:

Delaware: **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

Idaho: Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, TItle 54, Idaho Code, this report is not intended to meet the uniform standard of professional appraisal practice. It is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.

Maine: **This opinion was prepared solely for the client, for the purpose and function stated in the report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.**

Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE. This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

Michigan: **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.

**Nebraska: This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

**Nevada: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

Oregon: Unless the licensee who prepared this report is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. The report is a competitive market analysis or letter opinion and is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.

Pennsylvania: This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

South Carolina: This opinion may not be used for the purposes of obtaining financing in a federally related transaction.

Texas: THIS REPORT SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Washington: This broker price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who IS/IS NOT also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW.

Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.

Unless otherwise specifically agreed to in writing:

The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.

# DRIVE-BY CMA

by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140       Loan Number

**$265,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 3438 N 18th St, Philadelphia, PA 19140 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 07/01/2026 | **Date of Report** | 07/06/2026 | | |
| **Loan Number** | | **APN** | 112256100 | | |
| **Borrower Name** | NA | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | UNKNOWN | **Tracking ID 1** | UNKNOWN |
| **Tracking ID 2** | 32693 | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| Owner | DDH Fund LLC |
| R. E. Taxes | $3,009 |
| Assessed Value | $215,000 |
| Zoning Classification | U50 |
| Property Type | Multifamily |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | $0 |
| Estimated Interior Repair Cost | $0 |
| Total Estimated Repair | $0 |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**

Subject is a 3-story, 3-unit multi-family dwelling that is in average exterior condition.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Urban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $112,000<br>High: $618,000 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <180 |

**Neighborhood Comments**

Stable local market with rising inventory and marketing times.

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140

Loan Number

**$265,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 3438 N 18th St | 3660 N 21st St. | 3322 N 17th St. | 3832 N 18th St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19140 | 19140 | 19140 | 19140 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.35 [1] | 0.15 [1] | 0.42 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | $ | $259,900 | $325,000 | $299,000 |
| **List Price $** | -- | $259,900 | $280,000 | $299,000 |
| **Original List Date** | | 03/16/2026 | 08/23/2025 | 06/16/2026 |
| **DOM · Cumulative DOM** | -- · -- | 110 · 112 | 315 · 317 | 18 · 20 |
| **Age** (# of years) | 86 | 86 | 85 | 86 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Victorian | 3 Stories Victorian | 3 Stories Victorian | 2 Stories Colonial |
| **# Units** | 3 | 4 | 3 | 2 |
| **Living Sq. Feet** | 2,214 | 2,604 | 2,542 | 1,965 |
| **Bdrm · Bths · ½ Bths** | 3 · 3 | 5 · 4 | 8 · 3 | 4 · 2 |
| **Total Room #** | 9 | 10 | 12 | 8 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 734 | 867 | 846 | 981 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.03 acres | 0.05 acres | 0.03 acres |
| **Other** | None | None | None | Central AC |

* Listing 2 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Inferior to subject in amenities; updates made.

**Listing 2**  Similar to subject in condition; maintained.

**Listing 3**  Superior to subject in amenities; well kept.

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140          Loan Number

**$265,000**
🟡 As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 3438 N 18th St | 1505 W Erie Ave. | 1236 W Airdrie St. | 3547 N 21st St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19140 | 19140 | 19140 | 19140 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.38 [1] | 0.58 [1] | 0.27 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | -- | $259,000 | $275,000 | $289,000 |
| **List Price $** | -- | $259,000 | $275,000 | $289,000 |
| **Sale Price $** | -- | $258,000 | $275,000 | $280,000 |
| **Type of Financing** | -- | Conventional | Conventional | Conventional |
| **Date of Sale** | -- | 04/27/2026 | 12/08/2025 | 02/23/2026 |
| **DOM · Cumulative DOM** | -- · -- | 10 · 51 | 66 · 68 | 215 · 304 |
| **Age** (# of years) | 86 | 92 | 86 | 96 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Victorian | 3 Stories Victorian | 2 Stories Colonial | 3 Stories Victorian |
| **# Units** | 3 | 3 | 2 | 4 |
| **Living Sq. Feet** | 2,214 | 2,594 | 1,560 | 2,335 |
| **Bdrm · Bths · ½ Bths** | 3 · 3 | 5 · 3 | 4 · 2 | 4 · 4 |
| **Total Room #** | 9 | 9 | 8 | 8 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 734 | 864 | 778 | 778 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.04 acres | 0.04 acres | 0.04 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | $0 | -$16,500 | -$13,400 |
| **Adjusted Price** | -- | $258,000 | $258,500 | $266,600 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Inferior to subject in amenities; updates made.

