# EXHIBIT B

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 4005 Gideon Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 09/02/2025 | **Date of Report** | 09/02/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Thu Aug 28 25 5:00P - Fri Aug 29 25 9:00 A Batch | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC | **Condition Comments** |
| **R. E. Taxes** | $1,815 | The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability. |
| **Assessed Value** | $73,200 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

## Neighborhood & Market Data

| | | |
|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** |
| **Local Economy** | Improving | Property located in a typical surburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity. |
| **Sales Prices in this Neighborhood** | Low: $129000 High: $264700 | |
| **Market for this type of property** | Increased 2 % in the past 6 months. | |
| **Normal Marketing Days** | <30 | |

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

**$250,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4005 Gideon Rd | 1229 Rainer Rd | 1349 Elson Rd | 4042 Gideon Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.28 [1] | 0.15 [1] | 0.06 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $259,900 | $249,900 | $259,000 |
| **List Price $** | -- | $259,900 | $249,900 | $257,888 |
| **Original List Date** | | 07/01/2025 | 08/20/2025 | 04/01/2025 |
| **DOM · Cumulative DOM** | -- · -- | 35 · 63 | 4 · 13 | 109 · 154 |
| **Age** (# of years) | 57 | 52 | 60 | 55 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,520 | 1,349 | 1,520 | 1,368 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 | 3 · 2 · 1 | 3 · 2 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | Attached 1 Car | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 650 | 700 | 650 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.05 acres | 0.04 acres | 0.05 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Oil; Hot Water: Oil; Water Source: Public; Sewer: Public Sewer

**Listing 2** Similar attributes to subject property. Similar size, age and exterior condition;Window Unit(s); Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3** Similar attributes to subject property. Similar size, age and exterior condition;Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 4005 Gideon Rd | 1545 Rainer Rd | 3900 Gideon Rd | 1518 Elson Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.15 [1] | 0.08 [1] | 0.11 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $239,000 | $245,000 | $250,000 |
| **List Price $** | -- | $235,000 | $241,000 | $250,000 |
| **Sale Price $** | -- | $230,000 | $241,000 | $248,000 |
| **Type of Financing** | -- | Fha | Conventional | Conventional |
| **Date of Sale** | -- | 09/13/2024 | 03/31/2025 | 06/05/2025 |
| **DOM · Cumulative DOM** | -- · -- | 21 · 32 | 91 · 121 | 6 · 27 |
| **Age** (# of years) | 57 | 55 | 64 | 58 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,520 | 1,260 | 1,368 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | Attached 1 Car | Attached 1 Car | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 700 | 600 | 625 | 750 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.04 acres | 0.11 acres | 0.06 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$7,800 | +$3,800 | +$3,000 |
| **Adjusted Price** | -- | $237,800 | $244,800 | $251,000 |

\* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA $7800

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA $3800

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for garage $3000

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | none |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $259,000 | $259,000 |
| **Sales Price** | $250,000 | $250,000 |
| **30 Day Price** | $230,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Subject Photos



Other



# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Listing Photos

**L1**  1229 Rainer Rd
Brookhaven, PA 19015



Front

**L2**  1349 Elson Rd
Brookhaven, PA 19015



Front

**L3**  4042 Gideon Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

**$250,000**
● As-Is Price

## Sales Photos

 **S1** 1545 Rainer Rd
Brookhaven, PA 19015



Front

**S2** 3900 Gideon Rd
Brookhaven, PA 19015



Front

**S3** 1518 Elson Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 4005 Gideon Rd, Brookhaven, PA 19015 | | | | |
| **Loan Number** | | **Suggested List** $259,000 | **Suggested Repaired** $259,000 | | **Sale** $250,000 |



| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 4005 Gideon Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 | Listing 1 | 1229 Rainer Rd, Brookhaven, PA 19015 | 0.28 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1349 Elson Rd, Brookhaven, PA 19015 | 0.15 Miles [1] | Parcel Match |
| L3 | Listing 3 | 4042 Gideon Rd, Brookhaven, PA 19015 | 0.06 Miles [1] | Parcel Match |
| S1 | Sold 1 | 1545 Rainer Rd, Brookhaven, PA 19015 | 0.15 Miles [1] | Parcel Match |
| S2 | Sold 2 | 3900 Gideon Rd, Brookhaven, PA 19015 | 0.08 Miles [1] | Parcel Match |
| S3 | Sold 3 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.11 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

