**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

RAD Diversified REIT, Inc.;

RAD Diversified OZ Fund, LP;

DHI Fund, LLC;

DHI Holdings, LP; *and*

DDH Fund, LLC,

      Debtors.

Chapter 11
 Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

Case No. 8:26-bk-01637-CPM

Case No. 8:26-bk-01638-CPM

Case No. 8:26-bk-01639-CPM

Case No. 8:26-bk-01640-CPM

**SERVICERS' UNOPPOSED MOTION TO EXTEND**
**TRIAL ORDER DEADLINE TO EXCHANGE WITNESSES**

NewRez, LLC, Fay Servicing, LLC, and Selene Finance, LP, (collectively referred to as "Servicers") authorized loan servicers for various secured creditors, by and through undersigned counsel, file this Emergency Motion to Extend Trial Order Deadline to Exchange Witnesses from July 17, 2026 to August 5, 2026 as to the Motions for Relief from Stay at Docket Entries 212, 213, 218, 219, 220, 221, 222, 223, 348, 350, 351, 352, 357, and in support state as follows:

1. July 17, 2026 is the current deadline to exchange witnesses per the Trial Order, entered July 3, 2026, at Docket Entry 707.

2. Federal Rule of Bankruptcy Procedure 9006(b) provides that "when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of the court, the court for cause shown may at any time in its discretion . . . order the period enlarged." Fed. R. Bankr. P. 9006(b).

3. Good cause exists to extend the deadline to exchange witnesses. Servicers have scheduled

-1-

-2-

numerous appraisals on the out of state properties, but mostly because of the travel requirement and slightly because of difficulty obtaining access to the properties, a large number of the appraisals have been cancelled.  As a result of the cancellations, Servicers do not have the finalized list of names and addresses of the witnesses to exchange with Debtor.

4. An extension is requested until August 5, 2026.

5. An extension will not prejudice Debtor or otherwise delay the trial.

6. Servicers' Counsel certifies that she conferred with Debtor's Counsel regarding the extension. Debtor's Counsel does not oppose the requested relief.

**WHEREFORE**, Servicers respectfully request that the Court grant this motion, extend the deadline to exchange witnesses for the parties to August 5, 2026, and grant such other and further relief as might be deemed just and proper.

Dated: July 17, 2026

Respectfully submitted,

*/s/ Jennifer Laufgas*
Jennifer Laufgas Florida Bar No. 56181
Attorney for Secured Creditor
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Motion to Extend Trial Order Deadline to be served on July 17, 2026 to:

Joseph A Pack
Email: Joe@packlaw.com
Jessey James Krehl
jessey@packlaw.com
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

John D Elrod
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Email: elrodj@gtlaw.com

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2026                                  */s/ Jennifer Laufgas*
                                                     Jennifer Laufgas