ORDERED.

**Dated: July 13, 2026**

*Catherine M^c Ewen*

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| *Jointly Administered with* | |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| _____/ | |

**AGREED ORDER UPON SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 574)**

This CAUSE came for consideration upon the consent and agreement of the Parties, U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST (the "Secured Creditor"), and DDH Fund, LLC and RAD Diversified REIT, Inc. (jointly the "Debtor"), upon the Secured Creditor's *Motion for Relief from Automatic Stay* (Doc. No. 574) (the "Motion"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**:

1.      The Motion is GRANTED.

2.      The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in 20138 Bowman Road, Spring Hill, Florida 34610 (the "Property"), and further described as follows:

**LOT B:**
**NORTH 1,038.00 FEET OF THE WEST 419 FEET OF THE EAST 629.65 FEET OF THE EAST 1/2 OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 11, TOWNSHIP 24 SOUTH, RANGE 18 EAST, PASCO COUNTY, FLORIDA.**

3.      The relief granted here permits Secured Creditor, its successors and/or assigns, to seek, obtain or pursue an *in rem* judgment against the Property and does not permit Secured Creditor to seek, obtain, or pursue *in personam* relief against the Debtor.

4.      The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5.      The Debtor may immediately cancel any property or liability insurance maintained with respect to the Property retroactive to the date of the filing of the petition.

6.      Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

7.      The hearing scheduled for August 11, 2026, at 4:00 PM, upon Secured Creditor's Motion is cancelled.

8.      The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.