**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| _____/ | |

### PROOF OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2026, a true and correct copy of the Motion for Relief from Stay  (Docket Entry 788) was sent to all registered parties via the Court's CM/ECF system and via U.S. Mail to the following parties and to all creditors on the creditor matrix:

*Debtor*                                                    represented by **Matthew Fornshell**
**RAD Diversified REIT, Inc.**                        Ice Miller LLP
Jointly Administered with                              250 West Street, Suite 700
26-bk-01637-CPM, 26-bk-01638-CPM,          Columbus, OH 43215-7509
26-bk-01639-CPM, 26-bk-01640-CPM          614-462-2700
11418 US-19 N.
Port Richey, FL 34688                                  **Jessey James Krehl**
PASCO-FL                                                   Pack Law
Tax ID / EIN: 82-2026337                            4649 Ponce de Leon Boulevard
                                                                   Ste 405
                                                                   Coral Gables, FL 33146
                                                                   850-408-9952
                                                                   Email: jessey@packlaw.com

                                                                   **Joseph A Pack**
                                                                   Pack Law
                                                                   4649 Ponce de Leon Boulevard
                                                                   Ste 405
                                                                   Coral Gables, FL 33146

305-916-4500
Email: Joe@packlaw.com

*U.S. Trustee*                                     represented by **Nicole Peair**
**United States Trustee - TPA**                   Timberlake Annex
Timberlake Annex, Suite 1200                      501 E Polk Street, Suite 1200
501 E Polk Street                                 Tampa, FL 33602
Tampa, FL 33602                                   813-228-2000
813-228-2000                                      Email: Nicole.W.Peair@USdoj.gov

*Creditor Committee*                 represented by      **John D Elrod**
**Unsecured Creditors' Committee**                       Greenberg Traurig, LLP
c/o Greenberg Traurig                                    Terminus 200
3333 Piedmont Road, NE                                   3333 Piedmont Road, NE
Suite 2500                                               Suite 2500
Atlanta, GA 30305                                        Atlanta, GA 30305
United States                                            678-553-2259
678-553-2100                                             Fax : 678-553-2212
                                                         Email: elrodj@gtlaw.com

                                                         **Danielle S Kemp**
                                                         Greenberg Traurig, P.A.
                                                         Bank of America Plaza
                                                         101 E. Kennedy Blvd., Suite 1900
                                                         Tampa, FL 33602
                                                         813-318-5700
                                                         Fax : 813-318-5900
                                                         Email: kempd@gtlaw.com

DATED on July 21, 2026

Rubin Lublin LLC
Attorney for Secured Creditor
2313 W. Violet St.
Tampa, Florida  33603
flbankruptcy@rlselaw.com
Telephone No.:  (813) 656-8801
Facsimile No.: (813) 656-8802
By:/s/ Amy M. Kiser
Amy M. Kiser, ESQ.
Florida Bar# 46196

[Dntcosth] [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: July 21, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

RAD Diversified REIT, Inc.

Case No.
8:26−bk−01636−CPM
Chapter 11

_____Debtor*_____/

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY
(Re:5546 Bloyd Street, Philadelphia, PA)

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Document No. 788) (the "Motion") will be held on September 1, 2026 , at 03:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(e)(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court without further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

5. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

6. Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Amy Kiser is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.