# Exhibit "B"

# DRIVE-BY CMA

by ClearCapital

 **1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.

| | | | |
|---|---|---|---|
| **Address** | 1644 -46 Francis St, Philadelphia, PA 19130 | **Order ID** | ▮▮▮▮▮ |
| **Inspection Date** | 02/22/2026 | **Date of Report** | 02/26/2026 |
| **Loan Number** | ▮▮▮▮▮ | **APN** | ▮▮▮▮▮ |
| **Borrower Name** | MENDENHALL, BRANDON | **County** | Philadelphia |

**Property ID** ▮▮▮▮▮

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Thu Feb 19 26 5:00P - Fri Feb 20 26 9:00 A Batch | **Tracking ID 1** | ▮▮▮▮▮ |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | | | |
|---|---|---|---|
| **Owner** | Rad Diversified Reit Inc | **Condition Comments** | |
| **R. E. Taxes** | $789 | | The subject is located in a recently built 3 story building that appears to be in average exterior condition |
| **Assessed Value** | $376,300 | | |
| **Zoning Classification** | Residential | | |
| **Property Type** | Condo | | |
| **Occupancy** | Occupied | | |
| **Ownership Type** | Cooperative | | |
| **Property Condition** | Average | | |
| **Estimated Exterior Repair Cost** | | | |
| **Estimated Interior Repair Cost** | | | |
| **Total Estimated Repair** | | | |
| **HOA** | 1644 Francis Condos | | |
| **Association Fees** | $225 / Month (Landscaping,Insurance,Other: Common Grounds) | | |
| **Visible From Street** | Visible | | |
| **Road Type** | Private | | |

## Neighborhood & Market Data

| | | | |
|---|---|---|---|
| **Location Type** | Urban | **Neighborhood Comments** | |
| **Local Economy** | Stable | | Subject is located in an established urban neighborhood. The predominant home style is SF attached homes in average-good condition. The immediate neighborhood has limited REO activity. The area market is stable with slow appreciation. Urban location is convenient to major roads, public transportation, universities, and all urban amenities including shopping, restaurants, stadiums, and theaters. |
| **Sales Prices in this Neighborhood** | Low: $230,000 High: $750,000 | | |
| **Market for this type of property** | Remained Stable for the past 6 months. | | |
| **Normal Marketing Days** | <90 | | |

# DRIVE-BY CMA

by ClearCapital

 Loan Number

 **$359,000**
● As-Is Price

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 1644 -46 Francis St | 428 N 13th St 3e | 428 N 13th St 4a | 2538 W Girard Ave A |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19130 | 19123 | 19123 | 19130 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.65 ¹ | 0.63 ¹ | 0.80 ¹ |
| **Property Type** | Condo | Condo | Condo | Condo |
| **Original List Price $** | $ | $354,999 | $359,000 | $375,000 |
| **List Price $** | -- | $354,999 | $359,000 | $375,000 |
| **Original List Date** | | 10/02/2025 | 11/11/2025 | 02/06/2026 |
| **DOM · Cumulative DOM** | -- · -- | 128 · 147 | 62 · 107 | 15 · 20 |
| **Age** (# of years) | 8 | 126 | 129 | 9 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Condo Floor Number** | 1 | 3 | 4 | 1 |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 1 Story Condo | 1 Story Condo | 1 Story Condo | 1 Story Condo |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,470 | 1,219 | 1,359 | 1,400 |
| **Bdrm · Bths · ½ Bths** | 2 · 2 · 1 | 1 · 1 | 1 · 1 | 2 · 2 |
| **Total Room #** | 5 | 4 | 4 | 5 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | No | No | No |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | -- | -- | -- | -- |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0 acres | 0 acres | 0 acres | 0 acres |
| **Other** | None | None | None | None |

\* Listing 3 is the most comparable listing to the subject.

¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1**   Similar to the subject in age, GLA, location, size and style. The space is truly unique, featuring 1219 square feet of original architectural details, including soaring ceilings, elevated track lighting, and sanded exposed beams and brick dating back to 1899. The kitchen is a chef's dream with a custom-built design, sleek stainless steel countertops, and high-end appliances. Indulge in the luxurious bathroom, complete with a deep soaking tub and a separate walk-in shower. The large flex-use loft can be used for storage, as a guest sleeping area, or as a zen retreat. Enjoy the ultimate in easy living with a washer and dryer in the unit, Yoga Studio in the building, a new café opening soon, an Alpha Touch entry system, plus direct access to the popular Rail Trail Park. Inferior GLA, bed & bath counts

**Listing 2**   Similar to the subject in age, GLA, location, size and style. This large and unique unit with open floor plan features 1,358 square feet of living space and tons of original architectural details, including soaring ceilings, elevated track lighting, sanded exposed beams, exposed brick, and original maple flooring with outstanding patina. Open kitchen, washer and dryer in the unit, and amazing storage space. Currently one walled bedroom, but the layout in this unit easily lends itself to being a 2 (or even 3) bedroom. Inferior bed & bath counts

**Listing 3**   Similar to the subject in age, GLA, location, size and style. Built in 2017, this modern home offers a private entrance, a chef's kitchen with a massive granite island, and an open, light-filled living area that flows to your private patio, perfect for entertaining or relaxing. The lower level includes a versatile bonus room, full bath, and private primary suite, while wide plank oak floors, stainless steel appliances, and porcelain tile add a refined touch throughout. Inferior bath count

