**FIFTH THIRD**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH  45263-0900

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

Statement Period Date: 6/1/2026 - 6/30/2026
Account Type: 5/3 BUS ELITE CKG
Account Number: ███████3867

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

## Account Summary - ███████3867

| | | | | |
|---|---|---|---|---|
| 06/01 | Beginning Balance | $95,550.90 | Number of Days in Period | 30 |
| | Checks | | | |
| 199 | Withdrawals / Debits | $(205,309.04) | | |
| 46 | Deposits / Credits | $137,498.52 | | |
| 06/30 | Ending Balance | $27,740.38 | | |

**Analysis Period: 05/01/26 - 05/31/26**

| | |
|---|---|
| Standard Monthly Service Charge | $50.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$50.00 |
| ACH [1] | $8.00 |
| WIRE INCOMING STRUCTURED | $31.00 |
| MISCELLANEOUS | $125.00 |
| **Service Charge withdrawn on 06/10/26** | **$164.00** |

[1]This includes charges for incoming and outgoing ACH activity.

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $50,000 across its business checking, savings, and certificate of deposit accounts.

**OR** your business has a business loan or line of credit with a balance.

**OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **Yes** |
| Total Combined Monthly Average Balance | $356,920.35 |
| **Business Loan or Line of Credit with balance?** | **No** |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | Yes |

## Withdrawals / Debits

**199 items totaling $205,309.04**

| Date | Amount | Description |
|---|---|---|
| 06/01 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1742210 060126 |
| 06/01 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1742211 060126 |
| 06/01 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1742211 060126 |
| 06/01 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1742212 060126 |
| 06/01 | 71.07 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1742210 060126 |
| 06/01 | 158.24 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1742210 060126 |
| 06/01 | 637.06 | INTUIT * 800-446-8848 QBooks Onl 1910902 RAD DIVERSIFIED REIT 060126 |
| 06/01 | 2,397.85 | WEB INITIATED PAYMENT AT GOOGLE PURCHASE US004CB8GT 060126 |
| 06/01 | 6,526.69 | RAD DIVERS CREDITS 8220238670 060126 OFFSET TRANSACTION |
| 06/01 | 85,000.00 | OUTGOING WIRE TRANS 060126 TRN 20260601007522 |
| 06/02 | 145.51 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563469 060226 |

