**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                          Case No.: 8:26-bk-01636-CPM

RAD Diversified REIT, Inc.,                        Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE**

      **COMES NOW** Seth J. Greenhill, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Kiavi Funding, Inc. and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

      **DATED** this 27th day of July, 2026.

                            Respectfully submitted,

                            /S/ Seth J. Greenhill
                            SETH J. GREENHILL, ESQ.
                            Florida Bar # 97938
                            PADGETT LAW GROUP
                            6267 Old Water Oak Road, Suite 203
                            Tallahassee, FL 32312
                            (850) 422-2520 (telephone)
                            (850) 422-2567 (facsimile)
                            Seth.Greenhill@padgettlawgroup.com
                            *Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 27th day of July, 2026:

Respectfully submitted,

<u>/S/ Seth J. Greenhill</u>
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

### SERVICE LIST (CASE NO. 8:26-bk-01636-CPM)

*Debtor*
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

*Attorney*
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

*U.S. Trustee*
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

*Creditor Committee*
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305