ORDERED.

**Dated:   July 27, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY IN FAVOR OF**
**WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL**
**CAPACITY BUT SOLELY AS OWNER TRUSTEE OF OBX 2024-NQM1 TRUST**
**[Re: 124 Pelham Rd, Philadelphia, PA 19119]**

**THIS CASE** came before the Court for hearing on July 14, 2026 upon the *Post-Sale Motion for Relief from Automatic Stay* [D.E. #535] (the "*Motion*") filed by Wilmington Savings

Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust ("Secured Creditor"). For the reasons stated orally and recorded in open Court, and based on the record, it is:

ORDERED:

1.      Secured Creditor's *Post Sale Motion for Relief from Automatic Stay* is granted.

2.      The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **124 Pelham Rd, Philadelphia, PA 19119**, legally described as:

> All that certain lot or piece of ground with the messuage or tenement thereon erected, Situate in the 22nd (formerly part Fifty-ninth Ward) of the City of Philadelphia.
>
> Beginning at a point in the Southeasterly side of Pelham Road at the distance of four hundred and eight feet nine and three-eighths inches Northwardly from the Northeasterly corner of Pelham Road and Quincy Street; thence Northeastwardly along the Southeasterly side Pelham Road on a line curving toward the right with a radius of five hundred and twenty-one feet eight inches for a distance of sixty-five feet to a point; thence South sixty-six degrees seventeen minutes ten seconds East on a radial line for a distance of one hundred and seventy-seven feet one and one-quarter inches to a point; thence South twenty-six degrees forty minutes eighteen seconds West forty-three feet six inches to a point; thence North seventy-three degrees twenty-five minutes thirty-five seconds West on a radial line one hundred and seventy-four feet six and five-eighths inches to the Southeasterly side of Pelham Road, to the place of beginning.
>
> And All that certain lot or piece of ground Situate in the 22nd (formerly part of Fifty-ninth ) Ward of the City of Philadelphia.
>
> Beginning at a point in the Easterly side of Pelham Road, at the distance of four hundred and one feet and four and seven-eighths inches Northwardly from the Northerly side of Quincy Street; thence Northwardly along the Easterly side of Pelham Road, curving to the right with a radius of five hundred and twenty-one feet eight inches for the distance of seven feet four and one-half inches; thence South seventy-three degrees twenty-five minute: thirty-five seconds East, one hundred seventy-four feet six and five-eighths inches to a point; thence South twenty-six degrees forty minutes, eighteen seconds West five feet to a point; thence North seventy-four degrees fourteen minutes thirteen seconds West, one hundred seventy-three feet seven and five-eighths inches to a point in the Eastern side of Pelham Road and place of beginning.
>
> Property Address: 124 Pelham Road, Philadelphia, PA, 19119
> Tax ID# ▮▮▮▮▮▮
>
> NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.
>
> Being that parcel of land conveyed to Rad Diversified Reit Inc from DDH Found LP by that Deed dated 8/17/2022 and recorded 9/26/2022 in Official Records Document No. 54101752, of the Public Records of Philadelphia County, PA.

3.      This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property,

and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the subject property against Debtor(s).

4.      Secured Creditor is awarded its attorneys' fees of $675.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

5.      The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

###

Attorney Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.