ORDERED.

**Dated:  July 27, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | Chapter 11 |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

_____/

1

**ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN
TRUST 2021-3'S MOTION FOR RELIEF FROM THE AUTOMATIC
STAY, OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**
(Doc. No. 486)

THIS MATTER came before the Court for hearing on July 14, 2026, at 3:30 p.m. on *U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3's Motion for Relief from the Automatic Stay, or in the Alternative, for Adequate Protection* (the "Motion") (Doc. No. 486) filed by U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3 ("Secured Creditor"). The Court having reviewed the Motion, together with the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1.      The Motion is GRANTED, as set forth herein.

2.      The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the following real property:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, situate in the Township of Upper Darby, County of Delaware and State of Pennsylvania, and described according to a Survey thereof made 10/26/1926, as follows, to wit:

SITUATE on the Southwesterly side of West Chester Pike (67 feet wide) at the distance of 20 feet Northwestwardly from the Northwesterly side of Kirklyn Avenue (50 feet wide).

CONTAINING in front on West Chester Pike 16 feet and extending of that width in length or depth Southwestwardly between parallel lines at right angles to the said West Chester Pike 130 feet.

BEING 9002 West Chester Pike

BEING Folio No. 16-08-02814-00

2

70445241 v1

Property Address: 9002 West Chester Pike, Upper Darby, PA 19082-2606

(the "Property").

3.      The automatic stay is modified for the sole purpose of allowing Secured Creditor to commence and/or complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the Property (or any proceeds therefrom), to gain possession of the Property (or any proceeds therefrom), and to have *in rem* relief in accordance with non-bankruptcy law. Secured Creditor shall not have *in personam* relief against the Debtor, DDH Fund, LLC f/k/a DDH Fund, LP.

4.      The relief granted herein permits Secured Creditor, its successor and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, and foreclosure against the Property.

5.      Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rue 4001(a)(4) is granted, and this Order shall be effective immediately upon its entry.

6.      The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Kylie A. Riordan, Esq. is directed to serve a copy of this order on all interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this Order.*

3

70445241 v1