**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

www.flmb.uscourts.gov

In re:                                                                  Chapter 11

RAD DIVERSIFIED REIT, INC.;                                            Case No. 8:26-bk-01636-CPM

                                                                       *Jointly Administered with*

RAD Diversified OZ Fund, LP;                                           Case No. 8:26-bk-01637-CPM
DHI Fund, LLC;                                                         Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and                                                  Case No. 8:26-bk-01639-CPM
DDH Fund, LLC                                                         Case No. 8:26-bk-01640-CPM

            Debtors.
_____/

**<u>PROOF OF SERVICE</u>**

        I HEREBY CERTIFY that on the 28th day of July, 2026, a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay (Docket Entry 870) was sent to all registered parties via the Court's CM/ECF system and via U.S. Mail to the following parties and to all creditors on the creditor matrix:

*Debtor*
**RAD Diversified REIT, Inc.**
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688
PASCO-FL
Tax ID / EIN: 82-2026337

represented by **Matthew Fornshell**

Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
614-462-2700

**Jessey James Krehl**
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
850-408-9952
Email: jessey@packlaw.com

**Joseph A Pack**
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

305-916-4500
Email: Joe@packlaw.com

*U.S. Trustee*
**United States Trustee - TPA**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

represented by **Nicole Peair**
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

*Creditor Committee*
**Unsecured Creditors' Committee**
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
United States
678-553-2100

represented by

**John D Elrod**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
678-553-2259
Fax : 678-553-2212
Email: elrodj@gtlaw.com

**Danielle S Kemp**
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
813-318-5700
Fax : 813-318-5900
Email: kempd@gtlaw.com

DATED on July 28, 2026

Rubin Lublin LLC
Attorney for Secured Creditor
2313 W. Violet St.
Tampa, Florida  33603
flbankruptcy@rlselaw.com
Telephone No.:  (813) 656-8801
Facsimile No.: (813) 656-8802
By:/s/ Amy M. Kiser
Amy M. Kiser, ESQ.
Florida Bar# 46196

[Dntcosth] [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: July 28, 2026**

Catherine M. Ewen
_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                Case No.
                                                                       8:26−bk−01636−CPM
                                                                       Chapter 11

RAD Diversified REIT, Inc.

_____Debtor*_____/

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY
OR ALTERNATIVELY FOR ADEQUATE PROTECTION (Re: 5532 Bloyd Street, Philadelphia PA)

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Document No. 789) (the "Motion") will be held on September 1, 2026 , at 03:30 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(e)(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court without further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

5. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

6. <u>Avoid Delays</u>. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Amy Kiser is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.