**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                              Case No.8:26-bk-01636-CPM
                                                    Chapter 11

RAD DIVERSIFIED REIT, INC.,

       Debtor.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Motion for Relief from Stay* [D.E. #859] for the *Post-Sale Motion for Relief from Automatic Stay* [D.E. #535] filed by Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust was served via U.S. Mail, first-class postage prepaid, on July 29, 2026, upon:

**DEBTOR:**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

**CONSOLIDATED L IST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS:**
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

Premiere Networks Inc.
C/O Mcglinchey Stafford
10375 Centurion Pkwy, Ste 420
Jacksonville, FL 32256

Ado Professional Solutions Inc.
4800 Deerwood Campus Pkwy, Bldg 800
Jacksonville, FL 32246

Arneberg, Lora
507 N. Arthur St
New Harmony, IN 47631

Jacar Investments LLC
C/O Savage Villoch Law PLLC
Attn Rovert K Savage, Esq
400 N Tampa St, Ste 2820
Tampa, FL 33602

Hemphill, Steven L
5855 Midnight Pass Rd, Unit 215
Sarasota, FL 34242

Boston National LLC
Two Radnor Corporate Center
100 Matsonford Rd.
Radnor, PA 19087

Pbk Architects Inc.
C/O Stream Kim Hicks Wrage & Alfaro PC
Attn: T. Stream, S. Devore
3403 10th St, Ste 700
Riverside, CA 92501

Valet Living, LLC
10150 Highland Manor Dr
Suite 120
Tampa, Fl 33160

Katz Barsky LLC/KBK Law Group
Attn: Katz, Jeffery100 S Broad Street, Suite 1205
Philadelphia, PA 19110

PECO
PO Box 37629
Philadelphia, PA 19101

American Express card
200 Vesey Street
New York, NY 10285-3106

Legno Construction Inc.
Attn: Christiano
3421morrell Ave
Philadelphia, PA 19114

Veiga Construction And Remodeling LLC
Attn: Veiga, Rojelio
136 Columbia Ave
Phoenixville, PA 19460

Lowes
1000 Lowes Boulevard
Mooresville, NC 28117

Shore To Shore Title LLC
2255 Glades Road Suite 2341a
Boca Raton, FL 33431

Jeffrey Jackson & Associates PLLC
11767 Katy Fwy Suite 813
Houston, TX 77079

All CM/ECF users were served electronically on July 27, 2026.

Respectfully Submitted,

/s/ Jennifer Laufgas

Jennifer Laufgas, FL Bar No. 56181
Aldridge Pite, LLP
Attorney for Secured Creditor
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com