IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*

                                            CASE NO. 8:26-BK-01636-CPM
                                            CHAPTER 11

                                            *Jointly Administered with*
RAD DIVERSIFIED REIT, INC.,               Case No. 8:26-bk-01637-CPM
                                            Case No. 8:26-bk-01638-CPM
                                            Case No. 8:26-bk-01639-CPM
                                            Case No. 8:26-bk-01640-CPM

         Debtor.

_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Matthew J. Mincone, Esq., of Mincone Law Group, P.A., having successfully concluded the Motion for Relief from Stay regarding the real property located at 2909 W Fountain Blvd., Tampa, FL 33609, hereby withdraws their appearance as counsel in this matter. Counsel requests that their name and email address be removed from the court's mailing matrix and/or special notice list for purposes of receiving notice in this case, and that all future Notices of Electronic Filing (NEF) be discontinued.

Respectfully submitted,

*/s/ Matthew J. Mincone*
MATTHEW J. MINCONE, ESQ.
MINCONE LAW GROUP, P.A.
1925 E 6th Ave, Ste 10
Tampa, Florida 33605
Ph: 813.800.0810
Florida Bar #: 124185
Primary E-mail: mmincone@avidlawyers.com
Secondary E-mail: service@avidlawyers.com
Attorney for Luminary 813, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF System, which will send a Notice of Electronic Filing to all CM/ECF participants.

/s/ *Matthew J. Mincone*

MATTHEW J. MINCONE, ESQ.
MINCONE LAW GROUP, P.A.
1925 E 6th Ave, Ste 10
Tampa, Florida 33605
Ph: 813.800.0810
Florida Bar #: 124185
Primary E-mail: mmincone@avidlawyers.com
Secondary E-mail: service@avidlawyers.com
Attorney for Luminary 813, LLC