## Exhibit A

**Draft Settlement Statement**



### Pioneer Title Company of Gem County
2020 South Johns Avenue  Suite A
Emmett, ID 83617
(208)365-5343

| | |
|---|---|
| File Number: | **908329** |
| Loan Amount: | **$503,750.00** |
| Sales Price: | **$705,000.00** |
| Close Date: | **8/14/2026** |
| Disbursement Date: | **8/14/2026** |

### COMBINED CLOSING STATEMENT

| | |
|---|---|
| Type: | **Purchase** |
| Property: | **1611 WEST SALES YARD ROAD**<br>**EMMETT, ID 83617 (GEM)** |

**Borrower(s):** **TRENTON G. WARNER AND CIARA N. WARNER**
8299 Hillview Rd
Emmett, ID 83617

**BRYCE A. PALMER AND ANNE M. PALMER**

**Sellers:** **TRUSTEE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE CHAPTER 11**
**BANKRUPTCY ESTATE OF RAD DIVERSIFIED REIT,**
**INC., A MARYLAND CORPORATION**

| Description | | Borrower | | | Seller | |
|---|---|---|---|---|---|---|
| | P.O.C. | Debit | Credit | P.O.C. | Debit | Credit |
| **Deposits, Credits, Debits** | | | | | | |
| Sale Price of Property | | $705,000.00 | | | | $705,000.00 |
| Buyer Deposit from Trenton G. Warner and Ciara N. Warner | | | $77,550.00 | | | |
| Buyer Premium of $70,500 | | $0.00 | | | | |
| **Commissions** | | | | | | |
| Commission  (Portion of Buyer Premium) to Booker2Bid.com | | $35,250.00 | | | | |
| Commission  (Portion of Buyer Premium) to Tranzon Diggers | | $35,250.00 | | | | |
| **New Loans** | | | | | | |
| Loan Amount | | | $503,750.00 | | | |
| **Title Charges** | | | | | | |
| Title - Lender's Title Insurance to Pioneer Title Company of Gem County | | $75.00 | | | | |
| Title - Owner's Title Insurance to Pioneer Title Company of Gem County | | $2,321.00 | | | | |
| Title - Courier Fee to Pioneer Title Company of Gem County | | $100.00 | | | | |
| Title - E-File Fee to Pioneer Title Company of Gem County | | $10.00 | | | | |
| Title - Settlement or closing fee to Pioneer Title Company of Gem County | | $2,265.00 | | | | |
| Title - Tech Fee to Pioneer Title Company of Gem County | | $50.00 | | | | |
| Title - Wire Fee to Pioneer Title Company of Gem County | | $25.00 | | | | |
| Title - Notary fees to Closing Executives | | $150.00 | | | | |
| **Government Recording and Transfer Charges** | | | | | | |
| Recording fees: Deed $15.00 | | $15.00 | | | | |
| Mortgage $45.00 | | $45.00 | | | | |
| **Additional Settlement Charges** | | | | | | |
| Delinquent Taxes to Gem County Treasurer  $5,748.78 | | $5,748.78 | | | | |
| Delinquent Taxes to Gem County Treasurer  $1,107.84 | | $1,107.84 | | | | |
| Delinquent Taxes to Gem County Treasurer  $3,045.67 | | $3,045.67 | | | | |
| Irrigation Transfer Fee to Last Chance Ditch Company  $200.00 | | $200.00 | | | | |
| Past Due Balance - Last Chance to Last Chance Ditch Company $660.00 | | | | | $660.00 | |
| Marketing Fee (Portion of Buyer Premium) to Tranzon Driggers $7,050.00 | | | | | $7,050.00 | |
| Delinquent Taxes to Gem County Treasurer  $328.42 | | $328.42 | | | | |
| **Totals** | | $790,986.71 | $581,300.00 | | $7,710.00 | $705,000.00 |

**Balance Due FROM Borrower:**  $209,686.71    **Balance Due TO Seller:**  $697,290.00

Nothing contained within this estimated HUD-1 constitutes nor is intended to constitute an offer, inducement, promise, or contract of any kind. The data contained herein is for informational purposes only and is not represented to be error free. Escrow Agent will provide a final HUD-1 once all necessary information is obtained and verified.

This preliminary settlement statement is in DRAFT form and is subject to final adjustment and change prior to closing.

File Number:   908329