## Exhibit B

**Release of Notice of Lis Pendens**

2

Instrument # 359153
EMMETT, GEM, IDAHO
7-22-2026        03:49:33 PM   No. of Pages: 1
Recorded for : JOSEPH HUDSON
LEANDRA ROUNTREE                Fee: 10.00
Ex-Officio Recorder   Deputy _____
Index to: RELEASE

Prepared by and Return to:
Joseph Hudson
1731 Perch Lane
Sanford, FL 32771

## RELEASE OF NOTICE OF LIS PENDENS

WHEREAS, a Notice of Lis Pendens was filed by Joseph P. Hudson, individually and The Joseph Patrick Hudson Living Trust, in the Civil Case No. 25-CA-006722 in the Circuit Court for Hillsborough County, Florida, of record at Instrument # 354486 in the Recorder's Office of Gem County, Idaho; and

WHEREAS, Joseph Hudson individually and The Joseph Patrick Hudson Living Trust desires to release the Notice of Lis Pendens that is filed against RAD Diversified REIT, Inc., The Seminar Solution, LLC and Brandon "Dutch" Mendenhall.

NOW, THEREFORE, in consideration of the premises, the undersigned hereby declares and acknowledges full satisfaction thereof and discharge of the Notice of Lis Pendens in full.

Executed this 24 day of September, 2025.

_____
Joseph Hudson, individually

STATE OF FLORIDA
COUNTY OF SEMINOLE

Before me personally appeared Joseph Hudson, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that such person executed the same as his free act and deed.

Witness my hand and seal this 24 day of September, 2025.

_____
NOTARY PUBLIC

My Commision Expires: June 19, 2027

The Joseph Patrick Hudson Living Trust

By _____
Joseph Hudson, Trustee

STATE OF FLORIDA
COUNTY OF SEMINOLE

Before me personally appeared Joseph Hudson, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that such person executed the same as his free act and deed.

Witness my hand and seal this 24 day of September, 2025.

_____
NOTARY PUBLIC

My Commision Expires: June 19, 2027



DULCE MARIA MARRERO LOPEZ
MY COMMISSION # HH389808
EXPIRES: June 19, 2027