ORDERED.

Dated:   July 30, 2026

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**ORDER GRANTING SERVICERS' UNOPPOSED**
**MOTION TO EXTEND TRIAL ORDER DEADLINE TO EXCHANGE WITNESSES**
[RE: D.E. 823]

THIS CASE came before the Court without a hearing on Servicers' Motion to Extend Trial Order

Deadline to Exchange Witnesses (D.E. 823).  The authorized loan servicers, NewRez, LLC, Fay

-1-

-2-

Servicing, LLC, and Selene Finance, LP, request entry of an order extending the Trial Order deadline to exchange witnesses from July 17, 2026 to August 5, 2026 as to the Motions for Relief from Stay at Docket Entries 212, 213, 218, 219, 220, 221, 222, 223, 348, 350, 351, 352, 357.  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly, it is ORDERERD and ADJUDGED:

1. The Motion is GRANTED.

2. The deadline to exchange witnesses is extended from July 17, 2026 to **August 5, 2026** as to the Motions for Relief from Stay at Docket Entries 212, 213, 218, 219, 220, 221, 222, 223, 348, 350, 351, 352, 357.

###

**Order submitted by:**
*Tricia Morra*
Attorney for Movant
Aldridge Pite, LLP
404.994.7290
Email: tmorra@aldridgepite.com

Attorney Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.