**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 8:26-01636-CPM |
| | § | **Chapter 11** |
| **RAD DIVERSIFIED REIT, Inc.** | § | |
| | § | |
| DEBTOR | § | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay (Doc 891) was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 31st day of July, 2026.

/s/ Bouavone Amphone
**Bouavone Amphone**

**Via Pre-Paid U.S. Mail:**

RAD Diversified REIT, Inc.
11418 US -19N
Port Richey FL 34688

Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

**Via ECF:**

**Jessey James Krehl**
Pack Law
4649 Ponce de Leon Boulevard, Ste 405
Coral Gables, FL 33146
Email: jessey@packlaw.com

**Joseph A Pack**
Pack Law
4649 Ponce de Leon Boulevard, Ste 405
Coral Gables, FL 33146
Email: Joe@packlaw.com

*U.S. Trustee*
**United States Trustee - TPA**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 336

**Nicole Peair**
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

**John D Elrod**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
Email: elrodj@gtlaw.com

**Danielle S Kemp**
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Email: kempd@gtlaw.com

**Creditors Committee**
**Unsecured Creditors' Committee**
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
United States

# Exhibit A

# Exhibit B