**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Chapter 11

RAD DIVERSIFIED REIT, INC.                Case No. 8:26-bk-01636-CPM

      Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Patrick M. Mosley, Esq. of the law firm Spencer Fane LLP,

counsel for Silver Hill Capital, LLC in the above-captioned case, hereby requests that copies of all

notices, pleadings, and papers filed in this case be served upon the undersigned at the following

address and telephone number:

Patrick M. Mosley, Esq.
Email: pmosley@spencerfane.com
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602
Tel: (813) 424-3514
Fax: (813) 405-8904

**PLEASE TAKE NOTICE** that Silver Hill Capital, LLC intends that neither this Notice of

Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right to have final

orders in noncore matters entered only after do novo review by a District Judge, (2) the right to trial

by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this

case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory

or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments

to which Silver Hill Capital, LLC is or may be entitled under agreements, in law or in equity, all of

which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserves.

TA 447483.1

**DATED** this 3rd day of August, 2026.

*/s/ Patrick M. Mosley*
Patrick M. Mosley, Esq.
Florida Bar No. 0033735
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602
Tel: (813) 424-3514
Fax: (813) 405-8904
Email: pmosley@spencerfane.com
Email: telam@spencerfane.com
*Counsel for Silver Hill Capital, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of August, 2026, a true and correct copy of the foregoing Notice of Appearance and Request for Service has been provided by electronic notification to all parties receiving notice via CM/ECF.

*/s/ Patrick M. Mosley*
Patrick M. Mosley

20829532v1

2

TA 447483.1