**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:  RAD Diversified REIT, Inc.** | **Case No. 8:26-bk—01636-CPM** |
| **Et al** | **Chapter 11** |
| | *Jointly Administered Case* |
| **Debtors.** | |

_____/

### NOTICE OF APPEARANCE ON BEHALF OF
### CNH INDUSTRIAL CAPITAL AMERICA LLC

The undersigned counsel, Robert K. Eddy, of the law firm of Robert K. Eddy, P.A., hereby gives notice of appearance on behalf of CNH Industrial Capital America LLC, a secured creditor of Debtor, RAD Diversified REIT, Inc., herein, and requests that the Clerk of Court, pursuant to Bankruptcy Rule 2002 and Local Rule 1007-2, place the undersigned on the master mailing matrix and that copies of all pleadings, notices and other papers filed of record be served on the undersigned.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either by electronic filing or by U.S. Regular Mail this 3rd day of August 2026 to all counsel of record and: and Nicole Peair, representing the United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602.

**ROBERT K. EDDY, P.A**

   /s/ Robert K. Eddy
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Email: reddy@e-rlaw.com (Primary)
Tel: (813) 251-8800
FBN: 210501
Attorney for CNH Industrial Capital America, LLC

*File No.:7183*