ORDERED.

**Dated:  July 31, 2026**

Catherine M. McEwen
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Chapter 11
Case No. 8:26-bk-01636-CPM

**RAD Diversified REIT, Inc.,**

Debtor.

_____/

**ORDER GRANTING GITSIT SOLUTIONS, LLC'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE**
**ALTERNATIVE, REQUEST FOR ADEQUATE PROTECTION  [D.E. 539]**

**THIS MATTER** came before the Court on July 14, 2026 at 3:30 p.m. upon Gitsit

Solution, LLC's Motion for Relief from the Automatic Stay *(Re: 1928 South Hemberger Street,*

*Philadelphia, PA 19145),*  or in the Alternative, Request for Adequate Protection   [D.E. 539]

(the "Motion"). The Court having reviewed the Motion, there being no objection to the relief

requested and for the reasons stated on the record, it is, hereby

**ORDERED,** as follows:

1.      The Motion is **GRANTED**, as set forth herein.

2.      The Automatic Stay is lifted to allow Gitsit Solutions, LLC,  ("**Movant**"), its successors in interest and/or assignees, to take all necessary steps to take possession of and exercise any and all its rights in the secured collateral described as **1928 South Hemberger Street, Philadelphia, PA 19145**, and legally described as:

> The Land is described as follows:
>
> ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.
>
> SITUATE on the Westerly side of Hemberger Street at the distance of two hundred six feet five inches Southward from the Southerly side of Mifflin Street in the 48th Ward of the City of Philadelphia.
>
> CONTAINING in front or breadth on the said Hemberger Street fourteen feet two inches and extending of that width in length or depth Westward fifty-four feet to a certain three feet wide alley leading Northward and Southward and communicating at each end thereof with a three feet wide alley leading Eastward into Hemberger Street.
>
> TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys and for passageways and watercourses at all times hereafter, forever.
>
> BEING known as No. 1928 South Hemberger Street.
>
> Being the same premises which EHA Properties LLC by Deed dated 4/10/2019 and recorded 4/22/2019 in Philadelphia County as Document No. 53502753 conveyed unto 22 E Albert Properties LLC, in fee.
>
> BRT #482236900

3.      This relief is in rem only in order to allow Movant to enforce its in rem remedies against the Property, including to continue all acts necessary to secure possession of the subject Property and without further Hearing before this Court pursuant to applicable state law; however, Secured Creditor, its successors and/or assigns, shall not seek any in personam relief against the Debtor without further order of the Court.

4.      This Order shall survive conversion of this case to another Chapter of the Bankruptcy Code.

5.      It Is Further Ordered that the 14-day stay provided by Bankruptcy Rule 4001(a)(4) is waived.

6.      Attorney fees in the amount of $750.00 and costs in the amount of $199.00 are incurred in connection with this motion are approved and may be added to the secured claim.

7.      The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

### 

Submitted by:

**Melbalynn Fisher, Esq**.
Florida Bar No. 107698
bknotifications@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
10800 Biscayne Blvd., Suite 201
Miami, Florida 33161
Telephone: (305) 501.2808
Facsimile: (954) 780.5578


Melbalynn Fisher, Esq., is directed to serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service within 3 days from the date of this Order.