U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RAD DIVERSIFIED REIT, INC.                    Chapter 11

                                              Case No. 8:26-bk-01636-CPM

          Debtor.
_____/

### HILLSBOROUGH COUNTY TAX COLLECTOR'S
### NOTICE OF WITHDRAWAL OF
### NOTICES OF ADDITIONAL CREDITORS (DOC. NOS. 302, 303, 623)

Nancy C. Millan, Hillsborough County Tax Collector ("Tax Collector"), through her undersigned counsel, hereby withdraws the Notices of Additional Creditors (Doc. Nos. 302, 303) filed on April 17, 2026 and the Notice of Additional Creditors (Doc. No. 623) filed on June 18, 2026. As grounds therefore, the Tax Collector states that the 2023-2025 taxes sought to be collected by the Tax Collector are paid in full for folio A0735520014.

/s/ *Brian T. FitzGerald*
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Phone: (813) 272-5670
Fax: (813) 272-5758
fitzgeraldb@hcfl.gov
stroupj@hcfl.gov
leema@hcfl.gov
Attorney for Nancy C. Millan,
Hillsborough County Tax Collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notice via the Court's CM/ECF System to: **Matthew Fornshell, Esq.**, Ice Miller LLP, 250 West Street, Suite 700, Columbus, OH 43215-7509; **Jessey James Krehl, Esq. and Joseph A. Pack, Esq.,** Pack Law, 4649 Ponce de Leon Boulevard, Ste 405, Coral Gables, FL 33146; **US Trustee Nicole Peair, Esq.**, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, on this <u>4th</u> day of August, 2026.

/s/ *Brian T. FitzGerald*

Brian T. FitzGerald
Senior Assistant County Attorney