**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**DEBTOR'S RESPONSE IN OPPOSITION TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(249 E. Haines St., Philadelphia, PA 19144; 4994 W. Thompson St., Philadelphia, PA 19131;**
**12526 N. 19th St., Philadelphia, PA 19132; 5821 Chester Ave., Philadelphia, PA 19143)**

DDH Fund, LLC (the "**Debtor**"), by and through its undersigned counsel, files this response in opposition to the *Motion for Relief from Automatic Stay* [Dkt. No. 679] (the "**Motion**") filed by r WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST XI-A (the "**Movant**"), and says:

1.    The Motion seeks relief from the stay to pursue *in rem* relief to enforce a mortgage encumbering residential real property located at 249 E. Haines St., Philadelphia, PA 19144; 4994

W. Thompson St., Philadelphia, PA 19131; 12526 N. 19th St., Philadelphia, PA 19132; and 5821 Chester Ave., Philadelphia, PA 19143 (the "**Property**").  Debtor is the record title owner of the Property.

2.    Movant does not allege whether it has protection against any erosion of its collateral position, and does not allege it will suffer irreparable injury, loss, and damage.  Movant does not allege or identify any lack of equity or otherwise make any statement regarding the value of the Property.

3.    Essentially the only allegation in the terse three pages of the motion is that Movant has a security interest and the outstanding obligations exceed some $437,188.35.

4.    There is no stated valuation or basis for the valuation of the Property.

5.    11 U.S.C. Section 362(g)(1) provides that the party requesting stay relief has the burden of proof on the issue of the debtor's equity in property.  Movant has failed to allege the minimal facts necessary to give rise to a genuine issue of material fact.

6.    On the application of the Debtors [Dkt. No. 243], Soldnow, LLC dba Tranzon Driggers was retained to conduct auctions of some or all of the parcels of real property owned by the Debtors [Dkt. No. 418].  At auction, Movant would have the right to credit bid the mortgage indebtedness, and the Debtor would have the opportunity to realize any equity in the Property for the benefit of investors and unsecured creditors.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order: (a) denying the Motion; and (b) granting such other and further relief in Debtor's favor it deems just and proper.

Dated: August 4, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:  _/s/ Jessey J. Krehl_
    Joseph A. Pack
    Email:  joe@packlaw.com
    Florida Bar No. 117882
    Jessey J. Krehl
    Email:  jessey@packlaw.com
    Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and was transmitted to Epiq Corporate Restructuring, LLC for service in accordance with the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:  _/s/ Jessey J. Krehl_
    Jessey J. Krehl

3