**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**MONTHLY STAFFING REPORT OF GGG PARTNERS, LLC OF**
**COMPENSATION EARNED AND EXPENSES INCURRED**
**FOR THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026**

| | |
|---|---|
| Name of Applicant: | GGG Management, LLC |
| Authorized to Provide Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | Effective as of March 1, 2026 [Dkt. No. 171] |
| Compensation Period: | July 1, 2026 – July 31, 2026 |
| Amount of Compensation: | $31,682.70 |
| Amount of Expense Reimbursement: | $80.00 |

**COMPENSATION BY INDIVIDUAL SUMMARY FOR
THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026**

| Professional | Title | Rate Per Hour | Total Hours | Total Amount |
|---|---|---|---|---|
| Katie Goodman | Managing Partner | $495.00 | 46.4 | $22,968.00 |
| Adam Cohen | Member | $450.00 | 17..2 | $7,740.00 |
| Dan Cooper | Partner | $285.00 | 3.4 | $974.70 |
| | | **Total Billed:** | **67.0** | **$31,682.70** |

**COMPENSATION BY CATEGORY SUMMARY FOR
THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026**

| Task Description | Total Hours | Total Amount |
|---|---|---|
| Case Administration and Reporting | 18.1 | $7,715.70 |
| Court Hearings | 0.6 | $297.010 |
| General Administration | 42.5 | $20,799.00 |
| Plan Analysis and Support | 5.8 | $2,871.00 |
| **Total Billed:** | **67.0** | **$31,682.710** |

**EXPENSES FOR THE PERIOD OF JULY 1, 2026 THROUGH JULY 31, 2026**

| Expense Description | Total Amount |
|---|---|
| Notary Fees | $80.00 |

2



INVOICE

From  **GGG Partners, LLC**
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

Invoice ID | RADD20260731
Issue date | 08/01/2026
Due date | 08/01/2026 (upon receipt)

