**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc. | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1.      The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on August 11, 2026 at 4:00 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> *Debtor's Expedited Motion (a) to Confirm Sale of Real Property, (b) to Authorize Distributions at Closing, (c) to Establish Good Faith of Purchasers, and (d) for Related Relief (1611 West Sales Yard Road, Emmett, Idaho)* [Dkt. No. 912].

2.      All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 5, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:   */s/ Joseph A. Pack*
     Joseph A. Pack
     Email: joe@packlaw.com
     Florida Bar No. 117882
     Jessey J. Krehl
     Email: jessey@packlaw.com
     Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2026, the foregoing document:

a.  was filed the foregoing document with the Clerk of the Court using CM/ECF;

b.  was served by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case;

c.  was served by first class U.S. Mail, postage prepaid on Gem County, Idaho, 415 E. Main St., Emmett, ID 82617;

d.  was served by first class U.S. Mail, postage prepaid and electronic mail on Joseph Hudson, 1731 Perch Lane, Sanford, FL 32771, hudsonjp@bellsouth.net;

e.  was served by first class U.S. Mail, postage prepaid on 7 Rivers Auction House LLC, 1611 West Sales Yard Rd., Emmett, ID 83617-9419 and P.O. Box 398, Emmett, ID 83617-0398;

f.  was served by first class U.S. Mail, postage prepaid on 7 Rivers Livestock Commission, LLC, 1611 West Sales Yard Rd., Emmett, ID 83617-9419, P.O. Box 398, Emmett, ID 83617-0398, and c/o its Registered Agent, Dutch Mendenhall, 1611 West Sales Yard Rd., Emmett, ID 83617; *and*

g.  was transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on the Interested Parties and those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:  */s/ Joseph A. Pack*
        Joseph A. Pack