

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/04/2026 03:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|

**8:26-bk-01636-CPM**          **11**          **03/01/2026**

**Chapter 11**

**DEBTOR:**          RAD Diversified REIT, Inc.

**DEBTOR ATTY:**   **Matthew Fornshell**

**TRUSTEE:**          **NA**

**HEARING:**

Motion to Waive Chapter 11 Operating Guideline Eequirements for Proof of Property/Casualty Insurance Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #677
.

**APPEARANCES:**:
AAPPEARANCES: via Zoom: Jay Passer, Jessey Krehl, John Elrod, Katie Goodman, Nicole Peair, Donna Glick

**RULING:**
Motion to Waive Chapter 11 Operating Guideline Eequirements for Proof of Property/Casualty Insurance Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #677 ...Granted - Order by Krehl...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.