**UNITED STATES BANKRUPTCY COURTON**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

                                             Case No.: 8:26-bk-01636-CPM
                                                     Chapter 11

**RAD Diversified REIT, Inc,**

    Debtor.

_____/

<u>**CERTIFICATE OF SERVICE**</u>

      **I HEREBY CERTIFY** that on August 6, 2026,  a conformed copy of

Order Granting Motion For Relief From Stay for GITSIT Solutions, LLC *[D.E. 934] (Related*

*Doc # [539])* was served upon all counsel of record via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

**Dated: August 6, 2026**

                                        Respectfully submitted:

                                        **GHIDOTT │ BERGER, LLP**
                                        *Attorneys for Secured Creditor*
                                        10800 Biscayne Blvd, Suite 201
                                        Miami, Florida 33161
                                        Telephone: (305) 501.2808
                                        Facsimile: (954) 780.5578

                                        By: <u>/s/ Melbalynn Fisher</u>
                                            Melbalynn Fisher, Esq.
                                          Florida Bar No. 107698
                                          mfisher@ghidottiberger.com

*Case No.: 26-bk-01636-CPM*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**RAD Diversified REIT, Inc.**
11418 US-19 N.
Port Richey, FL 34688

*Debtors Counsel*
**Jessey James Krehl**
jessey@packlaw.com

**Joseph A Pack**
Joe@packlaw.com

*Creditor Committee*
**Unsecured Creditors' Committee**
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

*U.S. Trustee*
**United States Trustee - TPA**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

*Counsel for Creditor Committee*
**John D Elrod**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305

*Counsel for U.S Trustee*
**Nicole Peair**
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602

**Danielle S Kemp**
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602

**20 Largest Unsecured Creditors**

**Premier Networks Inc**
C/O McGlinchey Stafford
10375 Centurion PKWY, STE 420
Jacksonville, FL 32256

**Legno Construction Inc.**
Attn: Christiano
3421 Morrell Ave
Phila, PA 19114

**ADO Professionals Solutions Inc**
4800 Deerwood Campus PKWY, Bldg 800
Jacksonville, FL 32246

**Arneberg Lora**
507 N. Athur St
New Harmony, IN 47631

**Jacar Investments LLC**
c/o Savage Villoch Law PLLC
Attn: Robert K Savage, Esq
400 N Tampa St, Ste 2820
Tampa, FL 33602

**Bridgestone HosePower**
50 Industrial Loop N
Orange Park, FL 32073

**Hemphill, Steven L**
5855 Midnight Pass RD, Unit 215
Sarasota, FL 34242

**Boston National LLC**
Two Radnor Corporation Center
100 Matsonford Rd
Radnor, PA 19087

**PKB Architects Inc**
c/o Strean Kim Hicks Wrage & Alfaro PC
Attn: T. Stream, S. Devore
3403 10th St, Ste 700
Riverside, CA 92501

**Lowes**
1000 Lowes Bloulevard
Mooresville, NC 28117

**Katz Barsky LLC / KBK Law Group**
Attn: Katz Jeffery
100 S Broad Street, Suite 1205
Philadelphia, PA 19110

**American Express Card**
200 Vesey Street
New York, NY 10285-3106

**Veiga Construction An Remodeling LLC**
Attn: Veiga, Rojelio
136 Columbia Ave
Phoenixville, PA 19460

**Shore to Shore Title LLC**
2255 Glades Road, Suite 2341A
Boca Raton, FL 33431

**Valet Living, LLC**
10150 Highland Manor Dr, Suite 120
Tampa, FL 33160

**PECO**
P.O. Box 37629
Philadelphia, PA 19101

By: /s/ Melbalynn Fisher
        Melbalynn Fisher, Esq.