**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 8:26-bk-01636-CPM |
| RAD Diversified REIT, Inc.; | |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | **Ref Docket Nos. 942 – 944** |

**CERTIFICATE OF SERVICE**

I, JACK LAWRENCE, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced documents were electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On August 5, 2026, I caused to be served the:

    a. "Debtor's Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures; and (C) for Other Relief," dated August 5, 2026 [Docket No. 942], (the "Residences Sale Motion"),

    b. "Debtor's Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Sale Procedures and Terms; and (C) for Other Relief," dated August 5, 2026 [Docket No. 943], (the "1336 Argus Sale Motion"), and

    c. "Notice of Preliminary Hearing," dated August 5, 2026 [Docket No. 944], (the "Preliminary Hearing Notice"),

by causing true and correct copies of the:

    i. Residences Sale Motion, 1336 Argus Sale Motion, and Preliminary Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. Residences Sale Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. 1336 Argus Sale Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv. Preliminary Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

    v. Residences Sale Motion, 1336 Argus Sale Motion, and Preliminary Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

    vi. Residences Sale Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit F,

    vii. 1336 Argus Sale Motion to be delivered via electronic mail to those parties listed on the annexed Exhibit G, and

    viii. Preliminary Hearing Notice to be delivered via electronic mail to the party listed on the annexed Exhibit H.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jack Lawrence*
Jack Lawrence

# EXHIBIT A

| Name | Address |
| --- | --- |
| INTERNAL REVENUE SERVICE | PO BOX 932100    LOUISVILLE KY 40293-2100 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES - INSOLVENCY PO BOX 7346   PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13    GEORGETOWN DE 19947 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST    WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET    PHILADELPHIA PA 19106 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 NORTH TAMPA ST    TAMPA FL 33602 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 300 N. HOGAN ST STE 700   JACKSONVILLE FL 32202 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 W. WASHINGTON STREET STE 3100   ORLANDO FL 32801 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 2110 FIRST STREET SUITE 3-137   FT MYERS FL 33901 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 35 S.E. 1ST AVENUE SUITE 300   OCALA FL 34471 UNITED STATES OF AMERICA |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211   TRENTON NJ 08625-0211 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. TAHESHA L. WAY, ESQ LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST  HARRISBURG PA 17120 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8  AUSTIN TX 78701 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427    HARRISBURG PA 17128-0427 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905    HARRISBURG PA 17128-0905 UNITED STATES OF AMERICA |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE   WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: JAMES UTHMEIER PL-01, THE CAPITOL   TALLAHASSEE FL 32399-1050 UNITED STATES OF AMERICA |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548   AUSTIN TX 78711-2548 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION   AUSTIN TX 78711-3528 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST   AUSTIN TX 78774 UNITED STATES OF AMERICA |

## Total Count: 23

# EXHIBIT B

| Name | Address |
|------|---------|
| CITY OF DREAM 2025, LLC | 1010 MULBERRY ST.    BROOKHAVEN PA 19015 UNITED STATES OF AMERICA |
| DEBRA AUTREY | ADDRESS ON FILE |
| FELICA JEFFERS | ADDRESS ON FILE |
| LEAH BISHOP | ADDRESS ON FILE |
| LOURDES MOTTA | ADDRESS ON FILE |
| MALIA BRIGHT | ADDRESS ON FILE |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF COMPLIANCE, LIEN SECTION  P.O. BOX 280948 HARRISBURG, PA 171   HARRISBURG PA 17128-0948 UNITED STATES OF AMERICA |
| WAYNE BAILEY | ADDRESS ON FILE |
| YASMINE BOUIE | ADDRESS ON FILE |

# Total Count: 9

# EXHIBIT C

| Name | Address |
| --- | --- |
| ARNOLD E. BRUNSON | ADDRESS ON FILE |
| DEBRA AUTREY | ADDRESS ON FILE |
| EAST REGION TAX AUCTION LLC | 10 STERLING BLVD., STE. 302   ENGLEWOOD NJ 07631-4835 UNITED STATES OF AMERICA |
| EAST REGION TAX AUCTION, LLC | CO PLUESE, BECKER, SALTZMAN & THOMAS, LLC 20000 HORIZON WAY, SUITE 900   MOUNT LAUREL NJ 08054 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF COMPLIANCE, LIEN SECTION P.O. BOX 280948   HARRISBURG PA 17128-0948 UNITED STATES OF AMERICA |
| SHARDAE FLEMING | ADDRESS ON FILE |
| TARNISHA Y. WATTS | ADDRESS ON FILE |

