UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

RAD DIVERSIFIED REIT, INC.,

CASE NO.: 8:26-bk-01636-CPM
CHAPTER 11
JUDGE CATHERINE PEEK MCEWEN

Debtor(s).

/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

*Subject Property:907 CENTERBROOK DR, BRANDON, FL 33511*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318

By: /s/ Ida Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No. 56395
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
imoghimi-kian@dallegal.com

File No. 8011-238207

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, August 11, 2026, a copy of the foregoing was

served via the court's ECF system on these entities and individuals who are listed on the Court's

Electronic Mail Notice List:

MATTHEW FORNSHELL
ICE MILLER LLP
250 WEST STREET, SUITE 700
COLUMBUS, OH 43215-7509
*Attorney for Debtor(s)*

JESSEY JAMES KREHL
JOSEPH PACK
4649 PONCE DE LEON BLVD SUITE 1200
CORAL GABLES, FL 33602
*Attorney for Debtor*

UNITED STATES TRUSTEE - TPA 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

NICOLE PEAIR
TIMBERLAKE ANNEX
501 E POLK STREET SUITE 1200
TAMPA, FL 33602
*Counsel for U.S. Trustee*

UNSECURED CREDITORS' COMMITTEE
C/O GREENBERG TRAURIG
JOHN D ELROD
DANIELLA S KEMP
3333 PIEDMONT ROAD, NE
SUITE 2500
ATLANTA, GA 30305
*Creditor Committee*

And by regular U.S. Mail, postage pre-paid on:

RAD DIVERSIFIED REIT, INC.
JOINTLY ADMINISTERED WITH
26-BK-01637-CPM, 26-BK-01638-CPM,
26-BK-01639-CPM, 26-BK-01640-CPM
11418 US-19 N.
PORT RICHEY, FL 34688
*Debtor(s)*

By:  /s/ Ida Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No. 56395
imoghimi-kian@dallegal.com