

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/11/2026 04:00 PM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:**         RAD Diversified REIT, Inc.


**DEBTOR ATTY:**   **Matthew Fornshell**

**TRUSTEE:**        **NA**

**HEARING:**

*1. Motion for Relief from Stay. (Fee Paid.) Re: 4147 NORTH 9TH
STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill
on behalf of Creditor Kiavi Funding Inc Doc #110
*2. Motion for Relief from Stay. (Fee Paid.) Re: 1745 NORTH
WILTON STREET, PHILADELPHIA, PA 19131. Filed by Seth J
Greenhill on behalf of Creditor Kiavi Funding Inc Doc #111
*3. Motion for Relief from Stay. (Fee Paid.) Re: 340 WEST
BERKLEY STREET, PHILADELPHIA, PA 19144. Filed by Seth J
Greenhill on behalf of Creditor Kiavi Funding Inc Doc #112
*4. Motion for Relief from Stay. (Fee Paid.) Re: 6439 N
BEECHWOOD ST, PHILADELPHIA, PA 19138. Filed by Seth J
Greenhill on behalf of Creditor Kiavi Funding Inc Doc #125
*5. Motion for Relief from Stay. (Fee Paid.) Re: 2030 EAST
LEHIGH AVENUE, PHILADELPHIA, PA 19125. Filed by Seth J
Greenhill on behalf of Creditor Kiavi Funding Inc Doc #126
*6. Motion for Relief from Stay. (Fee Paid.) Re: 1336 EAST
RITTENHOUSE STREET, PHILADELPHIA, PA 19138. Filed by
Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc
#127
*7. Motion for Relief from Stay. (Fee Paid.) Re: 4047 NORTH
6TH STREET, PHILADELPHIA, PA 19140. Filed by Seth J
Greenhill on behalf of Creditor Kiavi Funding Inc Doc #128
8. Motion for Relief from Stay. (Fee Paid.) Re: 1456 N ITHAN
STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill
on behalf of Creditor Kiavi Funding Inc Doc #129
*9. Motion for Relief from Stay. (Fee Paid.) Re: 2326 ALMOND
STREET, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill
on behalf of Creditor Kiavi Funding Inc Doc #130

*10. Motion for Relief from Stay. (Fee Paid.) Re: 8609 BAYARD ST, PHILADELPHIA, PA 19150. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #131

11. Motion for Relief from Stay. (Fee Paid.) Re: 5533 BLOYD STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #143

*12. Motion for Relief from Stay. (Fee Paid.) Re: 436 NORTH WILTON STREET, PHILADELPHIA, PA 19139. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #164

*13. Motion for Relief from Stay. (Fee Paid.) Re: 7307 KINGLET PL, PHILADELPHIA, PA 19153. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #165

*14. Motion for Relief from Stay. (Verify Fee)
Re: 5731 Hazel Avenue, Philadelphia, Pennsylvania 19143. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 Doc #578
- Response to Motion for Relief from Automatic Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[578]). (Krehl, Jessey) Doc #937

*15. Motion for Relief from Stay. (Fee Paid.)
Re: 11418 11434 U.S. Highway 10 North, Port Richey, FL 34668. Filed by Angela M Reimer on behalf of Creditor victor and susan Cave (Attachments: # [1] Certificate of Service # [2] Mortgage # [3] Note # [4] Payment Terms # [5] Settlement # [6] Exhibit # [7] Exhibit # [8] Exhibit) Doc #580

*16. Motion for Relief from Stay. (Fee Paid.)
Re: 5548 Upland St, Philadelphia, Pennsylvania 19143-5624. Contains negative notice. Filed by Travis Bailey on behalf of Creditor SELENE FINANCE LP, AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I Doc #582
- Response to Motion for Relief from Automatic Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[582]). (Krehl, Jessey) Doc #938

*17. Motion for Adequate Protection
Regarding 200 Grant Street, Riverside, NJ 08075 Filed by Laura E Noyes on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust (Attachments: # [1] Exhibit A # [2] Proposed Order # [3] Certificate of Service) Doc #583

*18. Motion for Relief from Stay. (Fee Paid)
Re: 220 N Simpson St, Philadelphia, PA 19139. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor Brighthouse Life Insurance Company Modified on 6/17/2026 (LC). Doc #593

*19. Motion for Relief from Stay. (Fee Paid.)
Re: 5920 Chestnut St, Philadelphia, PA 19139. Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust Company, National Association Doc #627

