**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**NOTICE OF APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AND**
**OPPORTUNITY TO OBJECT AND REQUEST A HEARING**

Pack Law, counsel to the above-captioned Debtors and Debtors-in-Possession (the "**Applicant**"), has filed an application for compensation in the amount of $600,000.00 and reimbursement of expenses in the amount of $43,382.87 [Dkt. No. 960] (the "**Application**").  A copy of the Application may be viewed on the case docket or by request to the Applicant at joe@packlaw.com and raddinfo@packlaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, within 21 days from the date of the proof of service below, plus an additional three (3) days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application, and the Court will consider the Application without further notice or hearing.

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:  _/s/ Joseph A. Pack_
     Joseph A. Pack
     Email:  joe@packlaw.com
     Florida Bar No. 117882
     Jessey J. Krehl
     Email:  jessey@packlaw.com
     Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on August 12, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:  _/s/ Joseph A. Pack_
     Joseph A. Pack