United States Bankruptcy Court

Middle District of Florida

In re:

RAD Diversified REIT, Inc.

     Debtor

Case No. 26-01636-CPM

Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 13 |
| Date Rcvd: Aug 11, 2026 | Form ID: DntcZhrg | Total Noticed: 89 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RAD Diversified REIT, Inc., Jointly Administered with, 26-bk-01637-CPM, 26-bk-01638-CPM,, 26-bk-01639-CPM, 26-bk-01640-CPM, 11418 US-19 N. Port Richey, FL 34668-1438 |
| aty | + | Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| aty | | Matthew Fornshell, Ice Miller LLP, 250 West Street, Suite 700, Columbus, OH 43215-7509 |
| aty | + | Philadelphia Community Development Coalition, Inc., c/o Elena Paras Ketchum, Esq., Stichter Riedel Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, FL 33602-4718 |
| cr | | BRAVO Residential Funding Trust 2023-NQM7 for Citi, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | | Barrington Oaks East Homeowners Association, Inc., Bush Ross, P.A., c/o G. William Norris, Jr., Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| cr | | Brandon Dutch Mendenhall, Bush Ross, P.A., c/o Kathleen L. DiSanto, Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| cr | | Brighthouse Life Insurance Company, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | CNH Industrial Capital America LLC, c/o Robert K. Eddy, P.A., 320 W. Kennedy Blvd., Suite 700, Tampa, FL 33606, UNITED STATES 33606-1459 |
| cr | + | Civic Financial Services, LLC, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| intp | #+ | DDH Fund, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| intp | #+ | DHI Fund, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| intp | #+ | DHI Holdings, LP, 11418 US-19 N, Port Richey, FL 34668-1438 |
| cr | + | DLP Lending Fund LLC, c/o Esther McKean, Esq., Akerman LLP, 420 S. Orange Ave., Suite 1200, Orlando, FL 32801-4904 |
| cr | + | Efrain Nevarez, 720 N Getty St., Uvalde, TX 78801-4302 |
| cr | + | Fay Servicing, LLC as servicer for Metropolitan To, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530 UNITED STATES 11530-1631 |
| cr | + | Greene Street Funding Trust II, 2313 W Violet Ave, Tampa, FL 33603, UNITED STATES 33603-1421 |
| cr | + | Grove Funding III Trust, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |
| cr | + | Humblefax LLC, 50 East Ridgewood Ave No 250, Ridgewood, NJ 07450-3880 |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank,, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | | Jou, Jiayu/Zion Summit LLC Solo 401k, 11221 Carmenita Rd Apt 306, Whittier, CA 90605-4035 |
| cr | + | Katalin Nofsinger, 6898 W. Sedalia Ct., Homosassa, FL 34446-3418 |
| cr | + | Kiavi Funding Inc, Tromberg, Miller, Morris & Partners, 600 West Hillsboro Boulevard, Suite 600, Deerfield Beach, FL 33441-1611 |
| cr | + | Lima One Capital Loan, Atlas Solomon LLP, 7674 W. Lake Mead Blvd. Suite 220, Las Vegas, NV 89128-6644 |
| cr | + | Mathew L Emerick, 2012 Parkview Cove, Biloxi, MS 39532-3714 |
| cr | + | Metropolitan Tower Life Insurance Company, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | NWL Company, LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | | NWL Company, LLC, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | Nancy C Millan Tax Collector, C/O Brian Fitzgerald Atty 27th FL, PO BOX 1110, Tampa, FL 33601-1110 |
| cr | + | New Roots M Trust, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |
| cr | + | NewRez LLC as servicer for Metropolitan Life Insur, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | NewRez LLC as servicer for Wilmington Savings Fund, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | NewRez as servicer for NWL Company, LLC, Hill Wallack LLP, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801 UNITED STATES 32801-5403 |

