**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**NOTICE OF FILING**

Debtor, RAD Diversified REIT, Inc., by and through its undersigned counsel, attaches hereto for filing the settlement statements from the closings of 144 Barrington Dr., Brandon, FL, 264 Van Gogh Circle, Brandon, FL, 40 Walnut Lane, Clementon, NJ, and 880 North 66th Street, Philadelphia, PA pursuant to the *Orders Granting Debtor's Emergency Motions (A) to Confirm High Bidders, (B) to Authorize Distributions of Closing, (C) to Establish Good Faith of Buyers, and (D) for Related Relief* [Dkt. Nos. 696, 697, 699, and 700].

1

Dated:    August 14, 2026                    Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:    */s/ Joseph A. Pack*
      Joseph A. Pack
      Email:  joe@packlaw.com
      Florida Bar No. 117882
      Jessey J. Krehl
      Email:  jessey@packlaw.com
      Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all parties registered to receive electronic notices of filing in this case.  I further certify that on August 14, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service in accordance with the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:    */s/ Joseph A. Pack*
      Joseph A. Pack

a.

2

**A. Settlement Statement**

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv Ins.   6. ☐ Seller Finance | 200967PN-01 | | |
| 7. ☒ Cash Sale. | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Shirin Ahamed<br>2 N. Tanglewood Drive<br>Gibbsboro, NJ  08026 | RAD Diversified Reit Inc<br>, | , |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Block 154, Lot 9.02, Clementon Boro, in Camden County, NJ<br>40 Walnut Lane<br>Clementon, NJ  08021 | Surety Abstract Services, LLC<br>107 South 2nd Street, Suite 200<br>Philadelphia, PA  19106  Tax ID: 22-3154895<br>Underwritten By: First American |

| Place of Settlement | I. Settlement Date |
|---|---|
| Surety Abstract Services, LLC<br>107 South 2nd Street, Suite 200<br>Philadelphia, PA  19106 | 6/30/2026<br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $280,000.00 | 401. Contract Sales Price | $280,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $60,343.36 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. Water | | 407. Water | |
| 108. Sewer | | 408. Sewer | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $340,343.36 | **420. Gross Amount Due to Seller** | $280,000.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $25,800.00 | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $10,000.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff to US Bank NA as          to<br>Trustee of the | $270,000.00 |
| 205. | | 505. Payoff of second mortgage loan     to | |
| 206. Additional Deposit | $5,000.00 | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. Water | | 511. Water | |
| 212. Sewer | | 512. Sewer | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $30,800.00 | **520. Total Reduction Amount Due Seller** | $280,000.00 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $340,343.36 | 601. Gross Amount due to seller (line 420) | $280,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $30,800.00 | 602. Less reductions in amt. due seller (line 520) | $280,000.00 |
| 303. Cash From Borrower | $309,543.36 | 603. Cash Seller | $0.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

