**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1.      The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on August 27, 2026 at 4:00 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

*Debtor's Motion for Order (a) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (b) Approving Bidding Procedures; and (c) for Other Relief (Single Family Residences located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA; and 326 Valley Rd., Coatesville, PA)* [Dkt. No. 942].

2.      All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 14, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:   _/s/ Joseph A. Pack_
      Joseph A. Pack
      Email:  joe@packlaw.com
      Florida Bar No. 117882
      Jessey J. Krehl
      Email:  jessey@packlaw.com
      Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on August 14, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

**By First Class U.S. Mail, Postage Prepaid and Electronic Mail**:

Debra Autrey
526 E. Walnut Ln.
Philadelphia, PA 19144
debautrey456@gmail.com

Leah Bishop
2627 N. 23rd St.
Philadelphia, PA 19132
23LovenLife@gmail.com

Felica Jeffers
2627 N. 23rd St.
Philadelphia, PA 19132
feliciajeffress0@gmail.com

Malia Bright
5334 Glenmore Ave.
Philadelphia, PA 19143
mbright95@hotmail.com

Yasmine Bouie
5340 Glenmore Ave.
Philadelphia, PA 19143
yasminebouie67@gmail.com

Lourdes Motta
311 9th St.
Upland, PA 19015
lourdesmotta212@gmail.com

Wayne Bailey
326 Valley Rd.
Coatesville, PA 19320
waynebailey7289@gmail.com

**By First Class U.S. Mail, Postage Prepaid**:

City of Dream 2025, LLC
1010 Mulberry St.
Brookhaven, PA 19015

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on August 14, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:  */s/ Joseph A. Pack*
Joseph A. Pack

4