**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on August 27, 2026 at 4:00 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***Debtor's Motion for Order (a) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (b) Approving Sale Procedures and Terms; and (c) for Other Relief (Properties located at 1336 Argus Rd., Camden, NJ; 2067 Chelten Ave., Philadelphia, PA; 1353 Sellers St., Philadelphia, PA; 1336 E. Rittenhouse St., Philadelphia, PA; 2030 E. Lehigh Ave., Philadelphia, PA; 6439 N. Beechwood St., Philadelphia, PA; and 7307 Kinglet Pl., Philadelphia, PA)*** [Dkt. No. 943].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 14, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:  /s/ Joseph A. Pack
Joseph A. Pack
Email:  joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email:  jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on August 14, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to Philadelphia Community Development Coalition, Inc.

2

Tricia A. Morra, Esq., counsel to NWL Company, LLC and Wilmington Savings Fund Society, FSB, not in its Individual Capacity, but Solely as Trustee for IBIS Holdings A Trust

Seth J. Greenhill, Esq., counsel to Kiavi Funding, Inc.

**By First Class U.S. Mail, Postage Prepaid and Electronic Mail**:

Tarnisha Y. Watts
1336 Argus Rd.
Camden, NJ 08104
Tarnisha_Watts@yahoo.com

Tamya Taylor
2067 Chelten Ave.
Philadelphia, PA 19138
tee.taylor@yahoo.com

Shardae Fleming
1353 Sellers St.
Philadelphia, PA 19124
shardaeblessed1989@gmail.com

Arnold E. Brunson
7307 Kinglet Pl.
Philadelphia, PA 19153
adairpop@gmail.com

Debra Autrey
526 E. Walnut Ln.
Philadelphia, PA 19144
debautrey456@gmail.com

**By First Class U.S. Mail, Postage Prepaid**

East Region Tax Auction, LLC
10 Sterling Blvd., Ste. 302
Englewood, NJ 07631-4835

East Region Tax Auction, LLC
c/o Pluese, Becker, Saltzman & Thomas, LLC
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on August 14, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:   */s/ Joseph A. Pack*
Joseph A. Pack