**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Applicable Debtor. | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.      The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on August 27, 2026 at 4:00 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***Debtor's Motion for Order (a) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (b) Approving Sale Terms and Bidding Procedures; and (c) for Other Relief (Single Family Residences Located at 2016 W. Boston St., Philadelphia, PA; 3305 Gransback St., Philadelphia, PA; 3850 N. 18th St., Philadelphia, PA; 2056 Haines St., Philadelphia, PA; 3013 N. Lambert St., Philadelphia, PA; and 1331 W. Silver St., Philadelphia, PA)*** [Dkt. No. 894].

2.      All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 14, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By:   */s/ Joseph A. Pack*
     Joseph A. Pack
     Email: joe@packlaw.com
     Florida Bar No. 117882
     Jessey J. Krehl
     Email: jessey@packlaw.com
     Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on August 14, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

2

**By First Class U.S. Mail, Postage Prepaid and Electronic Mail**:

Nishya Yabrough
Nikkyeea Yabrough
2016 W. Boston St.
Philadelphia, PA 19132
shya2163@gmail.com
nyabrou1@gmail.com

Tequisha Mitchell
3305 Gransback St.
Philadelphia, PA 19134
tequishamb@gmail.com

Ayisha Wilson
3850 N. 18th St., 1st Flr
Philadelphia, PA 19140
shyzaplaza@gmail.com

Rashaun Adams
3850 N. 18th St., 2nd Flr
Philadelphia, PA 19140
romeladams@gmail.com

Asia Jefferson
3850 N. 18th St., 3rd Flr
Philadelphia, PA 19140
asiajefferson18@gmail.com

 **I FURTHER CERTIFY** that on August 14, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By:   */s/ Joseph A. Pack*
    Joseph A. Pack