ORDERED.

**Dated:  August 13, 2026**

_Catherine M°Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| _Jointly Administered with_ | |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| _____/ | |

**ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM
AUTOMATIC STAY (DOC. NO.  463)**

THIS MATTER came before the Court for a hearing on July 14, 2026 upon Select Portfolio

Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual

capacity but solely as Owner Trustee of CIM Trust 2023-I1's (the "Secured Creditor"), *Motion for Relief from Automatic Stay* (Doc. No. 463) (the "Motion"), and for the reasons stated in the Motion and on the record, it is:

**ORDERED**:

1.      The Motion is GRANTED.

2.      The automatic stay imposed by 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in 320 Walnut Street, Royersford, PA 19468 (the "Property"), and legally described as:

ALL THAT CERTAIN dwelling, situate in the Borough of Royersford, County of Montgomery and Commonwealth of Pennsylvania, being the Southwesterly one-half of a double dwelling and the lot or piece of land belonging, situate upon the Southeasterly side of Walnut Street, bounded and described as follows, to wit:

BEGINNING at a point in the center line of Walnut Street, at the Northerly corner of lands of John M. Shade; thence on the center line of Walnut Street, North forty-nine degrees East seventeen feet nine inches to a point in line with the center line of the middle or party wall dividing houses 320 and 322; thence on the center line of said middle or party wall, South forty-one degrees East, two hundred feet to a point in the center line of Plum Alley; thence on the center line of Plum Alley, South forty-nine degrees West, seventeen feet nine inches to the Easterly corner of lands of John M. Shade; thence by the same, North forty-one degrees West, two hundred feet to the place of beginning.
Being the same premises which Thomas Lee Williams, individually and as Administrator of the Estate of Terry Coy Williams aka Terry C. Williams by Deed dated October 5, 2012 and recorded October 9, 2012 in Montgomery County in Deed Book 5851, Page 378 conveyed unto Thomas Lee Williams, in fee.
Being the same premises which Thomas Lee Williams by Deed dated December 23, 2021 and recorded February 16, 2022 in Montgomery County in Deed Book 6267, Page 2662 conveyed unto RAD Diversified REIT, Inc., in fee.

3.      This Order Granting Motion for Relief from Automatic Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the Property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the Property against Debtor(s).

4.      Secured Creditor is awarded its attorneys' fees of $675.00 and costs of $199.00 which were incurred in filing its Motion for Relief from Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

5.      The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Automatic Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

###

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.