**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

RAD DIVERSIFIED REIT, INC.,

Debtor.
_______________________________________/

Case No. 8:26-bk-01636-CPM
Chapter 11

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay* [D.E. #962] for the *Motion for Relief from Automatic Stay Or, in the Alternative, for Adequate Protection* [D.E. #950] filed by BRAVO Residential Funding Trust 2023-NQM7 for Citibank, N.A., not in its individual capacity but solely as owner trustee was served via U.S. Mail, first-class postage prepaid, on August 17, 2026, upon:

**DEBTOR:**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

**20 LARGEST CREDITORS:**
PREMIER NETWORKS INC
C/O MCGLINCHEY STATTFORD
10375 CENTURION PKWY, STE 420
JACKSONVULLE, FL 32256

ADO PROFESSIONAL SOLUTIONS INC
4800 DEERWOOD COMPANY PKWY,
BLVD 800
JACKSONVILLE, FL 32246

ARNEBERG, LORA
507 N. ARTHUR ST
NEW HARMONY, IN 4763

JARCAR INVESTMENTS LLC
C/O SAVAGE VILLOCH LAW PLLC
ATTN ROVERT K SAVAGE, ESQ
400 N TAMPA ST, STE 2820
TAMPA, FL 33602

HEMPHILL, STEVEN L
5855 MIDNIGHT PASS RD, UNIT 215
SARASOTA, FLK 34242

BOSTON NATIONAL LLC
TWO RADNOR CORPORATE CENTER
100 MATSONFORD RD.
RADNOR, PA 19087

PBK ARCHITECTS INC
C/O STREAM KIM HICKS WRAGE &
ALFARO PC
ATTN T. STREAM, S. DEVORE
3403 10TH ST, STE 700
RIVERSIDE, CA 92501

VALET LIVING, LLC
10150 HIGHLAND MANOR DR
SUITE 120
TAMPA, FL 33160

PECO
PO BOX 37629
PHILADELPHIA, PA 19101

LEGNO CONSTRUCTION INC.
ATTN CHRISTIANO
3421MORRELL AVE
PHILA, PA 19114

LOWES
1000 LOWES BOULEVARD
MOORESVILLE, NC 28117

KATZ BARSKY LLC / KBK LAW GROUP
ATTN KATZ, JEFFERY
100 S BROAD STREET
SUITE 1205
PHILADELPHIA, PA 19110

AMERICAN EXPRESS CARD
200 VESEY STREET
NEW YORK, NY 10285-3106

VEIGA CONSTRUCTION AN REMODELING LLC
ATTN VEIGA, ROJELIO
136 COLUMBIA AVE
PHOENIXVILLE, PA 19460

SHORE TO SHORE TITLE LLC
2255 GLADES ROAD
SUITE 2341A
BOCA RATON, FL 33431

JEFFREY JACKSON & ASSOCIATES PLLC
11767 KATY FWY
SUITE 813
HOUSTON, TX 77079

All CM/ECF users were served electronically on August 13, 2026.

Respectfully Submitted,

/s/ *Jennifer Laufgas*

Jennifer Laufgas
Bar No.: 56181
Aldridge Pite, LLP
Attorney for Movant
101 East Park Boulevard
Suite 600, Office 23
Plano, TX 75074
Phone: (404) 994-7290
Fax: (619) 590-1385
Email: jlaufgas@aldridgepite.com