# Exhibit "B"

Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No.:

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

---------------------------------------------------------------x

| | |
|---|---|
| CV3 ALPHA TRUST,<br>Plaintiff | NO.: 250503684 |
| v. | CIVIL ACTION |
| RAD DIVERSIFIED OZ FUND LP,<br>Defendant | MORTGAGE FORECLOSURE |

---------------------------------------------------------------x

**PRAECIPE FOR *IN REM* JUDGMENT FOR FAILURE TO ANSWER AND ASSESSMENT OF DAMAGES**

TO THE PROTHONOTARY, CIVIL DIVISION:

Kindly enter judgment in mortgage foreclosure in favor of Plaintiff, CV3 Alpha Trust, and against Defendant, **RAD Diversified OZ Fund LP**, for his/her/their failure to file an Answer to Plaintiff's Complaint within 20 days from service thereof and for foreclosure and sale of the mortgage premises as described in Plaintiff's Complaint, and assess damages as follows:

| | |
|---|---|
| Amount claimed in Complaint | $190,487.91 |
| Interest from May 24, 2025 through September 10, 2025 (110 days) at $41.32 *per diem* | $4,545.20 |
| Sub Total | $195,033.11 |
| Costs to be added | $____________________ |
| Interest to accrue at 6% from Judgment Entry Date to Sale | |

I certify that written Notice of the Intention to file the Praecipe for Judgment was mailed to the party against whom judgment is to be entered and to his/her/their attorney of record, if any, after the default occurred and at least ten (10) days prior to the date of the filing of this Praecipe for Judgment. A copy of the Notice(s) of Intention to File Praecipe for Entry of *in rem* Judgment Pursuant to Pa. R. 237.1 is/are attached.

Date: September 12, 2025

/s/ Timothy A. Cirino
Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
Attorney for Plaintiff
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
(T) (212) 471-5100
(F) (212) 471-5150

AND NOW, ___________, 20___, Judgment is entered in favor of Plaintiff and against Defendant, **RAD Diversified OZ Fund LP**, in Mortgage Foreclosure and damages are assessed as above in the sum of $195,033.11, plus ongoing interest and costs.

______________________________
PROTHONOTARY, CIVIL DIVISION

Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No

IN THE COU ION PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

---------------------------------------------------------------x

| | |
|---|---|
| CV3 ALPHA TRUST, Plaintiff | NO.: 250503684 |
| v. | CIVIL ACTION |
| RAD DIVERSIFIED OZ FUND LP, Defendant | MORTGAGE FORECLOSURE |

---------------------------------------------------------------x

**AFFIDAVIT OF NON-MILITARY SERVICE**

The undersigned counsel has performed a search of the records maintained by the Department of Defense, Defense Manpower Data Center, and states that, upon information and belief, the Defendant are not in the Military or Naval Service of the United States or its Allies, or otherwise within the provisions of the Servicemembers Civil Relief Act, as amended.

This statement is made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

Date: September 12, 2025

/s/ Timothy A. Cirino
Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
*Attorneys for Plaintiff*
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
(T) (212) 471-5100
(F) (212) 471-5150

FRIEDMAN VARTOLO LLP
A Limited Liability Partnership formed in the State of New York
1325 Franklin Avenue, Suite 160, Garden City, NY 11530
Telephone: (212) 471-5100 | Facsimile: (212) 471-5150

September 12, 2025

**Loan Number**: [redacted]
**Firm Case Number**:
**Docket Number**: 250503684
**Mortgaged Premises**: 5233 North 11th Street, Philadelphia, PA 19141
**Borrower(s)**: RAD Diversified OZ Fund LP

## **SCRA Search Not Performed**

Please note the SCRA search was not performed on 09/12/2025 for RAD Diversified OZ Fund LP as the party is a corporation.

**FRIEDMAN VARTOLO LLP**
A Limited Liability Partnership formed in the State of New York
Attorneys for Plaintiff

Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case Nc

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| CV3 ALPHA TRUST, Plaintiff | NO.: 250503684 |
| v. | CIVIL ACTION |
| RAD DIVERSIFIED OZ FUND LP, Defendant | MORTGAGE FORECLOSURE |

**NOTICE**

Pursuant to the requirements of Pennsylvania Rule of Civil Procedure 236 of the Supreme Court of Pennsylvania, you are hereby notified that a Judgment has been entered against you in the above-captioned proceeding as indicated below.

