# Exhibit "C"

bid4assets
A GovDeals Marketplace

Keyword Auction ID# GO
Advanced search
Follow us:
ASSET HOUND
Your online property search starts here!

Sign up for Weekly Email Alerts

afriedman - Logout

Real Estate > Other > All > #

# Philadelphia County, PA Sheriff Sale: 5233 NORTH 11TH STREET

| | |
|---|---|
| Final Bid: | $75,700 |
| Number of Bids: | 10 |
| *Minimum Bid:* | $13,200 |
| Your Bid Status: | **You have not bid yet** |
| *Reserve:* | **Not Met!** |
| Status: | Sold to Plaintiff |
| Auction Started: | 01-06-26 10:00 AM ET |
| Auction Closed: | 01-06-26 01:14 PM ET |
| Bid Increment: | $1,000 |
| *Overtime Period:* | 5 minutes |
| Source: | Government |
| Deposit Required: | $5,035 — See Instructions BIDDEPOSIT |
| Page Views: | 101 |

DUE DILIGENCE

| | |
|---|---|
| **Seller Name:** | PhilaForeclosures |
| **Rating:** | Not Applicable |
| **Location:** | 5233 NORTH 11TH STREET<br>PHILADELPHIA, PA 19141 |

VIEW OTHER FORECLOSURES

## ASSET INFORMATION

Deposit Requirement

- A single $5,035.00 deposit (includes a $35 nonrefundable processing fee) is required to participate in the 01-06-2026 Philadelphia County Sheriff sale.
- Deposits must be received by Bid4Assets no later than 4:00PM ET (1:00 PT) Tuesday, December 30th
- Click here to place your deposit.

Disclaimers

- Philadelphia County Sheriff's Office retains the right to reject any and all bids for any reason.
- Philadelphia County Sheriff's Office may withdraw this property from the auction at any time before or during the sale.
- Philadelphia County Sheriff's Office reserves the right to cancel the sale of a property at any time prior to the issuance of the deed.

**SUBJECT TO MORTGAGE**

# PLEASE NOTE: This property is subject to mortgage

### SPECIFICS - PARCEL INFORMATION

**Parcel Information**

| | |
|---|---|
| **OPA** | 492233200 |
| **Address** | 5233 NORTH 11TH STREET<br>PHILADELPHIA, PA 19141 |

**Other Properties**

| | |
|---|---|
| **County** | Philadelphia |
| **Sheriff Number** | 25022117 |
| **Attorney** | FRIEDMAN VARTOLO LLP |
| **Debt Amount** | $195,033.00 |
| **Plaintiff** | CV3 ALPHA TRUST |
| **Book/Writ** | 2601-411 |
| **Address** | 5233 NORTH 11TH STREET PHILADELPHIA PA 19141 |
| **Sale Type** | MORTGAGE FORECLOSURE |
| **Property Description** | 5233 NORTH 11TH STREET PHILADELPHIA PA 19141<br>Property Data for OPA #492233200<br>Ward: 49TH<br>Sale Type: MORTGAGE FORECLOSURE<br>Court Case #: 250503684 |

## ALL SELLER-RELATED DUE DILIGENCE — (VIEW RELATED AUCTIONS)

The due diligence items below apply to all related auctions from this seller.

**General Sale Information**

Terms of Sale

Bidder Instructions

## ASSET DESCRIPTION

The Sheriff's Office of Philadelphia County, PA, is conducting an auction with the following details:

Sheriff #: 25022117
Book/Writ: 2601-411
Auction Date: 2026-01-06
Plaintiff: CV3 ALPHA TRUST
Address: 5233 NORTH 11TH STREET PHILADELPHIA PA 19141
More Info:
5233 NORTH 11TH STREET PHILADELPHIA PA 19141
Property Data for OPA #492233200
Ward: 49TH
Sale Type: MORTGAGE FORECLOSURE
Court Case #: 250503684

Attorney: FRIEDMAN VARTOLO LLP
OPA #: 492233200

## BIDDING REQUIREMENTS

To bid on this auction, all bidders are required to become qualified by placing a deposit. The deposit of the winning bidder is automatically transferred to the seller at the end of auction. If the winning bidder fails to perform on any auction, the entire BidDeposit will be forfeited to the seller. Non-winning bidder deposit refunds are mailed within ten business days after the close of the auction. This deposit cannot be applied to other auctions. To find out more about the BidDeposit requirement, click here.

## SETTLEMENT REQUIREMENTS

Purchaser shall pay the balance of 10% of the total purchase price of all auctions won by 5:00 PM ET on the first (1st) business day following the Auction. Purchaser shall have calendar days from the auction date to pay the remaining balance. Payments shall be made to Bid4Assets. No exceptions will be made. If the payment policy is not adhered to winning bidder will forfeit their deposit to the Philadelphia County Sheriff's Office and may be banned from future sales.

Please view the Terms of Sale for more information.

bid4assets
A GovDeals Marketplace

ABOUT US
CONTACT US
JOBS
COURTHOUSE STEPS®

NEED TO KNOW

Privacy Policy
Terms of Service

FOR SELLERS

Sell an Asset
Sheriff's Sales
County Government Sellers
Seller Help

FOR BUYERS

Weekly Email Alert
Rate a Seller
Video Tutorials
Buyer Help

USEFUL LINKS

My Account/Login
Have Property to Sell?
Testimonials
Submit a Testimonial
Give Us Your Feedback

BID4ASSETS.com® is a registered trademark of Bid4Assets, Inc.

Where Great Deals Click™; Bid4Assets™; Copyright © 1999-2026 ALL RIGHTS RESERVED Bid4Assets, Inc.