UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP; and<br>DDH Fund, LLC | Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

Debtors.
_______________________________________/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of CV3 Financial Services as servicer for CV3 Bravo Trust, together with any successor and/or assign, ("Movant") dated _________________ and with good cause appearing therefore, it is;

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(1); is hereby vacated to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 5233 N 11th St, Philadelphia, PA 19141; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 11 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

____________________________________

U.S.B.J