ORDERED.

**Dated: August 18, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD Diversified REIT, Inc.

Case No.: 8:26-bk-01636-CPM
Chapter 11

Debtor. /

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came on for hearing on August 11, 2026 at 4:00 p.m. on the Motion for Relief from the Automatic Stay ("Motion") filed by Fay Servicing, LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 ("Movant") (Doc. No. 673). For the reasons stated orally on the record, it is

**ORDERED:**

1. The Motion (Doc. No. 673) is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.
SITUATE on the West side of Natrona Street (formerly called 32-1/2 Street) at the distance of 325 feet Northward from the North side of Diamond Street in the 32nd Ward of the City of Philadelphia.
CONTAIN ING in front or breadth on the said Natrona Street 15 feet and extending of that width in length or depth Westward between parallel lines at right angles to the said Natrona Street 60 feet to Douglass (formerly called 32-3/4 Street).
UNDER AND SUBJECT, however, to any Agreements, Restrictions, Covenants and Easements as of record.
BEING Known as No. 2144 North Natrona Street.
Being the same premises which Redevelopment Authority of the City of Philadelphia by Deed dated 10/11/1988 and recorded 12/5/1988 in Philadelphia County in Deed Book F.H.S. 1235 Page 499 conveyed unto Lisa Harley, in fee.
Being the same premises which Lisa Harley by Deed dated 9/2/2021 and recorded 12/17/2021 in Philadelphia County as Document No. 53921322 conveyed unto DOH Fund LP, in fee.

**AKA 2144 N Natrona St, Philadelphia, PA 19121** (the "Collateral").

3. Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Collateral, to gain possession of said Collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. Movant is awarded fees in the amount of $750.00 and costs in the amount of $199.00 for the prosecution of this Motion.

5. The 14-day stay under Rule 4001(a)(4) is not waived by entry of this Order.

###

Attorney Gavin Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.