# EXHIBIT B

# INTERIOR CMA
by ClearCapital

**This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.**

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 2648 N Stanley St, Philadelphia, PA 19132 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 10/27/2025 | **Date of Report** | 10/27/2025 | | |
| **Loan Number** | | **APN** | | | |
| **Borrower Name** | N/A | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | 31216 | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | DDH Fund Lp |
| **R. E. Taxes** | $1,069 |
| **Assessed Value** | $76,400 |
| **Zoning Classification** | R-10 |
| **Property Type** | SFR |
| **Occupancy** | Vacant |
| **Secure?** | Yes (secured on lockbox) |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | $0 |
| **Estimated Interior Repair Cost** | $0 |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

Subject is a two story single family attached colonial row home that is in average condition, based on interior inspection.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $46,000<br>High: $138,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

Stable local market with a slight increase in inventory and marketing times.

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 2648 N Stanley St | 2045 N Stillman St. | 1751 N 29th St. | 2153 N Corlies St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19121 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.79 [1] | 0.96 [1] | 0.52 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $73,000 | $89,900 | $110,000 |
| **List Price $** | -- | $72,500 | $89,900 | $110,000 |
| **Original List Date** | | 08/27/2025 | 11/05/2024 | 09/30/2025 |
| **DOM · Cumulative DOM** | -- · -- | 55 · 61 | 27 · 356 | 27 · 27 |
| **Age** (# of years) | 110 | 110 | 105 | 110 |
| **Condition** | Average | Fair | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,064 | 1,184 | 1,190 | 964 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 4 · 2 | 3 · 1 |
| **Total Room #** | 6 | 6 | 7 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 75% | 0% |
| **Basement Sq. Ft.** | 508 | 574 | 540 | 472 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Inferior to subject in amenities; sold as-is.

**Listing 2** Similar to subject in condition; updates made.

**Listing 3** Superior to subject in amenities; maintained.

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 2648 N Stanley St | 2502 N Corlies St. | 2149 N Stanley St. | 2116 N Natrona St. |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19132 | 19132 | 19121 | 19121 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.17 [1] | 0.52 [1] | 0.59 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $105,000 | $95,000 | $175,000 |
| **List Price $** | -- | $95,000 | $95,000 | $120,000 |
| **Sale Price $** | -- | $80,000 | $85,000 | $95,000 |
| **Type of Financing** | -- | Cash | Conventional | Cash |
| **Date of Sale** | -- | 09/30/2025 | 05/23/2025 | 07/02/2025 |
| **DOM · Cumulative DOM** | -- · -- | 22 · 47 | 68 · 115 | 171 · 287 |
| **Age** (# of years) | 110 | 110 | 105 | 110 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential | Adverse ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,064 | 1,016 | 964 | 1,230 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 3 · 1 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 508 | 482 | 468 | 602 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | $0 | $0 | $0 |
| **Adjusted Price** | -- | $80,000 | $85,000 | $95,000 |

* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Inferior to subject in amenities; updates made.

**Sold 2** Similar to subject in condition; maintained.

**Sold 3** Superior to subject in amenities; well kept.

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 1 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**

Expired on 05/04/2025

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 02/04/2025 | $79,000 | -- | -- | Expired | 05/04/2025 | $79,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $92,900 | $92,900 |
| **Sales Price** | $85,000 | $85,000 |
| **30 Day Price** | $79,000 | -- |

**Comments Regarding Pricing Strategy**

Subject should list as-is to appeal to investors and owner occupants.

## Repair Addendum

**Exterior**

**Total Estimated Exterior Repairs** **$0**

**Interior**

**Total Estimated Interior Repairs** **$0**

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

## Subject Photos




Front




Address Verification




Side




Side




Back




Street

## Subject Photos




Street




Kitchen




Bedroom




Bedroom




Bedroom




throom

## Subject Photos




Living Room



Dining Room




Other



Other



Other



Other

## Subject Photos




Other




Other




Other




Other




Other

## Listing Photos

L1 2045 N Stillman St.
Philadelphia, PA 19121



Front



Front

L2 1751 N 29th St.
Philadelphia, PA 19121



Front

L3 2153 N Corlies St.
Philadelphia, PA 19121



Front



Front

## Listing Photos

L3 2153 N Corlies St.
Philadelphia, PA 19121



Front

## Sales Photos

S1 2502 N Corlies St.
Philadelphia, PA 19132



Front



Front

S2 2149 N Stanley St.
Philadelphia, PA 19121



Front



Front

S3 2116 N Natrona St.
Philadelphia, PA 19121





Front

## ClearMaps Addendum

**Address** 2648 N Stanley St, Philadelphia, PA 19132
**Loan Number** **Suggested List** $92,900 **Suggested Repaired** $92,900 **Sale** $85,000




| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 2648 N Stanley St, Philadelphia, PA 19132 | -- | Parcel Match |
| L1 | Listing 1 | 2045 N Stillman St., Philadelphia, PA 19132 | 0.79 Miles [1] | Parcel Match |
| L2 | Listing 2 | 1751 N 29th St., Philadelphia, PA 19132 | 0.96 Miles [1] | Parcel Match |
| L3 | Listing 3 | 2153 N Corlies St., Philadelphia, PA 19121 | 0.52 Miles [1] | Parcel Match |
| S1 | Sold 1 | 2502 N Corlies St., Philadelphia, PA 19132 | 0.17 Miles [1] | Parcel Match |
| S2 | Sold 2 | 2149 N Stanley St., Philadelphia, PA 19132 | 0.52 Miles [1] | Parcel Match |
| S3 | Sold 3 | 2116 N Natrona St., Philadelphia, PA 19121 | 0.59 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Interior Access Information:
This assignment requires an interior inspection of the property. To schedule the inspection, please contact the interior access name and number within four hours of accepting this report.
Service Providers performing interior inspections must follow all state and local government health and safety directives/laws.
Please introduce yourself to the POC or borrower in the following manner. 'Hi I'm (State your name) and I am completing an inspection for a valuation report on behalf of Clear Capital for Fay Servicing'
If incorrect information is provided or there is no access information, please check your local MLS and contact the listing agent for this property. If a lock box code or key code is provided, please inspect the property within 48 hours of acceptance. If you experience any of the below issues, contact Clear Capital Broker Support within 24 hours so we can assist you with the completion of this report:

1. Unable to reach the Point of Contact (POC) - please reach out to the POC a minimum of 2 times before contacting Clear Capital
2. Difficulties scheduling an appointment
3. Lock Box/Key Code issues (Lock Box not on the property, code does not work)
4. An appointment has been made but it is past your due date and time

Customer Specific Requirements:
If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for directions on how to proceed with the report.
Please do preliminary research on the subject before going out to the property.
Comparable Requirements:
1. Please use fair market comps from the same neighborhood, block or subdivision whenever possible.
2. Please only use REO comparables if the market is driven by REOs and they are comparable in characteristics and condition.
3. Please use comps that have closed in the past 3 months to show the current market conditions or comment in the report if this is not possible.
In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.

## Report Instructions - cont.

10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.
11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location
Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. At least 8 interior photos - one of each room, and any glaring items that affect the valuation of the property positively or negatively.
7. MLS photos of all (3) sold comparables, if available
8. MLS photos of all (3) listing comparables, if available

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Vlad Diaconescu | **Company/Brokerage** | Remax Prime Real Estate |
| **License No** | | **Address** | 238 W Baltimore Ave. Clifton Heights PA 19018 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | | **Email** | vladdyreo@gmail.com |
| **Broker Distance to Subject** | 7.96 miles | **Date Signed** | 10/27/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

**This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.**

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 3712 N Percy St, Philadelphia, PA 19140 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 05/17/2025 | **Date of Report** | 05/22/2025 | | |
| **Loan Number** | | **APN** | | | |
| **Borrower Name** | LP DDH | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | DDH FUND LP |
| **R. E. Taxes** | $1,198 |
| **Assessed Value** | $85,600 |
| **Zoning Classification** | Residential RM1 |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Good |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

Per the attached MLS Sheet, the subject has been recently renovated and is in good condition.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $35,000<br>High: $225,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

## Current Listings

| | Subject | Listing 1 | Listing 2 | Listing 3 * |
|---|---|---|---|---|
| **Street Address** | 3712 N Percy St | 4228 N Fairhill St | 3422 N Hope St | 3911 N Percy St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19140 | 19140 | 19140 | 19140 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.62 [1] | 0.87 [1] | 0.21 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $115,000 | $119,999 | $120,000 |
| **List Price $** | -- | $115,000 | $118,999 | $120,000 |
| **Original List Date** | | 01/01/2025 | 02/04/2025 | 09/07/2024 |
| **DOM · Cumulative DOM** | -- · -- | 135 · 141 | 101 · 107 | 251 · 257 |
| **Age** (# of years) | 105 | 85 | 80 | 105 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 960 | 1,051 | 1,088 | 960 |
| **Bdrm · Bths · ½ Bths** | 2 · 1 | 3 · 1 | 3 · 2 | 2 · 1 |
| **Total Room #** | 5 | 6 | 6 | 5 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 100% | 0% |
| **Basement Sq. Ft.** | 480 | 525 | 544 | 480 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |

* Listing 3 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Similar to the subject in age, GLA, location, size and style. he property has been meticulously maintained and is currently rented for $1,000 per month. The home features a spacious and inviting layout, with three generously sized bedrooms, a full bathroom, and a cozy living room that flows into a well-appointed kitchen. Superior bed count

**Listing 2** Similar to the subject in age, GLA, location, size and style. Central A/C; Cooling Fuel: Electric; Heating: Baseboard - Electric; Heating Fuel: Electric; Hot Water: Electric; Water Source: Public; Sewer: Public Sewer Superior bed & bath counts

**Listing 3** Similar to the subject in age, GLA, location, size and style. As you enter, you'll notice the inviting front porch, the house features elegant new and refinished floors throughout, creating a warm and welcoming atmosphere. The kitchen is fully electric and well-equipped for all your culinary needs.

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 3712 N Percy St | 3722 N Franklin St | 4116 N Fairhill St | 3254 N 2nd St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19140 | 19140 | 19140 | 19140 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.12 [1] | 0.50 [1] | 0.79 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $119,900 | $110,000 | $150,000 |
| **List Price $** | -- | $119,900 | $110,000 | $119,900 |
| **Sale Price $** | -- | $98,000 | $115,000 | $115,000 |
| **Type of Financing** | -- | Cash | Fha | Conventional |
| **Date of Sale** | -- | 01/27/2025 | 03/31/2025 | 12/17/2024 |
| **DOM · Cumulative DOM** | -- · -- | 139 · 271 | 8 · 38 | 98 · 174 |
| **Age** (# of years) | 105 | 85 | 85 | 105 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 960 | 990 | 810 | 1,032 |
| **Bdrm · Bths · ½ Bths** | 2 · 1 | 3 · 1 | 2 · 1 | 3 · 1 |
| **Total Room #** | 5 | 7 | 5 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 480 | 495 | 405 | 516 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.02 acres | 0.02 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | -$2,000 | $0 | -$2,000 |
| **Adjusted Price** | -- | $96,000 | $115,000 | $113,000 |

* Sold 2 is the most comparable sale to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Similar to the subject in age, GLA, location, size and style. Adj. for: Bed (-2000)

**Sold 2** Similar to the subject in age, GLA, location, size and style. No adjustments necessary

**Sold 3** Similar to the subject in age, GLA, location, size and style. Adj. for: Bed (-2000)

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 1 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**

See chart below

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 02/03/2025 | $115,000 | -- | -- | Withdrawn | 03/22/2025 | $115,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $124,900 | $124,900 |
| **Sales Price** | $115,000 | $115,000 |
| **30 Day Price** | $105,000 | -- |

**Comments Regarding Pricing Strategy**

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The current report is showing a large variance in as-is conclusions with the most current duplicate completed. The large variance appears due to the subject's recent rehab and current good condition, per attached MLS, versus the prior report's average condition assessment.
The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

## Subject Photos




Front




Address Verification




Address Verification




Side




Side




Street

## Subject Photos




Street




Other

## Listing Photos

L1 4228 N Fairhill St
Philadelphia, PA 19140



Front

L2 3422 N Hope St
Philadelphia, PA 19140



Front

L3 3911 N Percy St
Philadelphia, PA 19140




Front

## Sales Photos

S1 3722 N Franklin St
Philadelphia, PA 19140



Front

S2 4116 N Fairhill St
Philadelphia, PA 19140



Front

S3 3254 N 2nd St
Philadelphia, PA 19140



Front

DRIVE-BY CMA
by ClearCapital

**3712 N PERCY ST**
PHILADELPHIA, PA 19140

**$115,000**
As-Is Price

## ClearMaps Addendum

**Address** ☆ 3712 N Percy St, Philadelphia, PA 19140
**Loan Number** **Suggested List** $124,900 **Suggested Repaired** $124,900 **Sale** $115,000




