FIFTH THIRD
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 7/1/2026 - 7/31/2026
Account Type: 5/3 BUS ELITE CKG
Account Number: [redacted]3867

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

## Account Summary - [redacted]3867

| | | | | |
|---|---|---|---|---|
| **07/01** | **Beginning Balance** | **$27,740.38** | Number of Days in Period | 31 |
| | Checks | | | |
| 165 | Withdrawals / Debits | $(155,061.16) | | |
| 44 | Deposits / Credits | $129,648.36 | | |
| **07/31** | **Ending Balance** | **$2,327.58** | | |

**Analysis Period: 06/01/26 - 06/30/26**

| | |
|---|---|
| Standard Monthly Service Charge | $50.00 |
| **Standard Monthly Service Charge Waived** (see below) | **$0.00** |
| MISCELLANEOUS | $75.00 |
| **Service Charge withdrawn on 07/10/26** | **$125.00** |

| **Standard Monthly Service Charge waived if:** | **Current Relationship Overview:** | |
|---|---|---|
| Your business maintains a total monthly average balance of $50,000 across its business checking, savings, and certificate of deposit accounts. | **Balance Criteria Met?** | **No** |
| | Total Combined Monthly Average Balance | $31,536.55 |
| **OR** your business has a business loan or line of credit with a balance. | **Business Loan or Line of Credit with balance?** | **No** |
| **OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials. | **Other Criteria Met?** | **No** |
| | $500 Business Credit Card Spend? | No |
| | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Withdrawals / Debits

**165 items totaling $155,061.16**

| Date | Amount | Description |
|---|---|---|
| 07/01 | 637.06 | INTUIT * 800-446-8848 QBooks Onl 2803256 RAD DIVERSIFIED REIT 070126 |
| 07/01 | 3,199.20 | WEB INITIATED PAYMENT AT GOOGLE PURCHASE US004CNTG6 070126 |
| 07/02 | 49.22 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019471 070226 |
| 07/02 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 3021239 070226 |
| 07/02 | 71.19 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348502 070226 |
| 07/02 | 73.47 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019471 070226 |
| 07/02 | 76.84 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348504 070226 |
| 07/02 | 86.38 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019472 070226 |
| 07/02 | 98.14 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019472 070226 |
| 07/02 | 100.14 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019472 070226 |
| 07/02 | 107.31 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348503 070226 |
| 07/02 | 110.61 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019472 070226 |
| 07/02 | 116.97 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348496 070226 |
| 07/02 | 118.65 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019471 070226 |

