ORDERED.

**Dated: August 19, 2026**



Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**ORDER GRANTING DEBTORS' MOTION TO WAIVE CHAPTER 11 OPERATING GUIDELINE REQUIREMENTS FOR PROOF OF PROPERTY/CASUALTY INSURANCE**

THIS CASE came before the Court for hearing on August 4, 2026 at 3:30 p.m. (the "**Hearing**") on the *Debtors' Motion to Waive Chapter 11 Operating Guideline Requirements for Proof of Property/Casualty Insurance* [Dkt. No. 677] (the "**Motion**"). The Court, having reviewed the Motion, having heard argument of counsel at the Hearing, noting that the Office of

the United States Trustee did not object to the relief requested in the Motion, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing, which shall constitute the findings of the Court,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Debtors are excused from the requirement of providing property/casualty insurance for the Real Property.[1]

3. Debtors shall maintain general liability insurance throughout the pendency of the cases.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them in the Motion.