ORDERED.

**Dated: August 19, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM<br>Chapter 11 |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; | Case No. 8:26-bk-01640-CPM |

Debtors.

___________________________________/

**ORDER GRANTING CREDITOR, VICTOR AND SUSAN CAVE'S MOTION UNDER SECTION 11 U.S.C. § 362(d)(1) FOR RELIEF FROM AUTOMATIC STAY, OR IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

(Doc. No. 580)

THIS MATTER came before the Court for hearing on August 11, 2026, at 4:00 p.m. on *Creditor, Victor and Susan Cave's Motion for Relief from the Automatic Stay, or in the*

*Alternative, for Adequate Protection* (the "Motion") (Doc. No. 580) filed by Victor Cave and Susan Cave ("Secured Creditor"). The Court having reviewed the Motion, together with the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1. The Motion is GRANTED, as set forth herein.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the following real property:

Address: 11418 – 11434 U.S. Highway 19 North, Port Richey, FL 34668
Parcel No.: 10-25-16-0050-05500-0000
Legal Description:
A PORTION OF THE NORTH 1/3 OF TRACT 55, PORT RICHEY LAND COMPANY'S SUBDIVISION OF SECTION 10, TOWNSHIP 25 SOUTH, RANGE 16 EAST, AS SHOWN ON THE PLAT RECORDED IN PLAT BOOK 1, PAGE 61, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
BEGIN AT THE NORTHWEST CORNER OF TRACK 55; THE SAME BEING THE NORTHWEST CORNER OF THE SOUTHWEST ¼ OF SAID SECTION 10, THENCE RUN EAST 75 FEET TO THE EAST RIGHT OF WAY LINE OF U.S. HIGHWAY NO. 19 AS IT IS NOW CONSTRUCTED FOR A POINT OF BEGINNING; THENCE RUN EAST 265 FEET; THENCE RUN SOUTH 328.8 FEET; THENCE RUN WEST 266 FEET TO THE EAST RIGHT OF WAY LINE OF U.S. HIGHWAY NO. 19; THENCE RUN NORTH ALONG SAID RIGHT OF WAY LINE 328.8 FEET TO THE POINT OF BEGINNING; LESS EXISTING COUNTY ROAD RIGHT OF WAY ALONG THE NORTH 25 FEET OF THE ABOVE DESCRIBED PROPERTY.

(the "Property").

3. The automatic stay is modified for the sole purpose of allowing Secured Creditor to commence and/or complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the Property (or any proceeds therefrom), to gain possession of the Property (or any proceeds therefrom), and to have *in rem* relief in accordance with non-bankruptcy law. Secured Creditor shall not have *in personam* relief against the Debtor.

4. The relief granted herein permits Secured Creditor, its successor and/or assigns, to

commence and/or continue through judgment, sale, certificate of title and possession, and foreclosure against the Property.

5. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rue 4001(a)(4) is granted, and this Order shall be effective immediately upon its entry.

6. Secured Creditor is awarded its attorneys' fees of $750.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor.

7. The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Angela C. Mason-Reimer, Esq. is directed to serve a copy of this order on all interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this Order.*