FILED VIA MAIL

AUG 20 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

In re:

RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM

Jointly Administered with:

RAD Diversified OZ Fund, LP – Case No. 8:26-bk-01637-CPM
DHI Fund, LLC – Case No. 8:26-bk-01638-CPM
DHI Holdings, LP – Case No. 8:26-bk-01639-CPM
DDH Fund, LLC – Case No. 8:26-bk-01640-CPM

INDIVIDUAL LIMITED OBJECTION

TO FIRST INTERIM APPLICATION OF PACK LAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

(Docket No. 960)

I am an investor, creditor, and/or equity security holder in these jointly administered bankruptcy cases.

I respectfully object to the amount of fees and expenses requested by Pack Law in Docket No. 960.

I recognize that legal services have been necessary during these Chapter 11 proceedings. My objection is not to reasonable compensation for necessary legal work. Rather, I respectfully request that the Court carefully scrutinize the requested fees and expenses before approving payment.

Professional fees are paid from assets of the bankruptcy estate. Every dollar approved for administrative expenses reduces the funds that may ultimately be available for creditors and investors.

Accordingly, I respectfully request that the Court carefully review whether the requested fees and expenses are:

- Reasonable;
- Actual and necessary;
- Properly documented;
- Free from unnecessary duplication; and
- Consistent with the requirements of 11 U.S.C. § 330.

If any requested fees or expenses are found to be excessive, duplicative, clerical in nature, inadequately documented, or otherwise not compensable under the Bankruptcy Code, I respectfully request that those amounts be reduced or disallowed.

Respectfully submitted,

Name: ALBERTO RODRIGUEZ

Signature: ____________________

Date: 8/15/2026

Status (check all that apply):

☒ Investor

☐ Creditor

☐ Equity Security Holder

Address:

1211 N. MONTEREY ST

ANAHEIM, CA 92801

Telephone: (949) 244-5799

Email (optional): ALBEROD0427@GMAIL.COM

Mr. Alberto Rodriguez
1211 N. Monterey St.
Anaheim, CA 92801

SANTA ANA CA 926
17 AUG 2026 PM 4 L




Clerk of Court Sam M. Gibbons
United States Courthouse
801 N. Florida Ave, Suite 555
Tampa, Florida 33602

33602-358030