ORDERED.

**Dated: August 24, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**CORRECTIVE[1] ORDER (I) GRANTING IN PART DEBTOR'S EXPEDITED MOTION (A) TO CONFIRM HIGH BIDDERS, (B) TO AUTHORIZE DISTRIBUTIONS AT CLOSING, (C) TO ESTABLISH GOOD FAITH OF PURCHASER, AND (D) FOR RELATED RELIEF; AND (II) SETTING FURTHER HEARING**

(1611 West Sales Yard Road, Emmett, Idaho)

[1] Corrected only to change the time of the hearing set out in paragraph "7" from 4:00 p.m. to 3:30 p.m.

THIS CASE came before the Court for hearing on August 11, 2026 at 4:00 p.m. ET (the "**Hearing**") on the *Debtor's Expedited Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief (1611 West Sales Yard Road, Emmett, Idaho)* [Dkt. No. 912] (the "**Motion**") filed by the Debtor, RAD Diversified REIT, Inc. (the "**Debtor**"). The Court previously authorized the sale of the Property (defined below), free and clear of all liens, claims, and encumbrances [Dkt. No. 559] (the "**Sale Order**"), which order required that after the date of the auction, "the Debtor shall subsequently file a motion to approve the sale of the Property and determine disbursement of the proceeds from the auction of the Property." The Debtor quoted this language in the Motion at paragraph 15, and requested at paragraph 17 that "the net proceeds of the sale . . . in the approximate amount of $697,290, be paid to the Debtor and deposited into the Debtor's debtor in possession account." No party timely filed an objection to the Motion. At the Hearing, the Office of the United States Trustee objected to the Debtor's request to deposit the net sale proceeds in its operating account. The Debtor argued that, because all liens will be satisfied at closing and no party in interest asserted any claim or right to any of the net proceeds, the net proceeds are free and clear assets of the Debtor's estate free to be used for administration of the Debtor's estate, subject to the requirements of the orders of this Court and the Bankruptcy Code. The Court, having reviewed the Motion (including the results of the auction held on June 23, 2026), having heard argument of counsel at the Hearing, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing which shall constitute the findings of the Court,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED in part**, on the terms set forth herein.

2. The Purchaser, Trenton G. Warner and Ciara N. Warner, husband and wife, and Bryce A. Palmer and Anne M. Palmer, husband and wife (collectively, the "**Purchaser**"), is confirmed as the highest bidder for the real property located at 1611 West Sales Yard Road, Emmett, Idaho (the "**Property**"), more fully described in the Sale Order.

3. The transfer of the Property to the Purchaser shall be free and clear of all liens, claims, encumbrances, and interests. Debtor shall file a copy of the closing statement within 7 days of the date of closing.

4. The Debtor, RAD Diversified REIT, Inc., as debtor and debtor-in-possession, is authorized and directed to execute, acknowledge, deliver, and cause to be recorded any deed necessary to convey the Property to the Purchaser, or the Purchaser's approved assignee or nominee, including a Trustee's Deed or other deed acceptable to the title company and closing agent. Katie S. Goodman, as Chief Restructuring Officer of the Debtor, and any other officer, authorized representative, or designee of the Debtor approved by the Debtor, is authorized to execute and deliver the deed, settlement statement, closing statement, owner/title affidavits, transfer tax forms, closing instructions, and any other documents reasonably necessary or appropriate to consummate the sale of the Property and carry out the terms of this Order and the Sale Order, without further order of this Court. The closing agent, title insurer, Purchaser, and public recording offices may rely upon this Order as conclusive evidence of the authority of the Debtor and its authorized signer to execute, deliver, and record all documents necessary to consummate the sale and convey title to the Property in accordance with this Order and the Sale Order.

5. The proceeds from the sale of the Property shall be disbursed substantially in the manner set forth on **Exhibit A** (the "**Closing Disbursements**").

6. Until further order of the Court, the excess proceeds, if any, after payment of the Closing Disbursements (the "**Excess Proceeds**") shall be remitted by the closing agent to the Debtor to be held in a segregated account.

