**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM<br>*Jointly Administered with* |
| RAD Diversified OZ Fund, LP, | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC, | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP, *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |

Debtors.
_______________________________________/

## NOTICE OF APPEARANCE

J. Ryan Yant of Carlton Fields, P.A. enters his appearance as counsel for **Georg Couturier.** Undersigned counsel respectfully request that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **J. Ryan Yant, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

*/s/ J. Ryan Yant*
J. Ryan Yant
Carlton Fields, P.A.
Florida Bar No. 104849
ryant@carltonfields.com
P.O. Box 3239
Tampa, FL 33601-3239
(813) 223-7000

*Attorneys for Greg Couturier*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

*/s/ J. Ryan Yant*
Attorney