**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:
Chapter 11

RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

| | |
|---|---|
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |

Debtors.
_______________________________________/

**OBJECTION TO CONFIRMATION OF DEBTORS' JOINT PLAN OF LIQUIDATION**

Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of *Debtors' Joint Plan of Liquidation* (Doc. No. 904), and states as follows:

1. Secured Creditor holds a secured interest in Debtors' real property located at: 6032 North 19th Street Philadelphia, PA 19141; 1609 North 18th Street Philadelphia, PA 19121;1744 North Wilton Street Philadelphia, PA 19131; 5865 Kemble Avenue Philadelphia, PA 19141(the "Property").

2. Secured Creditor filed its Proof of Claim No. 401-1 on May 11, 2026, (the "Claim"), with a total claim amount of $762,231.84, and Total Prepetition Arrearage of $217,428.99.

3. Secured Creditor filed a Motion for Relief on May 12, 2026, at Doc. No. 456 (the "Motion").

4. The parties have conferred and agreed to the entry of an agreed order granting the Motion, and are awaiting the entry of this agreed order by the Court with the terms agreed to by the parties. Secured Creditor will soon have relief from the automatic stay under 11 USC Section 362(a) to pursue its *in rem* remedies.

5. The Debtors filed their *Debtors' Joint Plan of Liquidation* (the "Plan") on July 29, 2026 at Doc. No. 904.

6. The Plan proposes the following treatment: First mortgage Secured Claims shall be classified into separate subclasses (Class 1-A, 1-B, etc…), but the Plan provides no subclassification specifically for Secured Creditor with regards to treatment of Secured Creditor's Claim.

7. Secured Creditor objects to the proposed Plan only as to Secured Creditor.

8. Secured Creditor does not consent to the Plan treatment as it fails the fair and equitable standard of 11 U.S.C. § 1129(b)(2)(a).

9. Secured Creditor reserves the right to amend and/or supplement this Objection as needed, and/or in response to any additional filing by the Debtors.

WHEREFORE, Secured Creditor respectfully requests this Court sustain the objections stated herein, deny confirmation of Debtors' Plan only as to Secured Creditor, and for such other and further relief as the Court may deem just and proper.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/ Travis Bailey
Travis Bailey, Esq.
Florida Bar No. 121775
Email: trbailey@raslg.com

## CERTIFICATE OF SERVICE

I CERTIFY that on August 24, 2026, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and an accurate copy has been served via CM/ECF or United States Mail to the following parties:

RAD Diversified REIT, Inc.
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688

Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
jessey@packlaw.com

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
Joe@packlaw.com

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
USTPRegion21.TL.ECF@usdoj.gov

Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
Nicole.W.Peair@USdoj.gov

John D Elrod
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
elrodj@gtlaw.com

Danielle S Kemp

Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
kempd@gtlaw.com

By: /s/ Travis Bailey
Travis Bailey, Esq.
Florida Bar No. 121775
Email: trbailey@raslg.com