**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM<br>Chapter 11 |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; | Case No. 8:26-bk-01640-CPM |

Debtors.

___________________________________/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I certify that a true and correct copy of the Order Granting Creditor, Victor And Susan Cave's Motion Under Section 11 U.S.C. § 362(d)(1) For Relief From Automatic Stay, Or In The Alternative, For Adequate Protection [Doc #990] was electronically served through the Court’s CM/ECF Noticing system upon entry to all parties registered to receive service and to all parties listed below by U.S. regular mail, First Class, postage prepaid August 25, 2026:

DEBTOR ATTORNEY (via electronic notice) Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard Ste 405
Coral Gables, FL 33146
850-408-9952
Email: jessey@packlaw.com
Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard Ste 405
Coral Gables, FL 33146

305-916-4500
Email: Joe@packlaw.com
DEBTOR
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

UNITED STATES TRUSTEE (via electronic notice) Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

20 LARGEST CREDITORS

PREMIER NETWORKS INC
C/O MCGLINCHEY STATTFORD
10375 CENTURION PKWY, STE 420 JACKSONVULLE, FL 32256

ADO PROFESSIONAL SOLUTIONS INC
4800 DEERWOOD COMPANY PKWY,
BLVD 800
JACKSONVILLE, FL 32246

ARNEBERG, LORA
507 N. ARTHUR ST
NEW HARMONY, IN 4763

JARCAR INVESTMENTS LLC
C/O SAVAGE VILLOCH LAW PLLC ATTN ROVERT K SAVAGE, ESQ
400 N TAMPA ST, STE 2820
TAMPA, FL 33602

HEMPHILL, STEVEN L
5855 MIDNIGHT PASS RD, UNIT 215 SARASOTA, FLK 34242
BOSTON NATIONAL LLC
TWO RADNOR CORPORATE CENTER 100 MATSONFORD RD.
RADNOR, PA 19087

PBK ARCHITECTS INC
C/O STREAM KIM HICKS WRAGE & ALFARO PC
ATTN T. STREAM, S. DEVORE
3403 10TH ST, STE 700
RIVERSIDE, CA 92501

VALET LIVING, LLC
10150 HIGHLAND MANOR DR

SUITE 120
TAMPA, FL 33160

PECO
PO BOX 37629
PHILADELPHIA, PA 19101

LEGNO CONSTRUCTION INC.
ATTN CHRISTIANO
3421MORRELL AVE
PHILA, PA 19114

LOWES
1000 LOWES BOULEVARD MOORESVILLE, NC 28117
KATZ BARSKY LLC / KBK LAW GROUP ATTN KATZ, JEFFERY
100 S BROAD STREET
SUITE 1205
PHILADELPHIA, PA 19110

AMERICAN EXPRESS CARD
200 VESEY STREET
NEW YORK, NY 10285-3106

VEIGA CONSTRUCTION AND REMODELING LLC
ATTN VEIGA, ROJELIO
136 COLUMBIA AVE
PHOENIXVILLE, PA 19460

SHORE TO SHORE TITLE LLC
2255 GLADES ROAD
SUITE 2341A
BOCA RATON, FL 33431

JACKSON & ASSOCIATES PLLC
11767 KATY FWY SUITE 813
HOUSTON, TX 77079

And the Local Rule 1007 Parties in Interest List.

By: /s/ Angela M. Reimer
Angela M. Reimer