FILED VIA MAIL
AUG 25 2026
Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC., et al., Debtors. | Case No. 8:26-bk-01636-CPM (Jointly Administered) |

LIMITED OBJECTION TO FIRST INTERIM APPLICATION OF PACK LAW, P.A. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [DOC. 960]

Mark A. Dreyer, appearing pro se as an investor and equity security holder in RAD Diversified REIT, Inc., and as a claimant to the extent reflected in any proof of claim filed in these jointly administered cases, submits this limited objection to the First Interim Application of Pack Law, P.A. [Doc. 960].

I recognize that counsel should be reasonably compensated for actual and necessary services that benefit the bankruptcy estates. My objection is limited to ensuring that the requested fees and expenses receive careful review under 11 U.S.C. § 330 before estate funds are paid.

The Application seeks allowance of $600,000 in compensation, after a voluntary reduction, plus $43,382.87 in expenses. It states that approximately $965,000 was then held in the Chapter 11 estates. In light of the size of the request relative to available estate cash and the potential losses facing investors and other stakeholders, careful scrutiny is warranted.

I respectfully request that the Court review whether the services and expenses were reasonable, actual and necessary; whether work was unnecessarily duplicated; whether tasks were assigned to professionals at an appropriate billing level; whether the time spent was proportionate to the complexity and value of the work; and whether the services provided a sufficient benefit to the estates.

I further request that any fees or expenses found to be excessive, duplicative, inadequately documented, clerical in nature, unnecessarily senior-staffed, or otherwise not compensable under 11 U.S.C. § 330 be reduced or disallowed.

This objection does not seek to deny reasonable compensation for necessary legal work. It asks only that preservation of estate assets and the interests of investors, claimants, creditors, and other stakeholders be given appropriate weight before interim compensation is approved.

WHEREFORE, the undersigned respectfully requests that the Court allow only those fees and expenses that it determines satisfy the requirements of 11 U.S.C. § 330 and grant such other relief as the Court deems appropriate.

Respectfully submitted,

Mark A. Dreyer
Pro Se Investor / Equity Security Holder / Claimant
Address: 3331 Anchor Bay Trail
Bradenton, FL 34211
Telephone: 954-895-8265
Email: mark.a.dreyer@gmail.com
Date: August 23, 2026

CERTIFICATE OF SERVICE

I certify that on August 23, 2026, I served a true and correct copy of this Limited Objection by USPS delivery upon the following:

Joseph A. Pack, Esq.
Pack Law, P.A.
4649 Ponce de Leon Boulevard, Suite 405
Coral Gables, FL 33146
*Counsel for the Debtors*

Office of the United States Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602
*United States Trustee*

John D. Elrod, Esq.
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
*Counsel for the Official Committee of Unsecured Creditors*

Mark A. Dreyer

FILING COPY - SEND ORIGINAL TO:

Clerk, U.S. Bankruptcy Court
Middle District of Florida - Tampa Division
801 N. Florida Avenue, Suite 555
Tampa, FL 33602

INTAKE

The UPS Store Smart Label

Tracking #

1Z019BE6032312 0088

RECEIVED

AUG 25 2026

U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

MARK DREYER
3331 ANCHOR BAY TRL
BRADENTON FL 34211

1 LBS 1 OF 1

DWT: 10,8,2

5

SHIP TO:
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA
801 N FLORIDA AVE STE 555
TAMPA FL 33602-3860

FL 336 9-05

UPS GROUND

TRACKING #: 1Z 019 BE6 03 2312 0088

BILLING: 3RD PARTY

PirateShip.com®
Make shipping fun