**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| RAD Diversified REIT, Inc.; | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**NWL COMPANY, LLC'S RESPONSE AND OBJECTION TO DEBTOR'S MOTION FOR ORDER (A) AUTHORIZING THE DEBTOR TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M); (B) APPROVING SALE PROCEDURES AND TERMS; AND (C) FOR OTHER RELIEF**
**(RE: 1336 Argus Road, Camden, NJ 08104)**

COMES NOW, NWL Company, LLC [1], its successors and/or assigns ("Secured Creditor"), a secured creditor, and files its *Response and Objection* to Debtor's Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests pursuant to 11 U.S.C. § 363(B), (F), and (M); (B) Approving Sale Procedures and Terms; and (C) for Other Relief ("Sale Motion"), and responds as follows:

1. On August 7, 2024, RAD Diversified REIT, Inc., Debtor, executed a promissory note in the

[1] NewRez LLC is the servicer of the subject loan. NWL Company, LLC is the current owner of the subject loan.

principal sum of $127,500.00, made payable to Kiavi Funding, Inc. Secured Creditor currently holds possession of the Note, which is indorsed in blank. The Note is secured by a Mortgage, Assignment of Rents, and Security Agreement encumbering the real property located at 1336 Argus Road, Camden, New Jersey 08104 ("Subject Property").

2. On April 22, 2026, Secured Creditor filed a Motion for Relief from Stay (D.E. 351) on the Subject Property as the loan was delinquent and due for the November 2024 mortgage payment.

3. As of March 24, 2026, the amount owed on the loan was $181,754.90, and the market value of the property was approximately $198,000.00. Between the cost of the sale and the tax lien, there was no equity in March 2026 in the Subject Property.

4. Debtor objected to the valuation used in Secured Creditor's Motion for Relief from Stay and this Court set the matter for <u>trial on the property value</u>, which is scheduled to occur on September 28, 2026, September 29, 2026, or September 30, 2026.

5. On August 5, 2026, Debtor filed its Sale Motion and included the amount due and market value of the property used by Secured Creditor in its Motion for Relief from Stay.

6. Secured Creditor still contends there is no equity.

7. As Debtor has paid $0.00 to Secured Creditor during this case and the loan remains due for the November 1, 2024 mortgage payment, even the slightest bit of equity is now extinguished.

8. Good through August 18, 2026, the amount owed on the loan is $199,701.26.

9. Secured Creditor has attempted to obtain a full appraisal of the Subject Property to prepare for the upcoming valuation trial but has not been able to obtain access.

10. Secured Creditor objects to any sale that does not provide for the full payoff of its debt from the sale proceeds, or that is not in accordance with approval authorized by Secured Creditor.

## **<u>Prayer</u>**

WHEREFORE, PREMISES CONSIDERED, Secured Creditor prays that this Court deny Debtor's Sale Motion as to property 1336 Argus Road, Camden, New Jersey 08104, award attorneys' fees and costs to Secured Creditor for having to defend its lien and payment of its entire debt, and grant it such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

/s/ ___*Tricia A. Morra*___
Tricia A. Morra (FLBN 0095989)
Aldridge Pite, LLP
101 East Park Blvd.
Suite 600, Office 23
Plano TX 75074
tmorra@aldridgepite.com
Telephone: (404) 994-7290
Attorney for Secured Creditor

**Mailing Address**
3333 Camino del Rio South
Suite 225
San Diego, CA 92108

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Response and Objection* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first-class U.S. Mail on August 25, 2026.

*/s/ Tricia A. Morra*
Tricia A. Morra

Joseph A Pack
Email: Joe@packlaw.com
Jessey James Krehl
jessey@packlaw.com
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

RAD Diversified REIT, Inc.
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

**PARTIES REQUESTING NOTICE**
**(via electronic notice if so designated for receipt of such in CM/EFC)**