UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/26/2026 11:30 AM

COURTROOM Room 4-102

HONORABLE LUIS RIVERA

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

Final Pretrial Hearing

**APPEARANCES:**: Jesse Krehl, Tricia Morra, Jay Passer

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Final Pretrial Hearing - Trial on Motion for Relief from Stay at Doc 241 will start on 9/29/2026 at 10:00 am, deadlines remain same as prior trial order O/Krehl
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.