**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re: RAD Diversified REIT, Inc.**
**Et al**

**Debtors.**
______________________________________/

**Case No. 8:26-bk—01636-CPM**
**Chapter 11**
***Jointly Administered Case***

**MOTION FOR STAY RELIEF**
**OR IN THE ALTERNATIVE, ADEQUATE PROTECTION**

**COMES NOW** CNH Industrial Capital America LLC (‘CNH’), a secured creditor, by and through its undersigned attorney and pursuant to 11 U.S.C. 362(d) of the U.S. Bankruptcy Code, moves this Honorable Court for the entry of an Order granting it relief from the automatic stay so as to permit this creditor to seek its state court *in rem* remedies as to its collateral set forth below and states:

1. On or about November 8, 2023, the Debtor, RAD Diversified REIT Inc. executed and delivered a Retail Installment Sale Contract and Security Agreement in conjunction with the purchase and finance of a Case IH Combine, Model 2388, Serial No. JJC0270590 and Case IH Combine Head, Model 1010, Serial No. JJC0300093 as set forth in the ReTail Installment Sale Contract and Security Agreement attached as Exhibit ‘A’.

2. Thereafter the Contract was assigned to CNH who is the owner and holder of same.

3. CNH has perfected its security interest in the equipment. A copy of its UCC-1 filing is attached as Exhibit B.

4. The Debtor has defaulted under the terms of the contract by failing to make payment when due. As a result, CNH has elected to accelerate the remaining balance owed.

5. The Debtor is indebted to CNH as of the date of Bankruptcy as follows:

   Principal Balance: $30,875.32
   Interest: $1,101.87

   Total: $31,977.19

6. Demand for payment has been made and the same refused.

7. There is no equity in the subject equipment nor is it necessary for the Debtor's successful reorganization. A copy of valuation as to North America Listings for Farm Equipment is attached as Exhibit C.

8. The Debtor has failed to offer or pay any adequate protection to CNH during the pendency of this case.

9. An affidavit from CNH's representative is attached in support of this Motion.

10. CNH has retained the undersigned law firm to represent it in this cause and has obligated itself to pay reasonable attorney fees and costs.

**WHEREFORE,** CNH moves this Honorable Court for the entry of an Order granting it relief from the automatic stay so as to permit this creditor to seek its state court in rem remedies as to its collateral, together with such further relief as the Court deems proper.

**I HEREBY CERTIFY** that a true and genuine copy of the foregoing is being furnished by electronic filing upon all currently registered users in this case via CM/ECF and by U.S. Mail this 28th day of August 2026 to all other interested parties as set forth on the attached Service List.

**ROBERT K. EDDY, P.A**

/s/ Robert K. Eddy
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Email: reddy@e-rlaw.com (Primary)
Email: bcruz@e-rlaw.com (Secondary)
Tel: (813) 251-8800
Fax: (813) 251-5042
FBN: 210501
Attorney for CNH Industrial Capital America, LLC

*File No.:7183*

**Service List**

RAD Diversified REIT, Inc.
11418 US-19 North
Port Richey, FL 34688
*Debtor*

Joseph A. Pack, Esq.
Pack Law
4649 Ponce de Leon Blvd.
Suite 405
Coral Gables, FL 33146
*Debtor's Attorney*

United States Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602
*Trustee*