**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re: RAD Diversified REIT, Inc.**<br>**Et al**<br><br>**Debtors.**<br>_______________________/ | **Case No. 8:26-bk—01636-CPM**<br>**Chapter 11**<br>***Jointly Administered Case*** |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR STAY RELIEF/ADEQUATE PROTECTION**

**STATE OF PENNSYLVANIA:**
**COUNTY OF LANCASTER:**

**BEFORE ME** the undersigned authority personally appeared Steven Wright, who being duly sworn and deposed states:

1. The Affiant is employed by CNH Industrial Capital America LLC (hereinafter "CNH") in the position of High Risk/Bankruptcy Analyst and has personal knowledge as to the facts set forth in this Affidavit.

2. On or about November 8, 2023, the Debtor, RAD Diversified REIT Inc. executed and delivered a Retail Installment Sale Contract and Security Agreement in conjunction with the purchase and finance of a Case IH Combine, Model 2388, Serial No. JJC0270590 and Case IH Combine Head, Model 1010, Serial No. JJC0300093 as set forth in the Retail Installment Sale Contract and Security Agreement attached as Exhibit 'A' to CNH's Motion for Stay Relief.

3. Thereafter the Contract was assigned to CNH who is the owner and holder of same.

4. CNH has perfected its security interest in the equipment. .

5. The Debtor has defaulted under the terms of the contract by failing to make payment when due. As a result, CNH has elected to accelerate the remaining balance owed.

6. The Debtor is indebted to CNH as of the date of Bankruptcy as follows:

    Principal Balance: $30,875.32
    Interest: $1,101.87

    Total: $31,977.19

7. Demand for payment has been made and the same refused.

8. There is no equity in the subject equipment nor is it necessary for the Debtor's successful reorganization.

9. The Debtor has failed to offer or pay any adequate protection to CNH during the pendency of this case.

10. CNH has retained the undersigned law firm to represent it in this cause and has obligated itself to pay reasonable attorney fees and costs.

**FURTHER AFFIANT SAYETH NOT.**

**Affiant:**

______________________
**Steven Wright**

**SWORN TO AND SUBSCRIBED** before me this 25th day of August, 2026, by the Affiant who is personally known to me.

______________________ Laura Stankiewicz
Notary Public
My Commission Expires: 10/3/2028

Commonwealth of Pennsylvania - Notary Seal
Laura Stankiewicz, Notary Public
Lancaster County
My commission expires October 3, 2028
Commission number 1454175
Member, Pennsylvania Association of Notaries