STATE OF FLORIDA UNIFORM COMMERICAL CODE
FINANCING STATEMENT FORM

Florida Secured Transaction Registry

# FILED

2023 Nov 16 12:05 PM

******* 202303151012 *******

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Corporation Service Company; 1-800-858-5294
Email FLSOSUCCFilingsV3@cscglobal.com

B. SEND ACKNOWLEDGEMENT TO:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: RAD DIVERSIFIED REIT, INC. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | | |
| 1c. MAILING ADDRESS Line One: 211 N LOUIS AVE | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY: TAMPA | STATE: FL | POSTAL CODE: 33609 | COUNTRY: USA | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME: RAD DIVERSIFIED REIT, INC. | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | | |
| 2c. MAILING ADDRESS Line One: 2152 COVE RD | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY: WEISER | STATE: ID | POSTAL CODE: 83672 | COUNTRY: USA | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: CNH INDUSTRIAL CAPITAL AMERICA LLC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | | |
| 3c. MAILING ADDRESS Line One: 500 DILLER AVENUE | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY: NEW HOLLAND | STATE: PA | POSTAL CODE: 17557 | COUNTRY: USA | |

**4. This FINANCING STATEMENT covers the following collateral:**

U Case IH Combine 2388 JJC0270590 U Case IH Combine Head 1010 JJC0300093

5. ALTERNATE DESIGNATION (if applicable) ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ AG LIEN ☐ NON-UCC FILING ☐ SELLER/BUYER

6. Florida **DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA** 2694 74799

STANDARD FORM - FORM UCC-1 (REV.05/2013) Filing Office Copy Approved by the Secretary of State, State of Florida

EX. B