# High/Low/Average

← Return to Listings

**Manufacturer:** CASE IH
**Model:** 2388
**Year:** 2002 - 2002
**Date Ranges:** 09/13/2025 - 03/13/2026

HOW MUCH IS YOUR EQUIPMENT WORTH?

UNLOCK **FREE** VIP ACCESS

| | Retail High/Low/Average | Auction High/Low/Average |
|---|---|---|
| Total number of listings found | 3 | 8 |
| Highest price found | USD $54,111 | USD $33,500 |
| Lowest price found | USD $21,500 | USD $11,100 |
| **Average price** | **USD $35,870** | **USD $20,911** |
| **Avg. w/o High & Low** | **USD $32,000** | **USD $20,448** |

Above is an at-a-glance view of current auction and retail prices. These computations address the Equipment For Sale and Auction Results listings for the type of equipment specified. Here you can view the average price found, the highest and lowest prices, and the average price calculated without the highest and lowest prices. Items without a price have been omitted from the calculations and aggregation data is based on a reduced dataset if exceeding data search limits.

EX. C

# 2002 CASE IH 1010

INSPECTION SAVE SAVE & NEW ···

| Auction Value: | Wholesale Value: | Market Value: | Asking Value: |
| --- | --- | --- | --- |
| USD $ 3,303 | USD $ 3,757 | USD $ 4,552 | USD $ 5,802 |
| | Approved Value | Market | |

Evaluation based off of limited data
Required Field: Cutting Width

## Customer

**HRBK values**

Tampa, Florida

Phone:

CHANGE CONTACT

## Media