**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Applicable Debtor. | |

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on September 15, 2026 at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***Debtor's Expedited Motion (a) to Confirm Sale of Real Property, (b) to Authorize Distributions at Closing, (c) to Establish Good Faith of Purchaser, and (d) Related Relief (11501 Minnieola Drive, New Port Richey, FL)*** [Dkt. No. 1003].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 31, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *\/s/ Joseph A. Pack*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

***Remainder of Pages Left Intentionally Blank.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on August 31, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Ida A. Moghimi-Kian, Esq., Counsel to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2

Anthony M. Salzano, Esq., Senior Assistant County Attorney, Pasco County, Florida

**By First Class U.S. Mail, Postage Prepaid, and Electronic Mail:**

Precious Rogers
11501 Minnieola Dr.
New Port Richey, FL 34654
sadiddylady@gmail.com

**I FURTHER CERTIFY** that on August 31, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Joseph A. Pack*
Joseph A. Pack