LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
110 S.E. 6th Street
Suite 2300
Fort Lauderdale, FL 33301
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 31, 2026

Clerk, United States Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor: | RAD Diversified REIT, Inc. |
| Case Number: | 8:26-bk-01640-CPM |
| Chapter: | 11 |
| Secured Creditor: | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust |
| Loan Number: | XXXXXX4419 |
| Property Address: | 6220 Flamingo Drive, Apollo Beach, FL 33572 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
110 S.E. 6th Street
Suite 2300
Fort Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Reka Beane*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
110 S.E. 6th Street
Suite 2300
Fort Lauderdale, FL 33301
Phone: 954-332-9370
Email: Reka.Beane@mccalla.com
Attorney Bar No: 52919

cc: Matthew A Fornshell

NOA