ORDERED.

**Dated: August 31, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Applicable Debtor. | |

**ORDER SETTING TRIAL ON CREDITOR'S AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY (1808 Fox Circle, Clearwater, FL 33764)**

THIS CASE came before the Court for pretrial conference on August 26, 2026 at 11:30 a.m. (the "**Pretrial Conference**") on the *Creditor's Amended Motion for Relief from the Automatic*

*Stay (1808 Fox Circle, Clearwater, FL 33764)* [Dkt. No. 241] (the "**Motion**"). The Court previously entered an *Order Setting Final Pretrial and Scheduling Trial* [Dkt. No. 707] (the "**Trial Order**") which set the Motion for a three (3) day trial term beginning September 28, 2026. The Court, having reviewed the Motion and being apprised by counsel of the status of the Property,[1] and for the reasons stated on the record at the Pretrial Conference, which shall constitute the findings of the Court, it is accordingly,

**ORDERED** that:

1. The Motion is set for evidentiary hearing on September 29, 2026 at 10:00 a.m. before the Honorable Luis Ernesto Rivera II in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602

2. All other dates, deadlines, and provisions in the Trial Order remain in full force and effect.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them in the Motion.