ORDERED.

**Dated: August 31, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Applicable Debtor. | |

**ORDER DENYING AS MOOT CREDITOR'S**
**AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**(11639 Belle Haven Dr., New Port Ritchey, FL 34654)**

THIS CASE came before the Court for pretrial conference on August 26, 2026 at 11:30 a.m. (the "**Pretrial Conference**") on the *Creditor's Amended Motion for Relief from the Automatic*

*Stay (11639 Belle Haven Dr., New Port Ritchey, FL 34654)* [Dkt. No. 242] (the "**Motion**"). The Court, having reviewed the Motion and being apprised by counsel of the status of the Property,[1] and for the reasons stated on the record at the Pretrial Conference, which shall constitute the findings of the Court, it is accordingly,

**ORDERED** that the Motion is denied as moot.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them in the Motion.