UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/27/2026 04:00 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:26-bk-01636-CPM** **11** **03/01/2026**

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Motion to Sell Property Free and Clear of Liens. Property description: 6661 Cornelius St., Philadelphia, PA 19138. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #861
2. Motion to Sell Property Free and Clear of Liens. Property description: Single Family Residences Located at 2016 W. Boston St., Philadelphia, PA; 3305 Gransback St., Philadelphia, PA; 3850 N. 18th St., Philadelphia, PA; 2056 Haines St., Philadelphia, PA; 3013 N. Lambert St., Philadelphia, PA; and 1331 W. Silver St., Philadelphia, PA. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #894
3. Motion to Sell Property Free and Clear of Liens. Property description: Single Family Residences located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA; and 326 Valley Rd., Coatesville, PA. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #942
4. Motion to Sell Property Free and Clear of Liens. Property description: Properties located at 1336 Argus Rd., Camden, NJ; 2067 Chelten Ave., Philadelphia, PA; 1353 Sellers St., Philadelphia, PA; 1336 E. Rittenhouse St., Philadelphia, PA; 2030 E. Lehigh Ave., Philadelphia, PA; 6439 N. Beechwood St., Philadelphia, PA; and 7307 Kinglet Pl., Philadelphia, PA. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #943
5. Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[471], [396]). Doc #975

NOTE: [pending matters not set]

- Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[694], [514]). Doc #1003

.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Jessey Krehl, John Elrod, Joseph Pack, Michael Dignazio, Megan Harper, Samantha Kelley, Tricia Morra, Ari Newman, Tamya Taylor, Felica Jeffers, Leah Bishop, Guy Van Baalen

**RULING:**
1. Motion to Sell Property Free and Clear of Liens. Property description: 6661 Cornelius St., Philadelphia, PA 19138. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #861

...Granted - Order by Pack / Krehl...

2. Motion to Sell Property Free and Clear of Liens. Property description: Single Family Residences Located at 2016 W. Boston St., Philadelphia, PA; 3305 Gransback St., Philadelphia, PA; 3850 N. 18th St., Philadelphia, PA; 2056 Haines St., Philadelphia, PA; 3013 N. Lambert St., Philadelphia, PA; and 1331 W. Silver St., Philadelphia, PA. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #894

...Granted - Order by Pack / Krehl...

3. Motion to Sell Property Free and Clear of Liens. Property description: Single Family Residences located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA; and 326 Valley Rd., Coatesville, PA. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #942

...Granted; Deferred in part (continued hearing 9/15/2026 at 3:30 p.m. in re: to 311 9th St., Upland, PA) - Order by Pack / Krehl...

4. Motion to Sell Property Free and Clear of Liens. Property description: Properties located at 1336 Argus Rd., Camden, NJ; 2067 Chelten Ave., Philadelphia, PA; 1353 Sellers St., Philadelphia, PA; 1336 E. Rittenhouse St., Philadelphia, PA; 2030 E. Lehigh Ave., Philadelphia, PA; 6439 N. Beechwood St., Philadelphia, PA; and 7307 Kinglet Pl., Philadelphia, PA. . (Fee Paid.) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #943

...Granted (with the exception of 1336 Argus Rd., Camden, NJ; 2067 Chelten Ave., Philadelphia, PA; 1353 Sellers St., Philadelphia, PA) - Order by Pack / Krehl...

5. Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[471], [396]). Doc #975

...Granted - Order by Pack / Krehl...

NOTE: [pending matters not set]

- Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[694], [514]). Doc #1003

...to be set 9/15/2026 at 3:00 p.m....

NOTE: PENDING MOTIONS TO CONFIRM SALE OF REAL PROPERTY TO BE SET 10/29/2026 AT 3:30 P.M.; Fee Applications by Creditor Committee to be considered at a hearing on 9/29/2026 at 3:30 p.m. [Objections to fee app to be filed by 9/25/2026]

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.