UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

FILED VIA MAIL

AUG 31 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:

RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM

Jointly Administered with:

RAD Diversified OZ Fund, LP- Case No. 8:26-bk-01637-CPM
DHI Fund, LLC- Case No. 8:26-bk-01638-CPM
DHI Holdings, LP-Case No. 8:26-bk-01639-CPM
DDH Fund, LLC- Case No. 8:26-bk-01640-CPM

INDIVIDUAL LIMITED OBJECTION

TO FIRST INTERIM APPLICATION OF PACK LAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

(Docket No. 960)

I am a creditor in these jointly administered bankruptcy cases.

I respectfully object to the amount of fees and expenses requested by Pack Law in Docket No. 960.

I recognize that legal services have been necessary during these Chapter 11 proceedings. My objection is not to reasonable compensation for necessary legal work. Rather, I request that the Court carefully scrutinize the requested fees and expenses before approving payment.

Professional fees are paid from assets of the bankruptcy estate. Every dollar approved for administrative expenses reduces the funds that may ultimately be available for creditors. Accordingly, I request that the Court carefully review whether the requested fees and expenses are:

a. Reasonable;
b. Necessary;
c. Properly documented;
d. Not duplicated;
e. Consistent with requirements set forth in 11 U.S.C. 330.

If any requested fees or expenses are found to be excessive, duplicative, clerical in nature, inadequately documented, or otherwise not compensable under the Bankruptcy Code, I request that those amounts be reduced or disallowed entirely.

Thank you,

Brent A. Mendenhall

Date: 22 August 2026

Creditor with RAD Diversified REIT, Inc.

Address:

1621 Matthews Mill Pond Road
Angier, North Carolina 27501

Phone: (919) 604-5703

Email Address: brent.a.mendenhall@gmail.com

Brent A. Mendenhall
1621 Matthews Mill Pond Road
Angier, NC 27501

GREENSBORO NC 270
PIEDMONT TRIAD AREA
25 AUG 2026 AM 6 L

Freedom 250
UNITED STATES OF AMERICA
FOREVER/USA

Clerk of Court Sam McGibbons
United States Courthouse
801 N. Florida Ave, Suite 555
Tampa, FL 33602