FILED VIA MAIL

AUG 3 1 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

In re:

RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM

Jointly Administered with:

RAD Diversified OZ Fund, LP – Case No. 8:26-bk-01637-CPM
DHI Fund, LLC – Case No. 8:26-bk-01638-CPM
DHI Holdings, LP – Case No. 8:26-bk-01639-CPM
DDH Fund, LLC – Case No. 8:26-bk-01640-CPM

---

INDIVIDUAL LIMITED OBJECTION

TO FIRST INTERIM APPLICATION OF PACK LAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

(Docket No. 960)

I am an investor, creditor, and/or equity security holder in these jointly administered bankruptcy cases.

I respectfully object to the amount of fees and expenses requested by Pack Law in Docket No. 960.

I recognize that legal services have been necessary during these Chapter 11 proceedings. My objection is not to reasonable compensation for necessary legal work. Rather, I respectfully request that the Court carefully scrutinize the requested fees and expenses before approving payment.

Professional fees are paid from assets of the bankruptcy estate. Every dollar approved for administrative expenses reduces the funds that may ultimately be available for

creditors and investors.

Accordingly, I respectfully request that the Court carefully review whether the requested fees and expenses are:

- Reasonable;
- Actual and necessary;
- Properly documented;
- Free from unnecessary duplication; and
- Consistent with the requirements of 11 U.S.C. § 330.

If any requested fees or expenses are found to be excessive, duplicative, clerical in nature, inadequately documented, or otherwise not compensable under the Bankruptcy Code, I respectfully request that those amounts be reduced or disallowed.

Respectfully submitted,

Name: Debra L. Fuentes

Signature: ____________

Date: 8-24-2026

Status (check all that apply):

☒ Investor

☒ Creditor

☐ Equity Security Holder

Address:
3661 Arizona St. Apt #1
San Diego, CA 92104

Telephone: 619-674-0148

Email (optional): debibuyshouses@gmail.com



Ms. Debra Fuentes
3661 Arizona St Apt 1
San Diego, CA 92104

SAN DIEGO CA 920
28 AUG 2026 PM 1 L




Re: Case 8:26-bk-01636-CPM

Clerk of The Court
United States Bankruptcy Court
Middle District of Florida – Tampa Division
Sam M. Gibbons United States Courthouse
801 N. Florida Ave, Suite 555
~~Tampa~~ FL 33602