UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED VIA MAIL

AUG 31 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:
RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM

Jointly Administered with:
RAD Diversified OZ Fund, LP – Case No. 8:26-bk-01637-CPM
DHI Fund, LLC – Case No. 8:26-bk-01638-CPM
DHI Holdings, LP – Case No. 8:26-bk-01639-CPM
DDH Fund, LLC – Case No. 8:26-bk-01640-CPM

INDIVIDUAL LIMITED OBJECTION

TO FIRST INTERIM APPLICATION OF PACK LAW FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

(Docket No. 960)

I am an investor, creditor, and/or equity security holder in these jointly administered bankruptcy cases.

I respectfully object to the amount of fees and expenses requested by Pack Law in Docket No. 960.

I recognize that legal services have been necessary during these Chapter 11 proceedings. My objection is not to reasonable compensation for necessary legal work. Rather, I respectfully request that the Court carefully scrutinize the requested fees and expenses before approving payment.

Professional fees are paid from assets of the bankruptcy estate. Every dollar approved for administrative expenses reduces the funds that may ultimately be available for creditors and investors.

Accordingly, I respectfully request that the Court carefully review whether the requested fees and expenses are:

- Reasonable;
- Actual and necessary;
- Properly documented;
- Free from unnecessary duplication; and
- Consistent with the requirements of 11 U.S.C. § 330.

If any requested fees or expenses are found to be excessive, duplicative, clerical in nature, inadequately documented, or otherwise not compensable under the Bankruptcy Code, I respectfully request that those amounts be reduced or disallowed.

Respectfully submitted,

Name: Lawrence D Hansen

Signature: Lawrence D Hansen

Date: 08-28-2026

Status (check all that apply):
☒ Investor
☐ Creditor
☐ Equity Security Holder

Address: 5150 Mae Anne Ave. Ste 405 #162
Reno, NV 89523

Telephone: +1 530-310-4700

Email (optional): LHOPENSPACE@gmail.com

Lawrence Hansen
5150 Mae Anne Ave.
Suite 405 - PMB 162
Reno, NV 89523

SACRAMENTO CA 957
28 AUG 2026 PM 4 L

Freedom 250




Clerk of Court
United States Bankruptcy Court
Middle District of Florida - Tampa Division
Sam M. Gibbons United States Courthouse
801 N. Florida Ave, Ste 555
Tampa, FL 33602

Case No. 8:26bk-01636-CPM

33602-386030