**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

# NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on September 29, 2026 at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pack Law, Counsel to the Debtors, for the Period of March 1, 2026, through July 15, 2026*** [Dkt. No. 960].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: September 1, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: */s/ Joseph A. Pack*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on September 1, 2026, the following interested parties were served by First Class U.S. Mail, Postage Prepaid, and Electronic Mail:

Dyanne Christensen
75-6081 Alii Dr. U103
Kailua-Kona, HI 96740
dyannechristensen@gmail.com

Debra L. Fuentes
3661 Arizona St., Apt. 1
San Diego, CA 92104
debibuyshouses@gmail.com

Mark A. Dreyer
3331 Anchor Bay Trail
Bradenton, FL 34211
mark.a.dreyer@gmail.com

Brent A. Mendenhall
1621 Matthew Mill Pond Rd.
Angier, NC 27501
brent.a.mendenhall@gmail.com

Steven Scott Kostka
2617 Mission Inn Ave.
Riverside, CA 92507
sskostkal@me.com

Alberto Rodriguez
1211 N. Monterey St.
Anaheim, CA 92801
alberod0427@gmail.com

Laurence D. Hansen
5150 Mae Anne Ave., Ste. 405, #162
Reno, NV 89523
lhopenspace@gmail.com

**I FURTHER CERTIFY** that on September 1, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Joseph A. Pack*
Joseph A. Pack