ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

RAD DIVERSIFIED REIT, INC.,

RAD Diversified OZ Fund, LP;

Case No. 8:26-bk-01637-CPM
DHI Fund, LLC;

Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and

Case No. 8:26-bk-01639-CPM
DDH Fund, LLC

Case No. 8:26-bk-01640-CPM

Debtor.
_______________________________________/

Chapter 11

Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

Case No. 8:26-bk-01637-CPM
Case No. 8:26-bk-01638-CPM
Case No. 8:26-bk-01639-CPM
Case No. 8:26-bk-01640-CPM

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY IN FAVOR OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, IN THE ALTERNATIVE [D.E. #788], AND CANCELLATION OF THE SEPTEMBER 1, 2026, HEARING [Re: 5546 BLOYD ST. PHILADELPHIA, PA 19138]**

**THIS CASE** came before the Court without a hearing upon the *Motion for Relief from Automatic Stay* [D.E. #788] (the "*Motion*") filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II ("Secured Creditor"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **5546 Bloyd St. Philadelphia, PA 19138**, legally described as:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Southwesterly side of Bloyd Street (40 feet wide) at the distance of 345 feet Northwestward form the Northwesterly side of Church (formerly Mill Street) Lane (40 feet wide) in the 12th Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.

CONTAINING in front or breadth on the said side of Bloyd Street 14 feet and extending of that width Southwestwardly 100 feet including on the rear end thereof the soil of a certain 3 feet wide alley laid out over the rear land of this and the adjoining lots of ground to the Northwest and Southeast and communicating at each end thereof with an alley leading Northeastward into the said Bloyd Street.

TOGETHER with the free and common use, right, liberty and privilege of the said alleyway, passageway and watercourse at all times hereafter, forever in common with the owners, tenants and occupiers of the other lots of ground bounding thereon and entitled to the use thereof.

BEING known as No. 5546 Bloyd Street.

**Property Parcel Number 12-2-2348-00**

Being the same premises which Germantown Holdings LLC by Deed dated 1/15/2016 and recorded 2/17/2016 in Philadelphia County as Document No. 53024242 conveyed unto 5546 Bloyd Street Acquisition LLC, in fee.

3. This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the subject property against Debtor(s).

4. Secured Creditor is awarded its attorneys' fees of $450.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

6. The hearing on Secured Creditor's Motion scheduled for September 1, 2026, is hereby canceled.

7. U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Trustee Of Greene Street Funding Trust II will send notification to Pack Law when the property is sold at foreclosure sale.

###

Attorney Amy M Kiser is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.