ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*

RAD DIVERSIFIED REIT, INC.;

CASE NO. 8:26-BK-01636-CPM
CHAPTER 11

*Jointly Administered with*
Case No. 8:26-bk-01637-CPM
Case No. 8:26-bk-01638-CPM
Case No. 8:26-bk-01639-CPM
Case No. 8:26-bk-01640-CPM

RAD DIVERSIFIED OZ FUND, LP;

DHI FUND, LLC;

DHI HOLDINGS, LP; *and*

DDH FUND, LLC,

Debtors.

_______________________________________/

**AGREED ORDER GRANTING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DE 796)**
**AND CANCELLING SEPTEMBER 1, 2026 HEARING**

**THIS CASE** came before the Court for consideration of the Motion for Relief from the Automatic Stay (DE 796) filed by Grove Funding III Trust ("Movant"), on July 16, 2026. The Debtor and Secured Creditor having reached an agreement regarding the relief requested, the

Debtor having consented to the relief in this Order, and the Court being otherwise fully advised on the matter, it is

**ORDERED:**

1. The Motion is Granted.

2. The automatic stay arising under 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant, its successors and assigns' interest in the real property located at 522 Westwinds Drive, Palm Harbor, FL 34683 (the "Property"), more particularly described as

> **THE WEST ½ OF LOT 13 AND ALL OF LOT 14, BAYWOOD MANOR, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 47, PAGE(S) 68, OF PINELLAS COUNTY, FLORIDA.**

3. The automatic stay is modified for the sole purpose of allowing movant in rem relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of the Property, to have such other and further in rem relief as is just. But the Movant shall not obtain in personam relief against the Debtor.

4. The relief granted is solely in rem relief, and not in personam relief against the Debtor.

5. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Movant shall provide notice to counsel for the Debtor upon successful completion of the foreclosure sale of the Property.

7. The hearing on the Motion scheduled for September 1, 2026 at 3:30 p.m. is cancelled.

###

Submitted by:
Matthew Klein, Esq.
Florida Bar# 73529
HOWARD LAW
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487
Office Phone: (954) 893-7874, Ext. 121
Facsimile: (888) 235-0017
Email: Bankruptcy@HowardLaw.com
Counsel for Secured Creditor

Attorney Matthew Klein, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.