ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11

RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

| | |
|---|---|
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |

Debtors.
_________________________________________/

**AGREED ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 398)**

This CAUSE came for consideration upon the consent and agreement of the Parties, Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its

individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 (the "Secured Creditor"), and RAD Diversified REIT, Inc. and DHI Holdings, LP (jointly the "Debtor"), upon the Secured Creditor's *Motion for Relief from Automatic Stay* (Doc. No. 398) (the "Motion"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in: 307 East Elwood Street, Philadelphia, PA 19144; 540 E Mayland St, Philadelphia, PA 19144; 6019 Vine Street, Philadelphia, PA 19139 (the "Property"), and further described as follows:

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the Northwest side of Elwood Street at the distance of 112 feet 5-3/4 inches Southwestward from a point of Curve, which point of curve is on the Northwest side of Elwood Street at the distance of 89 feet and 1/8 of an inch (measured on a curve ) Southwestward from a point of tangent, which point of tangent is on the Northwest side of Elwood Street at the distance of 70 feet Southwestward from the Southwest side of Sheldon Street in the 1th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Elwood Street 16 feet and extending of that width in length or depth Northwestward between parallel lines at right angles to the said Elwood Street 65 feet to a certain driveway ( laid out and opened in certain Indenture from David Sokolow and wife and others to John H Kramer, hearing date 1st day of April-AD. 148 and now lodged for record in the Office for the Recording of Deeds at Philadelphia) which extends Southwestward and Southeastward into Elwood Street.

BEING Known as: 307 Elwood Street

TOGETHER with the free and Common use, right, liberty and privilege of the aforesaid driveway as and for a driveway and passageway at all times hereafter, forever, in common with the owners, tenants and occupiers of the other lots of ground bounding thereon entitles to the use thereof.

-----

ALL THAT CERTAIN lot or piece of ground with the two-story brick messuage or tenement thereon erected in the 59th Ward of the City of Philadelphia.

SITUATE on the Southeast of Mayland Street at the distance of Two Hundred Thirty feet, ten and one-quarter inches Southwest from the Southwest side of Belfield Avenue.

CONTAIN ING in front or breadth on the said Mayland Street, sixteen feet and extending of that width in length or depth Southeast between parallel lines at right angles to Mayland Street, Eighty-Six feet to a certain four-feet wide alley leading Northeast Southwest into two other four feet wide alleys leading Northwest into Mayland Street.

BEING Known as 540 East Mayland Street Assesses As 540 Mayland Street

TOGETHER with the free and common use, right, liberty and privilege of the said alleys as and for passageways and watercourses at all times hereafter, forever.

-----

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected

SITUATE on the North side of Vine Street at the distance of Seventy-seven feet Eastward from the East side of Edgewood Street in the Thirty-four Ward of the City of Philadelphia

CONTAINING in front or breadth on the said Vine Street Sixteen feet and extending of that width in length or depth Northward between parallel lines at right angles to the said Vine Street Ninety-six feet to a certain Four feet wide alley which leads into and from Edgewood Street

BEING Known as: 6019 Vine Street

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alley as and for a passageway and watercourse at all times hereafter, forever

| APN(S) | ADDRESS(ES) |
|---|---|
| 12-1009800 | 307 East Elwood Street<br>Philadelphia, PA 19144 |
| 34-1034500 | 6019 Vine Street<br>Philadelphia, PA 19139 |
| 59-2128000 | 540 E Mayland St<br>Philadelphia, PA 19144 |

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek, obtain or pursue an *in rem* judgment against the Property and does not permit Secured Creditor to seek, obtain, or pursue *in personam* relief against the Debtor(s).

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

6. The hearing scheduled for August 18, 2026, at 2:00 PM, upon Secured Creditor's Motion is cancelled.

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.