ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11

RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

RAD Diversified OZ Fund, LP; Case No. 8:26-bk-01637-CPM
DHI Fund, LLC; Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and Case No. 8:26-bk-01639-CPM
DDH Fund, LLC Case No. 8:26-bk-01640-CPM

Debtors.
________________________________________/

**AGREED ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 401)**

This CAUSE came for consideration upon the consent and agreement of the Parties, Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its

individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 (the "Secured Creditor"), and RAD Diversified REIT, Inc. (the "Debtor"), upon the Secured Creditor's *Motion for Relief from Automatic Stay* (Doc. No. 401) (the "Motion"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in 5520 Whitby Avenue, Philadelphia, PA 19143; 2528 Holbrook Street, Philadelphia, PA 19142; 5734 Christian Street, Philadelphia, PA 19143 (the "Property"), and further described as follows:

PREMISES "A"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Southwesterly side of Holbrook Street at the distance of 197 feet 3 inches Southeasterly side of Elmwood Avenue.

CONTAINING in frontage on Holbrook Street 14 feet 1 inch and extending of that width in length or depth Southwestward between parallel lines at right angles to Holbrook Street 60 feet to a certain 3 feet wide alley.

BEING known as 2528 Holbrook Street.

BEING BRT No. 40-6-1493-00.

-----

PREMISES "B"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Southeasterly side of Whitby Avenue at the distance of 160 feet 4 inches Southwestwardly from the Southwesterly side of 55th Street.

CONTAINING in frontage on Whitby Avenue 16 feet and extending of that width in length or depth Southwestwardly between parallel lines at right angles to Whitby Avenue 81 feet 6 inches to the middle of a certain 3 feet wide alley.

BEING known as 5520 Whitby Avenue.

BEING BRT No. 51-3-1581-00.

-----

PREMISES "C"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,

SITUATE on the South side of Christian Street at the distance of ninety-one feet four inches Westward from the West side of Alden Street in the Forty-sixth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Christian Street fifteen feet and extending of that width in length or depth Southward between parallel lines at right angles to the said Christian Street seventy-seven feet to a certain three feet wide alley which extends Eastward into Alden Street and Westward into Cecil Street.

BEING known as 5734 Christian Street.

BEING BRT No. 46-3-1395-00

| APN(S) | ADDRESS(ES) |
|---|---|
| 51-3158100 | 5520 Whitby Avenue<br>Philadelphia, PA 19143 |
| 46-3139500 | 5734 Christian Street<br>Philadelphia, PA 19143 |
| 40-6149300 | 2528 Holbrook Street<br>Philadelphia, PA 19142 |

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek, obtain or pursue an *in rem* judgment against the Property and does not permit Secured Creditor to seek, obtain, or pursue *in personam* relief against the Debtor(s).

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

6. The hearing scheduled for August 18, 2026, at 2:00 PM, upon Secured Creditor's Motion is cancelled.

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.