ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11

RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

RAD Diversified OZ Fund, LP; Case No. 8:26-bk-01637-CPM
DHI Fund, LLC; Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and Case No. 8:26-bk-01639-CPM
DDH Fund, LLC Case No. 8:26-bk-01640-CPM

Debtors.
_________________________________________/

**AGREED ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 456)**

This CAUSE came for consideration upon the consent and agreement of the Parties, Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its

individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 (the "Secured Creditor"), and RAD Diversified REIT, Inc. (the "Debtor"), upon the Secured Creditor's *Motion for Relief from Automatic Stay* (Doc. No. 456) (the "Motion"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in: 6032 North 19th Street Philadelphia, PA 19141; 1609 North 18th Street Philadelphia, PA 19121; 1744 North Wilton Street Philadelphia, PA 19131; 5865 Kemble Avenue Philadelphia, PA 19141 (the "Property"), and further described as follows:

PREMISES "A" ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Easterly side 18th Street at the distance of 124 feet Northwardly from the Northerly side of Oxford Street; THENCE extending Eastwardly on a line at right angles to 18th Street 100 feet to a point; THENCE Northeastwardly 3 feet 6 inches more or less to a point; THENCE Nonhwardly on a line parallel with 18th Street 13 feet to a point: THENCE Westwardly on a line parallel wit Oxford Street 101 feet 6 inches to the Easterly side of 18th Street and THENCE Southwardly along the Easterly side of 18th Street 16 feet to the first mentioned point and place of beginning. Bounded on the East Partly by the head of a certain 3 feet wide alley.

BEING Known as: 1609 N 18th St
BEING BRT#[redacted]

TOGETHER with the free and common use, right, liberty and privilege of the said Driveway as and for an Automobile driveway passageway and watercourse at all times hereafter forever in common with the owners tenants and occupiers of the other lots of ground bounding the said driveway on the Easterly side

PREMISES "B"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected SITUATE in the 42nd Ward of the City of Philadelphia and described according to a Survey thereof made by John T Campbell Esq Surveyor and Regulator of the 9th Survey District of the said City on the 17th day of March A D 1925 as follows to wit

BEGINNING at a point on the Westerly side of Nineteen Street ( Sixty Feet wide ) at the distance of Two Hundred Sixty Two Feet Two Inches Northward from the North side of Champlost Avenue (Sixty Feet wide)

CONTAINING in front or breadth on the said Nineteenth Street Sixteen Feet and extending of that width in length or depth Westwardly between parallel lines at right angles with the said Nineteenth Street Eighty Five Feet to a certain Fifteen Feet wide driveway which extends Northward into Church Lane and Southward into said Champlost Avenue

TOGETHER with the free and common use right liberty and privilege of the said Driveway as and for an automobile driveway passageway and watercourse at all times hereafter forever in common with the owners tenants and occupiers of the other lots of ground bounding the said driveway on the Easterly side

BEING Known as: 6032 North 19th Street, Philadelphia PA 19141

BEING BRT#[redacted]

PREMISES "C"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northwesterly side of Wilton Street at the distance of three hundred fifty-seen feet Northeastwardly from the Northeasterly side of Jefferson Street in the Fifty-second Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said side of Wilton Street sixteen feet and extending of that width in length or depth Northwestward between parallel lines at right angles with said Wilton Street sixty feet to a certain three feet wide alley which extends Northwardly from Columbia Avenue and Southwardly and communicates with a certain four feet wide alley which extends Eastwardly and Westwardly into said Wilton Street and Lindenwood Street.

BEING known as 1744 North Wilton Street.

BEING BRT No. [redacted]
City Registry 059N140076.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.

PREMISES "D"
ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, situate in the 17th (formerly the 49th) Ward of the City of Philadelphia and described in accordance with a Survey and Plan thereof made by Joseph F. Delany, Surveyor and Regulator of the 5th District, dated July 17, 1947 as follows:

BEGINNING at a point on the Northeasterly side of Kemble Avenue (70 feet wide) at the distance of 50 feet 1-7/8 inches Northwestwardly from the Northwesterly side of Conlyn Street (50 feet wide); THENCE extending Northwardly 32 degrees 52 minutes Westwardly along the Northwesterly side of Kemble Avenue 18 feet 1 inch to a point; THENCE extending Northwardly 57 degrees 8 minutes Eastwardly partly passing through the center of a party wall and crossing a certain 10 feet wide driveway which leads Southeastwardly into a certain other 10 feet wide driveway which extends into and from Conlyn Street and communicates at its Northerly end thereof with a certain other 12 feet wide driveway which extends Eastwardly and communicates at its Easterly end thereof with a certain other 15 feet wide driveway which extends Southwardly into Conlyn Street 108 feet 8-3/8 inches to a point in the center line of second above mentioned 10 feet wide driveway; THENCE extending Southwardly 3 degrees 52 minutes Westwardly along the center line of second above mentioned 10 feet wide driveway 22 feet 6 -3/4 inches to a po8int; THENCE extending Southwardly 57 degrees 8 minutes Westwardly re-crossing the first above mentioned 10 feet wide driveway and partly through the center of a party wall 95 feet 2-1/2 inches to the Northeasterly side of Kemble Avenue, the first mentioned point and place of beginning.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveways as and for passageways and watercourses in common with the owners, tenants and occupiers at all times hereafter, forever.

BEING known as 5865 Kemble Avenue.

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek, obtain or pursue an *in rem* judgment against the Property and does not permit Secured Creditor to seek, obtain, or pursue *in personam* relief against the Debtor(s).

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

6. The hearing scheduled for August 18, 2026, at 2:00 PM, upon Secured Creditor's Motion is cancelled.

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.