ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11

RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

RAD Diversified OZ Fund, LP; Case No. 8:26-bk-01637-CPM
DHI Fund, LLC; Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and Case No. 8:26-bk-01639-CPM
DDH Fund, LLC Case No. 8:26-bk-01640-CPM

Debtors.
______________________________________/

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY (DN 583)**

This matter came before the Court for a hearing held on August 11, 2026, as to a motion, dated June 12, 2026, (the "Motion") (Docket No. 583), of SN Servicing Corporation as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as

trustee of PRPM 2024-NQM1 Trust (with any subsequent successor or assign, the “Movant”), for an order, pursuant to 11 U.S.C. §§ 361 and 362(d)(1); granting Movant, or its nominees and/or assigns, pre-confirmation, post-petition adequate protection payments, to enforce its mortgage on the Debtor`s premises located at 200 Grant Street, Riverside, NJ 08075; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the motion is granted as to termination of the automatic stay arising by reason of 11 U.S.C. § 362 as to the property located at 200 Grant Street, Riverside, NJ 08075; and it is further

**ORDERED** that the request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted; and it is further

**ORDERED** that attorney’s fees and costs in the amount of $750.00 and $199.00 respectively for the making and filing of the Motion is granted

*Attorney Laura Noyes is directed to serve this Order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the order.*