ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AND RELEASE PURSUANT TO BANKRUPTCY RULE 9019 BETWEEN RAD DIVERSIFIED REIT, INC. AND BAHIYAH SHAM SUD'DIN**

THIS MATTER came before the Court without hearing on the motion [Dkt. No. 835] (the "**Motion**"), of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order (the "**Order**") (i) approving RAD Diversified REIT, Inc. to enter into the

Settlement Agreement,[1] and (ii) granting related relief; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors their estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having found that the Motion was filed on negative notice and no objections were timely filed; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The terms of the Settlement Agreement are **APPROVED**, and the compromise of controversies set forth therein is **APPROVED**.

3. Each of the Parties are empowered and directed to take all actions necessary to effectuate the terms of the Settlement Agreement and this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them in the motion.