ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: **CHAPTER 11**

**RAD Diversified REIT, Inc.**

**CASE No. 8:26-bk-01636-CPM**

**DEBTOR(S).**

_______________________________________/

**AGREED ORDER GRANTING TOORAK CAPITAL PARTNERS LLC'S MOTION FOR RELIEF FROM STAY**
**(Property: 795 89th Avenue North, St. Petersburg, FL 33702)**

THIS CAUSE came on for consideration the Motion for Relief Automatic Stay [DE #. 816] filed by TOORAK CAPITAL PARTNERS LLC ("Secured Creditor"), a secured creditor in the above-styled cause. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry, it is therefore, ORDERED, ADJUDGED AND DECREED as follows:

**1.** The Motion for Relief From Stay filed by Secured Creditor is Granted.

**2.** The automatic stay provided by 11 U.S.C. 362 is modified as to Secured Creditor to permit Secured Creditor to commence and prosecute an *in rem* mortgage foreclosure action in state court

against real property, the legal description of which is:

Lot 120, John Alex Kelly SCARBOUGH SUBDIVISION, according to the map or plat thereof as recorded in Plat Book 8, Page 31, of The Public Records of Pinellas County, Florida.

Being the same property conveyed to U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, by Ken Burke, CPA, Clerk of the Circuit Court and Comptroller of Pinellas County Florida, by Certificate of Title dated 06/28/2022, recorded 06/29/2022, in Instrument No. 2022201838, Book 22118 Page 1065, in the County of Pinellas and State of Florida.

**Property Address: 795 89th Avenue North, St. Petersburg, FL 33702**

**3.** The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

**4.** This Order is entered for the sole purpose of allowing Secured Creditor to commence, prosecute and complete through judgment, sale, certificate of title and possession, an *in rem* mortgage foreclosure against the property described above. Secured Creditor shall not seek or obtain an *in personam* judgment against the Debtor(s).

**5.** The Court waives the fourteen (14) day stay of this Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

**6.** Attorney’s fee in the amount of $1,350.00 and costs in the amount of $199.00 are incurred in connection with this motion are approved and may be added to the secured claim.

**7.** Secured Creditor will notify Pack Law when the property is sold at foreclosure sale.

**8.** The hearing scheduled for September 1, 2026 @ 3:30pm is hereby cancelled.

###

**Submitted by:**
Bouavone Amphone, Esq.
Tromberg, Morris, Miller and Partners, LLC
600 W Hillsboro Blvd., Ste. 600
Deerfield Beach, FL 33441
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 20644
bamphone@tmppllc.com

Attorney, Bouavone Amphone, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.