ORDERED.

**Dated: September 01, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: **CHAPTER 11**

**RAD Diversified REIT, Inc.**

**CASE No. 8:26-bk-01636-CPM**

**DEBTOR(S).**
_______________________________________/

**AGREED ORDER GRANTING KIAVI FUNDING, INC.'S**
**MOTION FOR RELIEF FROM STAY**
**(Property: 412 Hohldale Street, Houston, TX 77091)**

THIS CAUSE came on for consideration the Motion for Relief Automatic Stay [DE #. 811] filed by KIAVI FUNDING, INC.'S ("Secured Creditor"), a secured creditor in the above-styled cause. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry, it is therefore, ORDERED, ADJUDGED AND DECREED as follows:

**1.** The Motion for Relief From Stay filed by Secured Creditor is Granted.

**2.** The automatic stay provided by 11 U.S.C. 362 is modified as to Secured Creditor to permit Secured Creditor to commence and prosecute an *in rem* mortgage foreclosure action in state court

against real property, the legal description of which is:

The East 110 feet of Lot Two (2) in Block One (1), of Hohldale Addition, a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 13, Page 17 of the Map Records of Harris County, Texas.

AND

A tract of land being 547.00 square feet of land, out of Lot 2, Block 1, of HOHLDALE SUBDIVISION, as recorded in Volume 13, Page 17, of the Harris County Map Records, Texas, and being more particularly described by metes and bounds as follows:

COMMENCING, at the original southeast corner of Lot 1 and the Southwest corner of Lot 2, in Block 1, of said Hohldale Subdivision, same point being in the Northerly right-of-way line of Hohldale Avenue;

THENCE South 89 deg. 45 min. 00 sec. East, along the Northerly right-of-way line of said Hohldale Avenue, a distance of 87.70 feet to the POINT OF BEGINNING;

THENCE North 00 deg. 49 min. 23 sec. West, a distance of 182.32 feet along a fence line to a point for corner;

THENCE South 89 deg. 45 min. 00 sec. East, a distance of 3.70 feet to a point for corner;

THENCE South 00 deg. 23 min. 00 sec. East, parallel with the East line of Lot 1 and the West line of Lot 2, a distance of 182.30 feet to a ½ iron pipe found for corner, said point also being in the Northerly right-of-way line of said Hohldale Avenue;

THENCE North 89 deg. 45 min. 00 sec. West along the said Hohldale Avenue, a distance of 2.30 feet to the POINT OF BEGINNING and containing 547 sq. ft. of land.

**Property Address: 412 Hohldale Street, Houston, TX 77091**

**3.** The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

**4.** This Order is entered for the sole purpose of allowing Secured Creditor to commence, prosecute and complete through judgment, sale, certificate of title and possession, an *in rem* mortgage foreclosure against the property described above. Secured Creditor shall not seek or obtain an *in personam* judgment against the Debtor(s).

**5.** The Court waives the fourteen (14) day stay of this Order Granting Relief pursuant to

Bankruptcy Rule 4001(a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

**6.** Attorney's fee in the amount of $1,350.00 and costs in the amount of $199.00 are incurred in connection with this motion are approved and may be added to the secured claim.

**7.** Secured Creditor will notify Pack Law when the property is sold at foreclosure sale.

**8.** The hearing scheduled for September 1, 2026 @ 3:30pm is hereby cancelled.

###

**Submitted by:**
Bouavone Amphone, Esq.
Tromberg, Morris, Miller and Partners, LLC
600 W Hillsboro Blvd., Ste. 600
Deerfield Beach, FL 33441
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 20644
bamphone@tmppllc.com

Attorney, Bouavone Amphone, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.