**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re: RAD Diversified REIT, Inc.**
**Et al**

**Debtors.**
______________________________/

**Case No. 8:26-bk—01636-CPM**
**Chapter 11**
***Jointly Administered Case***

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the attached *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay or, in the Alternative, Adequate Protection Payments (Doc. 1049)* was served by electronic mail upon all currently registered users in this case by the Court's CM/ECF and upon all interested parties on the attached list via regular U.S. Mail on September 2, 2026.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and genuine copy of the foregoing is being furnished by electronic filing and mail upon all currently registered users in this case via CM/ECF and by U.S. Regular Mail this 2nd day of September 2026 to all interested parties on the attached list.

**ROBERT K. EDDY, P.A**

/s/ Robert K. Eddy
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Email: reddy@e-rlaw.com (Primary)
Tel: (813) 251-8800
FBN: 210501
Attorney for CNH Industrial Capital America, LLC

*File No.:7183*

RAD Diversified REIT, Inc.
11418 US-19 North
Port Richey, FL 34688
*Debtor*

Joseph A. Pack, Esq.
Pack Law
4649 Ponce de Leon Blvd.
Suite 405
Coral Gables, FL 33146
*Debtor's Attorney*

United States Trustee
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602
*Trustee*