UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/01/2026 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:26-bk-01636-CPM** **11** **03/01/2026**

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Motion for Adequate Protection Payments as to the property located at 1733 North Lindenwood Street, Philadelphia, PA 19131, with Certificate of Service or in the alternative Relief from Automatic Stay (Filing Fee Not Paid) Filed by Laura E Noyes on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service w. Creditor Matrix) Doc #683
2. Motion for Adequate Protection , or in the alternative Motion or Relief from Stay. (Fee Paid) Re: 1731 North Willington Street, Philadelphia, PA 19121; 2122 N Carlisle St., Philadelphia PA 19121; 1617 W Montgomery Ave., Philadelphia PA 19121; and 2030 N 17th St., Philadelphia PA 19121. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] Proposed Order # [4] Certificate of Service) Doc #724
3. Motion for Relief from Stay. (Fee Paid.) Re: 5332 Lena Street, Philadelphia, PA 19144, 4124 Paul Street, Philadelphia, PA 19124, 5743 North Beechwood Street, Philadelphia, PA 19138, 335 North Redfield Street, Philadelphia, PA 19139, 4182 Paul Street, Philadelphia, PA 19124, 2737 West Eyre Street, Philadelphia, PA 19121, 1835 Harrison St., Philadelphia, PA 19124. Filed by Troy A Lawrence on behalf of Creditor LIMA ONE CAPITAL, LLC (Attachments: # [1] Exhibit A - Legal Descriptions # [2] Exhibit B - Mortgage # [3] Exhibit C - Note # [4] Exhibit D - Guaranty # [5] Exhibit E - Assignment # [6] Exhibit F - Partial Release) Doc #728

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)728). (Krehl, Jessey) Doc #1010

4. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 53 W Sharpnack St., Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A.Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #756
5. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1334 Price Street, Trainer, PA 19061. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as

servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Brokers Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #757

6. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 52 E. Collom St., Philadelphia, Pennsylvania 19144. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #759
[AMENDED AT DOC. #853]

7. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 196 W Chew Ave., Philadelphia, Pennsylvania 19120. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Brokers Price Opinion # [3] proposed order # [4] Certificate of Service)
Doc #760

8. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2066 E Allegheny Avenue, Philadelphia, PA 19134,. with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #763

9. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 94 East Ashmead Street, Philadelphia, PA 19144; 5839 Crittenden Street, Philadelphia, PA 19138; and 224 E. Dorset Street, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #764

10. Motion for Relief from Stay. (Fee Paid) Re: 4015 Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven PA 19015; 1205 Rainer Rd., Brookhaven PA 19015; 3922 Elson Rd., Brookhaven PA 19015; 1692 Powell Rd., Brookhaven PA 19015; 1449 Rainer Rd., Brookhaven PA 19015; 1345 Harshaw Rd., Brookhaven PA 19015; 1306 Elson Rd., Brookhaven PA 19015; and 1238 Harshaw Rd., Brookhaven PA 19015. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #765

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)765). (Krehl, Jessey) Doc #1011

11. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1720 Monument Street, Philadelphia, PA 19121. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #766

12. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 5114 Duffield Street, Philadelphia, PA 19124; 1826 Plum Street, Philadelphia, PA 19124; 221 W. Clapier Street, Philadelphia, PA 19144; 5106 Jackson Street, Philadelphia, PA 19124; 2529 N. 33rd Street, Philadelphia, PA 19132; 2066 Wilmot Street, Philadelphia, PA 19124; 4338 Penn Street, Philadelphia, PA 19124; 2141 Carver Street, Philadelphia, PA 19124; 2749 N. Croskey Street, Philadelphia, PA 19132; and 2010 Wilmont Street, Philadelphia, PA 19124. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #767

13. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2077 Wilmot Street, Philadelphia, PA 19124; 5713 Chew Avenue, Philadelphia, PA 19138; 533 E. Maryland Steet, Philadelphia,

PA 19144; 304 E. Bringhurst Street, Philadelphia, PA 19144; 5915 McMahon Street, Philadelphia, PA 19144; 2014 Wilmot Street, Philadelphia, PA 19124; 5964 Warrington Avenue, Philadelphia, PA 19143; 5518 Malcolm Street, Philadelphia, PA 19143; 4290 Griscom Street, Philadelphia, PA 19124; and 6614 Chew Avenue, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #771

