**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**DEBTORS' *EXPEDITED* AGREED MOTION FOR ORDER (A) AUTHORIZING THE DEBTORS TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M); (B) APPROVING BIDDING PROCEDURES AND SURCHARGE; AND (C) FOR OTHER RELIEF**

**In light of the agreed nature of this Motion, the Debtors respectfully request the Court consider this motion on September 15, 2026 at 3:30 p.m. (ET) when other matters are scheduled to be heard in these cases.**

The above-captioned debtors and debtors in possession (the "**Debtors**"), by and through their undersigned counsel, submit this motion (this "**Motion**"), with the agreement of the Mortgagees (as defined herein), and the lack of opposition from the Office of the United States Trustee and the Official Committee of Unsecured Creditors, for entry of an order, on an agreed basis, (a) authorizing the Debtors to sell certain real property in the table set forth herein (each, a "**Parcel**" and collectively, the "**Property**") free and clear of all liens, encumbrances, and interests

pursuant to 11 U.S.C. §§ 363(b), (f), and (m); (b) approving bidding procedures and surcharge; and (c) granting related relief. In support of this Motion, the Debtors respectfully state as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Middle District of Florida (the "**Bankruptcy Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105(a), 363(b), (f), and (m), and 506(c) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") 2002 and 6004.

**Background**

4. On March 1, 2026 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing these chapter 11 cases (the "**Chapter 11 Cases**") before the Bankruptcy Court.

5. The Debtors are operating their business and managing their property as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. On April 1, 2026, the Court entered an order granting the Office of the United States Trustee's unopposed motion for the appointment of an examiner (the "**Examiner Order**") [Dkt. No. 167], and upon the application of the Office of the United States Trustee [Dkt. No. 176], which was approved by the Court on April 8, 2026 [Dkt. No. 195], Maria Yip was appointed as Examiner.

7. On March 27, 2026, the Office of the United States Trustee appointed an official committee of unsecured creditors (the "**Committee**").

8. The Debtors are the record title owner of the Property, which is more particularly described on **Exhibit A** hereto. Each Parcel is subject to a first-position mortgage (collectively, the "**First Mortgages**") by one of U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust ("**Treaty Oak Trust**"); U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 ("**BINOM Trust**"); Wilmington Savings Fund Society, FSB, not in its Individual Capacity, but Solely as Trustee For IBIS Holdings A Trust ("**IBIS Trust**"); U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware trustee for Determination Mortgage Trust ("**Determination Trust**"); U.S. Bank Trust National Association, not in its Individual Capacity, but Solely as Trustee for Fidelity & Guaranty Life Mortgage Trust 2018-1 ("**F&G Trust**"); and U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Delaware Trustee for Stone Roots M Trust ("**Stone Roots M Trust**") (each a "**Mortgagee**" and collectively the "**Mortgagees**"), as set forth herein. The Property consists of 28 separate parcels of real property, each of which is improved with a single-family home, at the following street addresses and subject to First Mortgages by the following Mortgagees:

| Property No.[1] | Address | Mortgagee |
|---|---|---|
| 1 | 1424 N. 62nd St., Philadelphia, PA 19151 | Treaty Oak Trust |
| 2 | 1721 N. Lindenwood St., Philadelphia, PA 19131 | Treaty Oak Trust |
| 3 | 1835 S. Taylor St., Philadelphia, PA 19145 | Treaty Oak Trust |
| 4 | 3517 W. Allegheny Ave., Philadelphia, PA 19132 | BINOM Trust |
| 5 | 3640 Morrell Ave., Philadelphia, PA 19114 | Treaty Oak Trust |
| 6 | 5404 W. Thompson St., Philadelphia, PA 19131 | BINOM Trust |
| 7 | 1353 Sellers St., Philadelphia, PA 19124 | IBIS Trust |
| 8 | 151 Bryn Mawr Ave., Lansdowne, PA 19050 | IBIS Trust |
| 9 | 2067 E. Chelten Ave., Philadelphia, PA 19138 | IBIS Trust |
| 10 | 509 N. 63rd St., Philadelphia, PA 19151 | IBIS Trust |

[1] Property No. 7 (1353 Sellers St., Philadelphia, PA 19124) and Property No. 9 (2067 E. Chelten Ave., Philadelphia, PA 19138) are subject to a separate sale motion, Dkt. No. 943, and the Debtors respectfully request that the sale terms proposed in this Motion withdraw and replace those set forth in the prior motion solely as to those two Parcels.

| | | |
|---|---|---|
| 11 | 5520 Bloyd St., Philadelphia, PA 19138 | Treaty Oak Trust |
| 12-A | 1037 S. 52nd St., Philadelphia, PA 19143 | Determination Trust |
| 12-B | 1435 N. Hobart St., Philadelphia, PA 19131 | Determination Trust |
| 12-C | 5224 Westminster Ave., Philadelphia, PA 19131 | Determination Trust |
| 12-D | 5312 Chestnut St., Philadelphia, PA 19139 | Determination Trust |
| 12-E | 5350 Chancellor St., Philadelphia, PA 19139 | Determination Trust |
| 12-F | 6030 Media St., Philadelphia, PA 19151 | Determination Trust |
| 13-A | 940 Highland Ave., Chester, PA 19013 | Stone Roots M Trust |
| 13-B | 1026 Kerlin St., Chester, PA 19013 | Stone Roots M Trust |
| 13-C | 1105 Madison St., Chester, PA 19013 | Stone Roots M Trust |
| 14-A | 1116 Parker St., Chester, PA 19013 | F&G Trust |
| 14-B | 339 Taylor Ter., Chester, PA 19013 | F&G Trust |
| 14-C | 417 E. 20th St., Chester, PA 19013[2] | F&G Trust |
| 15-A | 4141 Cambridge St., Philadelphia, PA 19104 | Stone Roots M Trust |
| 15-B | 2113 Simon St., Philadelphia, PA 19124 | Stone Roots M Trust |
| 15-C | 6113 McMahon St., Philadelphia, PA 19144 | Stone Roots M Trust |
| 15-D | 2539 W. Gordon St., Philadelphia, PA 19132 | Stone Roots M Trust |

9. In connection with this Motion, the Mortgagees have each agreed to a stipulated and reduced secured claim, only in connection with and for the purposes of this Motion and the auction process set forth herein, whereby the amount of the First Mortgages are reduced to the aggregate amount of the outstanding principal, escrow advances, and corporate advances, waiving certain interest and default interest; *provided*, *however*, that the agreed reduced amount of the First Mortgages shall include any actual, additional amounts paid by the Mortgagee, including disbursements for taxes or insurance, prior to the date of the auction. The agreed reduced First Mortgages, together with the assessed and estimated value of each Parcel, is set forth on **Exhibit B**. The Mortgagees shall retain the right to seek stay relief in connection with any Parcel whose auction does not yield at least the agreed reduced First Mortgage amount, with all rights retained by all parties.

---

[2] According to the Debtors' title search, the Parcel located at 417 E. 20th St., Chester, PA 19013 is owned as tenants in common by Debtor RAD Diversified REIT, Inc. and Susan Intorre, a creditor in these Chapter 11 Cases. Contemporaneously herewith, the Debtors are filing an adversary proceeding pursuant to section 363(h) of the Bankruptcy Code to sell the Parcel free and clear of Ms. Intorre's co-ownership interest, if any, with any liens or interests to attach to the proceeds of the sale, if any.

10. Based upon the title report obtained by the Debtors dated November 13, 2025 (the "**Title Report**") and Debtors' research of the real estate records, all liens and encumbrances against each Parcel are set forth on **Exhibit B**, including any judgment liens, the unpaid past due ad valorem taxes and current ad valorem taxes due for each Parcel, and all tenants and other parties who may assert a possessory interest in each Parcel (collectively, the "**Tenants**"). The Title Reports also reflect certain municipal liens against the Property totaling $36,692.19 that may constitute a lien against the Property, as set forth on **Exhibit C**.

11. To the best of the Debtors' knowledge, information, and belief, except for the parties identified in **Exhibit B** to this Motion (the "**Interested Parties**"), no other person or entity asserts a lien, claim, or *in rem* interest in and to any Parcel.

12. The Debtors, by and through their Chief Restructuring Officer, Katie Goodman, in an exercise of her reasonable business judgment and with the agreement of each Mortgagee, and lack of opposition from the Office of the United States Trustee and the Official Committee of Unsecured Creditors, has determined that it is in the best interest of the Debtors and their estates to sell the Property at public auction on the terms set forth in this Motion.

**Relief Requested**

13. The Debtors have previously been authorized to employ Soldnow, LLC d/b/a Tranzon Driggers ("**TD**") as auctioneer [Dkt. No. 418]. By this Motion, the Debtors request the entry of an order (the "**Sale Order**"), pursuant to section 363 of the Bankruptcy Code, approving the sale of the Property, free and clear of all liens, claims, and interests, by public auction to be conducted by TD. The Auction Application sets forth the proposed terms of the auction.

