**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>RAD Diversified REIT, Inc.;<br><br>RAD Diversified OZ Fund, LP;<br><br>DHI Fund, LLC;<br><br>DHI Holdings, LP; *and*<br><br>DDH Fund, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br><br>Case No. 8:26-bk-01638-CPM<br><br>Case No. 8:26-bk-01639-CPM<br><br>Case No. 8:26-bk-01640-CPM |
| RAD Diversified REIT, Inc.,<br><br>Applicable Debtor. | Case No. 8:26-bk-01636-CPM<br><br>**Ref Docket No. 1019** |

## CERTIFICATE OF SERVICE

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced document was electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On August 31, 2026, I caused to be served the "Notice of Preliminary Hearing," dated August 31, 2026 [Docket No. 1019], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jack Lawrence*
Jack Lawrence

# EXHIBIT A

RAD Diversified REIT
Mailing_Address_13095

| Name | Address |
|---|---|
| INTERNAL REVENUE SERVICE | PO BOX 932100 LOUISVILLE KY 40293-2100 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES - INSOLVENCY PO BOX 7346 PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 NORTH TAMPA ST TAMPA FL 33602 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 300 N. HOGAN ST STE 700 JACKSONVILLE FL 32202 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 W. WASHINGTON STREET STE 3100 ORLANDO FL 32801 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 2110 FIRST STREET SUITE 3-137 FT MYERS FL 33901 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 35 S.E. 1ST AVENUE SUITE 300 OCALA FL 34471 UNITED STATES OF AMERICA |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. TAHESHA L. WAY, ESQ LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST HARRISBURG PA 17120 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8 AUSTIN TX 78701 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427 HARRISBURG PA 17128-0427 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905 HARRISBURG PA 17128-0905 UNITED STATES OF AMERICA |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: JAMES UTHMEIER PL-01, THE CAPITOL TALLAHASSEE FL 32399-1050 UNITED STATES OF AMERICA |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 UNITED STATES OF AMERICA |

Total Count: 23

| Name | Address |
|---|---|
| PRECIOUS ROGERS | ADDRESS ON FILE |

Total Count: 1

# EXHIBIT B

| Name | Email |
|---|---|
| AMR LAW FIRM, P.A. | angela@amrlawfirm.com |
| BAKER & HOSTETLER LLP | alayden@bakerlaw.com; orlbankruptcy@bakerlaw.com;dmerola@bakerlaw.com |
| BURR & FORMAN LLP | kriordan@burr.com;mlucca-cruz@burr.com |
| BURR & FORMAN LLP | gbridges@burr.com;nwmosley@burr.com |
| CARLTON FIELDS, P.A. | ryant@carltonfields.com |
| CITY OF PHILADELPHIA LAW DEPARTMENT | Megan.Harper@phila.gov |
| DIAZ ANSELMO & ASSOCIATES, P.A. | imoghimi-kian@dallegal.com |
| FLORIDA DEPT OF REVENUE | EMAILDOR@FLORIDAREVENUE.COM |
| GENDLER AND GENDLER, PLLC | mmitra@gendlerlawyers.com |
| GREENBERG TRAURIG, LLP | elrodj@gtlaw.com |
| GREENBERG TRAURIG, P.A. | newmanar@gtlaw.com |
| GREENBERG TRAURIG, P.A. | kempd@gtlaw.com |
| OFFICE OF SEC. OF STATE OF FLORIDA | SECRETARYOFSTATE@DOS.MYFLORIDA.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | TERESA.DORR@USDOJ.GOV; NICOLE.W.PEAIR@USDOJ.GOV; GUY.A.VANBAALEN@USDOJ.GOV |
| PADGETT LAW GROUP | Seth.Greenhill@padgettlawgroup.com |
| PASCO COUNTY, FLORIDA | asalzano@mypasco.net |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-HBG-TA-EM@PA.GOV |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-PHI-TA-EM@PA.GOV |
| ROBERT K EDDY, PA | reddy@e-rlaw.com |
| SECURITIES AND EXCHANGE COMMISSION | MIAMI@SEC.GOV |
| SOUTHRON FIRM, P.A | joe@southronfirm.com;eservice@southronfirm.com |
| SPENCER FANE LLP | kwright@spencerfane.com; cgipson@spencerfane.com; afoster@spencerfane.com |
| SPENCER FANE LLP | pmosley@spencerfane.com |
| SPENCER FANE, LLP | wgrimsley@spencerfane.com; kwright@spencerfane.com;cgipson@spencerfane.com; afoster@spencerfane.com |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| U.S. ATTORNEY'S OFFICE | Christopher.Emden@usdoj.gov |
| YIP ASSOCIATES | myip@yipcpa.com |

Total Count: 39

| Name | Email |
|---|---|
| PRECIOUS ROGERS | ADDRESS ON FILE |

Total Count: 1