ORDERED.

**Dated: September 02, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| DHI Holdings, LP, | Case No. 8:26-bk-01639-CPM |
| Applicable Debtor. | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION (A) TO CONFIRM SALE OF REAL PROPERTY, (B) TO AUTHORIZE DISTRIBUTIONS AT CLOSING, (C) TO ESTABLISH GOOD FAITH OF PURCHASER, AND (D) FOR RELATED RELIEF**

(238 N. 53rd Street, Philadelphia, Pennsylvania)

THIS CASE came before the Court for hearing on August 27, 2026 at 4:00 p.m. ET (the "**Hearing**") on the *Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (238 N. 53rd Street, Philadelphia, Pennsylvania)* [Dkt. No. 975] (the "**Motion**") filed by the Debtor, DHI Holdings, LP (the "**Debtor**"). The Court previously authorized the sale of the Property (defined below), free and clear of all liens, claims, and encumbrances [Dkt. No. 471] (the "**Sale Order**"). The Court, having reviewed the Motion (including the results of the auction held on July 8, 2026), having heard argument of counsel at the Hearing, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing which shall constitute the findings of the Court, it is

**ORDERED** as follows:

1. The Motion is **GRANTED in full**, as set forth herein.

2. The Purchaser, Joseph Spina (the "**Purchaser**"), is confirmed as the highest bidder for the real property located at 238 N. 53rd Street, Philadelphia, Pennsylvania (the "**Property**"), more fully described in the Sale Order.

3. The transfer of the Property to the Purchaser shall be free and clear of all liens, claims, encumbrances, and interests. Debtor shall file a copy of the closing statement within seven (7) days of the date of closing.

4. The Debtor, RAD Diversified REIT, Inc., as debtor and debtor-in-possession, and the Purchaser are authorized and directed to execute, acknowledge, deliver, and cause to be recorded any deed necessary to convey the Property to the Purchaser, or the Purchaser's approved assignee or nominee, including a Trustee's Deed or other deed acceptable to the title company and closing agent. Katie S. Goodman, as Chief Restructuring Officer of the Debtor, and any other

officer, authorized representative, or designee of the Debtor approved by the Debtor, is authorized to execute and deliver the deed, settlement statement, closing statement, owner/title affidavits, transfer tax forms, closing instructions, and any other documents reasonably necessary or appropriate to consummate the sale of the Property and carry out the terms of this Order and the Sale Order, without further order of this Court. The closing agent, title insurer, Purchaser, and public recording offices may rely upon this Order as conclusive evidence of the authority of the Debtor and its authorized signer to execute, deliver, and record all documents necessary to consummate the sale and convey title to the Property in accordance with this Order and the Sale Order.

5. The proceeds from the sale of the Property shall be disbursed substantially in the manner set forth on **Exhibit A** (the "**Closing Disbursements**").

6. The excess proceeds, if any, after payment of the Closing Disbursements shall be deposited into the Debtors' debtor-in-possession operating bank account to be used as free and clear property of the Debtors, consistent with the Orders of the Court and the requirements of the Bankruptcy Code.

7. The sale process for the Property occurred pursuant to the auction procedures authorized in the Sale Order, which utilized a competitive and transparent marketplace that facilitates an arm's-length sale without fraud or collusion. Accordingly, the Purchaser is entitled to the protections of section 363(m) of the Bankruptcy Code.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

# Exhibit A

## Closing Disbursements

Evans Abstract, LLC
ALTA Universal ID:
672 Main Street
Harleysville, PA 19438
(215) 513-1770

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | 71432 | **Property** | 238 North 53rd Street<br>Philadelphia, PA 19139 | **Settlement Date** | 08/31/2026 |
| **Print Date & Time:** | 08/14/2026 at 03:11 PM EDT | | | **Disbursement Date** | 08/31/2026 |
| | | **Buyer** | Joseph Spina | | |
| **Escrow Officer:** | Kelly Colon | **Seller** | RAD Diversified REIT, Inc. | | |
| **Settlement Location:** | 672 Main Street<br>Harleysville, PA, 19438 | **Lender** | JDM Capital, LLC, a Pennsylvania limited liability company,<br>2614 Amber Street<br>Philadelphia, PA 19125 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $99,500.00 | Sale Price of Property | $99,500.00 | |
| | | Deposit | | $10,945.00 |
| $500.00 | | Final Water & PGW Escrow | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recorder of Deeds | $3,560.11 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recorder of Deeds | $995.00 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $6,965.00 | |
| | | Selling Agent Commission to Fifth Realty | $1,990.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Doc Prep Fee to Evans Abstract, LLC | $50.00 | |
| | | Title - Fraud Prevention/Closing Lock to Evans Abstract, LLC | $22.50 | |
| | | Title - Wire Fee to Evans Abstract, LLC | $26.00 | |
| | | Title- Deed Prep Fee to Evans Abstract, LLC | $50.00 | |
| | | Title- Notary Fee to Notary | $35.00 | |
| | | Title- Overnight Fee to Evans Abstract, LLC | $22.00 | |
| | | Title - Owner's Title Policy to Commonwealth Land Title Insurance Company | $1,025.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| $7,650.00 | | (Est) Judgment No. 240900157 to City of Philadelphia | | |
| $975.00 | | (Est) Judgment No. CE-23-10-32-0066 to City of Philadelphia | | |
| $70.00 | | County Search to Pack Law | | |
| | | Est Delinquent 2024-2026 Taxes to Philadelphia Dept. of Revenue | $50,000.00 | |
| $5,000.00 | | Est Municipal (Water Liens) to Philadelphia Water | | |
| | | Marketing Fee to Tranzon Driggers | $995.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| **$14,195.00** | **$99,500.00** | **Subtotals** | **$165,514.36** | **$10,945.00** |
| | | Due from Buyer | | $154,569.36 |
| $85,305.00 | | Due to Seller | | |
| **$99,500.00** | **$99,500.00** | **Totals** | **$165,514.36** | **$165,514.36** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Evans Abstract, LLC to cause the funds to be disbursed in accordance with this statement.

Joseph Spina Date

RAD Diversified REIT, Inc., a Corporation

By:

Katie S. Goodman, Authorized Signor Date

Settlement Agent Date