ORDERED.

**Dated: September 02, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**AGREED FURTHER ORDER (I) GRANTING IN FULL THE DEBTOR'S EXPEDITED MOTION (A) TO CONFIRM HIGH BIDDERS, (B) TO AUTHORIZE DISTRIBUTIONS AT CLOSING, (C) TO ESTABLISH GOOD FAITH OF PURCHASER, AND (D) FOR RELATED RELIEF; AND (II) CANCELLING FURTHER HEARING**

(1611 West Sales Yard Road, Emmett, Idaho)

THIS CASE came before the Court for hearing on August 11, 2026 at 4:00 p.m. ET (the "**Hearing**") on the *Debtor's Expedited Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief (1611 West Sales Yard Road, Emmett, Idaho)* [Dkt. No. 912] (the "**Motion**") filed by the Debtor, RAD Diversified REIT, Inc. (the "**Debtor**"). The Court previously authorized the sale of the Property (defined below), free and clear of all liens, claims, and encumbrances [Dkt. No. 559] (the "**Sale Order**"), which order required that after the date of the auction, "the Debtor shall subsequently file a motion to approve the sale of the Property and determine disbursement of the proceeds from the auction of the Property." The Debtor quoted this language in the Motion at paragraph 15, and requested at paragraph 17 that "the net proceeds of the sale . . . in the approximate amount of $697,290, be paid to the Debtor and deposited into the Debtor's debtor in possession account." No party timely filed an objection to the Motion. At the Hearing, the Office of the United States Trustee objected to the Debtor's request to deposit the net sale proceeds in its operating account. The Court, entered an order granting the Motion in part [Dkt. Nos. 992 and 995] and setting a further hearing for September 15, 2026 at 3:30 p.m. (ET) (the "**Further Hearing**") to consider the objection of the Office of the United States Trustee. Upon the agreement of the Debtors and the Office of the United States Trustee, and the representation of submitting counsel that by submission of this Order, the Office of the United States Trustee consents to the entry of this Order, and being duly advised in the premises, it is

**ORDERED** as follows:

1. The Motion is **GRANTED in full**, as set forth herein.

2. The net proceeds of the sale, in the approximate amount of $697,290, shall be deposited into the Debtors' debtor in possession operating bank account to be used, as free and

clear property of the Debtors, consistent with the Orders of the Court and the requirements of the Bankruptcy Code.

3. Any objections to the Motion raised at the Hearing are **OVERRULED**.

4. The Further Hearing to consider the objection of the Office of the United States Trustee to the Motion is **CANCELLED**.

5. This Order is without prejudice to any party in interest's right, including the Debtors, the Official Committee of Unsecured Creditors, and the Office of the United States Trustee, to object to any application for administrative expenses in these Chapter 11 Cases.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*