**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on September 15, 2026 at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***Debtors' Expedited Agreed Motion for Order (A) Authorizing the Debtors to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief*** [Dkt. No. 1055].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: September 3, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on September 3, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust

Tricia Morra, Esq., counsel to the U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1

Tricia Morra, Esq., counsel to the Wilmington Savings Fund Society, FSB, not in its Individual Capacity, but Solely as Trustee For IBIS Holdings A Trust

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware trustee for Determination Mortgage Trust

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its Individual Capacity, but Solely as Trustee for Fidelity & Guaranty Life Mortgage Trust 2018-1

Tricia Morra, Esq., counsel to the U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Delaware Trustee for Stone Roots M Trust

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Charles Strawberry
1424 N. 62nd St.
Philadelphia, PA 19151
holladae78@gmail.com

Shawn Barnes and Jasmine Harris
1721 N. Lindenwood St.
Philadelphia, PA 19131
shizzymac27@yahoo.com
jasminsade@yahoo.com

Jerome Tucker
5404 W. Thompson St., 2nd Floor
Philadelphia, PA 19131
jerometucker324@yahoo.com

Niesha Walker
5404 W. Thompson St., 3rd Floor
Philadelphia, PA 19131
nieshawalker28@gmail.com

Shardae Fleming, Tammy Fleming, and Christopher Fleming
1353 Sellers St.
Philadelphia, PA 19124
shardaeblessed1989@gmail.com
tammyfleming8884@gmail.com
chrisfleming828@gmail.com

Pamela Cloud, Eliot Feldman, Tanya Kean,
Patricia Kean, and Any and All Unknown Occupants
151 Bryn Mawr Ave.
Lansdowne, PA 19050
pamandken98@msn.com
efeldmanus@yahoo.com

tanyakean@icloud.com
patkean38@icloud.com

Tamya Taylor and Any and All Unknown Occupants
2067 E. Chelten Ave.
Philadelphia, PA 19138
tee.taylor@yahoo.com

Kenneth Thompson and Any and All Unknown Occupants
5520 Bloyd St.
Philadelphia, PA 19138
professorsimon88@gmail.com

Tawanda Wilson and Any and All Unknown Occupants
1037 S. 52nd St.
Philadelphia, PA 19143
215tawanda@comcast.net

Samia Parker, Anthony Williams, and Any and All Unknown Occupants
1435 N. Hobart St.
Philadelphia, PA 19131
parker11294@gmail.com
awilliamsmusic215@gmail.com

Freda Reese, Terrance Reese, and Any and All Unknown Occupants
5224 Westminster Ave.
Philadelphia, PA 19131
reese_freda@yahoo.com
tdr309@gmail.com

Carlos Montius and Any and All Unknown Occupants
5350 Chancellor St.
Philadelphia, PA 19139
montiuscarlos@gmail.com

Carmen Rivera, Leonardo Rivera, and Any and All Unknown Occupants
1105 Madison St.
Chester, PA 19013
gringa.1976@hotmail.com
Vazquez-leo_098761@hotmail.com

Adrienne K. Williams, Alexix N. Johnson, and Any and All Unknown Occupants
1116 Parker St., Chester, PA 19013
adriennekw01@gmail.com
alexisnjohnson01@gmail.com

Rasheta Frisby and Any and All Unknown Occupants
339 Taylor Ter.
Chester, PA 19013
Frisbyrasheta@gmail.com

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

Susan Intorre
1568 Vizcaya Lane
Naples, FL 34113
Susan.Intorre@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
1835 S. Taylor St.
Philadelphia, PA 19145

Any and All Unknown Occupants
3517 W. Allegheny Ave.
Philadelphia, PA 19132

Any and All Unknown Occupants
3640 Morrell Ave.
Philadelphia, PA 19114

Any and All Unknown Occupants
5404 W. Thompson St., 1st Floor
Philadelphia, PA 19131

Any and All Unknown Occupants
509 N. 63rd St.
Philadelphia, PA 19151

Any and All Unknown Occupants
6030 Media St.
Philadelphia, PA 19151

Any and All Unknown Occupants
940 Highland Ave.
Chester, PA 19013

Any and All Unknown Occupants
1026 Kerlin St.

Chester, PA 19013

Any and All Unknown Occupants
5312 Chestnut St.
Philadelphia, PA 19139

Any and All Unknown Occupants
417 E. 20th St.
Chester, PA 19013

Any and All Unknown Occupants
4141 Cambridge St.
Philadelphia, PA 19104

Any and All Unknown Occupants
2113 Simon St.
Philadelphia, PA 19124

Any and All Unknown Occupants
6113 McMahon St.
Philadelphia, PA 19144

Any and All Unknown Occupants
2539 W. Gordon St.
Philadelphia, PA 19132

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on September 3, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: *_/s/ Jessey J. Krehl_*
Jessey J. Krehl
Bar No. 1025848