**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:** **CASE NO.: 8:26-bk-01636-CPM**
**CHAPTER 11**

**RAD Diversified REIT, Inc.,**

**Debtor.**

___________________________________/

**OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION PROPOSED BY RAD DIVERSIFIED REIT, INC. (DOC. NO. 904)**

Wilmington Trust, National Association As Trustee For Tryon Street Acquisition Trust I ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's *Plan of Reorganization Proposed by Rad Diversified Reit, INC.* (Doc. No. 904) (the "Plan"), and states as follows:

1. Secured Creditor holds a secured interest in Debtor's real property located 5548 Upland Street, Philadelphia, PA 19143 (the "Property").

2. On July 29, 2026 Debtor filed their Plan (Doc. No. 904).

3. The Plan States that the first mortgage secured claims shall be classified into separate subclasses (e.g. Class 1-A, 1-B, etc...), but the plan provides no subclassification.

4. The Plan states that the recovery for secured claims "varies", so there is no actual statement of treatment for the secured creditor.

5. The Plan provides that the properties will be sold or surrendered, no specific provision provided.

6. The Plan provides that the sale proceeds will be subject to an unspecified surcharge amount, then proceeds will be distributed.

7. The Plan fails to provide for post-petition escrow amounts or post-petition payments.

8. The Plan fails to provide a timeline for properties to be sold or surrendered.

9. The Plan fails to provide specific information on addressing the payment of pre and post petition arrearages owed to Secured Creditor.

10. Secured Creditor does not accept the Plan.

11. Secured Creditor reserves the right to amend and/or supplement this Objection as needed, and/or in response to any additional filing by the Debtor.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein, deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/April Howard
April Howard, Esquire
Florida Bar Number 37547
Email: aharriott@raslg.com

**CERTIFICATE OF SERVICE**

**I CERTIFY** that on September 3, 2026, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and an accurate copy has been served via CM/ECF or United States Mail to the following parties:

RAD Diversified REIT, Inc.
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688

Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
United States
678-553-2100

By: /s/April Howard
April Howard, Esquire
Florida Bar Number 37547
Email: aharriott@raslg.com