UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RAD Diversified REIT, Inc.

Debtor.
/

Case No.: 8:26-bk-01636-CPM
Chapter: 11

## NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held before the Honorable Catherine Peek McEwen on September 29, 2026 at 3:30 PM at Tampa, FL - Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue on the following matter: Motion to Allow Late Claim (Doc 1001).

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

3. The Court may continue this matter upon announcement made in open court without further notice.

4. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 03, 2026 a true and correct copy was served via U.S. First Class Mail or electronic transmission to:

*Via U.S.First Class Mail:*
**RAD Diversified REIT, Inc.**
11418 US-19 N.
Port Richey, FL 34688

**Matthew Fornshell**
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

*Via Electronic Transmission:*
**Jessey James Krehl**
Email: jessey@packlaw.com

**Joseph A Pack**
Email: Joe@packlaw.com

**U.S. Trustee,** United States Trustee – TPA
USTPRegion21.TP.ECF@USDOJ.GOV

**Nicole Peair**
Email: Nicole.W.Peair@USdoj.gov

**John D Elrod,** Unsecured Creditors' Committee
Email: elrodj@gtlaw.com

**Danielle S Kemp,** Unsecured Creditors' Committee
Email: kempd@gtlaw.com

Dated: September 03, 2026

McCalla Raymer Leibert Pierce, LLC

By: ***/s/ Toni Townsend****Toni Townsend*

Toni Townsend, Esq.
Florida Bar No. 1022285
Attorney for Secured Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (312) 346-9088 x 5174
Fax: (954) 332-9370
Email: Toni.Townsend@mccalla.com