ORDERED.

**Dated: September 03, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**ORDER APPROVING THE FIRST INTERIM APPLICATION OF ICE MILLER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE PERIOD OF MARCH 1, 2026, THROUGH MAY 31, 2026**

THIS MATTER came before the Court without hearing on the *First Interim Application of Ice Miller LLP for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Period of March 1, 2026 Through May 31, 2026* [Dkt. No. 587] and the *Notice of Application for Compensation and Opportunity to Object and Request a Hearing* [Dkt. No. 588]

(together, the "**Application**"). The Application was filed on negative notice, and no objections were timely filed. Due and proper notice of the Application was provided and the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties in interest. The Court has determined that the legal and factual bases set forth in the Application (and the exhibits attached thereto) establish just cause for the relief granted herein. Accordingly, it is,

**ORDERED:**

1. The Application is **APPROVED**, on an interim basis, as set forth in this Order.

2. Ice Miller LLP ("**Ice Miller**") is awarded for the period of March 1, 2026 through May 31, 2026, on an interim basis, (i) professional fees in the amount of $19,497.00, of which 100% is authorized for immediate payment as set forth herein; and (ii) reimbursement of expenses in the amount of $2,379.81, of which 100% is authorized for immediate payment as set forth herein.

3. Ice Miller is granted an administrative expense for all amounts awarded herein.

4. The Debtor is hereby authorized and directed to pay Ice Miller all amounts awarded herein.

5. In making the foregoing awards, the Court has considered the criteria set forth in sections 330 and 331 of the Bankruptcy Code, the requirements of Bankruptcy Rule 2016, and the factors that govern the reasonableness of fees and compensation as set forth in *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by the Applicant.

6. This Order is without prejudice to the rights of the United States Trustee, the Official Committee of Unsecured Creditors, or any other party in interest to object to the fees and the expenses sought by the Applicant in this bankruptcy case in any future interim or final fee application filed by the Applicant.

7. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*