**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned chapter 11 proceeding as counsel on behalf of 7E CWS Investments, Inc. ("CWS") and request that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect CWS or this chapter 11 bankruptcy case to be served upon:

Philip W. Crawford
Florida Bar No. 99361
**FBT Gibbons LLP**
One Gateway Center
11-43 Raymond Plaza West
Newark, NJ 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
Email: pcrawford@fbtgibbons.com

Jillian Nolan Snider, PA ID No. 202253
(*pro hac vice forthcoming*)
PA ID No. 202253
**FBT Gibbons LLP**
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-4300
Facsimile: (412) 513-4299
Email: jsnider@fbtgibbons.com

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notices*, by itself, is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over CWS, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which CWS is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments CWS expressly reserves.

*[Signature page follows]*

Dated: September 4, 2026

**FBT GIBBONS LLP**

*/s/ Philip W. Crawford*
Philip W. Crawford
Florida Bar No. 99361
One Gateway Center
11-43 Raymond Plaza West
Newark, NJ 07102
Tel: (973) 596-4500
Email: pcrawford@fbtgibbons.com

-and-

Jillian Nolan Snider, Esquire
(*pro hac vice forthcoming*)
PA ID No. 202253
FBT Gibbons LLP
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Tel: (412) 513-4300
Email: jsnider@fbtgibbons.com

***Counsel for 7E CWS Investments, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on September 4, 2026, a true and correct copy of the forgoing was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Philip W. Crawford*______
Philip W. Crawford