**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**<u>MOTION FOR ADMISSION OF JILLIAN NOLAN SNIDER TO PRACTICE PRO HAC VICE AND DESIGNATION OF LOCAL COUNSEL</u>**

Jillian Nolan Snider, Esquire, of FBT Gibbons LLP ("Movant"), pursuant to Local Rule 2090-1(c), moves this court for admission pro hac vice, to appear in this and any related adversary proceeding as counsel for 7E CWS Investments, Inc. as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the state bar for the Commonwealth of Pennsylvania.

2. Movant is also admitted to practice before and is in good standing in the United States District Court for the Eastern, Middle, and Western District of Pennsylvania.

3. Movant designates Philip W. Crawford, a resident Florida attorney, of the law firm of FBT Gibbons LLP, who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that she has never been disbarred and is not currently suspended from practice of law in any state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies that she has not previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies that she will make herself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the Middle District of Florida Bankruptcy Court and the Tampa Division of the Bankruptcy Court.

7. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing her admission to practice and represent 7E CWS Investments, Inc. in this and any related adversary proceeding.

Dated: September 4, 2026

*/s/ Jillian Nolan Snider*

Jillian Nolan Snider, Esquire
PA ID No. 202253
FBT Gibbons LLP
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Tel: (412) 513-4300
Email: jsnider@fbtgibbons.com

*Attorney for 7E CWS Investments, Inc.*

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Philip W. Crawford attests that concurrence in the filing of this paper has been obtained.*

**CONSENT TO ACT AS LOCAL COUNSEL**

I, Philip W. Crawford, an attorney qualified to practice in this Court, consent to designation as the local attorney for Jillian Nolan Snider of FBT Gibbons LLP and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

*/s/ Philip W. Crawford*

Philip W. Crawford
Florida Bar No. 99361
FBT Gibbons LLP
One Gateway Center
11-43 Raymond Plaza West
Newark, NJ 07102
Tel: (973) 596-4500
Email: pcrawford@fbtgibbons.com

*Local Counsel for 7E CWS Investments, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026 a true and correct copy of the foregoing has been served via CM/ECF on all CM/ECF registered participants.

*/s/ Philip W. Crawford*

Philip W. Crawford