**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:**<br>**RAD DIVERSIFIED REIT, INC.,**<br><br>**RAD DIVERSIFED OZ FUND, LP;**<br>**DHI FUND, LLC;**<br>**DHI HOLDINGS, LP;** ***and***<br>**DDH FUND, LLC,**<br>**Debtors.** | **Chapter 11**<br><br>**Case No.: 8:26-bk-01636-CPM**<br>***Jointly Administered with***<br>**Case No.: 8:26-bk-01637-CPM**<br>**Case No.: 8:26-bk-01638-CPM**<br>**Case No.: 8:26-bk-01639-CPM**<br>**Case No.: 8:26-bk-01640-CPM** |

**SUMMARY OF FIRST AND FINAL FEE APPLICATION OF BAKER & HOSTETLER LLP, COUNSEL FOR THE EXAMINER, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 2, 2026, THROUGH AUGUST 31, 2026**

Name of Applicant: Baker & Hostetler LLP ("Baker")

Authorized to provide professional services to: Maria M. Yip, as Examiner (the "Examiner")

Name of Certifying Professional: Andrew V. Layden, Esq.

Petition date: March 1, 2026

Date of retention: May 7, 2026, effective as of April 2, 2026, *see* Doc. No. 420.

This is a: Final Application

Period for which compensation and reimbursement are sought: April 2, 2026 – August 31, 2026

| | |
|---|---|
| Compensation Sought as Actual, Reasonable and Necessary: | $83,973.50[1] |
| Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,297.93 |
| Blended Hourly Rate (Final Application):[2] | $654.50 |

[1] Baker voluntarily reduced the amount sought in this Final Application by $3,924.00 as a courtesy to the Examiner.

[2] Reflective of a voluntary 10% reduction in the hourly rates for Ms. Green and Ms. Merola.

| | |
|---|---|
| Amount of Original Retainer: | $0.00 |
| Current Balance of Retainer: | $0.00 |
| Payments Previously Received Pursuant to Fee Applications: | $0.00 |
| Payment Requested in Connection with Final Application: | $85,271.43 |

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.,* rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Middle District of Florida, Baker & Hostetler LLP ("Baker"), counsel for the Examiner, hereby files this *First and Final Fee Application of Baker & Hostetler LLP for Payment of Compensation and Reimbursement of Expenses for the Period of April 2, 2026 through August 31, 2026* (the "Application"), seeking the allowance and approval of compensation for professional services rendered to the Examiner, and for reimbursement of actual and necessary expenses incurred for the period commencing April 2, 2026, through and including August 31, 2026 (the "Final Fee Period"), and in support thereof respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are sections 330, 331, 503(b)(2), and 507(a)(2) of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-1.

## BACKGROUND

3. On March 1, 2026, the Debtors filed voluntary chapter 11 petitions. The Debtors continue to operate as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.[3]

[3] All references to the Bankruptcy Code refer to 11 U.S.C. §§ 101 *et seq.* All references to the Bankruptcy Rules refer to the Federal Rules of Bankruptcy Procedure. All references to the Local Rules refer to the Local Rules for the United States Bankruptcy Court for the Middle District of Florida.

4. This Court has jurisdiction over this chapter 11 case and this Application pursuant to 28 U.S.C. §§ 1334 and 157(b), and venue is proper in this District pursuant to 28 U.S.C. § 1408. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. The statutory and legal bases for the relief requested in this Application are Bankruptcy Code sections 330, 331, Bankruptcy Rule 2016, Local Rule 2016-1, and the Examiner Order (defined below).

6. A few weeks into the case, on March 26, 2026, the United States Trustee ("UST") filed the Unopposed Motion to Appoint a Chapter 11 Examiner (Doc. No. 121) (the "Examiner Motion"). On April 1, 2026, the Court granted the Examiner Motion (Doc. No. 167) (the "Examiner Order"). On April 2, 2026, the UST requested the Court approve Ms. Yip as the examiner (Doc. No. 176), and the Court approved Ms. Yip's appointment on April 8, 2026 (Doc. No. 195). The Examiner Order provides that the Examiner may retain professionals, subject to Bankruptcy Court approval, to assist in discharging the Examiner's duties. Examiner Order, ¶ 7.

7. The Examiner Order directs the Examiner to conduct an Investigation.[4] Specifically, the Examiner must investigate "any allegations of fraud dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the Debtors of or by former management of the debtor, and whether the estate may have a cause of action based upon any such conduct." Examiner Order, ¶ 3. Further, the Investigation must include, without limitation, the following topics:

a. Cash inflows and outflows by and among investors and/or lenders to the Debtors, including money raised by the Debtors but deposited or sent to non-Debtor entities and, to the extent ascertainable, whether such payments should be characterized as debt or equity;

b. Whether "rollover" investments should be valued, if so at what valuation, and how they should be characterized, to the extent ascertainable;

[4] Capitalized terms not defined in this paragraph shall have the meanings ascribed to them in the Examiner Order.

c. The utilization and transfers of the Debtors' assets and cash, including money raised by the Debtors but deposited or sent to non-Debtor entities, for the four-year period prior to the Petition Date and an accounting reconciliation for all such transactions, including the connections and transfers among the Debtors and non-debtor entities, including but not limited to directors, officers, insiders, and affiliates; and

d. Origination and receipt of investments in Inner Circle memberships, REIT, joint ventures, and hard money loans from investors and any repayment thereof.

8. The Court also directed the Examiner to "promptly meet and confer" with specified governmental agencies, the Debtors, and others to coordinate the Investigation. Examiner Order, ¶ 12. The Examiner retained Baker as legal counsel (Doc. No. 420) and Hal Levenberg with Yip Associates as Forensic Accountants (Doc. No. 422).

9. In accordance with the Examiner Order, after a detailed investigation and analysis, the Examiner filed two reports (Doc. Nos. 575, 941) (collectively, the "Examiner Reports"). From her appointment through the filing of the Examiner Reports, the Examiner conducted a broad, court-directed forensic investigation of the Debtors' and related non-debtor entities' financial affairs, investor transactions, asset transfers, recordkeeping, and potential estate assets. The Examiner and her professionals promptly organized the investigation and developed a work plan through meetings and coordination with Debtors' counsel, the Chief Restructuring Officer, the United States Trustee, the Securities and Exchange Commission, the Florida and Maryland Attorneys General, and counsel to the Official Committee of Unsecured Creditors. The Examiner and her professionals also contacted, scheduled, and conducted interviews with former employees, former board members, and investors to gain additional information for the investigation.

10. Throughout the investigation, the Examiner and her professionals obtained, organized, reconciled, and analyzed extensive information from the Debtors, financial institutions, governmental sources, and other third parties. The materials included bank statements and

transaction support, cancelled checks, deposit slips, wire advices, general ledgers, tax returns, SEC filings, bankruptcy pleadings and schedules, investor lists and agreements, internal worksheets, corporate records, property records, prior deposition transcripts, payroll data, and cryptocurrency-exchange records. The Examiner and her professionals performed a large-scale forensic reconstruction and tracing of financial activity as directed by the Examiner Order. The Examiner and her professionals ultimately obtained and analyzed records that included 127,181 transactions from 83 accounts.

11. The Examiner and her professionals synthesized the investigation into the detailed Examiner Reports. The Examiner Reports included the results of the tracing analysis, identified material issues for the estates, including potential intercompany receivables, substantial transfers involving insiders or related parties, unreliable books and records, insufficient documentation of related-party activity, commingling, and potentially undisclosed or recoverable assets. The Examiner Reports provided the Court, estate professionals, and other interested parties with the results of her targeted and thorough investigation.

## SUMMARY OF SERVICES

12. Baker seeks allowance of fees for services provided to the Examiner in conducting her investigation and preparing the Examiner Reports.

13. Attached hereto as **Exhibit A** is a table which sets forth the hourly rate, number of hours, and total fees for each professional or paraprofessional who has provided services to the Examiner.

## DESCRIPTION OF SERVICES RENDERED

14. Baker served as counsel to the Examiner in connection with a time-sensitive, complex investigation involving multiple Debtors, numerous non-debtor affiliates, large volumes

of financial information, thousands of investors, and parallel engagement with regulatory authorities. Baker's services were directed toward enabling the Examiner to discharge her statutory and Court-ordered investigative and reporting duties; acquiring the documents necessary for the Examiner Reports; engaging with several interested government agencies; identifying potential estate assets and recoveries; and reporting reliable findings to the Court and parties in interest.