**Sold 2**   Inferior to subject in amenities; well kept, $16500 in seller assist.

**Sold 3**   Superior to subject in amenities; maintained, $13400 in seller assist.

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140

Loan Number

**$265,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | Expired as part of a package | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 1 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 02/06/2025 | $830,000 | -- | -- | Expired | 02/06/2026 | $830,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $274,900 | $274,900 |
| **Sales Price** | $265,000 | $265,000 |
| **30 Day Price** | $257,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Subject should list as-is to appeal to investors.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**
The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.
The current report is showing a large variance in as-is conclusions with the most current duplicate completed. The large variance appears due to the prior evaluation indicating significant deferred maintenance/damages on the interior. It is unclear if any of these issues have been corrected in the last year plus.

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140          Loan Number

**$265,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140    Loan Number

**$265,000**
● As-Is Price

## Subject Photos



Other



Other

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140    Loan Number

**$265,000**
● As-Is Price

## Listing Photos

**L1**  3660 N 21st St.
Philadelphia, PA 19140



Front

**L2**  3322 N 17th St.
Philadelphia, PA 19140



Front

**L3**  3832 N 18th St.
Philadelphia, PA 19140



Front

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140

**$265,000**
● As-Is Price

## Sales Photos

 1505 W Erie Ave.
Philadelphia, PA 19140



Front

**S2** 1236 W Airdrie St.
Philadelphia, PA 19140



Front

**S3** 3547 N 21st St.
Philadelphia, PA 19140



Front

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140    Loan Number

**$265,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** ⭐ | 3438 N 18th St, Philadelphia, PA 19140 | | | |
| **Loan Number** | **Suggested List** $274,900 | **Suggested Repaired** $274,900 | **Sale** $265,000 |

| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 3438 N 18th St, Philadelphia, PA 19140 | -- | Parcel Match |
| L1 Listing 1 | 3660 N 21st St., Philadelphia, PA 19140 | 0.35 Miles [1] | Parcel Match |
| L2 Listing 2 | 3322 N 17th St., Philadelphia, PA 19140 | 0.15 Miles [1] | Parcel Match |
| L3 Listing 3 | 3832 N 18th St., Philadelphia, PA 19140 | 0.42 Miles [1] | Parcel Match |
| S1 Sold 1 | 1505 W Erie Ave., Philadelphia, PA 19140 | 0.38 Miles [1] | Parcel Match |
| S2 Sold 2 | 1236 W Airdrie St., Philadelphia, PA 19140 | 0.58 Miles [1] | Parcel Match |
| S3 Sold 3 | 3547 N 21st St., Philadelphia, PA 19140 | 0.27 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140      Loan Number

**$265,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140      Loan Number

**$265,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140    Loan Number

**$265,000**
● As-Is Price

---

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**3438 N 18TH ST**
PHILADELPHIA, PA 19140          Loan Number

**$265,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Vlad Diaconescu | **Company/Brokerage** | Remax Prime Real Estate |
| **License No** | RS272210 | **Address** | 238 W Baltimore Ave. Clifton Heights PA 19018 |
| **License Expiration** | 05/31/2028 | **License State** | PA |
| **Phone** | 2679923530 | **Email** | vladdyreo@gmail.com |
| **Broker Distance to Subject** | 9.33 miles | **Date Signed** | 07/04/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. Additional information is applicable based on the jurisdiction of the subject property:

Delaware: **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

Idaho: Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, TItle 54, Idaho Code, this report is not intended to meet the uniform standard of professional appraisal practice. It is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.

Maine: **This opinion was prepared solely for the client, for the purpose and function stated in the report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.**

Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE. This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

Michigan: **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.