4005 GIDEON RD
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Addendum: Report Purpose - cont.

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA
by ClearCapital

Loan Number

**$250,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**4005 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$250,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.94 miles | **Date Signed** | 09/02/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015      Loan Number

**$238,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 4036 Gideon Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/20/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | |
|---|---|---|
| **Owner** | RAD DIVERSIFIED INC | |
| **R. E. Taxes** | $1,708 | |
| **Assessed Value** | $68,880 | |
| **Zoning Classification** | Residential | |
| **Property Type** | SFR | |
| **Occupancy** | Occupied | |
| **Ownership Type** | Fee Simple | |
| **Property Condition** | Average | |
| **Estimated Exterior Repair Cost** | | |
| **Estimated Interior Repair Cost** | | |
| **Total Estimated Repair** | | |
| **HOA** | No | |
| **Visible From Street** | Visible | |
| **Road Type** | Public | |

**Condition Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Suburban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $114900<br>High: $247000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <30 |

**Neighborhood Comments**

Property located in a typical suburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity.

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4036 Gideon Rd | 4042 Gideon Rd | 1518 Elson Rd | 1647 Powell Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.01 [1] | 0.08 [1] | 0.11 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $259,000 | $250,000 | $255,000 |
| **List Price $** | -- | $259,000 | $250,000 | $255,000 |
| **Original List Date** | | 04/01/2025 | 05/09/2025 | 04/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 48 · 49 | 6 · 11 | 4 · 33 |
| **Age** (# of years) | 55 | 55 | 58 | 53 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,368 | 1,368 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 2 · 1 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | Attached 1 Car | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 620 | 620 | 750 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.05 acres | 0.06 acres | 0.08 acres |
| **Other** | -- | -- | -- | -- |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, age and exterior condition;Central A/C; Cooling Fuel: Electric; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2**  Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3**  Similar attributes to subject property. Similar size, age and exterior condition;No Fireplace; Built-In Microwave, Built-In Range, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only; Accessibility Features: 2+ Access Exits; Window Features: Double Pane, Insulated; Laundry Hookup

# DRIVE-BY CMA

by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 4036 Gideon Rd | 3934 Worrilow Rd | 1370 Adair Rd | 3900 Gideon Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | MLS | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.08 [1] | 0.12 [1] | 0.13 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $265,000 | $240,000 | $245,000 |
| **List Price $** | -- | $265,000 | $240,000 | $241,000 |
| **Sale Price $** | -- | $234,000 | $240,000 | $241,000 |
| **Type of Financing** | -- | Conventional | Fha,Phfa | Conventional |
| **Date of Sale** | -- | 07/12/2024 | 06/14/2024 | 03/31/2025 |
| **DOM · Cumulative DOM** | -- · -- | 10 · 90 | 9 · 60 | 91 · 121 |
| **Age** (# of years) | 55 | 58 | 61 | 64 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,368 | 1,296 | 1,520 | 1,368 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 1 · 1 | 3 · 1 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | Attached 1 Car | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 620 | 645 | 750 | 650 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.05 acres | 0.06 acres | 0.05 acres | 0.11 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | +$4,000 | -$2,800 | $0 |
| **Adjusted Price** | -- | $238,000 | $237,200 | $241,000 |

* Sold 1 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**  Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA/room count $1000, garage $3000

**Sold 2**  Similar attributes to subject property. Similar size, age and exterior condition; adjustmnt for superior GLA ($3800), inferior bath count $1000

**Sold 3**  Similar attributes to subject property. Similar size, age and exterior condition;

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | none | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $242,000 | $242,000 |
| **Sales Price** | $238,000 | $238,000 |
| **30 Day Price** | $219,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