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number



**$359,000**
● As-Is Price

---

## Recent Sales

| | Subject | Sold 1 | Sold 2 | Sold 3 * |
|---|---|---|---|---|
| **Street Address** | 1644 -46 Francis St | 1716 Cambridge St 1 | 801 N 17th St 1 | 904 N 16th St 3r |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19130 | 19130 | 19130 | 19130 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.16 [1] | 0.04 [1] | 0.14 [1] |
| **Property Type** | Condo | Condo | Condo | Condo |
| **Original List Price $** | -- | $299,000 | $350,000 | $385,000 |
| **List Price $** | -- | $299,000 | $350,000 | $375,000 |
| **Sale Price $** | -- | $323,000 | $352,500 | $353,000 |
| **Type of Financing** | -- | Cash | Conventional | Cash |
| **Date of Sale** | -- | 02/14/2025 | 03/14/2025 | 06/04/2025 |
| **DOM · Cumulative DOM** | -- · -- | 14 · 30 | 8 · 37 | 128 · 153 |
| **Age** (# of years) | 8 | 7 | 106 | 12 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Condo Floor Number** | 1 | 1 | 1 | 3 |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 1 Story Condo | 1 Story Condo | 1 Story Condo | 1 Story Condo |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,470 | 1,649 | 1,193 | 1,242 |
| **Bdrm · Bths · ½ Bths** | 2 · 2 · 1 | 3 · 3 | 2 · 2 | 2 · 2 |
| **Total Room #** | 5 | 6 | 5 | 5 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | No | No | No |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | | -- | -- | -- |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0 acres | 0 acres | 0 acres | 0 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$6,265 | +$7,040 | +$6,060 |
| **Adjusted Price** | -- | $316,735 | $359,540 | $359,060 |

\* Sold 3 is the most comparable sale to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1**   Similar to the subject in age, GLA, location, size and style. adjustment for superior GLA/room count (-$6265)

**Sold 2**   Similar to the subject in age, GLA, location, size and style. adjustment for Inferior GLA/room count (7040)

**Sold 3**   Similar to the subject in age, GLA, location, size and style. adjustment for Inferior GLA/room count (6060)

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

## Subject Sales & Listing History

| | | |
|---|---|---|
| **Current Listing Status** | Not Currently Listed | **Listing History Comments** |
| **Listing Agency/Firm** | | None |
| **Listing Agent Name** | | |
| **Listing Agent Phone** | | |
| **# of Removed Listings in Previous 12 Months** | 0 | |
| **# of Sales in Previous 12 Months** | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $369,000 | $369,000 |
| **Sales Price** | $359,000 | $359,000 |
| **30 Day Price** | $330,000 | -- |
| **Comments Regarding Pricing Strategy** | | |

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

## Subject Photos


Front


Address Verification


Side


Side


Street


Street

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

## Subject Photos



Other

# DRIVE-BY CMA
by ClearCapital

## Listing Photos

**L1** 428 N 13th St 3E
Philadelphia, PA 19123



Front

**L2** 428 N 13th St 4A
Philadelphia, PA 19123



Front

**L3** 2538 W Girard Ave A
Philadelphia, PA 19130



Front

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

## Sales Photos



**S1** 1716 Cambridge St 1
Philadelphia, PA 19130



Front

**S2** 801 N 17th St 1
Philadelphia, PA 19130



Front

**S3** 904 N 16th St 3R
Philadelphia, PA 19130



Front

# DRIVE-BY CMA
by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

---

## ClearMaps Addendum

| | | | | | |
|---|---|---|---|---|---|
| **Address** | ⭐ 1644 -46 Francis St, Philadelphia, PA 19130 | | | | |
| **Loan Number** | ▮▮▮▮▮ | **Suggested List** $369,000 | **Suggested Repaired** $369,000 | **Sale** | $359,000 |



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 1644 -46 Francis St, Philadelphia, PA 19130 | -- | Parcel Match |
| L1 | Listing 1 | 428 N 13th St 3e, Philadelphia, PA 19123 | 0.65 Miles [1] | Parcel Match |
| L2 | Listing 2 | 428 N 13th St 4a, Philadelphia, PA 19123 | 0.63 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2538 W Girard Ave A, Philadelphia, PA 19130 | 0.80 Miles [1] | Parcel Match |
| S1 | Sold 1 | 1716 Cambridge St 1, Philadelphia, PA 19130 | 0.16 Miles [1] | Parcel Match |
| S2 | Sold 2 | 801 N 17th St 1, Philadelphia, PA 19130 | 0.04 Miles [1] | Parcel Match |
| S3 | Sold 3 | 904 N 16th St 3r, Philadelphia, PA 19130 | 0.14 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

# DRIVE-BY CMA
by ClearCapital

Case 8:26-bk-01636-CPM   Doc 837-2   Filed 07/22/26   Page 12 of 15

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130


Loan Number


**$359,000**
● As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY CMA

by ClearCapital

Case 8:26-bk-01636-CPM    Doc 837-2    Filed 07/22/26    Page 13 of 15

1644 -46 FRANCIS ST
PHILADELPHIA, PA 19130

Loan Number

**$359,000**

● As-Is Price



## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the

# DRIVE-BY CMA

by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number



**$359,000**
● As-Is Price

## Report Instructions - cont.

aforementioned tasks is not permitted.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.

11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location

Undue Influence Concerns

Please contact uiprovider@clearcapital.com for any Undue Influence concerns.

Independence Hotline

Please notify Clear Capital of any independence concerns by calling (530) 550-2138

Terms of Use, Code of Conduct and Professional Discretion:

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY CMA

by ClearCapital

**1644 -46 FRANCIS ST**
PHILADELPHIA, PA 19130

Loan Number

**$359,000**
● As-Is Price

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Edward Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia |
| **License No** | ▇▇▇▇ | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | ▇▇▇▇ | **Email** | ed@11res.com |
| **Broker Distance to Subject** | 3.08 miles | **Date Signed** | 02/22/2026 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

## Disclaimer

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**