**FIFTH THIRD**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/02 | 231.55 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563427 060226 |
| 06/02 | 234.06 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563414 060226 |
| 06/02 | 242.72 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563416 060226 |
| 06/02 | 243.87 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563426 060226 |
| 06/02 | 282.79 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563423 060226 |
| 06/02 | 360.31 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563417 060226 |
| 06/02 | 402.99 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563478 060226 |
| 06/02 | 434.10 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563484 060226 |
| 06/02 | 436.14 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2563420 060226 |
| 06/03 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 2823330 060326 |
| 06/03 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 2823330 060326 |
| 06/03 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 2823331 060326 |
| 06/03 | 342.75 | RAD DIVERS CREDITS 8220238670 060326 OFFSET TRANSACTION |
| 06/03 | 963.60 | WEB INITIATED PAYMENT AT DUKEENERGY BILL PAY 670000465004 060326 |
| 06/03 | 3,304.00 | RAD DIVERS PAYMENTS 8220238670 060326 OFFSET TRANSACTION |
| 06/04 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3366055 060426 |
| 06/04 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3366055 060426 |
| 06/04 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3366055 060426 |
| 06/04 | 41.60 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3380727 060426 |
| 06/04 | 91.52 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3380727 060426 |
| 06/04 | 142.80 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3344441 060426 |
| 06/04 | 149.76 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3366055 060426 |
| 06/04 | 155.60 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 3644735 060426 |
| 06/04 | 166.40 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3366055 060426 |
| 06/04 | 166.40 | WEB INITIATED PAYMENT AT DELCORA PA UTILITY 3380727 060426 |
| 06/04 | 1,189.50 | AIS INC APPFOLIO.COM APFINSSVCS 3354705 RAD DIVERSIFIED REIT * 060426 |
| 06/04 | 1,300.00 | DHI Holdings Tex Return 000027226743494 DHI Holdings Texas, LL 060426 |
| 06/05 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016747 060526 |
| 06/05 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016752 060526 |
| 06/05 | 76.84 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016756 060526 |
| 06/05 | 107.78 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016719 060526 |
| 06/05 | 117.63 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016752 060526 |
| 06/05 | 119.43 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016757 060526 |
| 06/05 | 188.01 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016753 060526 |
| 06/05 | 205.50 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016752 060526 |
| 06/05 | 230.96 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016746 060526 |
| 06/05 | 244.59 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016758 060526 |
| 06/05 | 395.28 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4016749 060526 |
| 06/05 | 11,195.25 | DHI Holdings Tex Settlement 000027247086954 DHI Holdings Texas, LL 060526 |
| 06/08 | 1.85 | INVOICE CLOUD 866-342-9266 WEBPAYMENT 4535074 RAD DIVERSIFIED REIT * 060826 |
| 06/08 | 1.85 | INVOICE CLOUD 866-342-9266 WEBPAYMENT 4542977 RAD DIVERSIFIED *REIT, 060826 |
| 06/08 | 44.46 | PASCO COUNTY FL 727-847-8145 UTILITIES 4535064 RAD DIVERSIFIED REIT * 060826 |
| 06/08 | 212.51 | WEB INITIATED PAYMENT AT WASTE CONNECTION WEB_PAY 17394498060526 060826 |
| 06/08 | 244.20 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 4457769 060826 |
| 06/08 | 250.00 | DHI Holdings Tex Settlement 000027261468454 DHI Holdings Texas, LL 060826 |
| 06/08 | 326.62 | PASCO COUNTY FL 727-847-8145 UTILITIES 4542972 RAD DIVERSIFIED *REIT, 060826 |
| 06/08 | 1,700.11 | GC<>HONEYCOMB P DR-001NNNQ2XZDC HO-5967SRC AHHT DDH Fund LP 060826 |
| 06/08 | 7,275.00 | RAD DIVERS CREDITS 8220238670 060826 OFFSET TRANSACTION |
| 06/08 | 312.00 | FUNDS TRANSFER TO CK: XXXXXX6635 REF # 00990379886 |
| 06/09 | 170.96 | DHI Holdings Tex Return 000027271110730 DHI Holdings Texas, LL 060926 |
| 06/09 | 2,209.02 | APPFOLIO 805-617-2167 SAAS 5434738 RAD DIVERSIFIED REIT * 060926 |
| 06/10 | 0.01 | SMVDXU-SHOWMOJO ACCTVERIFY ST-Z7W9O5F4Q0J9 RAD DIVERSIFIED REIT I 061026 |
| 06/10 | 1,206.06 | RAD DIVERS PAYMENTS 8220238670 061026 OFFSET TRANSACTION |
| 06/10 | 164.00 | SERVICE CHARGE |
| 06/12 | 26.66 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521427 061226 |
| 06/12 | 28.70 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521424 061226 |
| 06/12 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521417 061226 |
| 06/12 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521424 061226 |
| 06/12 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521438 061226 |



**FIFTH THIRD**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH  45263-0900

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

Statement Period Date: 6/1/2026 - 6/30/2026
Account Type: 5/3 BUS ELITE CKG
Account Number: ████ 3867