| Date | Consultant | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 7/31/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | Plan Analysis and Support | Call with J. Krehl and committee counsel |
| 7/31/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review additional items TSS |
| 7/31/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Call with internal team |
| 7/31/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Pay UST Fees |
| 7/30/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Discussion with D. Mendenhall re: entities to file |
| 7/30/2026 | Katie Goodman | 1.00 | 495.00 | 495.00 | General Administration | Review subpoena and SEC suit |
| 7/30/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Respond to questions re: entities, transfers and other |
| 7/30/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Review note regarding handling of 7 Rivers LOC |
| 7/30/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Review and approve payments for maintenance |
| 7/29/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Update call with M. Roye |
| 7/29/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Review property items and sales, information on leases |
| 7/29/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review and follow up on tax items |
| 7/29/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with H. Levenberg regarding crypto |
| 7/29/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Setup contractor payment |
| 7/28/2026 | Katie Goodman | 0.90 | 495.00 | 445.50 | General Administration | Follow up on TSS and filing, calls re: same |
| 7/27/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Plan Analysis and Support | Review information relating to TSS |
| 7/27/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Respond to creditors |
| 7/27/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review and send information to M. Rankin |
| 7/27/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Discussion with Tranzon & Pack Law |
| 7/27/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay I/Cs |
| 7/27/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Download bank activity |
| 7/27/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Emails with K. Poynts regarding evictions |
| 7/24/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Reply to Examiner about 7 Rivers questions |
| 7/24/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up on request IRS and other |
| 7/24/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Discussion with M. Yip and counsel |
| 7/24/2026 | Katie Goodman | 1.20 | 495.00 | 594.00 | Plan Analysis and Support | Review disclosure statement |
| 7/24/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | Plan Analysis and Support | Review items relating to Seven Rivers |
| 7/23/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with Synovus on signed bank letter |
| 7/23/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Approve maintenance payments |
| 7/23/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | Plan Analysis and Support | Review transfers |
| 7/22/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Reach out to CPA for tax prep support |
| 7/22/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay I/C |
| 7/22/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Discuss tax returns with potential tax preparer |
| 7/22/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Work on property and sale items |
| 7/22/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Discussion with D. Mendenhall regarding entities and information |
| 7/22/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Calls with J. Pack re: various items including entities |
| 7/22/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on outstanding items |
| 7/21/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Review Foothills cash flow |
| 7/21/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with Appfolio rep on setup and address |
| 7/21/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and follow up on TSS items |
| 7/21/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up and respond on property questions |
| 7/21/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review information on Foothills |
| 7/20/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Pay contractors and Independent director |
| 7/20/2026 | Adam Cohen | 0.90 | 450.00 | 405.00 | Case Administration and Reporting | Follow up with P. Brooking and G. O'Brien regarding RADD Foothills transfer |
| 7/20/2026 | Katie Goodman | 0.90 | 495.00 | 445.50 | General Administration | Follow up on entity items |
| 7/19/2026 | Katie Goodman | 0.90 | 495.00 | 445.50 | General Administration | Review and respond to information from investors |
| 7/19/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Respond to investors |
| 7/18/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | Plan Analysis and Support | Review draft of disclosure statement |
| 7/18/2026 | Katie Goodman | 1.80 | 495.00 | 891.00 | General Administration | Discussion with Pack Law re: Foothills and review additional information |
| 7/17/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | General Administration | Call with contractors |
| 7/17/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | General Administration | Follow up with P. Brooking on maintenance issues |
| 7/17/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Update call with M. Roye |
| 7/17/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | Case Administration and Reporting | Review MOR |
| 7/17/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review and respond re: property items |
| 7/16/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Approve invoices from P. Brooking |
| 7/16/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Pull bank detail for P. Brooking |
| 7/16/2026 | Adam Cohen | 1.40 | 450.00 | 630.00 | Case Administration and Reporting | Prepare MORs for June |
| 7/16/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | Plan Analysis and Support | Review plan items |
| 7/15/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up on insurance claim pre-petition |
| 7/15/2026 | Katie Goodman | 1.70 | 495.00 | 841.50 | General Administration | Review information relating to entities |
| 7/14/2026 | Adam Cohen | 0.80 | 450.00 | 360.00 | Case Administration and Reporting | Update cash collateral budget exhibits |



**INVOICE**

From | **GGG Partners, LLC**
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

Invoice ID | **RADD20260731**
Issue date | 08/01/2026
Due date | 08/01/2026 (upon receipt)