# Total Count: 7

**EXHIBIT D**

| Name | Address |
|---|---|
| 7 RIVERS AUCTION HOUSE LLC | 1611 WEST SALES YARD RD    EMMETT ID 83617-9419 UNITED STATES OF AMERICA |
| 7 RIVERS AUCTION HOUSE LLC | P.O. BOX 398    EMMETT ID 83617-0398 UNITED STATES OF AMERICA |
| 7 RIVERS LIVESTOCK COMMISSION, LLC | 1611 WEST SALES YARD RD    EMMETT ID 83617-9419 UNITED STATES OF AMERICA |
| 7 RIVERS LIVESTOCK COMMISSION, LLC | P.O. BOX 398    EMMETT ID 83617-0398 UNITED STATES OF AMERICA |
| 7 RIVERS LIVESTOCK COMMISSION, LLC | C/O ITS REGISTERED AGENT DUTCH MENDENHALL 1611 WEST SALES YARD RD  EMMETT ID 83617 UNITED STATES OF AMERICA |
| GEM COUNTY, IDAHO | 415 E MAIN ST    EMMETT ID 82617 UNITED STATES OF AMERICA |
| HUDSON, JOSEPH P | ADDRESS ON FILE |

# Total Count: 7

**EXHIBIT E**

| Name | Email |
| --- | --- |
| AMR LAW FIRM, P.A. | angela@amrlawfirm.com |
| BAKER & HOSTETLER LLP | alayden@bakerlaw.com; orlbankruptcy@bakerlaw.com;dmerola@bakerlaw.com |
| BURR & FORMAN LLP | kriordan@burr.com;mlucca-cruz@burr.com |
| BURR & FORMAN LLP | gbridges@burr.com;nwmosley@burr.com |
| CITY OF PHILADELPHIA LAW DEPARTMENT | Megan.Harper@phila.gov |
| FLORIDA DEPT OF REVENUE | EMAILDOR@FLORIDAREVENUE.COM |
| GENDLER AND GENDLER, PLLC | mmitra@gendlerlawyers.com |
| GREENBERG TRAURIG, LLP | elrodj@gtlaw.com |
| GREENBERG TRAURIG, P.A. | newmanar@gtlaw.com |
| GREENBERG TRAURIG, P.A. | kempd@gtlaw.com |
| OFFICE OF SEC. OF STATE OF FLORIDA | SECRETARYOFSTATE@DOS.MYFLORIDA.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | TERESA.DORR@USDOJ.GOV;  NICOLE.W.PEAIR@USDOJ.GOV; GUY.A.VANBAALEN@USDOJ.GOV |
| PADGETT LAW GROUP | Seth.Greenhill@padgettlawgroup.com |
| PASCO COUNTY, FLORIDA | asalzano@mypasco.net |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-HBG-TA-EM@PA.GOV |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-PHI-TA-EM@PA.GOV |
| ROBERT K EDDY, PA | reddy@e-rlaw.com |
| SECURITIES AND EXCHANGE COMMISSION | MIAMI@SEC.GOV |
| SOUTHRON FIRM, P.A | joe@southronfirm.com;eservice@southronfirm.com |
| SPENCER FANE LLP | kwright@spencerfane.com; cgipson@spencerfane.com; afoster@spencerfane.com |
| SPENCER FANE LLP | pmosley@spencerfane.com |
| SPENCER FANE, LLP | wgrimsley@spencerfane.com; kwright@spencerfane.com;cgipson@spencerfane.com; afoster@spencerfane.com |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| U.S. ATTORNEY'S OFFICE | Christopher.Emden@usdoj.gov |
| YIP ASSOCIATES | myip@yipcpa.com |

# Total Count: 37

**EXHIBIT F**

| Name | Email |
| --- | --- |
| DEBRA AUTREY | ADDRESS ON FILE |
| FELICA JEFFERS | ADDRESS ON FILE |
| LEAH BISHOP | ADDRESS ON FILE |
| LOURDES MOTTA | ADDRESS ON FILE |
| MALIA BRIGHT | ADDRESS ON FILE |
| WAYNE BAILEY | ADDRESS ON FILE |
| YASMINE BOUIE | ADDRESS ON FILE |

# Total Count: 7

**EXHIBIT G**

| Name | Email |
|---|---|
| ARNOLD E. BRUNSON | ADDRESS ON FILE |
| DEBRA AUTREY | ADDRESS ON FILE |
| SHARDAE FLEMING | ADDRESS ON FILE |
| TARNISHA Y. WATTS | ADDRESS ON FILE |

# Total Count: 4

**EXHIBIT H**

| Name | Email |
| --- | --- |
| HUDSON, JOSEPH P | ADDRESS ON FILE |

# Total Count: 1