*20. Motion for Relief from Stay. (Verify Fee)
Re: 2144 N Natrona St, Philadelphia, PA 19121. Filed by Gavin Stewart on behalf of Creditor Fay Servicing, LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5]

Exhibit E) Doc #673

*21. Motion for Relief from Stay. (Fee Paid)
Re: (property addresses: 249 E. Haines St., Philadelphia, PA 19144; 4994 W. Thompson St., Philadelphia, PA 19131; 12526 N. 19th St., Philadelphia, PA 19132; 5821 Chester Ave., Philadelphia, PA 19143. Contains negative notice. Filed by Christian Savio on behalf of Creditor Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A, Modified on 6/25/2026 (JCM). Doc #679

- Response to Motion for Relief from Automatic Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[679]). (Krehl, Jessey) Doc #939

*22. Amended Motion for Adequate
Protection Payments as to the property located at 200 Grant Street, Riverside, NJ 08075 or, in the alternative, for Relief from Automatic Stay (Filing Fee Not Paid on Previous Motion) Filed by Laura E Noyes on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust (related document(s)[583]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #684

~$23.   Expedited Motion to (A) Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[559], [390]). (Attachments: # [1] Exhibit A # [2] Exhibit B) Doc #912

.

**APPEARANCES:**:   via zoom: Nicole Peair, Angela Reimer, Anthony Salzano, Christian Savio, Ellen Lyons, Gavin Stewart, Jessey Krehl, John Elrod, Jon Barber, Katie Goodman, Samantha Kelley, Seth Greenhill, Tanya Yatsco, Ruediger Mueller, Tricia Morra, Travis Bailey

:

**RULING:**   Items 1 -13 Continued to 09/24/2026 at 4:00 pm by way of Order Granting Motion to Contine (Doc 951)
*1. Motion for Relief from Stay. (Fee Paid.) Re: 4147 NORTH 9TH
STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #110:

*2. Motion for Relief from Stay. (Fee Paid.) Re: 1745 NORTH WILTON STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #111

*3. Motion for Relief from Stay. (Fee Paid.) Re: 340 WEST BERKLEY STREET, PHILADELPHIA, PA 19144. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #112

*4. Motion for Relief from Stay. (Fee Paid.) Re: 6439 N BEECHWOOD ST, PHILADELPHIA, PA 19138. Filed by Seth J

Greenhill on behalf of Creditor Kiavi Funding Inc Doc #125

*5. Motion for Relief from Stay. (Fee Paid.) Re: 2030 EAST LEHIGH AVENUE, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #126

*6. Motion for Relief from Stay. (Fee Paid.) Re: 1336 EAST RITTENHOUSE STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #127

*7. Motion for Relief from Stay. (Fee Paid.) Re: 4047 NORTH 6TH STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #128

8. Motion for Relief from Stay. (Fee Paid.) Re: 1456 N ITHAN STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #129

*9. Motion for Relief from Stay. (Fee Paid.) Re: 2326 ALMOND STREET, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #130

*10. Motion for Relief from Stay. (Fee Paid.) Re: 8609 BAYARD ST, PHILADELPHIA, PA 19150. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #131

11. Motion for Relief from Stay. (Fee Paid.) Re: 5533 BLOYD STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #143

*12. Motion for Relief from Stay. (Fee Paid.) Re: 436 NORTH WILTON STREET, PHILADELPHIA, PA 19139. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #164

*13. Motion for Relief from Stay. (Fee Paid.) Re: 7307 KINGLET PL, PHILADELPHIA, PA 19153. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #165

*14. Motion for Relief from Stay. (Verify Fee) Re: 5731 Hazel Avenue, Philadelphia, Pennsylvania 19143. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund

Society, FSB, not in its individual capacity but solely as Owner
Trustee of CIM Trust 2023-I1 Doc #578: Continued in open court to 09/15/2026 at 3:30 pm, no further notice given.