| | | |
|---|---|---|
| cr | + | PNC BANK, NATIONAL ASSOCIATION, successor to PNC E, c/o Kylie A. Riordan, Esq., Burr & Forman LLP, 200 S. Orange Ave, Suite 800, Orlando, FL 32801 UNITED STATES 32801-6404 |
| cr | | Premiere Networks, Inc., c/o Kimberly Held Israel, Esq., Suite 1150, Orlando, FL 32801, UNITED STATES |
| intp | #+ | RAD Diversified OZ Fund, LP, 11418 US-19 N., Port Richey, FL 34668-1438 |
| cr | + | Silver Hill Capital, LLC, SPENCER FANE LLP, 201 North Franklin Street, Suite 2150, Tampa, FL 33602, UNITED STATES 33602-5627 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, 200 South Orange Avenue, Suite 800, Orlando, FL 32801-6404 |
| cr | | U.S. Bank National Association, not in its individ, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | U.S. Bank Trust Company, National Association, as, c/o Kylie A. Riordan, 200 S. Orange Avenue, Suite 800, Orlando, FL 32801-6404 |
| cr | | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | U.S. Bank Trust National Association, not in its i, C/O Rubin Lublin, LLC, 2313 W. Violet Street, Tampa, FL 33603, UNITED STATES 33603-1421 |
| crcm | + | Unsecured Creditors' Committee, c/o Greenberg Traurig, 3333 Piedmont Road, NE, Suite 2500, Atlanta, GA 30305 UNITED STATES 30305-1780 |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, Diaz Anselmo & Associates, P.A., P.O. BOX 19519, Fort Lauderdale, FL 33318, UNITED STATES 33318-0519 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Chris, Hill Wallack LLP, 261 Madison Avenue, 9th Floor, New York, NY 10016 UNITED STATES 10016-2311 |
| cr | + | victor and susan Cave, 15054 SERENGETI BOULEVARD, Spring Hill, FL 34610, US 34610-7686 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Aug 11 2026 23:54:00 | City of Philadelphia, Municipal Services Building, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 11 2026 23:54:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 11 2026 23:54:00 | City of Seabrook, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Hosuton, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 11 2026 23:54:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 11 2026 23:53:00 | Fay Servicing, LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | ^ | MEBN | Aug 11 2026 23:51:43 | Fay Servicing, LLC as Servicer for U.S. Bank Natio, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Aug 11 2026 23:51:42 | Fay Servicing, LLC as Servicer for U.S. Bank Trus, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Aug 11 2026 23:51:19 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Aug 11 2026 23:51:17 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Aug 11 2026 23:51:42 | Fay Servicing, LLC as servicer for Wilmington Savi, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Aug 11 2026 23:51:17 | Fay Servicing, LLC, as servicer for U.S. Bank Nati, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ MEBN | | |
| | | Aug 11 2026 23:51:16 | Fay Servicing, LLC, as servicer for Wilmington Sav, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Harris County ESD #02, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Harris County ESD #09, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Harris County ESD #11, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Harris County ESD #13, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Harris County ESD #17, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Harris County ESD #60, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Houston City College, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: adam@humblefax.com | | |
| | | Aug 11 2026 23:54:00 | Humblefax LLC, 50 East Ridgewood Ave No 250, Ridgewood, NJ 07450-3880 |
| cr | + Email/Text: bkecf@padgettlawgroup.com | | |
| | | Aug 11 2026 23:53:00 | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank,, c/o Seth Greenhill, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Aug 11 2026 23:54:00 | Lone Star College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | Aug 11 2026 23:53:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Fort Lauderdale, FL 33301 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | Aug 11 2026 23:53:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street Suite 2300, Fort Lauderdale, FL 33301-5055 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Aug 11 2026 23:53:00 | Metropolitan Life Insurance Company, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | | |
| | | Aug 11 2026 23:53:00 | Metropolitan Life Insurance Company, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Aug 11 2026 23:52:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | | |

District/off: 113A-8                    User: admin                         Page 4 of 13
Date Rcvd: Aug 11, 2026              Form ID: DntcZhrg                   Total Noticed: 89