Previous Editions are Obsolete

Page 1

form HUD-1 (3/86)
Handbook 4305.2

File No. 200967PN-01

**L. Settlement Charges**

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $280,000.00 @ % = $0.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $0.00 | to | | | |
| 702. | to | | | |
| 703. Commission Paid at Settlement | | | $0.00 | $0.00 |
| 704. Buyers Commission | to EXP | | $5,600.00 | |
| 705. Marketing Fee | to Tranzon Driggers | | $2,800.00 | |
| 706. Buyers Premium | to Tranzon Driggers | | $19,600.00 | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Loan Origination Fee % | to | | | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Yield Spread Premium | to | | | |
| 807. Mortgage Broker Fee | to | | | |
| 808. Flood Certification | to | | | |
| 809. Tax Service Fee | to | | | |
| 810. Commitment Fee | to | | | |
| 811. Application Fee | to | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | |
| 901. Interest from 6/30/2026 to 7/1/2026 @ $0/day | | | | |
| 902. Mortgage Insurance Premium for months | to | | | |
| 903. Hazard Insurance Premium for years | to | | | |
| 904. Flood Insurance Premium | to | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard insurance | months @ | per month | | |
| 1002. Mortgage Insurance | months @ | per month | | |
| 1003. City/Town Taxes | months @ | per month | | |
| 1004. Water | months @ | per month | | |
| 1005. Sewer | months @ | per month | | |
| 1006. MUA | months @ | per month | | |
| 1007. Association | months @ | per month | | |
| 1008. | months @ | per month | | |
| 1011. Aggregate Adjustment | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or Closing Fee | to Surety Title Company, LLC - Trust | | $300.00 | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to CLERK | | $15.00 | |
| 1107. Attorney's Fees | to | | | |
| (includes above items numbers: ) | | | | |
| 1108. Title Insurance | to Surety Title Company, LLC - Trust | | $1,630.50 | |
| (includes above items numbers: ) | | | | |
| 1109. Lender's coverage | $0.00/$340.50 . | | | |
| 1110. Owner's coverage | $280,000.00/$1,290.00 | | | |
| 1111. Outgoing Wire Fee (Payoff) | to Surety Title Company, LLC - Trust | | | |
| 1112. Overnight Delivery (Payoff) | to Surety Title Company, LLC - Trust | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording Fees Deed $110.00 ; Mortgage : Rel | to Camden County CLERK | | $110.00 | |
| 1202. Realty Transfer Fee Deed $1,559.00 ; Mortgage | to Camden County CLERK | | $1,559.00 | |
| 1203. State Tax/Stamps Deed : Mortgage | to | | | |
| 1204. Record TSC Redemption | to Camden County CLERK | | $50.00 | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. 2nd Qtr Tax Due | to Clementon Borough TAX COLLECTOR | | $2,697.67 | |
| 1302. LIEN 25-00091 (REDEMPT CERT NEEDED) | to Clementon Borough TAX COLLECTOR | | $25,906.19 | |
| 1303. Deed Prep | to Surety Title Company | | $75.00 | |
| 1304. CCMUA | to | | | |
| 1305. Seller Surcharge | to RAD Diversfied Reit Inc | | | $10,000.00 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | $60,343.36 | $10,000.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

Shirin Ahamed

RAD Diversified Reit Inc.

By: Katie S. Goodman, CRO

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent                                Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                Page 2                    form HUD-1 (3/86)
                                                                        Handbook 4305.2

Shirin Ahamed

RAD Diversified Reit Inc.

By: Katie S. Goodman, CRO

### SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent                                          Date

Warning! It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                    Page 2                    form HUD-1 (3/86)
                                                                             Handbook 4305.2

# A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0265



| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA    2. ☐ RHS    3. ☐ Conv. Unins. | | | 6. File Number<br>DG26022A | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA    5. ☐ Conv. Ins. | | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower<br>THOMAS D. WALKINSHAW<br>JENNIFER L. WALKINSHAW<br>144 Barrington Drive<br>Brandon, Florida 33511 | E. Name and Address of Seller<br>RAD DIVERSIFIED REIT, INC., a Maryland Corporation<br>10808 Foothill Boulevard<br>Rancho Cucamonga, California 91730 | F. Name and Address of Lender |
|---|---|---|

| G. Property Location<br>144 Barrington Drive<br>Brandon, Florida 33511<br>Lot 22, Block 1<br>Barrington Oaks East<br>Hillsborough | H. Settlement Agent<br>GULLETT TITLE, INC.<br>401 St. Johns Avenue - Palatka, FL 32177 | |
|---|---|---|
| | Place of Settlement<br>401 Saint Johns Avenue<br>Palatka, Florida 32177-4724 | I. Settlement Date<br>06/30/2026 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | | K. SUMMARY OF SELLER'S TRANSACTION: | | |
|---|---|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | | **400. GROSS AMOUNT DUE TO SELLER** | | |
| 101. Contract sales price | | 462,000.00 | 401. Contract sales price | | 462,000.00 |
| 102. Personal property | | | 402. Personal property | | |
| 103. Settlement charges to borrower (line 1400) | | 8,156.67 | 403. | | |
| 104. 2023 -> 2025 Taxes: Acct# A0727115044 | | 25,135.32 | 404. | | |
| 105. | | | 405. | | |
| **Adjustments for items paid by seller in advance** | | | **Adjustments for items paid by seller in advance** | | |
| 106. City/town taxes | to | | 406. City/town taxes | to | |
| 107. County taxes | to | | 407. County taxes | to | |
| 108. Assessments | to | | 408. Assessments | to | |
| 109. July + August 2026 HOA Assessments | | 340.92 | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | | 495,632.91 | **420. GROSS AMOUNT DUE TO SELLER** | | 462,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | | **500. REDUCTIONS IN AMOUNT TO SELLER** | | |
| 201. Deposit or earnest money | | 46,200.00 | 501. Excess Deposit (see instructions) | | |
| 202. Principal amount of new loan(s) | | | 502. Settlement charges to seller (line 1400) | | 42,700.00 |
| 203. Existing loan(s) taken subject to | | | 503. Existing loans taken subject to | | |
| 204. | | | 504. Payoff of first mortgage loan | | 402,496.42 |
| | | | U.S. Bank National Association, as Trustee | | |
| 205. | | | 505. Payoff of second mortgage loan | | |
| 206. | | | 506. Surcharge Amout to Debtor | | 10,000.00 |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| **Adjustments for items unpaid by seller** | | | **Adjustments for items unpaid by seller** | | |
| 210. City/town taxes | to | | 510. City/town taxes | to | |
| 211. County taxes | to | | 511. County taxes | to | |
| 212. Assessments | to | | 512. Assessments | to | |
| 213. | | | 513. Past-Due HOA Assessments + Fees | | 6,803.58 |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220. TOTAL PAID BY / FOR BORROWER** | | 46,200.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | | 462,000.00 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | | |
| 301. Gross amount due from borrower (line 120) | | 495,632.91 | 601. Gross amount due to seller (line 420) | | 462,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 46,200.00 | 602. Less reduction amount due to seller (line 520) | | 462,000.00 |
| **303. CASH    FROM    BORROWER** | | 449,432.91 | **603. CASH    TO    SELLER** | | 0.00 |