__X__ Judgment *in rem* by Default
_____ Money Judgment
_____ Judgment in Replevin
_____ Judgment for Possession
_____ Judgment in Award of Arbitration
_____ Judgment on Verdict
_____ Judgment on Court Findings

Timothy A. Cirino, Esq. (326340)
**Friedman Vartolo LLP**
A Limited Liability Partnership formed in the State of New York
1628 John F Kennedy Boulevard, Suite 1810
Philadelphia, PA 19103
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No.:

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA
CIVIL DIVISION

----------------------------------------------------------------x

CV3 ALPHA TRUST,
Plaintiff

v.

RAD DIVERSIFIED OZ FUND LP,
Defendant

----------------------------------------------------------------x

NO.: 250503684

**MORTGAGE FORECLOSURE**

August 29, 2025

RAD Diversified OZ Fund LP
5233 North 11th Street
Philadelphia, PA 19141

RAD Diversified OZ Fund LP
18 North Village Avenue
Exton, PA 19341

RAD Diversified OZ Fund LP
10808 Foothill Boulevard, Suite 160
Rancho Cucamonga, CA 91730

RAD Diversified OZ Fund LP
3110 East Guasti Road, Suite 300
Ontario, CA 91761

RAD Diversified OZ Fund LP
256 Eagleview Boulevard, Suite 154
Exton, PA 19341

**IMPORTANT NOTICE**

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS**

**OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone (215) 238-1701

**NOTIFICACION IMPORTANTE**

**USTED ESTÁ EN DEFECTO PORQUE USTED NO HA PODIDO ENTRAR EN UN ASPECTO ESCRITO, PERSONALMENTE O MEDIANTE ABOGADO Y ARCHIVO POR ESCRITO ANTE EL TRIBUNAL SUS DEFENSAS U OBJECIONES A LAS ALEGACIONES EXPUESTAS EN SU CONTRA. A MENOS QUE USTED ACTÚA DENTRO DE LOS DIEZ DÍAS SIGUIENTES A LA FECHA DE ESTA NOTIFICACIÓN, LA RESOLUCIÓN PODRÁ SER EN SU CONTRA SIN UNA AUDIENCIA Y USTED PUEDE PERDER SU PROPIEDAD U OTROS DERECHOS IMPORTANTES.**

**USTED DEBE TOMAR ESTE TRABAJO CON SU ABOGADO A LA VEZ. SI USTED NO TIENE UN ABOGADO, VAYA A O LLAMAR POR TELÉFONO A LA OFICINA SE ESTABLECE A CONTINUACIÓN. ESTA OFICINA PUEDE PROPORCIONARLE INFORMACIÓN SOBRE LA CONTRATACIÓN DE UN ABOGADO.**

**SI USTED NO PUEDE PERMITIRSE EL LUJO DE CONTRATAR A UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLE INFORMACIÓN ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER SERVICIOS LEGALES A PERSONAS CON DERECHO A UNA TARIFA REDUCIDA O NINGUNA CUOTA.**

Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone (215) 238-1701

Signature: /s/ Timothy A. Cirino
Timothy A. Cirino, Esq. (326340)

SERVICE LIST:

RAD Diversified OZ Fund LP
5233 North 11th Street
Philadelphia, PA 19141

RAD Diversified OZ Fund LP
10808 Foothill Boulevard, Suite 160
Rancho Cucamonga, CA 91730

RAD Diversified OZ Fund LP
256 Eagleview Boulevard, Suite 154
Exton, PA 19341

RAD Diversified OZ Fund LP
18 North Village Avenue
Exton, PA 19341

RAD Diversified OZ Fund LP
3110 East Guasti Road, Suite 300
Ontario, CA 91761

Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No.:

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| CV3 ALPHA TRUST, Plaintiff | NO.: 250503684 |
| v. | CIVIL ACTION |
| RAD DIVERSIFIED OZ FUND LP, Defendant | MORTGAGE FORECLOSURE |

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney for Plaintiff certifies that the Praecipe for Judgment for Failure to Answer and Assessment of Damages and related documents complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

Date: September 12, 2025

/s/ Timothy A. Cirino
Timothy A. Cirino, Esq. (326340)
**FRIEDMAN VARTOLO LLP**
*Attorneys for Plaintiff*
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
(T) (212) 471-5100
(F) (212) 471-5150