| Comparable | | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ★ | Subject | 3712 N Percy St, Philadelphia, PA 19140 | -- | Parcel Match |
| L1 | Listing 1 | 4228 N Fairhill St, Philadelphia, PA 19140 | 0.62 Miles [1] | Parcel Match |
| L2 | Listing 2 | 3422 N Hope St, Philadelphia, PA 19140 | 0.87 Miles [1] | Parcel Match |
| L3 | Listing 3 | 3911 N Percy St, Philadelphia, PA 19140 | 0.21 Miles [1] | Parcel Match |
| S1 | Sold 1 | 3722 N Franklin St, Philadelphia, PA 19140 | 0.12 Miles [1] | Parcel Match |
| S2 | Sold 2 | 4116 N Fairhill St, Philadelphia, PA 19140 | 0.50 Miles [1] | Parcel Match |
| S3 | Sold 3 | 3254 N 2nd St, Philadelphia, PA 19140 | 0.79 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.
11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location
Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 5.71 miles | **Date Signed** | 05/18/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**

# DRIVE-BY CMA
by ClearCapital

**4114 N DARIEN ST**
PHILADELPHIA, PA 19140

**$119,000**
As-Is Price

**This analysis has not been performed in accordance with Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity, and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. This CMA provides a probable sales price to assist the user in decisions that may result in a disposition of the property. The user understands that this CMA may be provided in anticipation of a listing, and agrees to consider engaging the real estate professional if the property is listed for sale. This CMA may not be used for a loan origination.**

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 4114 N Darien St, Philadelphia, PA 19140 | **Order ID** | | **Property ID** | |
| **Inspection Date** | 05/17/2025 | **Date of Report** | 05/21/2025 | | |
| **Loan Number** | | **APN** | 433379600 | | |
| **Borrower Name** | LP DDH | **County** | Philadelphia | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | DDH FUND LP |
| **R. E. Taxes** | $1,303 |
| **Assessed Value** | $93,100 |
| **Zoning Classification** | Residential RSA5 |
| **Property Type** | SFR |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Good |
| **Estimated Exterior Repair Cost** | |
| **Estimated Interior Repair Cost** | |
| **Total Estimated Repair** | |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

Per interior photos from the attached MLS sheet, the subject has been recently renovated and in good condition.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $48,000<br>High: $220,000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | <90 |

**Neighborhood Comments**

The subject is located in an average area/neighborhood with similar age and style homes.

## Current Listings

| | Subject | Listing 1 | Listing 2 * | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 4114 N Darien St | 3911 N Percy St | 3816 N 8th St | 4208 N Darien St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19140 | 19140 | 19140 | 19140 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.22 [1] | 0.31 [1] | 0.11 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | $ | $120,000 | $134,900 | $165,000 |
| **List Price $** | -- | $120,000 | $134,900 | $143,000 |
| **Original List Date** | | 09/07/2024 | 04/22/2025 | 10/31/2024 |
| **DOM · Cumulative DOM** | -- · -- | 254 · 256 | 28 · 29 | 190 · 202 |
| **Age** (# of years) | 85 | 105 | 90 | 85 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,050 | 960 | 1,056 | 1,038 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 | 2 · 1 |
| **Total Room #** | 6 | 5 | 6 | 5 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 525 | 480 | 528 | 519 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.01 acres | 0.02 acres | 0.02 acres | 0.01 acres |
| **Other** | None | None | None | None |

* Listing 2 is the most comparable listing to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

## Current Listings - Cont.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

| | |
|---|---|
| **Listing 1** | Similar to the subject in age, GLA, location, size and style. As you enter, you'll notice the inviting front porch, the house features elegant new and refinished floors throughout, creating a warm and welcoming atmosphere. The kitchen is fully electric and well-equipped for all your culinary needs. |
| **Listing 2** | Similar to the subject in age, GLA, location, size and style. As soon as you walk into the spacious living room you will see a great sized dining room. In the back of the 1st floor you have a large sized kitchen that leads out to a large sized back yard that is prefect for those summer BBQ's and family gatherings. On the 2nd floor you will find 3 large bedrooms and large bathroom. |
| **Listing 3** | Similar to the subject in age, GLA, location, size and style. No Cooling; Cooling Fuel: None; Heating: Hot Water; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer Inferior bed count |