FIFTH THIRD

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 07/02 | 125.10 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348501 070226 |
| 07/02 | 130.36 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019471 070226 |
| 07/02 | 145.96 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348479 070226 |
| 07/02 | 159.10 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019471 070226 |
| 07/02 | 196.44 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348497 070226 |
| 07/02 | 198.04 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019472 070226 |
| 07/02 | 213.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348498 070226 |
| 07/02 | 229.53 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3019471 070226 |
| 07/02 | 274.74 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348470 070226 |
| 07/02 | 285.82 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348496 070226 |
| 07/02 | 353.34 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348481 070226 |
| 07/02 | 357.32 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348507 070226 |
| 07/02 | 358.93 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348471 070226 |
| 07/02 | 509.84 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348474 070226 |
| 07/02 | 603.98 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348494 070226 |
| 07/02 | 1,343.80 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348485 070226 |
| 07/02 | 1,554.60 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3348490 070226 |
| 07/02 | 5,770.96 | DHI Holdings Tex Settlement 000027468934006 DHI Holdings Texas, LL 070226 |
| 07/03 | 21.04 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101326 070326 |
| 07/03 | 21.64 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101319 070326 |
| 07/03 | 25.72 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101315 070326 |
| 07/03 | 39.78 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101322 070326 |
| 07/03 | 39.90 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101310 070326 |
| 07/03 | 46.03 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101318 070326 |
| 07/03 | 46.13 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101319 070326 |
| 07/03 | 49.23 | TELEPHONE INITIATED PAYMENT AT AMERICAN WATER E BILLPAY AMERICAN WATER 070326 |
| 07/03 | 49.52 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101327 070326 |
| 07/03 | 74.98 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101324 070326 |
| 07/03 | 76.12 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101320 070326 |
| 07/03 | 85.06 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101325 070326 |
| 07/03 | 85.35 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101314 070326 |
| 07/03 | 141.69 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101308 070326 |
| 07/03 | 243.69 | WEB INITIATED PAYMENT AT WASTE CONNECTION WEB_PAY 19124302070226 070326 |
| 07/03 | 278.47 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 4101311 070326 |
| 07/06 | 1,159.00 | AIS INC APPFOLIO.COM APFINSSVCS 4219700 RAD DIVERSIFIED REIT * 070626 |
| 07/06 | 2,191.02 | APPFOLIO 805-617-2167 SAAS 4495955 RAD DIVERSIFIED REIT * 070626 |
| 07/06 | 6,819.00 | RAD DIVERS CREDITS 8220238670 070626 OFFSET TRANSACTION |
| 07/08 | 1.85 | INVOICE CLOUD 866-342-9266 WEBPAYMENT 5539058 RAD DIVERSIFIED REIT * 070826 |
| 07/08 | 26.74 | PASCO COUNTY FL 727-847-8145 UTILITIES 5539055 RAD DIVERSIFIED REIT * 070826 |
| 07/09 | 14.11 | WEB INITIATED PAYMENT AT DUKEENERGY BILL PAY 910199018428 070926 |
| 07/09 | 20.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158273 070926 |
| 07/09 | 20.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158273 070926 |
| 07/09 | 23.92 | WEB INITIATED PAYMENT AT DUKEENERGY BILL PAY 910198986449 070926 |
| 07/09 | 30.80 | WEB INITIATED PAYMENT AT DUKEENERGY BILL PAY 910199023243 070926 |
| 07/09 | 42.01 | WEB INITIATED PAYMENT AT DUKEENERGY BILL PAY 910198973915 070926 |
| 07/09 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158271 070926 |
| 07/09 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158272 070926 |
| 07/09 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158272 070926 |
| 07/09 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158272 070926 |
| 07/09 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6158273 070926 |
| 07/09 | 160.47 | WEB INITIATED PAYMENT AT DUKEENERGY BILL PAY 910198992158 070926 |
| 07/09 | 2,950.00 | DHI Holdings Tex Settlement 000027542079962 DHI Holdings Texas, LL 070926 |
| 07/10 | 1,989.46 | OUTGOING WIRE TRANS 071026 TRN 20260710005180 |
| 07/10 | 125.00 | SERVICE CHARGE |
| 07/13 | 26.53 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881698 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881670 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881676 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881700 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881700 071326 |

FIFTH THIRD
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881703 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881705 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881706 071326 |
| 07/13 | 35.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881707 071326 |
| 07/13 | 46.03 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881705 071326 |
| 07/13 | 46.14 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881709 071326 |
| 07/13 | 47.69 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881676 071326 |
| 07/13 | 47.69 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881706 071326 |
| 07/13 | 49.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6879356 071326 |
| 07/13 | 49.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 6879357 071326 |
| 07/13 | 63.82 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881675 071326 |
| 07/13 | 70.23 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881408 071326 |
| 07/13 | 72.98 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881673 071326 |
| 07/13 | 72.98 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881674 071326 |
| 07/13 | 74.80 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881707 071326 |
| 07/13 | 84.26 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881668 071326 |
| 07/13 | 85.62 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881706 071326 |
| 07/13 | 85.79 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881671 071326 |
| 07/13 | 98.27 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881707 071326 |
| 07/13 | 114.25 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881707 071326 |
| 07/13 | 122.24 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881708 071326 |
| 07/13 | 123.55 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881704 071326 |
| 07/13 | 136.20 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881705 071326 |
| 07/13 | 174.07 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881701 071326 |
| 07/13 | 275.00 | INTUIT * 800-446-8848 QBooks Onl 7377029 RAD DIVERSIFIED REIT 071326 |
| 07/13 | 311.67 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881704 071326 |
| 07/13 | 417.97 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881703 071326 |
| 07/13 | 432.89 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881672 071326 |
| 07/13 | 672.92 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881675 071326 |
| 07/13 | 784.91 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 6881704 071326 |
| 07/13 | 7,574.60 | RAD DIVERS CREDITS 8220238670 071326 OFFSET TRANSACTION |
| 07/14 | 32.79 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815823 071426 |
| 07/14 | 46.15 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815828 071426 |
| 07/14 | 74.66 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815827 071426 |
| 07/14 | 160.79 | SHOWMOJO SHOWMOJO ST-X5L4Q4I2Q5V3 RAD DIVERSIFIED REIT I 071426 |
| 07/14 | 180.84 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815821 071426 |
| 07/14 | 256.18 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815830 071426 |
| 07/14 | 287.52 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815813 071426 |
| 07/14 | 743.58 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 7815816 071426 |
| 07/15 | 12.90 | STRIPE INC ZOOM.COM 8 ST-O9B9O6U1D1Z5 RAD DIVERSIFIED REIT I 071526 |
| 07/15 | 69.00 | WEB INITIATED PAYMENT AT PHILA26 L&I GOVSERVICE 8184709 071526 |
| 07/17 | 4,053.82 | DHI Holdings Tex Settlement 000027601167418 DHI Holdings Texas, LL 071726 |
| 07/20 | 57.21 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121724593917 072026 |
| 07/20 | 59.44 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121724594384 072026 |
| 07/20 | 693.24 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121724593945 072026 |
| 07/20 | 910.96 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121724688810 072026 |
| 07/20 | 4,500.00 | RAD DIVERS PAYMENTS 8220238670 072026 OFFSET TRANSACTION |
| 07/20 | 7,235.00 | RAD DIVERS CREDITS 8220238670 072026 OFFSET TRANSACTION |