7. The Court shall conduct a further hearing on the disbursement of the Excess Proceeds on September 15, 2026, at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

8. The sale process for the Property occurred pursuant to the auction procedures authorized in the Sale Order, which utilized a competitive and transparent marketplace that facilitates an arm's-length sale without fraud or collusion. Accordingly, the Purchaser is entitled to the protections of section 363(m) of the Bankruptcy Code.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

# <u>Exhibit A</u>

## Closing Disbursements

**Pioneer Title Company of Gem County**
2020 South Johns Avenue Suite A
Emmett, ID 83617
(208)365-5343

PioneerTitleCo. GOING BEYOND

File Number: **908329**
Loan Amount: **$503,750.00**
Sales Price: **$705,000.00**
Close Date: **8/14/2026**
Disbursement Date: **8/14/2026**

## COMBINED CLOSING STATEMENT

Type: **Purchase**
Property: **1611 WEST SALES YARD ROAD**
**EMMETT, ID 83617 (GEM)**

Borrower(s): **TRENTON G. WARNER AND CIARA N. WARNER**
**8299 Hillview Rd**
**Emmett, ID 83617**

**BRYCE A. PALMER AND ANNE M. PALMER**

Sellers: **TRUSTEE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE CHAPTER 11 BANKRUPTCY ESTATE OF RAD DIVERSIFIED REIT, INC., A MARYLAND CORPORATION**

| | Borrower | | | Seller | | |
|---|---|---|---|---|---|---|
| **Description** | **P.O.C.** | **Debit** | **Credit** | **P.O.C.** | **Debit** | **Credit** |
| **Deposits, Credits, Debits** | | | | | | |
| Sale Price of Property | | $705,000.00 | | | | $705,000.00 |
| Buyer Deposit from Trenton G. Warner and Ciara N. Warner | | | $77,550.00 | | | |
| Buyer Premium of $70,500 | | $0.00 | | | | |
| **Commissions** | | | | | | |
| Commission (Portion of Buyer Premium) to Booker2Bid.com | | $35,250.00 | | | | |
| Commission (Portion of Buyer Premium) to Tranzon Diggers | | $35,250.00 | | | | |
| **New Loans** | | | | | | |
| Loan Amount | | | $503,750.00 | | | |
| **Title Charges** | | | | | | |
| Title - Lender's Title Insurance to Pioneer Title Company of Gem County | | $75.00 | | | | |
| Title - Owner's Title Insurance to Pioneer Title Company of Gem County | | $2,321.00 | | | | |
| Title - Courier Fee to Pioneer Title Company of Gem County | | $100.00 | | | | |
| Title - E-File Fee to Pioneer Title Company of Gem County | | $10.00 | | | | |
| Title - Settlement or closing fee to Pioneer Title Company of Gem County | | $2,265.00 | | | | |
| Title - Tech Fee to Pioneer Title Company of Gem County | | $50.00 | | | | |
| Title - Wire Fee to Pioneer Title Company of Gem County | | $25.00 | | | | |
| Title - Notary fees to Closing Executives | | $150.00 | | | | |
| **Government Recording and Transfer Charges** | | | | | | |
| Recording fees: Deed $15.00 | | $15.00 | | | | |
| Mortgage $45.00 | | $45.00 | | | | |
| **Additional Settlement Charges** | | | | | | |
| Delinquent Taxes to Gem County Treasurer $5,748.78 | | $5,748.78 | | | | |
| Delinquent Taxes to Gem County Treasurer $1,107.84 | | $1,107.84 | | | | |
| Delinquent Taxes to Gem County Treasurer $3,045.67 | | $3,045.67 | | | | |
| Irrigation Transfer Fee to Last Chance Ditch Company $200.00 | | $200.00 | | | | |
| Past Due Balance - Last Chance to Last Chance Ditch Company $660.00 | | | | | $660.00 | |
| Marketing Fee (Portion of Buyer Premium) to Tranzon Driggers $7,050.00 | | | | | $7,050.00 | |
| Delinquent Taxes to Gem County Treasurer $328.42 | | $328.42 | | | | |
| **Totals** | | $790,986.71 | $581,300.00 | | $7,710.00 | $705,000.00 |

**Balance Due FROM Borrower:** $209,686.71 **Balance Due TO Seller:** $697,290.00

Nothing contained within this estimated HUD-1 constitutes nor is intended to constitute an offer, inducement, promise, or contract of any kind. The data contained herein is for informational purposes only and is not represented to be error free. Escrow Agent will provide a final HUD-1 once all necessary information is obtained and verified.

This preliminary settlement statement is in DRAFT form and is subject to final adjustment and change prior to closing.

PRELIMINARY