14. Motion for Relief from Stay. (Fee Paid.) Re: 3840 N 18th St, Philadelphia, PA 19140. Filed by Tricia A Morra on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank, N.A. as Delaware Trustee Doc #785
15. Motion for Relief from Stay. (Fee Paid.) Re: 5546 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #788
16. Motion for Relief from Stay. (Fee Paid.) Re: 5532 Bloyd Street, Philadelphia PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #789
17. Motion for Relief from Stay. (Fee Paid.) Re: 5545 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #790
18. Motion for Relief from Stay. (Fee Paid.) Re: 5536 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #791
19. Motion for Relief from Stay. (Fee Paid.) Re: 5518 Bloyd Street, Philadelphia PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #792
20. Motion for Relief from Stay. (Fee Paid.) Re: 522 Westwinds Drive, Palm Harbor, FL 34683. Filed by Matthew B Klein on behalf of Creditor Grove Funding III Trust Doc #796
21. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 170 E. Meehan Avenue, Philadelphia, PA 19119; 2300 N. 15th Street, Philadelphia, PA 19132; and 2336 N. 19th Street, Philadelphia, PA 19132. with certificate of service Filed by Laura E Noyes on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #798

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)798). (Krehl, Jessey) Doc #1012

22. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 23 East Pleasant Street, Philadelphia, PA 19119. with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments of Mortgage # [2] Exhibit B. Brokers Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #799
23. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 427 W. Hansberry St., Philadelphia, PA 1914. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #800
24. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2637 N. Stanley St., Philadelphia, PA 19132. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #802
25. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 868 N 45th Street, Philadelphia, PA 19104; 1659 Pratt Street, Philadelphia, PA 19124; and 4968 W Thompson Street, Philadelphia, PA 19131. wtih Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, mortgage and assignments of mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #803
26. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1508 W. Oxford Street,

Philadelphia, PA 19121; 1926 N. Gratz Street, Philadelphia, PA 19121; and 2034 N. 17th Street, Philadelphia, PA 19121. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinion # [3] Proposed Order # [4] Certificate of Service) Doc #809

27. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2521 N Cleveland St., Philadelphia, Pennsylvania 19132; 2714 N. Croskey St., Philadelphia, Pennsylvania 19132; 2735 W. Somerset St., Philadelphia, Pennsylvania 19132; 1838 N. 23rd St., Philadelphia, Pennsylvania 19121; 3438 N. 18th St., Philadelphia, Pennsylvania 19140; and 2749 N. Dover St., Philadelphia, Pennsylvania 19132. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPOs # [3] Proposed Order # [4] Certificate of Service) Doc #810

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)810). (Krehl, Jessey) Doc #1009

28. Motion for Relief from Stay. (Fee Paid.) Re: 412 Hohldale St Houston, TX 77091. Filed by April Stone on behalf of Creditor Kiavi Funding Inc (related document(s)[1]). Doc #811

29. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 290 Watson Ave., Coatesville, PA 19320. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #812

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)812). (Krehl, Jessey) Doc #1013

30. Motion for Relief from Stay. (Fee Paid.) Re: 795 89th Avenue North St. Petersburg, FL 33702. Filed by April Stone on behalf of Creditor Kiavi Funding Inc Doc #816

31. Motion for Relief from Stay. (Fee Paid.) Re: 1901 Coral Tree Ct Brandon, FL 33511. Filed by April Stone on behalf of Creditor Kiavi Funding Inc Doc #821

32. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 4005 Gideon Road, Brookhaven, PA 19015; 4036 Gideon Road, Brookhaven, PA 19015; and 1537 Rainer Road, Brookhaven, PA 19015. with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #822

33. Amended Motion for Adequate Protection , or in the alternative Amended Motion for Relief from Stay. (Filing Fee Paid on Previous Motion). Re: 52 E. Collom St., Philadelphia, Pennsylvania 19144. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (related document(s)[759]). (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #853

.

**APPEARANCES:**:

AAPPEARANCES: via zoom: Donna Glick, Troy Lawrence, Ellen Lyons, Jessey Krehl, John Elrod, Joseph Pack, Tricia Morra, Nicole Peair

**RULING:**

1. Motion for Adequate Protection Payments as to the property located at 1733 North Lindenwood Street, Philadelphia, PA 19131, with Certificate of Service or in the alternative Relief from Automatic Stay (Filing Fee Not Paid) Filed by Laura E Noyes on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service w. Creditor Matrix) Doc #683

...Granted - Order by Noyes / Glick...