14. The Debtors propose that, except as may otherwise be ordered by the Court in the Sale Confirmation Order:

a. all unpaid property taxes for each Parcel shall be paid by the purchaser at closing, and the purchaser shall be responsible for payment of current and past taxes;

b. the net proceeds of sale of each Parcel shall be disbursed at closing as follows:

i. first, to the Debtors in payment of the Surcharge Amount (as defined below);

ii. second, payment of any other municipal liens or judgments with priority over the First Mortgage on such Parcel (which, for the avoidance of doubt, the Debtors do not believe exist);

iii. third, to the Mortgagee on such Parcel to satisfy the unpaid balance due on each of the First Mortgages, as set forth in **Exhibit B**, attached hereto; and

iv. all remaining net proceeds, if any (the "**Net Proceeds**") from the sale of each Parcel shall be paid to the Debtors. All valid and duly perfected liens against each Parcel that are not paid at closing will attach to the Net Proceeds, with the same extent, validity, and priority as existed before the Petition Date. The Net Proceeds shall be held by the Debtors and disbursed only pursuant to order of the Bankruptcy Court.

15. The term "Surcharge Amount" means 5% of the winning bid for the sale of each Parcel, up to a maximum of $20,000.00; *provided*, *however*, that in the event the winning bid is not sufficient to pay the relevant Mortgagee in full as set forth herein or the Mortgagee acquires the Parcel by credit bid, the maximum amount is $10,000.00. The Surcharge Amount is necessary, reasonable, and reflects the benefit to the Mortgagees and other Interested Parties from liquidating the Property through an auction process with robust marketing and advertising. Further, the timing of the auction sale will result in a substantial time savings to the Mortgagees given the current status of the foreclosure cases and the delays associated with stay relief litigation. The Surcharge Amount also compensates the Debtors for U.S. Trustee fees and attorneys' fees incurred in connection with the sale of the Property, and provides a fund for payment of creditors of the Debtors. Finally, and most importantly, the Surcharge Amount is

agreed to by the Mortgagees and reflects robust negotiations with the same in connection with the agreed nature of this Motion. As such, the Surcharge Amount is justified pursuant to section 506(c) of the Bankruptcy Code. *In re Dalton Crane, L.C.,* 641 B.R. 850 (Bankr. S.D. Tex. 2022) (approving surcharge in connection with auction).

16. The Debtors, in consultation with TD, propose that the following terms of sale be approved by the Court:

a. **Free and Clear**: The Property shall be sold free and clear of all liens, claims, encumbrances, and interests, with such liens, claims, encumbrances, and interests attaching to the proceeds of the sale to the extent such liens, claims, encumbrances, and interests are not paid at closing.

b. **The Auction Dates:** TD shall market the Property for public auction (the "**Auction**"). The auction date shall be a date selected by TD that is at least four weeks but not more than eight weeks after the Sale Order. TD shall begin its marketing campaign within ten days of the entry of the Sale Order.

c. **Auction Terms:** The auction terms, bid procedures, and compensation of TD shall be as set forth in the Auction Application. Notwithstanding anything to the contrary in the Auction Application, the Debtor may require a bid deposit in the form of a $2,000.00 credit card hold from potential purchasers of the Property in lieu of a cash bid deposit.

d. **Sale Documents:** Promptly following the closing of the Auction, the winning bidder shall execute a sale agreement or other applicable sale documents (the "**Sale Documents**").

e. **The sale of the Property shall be "AS-IS, WHERE-IS, WITH ALL FAULTS," with no warranties of title whatsoever.**

f. **Sale Confirmation:** Within ten business days following the Auction and prior to the closing of the sale of the Property, the Debtors will seek the entry of an order confirming the sale to the winning bidder and requesting approval of the disbursements at closing (the "**Sale Confirmation Order**").

g. **Closing Documents**: The Property shall be conveyed to the purchaser by Trustee's Deed or such other similar instrument.

h. **Credit Bid**: Each Mortgagee shall have the right to credit bid at the Auction the full amount of the requisite First Mortgage.

i. **<u>Closing Date</u>**: Closing shall occur within thirty days after the auction or within ten business days after the Sale Confirmation Order becomes final and nonappealable, whichever is later.

**<u>Authority for Requested Relief</u>**

**A. The Proposed Notice of the Auction and Bid Procedures is Appropriate.**

17. The Debtors seek authority to sell the Property through an Auction and related sale process, subject to the Debtors' right to seek an alternative course of action to maximize the value of their estates and preserve the value of the Property for the benefit of all parties in interest, including but not limited to the Mortgagees. TD will conduct an extensive and robust marketing process designed to maximize the number of auction participants, bidders, and purchase price. To maximize participation in the auction, it is anticipated that the auction of the Property may include one or more other properties owned by the Debtors.

18. Bankruptcy Rule 2002(a)(2) provides that the clerk or clerk's designee shall give all creditors 21 days' notice of "a proposal to use, sell, or lease property of the estate other than in the ordinary course of business—unless the court, for cause, shortens the time or orders another method of giving notice."

19. Bankruptcy Rule 6004 provides, in pertinent part:

> (a) Notice.
>
> (1) *In General*. Notice of a proposed use, sale, or lease of property that is not in the ordinary course of business must be given:
>
> (A) under Rule 2002(a)(2), (c)(1), (i), and (k); and
>
> (B) in accordance with §363(b)(2), if applicable.
>
> * * *
>
> (c) Motion to Sell Property Free and Clear of Liens and Other Interests; Objection. A motion for authority to sell property free and clear of liens or other interests must be made in accordance with Rule 9014 and served on the parties who have the liens or other interests. The notice required by (a) must include:

> (1) the date of the hearing on the motion; and
>
> (2) the time to file and serve an objection on the debtor in possession or trustee.

Fed. R. Bankr. P. 6004.

20. The Debtors have served this Motion by CM/ECF on all parties receiving notice by CM/ECF and by first class U.S. Mail, postage prepaid to the Interested Parties and have transmitted the Motion to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice under *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72] and requests the Court to find such notice good and sufficient pursuant to Bankruptcy Rules 2002, 6004, and 9006. In light of the existence of (and lack of objection from) the Committee, the estates should not be required to incur the expense of service by mail on all creditors. As a practical matter, given the unique nature of the Property and the Chapter 11 Cases, it is unlikely that creditors of the Debtor will be bidders. Moreover, on the record at a hearing in these Chapter 11 Cases on August 11, 2026, the Court indicated that a sale motion such as this may be entertained without a hearing if there is clear agreement between the Debtors, the Mortgagees, and the Official Committee of Unsecured Creditors, and lack of opposition from the Office of the United States Trustee, consistent with section 102 of the Bankruptcy Code.

**B. The Auction and Sale of the Property Should be Approved.**

21. Section 363(b)(1) of the Bankruptcy Code provides that a debtor, "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). A sale of the debtor's assets should be authorized pursuant to section 363 of the Bankruptcy Code if a sound business purpose exists for the proposed

transaction. *See, e.g., Meyers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3d Cir. 1996) ("Under Section 363, the debtor-in-possession can sell property of the estate . . . if he has an 'articulated business justification' . . . ."); *see also In re Sarah's Tent, LLC*, 396 B.R. 571, 573 (Bankr. S.D. Fla. 2008).

22. Courts typically consider the following factors in determining whether a proposed sale satisfies this standard: (i) whether a sound business justification exists for the sale, (ii) whether adequate and reasonable notice of the sale was given to interested parties, (iii) whether the sale will produce a fair and reasonable price for the property, and (iv) whether the parties have acted in good faith. *In re Del. & Hudson Ry. Co.*, 124 B.R. 169, 176 (Bankr. D. Del. 1991). A sound business purpose for the sale of a debtor's assets outside the ordinary course of business may be found where such a sale is necessary to preserve the value of assets for the estate, creditors, or interest holders. *See, e.g., In re Abbotts Dairies of Pa, Inc.*, 788 F.2d 143 (3d Cir. 1986).

23. The Debtors have a sound business justification for selling the Property. Each Parcel is subject to a First Mortgage. The value of the Property will be tested through the Auction conducted pursuant to and according to the bid procedures set forth in the Auction Application. Ultimately, the winning bid, after being subject to a "market check" in the form of the Auction and accepted by the Debtors in the exercise of their reasonable business judgment, will constitute the highest and best offer for the Property and will provide the highest and best recovery for the estates. *See, e.g., In re Trans World Airlines, Inc.*, No. 01-00056, 2001 WL 1820326, at *4 (Bankr. D. Del. 2001) (while a "section 363(b) sale transaction does not require an auction procedure . . . the auction procedure has developed over the years as an effective means for producing an arm's-length fair value transaction"). Consequently, the fairness and

reasonableness of the consideration to be paid in the form of the winning bid ultimately will be demonstrated by adequate "market exposure" and an open and fair auction process.