15. ***Initial Work and Establishing Procedures for Investigation**:* At the outset of the engagement, Baker analyzed the Examiner Order, defined the Examiner's investigative authority and coordination obligations, assessed case deadlines and related pleadings, and worked with the Examiner and forensic accountants to develop the investigation's strategy and priorities. The firm then coordinated the Court-required work plan with the Debtors, the U.S. Trustee, the SEC, the Florida and Maryland Attorneys General, and Committee counsel. This early work promoted an orderly investigation, identified sources of information held by governmental agencies and the Debtors, and established a structured process for collecting and analyzing information before the initial report deadline.

16. ***Discovery and Related Analysis**:* Baker then prepared and served targeted Rule 2004 subpoenas to financial institutions, payroll providers, credit card companies, and a cryptocurrency platform. Besides issuing the subpoenas, Baker communicated directly with subpoena recipients, addressed numerous production deficiencies and extensions, and pursued follow-up correspondence and enforcement measures when third parties did not timely comply. These efforts were necessary to obtain the records unavailable from the Debtors and government agencies and to permit the Examiner and forensic accountants to trace funds, evaluate transactions involving non-debtor affiliates and insiders, investigate potential assets, and test the completeness and reliability of the Debtors' records.

17. Baker developed and administered the infrastructure necessary to handle substantial document productions efficiently. The firm evaluated document-hosting and review options, staged and processed productions, quality-checked documents, corrected processing errors, and coordinated the secure transfer and preservation of records. This work gave the Examiner and forensic accountants organized access to records from the Debtors, regulators, banks, payroll providers, and other third parties. This also facilitated a targeted review and preserved the documents for the Examiner Reports. Additionally, Baker assisted the Examiner in responding to a subpoena from the IRS. Baker analyzed the subpoena's scope and the confidentiality restrictions applicable to governmental materials and developed appropriate production parameters.

18. Baker also supported the Examiner's investigation of potential estate assets and transactions warranting additional scrutiny. That work included reviewing bank-record gaps and subpoena responses, investigating potentially undisclosed cryptocurrency assets, reviewing property and mortgage records, and evaluating financial records relevant to asset tracing and related-party transactions. These services assisted the Examiner in identifying information relevant to possible recoveries, including assets or transactions that might otherwise have remained obscured by incomplete records, fragmented entity structures, or inadequate documentation.

19. ***Interviews, Meetings, and Hearings*:** Baker coordinated investigative interviews, participated in certain interviews, prepared for and attended the meetings of creditors, and appeared at certain, limited hearings on behalf of the Examiner. The firm also maintained substantive communications with other estate professionals, and federal and state regulators regarding investigative leads, document access, production issues, and the Examiner's obligations. These services allowed the Examiner to obtain and evaluate information from relevant sources,

maintain informed coordination among principal stakeholders, and provide the Court with timely updates on the status of the investigation.

20. ***The Examiner Reports***: Baker provided substantial legal and factual support for the Examiner Reports. The firm reviewed and commented on the draft reports; analyzed investigative findings and unresolved issues; prepared and incorporated revisions to the Examiner Reports; and coordinated finalization and filing with the Examiner and her forensic-accounting team. Baker analyzed the factual findings and legal implications of the relationships among the Debtors and non-debtor affiliates, including potential substantive-consolidation issues. The firm researched the governing legal standards and assisted in refining the presentation of the Examiner's findings and recommendations. This created a comprehensive record for the Court and stakeholders regarding the Examiner's investigation, potential estate assets, and issues affecting claims administration and potential future action. It also ensured that the Examiner Reports accurately reflected the evidence obtained through the investigation and appropriately identified legal issues arising from the Examiner's findings.

## BASIS FOR RELIEF REQUESTED

21. Section 331 of the Bankruptcy Code provides for interim and final compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered … and reimbursement for actual necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—
>
> (a) The time spent on such services;
> (b) The rates charged for such services;
> (c) Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (d) Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (e) Whether the compensation is reasonable based on the customary compensation charged by comparable skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22. During the Final Fee Period, Baker has performed all necessary professional services that are described and narrated in detail above and are set forth in Baker's invoices.

23. Baker has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case. No promises have been received by Baker as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Baker is a disinterested party and does not represent or hold an interest adverse to the interests of the Debtors' estates on the matters for which it was retained.

24. The services for which Baker seeks compensation were, at the time rendered, necessary for, beneficial to, and in the best interests of the Debtor' estates. They were undertaken to enable the Examiner to perform the Court-directed investigation and provide the Court and parties in interest with the results of the investigation. The services therefore were necessary to the administration of these Chapter 11 cases and were reasonably likely to provide a material benefit to the estates and their creditors at the time they were performed. The services rendered were

consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.

25. During the Final Fee Period, Baker's hourly billing rates ranged from $360 to $985. The hourly rates and corresponding rate structure are billed in accordance with its existing billing rates and procedures in effect during the Final Fee Period. The rates Baker charges for services rendered by its professionals and paraprofessionals for this engagement are no greater than the rates that Baker charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested in this application is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code.

26. The total compensation and reimbursement of expenses requested by Baker for the Application Period is $85,271.43. This reflects a total of $83,973.50 for services rendered by Baker resulting from the expenditure of 128.3 hours during the Final Fee Period and $1,297.93 in expenses incurred during the Final Fee Period. Copies of Baker's detailed time records are attached to this Application as **Exhibit B**. **Exhibit C** contains a detailed list of expenses incurred during this Final Fee Period. Attached as **Exhibit D** is Baker's declaration in support of the Application.

27. Additionally, although not anticipated, Baker reserves the right to supplement this Application leading up to any confirmation hearing if additional fees are incurred through the date of confirmation and the effective date of the Plan.

## CONCLUSION

28. The foregoing professional services performed by Baker were necessary and appropriate with respect to its representation of the Examiner. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and skill required to address the problems, issues, and/or tasks involved.

WHEREFORE, Baker respectfully requests that this Court enter an Order, substantially in the form attached hereto as **Exhibit E**: (i) granting allowance and approval of compensation for professional services rendered to the examiner during the Final Fee Period in the amount of $83,973.50 and reimbursement of expenses billed during the Final Fee Period in the amount of $1,297.93 (or as may be supplemented with additional amounts leading up to confirmation, though nothing is currently anticipated); and (ii) granting such other and further relief as may be just and proper.

Dated: September 4, 2026

**BAKER & HOSTETLER LLP**

*/s/ Andrew V. Layden*

Andrew V. Layden, Esq.
FL Bar No.: 86070
Email: alayden@bakerlaw.com
Danielle L. Merola, Esq.
FL Bar No.: 120120
E-mail: dmerola@bakerlaw.com
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

*Counsel for the Examiner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, a true and correct copy of the foregoing was filed with the Court using the CM/ECF System, which provided electronic notice to those parties requesting such notice. Notice of the application will also be served on the required notice parties by Epiq, and a separate certificate of service will be filed for that service.

*/s/ Andrew V. Layden*
Andrew V. Layden

# Exhibit A

## Summary Schedule of Time by Professional

**COMPENSATION BY PROFESSIONAL**

The attorneys who rendered professional services from April 2, 2026 through August 31, 2026 (the "Final Fee Period") are:

| NAME OF PROFESSIONAL | POSITION | DEPT. | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Elizabeth A. Green | Partner | Bankruptcy | 1986 | $985.00 | 4.9 | $4,826.50 |
| Andrew V. Layden | Partner | Bankruptcy | 2011 | $720.00 | 42.9 | $30,088.00 |
| Danielle L. Merola | Counsel | Bankruptcy | 2015 | $630.00 | 71.4 | $44,982.00 |
| Benjamin R. Taylor | Associate | Bankruptcy | 2020 | $595.00 | 3.00 | $1,785.00 |
| Charles H. Boudet | Associate | Litigation | 2024 | $480.00 | 0.80 | $384.00 |
| **Total for Attorneys:** | | | | | **123** | **$82,065.50** |

The paraprofessionals and other staff who rendered professional services in the Chapter 11 Cases during the Final Fee Period are:

| NAME OF PARAPROFESSIONAL OR STAFF MEMBER | POSITION | DEPT. | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Mario Calabretta | Litigation Support | Litigation | $360.00 | 5.3 | $1,908.00 |
| **Total for Paraprofessionals and Other Staff:** | | | | **5.3** | **$1,908.00** |

# Exhibit B

## Time Records

BakerHostetler

| | | | |
|---|---|---|---|
| Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al. | | Invoice Date: | 06/10/26 |
| 2 South Biscayne Blvd. | | Invoice Number: | 51590656 |
| Suite 2690 | | B&H File Number: | 07862/138354/000001 |
| Miami, FL 33131 | | Taxpayer ID Number: | 34-0082025 |
| US - UNITED STATES | | | Page 1 |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through May 31, 2026