**Nebraska: This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

**Nevada: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

Oregon: Unless the licensee who prepared this report is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. The report is a competitive market analysis or letter opinion and is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.

Pennsylvania: This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

South Carolina: This opinion may not be used for the purposes of obtaining financing in a federally related transaction.

Texas: THIS REPORT SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Washington: This broker price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who IS/IS NOT also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW.

Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.

Unless otherwise specifically agreed to in writing:

The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.

# DRIVE-BY CMA

by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
⬤ As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2521 N Cleveland St, Philadelphia, PA 19132 | **Order ID** | **Property ID** |
| **Inspection Date** | 07/01/2026 | **Date of Report** | 07/02/2026 |
| **Loan Number** | | **APN** | 16-2-0265-00 |
| **Borrower Name** | NA | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | UNKNOWN | **Tracking ID 1** | UNKNOWN |
| **Tracking ID 2** | 33152 | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LLC | |
| **R. E. Taxes** | $1,692 | |
| **Assessed Value** | $120,900 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Good | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

**Condition Comments**

Subject is in good/renovated condition. No visible negative factors affecting marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $32,500<br>High: $217,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132

Loan Number

**$165,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2521 N Cleveland St | 2356 N Cleveland St | 2433 N Carlisle St | 2442 N 13th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19133 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.16 [1] | 0.34 [1] | 0.48 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $192,000 | $198,000 | $200,000 |
| **List Price $** | -- | $175,000 | $175,000 | $184,999 |
| **Original List Date** | | 06/02/2026 | 06/02/2026 | 06/08/2026 |
| **DOM · Cumulative DOM** | -- · -- | 30 · 30 | 30 · 30 | 24 · 24 |
| **Age** (# of years) | 101 | 111 | 111 | 106 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,132 | 1,120 | 1,118 | 1,114 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 4 · 1 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 550 | 550 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .01 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2** Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3** Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132      Loan Number

**$165,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2521 N Cleveland St | 2732 N Garnet St | 2444 N Cleveland St | 2046 W Boston St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.26 [1] | 0.07 [1] | 0.25 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $165,000 | $165,000 | $160,000 |
| **List Price $** | -- | $165,000 | $165,000 | $160,000 |
| **Sale Price $** | -- | $160,000 | $165,000 | $170,000 |
| **Type of Financing** | -- | Fha | Conventional | Fha |
| **Date of Sale** | -- | 03/13/2026 | 06/02/2026 | 01/08/2026 |
| **DOM · Cumulative DOM** | -- · -- | 5 · -- | 15 · -- | 32 · -- |
| **Age** (# of years) | 101 | 87 | 101 | 101 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,132 | 990 | 1,006 | 1,224 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 550 | 500 | 500 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .01 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $160,000 | $165,000 | $170,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132

Loan Number

**$165,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | None |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $175,000 | $175,000 |
| **Sales Price** | $165,000 | $165,000 |
| **30 Day Price** | $160,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Sale #2 and Listing #1 are the most similar to the subject.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132          Loan Number

**$165,000**
● As-Is Price

## Listing Photos


2356 N Cleveland St
Philadelphia, PA 19132



Front

L2 2433 N Carlisle St
Philadelphia, PA 19132



Front

L3 2442 N 13th St
Philadelphia, PA 19133



Front

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132        Loan Number

**$165,000**
● As-Is Price

## Sales Photos

**S1** 2732 N Garnet St
Philadelphia, PA 19132



Front

**S2** 2444 N Cleveland St
Philadelphia, PA 19132



Front

**S3** 2046 W Boston St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132

**$165,000**
● As-Is Price

---

## ClearMaps Addendum

| | |
|---|---|
| **Address** ★ | 2521 N Cleveland St, Philadelphia, PA 19132 |
| **Loan Number** | |

| | | | |
|---|---|---|---|
| **Suggested List** $175,000 | **Suggested Repaired** $175,000 | **Sale** $165,000 |