## Listing Photos


L1  4042 Gideon Rd
Brookhaven, PA 19015



Front


L2  1518 Elson Rd
Brookhaven, PA 19015



Front


L3  1647 Powell Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Sales Photos

**S1** 3934 Worrilow Rd
Brookhaven, PA 19015



Front

**S2** 1370 Adair Rd
Brookhaven, PA 19015



Front

**S3** 3900 Gideon Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

**$238,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 4036 Gideon Rd, Brookhaven, PA 19015 | | | |
| **Loan Number** | | **Suggested List** $242,000 | **Suggested Repaired** $242,000 | **Sale** $238,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 4036 Gideon Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 Listing 1 | 4042 Gideon Rd, Brookhaven, PA 19015 | 0.01 Miles [1] | Parcel Match |
| L2 Listing 2 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.08 Miles [1] | Parcel Match |
| L3 Listing 3 | 1647 Powell Rd, Brookhaven, PA 19015 | 0.11 Miles [1] | Parcel Match |
| S1 Sold 1 | 3934 Worrilow Rd, Brookhaven, PA 19015 | 0.08 Miles [1] | Parcel Match |
| S2 Sold 2 | 1370 Adair Rd, Brookhaven, PA 19015 | 0.12 Miles [1] | Parcel Match |
| S3 Sold 3 | 3900 Gideon Rd, Brookhaven, PA 19015 | 0.13 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

---

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
⬤ As-Is Price

---

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 822-2    Filed 07/17/26    Page 27 of 41

**4036 GIDEON RD**
BROOKHAVEN, PA 19015

Loan Number

**$238,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.99 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015    Loan Number

**$220,000**
🟡 As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1537 Rainer Rd, Brookhaven, PA 19015 | **Order ID** | **Property ID** |
| **Inspection Date** | 05/20/2025 | **Date of Report** | 05/20/2025 |
| **Loan Number** | | **APN** | |
| **Borrower Name** | REIT INC RAD | **County** | Delaware |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | RAD DIVERSIFIED REIT INC |
| **R. E. Taxes** | $2,617 |
| **Assessed Value** | $105,560 |
| **Zoning Classification** | Residential |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

The subject appears to be in average exterior condition. No noted repairs or items needing immediate attention. The subject conforms in age, style and condition to homes located in the surrounding area. No negative factors influencing marketability.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Suburban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $114900<br>High: $247000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <30 |

**Neighborhood Comments**

Property located in a typical suburban area. Dwellings in the area are mostly single type homes of varying style and design. Area serviced by several publicly maintained arteries that allow for good access to major areas of employment. Schools and shopping districts within convenient proximity.

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 1537 Rainer Rd | 1218 Harshaw Rd | 1518 Elson Rd | 1647 Powell Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.32 [1] | 0.12 [1] | 0.11 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $249,000 | $250,000 | $255,000 |
| **List Price $** | -- | $245,000 | $250,000 | $255,000 |
| **Original List Date** | | 11/20/2024 | 05/09/2025 | 04/17/2025 |
| **DOM · Cumulative DOM** | -- · -- | 174 · 181 | 6 · 11 | 4 · 33 |
| **Age** (# of years) | 55 | 53 | 58 | 53 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,191 | 1,520 | 1,520 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 4 · 1 | 3 · 2 | 3 · 2 |
| **Total Room #** | 6 | 7 | 6 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | Attached 1 Car | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 600 | 590 | 760 | 700 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.07 acres | 0.04 acres | 0.06 acres | 0.08 acres |
| **Other** | -- | -- | -- | -- |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**  Similar attributes to subject property. Similar size, age and exterior condition;No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 2**  Similar attributes to subject property. Similar size, age and exterior condition; No Cooling; Cooling Fuel: None; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer

**Listing 3**  Similar attributes to subject property. Similar size, age and exterior condition;No Fireplace; Built-In Microwave, Built-In Range, Refrigerator, Stainless Steel Appliances, Washer/Dryer Hookups Only; Accessibility Features: 2+ Access Exits; Window Features: Double Pane, Insulated; Laundry Hookup