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/12 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521439 061226 |
| 06/12 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521439 061226 |
| 06/12 | 47.69 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521437 061226 |
| 06/12 | 65.51 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521441 061226 |
| 06/12 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6519412 061226 |
| 06/12 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6519413 061226 |
| 06/12 | 70.10 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521439 061226 |
| 06/12 | 80.56 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521425 061226 |
| 06/12 | 112.68 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521440 061226 |
| 06/12 | 119.88 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521418 061226 |
| 06/12 | 123.58 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521439 061226 |
| 06/12 | 216.72 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521419 061226 |
| 06/12 | 242.11 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521426 061226 |
| 06/12 | 291.55 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521428 061226 |
| 06/12 | 342.55 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521427 061226 |
| 06/12 | 489.86 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521431 061226 |
| 06/12 | 755.74 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521441 061226 |
| 06/12 | 770.90 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521407 061226 |
| 06/12 | 887.25 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521413 061226 |
| 06/12 | 941.22 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521436 061226 |
| 06/12 | 1,026.14 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521436 061226 |
| 06/12 | 1,116.59 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6521410 061226 |
| 06/12 | 5,750.00 | DHI Holdings Tex Settlement 000027305512274 DHI Holdings Texas, LL 061226 |
| 06/12 | 1,882.35 | OUTGOING WIRE TRANS 061226 TRN 20260612005948 |
| 06/15 | 164.50 | SHOWMOJO SHOWMOJO ST-R7J7K7U1Z0A7 RAD DIVERSIFIED REIT I 061526 |
| 06/15 | 275.00 | INTUIT * 800-446-8848 QBooks Onl 6681271 RAD DIVERSIFIED REIT 061526 |
| 06/15 | 935.00 | DHI Holdings Tex Return 000027308679118 DHI Holdings Texas, LL 061526 |
| 06/15 | 7,275.00 | RAD DIVERS CREDITS 8220238670 061526 OFFSET TRANSACTION |
| 06/16 | 12.80 | STRIPE INC ZOOM.COM 8 ST-Q5K4E1D4Z1P4 RAD DIVERSIFIED REIT I 061626 |
| 06/16 | 29.45 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804732 061626 |
| 06/16 | 31.31 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804734 061626 |
| 06/16 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804716 061626 |
| 06/16 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804717 061626 |
| 06/16 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804732 061626 |
| 06/16 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804733 061626 |
| 06/16 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804733 061626 |
| 06/16 | 39.29 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804720 061626 |
| 06/16 | 41.42 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804721 061626 |
| 06/16 | 44.86 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804730 061626 |
| 06/16 | 49.24 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804713 061626 |
| 06/16 | 53.83 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804730 061626 |
| 06/16 | 70.10 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804713 061626 |
| 06/16 | 72.98 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804714 061626 |
| 06/16 | 82.23 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804721 061626 |
| 06/16 | 86.22 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804711 061626 |
| 06/16 | 98.13 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804721 061626 |
| 06/16 | 98.27 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804714 061626 |
| 06/16 | 115.52 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804729 061626 |