| Date | Consultant | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 7/14/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay CSC invoice |
| 7/14/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Discussion with J. Pack, J. Krehl and D. Mendenhall |
| 7/14/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Court Hearings | Participate in hearing |
| 7/14/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | Plan Analysis and Support | Review information and participate in call with UCC counsel and Pack Law |
| 7/14/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Discussion with Pack Law and E. Lyons |
| 7/14/2026 | Katie Goodman | 1.00 | 495.00 | 495.00 | General Administration | Calls with J. Pack / Pack Law regarding status and follow up |
| 7/13/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Call with Tranzon and Debtor Counsel regarding sale status |
| 7/13/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up on MD Cert of Good Standing and send to Appfolio |
| 7/13/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 7/13/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Update cash collateral budget and send |
| 7/13/2026 | Katie Goodman | 1.20 | 495.00 | 594.00 | General Administration | Review information regarding potential claims and entities |
| 7/13/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review and execute property sale documents |
| 7/13/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Review sale information and call with Tranzon / Pack Law |
| 7/13/2026 | Dan Cooper | 0.50 | 285.00 | 142.50 | Case Administration and Reporting | Foothills investor list |
| 7/12/2026 | Katie Goodman | 1.00 | 495.00 | 495.00 | General Administration | Review information relating to transfers |
| 7/12/2026 | Dan Cooper | 2.00 | 285.00 | 570.00 | Case Administration and Reporting | Create journal reports related to DHI |
| 7/11/2026 | Katie Goodman | 2.00 | 495.00 | 990.00 | General Administration | Review information on properties |
| 7/11/2026 | Katie Goodman | 2.50 | 495.00 | 1,237.50 | General Administration | Calls with J. Pack re: case status and follow up |
| 7/10/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractor |
| 7/10/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Build insurance list for UST |
| 7/10/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Call with I/C team |
| 7/10/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Review list of sold properties and send to I/C team |
| 7/10/2026 | Katie Goodman | 1.20 | 495.00 | 594.00 | General Administration | Review / sign final sale docs for property |
| 7/9/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Follow up with J Barber on sale questions |
| 7/9/2026 | Katie Goodman | 1.30 | 495.00 | 643.50 | General Administration | Property sale items including review / sign sale documents |
| 7/8/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Follow up with P. Brooking on property repairs and tenant evictions |
| 7/8/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with Tranzon regarding properties to sell |
| 7/8/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on property sales |
| 7/7/2026 | Adam Cohen | 1.40 | 450.00 | 630.00 | Case Administration and Reporting | Update cash collateral budget and send |
| 7/7/2026 | Katie Goodman | 1.50 | 495.00 | 742.50 | Case Administration and Reporting | Review expense files and related TSS |
| 7/7/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | Case Administration and Reporting | Review and comment on budget |
| 7/7/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Review and respond to creditor questions re: claims |
| 7/6/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 7/6/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Send bank data to P. Brooking for coding |
| 7/6/2026 | Adam Cohen | 0.80 | 450.00 | 360.00 | Case Administration and Reporting | Work on cash collateral budget update |
| 7/6/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with CSC regarding certificate of good standing |
| 7/6/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | Case Administration and Reporting | |
| 7/6/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Respond to creditor questions |
| 7/6/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on tax items |
| 7/3/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review and respond to questions on filing claims |
| 7/2/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay Hillsborough business license |
| 7/2/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Prepare and send monthly invoice |
| 7/2/2026 | Katie Goodman | 2.70 | 495.00 | 1,336.50 | General Administration | Review and execute closing documents |
| 7/2/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Discussions with title company |
| 7/2/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Review and sign lot sale agreements |
| 7/1/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | Case Administration and Reporting | Follow up with CSC on MD Certificate |
| 7/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Review contractor invoices and approve |
| 7/1/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | Case Administration and Reporting | Review claims |
| 7/1/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Review and complete corporate forms |
| 7/1/2026 | Dan Cooper | 0.90 | 285.00 | 262.20 | Case Administration and Reporting | Create reporting of amounts paid by vendor for The Seminar Solutions |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | 67.00 | | 31,682.70 | |
| **Expenses** | | | | 80.00 | |
| **Total Invoice** | | | | 31,762.70 | |



## INVOICE

From  **GGG Partners, LLC**
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

| | |
|---|---|
| Invoice ID | **RADD20260731** |
| Issue date | 08/01/2026 |
| Due date | 08/01/2026 (upon receipt) |

**Hours Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Plan Analysis and Support | Total |
|---|---|---|---|---|---|
| Adam Cohen | 11.9 | – | 5.3 | – | **17.2** |
| Dan Cooper | 3.4 | – | – | – | **3.4** |
| Katie Goodman | 2.8 | 0.6 | 37.2 | 5.8 | **46.4** |
| **Total** | **18.1** | **0.6** | **42.5** | **5.8** | **67.0** |

**Billing Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Plan Analysis and Support | Total |
|---|---|---|---|---|---|
| Adam Cohen | 5,355.00 | – | 2,385.00 | – | **7,740.00** |
| Dan Cooper | 974.70 | – | – | – | **974.70** |
| Katie Goodman | 1,386.00 | 297.00 | 18,414.00 | 2,871.00 | **22,968.00** |
| **Total** | **7,715.7** | **297.0** | **20,799.00** | **2,871.00** | **31,682.70** |