- Response to Motion for Relief from Automatic Stay Filed by
Jessey James Krehl on behalf of Debtor RAD Diversified REIT,
Inc. (related document(s)[578]). (Krehl, Jessey) Doc #937

*15. Motion for Relief from Stay. (Fee Paid.)
Re: 11418 11434 U.S. Highway 10 North, Port Richey, FL 34668.
Filed by Angela M Reimer on behalf of Creditor victor and susan
Cave (Attachments: # [1] Certificate of Service # [2] Mortgage #
[3] Note # [4] Payment Terms # [5] Settlement # [6] Exhibit # [7]
Exhibit # [8] Exhibit) Doc #580: Granted; Order/Reimer

*16. Motion for Relief from Stay. (Fee Paid.)
Re: 5548 Upland St, Philadelphia, Pennsylvania 19143-5624.
Contains negative notice. Filed by Travis Bailey on behalf of
Creditor SELENE FINANCE LP, AS SERVICER IN FACT FOR
WILMINGTON TRUST, NATIONAL ASSOCIATION AS
TRUSTEE FOR TRYON STREET ACQUISITION TRUST I Doc
#582: Continued in open court to 09/15/2026 at 3:30 pm, no further notice given.

- Response to Motion for Relief from Automatic Stay Filed by
Jessey James Krehl on behalf of Debtor RAD Diversified REIT,
Inc. (related document(s)[582]). (Krehl, Jessey) Doc #938

*17. Motion for Adequate Protection
Regarding 200 Grant Street, Riverside, NJ 08075 Filed by Laura
E Noyes on behalf of Creditor SN Servicing Corporation as
servicer for U.S. Bank Trust Company, National Association, not
in its individual capacity but solely as trustee of PRPM 2024-
NQM1 Trust (Attachments: # [1] Exhibit A # [2] Proposed Order
# [3] Certificate of Service) Doc #583: Amended by Doc. 684

*18. Motion for Relief from Stay. (Fee Paid)
Re: 220 N Simpson St, Philadelphia, PA 19139. Motion for Relief
from Automatic Stay or, in the Alternative, for Adequate
Protection Filed by Tricia A Morra on behalf of Creditor
Brighthouse Life Insurance Company Modified on 6/17/2026
(LC). Doc #593: Granted; Order/ Morra

*19. Motion for Relief from Stay. (Fee Paid.)
Re: 5920 Chestnut St, Philadelphia, PA 19139. Filed by Tricia A
Morra on behalf of Creditor U.S. Bank Trust Company, National
Association Doc #627: Granted; Order/Morra

*20. Motion for Relief from Stay. (Verify Fee)
Re: 2144 N Natrona St, Philadelphia, PA 19121. Filed by Gavin
Stewart on behalf of Creditor Fay Servicing, LLC as servicer for
Citibank, N.A., as trustee on behalf of MAV 1 (Attachments: # [1]
Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5]
Exhibit E) Doc #673: Granted; Order/Morra

*21. Motion for Relief from Stay. (Fee Paid)
Re: (property addresses: 249 E. Haines St., Philadelphia, PA
19144; 4994 W. Thompson St., Philadelphia, PA 19131; 12526
N. 19th St., Philadelphia, PA 19132; 5821 Chester Ave.,
Philadelphia, PA 19143. Contains negative notice. Filed by
Christian Savio on behalf of Creditor Wilmington Savings Fund
Society, FSB, as Owner Trustee of the Residential Credit
Opportunities Trust XI-A, Modified on 6/25/2026 (JCM). Doc
#679:    Continued in open court to 09/15/2026 at 3:30 pm, no further notice given.


- Response to Motion for Relief from Automatic Stay Filed by
Jessey James Krehl on behalf of Debtor RAD Diversified REIT,
Inc. (related document(s)[679]). (Krehl, Jessey) Doc #939


*22. Amended Motion for Adequate
Protection Payments as to the property located at 200 Grant
Street, Riverside, NJ 08075 or, in the alternative, for Relief from
Automatic Stay (Filing Fee Not Paid on Previous Motion) Filed
by Laura E Noyes on behalf of Creditor SN Servicing
Corporation as servicer for U.S. Bank Trust Company, National
Association, not in its individual capacity but solely as trustee of
PRPM 2024-NQM1 Trust (related document(s)[583]).
(Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order
# [4] Certificate of Service) Doc #684:   Granted/Order Noyes


~$23.   Expedited Motion to (A) Confirm Sale of Real Property,
(B) to Authorize Distributions at Closing, (C) to Establish Good
Faith of Purchasers, and (D) for Related Relief Filed by Joseph
A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related
document(s)[559], [390]). (Attachments: # [1] Exhibit A # [2]
Exhibit B) Doc #912:   Granted as to (A) & (C), further hearing set for 09/15/2026 at 3:30 pm. Order/Krehl

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures
Governing Court AAPPEARANCES: (available at
https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf ) for her policies and procedures.


.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure
to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being
denied as moot. This docket entry/document is not an official order of the Court.