| | | | | |
|---|---|---|---|---|
| | | | Aug 11 2026 23:53:00 | NewRez, LLC, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |
| cr | + | Email/Text: tosipov@pascocountyfl.net | Aug 11 2026 23:55:00 | Pasco County Board of County Commissioners, Anthony M. Salzano, Esq., Att Anthony Salzano Esq, 8731 Citizens Drive Suite 340, 8731 Citizens Drive, Suite 340, New Port Richey, FL 34654-5572 |
| cr | ^ | MEBN | Aug 11 2026 23:51:18 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Aug 11 2026 23:51:15 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 11 2026 23:52:00 | TN Dept of Revenue, c/oTN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 11 2026 23:53:00 | U.S. Bank National Association, not in its individ, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 23:52:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 23:52:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2026 23:52:00 | U.S. Bank Trust National Association, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 11 2026 23:53:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street Suite 2300, Fort Lauderdale, FL 33301-5055 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 23:52:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 23:52:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | ^ | MEBN | Aug 11 2026 23:48:13 | Wilmington Savings Fund Society, FSB, as Owner Tru, FCI Lender Services, Inc., PO Box 27370, Anaheim Hills, CA 92809, UNITED STATES 92809-0112 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 11 2026 23:53:00 | Wilmington Savings Fund Society, FSB, not in its i, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | ^ | MEBN | Aug 11 2026 23:52:14 | Wilmington Savings Fund Society, FSB, not in its i, c/o Seth Greenhill, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ice Miller LLP |
| cr | | Fay Servicing, LLC as servicer for Citibank, N.A., |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 5 of 13 |
| Date Rcvd: Aug 11, 2026 | Form ID: DntcZhrg | Total Noticed: 89 |

| | | |
|---|---|---|
| cr | | GITSIT Solutions, LLC, not in its individual capac |
| acc | | Hal A. Levenberg, CIRA, CFE |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank, |
| auc | | Jon Barber, c/o Soldnow, LLC dba Tranzon Driggers |
| cr | | Joseph Censullo |
| cr | | LIMA ONE CAPITAL, LLC |
| intp | | Luminary 813, LLC, 1925 E. 6th Ave., Ste. 10, Tampa |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing as |
| cr | | PBK Architects Inc. |
| cr | | SELENE FINANCE LP, AS SERVICER IN FACT FOR WILMING |
| auc | | SOLDNOW, LLC d/b/a Tranzon Driggers |
| cr | | Select Portfolio Servicing, Inc. as servicing agen |
| cr | | Select Portfolio Servicing, Inc. as servicing agen |
| cr | | Select Portfolio Servicing, Inc., as servicing age |
| cr | | Selene Finance LP |
| cr | | Selene Finance, LP |
| cr | | State of Florida Office of the Attorney General, Department of Legal Affairs |
| cr | | Toorak Capital Partners LLC |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS IN |
| cr | | U.S. Bank National Association, as Trustee of the |
| cr | | U.S. Bank Trust Company, National Association |
| intp | | United States Attorneys Office |
| cr | | Wilmington Savings Fund Society, FSB, solely as Tr |
| cr | *+ | Fay Servicing, LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | *+ | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | *+ | Fay Servicing, LLC as Servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | *+ | Metropolitan Life Insurance Company, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | * | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | Wilmington Savings Fund Society, FSB, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | ##+ | Civic Real Estate Holdings III, LLC, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |

TOTAL: 25 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

Aleksandra Fugate
on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2021-R1 afugate@hillwallack.com

Aleksandra Fugate
on behalf of Creditor NewRez LLC as servicer for Metropolitan Life Insurance Company afugate@hillwallack.com

Aleksandra Fugate
on behalf of Creditor Civic Financial Services  LLC afugate@hillwallack.com

Aleksandra Fugate
on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee for Ibis Holdings A Trust afugate@hillwallack.com

Aleksandra Fugate
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II afugate@hillwallack.com

Amy M Kiser
on behalf of Creditor Greene Street Funding Trust II FLBankruptcy@rlselaw.com

Amy M Kiser
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST FLBankruptcy@rlselaw.com

Amy M Kiser
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee of Greene Street Funding Trust II FLBankruptcy@rlselaw.com

Andrew V Layden
on behalf of Examiner Maria M Yip alayden@bakerlaw.com  orlbankruptcy@bakerlaw.com

Angela M Reimer
on behalf of Creditor victor and susan Cave angela@AMRlawfirm.com  AMRLawFirm@jubileebk.net;allison@amrlawfirm.com

Anthony M Salzano
on behalf of Creditor Pasco County Board of County Commissioners tosipov@pascocountyfl.net  asalzano@pascocountyfl.net