form HUD-1 (3/86) ref Handbook 4305.2

Docusign Envelope ID: FFD27926-A79B-8D03-81F8-55276E88F083

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT | PAGE 2 |

| L. SETTLEMENT CHARGES: | | File Number: DG26022A | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ | 462,000.00 @ | .00 = | 42,000.00 | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | $ 29,400.00 to Tranzon Driggers | | | | | |
| | $ 4,200.00 to Tranzon Driggers for Marketing Fee | | | | | |
| | $ to | | | | | |
| 702. | $ 8,400.00 to EXP Realty | | | | | |
| | $ to | | | | | |
| | $ to | | | | | |
| 703. | Commission paid at Settlement | | | | | 42,000.00 |
| 704. | | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | | |
| 802. | Loan Discount | % | | | | |
| 803. | Appraisal Fee | to | | | | |
| 804. | Credit Report | to | | | | |
| 805. | Lender's Inspection Fee | to | | | | |
| 806. | Underwriting Fee | to | | | | |
| 807. | Mortgage Broker's Fee | to | | | | |
| 808. | | | | | | |
| 809. | | | | | | |
| 810. | | | | | | |
| 811. | | | | | | |
| 812. | | | | | | |
| 813. | | | | | | |
| 814. | | | | | | |
| 815. | | | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Interest from | to | @$ | /day | | |
| 902. | Mortgage Insurance Premium | | to | | | |
| 903. | Hazard Insurance Premium | | yrs. to | | | |
| 904. | | | | | | |
| 905. | | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. | Hazard Insurance | mo. @$ | | / mo. | | |
| 1002. | Mortgage Insurance | mo. @$ | | / mo. | | |
| 1003. | City property taxes | mo. @$ | | / mo. | | |
| 1004. | County property taxes | mo. @$ | | / mo. | | |
| 1005. | Annual Assessments | mo. @$ | | / mo. | | |
| 1006. | | mo. @$ | | / mo. | | |
| 1007. | | mo. @$ | | / mo. | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Settlement or closing fee | to | Gullett Title, Inc. | | 750.00 | |
| 1102. | Abstract or title search | to | Gullett Title, Inc. | | 500.00 | |
| 1103. | Title examination | to | | | | |
| 1104. | Title insurance binder | to | | | | |
| 1105. | Document preparation | to | | | | |
| 1106. | Notary fees | to | notarize.com | | 150.00 | |
| 1107. | Attorney's fees | to | Bankruptcy Review to Gullett Title | | | 700.00 |
| | (includes above item No: | | ) | | | |
| 1108. | Title insurance | to | Stewart Title Guaranty Company (STG) | | 2,385.00 | |
| | (includes above item No: | | ) | | | |
| 1109. | Lender's coverage | | | | | |
| 1110. | Owner's coverage | 462,000.00 — 2,385.00 | | | | |
| 1111. | | | | | | |
| 1112. | Express Mail/Wire Fees | | Gullett Title, Inc. | | 140.00 | |
| 1113. | | | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Recording fees | Deed $ 23.25 | ; Mortgage $ | ; Releases $ | 23.25 | |
| 1202. | City/county/stamps | Deed $ | ; Mortgage $ | | | |
| 1203. | State tax/stamps | Deed $ 3,234.00 | ; Mortgage $ | | 3,234.00 | |
| 1204. | Intangible Tax | Deed $ | ; Mortgage $ | | | |
| 1205. | Obtain/Record Bankruptcy Documents | | | | 150.00 | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Survey | to | | | | |
| 1302. | Pest inspection | to | | | | |
| 1303. | Pacer Reimbursement | | | | 30.40 | |
| 1304. | HOA Transfer Fee | | Westcoast Management | | 150.00 | |
| 1305. | HOA Estoppel Fee | | Real Res | | 409.02 | |
| 1306. | Storage/Access Fee | | GTI for Forensis | | 85.00 | |
| 1307. | Municipial Lien Search | | Real Res | | 100.00 | |
| 1308. | Technology Access Fee | | Accu-Title.com/Landtech | | 50.00 | |
| 1400. | TOTAL SETTLEMENT CHARGES | | (enter on lines 103 and 502, Sections J and K) | | 8,156.67 | 42,700.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