## Recent Sales

| | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 4114 N Darien St | 4012 N 7th St | 4361 N 4th St | 4319 N 9th St |
| **City, State** | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA | Philadelphia, PA |
| **Zip Code** | 19140 | 19140 | 19140 | 19140 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.14 [1] | 0.50 [1] | 0.23 [1] |
| **Property Type** | SFR | SFR | SFR | SFR |
| **Original List Price $** | -- | $135,000 | $120,000 | $169,000 |
| **List Price $** | -- | $135,000 | $120,000 | $155,000 |
| **Sale Price $** | -- | $120,000 | $120,000 | $140,000 |
| **Type of Financing** | -- | Conventional | Fha | Cash |
| **Date of Sale** | -- | 03/11/2025 | 12/10/2024 | 11/22/2024 |
| **DOM · Cumulative DOM** | -- · -- | 17 · 36 | 36 · 85 | 57 · 72 |
| **Age** (# of years) | 85 | 80 | 90 | 100 |
| **Condition** | Good | Good | Good | Good |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome | 2 Stories Rowhome |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,050 | 1,140 | 1,120 | 1,010 |
| **Bdrm · Bths · ½ Bths** | 3 · 1 | 3 · 1 | 3 · 1 · 1 | 3 · 1 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | 525 | 570 | 560 | 505 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.01 acres | 0.03 acres | 0.02 acres | 0.02 acres |
| **Other** | None | None | None | None |
| **Net Adjustment** | -- | $0 | -$1,500 | $0 |
| **Adjusted Price** | -- | $120,000 | $118,500 | $140,000 |

* Sold 1 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** Similar to the subject in age, GLA, location, size and style. No adjustments necessary

**Sold 2** Similar to the subject in age, GLA, location, size and style. Adj. for: 1/2 bath (-1500)

**Sold 3** Similar to the subject in age, GLA, location, size and style. No adjustments necessary

## Subject Sales & Listing History

| | |
|---|---|
| **Current Listing Status** | Not Currently Listed |
| **Listing Agency/Firm** | |
| **Listing Agent Name** | |
| **Listing Agent Phone** | |
| **# of Removed Listings in Previous 12 Months** | 1 |
| **# of Sales in Previous 12 Months** | 0 |

**Listing History Comments**

See chart below

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| 02/04/2025 | $115,000 | -- | -- | Withdrawn | 03/22/2025 | $115,000 | MLS |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $128,900 | $128,900 |
| **Sales Price** | $119,000 | $119,000 |
| **30 Day Price** | $110,000 | -- |

**Comments Regarding Pricing Strategy**

Final value conclusion is based upon the best available similar sold and listed properties, availabilities and the market condition in the area. All comps are similar properties & in same/competitive markets. Sales and listings used in this report were selected using GLA as one of the primary factors along with location.

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

## Subject Photos




Front




Address Verification




Side




Side




Street




Street

## Subject Photos




Other

## Listing Photos

L1 3911 N Percy St
Philadelphia, PA 19140




Front

L2 3816 N 8th St
Philadelphia, PA 19140



Front

L3 4208 N Darien St
Philadelphia, PA 19140



Front

## Sales Photos

S1 4012 N 7th St
Philadelphia, PA 19140



Front

S2 4361 N 4th St
Philadelphia, PA 19140



Front

S3 4319 N 9th St
Philadelphia, PA 19140



Front

## ClearMaps Addendum

**Address** 4114 N Darien St, Philadelphia, PA 19140
**Loan Number** **Suggested List** $128,900 **Suggested Repaired** $128,900 **Sale** $119,000




| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ★ Subject | 4114 N Darien St, Philadelphia, PA 19140 | -- | Parcel Match |
| L1 Listing 1 | 3911 N Percy St, Philadelphia, PA 19140 | 0.22 Miles [1] | Parcel Match |
| L2 Listing 2 | 3816 N 8th St, Philadelphia, PA 19140 | 0.31 Miles [1] | Parcel Match |
| L3 Listing 3 | 4208 N Darien St, Philadelphia, PA 19140 | 0.11 Miles [1] | Parcel Match |
| S1 Sold 1 | 4012 N 7th St, Philadelphia, PA 19140 | 0.14 Miles [1] | Parcel Match |
| S2 Sold 2 | 4361 N 4th St, Philadelphia, PA 19140 | 0.50 Miles [1] | Parcel Match |
| S3 Sold 3 | 4319 N 9th St, Philadelphia, PA 19140 | 0.23 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

Definitions:

| | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 05/20/2024
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:
Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:
1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or

## Report Instructions - cont.

occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.
11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location
Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Leeann Levin | **Company/Brokerage** | American Destiny Real Estate - Philadelphia, Inc. |
| **License No** | | **Address** | 1717 S 2nd St Philadelphia PA 19148 |
| **License Expiration** | 05/31/2026 | **License State** | PA |
| **Phone** | | **Email** | gandlagent@gmail.com |
| **Broker Distance to Subject** | 6.12 miles | **Date Signed** | 05/21/2025 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**