FIFTH THIRD

Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 07/21 | 490.00 | DHI Holdings Tex Settlement 000027625333974 DHI Holdings Texas, LL 072126 |
| 07/22 | 2,028.40 | OUTGOING WIRE TRANS 072226 TRN 20260722000868 |
| 07/22 | 22,869.00 | OUTGOING WIRE TRANS 072226 TRN 20260722009186 |
| 07/22 | 50,000.00 | OUTGOING WIRE TRANS 072226 TRN 20260722009203 |
| 07/23 | 408.27 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1226096 072326 |
| 07/24 | 28.54 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574752 072426 |
| 07/24 | 46.15 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574755 072426 |
| 07/24 | 50.12 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574766 072426 |
| 07/24 | 60.33 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574756 072426 |
| 07/24 | 75.04 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574771 072426 |
| 07/24 | 75.86 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574766 072426 |
| 07/24 | 81.16 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574769 072426 |
| 07/24 | 123.27 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574768 072426 |
| 07/24 | 124.29 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574757 072426 |
| 07/24 | 155.68 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574754 072426 |
| 07/24 | 181.76 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574772 072426 |
| 07/24 | 275.00 | INTUIT * 800-446-8848 QBooks Onl 1401873 RAD DIVERSIFIED REIT 072426 |
| 07/24 | 293.02 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574771 072426 |
| 07/24 | 332.73 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574753 072426 |
| 07/24 | 384.08 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574772 072426 |
| 07/24 | 462.39 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574770 072426 |
| 07/24 | 572.29 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574763 072426 |
| 07/24 | 600.00 | DHI Holdings Tex Return 000027642822674 DHI Holdings Texas, LL 072426 |
| 07/24 | 1,850.00 | RAD Diversified Settlement 000027647331586 RAD Diversified REIT I 072426 |
| 07/24 | 3,333.33 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 1574761 072426 |
| 07/27 | 345.00 | RAD Diversified Settlement 000027655988594 RAD Diversified REIT I 072726 |
| 07/29 | 74.68 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 74.91 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 100.38 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 101.02 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 111.29 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 115.51 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 116.05 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 116.59 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 117.96 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 124.50 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 125.13 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 137.84 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 175.25 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/29 | 181.86 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 187.55 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 190.20 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123181 072926 |
| 07/29 | 259.47 | WEB INITIATED PAYMENT AT CITYOFPHILA WATER 3123180 072926 |
| 07/31 | 721.86 | INTUIT * 800-446-8848 QBooks Onl 3592110 RAD DIVERSIFIED REIT 073126 |