2. Motion for Adequate Protection , or in the alternative Motion or Relief from Stay. (Fee Paid) Re: 1731 North Willington Street, Philadelphia, PA 19121; 2122 N Carlisle St., Philadelphia PA 19121; 1617 W Montgomery Ave., Philadelphia PA 19121; and 2030 N 17th St., Philadelphia PA 19121. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as

servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] Proposed Order # [4] Certificate of Service) Doc #724

...Granted - Order by Noyes / Glick...

3. Motion for Relief from Stay. (Fee Paid.) Re: 5332 Lena Street, Philadelphia, PA 19144, 4124 Paul Street, Philadelphia, PA 19124, 5743 North Beechwood Street, Philadelphia, PA 19138, 335 North Redfield Street, Philadelphia, PA 19139, 4182 Paul Street, Philadelphia, PA 19124, 2737 West Eyre Street, Philadelphia, PA 19121, 1835 Harrison St., Philadelphia, PA 19124. Filed by Troy A Lawrence on behalf of Creditor LIMA ONE CAPITAL, LLC (Attachments: # [1] Exhibit A - Legal Descriptions # [2] Exhibit B - Mortgage # [3] Exhibit C - Note # [4] Exhibit D - Guaranty # [5] Exhibit E - Assignment # [6] Exhibit F - Partial Release) Doc #728

...Denied without prejudice - Order by Lawrence...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)728). (Krehl, Jessey) Doc #1010

4. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 53 W Sharpnack St., Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A.Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #756

...Granted - Order by Noyes / Glick...

5. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1334 Price Street, Trainer, PA 19061. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Brokers Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #757

...Granted - Order by Noyes / Glick...

6. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 52 E. Collom St., Philadelphia, Pennsylvania 19144. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #759

[ AMENDED AT DOC. #853 ]

7. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 196 W Chew Ave., Philadelphia, Pennsylvania 19120. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Brokers Price Opinion # [3] proposed order # [4] Certificate of Service)
Doc #760

...Granted - Order by Noyes / Glick...

8. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2066 E Allegheny Avenue, Philadelphia, PA 19134,. with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #763

...Granted - Order by Noyes / Glick...

9. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 94 East Ashmead Street, Philadelphia, PA 19144; 5839 Crittenden Street, Philadelphia, PA 19138; and 224 E. Dorset Street, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #764

...Granted - Order by Noyes / Glick...

10. Motion for Relief from Stay. (Fee Paid) Re: 4015 Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven PA 19015; 1205 Rainer Rd., Brookhaven PA 19015; 3922 Elson Rd., Brookhaven PA 19015; 1692 Powell Rd., Brookhaven PA 19015; 1449 Rainer Rd., Brookhaven PA 19015; 1345 Harshaw Rd., Brookhaven PA 19015; 1306 Elson Rd., Brookhaven PA 19015; and 1238 Harshaw Rd., Brookhaven PA 19015. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #765

...Continued in open court to 10/27/2026 at 3:30 p.m. - no further notice will be given...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures.

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)765). (Krehl, Jessey) Doc #1011

11. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1720 Monument Street, Philadelphia, PA 19121. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #766

...Granted - Order by Noyes / Glick...

12. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 5114 Duffield Street, Philadelphia, PA 19124; 1826 Plum Street, Philadelphia, PA 19124; 221 W. Clapier Street, Philadelphia, PA 19144; 5106 Jackson Street, Philadelphia, PA 19124; 2529 N. 33rd Street, Philadelphia, PA 19132; 2066 Wilmot Street, Philadelphia, PA 19124; 4338 Penn Street, Philadelphia, PA 19124; 2141 Carver Street, Philadelphia, PA 19124; 2749 N. Croskey Street, Philadelphia, PA 19132; and 2010 Wilmont Street, Philadelphia, PA 19124. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #767

...Granted - Order by Noyes / Glick...

13. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2077 Wilmot Street, Philadelphia, PA 19124; 5713 Chew Avenue, Philadelphia, PA 19138; 533 E. Maryland Steet, Philadelphia, PA 19144; 304 E. Bringhurst Street, Philadelphia, PA 19144; 5915 McMahon Street, Philadelphia, PA 19144; 2014 Wilmot Street, Philadelphia, PA 19124; 5964 Warrington Avenue, Philadelphia, PA 19143; 5518 Malcolm Street, Philadelphia, PA 19143; 4290 Griscom Street, Philadelphia, PA 19124; and 6614 Chew Avenue, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #771

...Continued in open court to 10/27/2026 at 3:30 p.m. - no further notice will be given...

14. Motion for Relief from Stay. (Fee Paid.) Re: 3840 N 18th St, Philadelphia, PA 19140. Filed by Tricia A Morra on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank, N.A. as Delaware Trustee Doc #785

...Granted - Order by Morra...