**C. The Sale of the Property Should Be Approved Free and Clear of All Claims and Interests.**

24. Section 363(f) of the Bankruptcy Code permits a debtor to sell property free and clear of another party's interest in the property if (i) applicable nonbankruptcy law permits such a free and clear sale, (ii) the holder of the interest consents, (iii) the interest is a lien and the sale price of the property exceeds the value of all liens on the property, (iv) the interest is the subject of a bona fide dispute, or (v) the holder of the interest could be compelled in a legal or equitable proceeding to accept a monetary satisfaction of its interest. *See* 11 U.S.C. § 363(f); *see also In re MMH Auto. Group, LLC*, 385 B.R. 347, 367 (Bankr. S.D. Fla. 2008).

25. Section 363(f) is drafted in the disjunctive. Thus, satisfaction of any of the requirements enumerated therein will suffice to permit the Debtors' sale of the Property free and clear of all interests (*i.e.*, all liens, claims, rights, interests, charges, or encumbrances), except with respect to any interests that may be assumed liabilities under the applicable purchase agreement. *See In re Kellstrom Indus., Inc.*, 282 B.R. 787, 793 (Bankr. D. Del. 2002) ("[I]f any of five conditions are met, the debtor has the authority to conduct the sale free and clear of all liens."); *see also In re Dundee Equity Corp.*, 1992 Bankr. LEXIS 436, at *12 (Bankr. S.D.N.Y. March 6, 1992) ("[s]ection 363(f) is in the disjunctive, such that the sale free of the interest concerned may occur if any one of the conditions of § 363(f) have been met.").

26. The first priority lien against each Parcel is ad valorem property taxes, which will be paid by the purchaser at closing. To the extent of available net proceeds, any municipal liens with priority over the First Mortgage will be paid next from the net proceeds of sale of each Parcel, with any remaining net proceeds paid to the Mortgagee until payment in full of the First

Mortgage in the amount set forth in **Exhibit B**. Any unpaid liens against each Parcel of the Property will attach to any remaining net proceeds from the sale of that parcel.

27. The judgment lien of Debra Autry, which encumbers each of the Parcels, is in dispute. Specifically, the judgment became a lien against the Property within 90 days of the Petition Date and is subject to avoidance as a preference.[3]

28. The Debtors propose to sell the Property free and clear of all claims or interests of the Tenants identified on **Exhibit B**.

29. Notwithstanding anything herein appearing to the contrary, the Property will be sold subject to *ad valorem* taxes, with past due *ad valorem* taxes paid by the buyer at closing.[4]

**D. The Sale Will Be Undertaken by the Buyers in Good Faith.**

30. Section 363(m) of the Bankruptcy Code protects a good faith purchaser's interest in property purchased notwithstanding if a sale conducted under section 363(b) of the Bankruptcy Code is later reversed or modified on appeal.

31. The sale of the Property should be found to be in good faith if the Debtors can demonstrate the transaction occurred at arm's-length and without fraud or collusion. *See Kabro Assocs. of West Islip, LLC v. Colony Hill Assocs. (In re Colony Hill Assocs.)*, 111 F.3d 269, 276 (2d Cir. 1997) ("Typically, the misconduct that would destroy a purchaser's good faith status at a judicial sale involves fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders.") (citations omitted); *see also In re Lorraine Brooke Associates, Inc.*, No. 07-12641 2007 WL 2257608 (Bankr. S.D. Fla. Aug. 2,

[3] The Debtors will be filing an adversary proceeding objecting to the claim of Debra Autry [Claim No. 279] and seeking to avoid the lien of the judgment, pursuant to 11 U.S.C. § 547, forthwith.
[4] The buyer will also be responsible for paying all taxes for the current year, without pro-ration.

2007) (holding that a sale was entitled to the protections of section 363(m) of the Bankruptcy Code when it was based upon arm's length bargaining and without collusion).

32. The sale of the Property pursuant to the auction procedures will utilize a competitive and transparent marketplace that facilitates an arm's-length sale without fraud or collusion. Accordingly, the Debtors respectfully request that the Court find that any purchaser of a Parcel be entitled to the protections of section 363(m) of the Bankruptcy Code.

33. Prior to filing this Motion, the Debtors conferred with counsel for the Mortgagee and Mortgagee consents to the sale of the Property (including the Surcharge Amount) on the terms set forth in this Motion.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order (a) approving the sale of the Property free and clear of all liens, claims, and interests pursuant to section 363 of the Bankruptcy Code; (b) approving the sale procedures, sale terms and Surcharge Amount set forth herein; and (c) granting such other and further relief as may be just and equitable.

Dated: September 2, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on September 2, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust

Tricia Morra, Esq., counsel to the U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1

Tricia Morra, Esq., counsel to the Wilmington Savings Fund Society, FSB, not in its Individual Capacity, but Solely as Trustee For IBIS Holdings A Trust

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware trustee for Determination Mortgage Trust

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its Individual Capacity, but Solely as Trustee for Fidelity & Guaranty Life Mortgage Trust 2018-1

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Delaware Trustee for Stone Roots M Trust

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Charles Strawberry
1424 N. 62nd St.
Philadelphia, PA 19151
holladae78@gmail.com

Shawn Barnes and Jasmine Harris
1721 N. Lindenwood St.
Philadelphia, PA 19131
shizzymac27@yahoo.com
jasminsade@yahoo.com

Jerome Tucker
5404 W. Thompson St., 2nd Floor
Philadelphia, PA 19131
jerometucker324@yahoo.com

Niesha Walker
5404 W. Thompson St., 3rd Floor
Philadelphia, PA 19131
nieshawalker28@gmail.com

Shardae Fleming, Tammy Fleming, and Christopher Fleming
1353 Sellers St.
Philadelphia, PA 19124
shardaeblessed1989@gmail.com
tammyfleming8884@gmail.com
chrisfleming828@gmail.com

Pamela Cloud, Eliot Feldman, Tanya Kean,
Patricia Kean, and Any and All Unknown Occupants
151 Bryn Mawr Ave.
Lansdowne, PA 19050
pamandken98@msn.com
efeldmanus@yahoo.com
tanyakean@icloud.com
patkean38@icloud.com

Tamya Taylor and Any and All Unknown Occupants
2067 E. Chelten Ave.
Philadelphia, PA 19138
tee.taylor@yahoo.com

Kenneth Thompson and Any and All Unknown Occupants
5520 Bloyd St.
Philadelphia, PA 19138
professorsimon88@gmail.com

Tawanda Wilson and Any and All Unknown Occupants
1037 S. 52nd St.
Philadelphia, PA 19143
215tawanda@comcast.net

Samia Parker, Anthony Williams, and Any and All Unknown Occupants
1435 N. Hobart St.
Philadelphia, PA 19131
parker11294@gmail.com
awilliamsmusic215@gmail.com

Freda Reese, Terrance Reese, and Any and All Unknown Occupants
5224 Westminster Ave.
Philadelphia, PA 19131
reese_freda@yahoo.com
tdr309@gmail.com

Carlos Montius and Any and All Unknown Occupants
5350 Chancellor St.
Philadelphia, PA 19139
montiuscarlos@gmail.com

Carmen Rivera, Leonardo Rivera, and Any and All Unknown Occupants
1105 Madison St.
Chester, PA 19013
gringa.1976@hotmail.com
Vazquez-leo_098761@hotmail.com

Adrienne K. Williams, Alexix N. Johnson, and Any and All Unknown Occupants
1116 Parker St., Chester, PA 19013
adriennekw01@gmail.com
alexisnjohnson01@gmail.com

Rasheta Frisby and Any and All Unknown Occupants
339 Taylor Ter.
Chester, PA 19013
Frisbyrasheta@gmail.com

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

Susan Intorre
1568 Vizcaya Lane
Naples, FL 34113
Susan.Intorre@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
1835 S. Taylor St.
Philadelphia, PA 19145

Any and All Unknown Occupants
3517 W. Allegheny Ave.
Philadelphia, PA 19132

Any and All Unknown Occupants
3640 Morrell Ave.
Philadelphia, PA 19114

Any and All Unknown Occupants
5404 W. Thompson St., 1st Floor
Philadelphia, PA 19131

Any and All Unknown Occupants
509 N. 63rd St.
Philadelphia, PA 19151

Any and All Unknown Occupants
6030 Media St.
Philadelphia, PA 19151

Any and All Unknown Occupants
940 Highland Ave.
Chester, PA 19013

Any and All Unknown Occupants
1026 Kerlin St.
Chester, PA 19013

Any and All Unknown Occupants
5312 Chestnut St.
Philadelphia, PA 19139

Any and All Unknown Occupants
417 E. 20th St.
Chester, PA 19013

Any and All Unknown Occupants
4141 Cambridge St.
Philadelphia, PA 19104

Any and All Unknown Occupants
2113 Simon St.
Philadelphia, PA 19124

Any and All Unknown Occupants
6113 McMahon St.
Philadelphia, PA 19144

Any and All Unknown Occupants
2539 W. Gordon St.
Philadelphia, PA 19132

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on September 2, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Jessey J. Krehl*
Jessey J. Krehl
Bar No. 1025848