**BALANCE FOR THIS INVOICE DUE BY 07/10/26** **$ 51,403.50**
**All amounts are in United States Dollars**

Remittance Copy

**Please include this page with payment**

**Invoice No: 51590656**

**Firm Contact Information**

Erin Heffernan
(407) 649-4681
eheffernan@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189**<br><br>**Reference Invoice No:**<br>**51590656** | **FOR WIRE/ACH REMITTANCES:**<br>**Baker & Hostetler LLP**<br>[redacted] |

BakerHostetler

| | | |
|---|---|---|
| Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al. | Invoice Date: | 06/10/26 |
| 2 South Biscayne Blvd. | Invoice Number: | 51590656 |
| Suite 2690 | B&H File Number: | 07862/138354/000001 |
| Miami, FL 33131 | Taxpayer ID Number: | 34-0082025 |
| US - UNITED STATES | | Page 2 |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through May 31, 2026

| | | | | |
|---|---|---|---|---|
| **Fees** | **$** | **50,574.00** | | |
| **Expenses and Other Charges** | | | | |
| **Copier / Duplication (E101)** | | **315.60** | | |
| **Postage (E108)** | | **513.90** | | |
| **Total Expenses** | **$** | **829.50** | | |
| **BALANCE FOR THIS INVOICE DUE BY 07/10/26 IN USD** | | | **$** | **51,403.50** |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**
Matter Number: 138354.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Green, Elizabeth A. | 5.80 | $ 985.00 | $ 5,713.00 |
| Layden, Andrew V. | 26.00 | 720.00 | 18,720.00 |
| Boudet, Charles H. | 0.80 | 480.00 | 384.00 |
| Taylor, Benjamin R. | 0.80 | 595.00 | 476.00 |
| Wang, Caryn E. | 2.80 | 1,125.00 | 3,150.00 |
| Merola, Danielle L. | 32.10 | 630.00 | 20,223.00 |
| Calabretta, Mario | 5.30 | 360.00 | 1,908.00 |
| **Total** | **73.60** | | **$ 50,574.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/01/26 | Green, Elizabeth A. | Review court order appointing examiner; analysis of examiner scope, coordination obligations, and next steps with financial advisors. | 0.30 |
| 04/01/26 | Green, Elizabeth A. | Review issues regarding upcoming hearings, deadlines, and strategy regarding same. | 0.60 |
| 04/03/26 | Green, Elizabeth A. | Telephone conference with Andy Layden, Danielle Merola and Maria Yip and team. | 0.60 |
| 04/03/26 | Layden, Andrew V. | Correspondence with parties to coordinate information gathering calls with Examiner and counsel. | 0.50 |
| 04/03/26 | Layden, Andrew V. | Review issues regarding status of RAD REIT matter and analyze Order Appointing Receiver. | 1.90 |
| 04/03/26 | Layden, Andrew V. | Attend call with Ms. Yip and Mr. Levenberg regarding status and strategy moving forward. | 0.80 |
| 04/03/26 | Layden, Andrew V. | Call with Debtor's counsel regarding status and information availability. | 0.60 |
| 04/06/26 | Green, Elizabeth A. | Telephone conference with Andy Layden regarding strategy. | 0.40 |
| 04/06/26 | Green, Elizabeth A. | Telephone conference with Maria Yip and team regarding strategy. | 0.80 |
| 04/06/26 | Green, Elizabeth A. | Review receiver pleadings. | 0.30 |
| 04/06/26 | Layden, Andrew V. | Conduct preliminary review of KPMG Report. | 0.70 |
| 04/06/26 | Layden, Andrew V. | Call with Ms. Yip, Mr. Levenberg and others regarding status and strategy moving forward. | 0.80 |
| 04/06/26 | Merola, Danielle L. | Call with Ms. Yip, Mr. Levenberg, Mr. Layden, and Ms. Green regarding status and strategy moving forward (.8); review examiner appointment order for additional action items (.3); • Reviewe | 1.60 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | and analyze anticipated document productions in connection with examiner investigation, including assessment of volume, hosting options, and review logistics (.5). | |
| 04/07/26 | Green, Elizabeth A. | Teams conference with Debtors and Examiner professionals regarding scope, coordination, and next steps. | 0.60 |
| 04/07/26 | Green, Elizabeth A. | Prepare for teams conference, review examiner order and outline issues for call. | 0.60 |
| 04/07/26 | Green, Elizabeth A. | Telephone conference with Chris Emden regarding RAD matters. | 0.30 |
| 04/07/26 | Layden, Andrew V. | Prepare for call with Debtor’s counsel and Examiner regarding status. | 0.40 |
| 04/07/26 | Layden, Andrew V. | Attend call with Debtor’s counsel and Examiner. | 0.60 |
| 04/07/26 | Merola, Danielle L. | Attend call with Debtor's counsel and examiner. | 0.60 |
| 04/08/26 | Green, Elizabeth A. | Meeting with Chris Emden and Maria Yip regarding issues related to case and order. | 0.60 |
| 04/08/26 | Green, Elizabeth A. | Call with Danielle Merola regarding call with United States Trustee. | 0.30 |
| 04/08/26 | Layden, Andrew V. | Attend call with Examiner team and UST attorney Ms. Peair regarding status. | 0.90 |
| 04/08/26 | Merola, Danielle L. | Attend call with US Attorney and Examiner regarding status. | 0.60 |
| 04/08/26 | Merola, Danielle L. | Attend call with Examiner and UST attorney Ms. Peair regarding status. | 0.90 |
| 04/09/26 | Green, Elizabeth A. | Telephone conference with Lynn Sherman regarding discovery and other issues. | 0.40 |
| 04/09/26 | Merola, Danielle L. | Attend call with SEC and Examiner regarding status (1.3); follow up research regarding SEC documents (.9); start working on applications to employ BH and Yip & Associates (.7). | 2.90 |
| 04/13/26 | Layden, Andrew V. | Call with Ms. Sherman regarding status. | 0.40 |
| 04/13/26 | Layden, Andrew V. | Correspondence to Debtor’s counsel regarding request for additional retainer. | 0.20 |
| 04/13/26 | Layden, Andrew V. | Analysis of potential subpoenas necessary to obtain information needed to comply with Examiner’s Order. | 0.40 |
| 04/13/26 | Layden, Andrew V. | Prepare for meeting with Florida AG. | 0.30 |
| 04/13/26 | Layden, Andrew V. | Attend meeting with Florida AG and Examiner / BH team regarding background and status. | 1.20 |
| 04/13/26 | Merola, Danielle L. | Attend call with Florida AG and Examiner regarding background and status (1.2); follow up action items to prepare for Examiner report (.6). | 1.80 |
| 04/13/26 | Merola, Danielle L. | Continue review of document request issues and potential for bank subpoenas (.5); research after Florida AG call (.4). | 0.90 |
| 04/14/26 | Layden, Andrew V. | Review information provided by US Trustee and Debtor and potential effect on scope and work plan moving forward. | 0.80 |
| 04/14/26 | Layden, Andrew V. | Call with counsel to UCC regarding status. | 0.40 |
| 04/14/26 | Merola, Danielle L. | Prepare for and attend call with Committee counsel. | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/14/26 | Merola, Danielle L. | Continue investigation for Examiner report, including by reviewing materials provided by government agencies and debtor and coordinating action items for investigation (2.5); follow up correspondence with Debtor team regarding document requests (.3). | 2.80 |
| 04/15/26 | Layden, Andrew V. | Review and finalize Application to Employ BH and Yip & Associates. | 1.10 |
| 04/15/26 | Merola, Danielle L. | Draft retention applications for Baker and Yip & Associates, including circulating email to Andrew Layden with outstanding information needed to finalize applications. | 1.70 |
| 04/15/26 | Taylor, Benjamin R. | Make edits to Baker employment application and Yip employment application. Review docket for notice procedures. | 0.70 |
| 04/16/26 | Layden, Andrew V. | Attend 4/16 hearing via Zoom on behalf of examiner. | 0.80 |
| 04/16/26 | Merola, Danielle L. | Continue investigation for Examiner report, including by reviewing materials provided by government agencies and debtor and coordinating action items for investigation and review database. | 1.50 |
| 04/17/26 | Calabretta, Mario | Email exchanges and Teams calls with Ms. Merola and network team to discuss matter needs, network share ideas and Relativity workspace for managing documents and review. | 0.30 |
| 04/17/26 | Merola, Danielle L. | Continue investigation for Examiner report, including by reviewing materials provided by government agencies and debtor and coordinating action items for investigation and review database (1.3); follow up correspondence with SEC (.1); follow up correspondence with Hal Levenberg on bank statements (.1). | 1.30 |
| 04/17/26 | Taylor, Benjamin R. | Review docket to ensure proper list has been served with the Baker employment application. Facilitate service with the Baker support team. | 0.10 |
| 04/20/26 | Calabretta, Mario | Email exchanges with Ms. Merola and Baker IT to discuss network and share location options for large document review and network review. | 0.20 |
| 04/20/26 | Layden, Andrew V. | Call with Ms. Merola on action items list and strategy moving forward. | 0.30 |
| 04/20/26 | Merola, Danielle L. | Draft work plan for Andrew Layden. | 0.30 |
| 04/20/26 | Merola, Danielle L. | Discuss RAD action items with Andrew Layden. | 0.20 |
| 04/20/26 | Merola, Danielle L. | Coordinate with research services regarding subpoenas for non-debtor bank records. | 0.10 |
| 04/20/26 | Merola, Danielle L. | Coordinate review database logistics for document productions. | 0.20 |
| 04/21/26 | Calabretta, Mario | Email exchanges with Ms. Merola to discuss discovery and document review and network or file share location options for large document review. | 0.10 |
| 04/21/26 | Layden, Andrew V. | Review requirements for Examiner's Work plan and revise draft Court-required Work Plan. | 1.30 |
| 04/21/26 | Layden, Andrew V. | Review issues regarding UCC's proposed amendments to Examiner order. | 0.40 |