SUBJECT: 2521 N Cleveland St, Philadelphia, PA 19132
©2026 ClearCapital.com, Inc

| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ★ Subject | 2521 N Cleveland St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 Listing 1 | 2356 N Cleveland St, Philadelphia, PA 19132 | 0.16 Miles [1] | Parcel Match |
| L2 Listing 2 | 2433 N Carlisle St, Philadelphia, PA 19132 | 0.34 Miles [1] | Parcel Match |
| L3 Listing 3 | 2442 N 13th St, Philadelphia, PA 19133 | 0.48 Miles [1] | Parcel Match |
| S1 Sold 1 | 2732 N Garnet St, Philadelphia, PA 19132 | 0.26 Miles [1] | Parcel Match |
| S2 Sold 2 | 2444 N Cleveland St, Philadelphia, PA 19132 | 0.07 Miles [1] | Parcel Match |
| S3 Sold 3 | 2046 W Boston St, Philadelphia, PA 19132 | 0.25 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132      Loan Number

**$165,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA

by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
● As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA

by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132

Loan Number

**$165,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2521 N CLEVELAND ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2028 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.26 miles | **Date Signed** | 07/02/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. Additional information is applicable based on the jurisdiction of the subject property:

Delaware: **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

Idaho: Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, TItle 54, Idaho Code, this report is not intended to meet the uniform standard of professional appraisal practice. It is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.

Maine: **This opinion was prepared solely for the client, for the purpose and function stated in the report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.**

Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE. This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

Michigan: **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.

Nebraska: **This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

Nevada: **Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

Oregon: Unless the licensee who prepared this report is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. The report is a competitive market analysis or letter opinion and is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.

Pennsylvania: This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

South Carolina: This opinion may not be used for the purposes of obtaining financing in a federally related transaction.

Texas: THIS REPORT SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Washington: This broker price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who IS/IS NOT also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW.

Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.

Unless otherwise specifically agreed to in writing:

The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121    Loan Number

**$239,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1838 N 23rd St, Philadelphia, PA 19121 | **Order ID** | **Property ID** |
| **Inspection Date** | 07/01/2026 | **Date of Report** | 07/02/2026 |
| **Loan Number** | | **APN** | 32-2-1164-00 |
| **Borrower Name** | NA | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | UNKNOWN | **Tracking ID 1** | UNKNOWN |
| **Tracking ID 2** | | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LLC | **Condition Comments** |
| **R. E. Taxes** | $1,436 | Subject is in average visible condition. No visible negative factors affecting marketability. |
| **Assessed Value** | $102,600 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** |
| **Local Economy** | Stable | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Sales Prices in this Neighborhood** | Low: $70,100 High: $480,000 | |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121      Loan Number

**$239,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1838 N 23rd St | 2450 N 20th St | 2030 N 20th St | 1727 N 19th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19132 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.72 [1] | 0.34 [1] | 0.39 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $259,000 | $249,900 | $275,000 |
| **List Price $** | -- | $239,000 | $249,900 | $275,000 |
| **Original List Date** | | 06/11/2026 | 05/31/2026 | 06/30/2026 |
| **DOM · Cumulative DOM** | -- · -- | 21 · 21 | 32 · 32 | 2 · 2 |
| **Age** (# of years) | 111 | 106 | 111 | 17 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 2,130 | 2,220 | 1,844 | 1,815 |
| **Bdrm · Bths · ½ Bths** | 5 · 2 | 5 · 3 · 1 | 5 · 2 · 1 | 4 · 2 |
| **Total Room #** | 8 | 8 | 8 | 7 |
| **Garage** (Style/Stalls) | None | None | None | Attached 2 Car(s) |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 700 | 600 | 900 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .03 acres | 0.04 acres | 0.03 acres | 0.11 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121