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1537 Rainer Rd | 3908 Worrilow Rd | 3924 Worrilow Rd | 1453 Rainer Rd |
| **City, State** | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA | Brookhaven, PA |
| **Zip Code** | 19015 | 19015 | 19015 | 19015 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.17 [1] | 0.16 [1] | 0.08 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $225,000 | $235,000 | $215,000 |
| **List Price $** | -- | $215,000 | $221,000 | $215,000 |
| **Sale Price $** | -- | $210,000 | $221,630 | $224,000 |
| **Type of Financing** | -- | Fha | Conventional | Fha |
| **Date of Sale** | -- | 04/18/2025 | 12/20/2024 | 03/07/2025 |
| **DOM · Cumulative DOM** | -- · -- | 76 · 101 | 65 · 95 | 8 · 57 |
| **Age** (# of years) | 55 | 58 | 58 | 65 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome | 2 Stories rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,260 | 1,296 | 1,296 | 1,260 |
| **Bdrm · Bths · ½ Bths** | 3 · 2 | 3 · 1 · 1 | 4 · 1 | 3 · 2 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | Attached 1 Car | None | None | Attached 1 Car |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 50% | 100% | 100% |
| **Basement Sq. Ft.** | 600 | 645 | 645 | 600 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.07 acres | 0.04 acres | 0.04 acres | 0.04 acres |
| **Other** | -- | -- | -- | -- |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $210,000 | $221,630 | $224,000 |

\* Sold 3 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.

[2] Comp's "Miles to Subject" provided by Real Estate Professional.

[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for inferior GLA/room count $1000

**Sold 2**   Similar attributes to subject property. Similar size, age and exterior condition; adjustment for superior room count ($2000)

**Sold 3**   Similar attributes to subject property. Similar size, age and exterior condition;Kitchen - Eat-In; No Fireplace; Dryer, Oven/Range - Electric, Range Hood, Washer; Accessibility Features: None; Basement Laundry

# DRIVE-BY CMA

by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** | |
| **Listing Agency/Firm** | | none | |
| **Listing Agent Name** | | | |
| **Listing Agent Phone** | | | |
| **# of Removed Listings in Previous 12 Months** | 0 | | |
| **# of Sales in Previous 12 Months** | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $230,000 | $230,000 |
| **Sales Price** | $220,000 | $220,000 |
| **30 Day Price** | $202,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Values are based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties and in the same/competitive markets. Sales and listings used in the report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Photos



Front



Address Verification



Side



Side



Street



Street

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Listing Photos

**L1** 1218 Harshaw Rd
Brookhaven, PA 19015



Front

**L2** 1518 Elson Rd
Brookhaven, PA 19015



Front

**L3** 1647 Powell Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

Loan Number

**$220,000**
● As-Is Price

## Sales Photos

**S1** 3908 Worrilow Rd
Brookhaven, PA 19015



Front

**S2** 3924 Worrilow Rd
Brookhaven, PA 19015



Front

**S3** 1453 Rainer Rd
Brookhaven, PA 19015



Front

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | |
|---|---|---|---|---|
| **Address** | ⭐ 1537 Rainer Rd, Brookhaven, PA 19015 | | | |
| **Loan Number** | | **Suggested List** $230,000 | **Suggested Repaired** $230,000 | **Sale** $220,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 1537 Rainer Rd, Brookhaven, PA 19015 | -- | Parcel Match |
| L1 Listing 1 | 1218 Harshaw Rd, Brookhaven, PA 19015 | 0.32 Miles [1] | Parcel Match |
| L2 Listing 2 | 1518 Elson Rd, Brookhaven, PA 19015 | 0.12 Miles [1] | Parcel Match |
| L3 Listing 3 | 1647 Powell Rd, Brookhaven, PA 19015 | 0.11 Miles [1] | Parcel Match |
| S1 Sold 1 | 3908 Worrilow Rd, Brookhaven, PA 19015 | 0.17 Miles [1] | Parcel Match |
| S2 Sold 2 | 3924 Worrilow Rd, Brookhaven, PA 19015 | 0.16 Miles [1] | Parcel Match |
| S3 Sold 3 | 1453 Rainer Rd, Brookhaven, PA 19015 | 0.08 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

**$220,000**
⬤ As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

# DRIVE-BY CMA
by ClearCapital

BROOKHAVEN, PA 19015

**$220,000**
● As-Is Price

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA
by ClearCapital

**1537 RAINER RD**
BROOKHAVEN, PA 19015

Loan Number

**$220,000**
⬤ As-Is Price

---

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | RS311469 | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | 2154314658 | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 13.92 miles | **Date Signed** | 05/20/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**