**FIFTH THIRD**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/16 | 120.67 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804711 061626 |
| 06/16 | 124.38 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804725 061626 |
| 06/16 | 130.60 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804727 061626 |
| 06/16 | 131.92 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804712 061626 |
| 06/16 | 134.50 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804722 061626 |
| 06/16 | 138.94 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804731 061626 |
| 06/16 | 146.98 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804723 061626 |
| 06/16 | 175.39 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804731 061626 |
| 06/16 | 185.37 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804724 061626 |
| 06/16 | 186.76 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804714 061626 |
| 06/16 | 206.67 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804727 061626 |
| 06/16 | 230.57 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804721 061626 |
| 06/16 | 267.21 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804712 061626 |
| 06/16 | 280.93 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804730 061626 |
| 06/16 | 281.66 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804729 061626 |
| 06/16 | 535.85 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804715 061626 |
| 06/16 | 903.42 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804727 061626 |
| 06/16 | 948.86 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7804722 061626 |
| 06/18 | 14.05 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121675854335 061826 |
| 06/18 | 380.67 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121675754842 061826 |
| 06/18 | 3,940.00 | DHI Holdings Tex Settlement 000027346829546 DHI Holdings Texas, LL 061826 |
| 06/23 | 4,500.00 | RAD DIVERS PAYMENTS 8220238670 062326 OFFSET TRANSACTION |
| 06/23 | 7,275.00 | RAD DIVERS CREDITS 8220238670 062326 OFFSET TRANSACTION |
| 06/24 | 275.00 | INTUIT * 800-446-8848 QBooks Onl 0365821 RAD DIVERSIFIED REIT 062426 |
| 06/25 | 52.68 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674197 062526 |
| 06/25 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 0677183 062526 |
| 06/25 | 95.94 | WEB INITIATED PAYMENT AT PECO ENERGY COMP BILLPAY PECO ENERGY COM 062526 |
| 06/25 | 130.43 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674187 062526 |
| 06/25 | 159.19 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674186 062526 |
| 06/25 | 174.32 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674191 062526 |
| 06/25 | 196.46 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674180 062526 |
| 06/25 | 227.78 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674195 062526 |
| 06/25 | 240.43 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674193 062526 |
| 06/25 | 251.37 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674182 062526 |
| 06/25 | 271.55 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674190 062526 |
| 06/25 | 278.72 | PHILA DEPT REV TAX PYMT 2157178 062526 |
| 06/25 | 297.32 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674197 062526 |
| 06/25 | 315.03 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674184 062526 |
| 06/25 | 317.00 | WEB INITIATED PAYMENT AT CHESTER WATER AU BILLPAY CHESTER WATER A 062526 |
| 06/25 | 343.24 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674197 062526 |
| 06/25 | 355.54 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674182 062526 |
| 06/25 | 362.71 | WEB INITIATED PAYMENT AT CHESTER WATER AU BILLPAY CHESTER WATER A 062526 |
| 06/25 | 374.59 | PHILA DEPT REV TAX PYMT 2124410 062526 |
| 06/25 | 411.10 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674196 062526 |
| 06/25 | 416.06 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674194 062526 |
| 06/25 | 426.47 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674188 062526 |
| 06/25 | 452.06 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674197 062526 |
| 06/25 | 458.38 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674196 062526 |
| 06/25 | 462.35 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674192 062526 |
| 06/25 | 841.27 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 0674185 062526 |
| 06/26 | 1.85 | INVOICE CLOUD 866-342-9266 WEBPAYMENT 1069118 RAD DIVERSIFIED *REIT, 062626 |
| 06/26 | 41.31 | PASCO COUNTY FL 727-847-8145 UTILITIES 1069109 RAD DIVERSIFIED *REIT, 062626 |
| 06/26 | 60.33 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366849 062626 |
| 06/26 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1364365 062626 |
| 06/26 | 73.47 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366848 062626 |
| 06/26 | 73.67 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366841 062626 |
| 06/26 | 74.68 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366839 062626 |
| 06/26 | 74.69 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366849 062626 |
| 06/26 | 74.73 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366846 062626 |



**FIFTH THIRD**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/26 | 75.46 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366845 062626 |
| 06/26 | 77.13 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366846 062626 |
| 06/26 | 85.62 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366837 062626 |
| 06/26 | 136.83 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366843 062626 |
| 06/26 | 140.20 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366844 062626 |
| 06/26 | 141.40 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366840 062626 |
| 06/26 | 154.21 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366845 062626 |
| 06/26 | 158.24 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 1364364 062626 |
| 06/26 | 333.42 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1366837 062626 |
| 06/26 | 4,729.97 | DHI Holdings Tex Settlement 000027399184886 DHI Holdings Texas, LL 062626 |
| 06/26 | 1,520.00 | OUTGOING WIRE TRANS 062626 TRN 20260626009707 |
| 06/29 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747996 062926 |
| 06/29 | 66.50 | WEB INITIATED PAYMENT AT STORMWATER AUTH ONLINE PMT SC004POJ 062926 |
| 06/29 | 74.06 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747989 062926 |
| 06/29 | 158.60 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747996 062926 |
| 06/29 | 171.80 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747996 062926 |
| 06/29 | 172.35 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747996 062926 |
| 06/29 | 210.08 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747995 062926 |
| 06/29 | 251.11 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747996 062926 |
| 06/29 | 255.90 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1747996 062926 |
| 06/29 | 7,275.00 | RAD DIVERS CREDITS 8220238670 062926 OFFSET TRANSACTION |
| 06/30 | 179.50 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 2644819 063026 |