Anthony P. Marzocca
on behalf of Creditor U.S. Bank National Association  as Trustee of the NRZ Pass-Through Trust XVI-B amarzocca@trenam.com, amarzocca@ecf.courtdrive.com;jmasters@trenam.com;amatos@ecf.courtdrive.com;mmosbach@trenam.com;mmosbach@ecf.courtdrive.com;jmasters@ecf.courtdrive.com;jpayne@trenam.com

April Howard
on behalf of Creditor U.S. Bank Trust National Association aharriott@raslg.com

April Howard
on behalf of Creditor Wilmington Trust  National Association aharriott@raslg.com

April Stone
on behalf of Creditor Kiavi Funding Inc aprilhstonepa@gmail.com  bankruptcy@mgs-legal.com

Bouavone Amphone
on behalf of Creditor Kiavi Funding Inc bamphone@tmppllc.com

Bouavone Amphone
on behalf of Creditor Toorak Capital Partners LLC bamphone@tmppllc.com

Brian D. Darer
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC briandarer@parkerpoe.com

Can Guner
on behalf of Creditor Wilmington Savings Fund Society  FSB cguner@raslg.com, cguner@raslg.com

Celine Funk Granai
on behalf of Creditor State of Florida Office of the Attorney General sasha.granai@myfloridalegal.com zivile.rimkevicius@myfloridalegal.com

Christian Savio
on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A csavio@mls-pa.com, kbelton@mls-pa.com

Christopher J Emden
on behalf of Interested Party United States Attorneys Office christopher.emden@usdoj.gov shelby.hill@usdoj.gov;Uriah.Oden@usdoj.gov;CaseView.ecf@usdoj.gov

Daniel Kevin Eisenhauer
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST dan.eisenhauer@decubaslewis.com

Daniel Kevin Eisenhauer

District/off: 113A-8      User: admin      Page 7 of 13

Date Rcvd: Aug 11, 2026      Form ID: DntcZhrg      Total Noticed: 89

on behalf of Creditor U.S. Bank Trust National Association dan.eisenhauer@decubaslewis.com

Danielle L Merola

on behalf of Examiner Maria M Yip dmerola@bakerlaw.com  cmartin@bakerlaw.com;orlbankruptcy@bakerlaw.com

Danielle S Kemp

on behalf of Creditor Committee Unsecured Creditors' Committee kempd@gtlaw.com tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com

Elena P Ketchum

on behalf of Attorney Philadelphia Community Development Coalition  Inc. eketchum.ecf@srbp.com, srbpecf@srbp.com

Ellen Lyons

on behalf of Creditor State of Florida Office of the Attorney General ellen.lyons@myfloridalegal.com

Epiq Corporate Restructuring, LLC (KM)

abhishek.singh@epiqsystems.com  ecr@ecf.epiqsystems.com

Esther A McKean

on behalf of Creditor DLP Lending Fund LLC esther.mckean@akerman.com

Gavin Stewart

on behalf of Creditor Fay Servicing  LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 bk@stewartlegalgroup.com

Gennifer L Bridges

on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 gbridges@burr.com, nwmosley@burr.com

Gennifer L Bridges

on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2021-3 gbridges@burr.com, nwmosley@burr.com

Giselle Velez

on behalf of Creditor U.S. Bank Trust National Association gvelez@raslg.com

Giselle Velez

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez

on behalf of Creditor Wilmington Savings Fund Society gvelez@raslg.com

Giselle Velez

on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez

on behalf of Creditor Wilmington Savings Fund Society  FSB gvelez@raslg.com

Guy Williams Norris, Jr

on behalf of Creditor Barrington Oaks East Homeowners Association  Inc. wnorris@bushross.com, bankruptcy.eservice@bushross.com;wnorris@ecf.courtdrive.com

Hailey Klabo

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC haileyklabo@parkerpoe.com

Ida A Moghimi-Kian

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 bkecfnotifications@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Jeffrey W. Warren

on behalf of Creditor Brandon Dutch Mendenhall jwarren@bushross.com bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor NWL Company  LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor Selene Finance  LP ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor Metropolitan Life Insurance Company ecfflmb@aldridgepite.com  jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

District/off: 113A-8                     User: admin                          Page 8 of 13

Date Rcvd: Aug 11, 2026                  Form ID: DntcZhrg                     Total Noticed: 89