RAD DIVERSIFIED REIT, INC., a Maryland Corporation

THOMAS D. WALKINSHAW

JENNIFER L. WALKINSHAW

By; KATIE S. GOODMAN, Chief Restructuring Officer

The HUD-1 Settlement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

FINAL - 06-29-2026 at 2:39 PM

form HUD-1 (3/86) ref Handbook 4305.2

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT | | | | PAGE 2 | |
|---|---|---|---|---|---|---|---|
| **L. SETTLEMENT CHARGES:** | | File Number: DG26022A | | | | **PAID FROM BORROWER'S FUNDS AT SETTLEMENT** | **PAID FROM SELLER'S FUNDS AT SETTLEMENT** |
| 700. | **TOTAL SALES/BROKER'S COMMISSION based on price $** | 462,000.00 @ | .00 = | 42,000.00 | | | |
| | Division of commission (line 700) as follows: | | | | | | |
| 701. | $ 29,400.00 to Tranzon Driggers | | | | | | |
| | $ 4,200.00 to Tranzon Driggers for Marketing Fee | | | | | | |
| | $ to | | | | | | |
| 702. | $ 8,400.00 to EXP Realty | | | | | | |
| | $ to | | | | | | |
| | $ to | | | | | | |
| 703. | Commission paid at Settlement | | | | | | 42,000.00 |
| 704. | | | | | | | |
| 800. | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | | | |
| 802. | Loan Discount | % | | | | | |
| 803. | Appraisal Fee | to | | | | | |
| 804. | Credit Report | to | | | | | |
| 805. | Lender's Inspection Fee | to | | | | | |
| 806. | Underwriting Fee | to | | | | | |
| 807. | Mortgage Broker's Fee | to | | | | | |
| 808. | | | | | | | |
| 809. | | | | | | | |
| 810. | | | | | | | |
| 811. | | | | | | | |
| 812. | | | | | | | |
| 813. | | | | | | | |
| 814. | | | | | | | |
| 815. | | | | | | | |
| 900. | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | |
| 901. | Interest from to @$ | | /day | | | | |
| 902. | Mortgage Insurance Premium | to | | | | | |
| 903. | Hazard Insurance Premium | yrs. to | | | | | |
| 904. | | | | | | | |
| 905. | | | | | | | |
| 1000. | **RESERVES DEPOSITED WITH LENDER FOR** | | | | | | |
| 1001. | Hazard Insurance | mo. @$ | / mo. | | | | |
| 1002. | Mortgage Insurance | mo. @$ | / mo. | | | | |
| 1003. | City property taxes | mo. @$ | / mo. | | | | |
| 1004. | County property taxes | mo. @$ | / mo. | | | | |
| 1005. | Annual Assessments | mo. @$ | / mo. | | | | |
| 1006. | | mo. @$ | / mo. | | | | |
| 1007. | | mo. @$ | / mo. | | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | | | |
| 1100. | **TITLE CHARGES** | | | | | | |
| 1101. | Settlement or closing fee | to Gullett Title, Inc. | | | | 750.00 | |
| 1102. | Abstract or title search | to Gullett Title, Inc. | | | | 500.00 | |
| 1103. | Title examination | to | | | | | |
| 1104. | Title insurance binder | to | | | | | |
| 1105. | Document preparation | to | | | | | |
| 1106. | Notary fees | to notarize.com | | | | 150.00 | |
| 1107. | Attorney's fees | to Bankruptcy Review to Gullett Title | | | | | 700.00 |
| | (includes above item No: | ) | | | | | |
| 1108. | Title insurance | to Stewart Title Guaranty Company (STG) | | | | 2,385.00 | |
| | (includes above item No: | ) | | | | | |
| 1109. | Lender's coverage | | | | | | |
| 1110. | Owner's coverage | 462,000.00 — 2,385.00 | | | | | |
| 1111. | | | | | | | |
| 1112. | Express Mail/Wire Fees | Gullett Title, Inc. | | | | 140.00 | |
| 1113. | | | | | | | |
| 1200. | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | |
| 1201. | Recording fees Deed $ 23.25 | ; Mortgage $ | ; Releases $ | | | 23.25 | |
| 1202. | City/county/stamps Deed $ | ; Mortgage $ | | | | | |
| 1203. | State tax/stamps Deed $ 3,234.00 | ; Mortgage $ | | | | 3,234.00 | |
| 1204. | Intangible Tax Deed $ | ; Mortgage $ | | | | | |
| 1205. | Obtain/Record Bankruptcy Documents | | | | | 150.00 | |
| 1300. | **ADDITIONAL SETTLEMENT CHARGES** | | | | | | |
| 1301. | Survey | to | | | | | |
| 1302. | Pest inspection | to | | | | | |
| 1303. | Pacer Reimbursement | | | | | 30.40 | |
| 1304. | HOA Transfer Fee | Westcoast Management | | | | 150.00 | |
| 1305. | HOA Estoppel Fee | Real Res | | | | 409.02 | |
| 1306. | Storage/Access Fee | GTI for Forensis | | | | 85.00 | |
| 1307. | Municipial Lien Search | Real Res | | | | 100.00 | |
| 1308. | Technology Access Fee | Accu-Title.com/Landtech | | | | 50.00 | |
| 1400. | **TOTAL SETTLEMENT CHARGES** | (enter on lines 103 and 502, Sections J and K) | | | | 8,156.67 | 42,700.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