Deposits / Credits — 44 items totaling $129,648.36

| Date | Amount | Description |
|---|---|---|
| 07/01 | 400.00 | PayNearMe EDI EDI PYMNTS 891398383417197 RAD Diversified REIT I 070126 |
| 07/01 | 1,443.00 | Philadelphia Hou S8 VENDORS 82202633700000 070126 |
| 07/01 | 2,450.50 | APPFOLIO VV9T 2647392862518 8666481536 RAD Diversified REIT, 070126 |
| 07/02 | 3,300.00 | DHI Holdings Tex Settlement 000027442849570 DHI Holdings Texas, LL 070226 |
| 07/02 | 3,595.50 | APPFOLIO VV9T 2647426695322 8666481536 RAD Diversified REIT, 070226 |
| 07/03 | 880.00 | FLEX Rent Appfolio-K9MBRC 339 Taylor Terrace, Ch appfolio Appfolio-K9MBRC 070326 |
| 07/03 | 1,025.00 | FLEX Rent Appfolio-sC1Qx3 5334 Glenmore Ave, Phi appfolio Appfolio-sC1Qx3 070326 |
| 07/03 | 1,709.34 | EARLY PAY: COLUMN*FLEXIBLE RENT 070626 |
| 07/03 | 1,800.00 | EARLY PAY: COLUMN*FLEXIBLE RENT 070626 |
| 07/03 | 2,000.00 | FLEX Rent Appfolio-1N1zk5 917 Almond St, Baytown appfolio Appfolio-1N1zk5 070326 |
| 07/03 | 3,595.00 | DHI Holdings Tex Settlement 000027472183054 DHI Holdings Texas, LL 070326 |
| 07/03 | 6,900.00 | APPFOLIO VV9T 2647451010512 8666481536 RAD Diversified REIT, 070326 |

FIFTH THIRD
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 7/1/2026 - 7/31/2026
Account Type: 5/3 BUS ELITE CKG
Account Number: [redacted]3867

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

## Deposits / Credits - continued

| Date | Amount | Description |
|---|---|---|
| 07/06 | 1,682.01 | DHI Holdings Tex Settlement 000027489933670 DHI Holdings Texas, LL 070626 |
| 07/06 | 7,650.33 | DHI Holdings Tex Settlement 000027504822506 DHI Holdings Texas, LL 070626 |
| 07/06 | 14,064.45 | APPFOLIO VV9T 2647471309621 8666481536 RAD Diversified REIT, 070626 |
| 07/07 | 1,346.12 | FLEX Rent Appfolio-zaAJZz 221 W Clapier St, Phil appfolio Appfolio-zaAJZz 070726 |
| 07/07 | 3,899.00 | DHI Holdings Tex Settlement 000027508808554 DHI Holdings Texas, LL 070726 |
| 07/07 | 11,138.89 | APPFOLIO VV9T 2647511338523 8666481536 RAD Diversified REIT, 070726 |
| 07/08 | 5,533.25 | APPFOLIO VV9T 2647532551625 8666481536 RAD Diversified REIT, 070826 |
| 07/09 | 2,395.48 | APPFOLIO VV9T 2647563919428 8666481536 RAD Diversified REIT, 070926 |
| 07/10 | 463.00 | APPFOLIO VV9T 2647580715726 8666481536 RAD Diversified REIT, 071026 |
| 07/13 | 2,352.33 | APPFOLIO VV9T 2647599208721 8666481536 RAD Diversified REIT, 071326 |
| 07/14 | 2,050.29 | APPFOLIO VV9T 2647633369323 8666481536 RAD Diversified REIT, 071426 |
| 07/14 | 3,076.00 | DHI Holdings Tex Settlement 000027566587674 DHI Holdings Texas, LL 071426 |
| 07/15 | 696.00 | Philadelphia Hou S8 VENDORS 82202633700000 071526 |
| 07/15 | 819.50 | DHI Holdings Tex Settlement 000027584813922 DHI Holdings Texas, LL 071526 |
| 07/15 | 1,390.00 | APPFOLIO VV9T 2647663099626 8666481536 RAD Diversified REIT, 071526 |
| 07/15 | 13,925.00 | DEPOSIT |
| 07/16 | 800.00 | DHI Holdings Tex Settlement 000027586622878 DHI Holdings Texas, LL 071626 |
| 07/17 | 465.00 | DHI Holdings Tex Settlement 000027598350874 DHI Holdings Texas, LL 071726 |
| 07/17 | 975.05 | APPFOLIO VV9T 2647684780428 8666481536 RAD Diversified REIT, 071726 |
| 07/20 | 1,270.00 | APPFOLIO VV9T 2647699388522 8666481536 RAD Diversified REIT, 072026 |
| 07/20 | 1,275.00 | DHI Holdings Tex Settlement 000027605363890 DHI Holdings Texas, LL 072026 |
| 07/21 | 1,620.00 | DHI Holdings Tex Settlement 000027615210938 DHI Holdings Texas, LL 072126 |
| 07/21 | 6,290.00 | APPFOLIO VV9T 2647759133313 8666481536 RAD Diversified REIT, 072126 |
| 07/22 | 850.00 | APPFOLIO VV9T 2647774574210 8666481536 RAD Diversified REIT, 072226 |
| 07/22 | 975.00 | DEPOSIT |
| 07/23 | 2,300.00 | APPFOLIO VV9T 2647804613822 8666481536 RAD Diversified REIT, 072326 |
| 07/24 | 605.00 | RAD Diversified Settlement 000027643954686 RAD Diversified REIT I 072426 |
| 07/24 | 1,285.00 | PayNearMe EDI EDI PYMNTS 455926518886624 RAD Diversified REIT I 072426 |
| 07/27 | 2,704.00 | RAD Diversified Settlement 000027649592494 RAD Diversified REIT I 072726 |
| 07/27 | 3,686.32 | APPFOLIO VV9T 2647838561211 8666481536 RAD Diversified REIT, 072726 |
| 07/28 | 1,984.00 | APPFOLIO VV9T 2647873072520 8666481536 RAD Diversified REIT, 072826 |
| 07/31 | 984.00 | EARLY PAY: DELAWARE COUNTY HCVOA 080326 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01 | 28,197.62 | 07/13 | 59,954.26 | 07/22 | 1,669.62 |
| 07/02 | 21,204.29 | 07/14 | 63,298.04 | 07/23 | 3,561.35 |
| 07/03 | 37,789.28 | 07/15 | 80,046.64 | 07/24 | (3,653.69) |
| 07/06 | 51,017.05 | 07/16 | 80,846.64 | 07/27 | 2,391.63 |
| 07/07 | 67,401.06 | 07/17 | 78,232.87 | 07/28 | 4,375.63 |
| 07/08 | 72,905.72 | 07/20 | 67,322.02 | 07/29 | 2,065.44 |
| 07/09 | 71,694.89 | 07/21 | 74,742.02 | 07/31 | 2,327.58 |
| 07/10 | 70,043.43 | | | | |