15. Motion for Relief from Stay. (Fee Paid.) Re: 5546 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor

U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #788

...Agreed order entered at Doc. #1029...

16. Motion for Relief from Stay. (Fee Paid.) Re: 5532 Bloyd Street, Philadelphia PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #789

...Agreed order submitted...

17. Motion for Relief from Stay. (Fee Paid.) Re: 5545 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #790

...Agreed order submitted...

18. Motion for Relief from Stay. (Fee Paid.) Re: 5536 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #791

...Agreed order entered at Doc. #1030...

19. Motion for Relief from Stay. (Fee Paid.) Re: 5518 Bloyd Street, Philadelphia PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #792

...Agreed order entered at Doc. #1031...

20. Motion for Relief from Stay. (Fee Paid.) Re: 522 Westwinds Drive, Palm Harbor, FL 34683. Filed by Matthew B Klein on behalf of Creditor Grove Funding III Trust Doc #796

...Agreed order entered at Doc. #1032...

21. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 170 E. Meehan Avenue, Philadelphia, PA 19119; 2300 N. 15th Street, Philadelphia, PA 19132; and 2336 N. 19th Street, Philadelphia, PA 19132. with certificate of service Filed by Laura E Noyes on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #798

...Continued in open court to 10/27/2026 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)798). (Krehl, Jessey) Doc #1012

22. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 23 East Pleasant Street, Philadelphia, PA 19119. with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments of Mortgage # [2] Exhibit B. Brokers Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #799

...Granted - Order by Noyes / Glick...

23. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 427 W. Hansberry St., Philadelphia, PA 1914. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #800

...Granted - Order by Noyes / Glick...

24. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2637 N. Stanley St., Philadelphia, PA 19132. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National

Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #802

...Granted - Order by Noyes / Glick...

25. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 868 N 45th Street, Philadelphia, PA 19104; 1659 Pratt Street, Philadelphia, PA 19124; and 4968 W Thompson Street, Philadelphia, PA 19131. wtih Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, mortgage and assignments of mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #803

...Granted - Order by Noyes / Glick...

26. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1508 W. Oxford Street, Philadelphia, PA 19121; 1926 N. Gratz Street, Philadelphia, PA 19121; and 2034 N. 17th Street, Philadelphia, PA 19121. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinion # [3] Proposed Order # [4] Certificate of Service) Doc #809

...Granted - Order by Noyes / Glick...

27. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2521 N Cleveland St., Philadelphia, Pennsylvania 19132; 2714 N. Croskey St., Philadelphia, Pennsylvania 19132; 2735 W. Somerset St., Philadelphia, Pennsylvania 19132; 1838 N. 23rd St., Philadelphia, Pennsylvania 19121; 3438 N. 18th St., Philadelphia, Pennsylvania 19140; and 2749 N. Dover St., Philadelphia, Pennsylvania 19132. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPOs # [3] Proposed Order # [4] Certificate of Service) Doc #810

...Continued in open court to 10/27/2026 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)810). (Krehl, Jessey) Doc #1009

28. Motion for Relief from Stay. (Fee Paid.) Re: 412 Hohldale St Houston, TX 77091. Filed by April Stone on behalf of Creditor Kiavi Funding Inc (related document(s)[1]). Doc #811

...Agreed order submitted...

29. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 290 Watson Ave., Coatesville, PA 19320. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #812

...Continued in open court to 10/27/2026 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)812). (Krehl, Jessey) Doc #1013

30. Motion for Relief from Stay. (Fee Paid.) Re: 795 89th Avenue North St. Petersburg, FL 33702. Filed by April Stone on behalf of Creditor Kiavi Funding Inc Doc #816

...Agreed order submitted...

31. Motion for Relief from Stay. (Fee Paid.) Re: 1901 Coral Tree Ct Brandon, FL 33511. Filed by April Stone on behalf of Creditor Kiavi Funding Inc Doc #821

...Agreed order submitted...

32. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 4005 Gideon Road, Brookhaven, PA 19015; 4036 Gideon Road, Brookhaven, PA 19015; and 1537 Rainer Road, Brookhaven, PA 19015. with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #822

...Granted - Order by Noyes / Glick...

33. Amended Motion for Adequate Protection , or in the alternative Amended Motion for Relief from Stay. (Filing Fee Paid on Previous Motion). Re: 52 E. Collom St., Philadelphia, Pennsylvania 19144. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (related document(s)[759]). (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #853

...Granted - Order by Noyes / Glick...

.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.