# Exhibit A

## Legal Descriptions

| Property No. | Address | Legal Description |
|---|---|---|
| 1 | 1424 N. 62nd St.<br>Philadelphia, PA 19151 | ATTACHED TO AND FORMING A PART OF TAX INFORMATION CERTIFICATE<br>**Order Number:** LTS2839670<br>**Client Number:** 342308200<br><br>**FRONTAGE:** 15' 5" x 59' 6-1/2"<br>**LEGAL DESCRIPTION:**<br><br>ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected SITUATE on the Westerly side of Sixty-second Street at the distance of One Hundred Eighty-five Feet Ten Inches Northwardly from the Northerly side of Master Street in the Thirty-fourth Ward of the City of Philadelphia; CONTAINING in front or breadth Northwardly on the said side of Sixty-second Street Fifteen Feet Five Inches and extending of that width in length or depth Westwardly between parallel lines at right angles to the said Sixty-second Street Fifty-nine Feet Six and One-half Inches to a certain Three Feet Wide Alley extending Northwardly and Southwardly from Master Street to Media Street. (Being No. 1424 North 62nd Street).<br><br>BEING THE SAME PREMISES VESTED IN Laurence Collins Dillon and Maltiee Dillon, his wife, by Deed from Samuel Parisi and Edith Parisi, his wife, dated 08/21/1953, recorded 08/26/1953 in Book MLS 477, Page 304. |

| Property No. | Address | Legal Description |
|---|---|---|
| 2 | 1721 N. Lindenwood St. Philadelphia, PA 19131 | ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.<br><br>SITUATE on the Southeasterly side of Lindenwood Street at the distance of 160 feet Northeastwardly from the Northeasterly side of Jefferson Street in the 52nd Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on the said Lindenwood Street 15 feet and extending of that width in length or depth Southeastwardly between parallel lines to the said Lindenwood Street 50 feet to a certain 3 feet wide alley.<br><br>TOGETHER with the free and common use, right, liberty and privileges and the said alley as and for a passageway and watercourse at all times hereafter forever.<br><br>UNDER AND SUBJECT to restrictions affecting title as in Deed Book ADB 119 Page 106.<br><br>BEING known as No. 1721 Lindenwood Street.<br>Being the same premises which Jewell Williams, Sheriff of the County of Philadelphia by Deed dated 08/24/2017 and recorded 09/22/2017 in Philadelphia County as Document No. 53269023 conveyed unto DHI Fund, in fee.<br>Being the same premises which DHI Fund, LP who erroneously acquired title as DHI Fund by Quitclaim Deed dated 04/25/2018 and recorded 05/03/2018 in Philadelphia County as Document No. 53359364 conveyed unto DDH Fund, LP, in fee. ($1.00 Consideration) |

| Property No. | Address | Legal Description |
|---|---|---|
| 3 | 1835 S. Taylor St. Philadelphia, PA 19145 | ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,<br><br>SITUATE on the East side of Taylor Street at the distance of 242 feet, 8 inches Southward from the South side of Moore Street in the 48th Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on the said Taylor Street 14 feet 2 inches and extending of that width in length or depth Eastward between lines parallel at right angles to the said Taylor Street 50 feet to a certain 3 feet wide alley leading Northward into Moore Street and Southward into Mifflin Street<br><br>BEING KNOWN AS 1835 South Taylor Street<br><br>BEING BRT#482326800<br><br>TOGETHER with the free and common use, right, liberty and privilege of the aforesaid 3 feet wide alley as and for a passageway and watercourse at all times hereafter, forever.<br><br>SUBJECT to all restrictions, exceptions, reservations, stipulations, conditions, rights of way and easements of record.<br><br>Being the same premises which Troy Whitney by Quit-Claim Deed dated 8-12-2015 and recorded in Philadelphia. County on 8-28-2015 in Document ID52959521 granted and conveyed unto Troy Whitney & Shataia Whitney, h/w, in fee. |
| 4 | 3517 W. Allegheny Ave. Philadelphia, PA 19132 | ALL THAT CERTAIN lot or piece of ground,<br><br>SITUATE in the Thirty-eighth Ward of the City of Philadelphia, on the Northerly side of Allegheny Avenue at the distance of Two hundred and twenty-two feet Five and five-eighths inches East of Ridge Avenue.,<br><br>CONTAINING in front or breadth on the said Allegheny Avenue Thirteen feet Four inches and extending in depth Northward, on the East line thereof One hundred and twenty-one feet Eight and one-half inches and on the West line thereof One hundred and sixteen feet Six and three-eighths inches.<br><br>BEING No. 3517 W. Allegheny Avenue.<br><br>BEING THE SAME PREMISES WHICH William M. Lennox, Sheriff of the County of Philadelphia by Sheriff Deed dated 09/18/1961 and recorded 10/24/1961 in Deed Book CAB 1746 Page 591 conveyed unto Lydia Blackwell, in fee.<br><br>CITY REGISTRY: 40N240-040 |

| Property No. | Address | Legal Description |
|---|---|---|
| 5 | 3640 Morrell Ave. Philadelphia, PA 19114 | ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.<br><br>SITUATE in the 58th Ward of the City of Philadelphia described according to a Plan made for Gorchov Bros., by John J. McDevitt, Surveyor and Regulator of the 4th District, dated the 30th day of November A.D., 1959, to wit:<br><br>BEGINNING at a point on the Westerly side of Morrell Avenue, eighty-five feet wide, measured South nine degrees, thirty-five minutes fifty-nine seconds West along the said Westerly side of Morrell Avenue, the distance of one hundred and forty-two feet eight inches from a point of tangent, which point of tangent is measured Southeastwardly on the arc of a circle curving to the right; which connects the said Westerly side of Morrell Avenue and the Southerly side of Prince Circle, fifty feet wide, having a radius of fifteen feet, the arc length of twenty-three feet six and three-quarters inches from a point of curve on the said Southerly side of Prince Circle.<br><br>CONTAINING in front or breadth South nine degrees, thirty-five minutes fifty-nine seconds West along the said Westerly side of Morrell Avenue seventeen feet eleven and one-half inches and extending of that width in length or depth North eighty degrees, twenty-four minutes, one second West between parallel lines at right angles to the said Morrell Avenue one hundred and two feet, zero inches.<br><br>THE Northerly and Southerly lines passing through the center of party walls between the said premises and the premises adjoining on the North and South.<br><br>BEING known as 3640 Morrell Avenue.<br><br>BEING BRT No. 66-1-1280-00<br><br>Being the same premises which Arlene Mastrangelo, now known by marriage as Arlene Gorman & Friedrich Gorman, wife and husband, by Deed dated 12-12-2001 and recorded in Philadelphia. County on 12-292001 in Document ID50381177 granted and conveyed unto Arlene Gorman & Friedrich Gorman, wife and husband, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 6 | 5404 W. Thompson St.<br>Philadelphia, PA 19131 | ALL THAT CERTAIN lot or piece of ground with buildings and improvements thereon erected.<br><br>SITUATE on the South side of Thompson Street at the distance of 100 feet Eastward from the East side of Conestoga Street in the 4th Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania; THENCE extending Eastward along the South side of the said Thompson Street, 19 feet; THENCE Southward on a line at right angles with the said Thompson Street and passing through the middle of a division wall between this and the property adjoining on the East, 61 feet; THENCE South 4 degrees, 31 minutes, 22 seconds East, 58 feet, 6-1/8 inches; THENCE South 84 degrees, 22 minutes, 6 seconds West, 17 feet, 10 inches; THENCE Northward on a lie at right angles with the said Thompson Street, 119 feet, 3-1/4 inches to the place of beginning.<br><br>BEING known as No. 5404 West Thompson Street, Philadelphia, PA.<br><br>BEING the same premises which Eugene F. Chambers, also known as Eugene Chambers, by Indenture dated July 14, 2004 and recorded in the Office for Recording Deeds in the County of Philadelphia at File No. YL-6691, conveyed unto Andy Odom and Lee Edna Odom, his wife.<br><br>**FRONTAGE:** 19'x119.51' |
| 7 | 1353 Sellers St.<br>Philadelphia, PA 19124 | ALL THAT CERTAIN lot or piece of ground with the brick messuage or tenement thereon erected.<br><br>SITUATE on the Northeasterly side of Sellers Street in Frankford, in the 23rd Ward of the City of Philadelphia, at the distance of 150 feet Northwestwardly from the Northwesterly side of Leiper Street.<br><br>CONTAINING in front or breadth on the said sellers Street 25 feet and extending of that width in length or depth between parallel lines at right angles with the said sells street 100 feet.<br><br>BEING known as No. 1353 Sellers Street.<br>Being the same premises which Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW2, by and through its Attorney-in-Fact, Select Portfolio Servicing, Inc., by Power of Attorney by Deed dated 10/28/2015 and recorded 11/3/2015 in Philadelphia County as Document No. 52984313 conveyed unto Cohen Boys, LLC, a Limited Liability Company, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 8 | 151 Bryn Mawr Ave. Lansdowne, PA 19050 | **All that certain lot or piece of ground with the buildings and improvements thereon erected, situate in the Borough of Lansdowne, County of Delaware and State of Pennsylvania, described according to a survey and plan thereof made by Damon & Foster, Civil Engineers, on November 11, 1939, as follows, to wit:**<br><br>**Beginning at a point on the Northwest side of Bryn Mawr Avenue (50 feet wide) at the distance of 24.85 feet measured Southwestward along the said Northwest side of Bryn Mawr Avenue from its intersection with the Southwest side of Ardmore Avenue (50 feet wide); thence extending from said beginning point Southwestward, along the said Northwest side of Bryn Mawr Avenue 53 feet to a point, a corner of Lot #49 on the said Plan; thence extending North 24 degrees, 19 minutes, 50 seconds West, along Lot 49 on said Plan, 107.92 feet to a point; thence extending North 66 degrees, 29 minutes, 13 seconds East, 53 feet to a point, a corner of Lot 47 on said Plan; thence extending South 24 degrees, 19 minutes, 50 seconds East along Lot 47 on said Plan 107.16 feet to the first mentioned point and place of beginning.**<br><br>**Being Lot #48 on the aforesaid Plan.**<br><br>**Property address: 151 Bryn Mawr Avenue, Lansdowne, PA 19050**<br>**Tax ID: 23-00-00554-00**<br><br>**NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.**<br><br>**Being that parcel of land conveyed to RAD Diversified Reit, Inc., a Maryland Corporation, from Mary Theresa Holland by that Deed dated 1/6/2022 and recorded 1/24/2022 in Official Records Book 6794, at Page 0291 of the Public Records of Delaware County, PA.**<br><br>**PARCEL NUMBER(S): 23-00-00554-00** |