| Date | Name | **Description** | **Hours** |
|---|---|---|---|
| 04/22/26 | Merola, Danielle L. | Led and participated in RAD Diversified REIT bank-statement discussions, coordinating with examiner financial professionals regarding missing or incomplete banking records and next steps to obtain same. | 0.40 |
| 04/23/26 | Calabretta, Mario | Email exchanges with Ms. Merola to assist with document review, create Relativity workspace, create permissions group, add users, fields, choices and modify layouts. | 1.00 |
| 04/23/26 | Layden, Andrew V. | Prepare for call with Examiner regarding UCC's proposed amendments to Examiner Order. | 0.30 |
| 04/23/26 | Layden, Andrew V. | Call with Examiner regarding UCC's proposed amendments to Examiner Order. | 0.40 |
| 04/23/26 | Merola, Danielle L. | Oversee coordination of interviews. | 0.10 |
| 04/23/26 | Merola, Danielle L. | Follow up correspondence with debtor's team regarding document requests. | 0.20 |
| 04/24/26 | Merola, Danielle L. | Prepare, finalize, send, and file notice of rule 2004 subpoenas for non-debtor bank records to five banks. | 3.50 |
| 04/27/26 | Layden, Andrew V. | Call with UST regarding UCC's proposed changes to Examiner order. | 0.20 |
| 04/27/26 | Layden, Andrew V. | Revise draft Amended Examiner Order and circulate to UST for review. | 0.30 |
| 04/27/26 | Merola, Danielle L. | Discuss revised work plan with Hal Levenberg (.2); revise and circulate work plan to group for review and comment (.1). | 0.30 |
| 04/28/26 | Layden, Andrew V. | Call with UCC proposed counsel regarding status. | 0.30 |
| 04/28/26 | Layden, Andrew V. | Finalize proposed work plan. | 0.20 |
| 04/28/26 | Merola, Danielle L. | Finalize and circulate draft examiner work plan to parties under examiner order. | 0.10 |
| 04/28/26 | Merola, Danielle L. | Follow up correspondence with SEC counsel regarding documents. | 0.10 |
| 04/29/26 | Layden, Andrew V. | Prepare for and attend Section 341 meeting, during testimony review Debtors' Schedules. | 2.50 |
| 04/29/26 | Merola, Danielle L. | Draft and finalize notice of supplement to fee application (.1); revise letter for access to SEC files and email Hal Levenberg regarding same (.1). | 0.20 |
| 04/29/26 | Merola, Danielle L. | Review issues related to Maryland attorney general request (.1); attend 341 meeting of creditors (.7). | 0.80 |
| 04/30/26 | Calabretta, Mario | Email exchanges with Ms. Merola to stage and process documents, quality check, images, natives and text, update search index and prepare summary email for review. | 1.00 |
| 04/30/26 | Layden, Andrew V. | Review issues regarding correspondence from investor regarding potentially hidden Crypto assets. | 0.20 |
| 04/30/26 | Layden, Andrew V. | Review documents provided by Maryland AG in advance of 4/30 meeting. | 0.20 |
| 04/30/26 | Layden, Andrew V. | Attend meeting with Maryland AG. | 1.00 |
| 04/30/26 | Layden, Andrew V. | Recap call with Hal Levenberg regarding status. | 0.30 |

| Date | Name | **Description** | **Hours** |
|---|---|---|---|
| 04/30/26 | Merola, Danielle L. | Email SEC counsel regarding record access (.1); work on database set up for document review (.3). | 0.40 |
| 05/01/26 | Merola, Danielle L. | Finalize and file proposed work plan, including communications with required parties regarding same. | 0.10 |
| 05/01/26 | Merola, Danielle L. | Telephone call with Andrew Layden regarding case action items and investigation. | 0.20 |
| 05/04/26 | Layden, Andrew V. | Lead interview with Jeff Thomas and Examiner. | 1.10 |
| 05/04/26 | Layden, Andrew V. | Call with Ms. Yip and Mr. Levenberg regarding investigation status and next steps. | 0.30 |
| 05/05/26 | Calabretta, Mario | Email exchanges with Ms. Merola to stage and process Debtor documents, quality check and reprocess errors, update search index and prepare summary email for review; add user account, create permissions group for external access. | 1.20 |
| 05/05/26 | Merola, Danielle L. | Call with Wells Fargo regarding subpoena (.1); call with Interstate Bank regarding subpoena (.1). | 0.20 |
| 05/05/26 | Merola, Danielle L. | Continue review of received documents and outstanding documents still needed to assist Examiner in preparing report (.3); finalize proposed orders on retention applications (.1). | 0.40 |
| 05/06/26 | Merola, Danielle L. | Call with Hal Levenberg regarding document production requests and outstanding issues (.2); follow up regarding outstanding subpoenas, including analyzing remaining documents needed (.2). | 0.40 |
| 05/11/26 | Boudet, Charles H. | Research consideration paid for golf course. | 0.50 |
| 05/11/26 | Calabretta, Mario | Emaill exchanges with Ms. Merola to stage and process additional Debtors documents, review, quality check and reprocess errors, update search index, organize folders and prepare summary email for review; review email and download and stage additional tax documents from external sources and provide confirmation and status for sources. | 1.50 |
| 05/11/26 | Merola, Danielle L. | Continued research and review of documents received by various stakeholders for organization and follow up requests (.5); meeting with Hal Levenberg regarding outstanding discovery needs and case action items (.5). | 1.00 |
| 05/13/26 | Merola, Danielle L. | Prepare subpoenas and attachments to AMEX, Paychex, and Paycor (1); follow up research and correspondence with Banks regarding subpoenas to Banks for non-debtor affiliates' bank records, including Wells Fargo (.2), Chase (.3), and First Interstate Bank (.1). | 1.60 |
| 05/14/26 | Merola, Danielle L. | Emails with Hal Levenberg regarding debtor bank records (.1); follow up correspondence with banks regarding non-debtor bank records (.1); start preparing subpoenas for debtor bank records (.1). | 0.30 |
| 05/18/26 | Layden, Andrew V. | Call with Mr. Levenberg regarding status. | 0.30 |
| 05/18/26 | Layden, Andrew V. | Review status of matter and recent filings in case set for hearing on 5/19/26. | 0.50 |
| 05/19/26 | Layden, Andrew V. | Review correspondence from interested party with information | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | regarding investigation, and correspondence to examiner team regarding same. | |
| 05/19/26 | Layden, Andrew V. | Coordinate issuance of additional subpoenas to banks for records of debtor entities. | 0.30 |
| 05/19/26 | Layden, Andrew V. | Attend 5/19 hearing via Zoom on behalf of Examiner. | 0.80 |
| 05/19/26 | Wang, Caryn E. | Review, revise, and finalize bank subpoena attachments. | 2.80 |
| 05/20/26 | Layden, Andrew V. | Attend portion of Continued Section 341 Meeting of Creditors. | 0.90 |
| 05/20/26 | Layden, Andrew V. | Review and finalize five bank subpoenas and approve service and filing and same. | 0.40 |
| 05/21/26 | Merola, Danielle L. | Prepare for and attend call with Hal Levenberg regarding outstanding discovery needed for examiner report. | 0.50 |
| 05/22/26 | Boudet, Charles H. | Review property record to determine if there is a mortgage on the property. | 0.30 |
| 05/22/26 | Merola, Danielle L. | Review mortgage on golf course and circulate to Hal Levenberg. | 0.10 |
| 05/28/26 | Merola, Danielle L. | Draft, finalize, and serve subpoenas on Paychex, Paycor, Gusto, Paylocity, and AMEX. | 2.00 |
| 05/29/26 | Layden, Andrew V. | Review issues regarding information acquired for report and open information requests / subpoena and effect on substance of initial 60 day report. | 0.40 |
| 05/29/26 | Merola, Danielle L. | Prepare, finalize, and file notice of issuance of subpoenas including redactions needed (.5); discuss outstanding tasks and case action items with Andrew Layden (.2); follow up research regarding outstanding discovery (.6). | 1.30 |
| | **Total** | | **73.60** |