Loan Number

**$239,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1838 N 23rd St | 1730 Monument St | 1710 Fontain St | 1860 N 23rd St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19121 | 19121 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.49 [1] | 0.54 [1] | 0.03 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $269,900 | $250,000 | $259,000 |
| **List Price $** | -- | $240,000 | $250,000 | $239,000 |
| **Sale Price $** | -- | $230,000 | $235,000 | $239,000 |
| **Type of Financing** | -- | Cash | Cash | Fha |
| **Date of Sale** | -- | 06/05/2026 | 12/05/2025 | 04/02/2026 |
| **DOM · Cumulative DOM** | -- · -- | 79 · 52 | 29 · -- | 101 · 10 |
| **Age** (# of years) | 111 | 111 | 16 | 111 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome | 3 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 2,130 | 1,875 | 1,920 | 2,130 |
| **Bdrm · Bths · ½ Bths** | 5 · 2 | 6 · 2 | 6 · 2 · 1 | 5 · 2 |
| **Total Room #** | 8 | 9 | 9 | 8 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 600 | 600 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .03 acres | 0.02 acres | 0.02 acres | 0.03 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $230,000 | $235,000 | $239,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121

Loan Number

**$239,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | None | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $249,000 | $249,000 |
| **Sales Price** | $239,000 | $239,000 |
| **30 Day Price** | $235,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #3 and Listing #2 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121    Loan Number

**$239,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121          Loan Number

**$239,000**
● As-Is Price

## Listing Photos

 2450 N 20th St
Philadelphia, PA 19132



Front

 2030 N 20th St
Philadelphia, PA 19121

Front

 1727 N 19th St
Philadelphia, PA 19121

Front

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121    Loan Number    **$239,000**
● As-Is Price

## Sales Photos

**S1** 1730 Monument St
Philadelphia, PA 19121



Front

**S2** 1710 Fontain St
Philadelphia, PA 19121



Front

**S3** 1860 N 23rd St
Philadelphia, PA 19121



Front

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121

Loan Number

**$239,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 1838 N 23rd St, Philadelphia, PA 19121 | | | | |
| **Loan Number** | | **Suggested List** $249,000 | **Suggested Repaired** $249,000 | **Sale** | $239,000 |

| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 1838 N 23rd St, Philadelphia, PA 19121 | -- | Parcel Match |
| L1 | Listing 1 | 2450 N 20th St, Philadelphia, PA 19132 | 0.72 Miles [1] | Parcel Match |
| L2 | Listing 2 | 2030 N 20th St, Philadelphia, PA 19121 | 0.34 Miles [1] | Parcel Match |
| L3 | Listing 3 | 1727 N 19th St, Philadelphia, PA 19121 | 0.39 Miles [1] | Parcel Match |
| S1 | Sold 1 | 1730 Monument St, Philadelphia, PA 19121 | 0.49 Miles [1] | Parcel Match |
| S2 | Sold 2 | 1710 Fontain St, Philadelphia, PA 19121 | 0.54 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1860 N 23rd St, Philadelphia, PA 19121 | 0.03 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121

Number

**$239,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121          Loan Number

**$239,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA

by ClearCapital

**1838 N 23RD ST**

PHILADELPHIA, PA 19121

Loan Number

**$239,000**

● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1838 N 23RD ST**
PHILADELPHIA, PA 19121    Loan Number

**$239,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2028 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 5.02 miles | **Date Signed** | 07/02/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. Additional information is applicable based on the jurisdiction of the subject property:

Delaware: **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

Idaho: Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, TItle 54, Idaho Code, this report is not intended to meet the uniform standard of professional appraisal practice. It is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.

Maine: **This opinion was prepared solely for the client, for the purpose and function stated in the report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.**

Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE. This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

Michigan: **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.

**Nebraska: This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

**Nevada: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

Oregon: Unless the licensee who prepared this report is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. The report is a competitive market analysis or letter opinion and is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.

Pennsylvania: This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

South Carolina: This opinion may not be used for the purposes of obtaining financing in a federally related transaction.

Texas: THIS REPORT SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Washington: This broker price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who IS/IS NOT also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW.

Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.

Unless otherwise specifically agreed to in writing:

The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.