## Deposits / Credits

46 items totaling $137,498.52

| Date | Amount | Description |
|---|---|---|
| 06/01 | 540.00 | EARLY PAY: Lead Testing Ser REFUND FRO ST-I7C9G8H8A4O0 RAD DIVERSIFIED REIT I 060226 |
| 06/01 | 984.00 | DELAWARE COUNTY HCVOA 060126 |
| 06/01 | 1,443.00 | Philadelphia Hou S8 VENDORS 82202633700000 060126 |
| 06/01 | 1,908.50 | APPFOLIO VV9T 2646831560923 8666481536 RAD Diversified REIT, 060126 |
| 06/01 | 6,650.62 | DHI Holdings Tex Settlement 000027154709318 DHI Holdings Texas, LL 060126 |
| 06/02 | 1,186.00 | EARLY PAY: COLUMN*FLEXIBLE RENT 060326 |
| 06/02 | 5,998.00 | DHI Holdings Tex Settlement 000027176384070 DHI Holdings Texas, LL 060226 |
| 06/02 | 7,311.73 | APPFOLIO VV9T 2646883353912 8666481536 RAD Diversified REIT, 060226 |
| 06/03 | 604.12 | PayNearMe EDI EDI PYMNTS 134936555092138 RAD Diversified REIT I 060326 |
| 06/03 | 880.00 | FLEX Rent Appfolio-Sr2GbN 339 Taylor Terrace, Ch appfolio Appfolio-Sr2GbN 060326 |
| 06/03 | 2,000.00 | FLEX Rent Appfolio-O9FpPE 917 Almond St, Baytown appfolio Appfolio-O9FpPE 060326 |
| 06/03 | 8,847.38 | APPFOLIO VV9T 2646904854328 8666481536 RAD Diversified REIT, 060326 |
| 06/04 | 2,881.52 | APPFOLIO VV9T 2646941615112 8666481536 RAD Diversified REIT, 060426 |
| 06/04 | 5,550.00 | DHI Holdings Tex Settlement 000027234040798 DHI Holdings Texas, LL 060426 |
| 06/05 | 1,300.00 | APPFOLIO VV9T 2646961012018 8666481536 RAD Diversified REIT, 060526 |
| 06/05 | 1,500.00 | COLUMN*FLEXIBLE RENT 060526 |
| 06/05 | 6,461.44 | DHI Holdings Tex Settlement 000027236515558 DHI Holdings Texas, LL 060526 |
| 06/08 | 1,651.98 | EARLY PAY: COLUMN*FLEXIBLE RENT 060926 |
| 06/08 | 5,478.93 | APPFOLIO VV9T 2646969357829 8666481536 RAD Diversified REIT, 060826 |
| 06/08 | 10,582.63 | DHI Holdings Tex Settlement 000027249058450 DHI Holdings Texas, LL 060826 |
| 06/09 | 0.01 | EARLY PAY: SMVDXU-SHOWMOJO ACCTVERIFY ST-Q0E7N7P9P0G5 RAD DIVERSIFIED REIT I 061026 |
| 06/09 | 1,368.52 | FLEX Rent Appfolio-weHgby 221 W Clapier St, Phil appfolio Appfolio-weHgby 060926 |