Jennifer Laufgas

on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank  N.A. as Delaware Trustee ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank  N.A. ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas

on behalf of Creditor Fay Servicing  LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jessey James Krehl

on behalf of Debtor RAD Diversified REIT  Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

John D Elrod

on behalf of Creditor Committee Unsecured Creditors' Committee elrodj@gtlaw.com fieldss@gtlaw.com,allison.mcgregor@gtlaw.com,john-elrod-0217@ecf.pacerpro.com

Joseph A Pack

on behalf of Debtor RAD Diversified OZ Fund  LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Debtor DHI Holdings  LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Debtor DHI Fund  LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Interested Party DHI Holdings  LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Debtor RAD Diversified REIT  Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Interested Party RAD Diversified OZ Fund  LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Interested Party DHI Fund  LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Debtor DDH Fund  LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack

on behalf of Interested Party DDH Fund  LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph F Southron

on behalf of Creditor Wilmington Savings Fund Society  FSB, solely as Trustee for Residential Mortgage Aggregation Trust joe@southronfirm.com, eservice@southronfirm.com,jsouthron@recap.email

Joseph F Southron

on behalf of Creditor Toorak Capital Partners LLC joe@southronfirm.com  eservice@southronfirm.com,jsouthron@recap.email

Kathleen DiSanto

on behalf of Creditor Brandon Dutch Mendenhall kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com

Kayleigh Wright

on behalf of Creditor Silver Hill Capital  LLC kwright@spencerfane.com, cgipson@spencerfane.com

Kelsey Erin Burgess

on behalf of Creditor U.S. Bank National Association  as Trustee of the NRZ Pass-Through Trust XVI-B kburgess@trenam.com, jmasters@trenam.com;kburgess@ecf.courtdrive.com;mmosbach@trenam.com;jmasters@ecf.courtdrive.com;jpayne@trenam.com

Kimberly H Israel

on behalf of Creditor Premiere Networks  Inc. kim.israel@kaufmandolowich.com, jill.mcyeo@kaufmandolowich.com

Kylie Ann Riordan

on behalf of Creditor U.S. Bank National Association  as Trustee for Velocity Commercial Capital Loan Trust 2021-3 kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan

on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 kriordan@burr.com, mlucca-cruz@burr.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for Metropolitan Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of Saluda Grade Loan Trust I lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of FF Investorco Grantor Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust Company National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor CV3 Financial Services LLC as Servicer for CV3 Alpha Trust, a Delaware statutory trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

District/off: 113A-8                                    User: admin                                    Page 10 of 13

Date Rcvd: Aug 11, 2026                          Form ID: DntcZhrg                          Total Noticed: 89

Laura E Noyes

on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Leslie Rushing

on behalf of Creditor NewRez as servicer for NWL Company  LLC lrushing@hillwallack.com

Maria M Yip

trustee@yipcpa.com  mmy@trustesolutions.net;cmmy11@trustesolutions.net

Matthew B Klein

on behalf of Creditor Civic Real Estate Holdings III  LLC Matthew@HowardLaw.com, kayla@howardlaw.com

Matthew B Klein

on behalf of Creditor Grove Funding III Trust Matthew@HowardLaw.com  kayla@howardlaw.com

Matthew B Klein

on behalf of Creditor New Roots M Trust Matthew@HowardLaw.com  kayla@howardlaw.com

Megan Harper

on behalf of Creditor City of Philadelphia megan.harper@phila.gov

Megan M Adeymo

on behalf of Creditor PBK Architects Inc. madeyemo@gordonrees.com  asoto@grsm.com

Melbalynn Fisher

on behalf of Creditor GITSIT Solutions  LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Mitun Mitra

on behalf of Creditor Joseph Censullo MMitra@GendlerLawyers.com

Nicole Peair

on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Patrick Mosley

on behalf of Creditor Silver Hill Capital  LLC pmosley@spencerfane.com, telam@spencerfane.com

Paul Wilfred Cervenka

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Paul Wilfred Cervenka

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Reka Beane

on behalf of Creditor Metropolitan Life Insurance Company reka.beane@mccalla.com  mccallaecf@ecf.courtdrive.com

Reka Beane

on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank  N.A. as Delaware Trustee reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as trustee of Residential Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert K Eddy

on behalf of Creditor CNH Industrial Capital America LLC reddy@e-rlaw.com  bcruz@e-rlaw.com