THOMAS D. WALKINSHAW

RAD DIVERSIFIED REIT, INC., a Maryland Corporation
*Katherine S. Goodman*

By; KATIE S. GOODMAN, Chief Restructuring Officer

The HUD-1 Settlement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

FINAL - 06-29-2026 at 2:39 PM

form HUD-1 (3/86) ref Handbook 4305.2

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins<br>4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance<br>7. ☐ Cash Sale. | 6. File Number<br>200966PN-02 | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|

C. Note:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower<br>6423 Malvern LLC<br>566 Larwood Avenue<br>Upper Darby, PA  19082 | E. Name & Address of Seller<br>RAD Diversified Reit Inc | F. Name & Address of Lender<br>American Loan LLC<br>225 S 18th St<br>Unit 316<br>Philadelphia, PA  19103 |
|---|---|---|

| G. Property Location<br><br>Parcel/BRT 344373600, City of Philadelphia, in Philadelphia County, PA<br>880 North 66th St<br>Philadelphia, PA  19151 | H. Settlement Agent Name<br>Surety Abstract Services, LLC<br>107 South 2nd Street, Suite 200<br>Philadelphia, PA  19106  Tax ID: 22-3154895<br>Underwritten By: First American |  |
|---|---|---|
|  | Place of Settlement<br>Surety Abstract Services, LLC<br>107 South 2nd Street, Suite 200<br>Philadelphia, PA  19106 | I. Settlement Date<br>7/2/2026<br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101.  Contract Sales Price | $75,000.00 | 401.  Contract Sales Price | $75,000.00 |
| 102.  Personal Property | | 402.  Personal Property | |
| 103.  Settlement Charges to borrower | $19,925.30 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106.  City/Town Taxes | | 406.  City/Town Taxes | |
| 107.  Water | | 407.  Water | |
| 108.  Sewer | | 408.  Sewer | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $94,925.30 | **420. Gross Amount Due to Seller** | $75,000.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201.  Deposit or earnest money | $3,250.00 | 501.  Excess Deposit | |
| 202.  Principal amount of new loan(s) | $100,000.00 | 502.  Settlement Charges to Seller (line 1400) | $12,858.35 |
| 203.  Existing loan(s) taken subject to | | 503.  Existing Loan(s) Taken Subject to | |
| 204.  Loan Amount 2nd Lien | | 504.  Payoff to US Bank NA to      to | $62,141.65 |
| 205. | | 505.  Payoff of second mortgage loan   to | |
| 206.  Additional Deposit | $5,000.00 | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210.  City/Town Taxes | | 510.  City/Town Taxes | |
| 211.  Water | | 511.  Water | |
| 212.  Sewer | | 512.  Sewer | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $108,250.00 | **520. Total Reduction Amount Due Seller** | $75,000.00 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301.  Gross Amount due from borrower (line 120) | $94,925.30 | 601.  Gross Amount due to seller (line 420) | $75,000.00 |
| 302.  Less amounts paid by/for borrower (line 220) | $108,250.00 | 602.  Less reductions in amt. due seller (line 520) | $75,000.00 |
| **303. Cash To Borrower** | $13,324.70 | **603. Cash Seller** | $0.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following.  • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

| Previous Editions are Obsolete | Page 1 | form HUD-1 (3/86)<br>Handbook 4305 2 |
|---|---|---|