FIFTH THIRD

This page intentionally left blank.

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31
[redacted]824-9 031 165
Page 1 of 1

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
SEGREGATED FUNDS
3155 ROSWELL RD NE SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]824-9 | $17,439.00 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]824-9

| | | | |
|---|---|---|---|
| Beginning balance | 0.00 | | |
| Deposits/Credits | 17,500.00 | Low balance | 0.00 |
| Withdrawals/Debits | 61.00 | Average balance | 14,325.23 |
| Ending balance | 17,439.00 | Average collected balance | 14,325.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 07-06 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 07-07 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 07-31 | Service Charge | | 25.00 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 07-06 | Domestic Wire IN | SURETY TITLE COMPA LLC NJ/PA RQ MTD BANK, NA200966PN-0SURETY TITLE COMPA NY LLC NJ/PA RQ M | 7,500.00 |
| 07-07 | Domestic Wire IN | SURETY TITLE COMPA LLC NJ/PA RQ MTD BANK, NA200967PN-0SURETY TITLE COMPA NY LLC NJ/PA RQ M | 10,000.00 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 0.00 | 07-07 | 17,464.00 | 07-31 | 17,439.00 |
| 07-06 | 7,482.00 | | | | |

## BALANCING YOUR CHECKBOOK

| Checks and Debits Outstanding | | |
|---|---|---|
| **Check No.** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement $____________

(5) Add (+) deposits not shown on this statement (if any) +____________

$____________

(6) Subtract(-) checks and/or other outstanding debits -____________

(7) Balance should equal the balance in your checkbook $____________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

### ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

### ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

### ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

### ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

## Statement of Account

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31
[redacted]748-6 031 165
Page 1 of 4

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
3155 ROSWELL RD NE, SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]748-6 | $181,827.20 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]748-6

| | | | |
|---|---|---|---|
| Beginning balance | 184,601.25 | | |
| Deposits/Credits | 17,206.83 | Low balance | 175,120.53 |
| Withdrawals/Debits | 19,980.88 | Average balance | 183,323.71 |
| Ending balance | 181,827.20 | Average collected balance | 183,304.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 07-02 | Preauthorized Wd | CORPORATION SERV LEGAL SVCS 260702 | 495.00 |
| 07-03 | Maintenance Fee | GW ACH IMP FEE | 30.00 |
| 07-03 | Maintenance Fee | GW WIRE MO SVC FEE | 30.00 |
| 07-03 | Maintenance Fee | GW ACH MO SVC FEE | 30.00 |
| 07-06 | Preauthorized Wd | HILLSBOROUGH COU TAX COLL. 260706 F2061088318 | 22.00 |
| 07-15 | Preauthorized Wd | CORPORATION SERV LEGAL SVCS 260715 | 524.00 |
| 07-27 | Preauthorized Wd | SMXAFR-SHOWMOJO ACCTVERIFY 260727 ST-Q0W5Z4N0B6C3 | 0.01 |
| 07-27 | Preauthorized Wd | CITYOFPHILA WATER 260727 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 46.13 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 81.54 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 86.14 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 90.92 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