| Property No. | Address | Legal Description |
| --- | --- | --- |
| 9 | 2067 E. Chelten Ave. Philadelphia, PA 19138 | ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.<br><br>SITUATE on the Northerly side of Chelten Avenue at the distance of Three hundred forty-two feet three and three-quarter inches Westward from the Westerly side of 28th Street in the Seventeenth (Formerly part of Ward Fifty) Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on the said Chelten Avenue Twenty feet Four and one-half inches and extending of that width in length or depth Northward between parallel lines at right angles to the said Chelten Avenue Ninety-five feet.<br><br>BEING known as and numbered 2067 East Chelten Avenue.<br><br>BEING City Registry No.: 130 N 4-19<br><br>Being the same premises which Ronald Hinton by Deed dated 3/23/2016 and recorded 4/13/2016 in Philadelphia County as Document No. 53046407 conveyed unto Cohen Boys, LLC, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 10 | 509 N. 63rd St. Philadelphia, PA 19151 | ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected described according to a Survey made thereof on the 17th day of January, A. D. 1911 by Joseph Johnson, Esquire, Surveyor and Regulator of the 11th Survey District as follows, to wit:<br><br>SITUATE on the East side of 63rd Street commencing at the distance of 68 feet Northward from the North side of Girard Avenue in the 34th Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on the said 63rd Street 16 feet and extending of that width in length or depth Eastward between parallel lines at right angles to the said 63rd Street 82 feet to a certain 3 feet wide alley which leads Northward and communicates with a certain 4 feet 7-1/2 inches wide alley which leads Westward into the said 63rd Street.<br><br>UNDER AND SUBJECT to certain restrictions now of record.<br><br>TOGETHER with the free and common use, right, liberty and privilege of the aforesaid 3 feet wide alley and said 4 feet 7-1/2 inches wide alley as and for passageways and watercourse at all times hereafter, forever.<br><br>BEING known as No. 509 North 63rd Street.<br>Being the same premises which Bennie Wright and Jean Wright by Deed dated 06/10/1999 and recorded 06/16/1999 in Philadelphia County in Deed Book JTD 1064 Page 419 conveyed unto Albunie Wright, a married man, in fee.<br>Being the same premises which Alburnie Wright by Deed dated 07/11/2016 and recorded 08/12/2016 in Philadelphia County as Document No. 53097781 conveyed unto Cohen Boys, LLC, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 11 | 5520 Bloyd St. Philadelphia, PA 19138 | ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.<br><br>SITUATE on the Southwesterly side of Bloyd Street at the distance of 163 feet Northwesterly from the Northwesterly side of Church Lane (formerly Mill Street) in the 12th (formerly part of the 22nd) Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.<br><br>CONTAINING in front or breadth on the said Bloyd Street 14 feet and extending of that breadth in length or depth Southwesterly between lines parallel with the said Church Lane 100 feet including on the rear end thereof a certain 3 feet wide alley leading Northwesterly and Southeasterly and communicating at its Northerly and Southerly end thereof with two other 3 feet wide alleys leading Northeasterly into the said Bloyd Street.<br><br>TOGETHER with the free and common use, right, liberty and privilege of the said alleys as and for passageways and watercourses at all times hereafter, forever.<br><br>BEING known as No. 5520 Bloyd Street. |

| Property No. | Address | Legal Description |
|---|---|---|
| 12-A | 1037 S. 52nd St. Philadelphia, PA 19143 | **All that certain lot or piece of ground with the buildings and improvements thereon erected.**<br><br>**Situate on the Northeast side of 52nd Street at the distance of 163 feet Northwestward from the Northwest side of Warrington Avenue in the 51st Ward of the City of Philadelphia, County of Philadelphia and commonwealth of Pennsylvania.**<br><br>**Containing in front or breadth on the said 52nd Street, 16 feet and extending of that width in length or depth Northeastward between parallel lines at right angles to the said 52nd Street, 90 feet including a certain 15 feet wide driveway which said driveway which said driveway includes 1/2 of a certain 3 feet wide alley extending Southeasterwardly into Warrington Avenue.**<br><br>**Being No. 1037 South 52nd Street.**<br><br>**Together with the free and common use, right, liberty and privilege of the aforesaid driveway, as and for driveways and passageways at all times hereafter, forever, in common with the owners, tenants and occupiers of the other lots of ground bounding and entitled to the use thereof.**<br><br>**Property Address: 1037 S 52nd St, Philadelphia PA 19143**<br><br>**Tax ID: 51-1-0358-00**<br><br>**NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.**<br><br>**Being that parcel of land conveyed to Brownstone Real Estate Partners II, LP from Jewell Williams, Sheriff of the County of Philadelphia by that Deed dated 7/25/2012 and recorded 10/23/2012 in Official Records Instrument No. 52551356, of the Public Records City of Philadelphia, PA.** |

| Property No. | Address | Legal Description |
|---|---|---|
| 12-B | 1435 N. Hobart St. Philadelphia, PA 19131 | **All that certain lot or piece of ground with the buildings and improvements thereon erected.**<br><br>**Situate on the East side of Hobart Street at the distance of 255 feet, 10 -¾ inches Northward from the North side of Master Street in the 24th Ward of the City of Philadelphia.**<br><br>**Containing in front or breadth on the said Hobart Street, 15 feet and extending of that width in length or depth Eastward between parallel lines at right angles with the said Hobart Street, 53 feet, 6 inches to the middle of a certain 3 feet wide alley which extends Northward into Media Street and Southward into another 3 feet wide alley which extends Eastward into Wanamaker Street and Westward into Hobart Street.**<br><br>**Together with the free and common use, right, liberty and privilege of all the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.**<br><br>**Property Address: 1435 N Hobart St, Philadelphia, PA 19131**<br>**Tax ID:043162100**<br><br>**NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.**<br><br>**Being that parcel of land conveyed to Brownstone Real Estate Partners, LP from Summer Properties, LP by that Deed dated 12/6/2011 and recorded 12/12/2011 in Official Records Instrument No. 52422413, of the Public Records of Philadelphia City, PA.** |

| Property No. | Address | Legal Description |
|---|---|---|
| 12-C | 5224 Westminster Ave. Philadelphia, PA 19131 | All that certain lot or piece of ground with the brick message or tenement thereon erected.<br><br>Situate on the Southwest corner of Westminster Avenue and Wilton Street in the Forty-fourth Ward of the City of Philadelphia.<br><br>Containing in front or breadth on said Westminster Avenue Sixteen feet and extending of that width in length or depth Southward along the West side of said Wilton Street Eighty feet to a four feet wide alley leading Eastward into said Wilton Street.<br><br>Property address: 5224 Westminster Ave, Philadelphia, PA 19131<br>Tax ID: 442056500<br><br>NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.<br><br>Being that parcel of land conveyed to Brownstone Real Estate Partners, LP from Selena L. Imgrund, Administratrix C.T.A. of the Estate of Hilger Tyree, deceased by that Deed dated 11/23/2011 and recorded 12/5/2011 in Official Records Document No. 52419449, of the Public Records City of Philadelphia, PA. |