## Expenses and Other Charges

| | | |
|---|---|---|
| 04/17/26 | Copier / Duplication (E101) | 173.10 |
| 04/24/26 | Copier / Duplication (E101) | 51.60 |
| 05/20/26 | Copier / Duplication (E101) | 16.50 |
| 05/20/26 | Copier / Duplication (E101) | 33.60 |
| 05/28/26 | Copier / Duplication (E101) | 10.10 |
| 05/29/26 | Copier / Duplication (E101) | 30.70 |
| | **Subtotal - Copier / Duplication (E101)** | **315.60** |

| | | |
|---|---|---|
| 04/17/26 | Postage (E108) | 131.76 |
| 04/24/26 | Postage (E108) First class and certified mail | 150.87 |
| 05/13/26 | Postage (E108) | 39.96 |
| 05/15/26 | Postage (E108) Certified | 20.58 |

| | | |
|---|---|---|
| 05/20/26 | Postage (E108) Certified | 36.78 |
| 05/20/26 | Postage (E108) Certified | 102.90 |
| 05/28/26 | Postage (E108) | 19.53 |
| 05/29/26 | Postage (E108) | 11.52 |
| | **Subtotal - Postage (E108)** | **513.90** |
| | **Total** | **$ 829.50** |

BakerHostetler

| | | |
|---|---|---|
| Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al. | Invoice Date: | 07/07/26 |
| 2 South Biscayne Blvd. | Invoice Number: | 51601717 |
| Suite 2690 | B&H File Number: | 07862/138354/000001 |
| Miami, FL 33131 | Taxpayer ID Number: | 34-0082025 |
| US - UNITED STATES | | Page 1 |

---

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through June 30, 2026

| | | |
|---|---|---|
| **BALANCE FOR THIS INVOICE DUE BY 08/06/26** | **$** | **18,797.99** |
| **All amounts are in United States Dollars** | | |

# Remittance Copy

**Please include this page with payment**

**Invoice No: 51601717**

**<u>Firm Contact Information</u>**

Erin Heffernan
(407) 649-4681
eheffernan@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189** | **FOR WIRE/ACH REMITTANCES:**<br>**Baker & Hostetler LLP**<br>[redacted] |
| **Reference Invoice No:**<br>**51601717** | [redacted] |

BakerHostetler

Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al.
2 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
US - UNITED STATES

| | |
|---|---|
| Invoice Date: | 07/07/26 |
| Invoice Number: | 51601717 |
| B&H File Number: | 07862/138354/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through June 30, 2026

| | | | |
|---|---|---|---|
| **Fees** | **$ 18,705.50** | | |
| **Expenses and Other Charges** | | | |
| **Copier / Duplication (E101)** | **22.60** | | |
| **Postage (E108)** | **69.89** | | |
| **Total Expenses** | **$ 92.49** | | |
| **BALANCE FOR THIS INVOICE DUE BY 08/06/26 IN USD** | | **$** | **18,797.99** |
| **PREVIOUS BALANCE** | **51,403.50** | | |
| **TOTAL BALANCE DUE** | **70,201.49** | | |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**
Matter Number: 138354.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Layden, Andrew V. | 11.80 | $ 720.00 | $ 8,496.00 |
| Taylor, Benjamin R. | 1.70 | 595.00 | 1,011.50 |
| Merola, Danielle L. | 14.60 | 630.00 | 9,198.00 |
| **Total** | **28.10** | | **$ 18,705.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/01/26 | Merola, Danielle L. | Prepare for status hearing (.2); review status of discovery and subpoenas issued (.2); review and transmit JPMC documents (.2); attend call with Maria Yip and Hal Levenberg regarding examiner report (1); follow up correspondence with Andrew Layden regarding examiner report (.1). | 1.70 |
| 06/02/26 | Merola, Danielle L. | Conduct additional review regarding outstanding subpoenas and status of Examiner report (.4); attend hearing in RAD bankrutpcy case to provide the Court with update on Examiner report (.6). | 1.00 |
| 06/03/26 | Merola, Danielle L. | Call with Hal Levenberg regarding discovery and examiner report. | 0.40 |
| 06/03/26 | Merola, Danielle L. | Coordinated ongoing subpoena and examiner diligence, including review of bank document productions and direction to team regarding tracking of JPM, Wells Fargo, and First Interstate materials. | 1.50 |
| 06/04/26 | Merola, Danielle L. | Prepare for and participate in call with Hal Levenberg regarding examiner report. | 0.60 |
| 06/05/26 | Layden, Andrew V. | Review and revise May 2026 BH invoice. | 0.20 |
| 06/07/26 | Layden, Andrew V. | Review issues regarding and comment on Examiner's proposed final approximately 90 page Report in advance of issuance deadline and analysis of hard-money subscription agreement documents relating to questions raised by Examiner related to Report's treatment of the same. | 3.50 |
| 06/08/26 | Layden, Andrew V. | Attend Zoom meeting with Ms. Yip and team regarding finalizing report and final round of changes. | 1.30 |
| 06/08/26 | Layden, Andrew V. | Continue analysis of draft report and redline proposed changes and comments into report and correspondence with Mr. Levenberg and Ms. Yip regarding same. | 3.60 |
| 06/08/26 | Merola, Danielle L. | Discuss finalizing Examiner report with Andrew Layden (.2); review draft of Examiner report (.3); meeting with Hal Levenberg and Andrew Layden regarding Examiner report (.5); prepare, finalize, and file subpoena to Gemini Crypto Exchange (.5). | 1.50 |
| 06/10/26 | Merola, Danielle L. | Review correspondence and analyze document production | 2.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | summaries of discovery materials to assess completeness and relevance for requests and follow up strategy. | |
| 06/11/26 | Merola, Danielle L. | Review correspondence from subpoenaed companies to evaluate additional production details. | 0.50 |
| 06/15/26 | Merola, Danielle L. | Review subpoena response materials received from Fifth Third Bank, including analyzing availability of responsive records and coordinate access for use in ongoing discovery and investigation (.2); Draft and send instructions to team regarding Wells Fargo subpoena materials (.2); direct preservation and transfer of records to ensure completeness and compliance with document collection obligations (.7). | 1.10 |
| 06/16/26 | Layden, Andrew V. | Prepare for call with UCC counsel. | 0.20 |
| 06/16/26 | Layden, Andrew V. | Call with Examiner and UCC counsel regarding status and Examiner impressions. | 1.20 |
| 06/16/26 | Merola, Danielle L. | Review and respond to subpoena-related communications and requested extensions to coordinate next steps to ensure timely document production and compliance with subpoena obligations. | 0.70 |
| 06/17/26 | Merola, Danielle L. | Review subpoena-related correspondence in RAD Diversified REIT matter to analyze Paychex response and extension request and evaluate implications for discovery timeline and production obligations (.3); analyze outstanding issues on subpoenas responses and prepare for follow-up communication to resolve information gaps (.3). | 0.60 |
| 06/18/26 | Merola, Danielle L. | Review confirmation of document collection from subpoena responses and assess completeness of subpoena production and determine need for further follow-up. | 0.50 |
| 06/22/26 | Merola, Danielle L. | Review subpoena response and analyze request for additional debtor identifiers and evaluate available information necessary to obtain responsive records from third-party cryptocurrency platform. | 0.50 |
| 06/22/26 | Merola, Danielle L. | Review and analyze document production notice in RE: RAD/Relativity; evaluate scope of newly produced discovery materials and coordinate review of significant production volumes to advance investigation and discovery objectives. | 0.50 |
| 06/23/26 | Layden, Andrew V. | Prepare for 6/23 hearing and correspondence with Mr. Levenberg regarding his potential involvement at hearing. | 0.50 |
| 06/23/26 | Layden, Andrew V. | Attend 6/23 hearing via Zoom. | 0.90 |
| 06/23/26 | Merola, Danielle L. | Review and respond to communications regarding hearing (.2); analyze status of third-party subpoena responses and coordinate follow-up strategy for institutions that have not yet complied with discovery requests (3). | 0.50 |
| 06/24/26 | Layden, Andrew V. | Review and analyze subpoena tracking materials and correspondence in relating to outstanding subpoenas, including status of deadlines and enforcement strategy. | 0.40 |
| 06/24/26 | Merola, Danielle L. | Review updated subpoena tracking spreadsheet and coordinate revisions with Martin, Chad; confirm status of productions, outstanding deadlines, extension requests, and third-party | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | responses to support reporting obligations to the examiner and U.S. Trustee. | |
| 06/25/26 | Merola, Danielle L. | Confer with restructuring professionals regarding RAD subpoena status and discovery strategy; assess compliance issues, identify remaining gaps in production, and coordinate follow-up efforts to support examination objectives. | 0.50 |
| 06/26/26 | Taylor, Benjamin R. | Draft letter to American Express regarding their non-response to a Rule 2004 subpoena. | 0.50 |
| 06/26/26 | Taylor, Benjamin R. | Draft letter to Paylocity regarding their non-response to a Rule 2004 subpoena. | 0.50 |
| 06/30/26 | Taylor, Benjamin R. | Finalize letters to American Express and Paylocity regarding Subpeonas. Communicate with office services to mail letters. | 0.60 |
| 06/30/26 | Taylor, Benjamin R. | Email Gemini regarding additional identifying information about the Debtors and affiliates. | 0.10 |
| | | **Total** | **28.10** |