# DRIVE-BY CMA

by ClearCapital

**2714 N CROSKEY ST**

PHILADELPHIA, PA 19132    Loan Number

**$165,000**

● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2714 N Croskey St, Philadelphia, PA 19132 | **Order ID** | **Property ID** |
| **Inspection Date** | 07/01/2026 | **Date of Report** | 07/02/2026 |
| **Loan Number** | | **APN** | 11-1-3344-00 |
| **Borrower Name** | NA | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | UNKNOWN | **Tracking ID 1** | UNKNOWN |
| **Tracking ID 2** | 32690 | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LLC | |
| **R. E. Taxes** | $1,687 | |
| **Assessed Value** | $120,500 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Good | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

**Condition Comments**

Subject is in good/renovated condition. No visible negative factors affecting marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $24,000<br>High: $217,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$165,000**
● As-Is Price

## Current Listings

|  | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 2714 N Croskey St | 2842 N Bonsall St | 2952 N Judson St | 2107 W Somerset St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.17 [1] | 0.30 [1] | 0.14 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $165,000 | $165,000 | $180,000 |
| **List Price $** | -- | $165,000 | $165,000 | $169,000 |
| **Original List Date** |  | 05/21/2026 | 12/03/2025 | 02/23/2026 |
| **DOM · Cumulative DOM** | -- · -- | 42 · 42 | 211 · 211 | 129 · 129 |
| **Age** (# of years) | 86 | 101 | 101 | 101 |
| **Condition** | Good | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,006 | 1,050 | 960 | 1,002 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 2 · 1 | 4 · 2 · 1 |
| **Total Room #** | 6 | 6 | 5 | 7 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 500 | 500 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .01 acres | 0.02 acres | .01 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132          Loan Number

**$165,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2714 N Croskey St | 2732 N Garnet St | 2929 N Stillman St | 2422 N 26th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.27 [1] | 0.33 [1] | 0.44 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $165,000 | $175,000 | $175,000 |
| **List Price $** | -- | $165,000 | $159,900 | $175,000 |
| **Sale Price $** | -- | $160,000 | $164,900 | $165,000 |
| **Type of Financing** | -- | Fha | Fha | Va |
| **Date of Sale** | -- | 03/13/2026 | 12/26/2025 | 11/26/2025 |
| **DOM · Cumulative DOM** | -- · -- | 5 · -- | 94 · -- | 15 · -- |
| **Age** (# of years) | 86 | 87 | 86 | 111 |
| **Condition** | Good | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,006 | 990 | 844 | 1,110 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 500 | 450 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .01 acres | 0.02 acres | 0.01 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $160,000 | $164,900 | $165,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$165,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | None | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $169,000 | $169,000 |
| **Sales Price** | $165,000 | $165,000 |
| **30 Day Price** | $160,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #2 and Listing #3 are the most similar to the subject | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132   Loan Number

**$165,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
● As-Is Price

## Listing Photos

 **L1** 2842 N Bonsall St
Philadelphia, PA 19132



Front

**L2** 2952 N Judson St
Philadelphia, PA 19132



Front

**L3** 2107 W Somerset St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132        Loan Number

**$165,000**
● As-Is Price

## Sales Photos

**S1** 2732 N Garnet St
Philadelphia, PA 19132



Front

**S2** 2929 N Stillman St
Philadelphia, PA 19132



Front

**S3** 2422 N 26th St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132

Loan Number

**$165,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 2714 N Croskey St, Philadelphia, PA 19132 | | | | |
| **Loan Number** | | **Suggested List** $169,000 | **Suggested Repaired** $169,000 | | **Sale** $165,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2714 N Croskey St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 | Listing 1 | 2842 N Bonsall St, Philadelphia, PA 19132 | 0.17 Miles ¹ | Parcel Match |
| L2 | Listing 2 | 2952 N Judson St, Philadelphia, PA 19132 | 0.30 Miles ¹ | Parcel Match |
| L3 | Listing 3 | 2107 W Somerset St, Philadelphia, PA 19132 | 0.14 Miles ¹ | Parcel Match |
| S1 | Sold 1 | 2732 N Garnet St, Philadelphia, PA 19132 | 0.27 Miles ¹ | Parcel Match |
| S2 | Sold 2 | 2929 N Stillman St, Philadelphia, PA 19132 | 0.33 Miles ¹ | Parcel Match |
| S3 | Sold 3 | 2422 N 26th St, Philadelphia, PA 19132 | 0.44 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
● As-Is Price

## Addendum: Report Purpose

**Market Approach and Market Time**

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA

by ClearCapital

**2714 N CROSKEY ST**

PHILADELPHIA, PA 19132     Loan Number

**$165,000**

● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132    Loan Number

**$165,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**2714 N CROSKEY ST**
PHILADELPHIA, PA 19132       Loan Number

**$165,000**
● As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2028 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.48 miles | **Date Signed** | 07/02/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

---

**Disclaimer**

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. Additional information is applicable based on the jurisdiction of the subject property:

Delaware: **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

Idaho: Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, TItle 54, Idaho Code, this report is not intended to meet the uniform standard of professional appraisal practice. It is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.