**FIFTH THIRD**

## Deposits / Credits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/09 | 2,075.96 | DHI Holdings Tex Settlement 000027267389470 DHI Holdings Texas, LL 060926 |
| 06/09 | 13,430.16 | APPFOLIO VV9T 2647023120310 8666481536 RAD Diversified REIT, 060926 |
| 06/10 | 935.00 | DHI Holdings Tex Settlement 000027288620902 DHI Holdings Texas, LL 061026 |
| 06/11 | 1,215.83 | APPFOLIO VV9T 2647068105820 8666481536 RAD Diversified REIT, 061126 |
| 06/12 | 500.00 | APPFOLIO VV9T 2647068660220 8666481536 RAD Diversified REIT, 061226 |
| 06/16 | 1,378.00 | APPFOLIO VV9T 2647147904524 8666481536 RAD Diversified REIT, 061626 |
| 06/17 | 200.00 | DHI Holdings Tex Settlement 000027339030602 DHI Holdings Texas, LL 061726 |
| 06/18 | 840.00 | DHI Holdings Tex Settlement 000027346611290 DHI Holdings Texas, LL 061826 |
| 06/18 | 5,600.00 | APPFOLIO VV9T 2647188314328 8666481536 RAD Diversified REIT, 061826 |
| 06/22 | 600.00 | PayNearMe EDI EDI PYMNTS 057474718491422 RAD Diversified REIT I 062226 |
| 06/22 | 864.00 | DHI Holdings Tex Settlement 000027348889354 DHI Holdings Texas, LL 062226 |
| 06/22 | 4,506.60 | APPFOLIO VV9T 2647207210226 8666481536 RAD Diversified REIT, 062226 |
| 06/23 | 2,460.00 | DHI Holdings Tex Settlement 000027363850966 DHI Holdings Texas, LL 062326 |
| 06/23 | 6,241.00 | APPFOLIO VV9T 2647273990222 8666481536 RAD Diversified REIT, 062326 |
| 06/25 | 360.33 | APPFOLIO VV9T 2647293058026 8666481536 RAD Diversified REIT, 062526 |
| 06/25 | 934.00 | DEPOSIT |
| 06/26 | 1,400.00 | APPFOLIO VV9T 2647324095328 8666481536 RAD Diversified REIT, 062626 |
| 06/26 | 1,500.00 | DHI Holdings Tex Settlement 000027392748050 DHI Holdings Texas, LL 062626 |
| 06/29 | 1,700.11 | DEPOSIT |
| 06/29 | 2,439.32 | APPFOLIO VV9T 2647340819024 8666481536 RAD Diversified REIT, 062926 |
| 06/29 | 5,475.00 | DHI Holdings Tex Settlement 000027401838774 DHI Holdings Texas, LL 062926 |
| 06/30 | 984.00 | EARLY PAY: DELAWARE COUNTY HCVOA 070126 |
| 06/30 | 2,495.00 | DHI Holdings Tex Settlement 000027414983714 DHI Holdings Texas, LL 063026 |
| 06/30 | 4,235.83 | APPFOLIO VV9T 2647374979520 8666481536 RAD Diversified REIT, 063026 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/01 | 12,010.11 | 06/10 | 53,705.90 | 06/22 | 34,492.94 |
| 06/02 | 23,491.80 | 06/11 | 54,921.73 | 06/23 | 31,418.94 |
| 06/03 | 31,088.15 | 06/12 | 39,720.14 | 06/24 | 31,143.94 |
| 06/04 | 35,991.29 | 06/15 | 31,070.64 | 06/25 | 24,457.28 |
| 06/05 | 32,301.36 | 06/16 | 26,217.06 | 06/26 | 19,261.07 |
| 06/08 | 39,646.30 | 06/17 | 26,417.06 | 06/29 | 20,205.05 |
| 06/09 | 54,140.97 | 06/18 | 28,522.34 | 06/30 | 27,740.38 |



P.O. Box 2646-R, Columbus, GA 31902

**SYNOVUS**®

**Statement of Account**

Last statement:          May 31, 2026
This statement:          June 30, 2026
Total days in statement period: 30
████ 748-6          031          165
Page      1 of 2

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
3155 ROSWELL RD NE, SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | ██ 748-6 | $184,601.25 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