Seth J Greenhill

on behalf of Creditor Metropolitan Life Insurance Company Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill

on behalf of Creditor Kiavi Funding Inc Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill

on behalf of Creditor MCLP Asset Company  Inc. Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

District/off: 113A-8     User: admin     Page 11 of 13

Date Rcvd: Aug 11, 2026     Form ID: DntcZhrg     Total Noticed: 89

Seth J Greenhill
on behalf of Creditor NWL Company LLC Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee
Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX
2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Stephanie C Lieb
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B slieb@trenam.com,
mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

Stuart Wilson-Patton
on behalf of Creditor TN Dept of Revenue Stuart.Wilson-Patton@ag.tn.gov

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #17 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor City of Seabrook houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #13 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #60 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #02 houston_bankruptcy@lgbs.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but
solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com,
mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Travis Bailey
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST trbailey@raslg.com

Travis Bailey
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its
individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey

District/off: 113A-8

User: admin

Page 12 of 13

Date Rcvd: Aug 11, 2026

Form ID: DntcZhrg

Total Noticed: 89

on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 trbailey@raslg.com

Travis Bailey

on behalf of Creditor Select Portfolio Servicing  Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey

on behalf of Creditor SELENE FINANCE LP  AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I trbailey@raslg.com

Tricia A Morra

on behalf of Creditor Selene Finance LP bkecfinbox@aldridgepite.com  tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Fay Servicing  LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Wilmington Savings Fund Society  FSB bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Brighthouse Life Insurance Company bkecfinbox@aldridgepite.com  tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank  N.A. as Delaware Trustee bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank  N.A. bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor NWL Company  LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. Bank National Association  as Trustee of the NRZ Pass-Through Trust XVI-B bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor NewRez  LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Wilmington Savings Fund Society bkecfinbox@aldridgepite.com  tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com  tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. Bank Trust National Association bkecfinbox@aldridgepite.com  tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra

on behalf of Creditor U.S. Bank Trust Company  National Association bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Troy A Lawrence

on behalf of Creditor LIMA ONE CAPITAL  LLC tlawrence@atlas-solomon.com,
mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com

Troy A Lawrence

on behalf of Creditor Lima One Capital Loan tlawrence@atlas-solomon.com
mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com

United States Trustee - TPA

USTPRegion21.TP.ECF@USDOJ.GOV

William L Grimsley

on behalf of Creditor Silver Hill Capital  LLC wgrimsley@spencerfane.com,
cgipson@spencerfane.com;afoster@spencerfane.com


TOTAL: 165

[DntcZhrg] [District Notice of Zoom Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                       Case Number:
                                                             8:26−bk−01636−CPM
                                                             Chapter 11

RAD Diversified REIT, Inc.


_____Debtor*_____/

NOTICE OF ZOOM HEARING

**PLEASE TAKE NOTICE:**

1.  The Honorable Luis Ernesto Rivera II will conduct a non−evidentiary hearing via Zoom on August 18, 2026 at 02:00 PM to consider the following:

 Status Conference regarding setting trials before Judge Rivera on the Motions for Relief from Stay (Doc. No. 398,401 and 456)


2.  The Court will conduct the hearing via Zoom. There will be no in−person appearances for this hearing.

3.  **Advance Registration Required**. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m. one business day before the date of the hearing. For registration instructions, click on or enter the following link in your computer browser:

https://www.flmb.uscourts.gov/proguide/documents.asp?ID=120

Select the assigned Judge's name to access the Zoom registration link in his/her policies and procedures for attendance at hearings by video or telephone. Upon registration, Zoom will provide a password−protected link for the Zoom conference. If a party is unable to register for the hearing, please contact the Courtroom Deputy at 813−301−5195 no later than 3:00 p.m. one business day before the date of the hearing. Failure to timely register in accordance with this procedure may result in your being denied access to the hearing via Zoom.

4.  A party that opposes the relief sought in the matter to be heard must appear at the hearing via Zoom; otherwise, any objection or defense may be deemed waived.

5.  The Court may continue this matter upon announcement made during the Zoom hearing and reflected on the docket without further written notice.


Dated  August 11, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.