File No. 200966PN-02

## L. Settlement Charges

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | $75,000.00 | @ % = $0.00 | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $0.00 | to | | | | |
| 702. | to | Tranzon Driggers | | | |
| 703. Commission Paid at Settlement | | | | $0.00 | $0.00 |
| 704. Buyers Premium (750.00 + 5250.00) | to | Tranzon Driggers | | $5,250.00 | |
| 705. Buyers Premium | to | Fifth Realty | | $1,500.00 | |
| 706. Marketing Fee | to | Tranzon Driggers | | $750.00 | |
| 800. Items Payable in Connection with Loan | | | | | |
| 801. Loan Origination Fee % | to | | | | |
| 802. Loan Discount % | to | | | | |
| 803. Placement Fee | to | American Loan LLC | POC $1,000.00 | $4,000.00 | |
| 804. Credit Report | to | | | | |
| 805. Lender's Inspection Fee | to | | | | |
| 806. Yield Spread Premium | to | | | | |
| 807. Mortgage Broker Fee | to | | | | |
| 808. Flood Certification | to | | | | |
| 809. Tax Service Fee | to | | | | |
| 810. Commitment Fee | to | | | | |
| 811. Document Fee | to | American Loan LLC | | $795.00 | |
| 812. add'l Doc Prep Fee | to | | | $500.00 | |
| 900. Items Required by Lender To Be Paid in Advance | | | | | |
| 901. Interest from 7/2/2026 to 8/1/2026 @ $41.66/day | | | | $1,249.80 | |
| 902. Mortgage Insurance Premium for months | to | | | | |
| 903. Hazard Insurance Premium for years | to | | | | |
| 904. Flood Insurance Premium | to | | | | |
| 1000. Reserves Deposited With Lender | | | | | |
| 1001. Hazard insurance | months @ | | per month | | |
| 1002. Mortgage Insurance | months @ | | per month | | |
| 1003. City/Town Taxes | months @ | | per month | | |
| 1004. Water | months @ | | per month | | |
| 1005. Sewer | months @ | | per month | | |
| 1006. MUA | months @ | | per month | | |
| 1007. Association | months @ | | per month | | |
| 1008. | months @ | | per month | | |
| 1011. Aggregate Adjustment | | | | | |
| 1100. Title Charges | | | | | |
| 1101. Settlement or Closing Fee | to | Surety Title Company, LLC - Trust | | $200.00 | |
| 1102. Abstract or Title Search | to | | | | |
| 1103. Title Examination | to | | | | |
| 1104. Title Insurance Binder | to | | | | |
| 1105. Document Preparation | to | | | | |
| 1106. Notary Fees | to | CLERK | | $50.00 | |
| 1107. Attorney's Fees | to | | | | |
| (includes above items numbers: | | | ) | | |
| 1108. Title Insurance | to | Surety Title Company, LLC - Trust | | $1,025.00 | |
| (includes above items numbers: | | | ) | | |
| 1109. Lender's coverage | $100,000.00/$569.50 | | | | |
| 1110. Owner's coverage | $75,000.00/$1,025.00 | | | | |
| 1111. Outgoing Wire Fee (Payoff) | to | Surety Title Company, LLC - Trust | | | |
| 1112. Overnight Delivery (Payoff) | to | Surety Title Company, LLC - Trust | | | |
| 1113. Overnight Delivery | to | Surety Title Company, LLC - Trust | | $10.50 | |
| 1114. Wire Fee | to | Surety Title Company, LLC - Trust | | $4.50 | |
| 1115. Tax Search | to | Surety Title Company, LLC - Trust | | $45.00 | |
| 1116. County Search & Copies | to | Surety Title Company, LLC - Trust | | $80.00 | |
| 1117. PA End 100, 300, 900 | to | Surety Title Company, LLC - Trust | | $300.00 | |
| 1118. Wire Fee | to | Surety Title Company, LLC - Trust | | $4.50 | |
| 1119. Closing Protection Letter | to | Surety Title Company, LLC - Trust | | $125.00 | |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Recording Fees Deed $278.75 ; Mortgage $248.75 ; Rel | | to Recorder of Deeds | | $527.50 | |
| 1202. Realty Transfer Fee Deed $3,433.50 ; Mortgage | | to Recorder of Deeds | | $3,433.50 | |
| 1203. State Tax/Stamps Deed ; Mortgage | | to Recorder of Deeds | | | |
| 1204. Leases and Rents | to | | | | |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Water Acct 040-89190-00880-001 | to | Water Revenue Bureau | | | $2,855.80 |
| 1302. Pest Inspection | to | | | | |
| 1303. Deed Prep | to | Surety Title Company, LLC - Trust | | $75.00 | |
| 1304. Seller Surcharge | to | RAD Diversified Reit Inc | | | $7,500.00 |
| 1305. Gas | to | PGW | | | $2,502.55 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | $19,925.30 | $12,858.35 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