July 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 94.72 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 94.72 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 101.26 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 106.25 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 107.74 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 108.97 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 116.72 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 146.93 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 191.87 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 209.79 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 210.41 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 226.46 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 244.85 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 285.98 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 508.52 |
| 07-28 | Preauthorized Wd | RAD Diversified ICPmts 260728 | 7,275.00 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 140.20 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 208.02 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 374.78 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 35.05 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 72.00 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER 260728 | 420.55 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

July 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER<br>260728 | 28.72 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER<br>260728 | 72.98 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER<br>260728 | 221.82 |
| 07-28 | Preauthorized Wd | CITYOFPHILA WATER<br>260728 | 344.45 |
| 07-29 | ACH Return Item Fee | RETURN FEE RTN-FEE<br>260729 ACH RETURN<br>0001 ACH RETURNS @ $06.00 PER ITEM | 6.00 |
| 07-29 | Preauthorized Wd | REINSUREPRO PURCHASE<br>260729 | 0.01 |
| 07-29 | Preauthorized Wd | REINSUREPRO PURCHASE<br>260729 | 0.01 |
| 07-29 | Preauthorized Wd | REINSUREPRO PURCHASE<br>260729 | 0.01 |
| 07-30 | Preauthorized Wd | MR COOL AC AND H MR COOL AC<br>260730 | 170.00 |
| 07-30 | Preauthorized Wd | RAD Diversified ACH Paymen<br>260730 | 1,530.00 |
| 07-31 | Preauthorized Wd | QUARTERLY FEE PAYMENT<br>260731 0000 | 1,250.00 |
| 07-31 | Preauthorized Wd | RAD Diversified Settlement<br>260731 000027699165470 | 3,395.00 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 07-21 | Deposit | | 474.11 |
| 07-22 | Preauthorized Credit | #ZMU Appfolio ACCTVERIFY<br>260722 | 0.01 |
| 07-27 | Preauthorized Credit | SMXAFR-SHOWMOJO ACCTVERIFY<br>260727 ST-P2V4D9J0R6A1 | 0.01 |
| 07-28 | Preauthorized Credit | RAD Diversified Settlement<br>260728 000027662619462 | 2,975.00 |
| 07-28 | Preauthorized Credit | APPFOLIO SV9T 8666481536<br>260728 | 700.00 |
| 07-29 | Preauthorized Credit | PayNearMe EDI PYMNTS<br>260729 259566886376316 | 1,295.00 |
| 07-29 | Preauthorized Credit | APPFOLIO SV9T 8666481536<br>260729 | 500.00 |
| 07-29 | Preauthorized Credit | RAD Diversified Settlement<br>260729 000027673865926 | 1,400.00 |
| 07-29 | ACH Ret Credits (DC) | RETURN SETTLE N ACH RETURN<br>RETURN ITEM SETTLE | 1,530.00 |
| 07-30 | Preauthorized Credit | PayNearMe EDI PYMNTS<br>260730 355935725157860 | 1,086.20 |
| 07-30 | Preauthorized Credit | RAD Diversified Settlement<br>260730 000027685577254 | 1,920.50 |
| 07-31 | Preauthorized Credit | RAD Diversified Settlement<br>260731 000027690946794 | 2,895.00 |
| 07-31 | Preauthorized Credit | APPFOLIO SV9T 8666481536<br>260731 | 2,431.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

July 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 184,601.25 | 07-15 | 183,470.25 | 07-28 | 175,120.53 |
| 07-02 | 184,106.25 | 07-21 | 183,944.36 | 07-29 | 179,839.50 |
| 07-03 | 184,016.25 | 07-22 | 183,944.37 | 07-30 | 181,146.20 |
| 07-06 | 183,994.25 | 07-27 | 183,909.32 | 07-31 | 181,827.20 |

## BALANCING YOUR CHECKBOOK

| Checks and Debits Outstanding | | |
|---|---|---|
| **Check No.** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.
(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.
(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.
(4) Enter the "Ending Balance" shown on this statement $____________
(5) Add (+) deposits not shown on this statement (if any) +____________
$____________
(6) Subtract(-) checks and/or other outstanding debits -____________
(7) Balance should equal the balance in your checkbook $____________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.