| Property No. | Address | Legal Description |
|---|---|---|
| 12-D | 5312 Chestnut St. Philadelphia, PA 19139 | ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE on the South side of Chestnut Street at the distance of 96 feet Westward from the West side of Fifty-Third Street in the Forty-Sixth Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.<br><br>CONTAINING in front or breadth on the said Chestnut Street, 16 feet and extending of that width in length or depth Southward between parallel lines at right angles to the said Chestnut Street 74 feet, 2 inches to a certain 3 feet wide alley leading Westward into Peach Street and Eastward into said Fifty-third Street.<br><br>TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alley, as and for a passageway and watercourse al all times hereafter, forever.<br><br>Property Address: 5312 Chestnut St, Philadelphia, PA 19139<br>Tax ID: 603013100<br><br>NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.<br><br>Being that parcel of land conveyed to Brownstone Real Estate Partners II, LP (a PA Limited Partnership) from Jewell Williams, Sheriff of the County of Philadelphia by that Deed dated 9/17/2012 and recorded 10/18/2012 in Official Records Deed Document No. 52549432, of the Public Records of Philadelphia County, PA. |

| Property No. | Address | Legal Description |
|---|---|---|
| 12 -E | 5350 Chancellor St. Philadelphia, PA 19139 | **ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.**<br><br>**SITUATE on the South side of Chancellor Street at the distance of Thirty-one, feet Four inches Eastwardly from the Easterly side of Fifty-fourth Street in the Forty-sixth Ward of the City of Philadelphia.**<br><br>**CONTAINING in front or breadth on the said Chancellor Street Fifteen feet and extending of that width in length or depth Southwardly between parallel lines at right angles with said Chancellor Street Sixty-five feet to a certain Three feet wide alley leading from Fifty-fourth Street Eastwardly and communicating at the Eastward end thereof with another Three feet wide alley leading Northwardly into Chancellor Street and Southwardly into Locust Street.**<br><br>**Property Address: 5350 Chancellor St, Philadelphia, PA 19139**<br>**Tax ID: 603039600**<br><br>**NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.**<br><br>**Being that parcel of land conveyed to Brownstone Real Estate Partners LP from Jamal A. Braxton, Administrator of the Estate of Sheila Braxton, deceased by that Deed dated 7/10/2012 and recorded 8/6/2012 in Official Records Deed Document No. 52518614, of the Public Records of Philadelphia County, PA.** |

| Property No. | Address | Legal Description |
|---|---|---|
| 12-F | 6030 Media St. Philadelphia, PA 19151 | **All that certain lot or piece of ground.**<br><br>**Situate on the South side of Media Street at the distance of 81 feet, 1-1/4 inches Eastward from the East side of 61st Street in the 34th Ward of the City of Philadelphia, County of Philadelphia and Commonwealth of Pennsylvania.**<br><br>**Containing in front or breadth on said Media Street, 15 feet and extending of that width in length or depth Southward between parallel lines at right angles to said Media Street, 96 feet to a certain 4 feet wide alley leading Westward into said 61st Street.**<br><br>**Tax ID# 342033800**<br>**Property Address: 6030 Media St, Philadelphia, PA 19151**<br><br>**NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.**<br><br>**Being that parcel of land conveyed to Brownstone Real Estate Partners, LP from East River Bank by that Deed dated 6/11/2012 and recorded 6/14/2012 in Official Records Document Number: 52496381, of the Public Records of Philadelphia County, PA.** |
| 13-A | 940 Highland Ave. Chester, PA 19013 | Premises A:<br><br>ALL THAT CERTAIN brick messuage and lot or piece of land, hereditaments and appurtenances, Situate on the Southwesterly corner of 10th Street and Highland Avenue in the City of Chester, County of Delaware and Commonwealth of Pennsylvania.<br><br>CONTAINING in front measures; thence Southwardly along the said Highland Avenue 25 feet and extending in depth Westwardly continuing the same with along the said 10th Street 140 feet to a 20 feet wide alley to 9th Street.<br><br>TOGETHER with the right and use of said alley in common with the owners of other lands abutting thereon. |

| Property No. | Address | Legal Description |
|---|---|---|
| 13-B | 1026 Kerlin St. Chester, PA 19013 | Premises B:<br><br>ALL THAT CERTAIN lot or piece of land with the buildings and improvements thereon erected, Situate on the Westerly side of Kerlin Street at the distance of 86 feet measured Southwardly from the Southwesterly corner of said Kerlin Street and 11th Street in the City of Chester, County of Delaware and Commonwealth of Pennsylvania.<br><br>CONTAINING in front along the Westerly side of said Kerlin Street measured; thence Southwardly 22 feet and extending in depth of that width Westwardly 130 feet to the Easterly side of a 20 feet wide alley, which extends from 10th Street to said 11th Street, the Southerly line of said lot passing through the middle of the party wall between the messuage herein described and the messuage adjoining the South.<br><br>BOUNDED on the North by lands of William A. Boyd, et ux., and on the South by lands of Loland R. Hodemark, et ux,. |
| 13-C | 1105 Madison St. Chester, PA 19013 | Premises C:<br><br>ALL THAT CERTAIN messuage and lot or piece of ground, hereditaments and appurtenances, situate on the East side of Madison Street, 35 feet North from 11th Street, in the City of Chester, County of Delaware and Commonwealth of Pennsylvania.<br><br>CONTAINING in front on the said East side of Madison Street measured; thence North 19 feet and extending in depth East, continuing the same width between parallel lines at right angles to said Madison Street (the North line thereof passing through the center of a partition wall separating said messuage from the messuage adjoining on the North), 84 feet.<br>Premises A - Being the same premises which James Robertson, Jr., by Deed dated October 7, 2010 and recorded October 27, 2010 in Delaware County in Record Book 4826 Page 698 conveyed unto James Robertson, Jr., and James Robertson, in fee.<br>Premises B - Being the same premises which James C. Robertson by Deed dated February 15, 2011 and recorded February 24, 2011 in Delaware County in Record Book 4897 Page 1065 conveyed unto James C. Robertson, Jr. and James C. Robertson, in fee.<br>Premises C - Being the same premises which James Robertson, Jr. and James Robertson and Matthew Robertson by Deed dated December 14, 2012 and recorded December 21, 2012 in Delaware County in Record Book 5242 Page 159 conveyed unto James Robertson, Jr. and James Robertson, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 14-A | 1116 Parker St.<br>Chester, PA 19013 | Premises A:<br><br>ALL THAT CERTAIN lot or piece of land with the brick messuage thereon erected, SITUATE in the City of Chester, County of Delaware and Commonwealth of Pennsylvania, bounded and described as follows, to wit:<br><br>SITUATE on the Westerly side of Parker Street at the distance of 150 feet, Northwardly from the Northwesterly corner of the said Parker Street and 11th Street.<br><br>CONTAINING in front and measured thence Northwardly along the said Parker Street, 19 feet, 2 inches and extending in depth Westwardly between parallel lines at right angles to the said Parker Street, 100 feet.<br><br>BOUNDED on the North by lands of Earl A. Goldsborough and Addie M., his wife, on the South by lands of Charles E. Busby and Ida May, his wife, and on the West by lands of Catherine May Seitz.<br><br>Premises A:<br><br>Being the same premises which Kionna A. Perry by Deed dated 1/27/2011 and recorded 2/14/2011 in Delaware County in Volume 4892 Page 1545 conveyed unto James C. Robertson, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 14-B | 339 Taylor Ter. Chester, PA 19013 | Premises B:<br><br>ALL THAT CERTAIN lot or piece of ground, with the buildings and improvements thereon erected, SITUATE in the City of Chester, County of Delaware and Commonwealth of Pennsylvania, bounded and described as follows, to wit:-<br><br>BEGINNING at a point on the South side of Taylor Terrace at the distance of 90 feet from Fulton Street and containing in front along the said South side of Taylor Terrace measured thence Eastwardly 18 feet and extending in depth Southwardly between lines at right angles to Taylor Terrace, 75 feet to a 15 feet wide alley. The Westerly line passing through the middle of the party wall of an adjoining brick building now or late of Clara Sproul Taylor.<br><br>BOUNDED on the East by lands now or late of Estate of J. Irvin Taylor.<br><br>TOGETHER with the right and use of said alley in common with the owners of other lands abutting thereon.<br>Premises B:<br><br>Being the same premises which Kionna A. Perry by Deed dated 09/28/2010 and recorded 10/21/2010 in Delaware County in Volume 4822 Page 1738 conveyed unto James Robertson, Jr., in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 14-C | 417 E. 20th St. Chester, PA 19013 | Premises C:<br><br>ALL THAT CERTAIN lot or piece of land, situate on the Southeasterly side of 20th Street, at the distance of 133.9 feet, measured Southwestwardly from Potter Street, in Chester City, County of Delaware, and Commonwealth of Pennsylvania, known as 417 East 20th Street, Chester, Pennsylvania.<br><br>CONTAINING in front along the Southeasterly side of said 20th Street measured thence Southwestwardly 26.45 feet and extending in depth Southwestwardly between parallel lines at right angles to said 20th Street, 120 feet to lands now or late of James V. Mulbearn; the Southwesterly line thereof passing through the middle of the party wall between the premises herein described and the premises adjoining on the Southwest.<br><br>BOUNDED on the Southwest by lands now or formerly of William H. Drummond, et ux., and on the Northeast by lands now or late of Edwin W. Hilgert, et ux., the Northeasterly line of said lot passing through the middle of an 8 foot wide common entrance of drive way which extends Southeasterly from<br>Premises C:<br><br>Being the same premises which Beneficial Consumer Discount Company d/b/a Beneficial Mortgage Company of Pennsylvania by Deed dated 06/21/2011 and recorded 07/12/2011 in Delaware County in Volume 4962 Page 898 conveyed unto James Robertson, Jr., in fee. |