## Expenses and Other Charges

| | | |
|---|---|---|
| 06/08/26 | Copier / Duplication (E101) | 2.70 |
| 06/08/26 | Copier / Duplication (E101) | 7.30 |
| 06/30/26 | Copier / Duplication (E101) | 12.60 |
| | **Subtotal - Copier / Duplication (E101)** | **22.60** |
| 06/08/26 | Postage (E108) Certified | 20.58 |
| 06/08/26 | Postage (E108) Certified | 30.87 |
| 06/30/26 | Postage (E108) | 18.44 |
| | **Subtotal - Postage (E108)** | **69.89** |
| | **Total** | **$ 92.49** |

**ACCOUNT SUMMARY**

| Invoice Date | Invoice Number | | Original Amount | Last Payment Date | | Total Payments Applied | Last Adjustment Date | | Total Adjustment Applied | | A/R Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/26 | 51590656 | $ | 51,403.50 | | $ | 0.00 | | $ | | $ | 51,403.50 |
| | Total | **$** | **51,403.50** | | **$** | **0.00** | | **$** | | **$** | **51,403.50** |

| | | |
|---|---|---|
| **Account Receivable Balance** | **$** | **51,403.50** |
| **This Invoice** | **$** | **18,797.99** |
| **Total Due including current invoice** | **$** | **70,201.49** |

BakerHostetler

| | | | |
|---|---|---|---|
| Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al. | | Invoice Date: | 08/20/26 |
| 2 South Biscayne Blvd. | | Invoice Number: | 51622783 |
| Suite 2690 | | B&H File Number: | 07862/138354/000001 |
| Miami, FL 33131 | | Taxpayer ID Number: | 34-0082025 |
| US - UNITED STATES | | | Page 1 |

---

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through August 14, 2026

**BALANCE FOR THIS INVOICE DUE BY 09/19/26** **$ 17,593.44**
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No: 51622783**

**<u>Firm Contact Information</u>**

Erin Heffernan
(407) 649-4681
eheffernan@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189** | **FOR WIRE/ACH REMITTANCES:**<br>[redacted] |
| **Reference Invoice No:**<br>**51622783** | [redacted] |

BakerHostetler

Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al.
2 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
US - UNITED STATES

| | |
|---|---|
| Invoice Date: | 08/20/26 |
| Invoice Number: | 51622783 |
| B&H File Number: | 07862/138354/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through August 14, 2026