Maine: **This opinion was prepared solely for the client, for the purpose and function stated in the report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.**

Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE. This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

Michigan: **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.

**Nebraska: This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

**Nevada: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

Oregon: Unless the licensee who prepared this report is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. The report is a competitive market analysis or letter opinion and is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.

Pennsylvania: This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

South Carolina: This opinion may not be used for the purposes of obtaining financing in a federally related transaction.

Texas: THIS REPORT SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Washington: This broker price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who IS/IS NOT also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW.

Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.

Unless otherwise specifically agreed to in writing:

The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132    Loan Number

**$175,000**
⬤ As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 2749 N Dover St, Philadelphia, PA 19132 | **Order ID** | **Property ID** |
| **Inspection Date** | 07/01/2026 | **Date of Report** | 07/02/2026 |
| **Loan Number** | | **APN** | 28-1-1489-00 |
| **Borrower Name** | NA | **County** | Philadelphia |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | UNKNOWN | **Tracking ID 1** | UNKNOWN |
| **Tracking ID 2** | 32694 | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | DDH FUND LLC | |
| **R. E. Taxes** | $1,524 | **Condition Comments** |
| **Assessed Value** | $108,900 | Subject is in good/renovated condition. No visible negative factors affecting marketability. |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Good | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Private | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Urban | |
| **Local Economy** | Stable | **Neighborhood Comments** |
| **Sales Prices in this Neighborhood** | Low: $24,000<br>High: $190,000 | The subject is located in an average area/neighborhood with similar age and style homes. |
| **Market for this type of property** | Remained Stable for the past 6 months. | |
| **Normal Marketing Days** | <90 | |

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132          Loan Number

**$175,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2749 N Dover St | 2409 W Harold St | 3005 N Stillman St | 2512 N 30th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.39 [1] | 0.37 [1] | 0.30 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $185,000 | $225,000 | $200,000 |
| **List Price $** | -- | $185,000 | $185,500 | $190,000 |
| **Original List Date** | | 06/18/2026 | 04/09/2026 | 06/10/2026 |
| **DOM · Cumulative DOM** | -- · -- | 14 · 14 | 84 · 84 | 22 · 22 |
| **Age** (# of years) | 111 | 111 | 101 | 111 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 990 | 1,134 | 932 | 1,154 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 · 1 | 3 · 2 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 550 | 500 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .01 acres | 0.02 acres | 0.01 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar attributes to subject property. Similar size, style, age and exterior condition

**Listing 2**   Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Listing 3**   Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132

Loan Number

**$175,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 2749 N Dover St | 2929 N Stillman St | 2437 N 28th St | 2816 W Albert St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19132 | 19132 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.33 [1] | 0.35 [1] | 0.14 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $175,000 | $170,000 | $175,000 |
| **List Price $** | -- | $159,900 | $170,000 | $175,000 |
| **Sale Price $** | -- | $164,900 | $170,000 | $175,000 |
| **Type of Financing** | -- | Fha | Conventional | Fha |
| **Date of Sale** | -- | 12/26/2025 | 02/20/2026 | 03/18/2026 |
| **DOM · Cumulative DOM** | -- · -- | 94 · -- | 16 · -- | 15 · -- |
| **Age** (# of years) | 111 | 86 | 111 | 111 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 990 | 844 | 1,072 | 1,140 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 2 · 1 | 3 · 1 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 5 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 500 | 450 | 500 | 550 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | .01 acres | 0.01 acres | 0.02 acres | 0.02 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $164,900 | $170,000 | $175,000 |

* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, style, age and exterior condition

**Sold 2**  Similar characteristics to the subject property; comp has competitive size, style, age and exterior condition