### Preferred Business Checking    Account Number ██ 748-6

| | | | |
|---|---|---|---|
| Beginning balance | 249,982.00 | | |
| Deposits/Credits | 127,738.00 | Low balance | 184,601.25 |
| Withdrawals/Debits | 193,118.75 | Average balance | 317,689.84 |
| Ending balance | 184,601.25 | Average collected balance | 317,689.00 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 0 | 06/12 | 2,000.00 | *Skip in check sequence | | |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 06-01 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 06-26 | Dom Wire Out Online | GGG Partners, LLCS TH STATE BANK GGG Partners, LLC | 32,929.50 |
| 06-26 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 06-26 | Dom Wire Out Online | Epiq GlobalPNC BAN N.A. Epiq Global | 50,000.00 |
| 06-26 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 06-30 | Transfer | REF 1811408L FUNDS TRANSFER TO DEP XXXXXX4488 FROM ONLINE FUNDS TRANSFER VIA | 102,658.00 |
| 06-30 | Transfer | REF 1811410L FUNDS TRANSFER TO DEP XXXXXX9912 FROM ONLINE FUNDS TRANSFER VIA | 3,347.00 |
| 06-30 | Transfer | REF 1811410L FUNDS TRANSFER TO DEP XXXXXX3174 FROM ONLINE FUNDS TRANSFER VIA | 876.00 |
| 06-30 | Preauthorized Wd | QUARTERLY FEE PAYMENT 260630 0000 | 1,254.25 |



P.O. Box 2646-R, Columbus, GA 31902

June 30, 2026
███████748-6
RAD DIVERSIFIED REIT, INC.

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 06-01 | Domestic Wire IN | RAD DIVERSIFIED RE INCFIFTH THIRD BANK, NATIONAL ASS RAD DIVERSIFIED REIT INC | 85,000.00 |
| 06-30 | Transfer | REF 1811409L FUNDS TRANSFER FRM DEP XXXXXX4488 FROM ONLINE FUNDS TRANSFER VIA | 42,055.00 |
| 06-30 | Transfer | REF 1811413L FUNDS TRANSFER FRM DEP XXXXXX3792 FROM ONLINE FUNDS TRANSFER VIA | 683.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 05-31 | 249,982.00 | 06-12 | 332,964.00 | 06-30 | 184,601.25 |
| 06-01 | 334,964.00 | 06-26 | 249,998.50 | | |



**BALANCE YOUR CHECKBOOK**

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement    $_____

(5) Add (+) deposits not shown on this statement (if any)  +_____

$_____

(6) Subtract(-) checks and/or other outstanding debits     -_____

(7) Balance should equal the balance in your checkbook     $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly    both in your checkbook register and in steps 3-6 above?
• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
• Have you carried the correct balance forward from one checkbook register page to the next?
• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

## ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

## ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

## ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

## ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

P.O. Box 2646-R, Columbus, GA 31902



**Statement of Account**

Last statement:         June 8, 2026
This statement:         June 30, 2026
Total days in statement period:  23
█████████824-9         031         165
Page    1 of 1

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
SEGREGATED FUNDS
3155 ROSWELL RD NE SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | ████824-9 | $0.00 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

| **Preferred Business Checking** | | Account Number ████824-9 | |
|---|---|---|---|
| Beginning balance | 0.00 | | |
| Deposits/Credits | 0.00 | Low balance | 0.00 |
| Withdrawals/Debits | 0.00 | Average balance | 0.00 |
| Ending balance | 0.00 | Average collected balance | 0.00 |

**BALANCING YOUR CHECKBOOK**

| Checks and Debits Outstanding | |
| --- | --- |
| **Check No.** | **Amount** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement    $_____

(5) Add (+) deposits not shown on this statement (if any)    +_____

                                                             $_____

(6) Subtract(-) checks and/or other outstanding debits    -_____

(7) Balance should equal the balance in your checkbook    $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly    both in your checkbook register and in steps 3-6 above?

• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?

• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?

• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?

• Have you carried the correct balance forward from one checkbook register page to the next?

• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

## ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

## ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

## ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

## ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.