6427 Malvern LLC

By

RAD Diversified Rei Inc.

By ____, CHO

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent                                    Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                    Page 2                    form HUD-1 (3/86)
                                                                            Handbook 4305.2

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2502-0265



| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins.<br>4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number<br>DG26022B | 7. Loan Number<br>133135 | 8. Mortgage Insurance Case Number |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| BETA CAPITAL PARTNERS LLC, a Florida limited liability company<br>4025 Eastridge Drive<br>Valrico, Florida 33596 | RAD DIVERSIFIED REIT, INC., a Maryland Corporation<br>256 Eagleview Boulevard<br>Exton, Pennsylvania 19341 | Insula Capital Group, LLC<br>645 Madison Avenue, 19th Floor<br>New York, New York 10022 |

| G. Property Location | H. Settlement Agent |
|---|---|
| 264 Van Gogh Circle<br>Brandon, Florida 33511<br>Lot 6, Block 1<br>Gallery Gardens 4A Addition<br>Hillsborough | GULLETT TITLE, INC.<br>401 St. Johns Avenue - Palatka, FL 32177<br><br>**Place of Settlement**<br>401 Saint Johns Avenue<br>Palatka, Florida 32177-4724 |

**I. Settlement Date**  07/10/2026

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 297,000.00 | 401. Contract sales price | 297,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 20,725.23 | 403. | |
| 104. 2023 -> 2025 Taxes: Acct#: A0735520014 | 17,991.90 | 404. | |
| 105. Construction Holdback | 20,000.00 | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 355,717.13 | **420. GROSS AMOUNT DUE TO SELLER** | 297,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 29,700.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 257,600.00 | 502. Settlement charges to seller (line 1400) | 27,700.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 259,300.00 |
| | | U.S. Bank National Association, as Trustee | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Surcharge Amout to Debtor | 10,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 287,300.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 297,000.00 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 355,717.13 | 601. Gross amount due to seller (line 420) | 297,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 287,300.00 | 602. Less reduction amount due to seller (line 520) | 297,000.00 |
| **303. CASH          FROM          BORROWER** | 68,417.13 | **603. CASH          TO          SELLER** | 0.00 |

form HUD-1 (3/86) ref Handbook 4305.2

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | | | | SETTLEMENT STATEMENT | | | PAGE 2 | |
|---|---|---|---|---|---|---|---|---|---|