| **Property No.** | **Address** | **Legal Description** |
|---|---|---|
| 15-A | 4141 Cambridge St. Philadelphia, PA 19104 | PREMISES A:<br><br>ALL THAT CERTAIN lot or piece of land with the buildings and improvements thereon erected.<br><br>SITUATE on the North side of Cambridge Street at the distance of Four Hundred Four feet, Six inches Westward from the West side of Forty-First Street in the Twenty-Fourth Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on said Cambridge Street Sixteen feet and extending of that width in length or depth Northward between lines at right angles to the said Cambridge Street Seventy-eight feet to a certain Twelve feet wide alley or cartway leading Eastward and Westward and communicating at each and thereof with another Twelve feet wide alley or cartway leading Southward into said Cambridge Street.<br><br>TOGETHER with the free and common use, right, liberty and privilege of the said alleys as and for passageways and watercourses at all times hereafter, forever.<br><br>BEING known as No. 4141 Cambridge Street.<br><br>BEING as to premises A the same premises which Donald Hansom by Deed dated 7/12/2016 and recorded 7/21/2016 in Philadelphia County as Document No. 53088274 conveyed unto Cohen Boys, LLC, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 15-B | 2113 Simon St. Philadelphia, PA 19124 | PREMISES B:<br><br>ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.<br><br>SITUATE on the East side of Simon Street at the distance of eighty-two feet two inches South from the South side of Torresdale Avenue in the Twenty-Third Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on the said Simon Street fourteen feet four inches and extending of that width in length or depth Eastwardly between parallel lines at right angles to Simon Street sixty-seven feet six inches to the middle of a certain fifteen feet wide driveway leading South into Tulip Street and North into another fifteen feet wide driveway leading East and West from Fraley Street to Simon Street.<br><br>TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a passageway and watercourse at all times hereafter forever in common with the owners, tenants, and occupiers of the lots of ground bounding on the same.<br><br>BEING known as No. 2113 Simon Street.<br><br>BEING as to premises B the same premises which Diane E. Graner, Administratrix of the Estate of David Howard Jarrell by Deed dated 5/15/2015 and recorded 6/4/2015 in Philadelphia County as Document No. 52923916 conveyed unto Cohen Boys, LLC, in fee. |

| Property No. | Address | Legal Description |
|---|---|---|
| 15-C | 6113 McMahon St. Philadelphia, PA 19144 | PREMISES C:<br><br>ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.<br><br>SITUATE on the Northeasterly side of McMahon Street at the distance of one hundred three feet one and one quarter inches Northwestwardly from the Northwesterly side of Walnut Lane in the 59th Ward of the City of Philadelphia.<br><br>CONTAINING in front or breadth on the said McMahon Street, Seventeen feet and extending of that width in length or depth North forty two degrees, Nineteen minutes seventeen seconds Eastwardly on the<br><br>Southeasterly line thereof fifty nine feet three and one quarter inches and on the Northwesterly line thereof fifty-nine feet two and three eighths inches including on the rear end thereof the soil of a ten feet wide driveway which extends Southeastwardly into Belfield Avenue and widening to Fifteen feet at the upper and thereof and extending Northwestwardly into another fifteen feet wide driveway which extends Northeastwardly into Belfield Avenue and Southwestwardly into McMahon Street.<br><br>TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway and passageway at all times hereafter, forever.<br><br>BEING known as No. 6113 McMahon Street.<br><br>BEING inter alia as to premises C the same premises which Stephen Walker and Beverly Walker by Deed dated 7/12/2016 and recorded 7/21/2016 in Philadelphia County as Document No. 53088281 conveyed unto Cohen Boys, LLC, in fee. |

| | | |
|---|---|---|
| 15-D | 2539 W. Gordon St. Philadelphia, PA 19132 | PREMISES D:<br><br>ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.<br><br>SITUATE in the 28th Ward of the City of Philadelphia.<br><br>BEGINNING on the North side of Gordon Street at the distance of 92 feet 6 inches Eastward from the East side of 26th Street.<br><br>CONTAINING on Gordon Street 15 feet 6 inches in width or depth and extending Northward between parallel lines at right angles to the said Gordon Street at the distance of 56 feet 6 inches to a certain 3 feet 6 inches wide alley leading from said Gordon Street to Arizona Street.<br><br>BEING known as No. 2539 West Gordon Street.<br><br>BEING as to premises D the same premises which Naresh Shanbhag and Veera Sylvia Dlima by Deed dated 4/27/2015 and recorded 5/21/2015 in Philadelphia County as Document No. 52918171 conveyed unto Cohen Boys, LLC, in fee. |

## Exhibit B

### Property Information

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 1 | 1424 N. 62nd St. Philadelphia, PA 19151 | $134,700.00 | $180,000.00 | Treaty Oak Trust $141,592.00 | DDH Fund | None. | None. | Charles Strawberry – Rent is $1,400 per month and is delinquent in the amount of $5,844.20; last payment received was $500.00 on 7/21/2026. Lease expires 3/31/2028. |
| 2 | 1721 N. Lindenwood St. Philadelphia, PA 19131 | $115,600.00 | $205,000.00 | Treaty Oak Trust $154,518.00 | DDH Fund | None. | None. | Shawn Barnes and Jasmine Harris –Rent is $1,440 per month rent and is delinquent in the amount of $1,475.00; last payment received was $1,219.03 on 7/31/2026. Lease expires 5/31/2028. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 3 | 1835 S. Taylor St. Philadelphia, PA 19145 | $243,000.00 | $287,000.00 | Treaty Oak Trust $206,861.00 | DDH Fund | None. | None. | Vacant. |
| 4 | 3517 W. Allegheny Ave. Philadelphia, PA 19132 | $162,600.00 | $390,000.00 | BINOM Trust $257,803.00 | DDH Fund | None. | **Case No. 2601W25007584** – $1,016.53 – Water Lien | Vacant. |
| 5 | 3640 Morrell Ave. Philadelphia, PA 19114 | $300,500.00 | $325,000.00 | Treaty Oak Trust $212,260.00 | DDH Fund | None. | None. | Vacant. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 6 | 5404 W. Thompson St. Philadelphia, PA 19131 | $409,400.00 | $220,000.00 | BINOM Trust $167,970.00 | DDH Fund | None. | **Case No. 2504W24007607** – $1,869.94 – Water Lien<br><br>**Case No. 2604W25008153** – $1,344.64 – Water Lien<br><br>**Case No. 2507W25007501** – $1,092.26 – Water Lien<br><br>**Case No. 2407W24009313** – $1,017.12 – Water Lien | 1st Fl: Vacant<br><br>2nd Fl/Garage: Jerome Tucker – Rent is $850.00 (2nd fl) and $100.00 (garage) per month and is delinquent in the amount of $11,020.50; last payment received was $960.50 on 9/19/2025. Lease expired 8//31/2024.<br><br>3rd Fl: Niesha Walker. Rent is $950.00 per month and is delinquent in the amount of $26,874.00. Last payment received was $50.00 on 9/6/2024. Lease expired 2/28/2025. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 7 | 1353 Sellers St. Philadelphia, PA 19124 | $163,300.00 | $171,000.00 | IBIS Trust $121,358.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112** - $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry | Shardae Fleming, Tammy Fleming, and Christopher Fleming – Rent is $1,400.00 per month and is delinquent in the amount of $8,004.43; last payment received was $1,400.00 on 5/30/2025. Lease expired 10/31/2024. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 8 | 151 Bryn Mawr Ave. Lansdowne, PA 19050 | $167,570.00 | $325,000.00 | IBIS Trust $211,174.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax) | Pamela Cloud, Eliot Feldman, Tanya Kean, and Patricia Kean – Rent is $2,100.00 per month and is delinquent in the amount of $51,468.00; last payment received was $2,154.00 on 8/14/2024. Lease expired 2/28/2025 |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 9 | 2067 E. Chelten Ave. Philadelphia, PA 19138 | $205,100.00 | $230,000.00 | IBIS Trust $133,578.00 | RAD REIT | None. | **Case No. 250202189 –** $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515–** $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757–** $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898 –** $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2601W25011611 –** $1,230.60 – Water Lien | Tamya Taylor – Rent is $1,435.00 per month and is delinquent in the amount of $33,848.50; last payment received was $1,470.00 on 8/13/2024. Lease expired 2/28/2025. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 10 | 509 N. 63rd St. Philadelphia, PA 19151 | $147,800.00 | $165,000.00 | IBIS Trust $128,811.00 | RAD REIT | None. | **Case No. 250202189 –** $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515–** $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757–** $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898 –** $216,168.00 – Judgment in favor of Debra Autry | Vacant. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 11 | 5520 Bloyd St. Philadelphia, PA 19138 | $114,900.00 | $195,000.00 | Treaty Oak Trust $130,130.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112** - $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2601W25011257** – $1,150.99 – Water Lien | Kenneth Thompson – Rent is $1,130.00 per month and is delinquent in the amount of $29,419.87; last payment received was $2,000.00 on 12/22/2024. Lease expired 2/28/2025. |