| | | | | |
|---|---|---|---|---|
| **Fees** | **$** | **17,217.50** | | |
| **Expenses and Other Charges** | | | | |
| **Delivery Services (E107)** | | **10.94** | | |
| **Miscellaneous (E124)** | | **365.00** | | |
| **Total Expenses** | **$** | **375.94** | | |
| **BALANCE FOR THIS INVOICE DUE BY 09/19/26 IN USD** | | | **$** | **17,593.44** |
| **PREVIOUS BALANCE** | | **70,201.49** | | |
| **TOTAL BALANCE DUE** | | **87,794.93** | | |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**
Matter Number: 138354.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Layden, Andrew V. | 5.30 | $ 720.00 | $ 3,816.00 |
| Taylor, Benjamin R. | 0.50 | 595.00 | 297.50 |
| Merola, Danielle L. | 20.80 | 630.00 | 13,104.00 |
| **Total** | **26.60** | | **$ 17,217.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/01/26 | Merola, Danielle L. | Review status of third-party subpoena responses in the RAD examiner investigation; analyze outstanding productions from American Express, Bank of America, Paylocity, Gemini, Gusto, and Paychex, and coordinate next enforcement steps to advance completion of the Examiner's investigation and final report. | 0.50 |
| 07/02/26 | Merola, Danielle L. | Review correspondence regarding Gemini subpoena compliance; evaluate categories of responsive financial records and coordinate internal handling of newly produced discovery materials to support ongoing investigative efforts. | 0.20 |
| 07/07/26 | Merola, Danielle L. | Review and respond to communications concerning subpoena compliance and third-party discovery efforts in RAD Diversified matters; direct preparation of follow-up demand letters and enforcement strategy to obtain responsive records from non-compliant subpoena recipients. | 0.60 |
| 07/07/26 | Merola, Danielle L. | Review secure Paychex communications and subpoena production updates relating to Seminar Solution LLC; coordinate receipt, preservation, and transfer of payroll and employment records for investigator review and analysis. | 0.40 |
| 07/08/26 | Merola, Danielle L. | Review and analyze American Express subpoena response correspondence (.1); communicate with examiner professionals regarding investigative deadlines, coordinate response strategy, and direct preparation of correspondence seeking expedited production to support examiner investigation (.3). | 0.40 |
| 07/08/26 | Taylor, Benjamin R. | Draft response letter/email to American Express regarding Rule 2004 Subpoena. | 0.50 |
| 07/09/26 | Merola, Danielle L. | Review and respond to communications with forensic accountants regarding American Express subpoena responses and follow up with American Express regarding same. | 0.50 |
| 07/13/26 | Merola, Danielle L. | Review and analyze correspondence regarding American Express documentation and follow up necessary. | 0.50 |
| 07/14/26 | Layden, Andrew V. | Review and respond to communications regarding RAD Diversified examiner matter and second examiner report and analyze status of | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | anticipated supplemental report. | |
| 07/14/26 | Merola, Danielle L. | Review and respond to communications regarding the RAD Diversified examination and anticipated second examiner report. | 0.20 |
| 07/15/26 | Layden, Andrew V. | Call with Mr. Levenberg regarding status. | 0.20 |
| 07/15/26 | Layden, Andrew V. | Call with Debtor's counsel and CRO and Examiner team regarding status and questions relating to entity separateness. | 0.70 |
| 07/20/26 | Layden, Andrew V. | Review Examiner's analysis of RADD Foothills transactions. | 0.20 |
| 07/20/26 | Merola, Danielle L. | Review correspondence regarding RAD Trust payroll and Paylocity issues (.1); analyze outstanding document requests and coordinate information gathering (.1). | 0.20 |
| 07/24/26 | Layden, Andrew V. | Correspondence with UCC counsel and Examiner team regarding status call. | 0.10 |
| 07/24/26 | Layden, Andrew V. | Review and respond to correspondence from Debtors' counsel regarding subpoena to examiner for documents. | 0.30 |
| 07/24/26 | Layden, Andrew V. | Attend call with Debtor and Examiner team regarding status. | 0.60 |
| 07/24/26 | Layden, Andrew V. | Correspondence with Examiner team regarding 7/24 call. | 0.20 |
| 07/29/26 | Merola, Danielle L. | Attend conference call with John Elrod, Ari Newman, Maria Yip, and Hal Levenberg regarding RAD cases. | 0.50 |
| 07/29/26 | Merola, Danielle L. | Confer with examiner professionals regarding the American Express subpoena. | 0.20 |
| 07/31/26 | Merola, Danielle L. | Follow up phone calls and correspondence with Paychex regarding subpoena response and documents still needed. | 0.50 |
| 08/03/26 | Layden, Andrew V. | Review issues regarding draft Supplemental Examiner's Report and correspondence with Ms. Merola regarding same. | 0.70 |
| 08/03/26 | Merola, Danielle L. | Review and analyze draft examiner report, including evaluating factual findings, conclusions regarding affiliate relationships and potential substantive consolidation issues, and identifying areas requiring legal refinement prior to discussion with examiner team. | 2.70 |
| 08/03/26 | Merola, Danielle L. | Conduct legal research regarding substantive-consolidation standards and relevant authority to evaluate recommendations appearing in examiner draft report and prepare for follow-up discussions. | 0.90 |
| 08/03/26 | Merola, Danielle L. | Review communications concerning Paychex payroll-record production and examiner investigative efforts; assess newly received payroll records and potential impact on examiner findings and supplemental reporting. | 0.50 |
| 08/03/26 | Merola, Danielle L. | Review correspondence regarding outstanding American Express subpoena compliance and examiner-record collection; analyze status of AMEX document production and coordinate follow-up efforts to obtain records needed for completion of supplemental examiner reporting. | 0.20 |
| 08/04/26 | Layden, Andrew V. | Continued analysis of report and outline suggested changes. | 0.60 |
| 08/04/26 | Layden, Andrew V. | Call with Ms. Yip and Mr. Levenberg regarding supplemental report and finalizing same. | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/04/26 | Merola, Danielle L. | Review bank subpoena response issues, coordinate with firm personnel regarding Wells Fargo and TD Bank reference numbers, and develop strategy to obtain additional banking records relevant to examiner investigation. | 0.20 |
| 08/04/26 | Merola, Danielle L. | Finalize and send comments on examiner report to Maria Yip and Hal Levenberg. | 0.70 |
| 08/04/26 | Merola, Danielle L. | Review and analyze revisions and comments to draft RAD examiner report, evaluate factual findings regarding payroll records, investor transfers, affiliate transactions, and commingling issues, and formulate proposed responses to comments. | 0.40 |
| 08/04/26 | Merola, Danielle L. | Call with Adam Wieborg from IRS-CI regarding subpoena to Examiner. | 0.20 |
| 08/04/26 | Merola, Danielle L. | Review subpoena materials received from IRS-CI, analyze subpoena scope and requested records, and assess next steps to support the RAD examiner investigation. | 0.30 |
| 08/04/26 | Merola, Danielle L. | Attend call with examiner professionals regarding RAD examiner report, discuss investigative findings, document revisions, subpoena strategy, and next steps to advance preparation of examiner report. | 0.40 |
| 08/05/26 | Layden, Andrew V. | Call with Ms. Yip, Mr. Levenberg, and Ms Merola regarding finalizing Supplemental Report. | 0.90 |
| 08/05/26 | Merola, Danielle L. | Participate in conference call regarding Examiner report. | 0.90 |
| 08/05/26 | Merola, Danielle L. | Finalize and file Examiner report. | 0.50 |
| 08/06/26 | Merola, Danielle L. | Draft correspondence to SEC regarding IRS Criminal Investigation subpoena served on examiner; analyze confidentiality obligations, provide notice of subpoena, and request authorization to produce SEC-derived materials in response to governmental request. | 0.30 |
| 08/06/26 | Merola, Danielle L. | Review SEC document production relating to RAD examiner investigation; analyze newly produced TD Bank records, assess relevance to examiner investigation, and coordinate follow-up regarding missing ACH transactional data | 0.30 |
| 08/10/26 | Merola, Danielle L. | Review correspondence regarding subpoena compliance efforts with financial institutions in the RAD matter; analyze status of outstanding productions and coordinate follow-up efforts to obtain responsive banking records. | 0.50 |
| 08/10/26 | Merola, Danielle L. | Review correspondence concerning subpoena responses and document production issues in the RAD examiner matter; analyze requests from state regulators and evaluate scope of records appropriate for production to governmental agencies. | 0.20 |
| 08/10/26 | Merola, Danielle L. | Review communications regarding Hal Levenberg's requests for additional bank and ACH records in the RAD examiner investigation (.1); analyze scope of outstanding subpoena and document collection issues and develop strategy for obtaining missing financial records needed for the examiner's investigation (.2). | 0.30 |
| 08/11/26 | Merola, Danielle L. | Review and respond to subpoena-related communications | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | concerning TD Bank document production in RAD investigation; evaluate deficiencies in production and coordinate efforts to obtain additional ACH records responsive to issued subpoenas. | |
| 08/12/26 | Merola, Danielle L. | Prepare for and participate in conference with Examiner team and IRS representatives concerning RAD investigation matters; discuss document productions, confidentiality considerations, responses received from state regulators, and strategy regarding information sharing with governmental agencies. | 0.40 |
| 08/12/26 | Merola, Danielle L. | Start preparing fee application. | 3.50 |
| 08/12/26 | Merola, Danielle L. | Estimate for review of Examiner and related fee applications. | 1.00 |
| 08/12/26 | Merola, Danielle L. | Review subpoena-response developments in RAD matter; assess availability of financial records produced by financial institutions and evaluate next steps for examiner investigation. | 0.10 |
| 08/13/26 | Merola, Danielle L. | Prepare for and participate in conference with Maria M. Yip and Hal A. Levenberg regarding RAD investigation and IRS matters; discuss document-production strategy, regulatory responses, and coordination of information provided to governmental agencies to advance examiner investigation. | 0.40 |
| 08/13/26 | Merola, Danielle L. | Review and revise draft fee application materials for examiner representation; analyze compensation disclosures, retention history, examiner reports, and supporting documents to prepare application seeking approval of professional fees and expenses. | 0.30 |
| 08/14/26 | Merola, Danielle L. | Analyze RAD examiner subpoena-response issues; review communications with the Florida Attorney General's Office regarding IRS subpoena compliance, evaluate restrictions applicable to governmental materials, and coordinate document-production parameters to avoid disclosure of protected information. | 0.40 |
| 08/14/26 | Merola, Danielle L. | Review status updates regarding third-party document productions and subpoena responses; monitor progress of financial-institution compliance efforts and assess impact on completion of investigative workstreams. | 0.20 |
| | | **Total** | **26.60** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 07/14/26 | UPS American Express 43 BUTTERFIELD CIR ATTN: Subpo ena Response Unit EL PASO TX 1ZF255R80190702054 American Express Subpoena Info | 10.94 |
| | **Subtotal - Delivery Services (E107)** | **10.94** |

| Date | Description | Amount |
|---|---|---|
| 08/12/26 | Miscellaneous (E124) ANDREW LAYDEN;Subpoena Processing Fees from American Express Documents; Inv. 07862-08122026.1 | 365.00 |
| | **Subtotal - Miscellaneous (E124)** | **365.00** |
| | **Total** | **$ 375.94** |

## Accounts Receivable Summary

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 06/10/26 | 51590656 | $ 51,403.50 | | $ – | | $ – | $ 51,403.50 |
| 07/07/26 | 51601717 | 18,797.99 | | – | | – | 18,797.99 |
| 08/20/26 | 51622783 | 17,593.44 | | – | | – | 17,593.44 |
| | **Total** | $ 87,794.93 | | $ – | | $ – | $ 87,794.93 |

| | |
|---|---|
| **Account Receivable Balance** | $ 70,201.49 |
| **This Invoice** | $ 17,593.44 |
| **Total Due including current invoice** | $ 87,794.93 |

BakerHostetler

| | | | |
|---|---|---|---|
| Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al. | | Invoice Date: | 09/02/26 |
| 2 South Biscayne Blvd. | | Invoice Number: | 51628588 |
| Suite 2690 | | B&H File Number: | 07862/138354/000001 |
| Miami, FL 33131 | | Taxpayer ID Number: | 34-0082025 |
| US - UNITED STATES | | | Page 1 |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through August 31, 2026

| | | |
|---|---|---|
| **BALANCE FOR THIS INVOICE DUE BY 10/02/26** | **$** | **3,087.00** |
| **All amounts are in United States Dollars** | | |

Remittance Copy

**Please include this page with payment**

**Invoice No: 51628588**

**<u>Firm Contact Information</u>**

Erin Heffernan
(407) 649-4681
eheffernan@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189**<br><br>**Reference Invoice No:**<br>**51628588** | **FOR WIRE/ACH REMITTANCES:**<br>**Baker & Hostetler LLP**<br>[redacted] |