**Sold 3**  Competitive attributes to subject property. Similar size, age and condition

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132

Loan Number

**$175,000**
● As-Is Price

## Subject Sales & Listing History

| | | | | |
|---|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | | **Listing History Comments** | |
| **Listing Agency/Firm** | | | None | |
| **Listing Agent Name** | | | | |
| **Listing Agent Phone** | | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | | |
| **# of Sales in Previous 12 Months** | 0 | | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $185,000 | $185,000 |
| **Sales Price** | $175,000 | $175,000 |
| **30 Day Price** | $170,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| Sale #3 and Listing #2 are the most similar to the subject. | | |

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132          Loan Number

**$175,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Street

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132        Loan Number

**$175,000**
● As-Is Price

## Listing Photos

 2409 W Harold St
Philadelphia, PA 19132



Front

 3005 N Stillman St
Philadelphia, PA 19132

Front

L3 2512 N 30th St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

## Sales Photos

 **S1** 2929 N Stillman St
Philadelphia, PA 19132



Front

**S2** 2437 N 28th St
Philadelphia, PA 19132



Front

**S3** 2816 W Albert St
Philadelphia, PA 19132



Front

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132          Loan Number

**$175,000**
● As-Is Price

---

## ClearMaps Addendum

**Address** ⭐ 2749 N Dover St, Philadelphia, PA 19132
**Loan Number** _____   **Suggested List** $185,000   **Suggested Repaired** $185,000   **Sale** $175,000



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 2749 N Dover St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 | Listing 1 | 2409 W Harold St, Philadelphia, PA 19132 | 0.39 Miles [1] | Parcel Match |
| L2 | Listing 2 | 3005 N Stillman St, Philadelphia, PA 19132 | 0.37 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2512 N 30th St, Philadelphia, PA 19132 | 0.30 Miles [1] | Parcel Match |
| S1 | Sold 1 | 2929 N Stillman St, Philadelphia, PA 19132 | 0.33 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2437 N 28th St, Philadelphia, PA 19132 | 0.35 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2816 W Albert St, Philadelphia, PA 19132 | 0.14 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132

Loan Number

**$175,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
| --- | --- |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132

Loan Number

**$175,000**
● As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

**2749 N DOVER ST**
PHILADELPHIA, PA 19132          Loan Number

**$175,000**
🟡 As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA

by ClearCapital

**2749 N DOVER ST**

PHILADELPHIA, PA 19132     Loan Number

**$175,000**

● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Thomas Woolbert | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS300539 | **Address** | 4605 Leiper St Apt C7 philadelphia PA 19124 |
| **License Expiration** | 05/31/2028 | **License State** | PA |
| **Phone** | 2674395046 | **Email** | tomwoolbert@gmail.com |
| **Broker Distance to Subject** | 4.92 miles | **Date Signed** | 07/02/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. Additional information is applicable based on the jurisdiction of the subject property:

Delaware: **Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approval of a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

Idaho: Unless the broker is licensed under the Idaho Real Estate Appraisers Act, Chapter 41, TItle 54, Idaho Code, this report is not intended to meet the uniform standard of professional appraisal practice. It is not intended to be an appraisal of the market value of the property, and if an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Illinois: This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker who was not acting as a State certified real estate appraiser.

Maine: **This opinion was prepared solely for the client, for the purpose and function stated in the report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with appraisal standards of the uniform standards of professional appraisal practice.**

Maryland: COMPETITIVE MARKET ANALYSIS DISCLOSURE. This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property.

Michigan: **This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser.**

Minnesota: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.

Mississippi: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit.

**Nebraska: This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act.**

**Nevada: Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained.**

North Carolina: This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

Oregon: Unless the licensee who prepared this report is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. The report is a competitive market analysis or letter opinion and is not intended as an appraisal. If an appraisal is desired, the services of a competent professional licensed appraiser should be obtained.

Pennsylvania: This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

South Carolina: This opinion may not be used for the purposes of obtaining financing in a federally related transaction.

Texas: THIS REPORT SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Washington: This broker price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who IS/IS NOT also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW.

Wyoming: This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained.

Unless otherwise specifically agreed to in writing:

The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.