**L. SETTLEMENT CHARGES:**  File Number: DG26022B

| | | | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|---|
| 700. | **TOTAL SALES/BROKER'S COMMISSION based on price $** | 270,000.00 @ | 10.00 = | 27,000.00 | | | |
| | Division of commission (line 700) as follows: | | | | | | |
| 701. | $ 18,900.00 to Tranzon Driggers | | | | | | |
| | $ 2,700.00 to Tranzon Driggers for Marketing Fee | | | | | | |
| | $ to | | | | | | |
| 702. | $ 5,400.00 to Southern Pine Realty Group LLC | | | | | | |
| | $ to | | | | | | |
| | $ to | | | | | | |
| 703. | Commission paid at Settlement | Commission and Marketing Paid @ Settlement | | | | | 27,000.00 |
| 704. | | | | | | | |
| 800. | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | P.O.C. | | |
| 801. | Loan Origination Fee | 2 % | Insula Capital Group | | | 5,152.00 | |
| 802. | Loan Discount | % | | | | | |
| 803. | Appraisal Fee | to | | | | | |
| 804. | Credit Report | to | | | | | |
| 805. | Lender's Inspection Fee | to | | | | | |
| 806. | Underwriting Fee | to | | | | | |
| 807. | Mortgage Broker's Fee | to | | | | | |
| 808. | Servicing Setup | | | | | 30.00 | |
| 809. | Tax Service Fee | CoreLogic | | | | 225.00 | |
| 810. | Lender Legal Fee | MRM Law | | | | 2,045.00 | |
| 811. | | | | | | | |
| 812. | | | | | | | |
| 813. | | | | | | | |
| 814. | | | | | | | |
| 815. | | | | | | | |
| 900. | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | | |
| 901. | Interest from 07/10/26 to 08/01/26 @$ | 72.60 /day | 22 day(s) | | | 1,597.20 | |
| 902. | Mortgage Insurance Premium | to | | | | | |
| 903. | Hazard Insurance Premium 1 yrs. to Elmsure Insurance | 5053.62B | | | | POC | |
| 904. | Interest Reserve | Insula Capital Group | | | | 2,361.33 | |
| 905. | | | | | | | |
| 1000. | **RESERVES DEPOSITED WITH LENDER FOR** | | | | | | |
| 1001. | Hazard Insurance | mo. @$ | / mo. | | | | |
| 1002. | Mortgage Insurance | mo. @$ | / mo. | | | | |
| 1003. | City property taxes | mo. @$ | / mo. | | | | |
| 1004. | County property taxes | mo. @$ | / mo. | | | | |
| 1005. | Annual Assessments | mo. @$ | / mo. | | | | |
| 1006. | | mo. @$ | / mo. | | | | |
| 1007. | | mo. @$ | / mo. | | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | | | | |
| 1100. | **TITLE CHARGES** | | | | | | |
| 1101. | Settlement or closing fee to Gullett Title, Inc. | | | | | 1,250.00 | |
| 1102. | Abstract or title search to Gullett Title, Inc. | | | | | 500.00 | |
| 1103. | Title examination to | | | | | | |
| 1104. | Title insurance binder to | | | | | | |
| 1105. | Document preparation to | | | | | | |
| 1106. | Notary fees to Superlative + notarize.com | | | | | 350.00 | |
| 1107. | Attorney's fees to Bankruptcy Review to Gullett Title | | | | | | 700.00 |
| | (includes above item No: ) | | | | | | |
| 1108. | Title insurance to Stewart Title Guaranty Company (STG) | | | | | 1,785.00 | |
| | (includes above item No: ) | | | | | | |
| 1109. | Lender's coverage 257,600.00 --- 225.00 incl 225.00 Risk Prem | | | | | | |
| 1110. | Owner's coverage 297,000.00 --- 1,560.00 | | | | | | |
| 1111. | ALTA 8.1-6, ALTA 9.2-6, ALTA 9 Stewart Title Guaranty Company (STG) | | | | | 635.50 | |
| 1112. | Express Mail/Wire Fees Gullett Title, Inc. | | | | | 140.00 | |
| 1113. | | | | | | | |
| 1200. | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | | | |
| 1201. | Recording fees Deed $ 23.25 ; Mortgage $ 184.75 ; Releases $ | | | | | 208.00 | |
| 1202. | City/county/stamps Deed $ ; Mortgage $ | | | | | | |
| 1203. | State tax/stamps Deed $ 2,079.00 ; Mortgage $ 901.60 | | | | | 2,980.60 | |
| 1204. | Intangible Tax Deed $ ; Mortgage $ 515.20 | | | | | 515.20 | |
| 1205. | Obtain/Record Bankruptcy Documents (+LLC) | | | | | 150.00 | |
| 1300. | **ADDITIONAL SETTLEMENT CHARGES** | | | | | | |
| 1301. | Survey to Target Surveying, LLC | | | | | 385.00 | |
| 1302. | Pest inspection to | | | | | | |
| 1303. | Pacer Reimbursement | | | | | 30.40 | |
| 1304. | Construction TItle Updates(2) | | | | | 150.00 | |
| 1305. | | | | | | | |
| 1306. | Storage/Access Fee GTI for Forensis | | | | | 85.00 | |
| 1307. | Municipial Lien Search Real Res | | | | | 100.00 | |
| 1308. | Technology Access Fee Accu-Title.com/Landtech | | | | | 50.00 | |
| 1400. | **TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | | | | | 20,725.23 | 27,700.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BETA CAPITAL PARTNERS LLC, a Florida limited liability company

*Tracell Wilson (Jul 13, 2026 15:29:03 EDT)*

By; TRACELL WILSON, Sole Member

RAD DIVERSIFIED REIT, INC., a Maryland Corporation

*Katie Goodman*

By; Katie S. Goodman, CRO

The HUD-1 Settlement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.