| **Property No.** | **Address** | **2027 Assessed Value** | **Estimated Value** | **First Mortgagee Claim** | **Mortgagor** | **Unpaid Taxes 2023-25** | **Non-Mortgage Liens/Interests** | **Tenants** |
|---|---|---|---|---|---|---|---|---|
| 12-A | 1037 S. 52nd St. Philadelphia, PA 19143 | $279,900.00 | $225,000.00 | Determination Trust $147,885.00 | RAD REIT | None. | **Case No. 250202189 –** $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515–** $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757–** $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898 –** $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2507W25010999 –** $1,335.06 – Water Lien | Tawanda Wilson – Rent is $1,550.00 per month and is delinquent in the amount of $7,313.62; last payment received was $2,059.50 on 8/20/2026. Lease expired 9/30/2025. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 12-B | 1435 N. Hobart St. Philadelphia, PA 19131 | $142,300.00 | $155,000.00 | Determination Trust $101,876.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112** - $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2510W25010684** – $1,109.58 – Water Lien | Samia Parker and Anthony Williams –Rent is $1,450.00 per month and is delinquent in the amount of $6,471.78; last payment received was $400.00 on 6/18/2026. Lease expires 6/30/2027. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12-C | 5224 Westminster Ave. Philadelphia, PA 19131 | $155,900.00 | $178,000.00 | Determination Trust $116,993.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2601W25011946** – $1,357.32 – Water Lien<br><br>**Case No. 2504W24011188** – $1,009.58 – Water Lien | Freda Reese and Terrance Reese – Rent is $1,835.00 per month rent and is delinquent in the amount of $5,623.55; last payment received was $1,250.00 on 8/20/2026. Lease expires 2/28/2027. |

| **Property No.** | **Address** | **2027 Assessed Value** | **Estimated Value** | **First Mortgagee Claim** | **Mortgagor** | **Unpaid Taxes 2023-25** | **Non-Mortgage Liens/Interests** | **Tenants** |
|---|---|---|---|---|---|---|---|---|
| 12-D | 5312 Chestnut St.<br>Philadelphia, PA 19139 | $162,300.00 | $189,000.00 | Determination Trust<br>$124,223.00 | RAD REIT | None. | **Case No. 250202189 –** $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515–** $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757–** $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898 –** $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2504W24011187 -** $1,164.01 – Water Lien | Vacant. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 12 -E | 5350 Chancellor St. Philadelphia, PA 19139 | $141,100.00 | $190,000.00 | Determination Trust $124,881.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112** - $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry | Carlos Montius - Rent is $1,575 per month and is current; last payment received was 8/1/2026. Lease expires 4/30/2027. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12-F | 6030 Media St.<br>Philadelphia, PA 19151 | $138,900.00 | $139,000.00 | Determination Trust<br>$91,360.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2604W25012094** – $1,117.97 – Water Lien<br><br>**Case No. 2410W24011247** – $155.00 – Water Lien | Vacant. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 13-A | 940 Highland Ave. Chester, PA 19013 | $42,090.00 | $110,000.00 | Stone Roots M Trust $74,843.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax) | Vacant. |
| 13-B | 1026 Kerlin St. Chester, PA 19013 | $53,200.00 | $195,000.00 | Stone Roots M Trust $132,676.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax) | Vacant. |
| 13-C | 1105 Madison St. Chester, PA 19013 | $27,070.00 | $130,000.00 | Stone Roots M Trust $88,451.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax) | Carmen Rivera and Leonardo Rivera-Vazquez - Rent is $900.00 per month and is delinquent in the amount of $2,372.00. Last payment received 7/23/2026 in the amount of $605.00. Lease expires 12/31/2026. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 14-A | 1116 Parker St. Chester, PA 19013 | $54,220.00 | $175,000.00 | F&G Trust $100,970.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax) | Adrienne K. Williams and Alexix N. Johnson -rent is delinquent in the amount of $40,419.45. Last payment of $1,700.00 received 8/8/2024. Lease expired 7/31/2025. |
| 14-B | 339 Taylor Ter. Chester, PA 19013 | $42,690.00 | $140,000.00 | F&G Trust $80,776.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax) | Rasheta Frisby - Rent is $880 per month and is current. Lease expires 12/31/26. |
| 14-C | 417 E. 20th St. Chester, PA 19013 | $54,330.00 | $140,000.00 | F&G Trust $80,776.00 | RAD REIT | None. | **Case No. 25-CV-067837** – $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>Alleged Tenant in Common interest with Susan Intorre | Vacant. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 15-A | 4141 Cambridge St. Philadelphia, PA 19104 | $168,300.00 | $250,000.00 | Stone Roots M Trust $144,716.00 | RAD REIT | None. | **Case No. 250202189 –** $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515–** $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757–** $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898 –** $216,168.00 – Judgment in favor of Debra Autry<br><br>**Case No. 2507W25010802 –** $1,271.95 – Water Lien | Vacant. |

| **Property No.** | **Address** | **2027 Assessed Value** | **Estimated Value** | **First Mortgagee Claim** | **Mortgagor** | **Unpaid Taxes 2023-25** | **Non-Mortgage Liens/Interests** | **Tenants** |
|---|---|---|---|---|---|---|---|---|
| 15-B | 2113 Simon St. Philadelphia, PA 19124 | $138,400.00 | $105,000.00 | Stone Roots M Trust $94,934.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112** - $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry | Vacant. |

| Property No. | Address | 2027 Assessed Value | Estimated Value | First Mortgagee Claim | Mortgagor | Unpaid Taxes 2023-25 | Non-Mortgage Liens/Interests | Tenants |
|---|---|---|---|---|---|---|---|---|
| 15-C | 6113 McMahon St. Philadelphia, PA 19144 | $143,900.00 | $145,000.00 | Stone Roots M Trust $83,935.00 | RAD REIT | None. | **Case No. 250202189** – $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515**– $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757**– $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 250500898** – $216,168.00 – Judgment in favor of Debra Autry | Vacant. |

| **Property No.** | **Address** | **2027 Assessed Value** | **Estimated Value** | **First Mortgagee Claim** | **Mortgagor** | **Unpaid Taxes 2023-25** | **Non-Mortgage Liens/Interests** | **Tenants** |
|---|---|---|---|---|---|---|---|---|
| 15-D | 2539 W. Gordon St. Philadelphia, PA 19132 | $96,300.00 | $165,000.00 | Stone Roots M Trust $95,513.00 | RAD REIT | None. | **Case No. 250202189 –** $74,538.45 – Judgment in favor of Philadelphia Community Development Coalition, Inc.<br><br>**Case No. 250400515–** $845.36 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. 251102757–** $963.64 –Pennsylvania Department of Revenue Tax Lien (Employer Withholding Tax)<br><br>**Case No. CE-25-03-32-0112 -** $345.00 - City of Philadelphia: Department of Licenses and Inspections Judgment<br><br>**Case No. 250500898 –** $216,168.00 – Judgment in favor of Debra Autry | Vacant. |

# Exhibit C

## Municipal Liens and Judgments

| Lienholder | Case No. | Amount |
|---|---|---|
| City of Philadelphia, Department of Licenses and Inspections (Code Enforcement Lien) | CE-25-03-32-0112 | $345.00 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2404R23023924 | $298.15 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2404R23024705 | $277.23 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R23027859 | $315.57 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24002824 | $1,252.54 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24004988 | $299.17 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24004990 | $3,720.73 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24006202 | $1,149.30 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24008929 | $321.26 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24009946 | $1,903.79 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24011325 | $1,751.22 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24015183 | $385.94 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24021455 | $2,469.31 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24023109 | $2,641.49 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24023827 | $974.61 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24024454 | $974.61 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24027679 | $1,752.22 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24028480 | $375.70 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24028529 | $1,117.11 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24029357 | $294.01 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24030930 | $1,505.43 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24033104 | $335.47 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24033338 | $2,506.52 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24034597 | $1,363.47 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24035759 | $411.48 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24036043 | $1,462.86 |

| | | |
|---|---|---|
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24038287 | $1,223.49 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24039421 | $371.44 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24040280 | $1,045.49 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24046201 | $410.21 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24048641 | $1,471.26 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24049462 | $416.47 |
| City of Philadelphia, Department of Revenue (Real Estate Tax Lien) | 2501R24050108 | $1,549.64 |
| **Total** | | **$36,692.19** |