BakerHostetler

| | | | |
|---|---|---|---|
| Maria M. Yip, Examiner in RAD Diversified REIT, Inc., et al. | | Invoice Date: | 09/02/26 |
| 2 South Biscayne Blvd. | | Invoice Number: | 51628588 |
| Suite 2690 | | B&H File Number: | 07862/138354/000001 |
| Miami, FL 33131 | | Taxpayer ID Number: | 34-0082025 |
| US - UNITED STATES | | | Page 2 |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**

For professional services rendered through August 31, 2026

| | | | | |
|---|---|---|---|---|
| **Fees** | **$** | **3,087.00** | | |
| **BALANCE FOR THIS INVOICE DUE BY 10/02/26 IN USD** | | | **$** | **3,087.00** |
| **PREVIOUS BALANCE** | | **87,794.93** | | |
| **TOTAL BALANCE DUE** | | **90,881.93** | | |

**Regarding:** **Maria M. Yip in her Capacity as Examiner of RAD Diversified REIT, Inc., et al.**
Matter Number: 138354.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Merola, Danielle L. | 4.90 | $ 630.00 | $ 3,087.00 |
| **Total** | **4.90** | | **$ 3,087.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/17/26 | Merola, Danielle L. | Review communications regarding Wells Fargo subpoena response and document production; coordinate retrieval and internal distribution of subpoena materials for examination in RAD investigation. | 0.20 |
| 08/17/26 | Merola, Danielle L. | Review emails and correspondence regarding government agency responses to IRS subpoena issued in RAD examiner investigation; analyze status of SEC, state agency, and regulator responses to prepare for August 18 production deadline and ensure preservation of asserted privileges. | 0.30 |
| 08/18/26 | Merola, Danielle L. | Draft and send correspondence regarding IRS subpoena served in RAD examiner matter (.8); analyze privilege and work-product concerns raised by state agencies and communicate proposed production approach to facilitate subpoena compliance while protecting third-party interests (.3). | 1.10 |
| 08/25/26 | Merola, Danielle L. | Review correspondence regarding document production and investigative materials in RAD matters; analyze organization of documents collected from governmental entities and Rule 2004 discovery, and coordinate production strategy to facilitate response to debtor and government requests. | 0.90 |
| 08/26/26 | Merola, Danielle L. | Review and coordinate ongoing RAD examiner document production issues; correspond with financial advisors regarding segregation of documents obtained through governmental sources and Rule 2004 discovery, analyze production logistics, and develop strategy for responding to third-party requests for investigative materials. | 0.30 |
| 08/26/26 | Merola, Danielle L. | Review case updates in RAD matter. | 0.20 |
| 08/27/26 | Merola, Danielle L. | Prepare and participate in Brief Meeting with RAD Team re: Fee Applications to analyze timing and strategy for examiner fee applications, confer with financial advisors regarding filing requirements and supporting documentation, and coordinate next steps for submission of professional compensation requests. | 0.80 |
| 08/28/26 | Merola, Danielle L. | Review and coordinate production of RAD examiner investigation materials; correspond with financial advisors and Pack Law regarding delivery of documents obtained through Rule 2004 discovery and governmental sources, confirm transmission | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | logistics, and facilitate access to materials necessary for ongoing litigation and claim evaluation efforts. | |
| 08/31/26 | Merola, Danielle L. | Draft and transmit correspondence to government agencies regarding access to investigative materials; analyze document-sharing issues, review prior confidentiality arrangements and production requirements, and coordinate follow-up discussions concerning access to governmental records in the RAD investigation. | 0.80 |
| | | **Total** | **4.90** |

## Accounts Receivable Summary

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 06/10/26 | 51590656 | $ 51,403.50 | | $ – | | $ – | $ 51,403.50 |
| 07/07/26 | 51601717 | 18,797.99 | | – | | – | 18,797.99 |
| 08/20/26 | 51622783 | 17,593.44 | | – | | – | 17,593.44 |
| 09/02/26 | 51628588 | 3,087.00 | | – | | – | 3,087.00 |
| | **Total** | $ 90,881.93 | | $ – | | $ – | $ 90,881.93 |

| | |
|---|---|
| **Account Receivable Balance** | $ 87,794.93 |
| **This Invoice** | $ 3,087.00 |
| **Total Due including current invoice** | $ 90,881.93 |

# EXHIBIT C

## Summary of Expenses

# ITEMIZED EXPENSES

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| E101 – Copies, binding | $338.20 |
| E107 – Delivery Services | $10.94 |
| E108 – Postage | $583.79 |
| E124 – Miscellaneous | $365.00 |
| **TOTAL:** | **$1,297.93** |

# EXHIBIT D

## Declaration

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:**<br>**RAD DIVERSIFIED REIT, INC.,**<br><br>**RAD DIVERSIFED OZ FUND, LP;**<br>**DHI FUND, LLC;**<br>**DHI HOLDINGS, LP;** ***and***<br>**DDH FUND, LLC,**<br>**Debtors.** | **Chapter 11**<br><br>**Case No.: 8:26-bk-01636-CPM**<br>***Jointly Administered with***<br>**Case No.: 8:26-bk-01637-CPM**<br>**Case No.: 8:26-bk-01638-CPM**<br>**Case No.: 8:26-bk-01639-CPM**<br>**Case No.: 8:26-bk-01640-CPM** |

**DECLARATION OF ANDREW V. LAYDEN IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BAKER & HOSTETLER LLP FOR THE PERIOD OF APRIL 2, 2026 THROUGH AUGUST 31, 2026**

I, Andrew V. Layden, make the following declaration (the "Declaration") under penalty of perjury in support of the *First and Final Application Compensation and Reimbursement of Expenses of Baker & Hostetler LLP for the Period of April 2, 2026 through August 31, 2026* (the "Final Fee Application")[1] filed in the above-captioned bankruptcy case.

1. I am a partner with the law firm of Baker & Hostetler LLP ("Baker"), and in that capacity, have control over the books and records of Baker relating to the matter set forth herein, which books and records are kept by Baker in the ordinary course of its business.

2. I make this declaration based upon personal knowledge of the matters set forth herein.

3. I am one of the responsible individuals assigned by Baker to provide services to the Examiner.

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

4. I have reviewed Baker's First and Final Fee Application for Compensation and Reimbursement of Expenses in the aggregate amount of $85,271.43 filed concurrent herewith, and all attachments accurately reflect the time of Baker for the period set forth herein for services provided to the Examiner

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 4, 2026

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *<u>/s/ Andrew V. Layden</u>*
Andrew V. Layden

# <u>EXHIBIT E</u>

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:**<br>**RAD DIVERSIFIED REIT, INC.,**<br><br>**RAD DIVERSIFED OZ FUND, LP;**<br>**DHI FUND, LLC;**<br>**DHI HOLDINGS, LP;** ***and***<br>**DDH FUND, LLC,**<br>**Debtors.** | **Chapter 11**<br><br>**Case No.: 8:26-bk-01636-CPM**<br>***Jointly Administered with***<br>**Case No.: 8:26-bk-01637-CPM**<br>**Case No.: 8:26-bk-01638-CPM**<br>**Case No.: 8:26-bk-01639-CPM**<br>**Case No.: 8:26-bk-01640-CPM** |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF BAKER & HOSTETLER LLP, FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 2, 2026 THROUGH AUGUST 31, 2026**

This case came before the Court for consideration of the foregoing *First and Final Fee Application of Baker & Hostetler LLP, for Payment of Compensation and Reimbursement of Expenses for the Period of April 2, 2026 through August 31, 2026* (Doc. No. _____) (the

"Application") filed by Baker & Hostetler LLP, counsel to the Examiner,[1] and the Court having reviewed the Application and any objections filed thereto; and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue of the chapter 11 case and the Application is proper under 28 U.S.C. §§ 1408 and 1409; (iii) notice of the Application, the opportunity to object, and for the hearing thereon was provided and sufficient under the circumstances; and (iv) based on the forgoing, no further notice or hearing is required and good cause exists to grant the relief requested in the Application,

**IT IS HEREBY ORDERED:**

1. The Application is APPROVED as set forth herein.

2. Baker & Hostetler LLP, is allowed compensation for professional services rendered to the Examiner during the Final Fee Period in the amount of $83,973.50 and reimbursement of expenses billed during the Final Fee Period in the amount of $1,297.93.

3. The Debtors are authorized to pay Baker & Hostetler LLP, $85,271.43 representing the compensation approved pursuant to this Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

# # #

Attorney Andrew V. Layden is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.