**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

CHAPTER 11, Jointly Administered

RAD DIVERSIFIED REIT, INC. (Lead Case)
RAD Diversified OZ Fund, LP;
DHI Fund, LLC;
DHI Holdings, LP; *and* /
DDH Fund, LLC,

Debtors.

CASE NO. 8:26-bk-01636-CPM
CASE NO. 8:26-bk-01637-CPM
CASE NO. 8:26-bk-01638-CPM
CASE NO. 8:26-bk-01639-CPM
CASE NO. 8:26-bk-01640-CPM

**SUMMARY OF FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FORENSIC ACCOUNTANTS FOR CHAPTER 11 EXAMINER MARIA M. YIP**

| | | | |
|---|---|---|---|
| 1. Name of Applicant: | Yip Associates | | |
| 2. Role of Applicant: | Forensic Accountants to Chapter 11 Examiner | | |
| 3. Name of Certifying Professional: | Hal A. Levenberg, CIRA, CFE | | |
| 4. Date case filed: | March 1, 2026 | | |
| 5. Date of Retention Order: | May 7, 2026 (Effective as of April 2, 2026) (Dkt. No. 422) | | |
| **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:** | | | |
| 6. Period for this Application: | April 2, 2026 through August 31, 2026 | | |
| 7. Amount of Compensation Sought: | | | N/A |
| 8. Amount of Expense Reimbursement Sought: | | | N/A |
| **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:** | | | |
| 9. Total Amount of Compensation Sought during case: | | $ | $468,390.00 |
| Blended Hourly Rate this Application: | | $ | 361.94 |
| 9a. Voluntary Fee Reduction in this Period: | | $ | N/A |
| 10. Total Amount of Expense Reimbursement Sought during case: | | $ | 586.90 |
| 11. Amount of Original Retainer(s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: | | $ | 200,000.00[1] |
| 12. Current Balance of Retainer(s) remaining: | | $ | 200,000.00 |
| 13. Last monthly operating report filed (Month/Year and Dkt No.): | | | July 2026 - (Dkt. No. 984-988) |

[1] Pursuant to Dkt. No. 195, the Examiner received a $200,000 retainer. This retainer is reflected in the fee application of Yip Associates.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

CHAPTER 11, Jointly Administered

RAD DIVERSIFIED REIT, INC. (Lead Case)
RAD Diversified OZ Fund, LP;
DHI Fund, LLC;
DHI Holdings, LP; *and* /
DDH Fund, LLC,

Debtors.

CASE NO. 8:26-bk-01636-CPM
CASE NO. 8:26-bk-01637-CPM
CASE NO. 8:26-bk-01638-CPM
CASE NO. 8:26-bk-01639-CPM
CASE NO. 8:26-bk-01640-CPM

**FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FORENSIC ACCOUNTANTS FOR CHAPTER 11 EXAMINER MARIA M. YIP**

**Hal A. Levenberg, CIRA, CFE, and Yip Associates,** (the "**Applicant**" and/or "**Yip Associates**"), forensic accountants to Chapter 11 Examiner Maria M. Yip (the "**Examiner**"), applies for first and final compensation of fees for services rendered and costs incurred in this Chapter 11 proceeding for the period from April 2, 2026 through August 31, 2026 (the "**Application Period**"). This application (the "**Application**") is filed pursuant to 11 U.S.C. §330 and Bankruptcy Rule 2016 and meets all the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this Application, pursuant to the Guidelines, are:

**Exhibits "1"** – Fee Application Summary Chart.

**Exhibit "2-A" and "2-B"** – Summary of Professional and Paraprofessional Time.

**Exhibit "3"** – Summary of Requested Reimbursements of Expenses.

**Exhibit "4"** – Complete time records, in chronological order, by activity code category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.

The Applicant requests an award of fees for services rendered, as forensic accountants to the Examiner, in the amount of $468,390.00 for 1,294.1 hours worked, plus costs of $586.90 as reimbursement for the actual and necessary expenses incurred by the Applicant during the Application Period, for a total of $468,976.90. The Applicant believes the requested fees are reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

**RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

1. On March 1, 2026 (the "**Petition Date**"), the below captioned debtors filed voluntary petitions for relief under Chapter 11 of title 11, of the United State Bankruptcy Code with this Court:

(i) RAD Diversified REIT, Inc. ("RAD REIT"), Case No. 8:26-bk-01636-CPM (Dkt. No. 1);

(ii) RAD Diversified OZ Fund, LP ("RAD Oz"), Case No. 8:26-01637-CPM (Dkt. No. 1);

(iii) DHI Fund, LLC ("DHI Fund"), Case No. 8:26-bk-01638-CPM (Dkt. No. 1);

(iv) DHI Holdings, LP ("DHI Holdings"), Case No. 8:26-bk-01639-CPM (Dkt. No. 1); and

(v) DDH Fund, LLC ("DDH Fund"), Case No. 8:26-bk-01640-COM (Dkt. No. 1), (collectively, the "**Debtors**").

2. This Court has jurisdiction over this Chapter 11 case and this Application pursuant to 28 U.S.C. §§ 1334 and 157(b), and venue is proper in this District pursuant to 28 U.S.C. § 1408.

This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. On March 1, 2026, the *Debtor's Motion for Joint Administration and Intra-District Transfer, as Applicable* was filed (Dkt. No. 2), which was granted by this Court on March 2, 2026 (Dkt. No. 7).

4. On March 26, 2026, the United States Trustee filed an *Unopposed Motion to Appoint a Chapter 11 Examiner* (Doc. No. 121) (the "**Examiner Motion**"), which was granted by this Court on April 1, 2026 (Dkt. No. 167) (the "**Examiner's Order**").

5. The Examiner's Order authorized the appointment of an examiner pursuant to 11 U.S.C. § 1104(c) and directed the Office of the United States Trustee to appoint a Chapter 11 Examiner in the Debtor's case in accordance with the provisions of 11 U.S.C. § 1104(c)(1), (c)(2).

6. The United States Trustee filed its *Application for Order Approving Appointment of Examiner*, on April 2, 2026 (Dkt. No. 176), appointing Maria M. Yip as the Examiner in this case. The *Order Approving the Appointment of Examiner Maria M. Yip* was entered on April 8, 2026 (Dkt. No. 195) (the "**Examiner's Appointment Order**"). The Examiner's Order directed the Examiner to:

(i) investigate cash flows and outflows by and among investors and/or lenders to the Debtors, including money raised by the Debtors but deposited or sent to non-Debtor entities and, to the extent ascertainable, whether such payments should be characterized as debt or equity;

(ii) investigate whether "rollover" investments should be valued, if so, at what valuation, and how they should be characterized, to the extent ascertainable;

(iii) investigate the utilization and transfers of the Debtors' assets and cash including money raised by the Debtors but deposited or sent to non-Debtor entities, for the four-year period prior to the Petition Date and an accounting

reconciliation for all such transactions including the connections and transfers among the Debtors and non-debtor entities, including but not limited to directors, officers, insiders, and affiliates; and

(iv) investigate the origination and receipt of investments in Inner Circle Memberships, REIT, joint ventures and hard money loans from investors and any repayment thereof.

7. On April 16, 2026, the Examiner filed an *Application to Retain Hal A. Levenberg, CIRA, CFE and Yip & Associates as Forensic Accountants to Maria M. Yip, Examiner* (Dkt. No. 253) (the "**Employment Application**"), which was approved by this Court on May 7, 2026 pursuant to its *Order Approving Application to Retain Hal L. Levenberg and Yip & Associates as Forensic Accountants to Maria M. Yip, Examiner* (Dkt. No. 422).

8. Since being retained the Applicant, at the direction of the Examiner, has:

(i) assisted the Examiner in the requisite analysis of the Debtors' and non-debtors ("Non-Debtor Affiliates")[2] books and records;

(ii) reconstructed the bank activity of the Debtors and Non-Debtor Affiliates;

(iii) assisted the Examiner in her investigation and with the tasks related to the Examiner's charge; and

(iv) assisted the Examiner in the preparation of her initial report ("Initial Report"), filed on June 8, 2026 (Dkt. No. 575) as well as the Examiner's Second and Final Report ("Final Report"), filed on August 5, 2026 (Dkt. No. 941).

9. The Applicant submits this Application, pursuant to Section 328, 330, 331 and 503

---

[2] There are multiple non-debtor companies for which the Debtor Principals have managerial control.

(b) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the Guidelines.

## THE GENERAL NATURE OF THE SERVICES RENDERED AND RESULTS OBTAINED

10. The professional services rendered by the Applicant for which compensation is sought by way of this Application are summarized by category below in accordance with the mandatory guidelines, and the time detail is itemized by category in the attached exhibits.

### A. Preparation and Review of Reports Required by U.S. Trustee

11. The work done in this category includes assisting the Examiner in fulfilling her duties related to the Examiner's charge as well as assisting her in the preparation and issuance of her reports.

**Efforts to Obtain Information and Records**

12. Upon the appointment of the Examiner, the Applicant assisted the Examiner by participating in meetings to develop a work plan with the following parties:

(i) Debtors' attorneys, Joseph Pack, Jessey Krehl, and Lynn Sherman;

(ii) Chief Restructuring Officer of the Debtor, Katie Goodman, and Adam Cohen;

(iii) Nicole Peair, Office of the United States Trustee;

(iv) Jason Berkowitz, Russell Koonin, and David Baddley, Securities and Exchange Commission ("SEC");

(v) Ellen Lyons, Office of the Florida Attorney General;

(vi) John Elrod, attorney for the Unsecured Creditors Committee; and

(vii) Sandra Small, Office of the Maryland Attorney General.

13. On May 1, 2026, a copy of the work plan was filed with this Court (Dkt. No. 399).

14. The Applicant also attended the Meeting of the Creditors held on April 29, 2026

and continued meeting held on May 20, 2026.

15. The Applicant participated in 10 interviews with employees and former employees of the Debtors as well as conducted meetings with several investors.

16. The Debtors' records were often incomplete, and it was immediately apparent that the Debtors did not maintain proper accounting and bookkeeping. The Debtor's general ledgers included various transactions recorded with either blank names or names that were recorded but did not accurately match the bank information provided in the descriptions requiring additional records. The Applicant performed quality control to ensure that transactions were identified and properly recorded. The incomplete records made understanding the bank activity of the Debtors and the tracing of investor funds more challenging.

17. Accordingly, the Applicant worked with Examiner's counsel to identify and obtain records through subpoenas. These records included:

(i) payroll records;

(ii) bank records;

(iii) credit card records; and

(iv) cryptocurrency exchange records.

**Investigation and Analyses**

18. Yip Associates analyzed the payroll records for Paychex, Paylocity, and Paycor to better understand and investigate the payments to employees and insiders of the Debtors and Non-Debtor Affiliates. During our analysis, we identified that the Debtors and Non-Debtor Affiliates employed many of the family and friends of the principals of the Debtors. We reviewed the salaries and monies paid to these individuals.

19. In addition, Yip Associates analyzed the bank records for the Debtors and Non-Debtor Affiliates during the nine-year period of January 2017 through January 2026.

20. More specifically, Yip Associates obtained and analyzed bank records, including statements, cancelled checks, deposit slips, and wire transfer advices for 28 accounts held by the Debtors and 55 accounts held by Non-Debtor Affiliates during the period January 2017 through January 2026. It was necessary to review beyond the 4-year lookback period to understand the investors' initial investments and subsequent rollover into new investments over time.

21. Yip Associates utilized Comprehensive Finance Investigative Solution ("CFIS") software to prepare an electronic database ("Yip Database") of the 83 bank accounts as efficiently as possible.

22. In addition, in an effort to avoid duplication, Yip Associates utilized information from a database KPGM prepared ("KPMG Database") in response to an earlier SEC investigation of the Debtors in 2023, also using CFIS. The Applicant combined the Yip Database and KPMG Database, creating a single database ("Master Database") and reconciled the balances on the bank statements to the balances in the Master Database.

23. The Master Database contains information from 83 bank accounts and is comprised of 127,181 transactions.

24. Yip Associates traced funds through the 83 bank accounts to quantity how much was raised from investors in the Debtors; investors in Non-Debtor Affiliates; and the flow of these funds including the ultimate disbursement of these funds.

25. The Applicant utilized the Master Database to perform the tracing directed by the various charges in the Examiner's Order. Specifically, tracing the funds:

(i) transferred between the Debtors;

(ii) transferred to and from the Non-Debtor Affiliates;

(iii) transferred to and from the insiders of the Debtors; and

(iv) transferred to and from third parties.

26. The Master Database was used to trace "management fees" paid to the insiders of the Debtors based on the calculation of the NAV for the Debtors.

27. During Yip Associates review of the Debtors' cash activity, we identified transfers to a cryptocurrency exchange. Yip Associates worked with Examiner's counsel to obtain records from the cryptocurrency exchange Gemini. We subsequently reviewed the records from Gemini and identified the current balances of the account, the transaction history, including the purchase and sales of cryptocurrency and ultimate transfer to non-custodial wallets. We utilized public blockchain explorers to investigate the flow of cryptocurrency through multiple wallets to determine the ultimate dissipation of the cryptocurrency.

28. Yip Associates reviewed investor documents, including subscription agreements, joint venture agreements, hard money loans, promissory notes and investor listings provided by the Debtors which were often incomplete. Utilizing this information, the Applicant prepared an investor database comprised of more than 6,000 investors which included the investor's name and date of investment. Yip Associates attempted to reconcile the investors as reflected on the investor listing to the Master Database of funds received from more than 6,000 investors.

29. The Applicant also reviewed records provided by the Debtors and multiple governmental agencies, as follows:

(i) tax returns of the Debtors;

(ii) general ledgers and QuickBooks files for the Debtors;

(iii) general ledgers and QuickBooks files for the Non-Debtor Affiliates;

(iv) audit reports issued by KHO & Patel ("KHO") for the years ending December 31, 2018; December 31, 2019; December 31, 2020; and December 31, 2012;

(v) property records for real property and vacant lots held by the Debtors

and Non-Debtor Affiliates in Florida, Pennsylvania, Texas, New Jersey, California, Idaho, Tennessee, and Arkansas;

(vi) SEC filings of the Debtors;

(vii) eight deposition transcripts of former employees of the Debtors;

(viii) various internal worksheets provided by the Debtors;

(ix) documents filed in the bankruptcy, including the schedules filed by the Debtors on April 22, 2026; April 27, 2026; and May 5, 2026; and

(x) Appfolio records.

30. We analyzed available public records in Florida, Pennsylvania, California, Idaho, and Arkansas to investigate the facts and circumstances related to real property held by the Debtors and Non-Debtor Affiliates, including tracing the sources of funds used for the purchase of the properties. Some of these properties were not disclosed by the Debtors in their bankruptcy schedules.

31. In addition, the Applicant assisted with gathering documents in response to subpoenas and participated in numerous meetings with governmental agencies.

32. Lastly, the Applicant assisted the Examiner in the preparation of her Initial Report filed on June 8, 2026 (Dkt. No. 575) as well as the Final Report, filed on August 5, 2026 (Dkt. No. 941).

33. Yip Associates spent a total of 1,283.8 hours and incurred a total of $463,417.50 in professional fees for work performed in the category of Preparation and Review of Reports Required by U.S. Trustee, during the Application Period.

**B. <u>Fee/Employment Applications</u>**

34. The work done in this category includes the preparation of the Applicant's employment application and this fee application.

35. Yip Associates spent a total of 10.3 hours and incurred a total of $4,972.50 in professional fees for work performed in the categories of Fee/Employment Applications, during the Application Period.

**THE TIME AND LABOR REQUIRED:**

36. The transcribed time records annexed hereto as Exhibit "4" show that professionals and staff of Yip Associates have devoted no less than 1,294.1 hours of time providing services to the Examiner during the period from April 2, 2026 through August 31, 2026.

**THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED:**

37. The matters arising in providing accounting services to the Examiner to date were neither novel nor difficult.

**THE SKILL REQUISITE TO PERFORM THE SERVICES PROPERLY:**

38. In order to perform the services enumerated herein properly, substantive knowledge and skill of accounting techniques, tax preparation, and its application in a bankruptcy context was required.

**THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE:**

39. Yip Associates is aware of no other specific employment that was precluded due to acceptance of this case. However, the efforts of Yip Associates were devoted to this case and Yip Associates was unable to devote that time to other matters, therein preventing Yip Associates from billing and collecting fees in other cases.

**THE CUSTOMARY FEE:**

40. The rates charged by Yip Associates as set forth in Exhibit "4" are customary for forensic accountants within the Southern and Middle District of Florida of similar skill and reputation.

41. For services of the type rendered herein where those services were performed for a private client, Yip Associates would charge a reasonable fee for services rendered, on an hourly rate or fixed fee basis. The fee requested by Yip Associates is comparable to those fees which would be charged to a private client for similar services rendered by Yip Associates. The fees requested are entirely reasonable.

**WHETHER THE FEE IS FIXED OR CONTINGENT:**

42. The rates charged by the participating accountants and staff were hourly rates, and the rates are well within the range charged by forensic accountants in the Southern and Middle District of Florida of similar skill and reputation in the field of forensic accounting.

**TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES:**

43. No specific time limitations were imposed by the Examiner; however, Yip Associates made all efforts to efficiently conduct the forensic accounting examination for the Examiner.

**THE EXPERIENCE, REPUTATION AND ABILITY OF THE PROFESSIONAL:**

44. Yip Associates is an established consulting firm having substantial experience in the examination and analysis of accounting records and application of forensic techniques in the context of bankruptcy. Hal A. Levenberg, CIRA, CFE, has more than seventeen (17) years of accounting experience and is a Certified Insolvency and Restructuring Advisor (CIRA) and a Certified Fraud Examiner (CFE).

**THE UNDESIRABILITY OF THE CASE:**

45. Yip Associates did not and does not find it undesirable to represent the Examiner.

**THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP OF THE CLIENT:**

46. Yip Associates has previously worked for the Examiner and has not previously worked for the Debtor.

**AWARDS IN SIMILAR CASES:**

47. The amount requested by Yip Associates is not unreasonable in terms of awards in cases of like magnitude and complexity. The fees required by Yip Associates comport with the mandate of the Code, which directs that services be evaluated in the light of comparable services performed in bankruptcy cases in the community. Yip Associates respectfully prays that this Court take notice that Yip Associates occupies professional offices, maintains sophisticated office equipment, and a staff of professional and administrative personnel. Consequently, a substantial portion of such hourly fee as may be awarded to Yip Associates will merely defray the overhead and expenses already incurred and paid in cash during the pendency of this proceeding.

**WHEREFORE**, the Applicant seeks a final award for fees in the amount of $468,390.00 plus expenses of $586.90 for a total of $468,976.90 and granting such other relief as the Court may deem just and proper. The Applicant respectfully requests that the Court enter an order allowing the Applicant to apply the retainer of $200,000 to the final fees and expenses awarded.

Date: September 3, 2026 By:______________________________

**Hal A. Levenberg, CIRA, CFE**
Forensic Accountants to Chapter 11 Examiner
YIP ASSOCIATES
197 S. Federal Hwy.,
Suite 200
Boca Raton, Florida 33432
T: (305) 787-3753
hlevenberg@yipcpa.com

## CERTIFICATION

1. I have been designated by **Yip Associates** (the **"Applicant"**) as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "**Guidelines**").

2. I have read the Yip Associates' application for compensation and reimbursement of expenses (the "**Application**"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by Yip Associates and generally accepted by Yip Associates' clients.

4. In seeking reimbursement for the expenditures described on Exhibit 3, Yip Associates is seeking reimbursement only for the actual expenditure and has not marked-up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that Yip Associates has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, Yip Associates is seeking reimbursement only for the amount actually paid by the Yip Associates to the third party.

6. There are no variances with the provisions of the Guidelines.

Date: September 3, 2026

By:______________________________

**Hal A. Levenberg, CIRA, CFE**
Forensic Accountants to Chapter 11 Examiner
YIP ASSOCIATES
197 S. Federal Hwy.,
Suite 200
Boca Raton, Florida 33432
T: (305) 787-3753 F: 1(888) 632-2672
hlevenberg@yipcpa.com

**EXHIBIT"1"**

Fee Application Summary Chart

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date order Entered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| *TBD* | *TBD* | 04/02/2026 - 08/31/2026 | $ 468,390.00 | $ 586.90 | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **TOTALS** | | | **$ 468,390.00** | **$ 586.90** | | | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

**EXHIBIT "2-A"**

Summary of Professional and Paraprofessional Time Total per Individual for this Period Only
for this Period Only

| Professional | Position | Year Licensed | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Hal A. Levenberg, CIRA, CFE | Partner | | 246.3 | $575 | $ 141,622.50 |
| Christopher M. Cropley, CPA | Director | | 57.3 | $500 | $ 28,650.00 |
| Nicole Escudero Dueñas, CPA, CFE, CIRA | Director | 2013 | 190.2 | $425 | $ 80,835.00 |
| Christopher M. Vatti, CPA | Manager | 2024 | 137.3 | $365 | $ 50,114.50 |
| Patrick J. Martin | Senior Associate | | 8.0 | $295 | $ 2,360.00 |
| Ryan D. Bonanni-Bott | Associate | | 222.9 | $265 | $ 59,068.50 |
| Anthony Yip | Associate | | 164.7 | $245 | $ 40,351.50 |
| Adania M. Jorge | Associate | | 264.9 | $245 | $ 64,900.50 |
| Pamela Chuy | Senior Associate at Paraprofessional rate | | 2.5 | $195 | $ 487.50 |
| **Blended Average Hourly Rate** | | | | **$ 361.94** | |
| **Total Fees:** | | | **1294.1** | | **$ 468,390.00** |

**EXHIBIT "2-B"**

Summary of Professional and Paraprofessional Time By Activity Code
for this Time Period Only

| Professional | Position | Year Licensed | Rate | Hours | Fees |
|---|---|---|---|---|---|
| **Activity Code: Preparation and Review of Reports** | | | | | |
| Hal A. Levenberg, CIRA, CFE | Partner | | $575 | 238.5 | $ 137,137.50 |
| Christopher M. Cropley, CPA | Director | | $500 | 57.3 | $ 28,650.00 |
| Nicole Escudero Dueñas, CPA, CFE, CIRA | Director | 2013 | $425 | 190.2 | $ 80,835.00 |
| Christopher M. Vatti, CPA | Manager | 2024 | $365 | 137.3 | $ 50,114.50 |
| Patrick J. Martin | Senior Associate | | $295 | 8.0 | $ 2,360.00 |
| Ryan D. Bonanni-Bott | Associate | | $265 | 222.9 | $ 59,068.50 |
| Anthony Yip | Associate | | $245 | 164.7 | $ 40,351.50 |
| Adania M. Jorge | Associate | | $245 | 264.9 | $ 64,900.50 |
| **Preparation and Review of Reports Required by UST Subtotal:** | | | | **1,283.8** | **$ 463,417.50** |
| **Activity Code: Fee/Employment Applications** | | | | | |
| Hal A. Levenberg, CIRA, CFE | Partner | | $575 | 7.8 | $ 4,485.00 |
| Pamela Chuy | Senior Associate at Paraprofessional rate | | $195 | 2.5 | $ 487.50 |
| **Fee/Employment Applications Subtotal:** | | | | **10.3** | **$ 4,972.50** |
| **Grand Total:** | | | | **1,294.1** | **$ 468,390.00** |

**EXHIBIT "3"**

Summary of Requested Reimbursement of Expenses
for this Time Period Only

| | | | |
|---|---|---|---|
| 1 | **Filing Fees** | | $ - |
| 2 | **Process Service Fees** | | $ - |
| 3 | **Witness Fees** | | $ - |
| 4 | **Court Reporter Fees and Transcripts** | | $ - |
| 5 | **Lien and Title Searches** | | $ - |
| 6 | **Photocopies** | | |
| | **(a) In-house copies** | ( 2,384 pages at 15¢/page ) | $ **357.60** |
| | **(b) Outside copies Services** | ( ) | $ - |
| 7 | **Postage** | | $ - |
| 8 | **Overnight Delivery Charges** | | $ - |
| 9 | **Outside Courier/Messenger Service** | | $ - |
| 10 | **Long Distance Telephone Charges** | | $ - |
| 11 | **Long Distance Fax Transmissions** | ( at 1$/page ) | $ - |
| 12 | **Computerized Research** | | $ **229.30** |
| | PACER | ($ 229.30 ) | |
| | Electronic Tax Processing Fee | ($ - ) | |
| 13 | **Out-of Southern-District-of-Florida Travel** | | $ - |
| | (a) Transportation | ($ - ) | |
| | (b) Lodging | ($ - ) | |
| | (c) Meals | ($ - ) | |
| 14 | **Other Permissible Expenses (must specify and justify)** | | $ - |
| | (a) Out-of-town travel | ($ - ) | |
| | (b) | ($ - ) | |

**TOTAL EXPENSE REIMBURSEMENT REQUESTED** $ **586.90**

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| **Activity Code: Preparation and Review of Reports Required by UST** | | | | | |
| 04/03/26 | HAL | Call with Examiner and A. Layden re: work to be performed and case planning (1.0); reviewed records provided by CRO (1.9); prepared ShareFile re: same (.1). | 3.0 | $575 | $ 1,725.00 |
| 04/06/26 | HAL | Meeting with Examiner, L. Green, D. Merola and A. Layden re: upcoming interviews and retention (1.0); reviewed KPMG report (1.2); discussion with NED, AMJ, and AY re: case planning and work to be performed (.3). | 2.5 | $575 | $ 1,437.50 |
| 04/06/26 | NED | Reviewed emails, case summary prepared by HAL, Examiner Order, and documents provided (.9); discussion with HAL, AMJ and AY re: case and work to be done (.3); discussion with AMJ re: preparation of entity matrix and documents request list (.3); reviewed and updated entity matrix prepared by AMJ (.3); updated master analysis and performed quality control (2.4). | 4.2 | $425 | $ 1,785.00 |
| 04/06/26 | AMJ | Prepared company matrix to identify related parties, incorporation dates and ownership information for the Debtors and Non-Debtor Affiliates (1.8); prepared bank account matrix of all known bank accounts (3.1); prepared document request list of missing bank account records (2.3); discussion with NED, HAL, and AY re: RAD Diversified REIT case background and work to be performed (.3); discussion with NED re: preparation of bank matrix and document request list (.3). | 7.8 | $245 | $ 1,911.00 |
| 04/06/26 | AY | Analyzed bank statements and formatted CFIS Export to analysis, cleaned up payee/payors (3.6); discussion with HAL, NED and AMJ re: case planning and work to be performed (.3). | 3.9 | $245 | $ 955.50 |
| 04/07/26 | HAL | Meeting with Examiner, Examiner's Counsel and Debtors' counsel (.7); reviewed and updated list of records to request from the Debtor (.4); reviewed financial records provided by CRO (1.1). | 2.2 | $575 | $ 1,265.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/07/26 | NED | Reviewed and updated bank matrix (.3); discussion with AY re: analysis of Debtor bank accounts (.2); reviewed KPMG report (.7); reviewed documents provided and prepared master investor database (.8). | 2.0 | $425 | $ 850.00 |
| 04/07/26 | AY | Analyzed statements for 12 bank accounts of the Debtors through CFIS (x4373 Enterprise, x5305 Enterprise, x3867 Fifth Third Bank, x9215 TD, x8325 TD, x3996 TD, x1292 Wells Fargo, x5516 TD, x5257 Wells Fargo, x4807 TD, x5376 TD, x8379 TD) (7.4); discussion with NED re: same (.2). | 7.6 | $245 | $ 1,862.00 |
| 04/08/26 | HAL | Meeting with Examiner and UST (.9); meeting with Examiner and US Attorney (.6); prepared for meetings (.7); meeting with Examiner re: retention and case planning (.6). | 2.8 | $575 | $ 1,610.00 |
| 04/08/26 | NED | Reviewed bank matrix and bank statements to determine additional accounts to be analyzed (.9); discussions with AMJ re: work to be done (.1); discussion with AY re: bank analysis and next steps (.1); reviewed documents provided (.2); continued to review investor logs and prepare investor analysis (.7). | 2.0 | $425 | $ 850.00 |
| 04/08/26 | AMJ | Continued to prepare company matrix (.3); discussion with NED re: preparing database of Non-Debtor Affiliates (.1); reviewed documents produced by the Debtor (2.3); prepared property listing of properties owned by the Debtors and Non-Debtor Affiliates, including review of ownership (4.2). | 6.9 | $245 | $ 1,690.50 |
| 04/08/26 | AY | Discussion with NED re: analysis and next steps (.1); analyzed statements for 5 Debtor bank accounts through CFIS (x6635 Fifth Third Bank, x5010 Wells Fargo, x8276 TD, x5914 Enterprise, x9802 TD) (5.7). | 5.8 | $245 | $ 1,421.00 |
| 04/09/26 | HAL | Meeting with the SEC, Examiner, and Examiner's Counsel (1.2); discussion with NED, AMJ and AY re: status of analysis and preparation of investor database (.5); reviewed Ice Miller presentation (.9). | 2.6 | $575 | $ 1,495.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/09/26 | NED | Continued to review investor logs and prepared investor analysis (.7); discussion with HAL, AMJ and AY re: case and status of analyses (.5); reviewed and updated analyses prepared by AY for 16 Debtor entity bank accounts, prepared master bank database and perform quality control, including reconciliation of transfers (4.2). | 5.4 | $425 | $ 2,295.00 |
| 04/09/26 | AMJ | Discussion with NED, HAL, and AY re: status of analysis and next steps (.5); updated bank account matrix with bank accounts received from debtors on April 6, 2026 (1.3); reconciled payee/payor in formation in bank analysis (2.4). | 4.2 | $245 | $ 1,029.00 |
| 04/09/26 | AY | Analyzed bank statements through CFIS (x5914 Enterprise, x4081 Enterprise) (1.8); analyzed payee/payor information (7.1); discussion with NED, HAL, and AMJ re: status of analysis and next steps (.5). | 9.4 | $245 | $ 2,303.00 |
| 04/10/26 | HAL | Meeting with CRO for the Debtors and NED re: records and case background (.7); prepared document request list for the SEC (1.4); reviewed and updated bank account request list for the debtors (.9); reviewed and updated non-debtor bank account list to be subpoenaed (1.1); reviewed spreadsheet and communication from UST (.4). | 4.5 | $575 | $ 2,587.50 |
| 04/10/26 | NED | Continued to prepare master bank database and performance of quality control, including reconciliation of transfers (2.6); reviewed document request list for SEC (.6); reviewed document request list prepared by AMJ (.1); meeting with HAL, A. Cohen and K. Goodman (CRO) (.7); prepared bank records request list (.9); reviewed and updated analysis of accounts prepared by AY (.2). | 5.1 | $425 | $ 2,167.50 |
| 04/10/26 | AY | Analyzed check and deposit support provided for TD bank account ending x9802. | 5.3 | $245 | $ 1,298.50 |
| 04/13/26 | HAL | Meeting with E. Lyons (1.3); prepared ShareFile for the AG (.1); reviewed general ledgers for the debtors provided by the CRO (1.5). | 2.9 | $575 | $ 1,667.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| 04/13/26 | NED | Discussions with AY re: balance sheets (.3); discussion with AMJ re: bank analyses and next steps (.1). | 0.4 | $425 | $ | 170.00 |
| 04/13/26 | AMJ | Discussion with NED re: bank analysis (.1); assisted with preparation of master analysis for bank accounts received from debtors on April 6, 2026, including performance of quality control on transactions (6.1). | 6.2 | $245 | $ | 1,519.00 |
| 04/13/26 | AY | Prepared master balance sheet database (.5); discussion with NED re: same (.3). | 0.8 | $245 | $ | 196.00 |
| 04/14/26 | HAL | Reviewed KPMG bank analysis for the years 2019-2023. | 1.6 | $575 | $ | 920.00 |
| 04/14/26 | NED | Reviewed QuickBooks information provided by A. Cohen. | 0.2 | $425 | $ | 85.00 |
| 04/15/26 | HAL | Meeting with G. O' Brien, K. Goodman and NED re: work performed for the RAD entities and background on companies (.5); reviewed customer list for inner circle members (1.1); reviewed general ledgers for DHI Fund (.9); continued review of bank analysis (.7). | 3.2 | $575 | $ | 1,840.00 |
| 04/15/26 | NED | Discussion with AMJ re: master bank analyses and next steps (.7); reviewed general ledger reports for DDH Fund (.1); meeting with HAL, K. Goodman and G. O'Brien (.5); reviewed ledgers provided (.2); reviewed, updated and performed quality control on master bank database (1.9). | 3.4 | $425 | $ | 1,445.00 |
| 04/15/26 | AMJ | Continued assisting with preparation of master analysis for bank accounts received from debtors on April 6, 2026 (3.4); integrated KPMG analysis of bank accounts for the period of December 1, 2019 through July 3, 2023 into master bank analysis (2.7); discussion with NED re: integration of KPMG production into master bank analysis (.7). | 6.8 | $245 | $ | 1,666.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/16/26 | HAL | Reviewed Quick Books general ledgers provided by the CRO (1.1); reviewed list of potential contacts and RAD personnel provided by the Florida AG (.2). | 1.3 | $575 | $ 747.50 |
| 04/16/26 | NED | Downloaded and reviewed FL AG production, including updates to bank matrix (2.8); reviewed master database, including reconciliation of intercompany transfers (.8). | 3.6 | $425 | $ 1,530.00 |
| 04/16/26 | AMJ | Continued to prepare master database for bank accounts received from Debtors on April 6, 2026, including reconciliation of intercompany transfers. | 6.1 | $245 | $ 1,494.50 |
| 04/17/26 | HAL | Reviewed production from Florida AG (1.7); discussion with NED re: same (.4); communication with D. Merola re: records still outstanding (.5). | 2.6 | $575 | $ 1,495.00 |
| 04/17/26 | NED | Discussion with HAL re: FL AG production and next steps (.4); discussion with AY re: analyses of additional accounts received (.1); discussion with PJM re: analysis of cancelled checks (.3). | 0.8 | $425 | $ 340.00 |
| 04/17/26 | PJM | Discussion with NED re: analysis of cancelled checks for TD Bank account ended in x9802 for the period December 1, 2019 through May 31, 2023 (.3); analyzed cancelled checks for TD Bank account ended in x9802 for the period December 1, 2019 through May 31, 2023 (4.8). | 5.1 | $295 | $ 1,504.50 |
| 04/17/26 | AY | Analyzed additional bank records received for Debtor and non-debtor bank accounts provided TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701, (5.1); discussion with NED re: same (.1). | 5.2 | $245 | $ 1,274.00 |
| 04/20/26 | HAL | Discussion with NED and AMJ re: status of analysis (.4); reviewed production from K. Goodman (1.2). | 1.6 | $575 | $ 920.00 |
| 04/20/26 | NED | Supervision of associates and bank analyses (.4); reviewed exports provided by D. Cooper (CRO) (.3); discussion with HAL and AMJ re: status of analysis (.4). | 1.1 | $425 | $ 467.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/20/26 | PJM | Continued to review and analyze cancelled checks and deposited items for TD Bank account ended in x9802 for the period December 1, 2019 through May 31, 2023. | 2.9 | $295 | $ 855.50 |
| 04/20/26 | AMJ | Dicussion with NED and HAL re: status of master bank analysis (.4); reviewed additional financial records provided by the Florida AG and updated matrixes accordingly (4.4). | 4.8 | $245 | $ 1,176.00 |
| 04/20/26 | AY | Analyzed additional bank records received for seven Debtor and non-debtor bank accounts (TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x4807). | 7.4 | $245 | $ 1,813.00 |
| 04/21/26 | NED | Discussion with RDB re: work to be done (.3); reviewed bank matrix (.5); reviewed analysis of additional bank records prepared by AY (.4); reviewed CRO production and updated bank matrix (1.6); reviewed and prepared updated documents request for non-debtor bank accounts (.9). | 3.7 | $425 | $ 1,572.50 |
| 04/21/26 | RDB | Analyzed cancelled checks and deposit slips for the Debtors' bank accounts (1.9); discussion with NED re: same (.3). | 2.2 | $265 | $ 583.00 |
| 04/21/26 | AY | Analyzed cancelled checks and deposit slips for TD Bank accounts x0390, x9215, and x9802 held in the name of RAD REIT for the period October 1, 2019 through October 30, 2024. | 2.2 | $245 | $ 539.00 |
| 04/22/26 | HAL | Meeting with D. Merola and NED re: bank statements to be subpoenaed (.2); prepared summary of work completed to date requested by Examiner (1.1 - NB) prepared listing of records to request from the Debtor (.8); prepared schedule of interviews (.6). | 1.6 | $575 | $ 920.00 |
| 04/22/26 | NED | Discussions with RDB re: work to be done (.2); reviewed payments to American Express for subpoena (.6); meeting with HAL and D. Merola re: subpoenas for bank records (.2); reviewed analyses (.7). | 1.7 | $425 | $ 722.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/22/26 | RDB | Discussion with NED re: analysis of support documents (.2); continued review and analysis of support for TD Bank bank accounts x0390, x9215, and x9802 held in the name of RAD REIT for the period October 1, 2019 through October 30, 2024 (2.3); analyzed cancelled checks and deposit slips for TD Bank account x8379 held in the name of RAD Oz for the period December 1, 2021 through September 30, 2024 (4.8). | 7.3 | $265 | $ 1,934.50 |
| 04/22/26 | AY | Analyzed additional bank records received for Debtor and non-debtor accounts Chase x1081, TD x9134, Wells Fargo x1243, TD x9253, TD x9229, TD x9211, TD x3651, TD x0732, TD x9435, TD x8134, TD x3951 (3.2); analyzed checks and deposits (4.2). | 7.4 | $245 | $ 1,813.00 |
| 04/23/26 | HAL | Reviewed deposition transcript for A. Vaughn (1.3); reviewed deposition transcript of B. Mendenhall (1.4). | 2.7 | $575 | $ 1,552.50 |
| 04/23/26 | RDB | Analyzed cancelled checks and deposit slips for TD Bank account x5376 held in the name of DHI Holdings for the period January 1, 2021 through September 30, 2024. | 5.4 | $265 | $ 1,431.00 |
| 04/23/26 | AY | Prepared analysis of TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x480, TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701. | 3.3 | $245 | $ 808.50 |
| 04/24/26 | AY | Continued to prepare analysis of TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x480, TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701. | 7.6 | $245 | $ 1,862.00 |
| 04/27/26 | HAL | Finalized workplan with D. Merola (.4); discussion with NED, RDB and AMJ re: status of analysis of bank accounts (.3). | 0.7 | $575 | $ 402.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/27/26 | NED | Discussion with HAL, AMJ, and RDB re: status of analysis of bank accounts (.3); reviewed bank matrix (.1); discussion with RDB re: work to be done (.1). | 0.5 | $425 | $ 212.50 |
| 04/27/26 | RDB | Discussion with NED, AMJ, and HAL re: status of analysis of bank accounts (.3); discussion with NED re: work to be done (.1); continued review and analysis of support for TD Bank account x5376 held in the name of DHI Holdings for the period January 1, 2021 through September 30, 2024 (2.2). | 2.6 | $265 | $ 689.00 |
| 04/27/26 | AMJ | Discussion with NED, HAL, and RDB re: status of master bank analysis (.3); analyzed checks and deposits for RAD REIT TD Bank account ending x9082 (6.9). | 7.2 | $245 | $ 1,764.00 |
| 04/28/26 | HAL | Reviewed and reconciled listing of accounts provided by S. Small from the Maryland OAG (1.1); reviewed AMEX export from Appfolio (1.3). | 2.4 | $575 | $ 1,380.00 |
| 04/28/26 | RDB | Reviewed and analyzed funds from Investors and Inner Circle Members. | 4.2 | $265 | $ 1,113.00 |
| 04/28/26 | AMJ | Continued to analyze checks and deposits for RAD REIT TD Bank account ending x9082. | 6.1 | $245 | $ 1,494.50 |
| 04/28/26 | AY | Analyzed checks and deposits for Debtor and non-debtor bank accounts (TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x4807, TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701). | 7.2 | $245 | $ 1,764.00 |
| 04/29/26 | HAL | Attended 341 hearing of the Debtor. | 7.9 | $575 | $ 4,542.50 |
| 04/29/26 | NED | Prepared email to HAL and counsel re: missing records. | 0.4 | $425 | $ 170.00 |
| 04/29/26 | RDB | Continued review and analysis of funds from Investors and Inner Circle Members. | 5.6 | $265 | $ 1,484.00 |
| 04/29/26 | AMJ | Reviewed documents and analyzed bank records provided by the Florida AG. | 6.8 | $245 | $ 1,666.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/29/26 | AY | Analyzed checks and deposits for Debtor and non-debtor bank accounts (TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x4807, TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701). | 5.2 | $245 | $ 1,274.00 |
| 04/30/26 | HAL | Reviewed and updated Examiner's Access Report letter (.3); communication with A. Cohen re: records to request (.2); reviewed deposition of A. Nonis (1.5); meeting with S. Small from the Maryland AG (.9); discussion with NED, RDB and AMJ re: next steps (.4). | 3.3 | $575 | $ 1,897.50 |
| 04/30/26 | NED | Discussion with HAL, RDB and AMJ re: status of analyses and next steps. | 0.4 | $425 | $ 170.00 |
| 04/30/26 | RDB | Discussion with HAL, NED and AMJ re: planning and next steps (.4); continued review and analysis of funds from Investors and Inner Circle Members (4.6); discussion with AMJ re: incorporating subsequently produced bank statements into master bank analysis (.1). | 5.1 | $265 | $ 1,351.50 |
| 04/30/26 | AMJ | Continued analysis of bank accounts provided by the Florida AG (6.4); discussion with NED, HAL, and RDB re: status of accounts from new production from FL AG (.4); discussion with RDB re: assisting in incorporating newly analyzed accounts into the master bank analysis (.1). | 6.9 | $245 | $ 1,690.50 |
| 04/30/26 | AY | Continued analysis of checks and deposits for Debtor and non-debtor bank accounts (TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x4807, TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701). | 7.2 | $245 | $ 1,764.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/01/26 | AMJ | Reviewed analysis prepared by AY for the period of July 1, 2021 through November 28, 2025 and incorporated into master database (1.7); analyzed bank records for RAD REIT TD Bank account ended in x0390 (5.9). | 7.6 | $245 | $ 1,862.00 |
| 05/01/26 | AY | Analyzed statements through CFIS and reviewed unknown transactions in analysis. | 6.8 | $245 | $ 1,666.00 |
| 05/04/26 | HAL | Meeting with the Examiner, J. Elrod, A. Layden and J. Thomas (1.1); meeting with the Examiner and J. Berkowitz (.7); financial analysis and tracing for The Seminar Solutions (1.8); financial analysis and tracing for RAD Management (1.4). | 5.0 | $575 | $ 2,875.00 |
| 05/04/26 | NED | Discussion with AMJ re: performance of quality control on the master bank analyses (.3); performed quality control on master database and bank matrix (2.4); assisted with preparation of Examiner's Report (1.7). | 4.4 | $425 | $ 1,870.00 |
| 05/04/26 | AMJ | Continued to analyze checks and deposits for RAD REIT TD Bank account ended in x0390 (4.9); discussion with NED re: assisting in updating master bank analysis with new information (.3). | 5.2 | $245 | $ 1,274.00 |
| 05/04/26 | AY | Analyzed checks and deposits for Debtor and non-debtor bank accounts (TD x2410, TD x8416, TD x8466, TD x9592, TD x0732, TD x9836, Chase x0790, TD x9069, TD x9134, TD x4807, TD x5263, TD x9231, TD x0657, TD x6416, Wells Fargo x5372, Chase x3930, TD x7547, TD x4701). | 2.3 | $245 | $ 563.50 |
| 05/05/26 | HAL | Discussion with NED, RDB and AMJ re: assistance with the preparation of the Examiner's Report (.5); assisted with the preparation of the Examiner's Report (1.1); reviewed investor files for DHI and DDH Fund (1.3); discussion with RDB re: preparation of investor analysis (.4); discussion with Examiner re: status of analysis and drafting of report (.3). | 3.6 | $575 | $ 2,070.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/05/26 | NED | Reviewed dockets (.3); reviewed documents provided (1.6); assisted with preparation of Examiner's Report (2.8); reviewed and updated master database, including information missing and reconciliation of transfers (4.4); discussion with HAL, RDB, and AMJ re: preparation of Examiner's Report (.5). | 9.6 | $425 | $ 4,080.00 |
| 05/05/26 | RDB | Discussion with HAL, NED, and AMJ re: assistance with the preparation of the Examiner's Report (.5); reviewed and analyzed Chase accounts x0790, x3930, and x5361 held in the name of TSS for the period January 1, 2021 through March 1, 2026 (1.2); discussion with HAL re: investor analysis (.4). | 2.1 | $265 | $ 556.50 |
| 05/05/26 | AMJ | Assisted with preparation of master analysis, including reconciliation of transfers and updating of payee/payor information (7.3); discussion with NED, HAL, and RDB re: assistance with the preparation of the Examiner's Report (.5) | 7.8 | $245 | $ 1,911.00 |
| 05/05/26 | AY | Analyzed two bank accouints held by Tropical Golf Properties (Chase x6699, Chase x6627) for December 2023 through May 2025. | 5.2 | $245 | $ 1,274.00 |
| 05/06/26 | HAL | Discussion with CMC re: work to be performed and analysis of SEC filings (.5); meeting with counsel and NED re: status of production and outstanding bank records (.2); reviewed investor listing for RADD Wentworth (.4); assisted in the preparation of the Examiner's Report (1.2); reviewed list of outstanding bank records for the Debtors with NED (.3). | 2.6 | $575 | $ 1,495.00 |
| 05/06/26 | CMC | Discussion with HAL re: work to be performed and analysis of the SEC filings (.5); review of RAD REIT Financial Analysis prepared by Ice Miller, KPMG Report and available public records (4.8); begin review of preliminary offering circular (including amendments, corporate documents, and related correspondences filed) filed 10/24/19 (1.6). | 6.9 | $500 | $ 3,450.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/06/26 | NED | Reviewed CFIS export for TSS accounts (.1); discussion with AMJ re: analysis of TD bank x8276 and preparation of documents request list (.1); reviewed and updated bank matrix (.3); continued to assist with preparation of Examiner's Report (2.7); discussion with AY re: credit cards to be analyzed (.2); reviewed and updated document request list for non-debtor accounts prepared by AMJ (1.6); reviewed documents request list with HAL (.3); meeting with HAL and D. Merola (.2); reviewed analysis of TD Bank x0390 prepared by AMJ (.5); performed quality control on master database (1.6). | 7.6 | $425 | $ 3,230.00 |
| 05/06/26 | RDB | Continued review and analysis of Chase accounts x0790, x3930, and x5361 held in the name of TSS for the period January 1, 2021 through March 1, 2026. | 7.3 | $265 | $ 1,934.50 |
| 05/06/26 | AMJ | Prepared documents request list as of May 06, 2026 (3.7); continued assisting with preparation of master analysis, including balance checks and reconciliation of transfers (4.1); discussion with NED re: assisting in review of master bank analysis (.1). | 7.9 | $245 | $ 1,935.50 |
| 05/06/26 | AY | Discussion with NED re: credit cards to be analyzed (.2); analyzed Chase and American Express credit card statements (4.6). | 4.8 | $245 | $ 1,176.00 |
| 05/07/26 | HAL | Discussion with RDB re: investor analysis and analysis of customers in The Seminar Solutions (.2); researched Wentworth Golf Course and reviewed investment offerings re: same (1.1). | 1.3 | $575 | $ 747.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/07/26 | CMC | Continued to review preliminary offering circular (including amendments, corporate documents, and related correspondences filed) filed 10/24/19, offering circular (including amendments and related correspondences filed) filed 12/01/21, and offering circular (including amendments and related correspondences filed) filed 03/24/23 (3.2); begin review of review of filed annual Form 1-Ks (from 12/31/18 through 12/31/21) and semi-annual Form 1-SA (from 06/30/20 through 06/30/22) and compilation of disclosed related party transactions (by entity) and other information of interest (3.6). | 6.8 | $500 | $ 3,400.00 |
| 05/07/26 | NED | Reviewed and performed quality control on Master Database (2.3); continued to assist with preparation of Examiner's Report, including research on Debtors and non-debtor related entities as well as review of Offering Circular and Form 1-k (3.6). | 5.9 | $425 | $ 2,507.50 |
| 05/07/26 | RDB | Discussion with HAL re: investor analysis (.2); prepared and updated master investor database (2.2); analyzed bank statement payee/payors for investor transactions (4.2). | 6.6 | $265 | $ 1,749.00 |
| 05/07/26 | AMJ | Continued assisting with preparation of master analysis, including balance checks and reconciliation of transfers. | 7.3 | $245 | $ 1,788.50 |
| 05/07/26 | AY | Analyzed cancelled check information for Chase accounts ending x6699, Chase x6627. | 0.8 | $245 | $ 196.00 |
| 05/08/26 | HAL | Discussion with CMV re: cryptocurrency tracing analysis (.2); reviewed investors in RADD Wentworth and traced funds re: same (.8); discussion with CMC re: RADD America (.9); assisted in the preparation of the Examiner's Report (2.8). | 4.7 | $575 | $ 2,702.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/08/26 | CMC | Discussion with HAL re: RADD America (.9); continued to review filed annual Form 1-Ks (from 12/31/18 through 12/31/21) and semi-annual Form 1-SA (from 06/30/20 through 06/30/22) and compilation of disclosed related party transactions (by entity) and other information of interest (2.0); review of RAD Land REIT Form D (filed 05/25/23); preliminary offering circular (including amendments and related correspondences filed) filed 12/04/23, SEC Staff Action Order (dated 10/11/24); and compilation of disclosed related party transactions (by entity) and other information of interest (3.3). | 6.3 | $500 | $ 3,150.00 |
| 05/08/26 | NED | Communication with D. Cooper from GGG re: QuickBooks records (.1); discussion with AMJ re: bank analysis and reconciliation of intercompany transfers (.3); analyzed intercompany loans reflected on Debtors balance sheets (1.6). | 2.0 | $425 | $ 850.00 |
| 05/08/26 | CMV | Reviewed email from investor re: cryptocurrency disclosure (.4); traced transactions on blockchain (1.8); discussion with HAL re: tracing of cryptocurrency (.2). | 2.4 | $365 | $ 876.00 |
| 05/08/26 | RDB | Updated master investor database (6.3); downloaded and reviewed documents from SEC's digital production (.8). | 7.1 | $265 | $ 1,881.50 |
| 05/08/26 | AMJ | Traced transfers between debtor and non-debtor affiliates' bank accounts in the master bank analysis (8.1); discussion with NED re: tracing of intercompany TD bank transfers (.3). | 8.4 | $245 | $ 2,058.00 |
| 05/11/26 | HAL | Discussion with CMC re: rollover investments and review of offering circulars (.5); meeting with D. Merola re: records outstanding (.6); analyzed P&L's for the Debtors for 2019-2025 (1.2); reviewed Reg A master investor list (.9); reviewed subscription agreements provided by G. O'Brien (1.9). | 5.1 | $575 | $ 2,932.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/11/26 | CMC | Discussion with HAL re: rollover investments and review of offering circulars (.5); summarized issued and outstanding stock for RAD Land REIT based upon the financial statements from December 31, 2018 through June 30, 2022 (1.3); compiled summary schedule of offerings filed by RAD REIT and RAD Land REIT (2.1). | 3.9 | $500 | $ 1,950.00 |
| 05/11/26 | NED | Reviewed P&Ls provided (.3); communication with D. Cooper (.2); reviewed RADD America analysis prepared by CMC (.3); analyzed related party loans and reviewed general ledger activity for DDH Fund (2.8); analyzed related party loans and reviewed general ledger activity for DHI Fund (1.8); analyzed related party loans and reviewed general ledger activity for DHI Holdings (1.3). | 6.7 | $425 | $ 2,847.50 |
| 05/11/26 | RDB | Continued review of documents from SEC production. | 5.4 | $265 | $ 1,431.00 |
| 05/11/26 | AMJ | Continued tracing and identifying transfers between debtor and non-debtor accounts in master bank analysis. | 6.7 | $245 | $ 1,641.50 |
| 05/12/26 | HAL | Reviewed deposition transcript of D. Mendenhall (1.8); reviewed invoices from TSS to RAD REIT (1.0); scheduled interviews with former investors and employees of the Debtors (.1); assisted with the preparation of the Examiner's Report (2.1). | 5.0 | $575 | $ 2,875.00 |
| 05/12/26 | CMC | Researched EDGAR filings for RAD REIT for disclosure related to purchases of real estate from DHIF, DHIH, and DDHF (1.3); researched EDGAR filings for RAD REIT for Acquisition Agreements with DHIF, DHIH, and DDHF (.4). | 1.7 | $500 | $ 850.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/12/26 | NED | Analyzed related party loans and reviewed general ledger activity for RAD REIT; reviewed financials and bank activity for RAD REIT (3.3); analyzed related party loans and reviewed general ledger activity for RAD OZ (1.2); analyzed receivable due from TSS to RAD REIT (1.8); reviewed master database (.4); prepared summary tables of transfers between related entities (.9). | 7.6 | $425 | $ 3,230.00 |
| 05/12/26 | CMV | Reviewed draft Examiner's Report, KPMG report, and files produced to date (2.3); updated chart of insiders employed by the Debtor (.3); reviewed cryptocurrency transactions (.9); assisted in preparation of report (1.7). | 5.2 | $365 | $ 1,898.00 |
| 05/12/26 | RDB | Continued to review and analyze bank accounts in the name of TSS (3.9); analyzed bank statement payee/payors for investor deposits and redemptions (3.4). | 7.3 | $265 | $ 1,934.50 |
| 05/12/26 | AMJ | Analyzed management fees using general ledger activity exported from QuickBooks. | 3.6 | $245 | $ 882.00 |
| 05/13/26 | HAL | Reviewed disclosures and semiannual report on Edgar (.6); communication with G. O'Brien re: same (.2); reviewed summary of receivables due from TSS (1.1); reviewed records produced by the SEC (1.7). | 3.6 | $575 | $ 2,070.00 |
| 05/13/26 | NED | E-mail communications re: TSS receivable (.2); analyzed schedules filed by debtors (2.1); assisted with identifying properties over $1 million held by Debtors (1.3); reviewed and updated management fees analysis prepared by AMJ (.3); reviewed schedule of payments to RADD Management (.4); reviewed payments to TSS in general ledgers (1.6); research properties (.5); reviewed and analyzed monthly operating reports filed (1.8); supervision of staff (.2). | 8.4 | $425 | $ 3,570.00 |
| 05/13/26 | CMV | Researched available public records for properties owned by the Debtors and Non-Debtor Affiliates. | 3.7 | $365 | $ 1,350.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/13/26 | RDB | Updated master investor database (3.4); downloaded and reviewed documents from SEC's additional production (2.8). | 6.2 | $265 | $ 1,643.00 |
| 05/13/26 | AMJ | Analyzed additional bank records for DHI Holdings TD Bank account ended in x5376 (2.4); reviewed and organized subsequent production from the SEC (1.2); prepared analysis of marketing, consulting, and management expenses from the general ledger (1.3); reconciled TSS invoices to master bank analysis (3.4). | 8.3 | $245 | $ 2,033.50 |
| 05/14/26 | HAL | Meeting with Examiner and investor K. Stack (1.0); meeting with Examiner to plan and prepare Examiner's Report (2.9). | 3.9 | $575 | $ 2,242.50 |
| 05/14/26 | CMC | Assisted with the preparation of the Examiner's Report. | 6.1 | $500 | $ 3,050.00 |
| 05/14/26 | NED | Updated document outstanding list and email response to counsel re: bank documents. | 1.2 | $425 | $ 510.00 |
| 05/14/26 | CMV | Researched property information in public records online (3.4); communication with property counties for to obtain purchase and sale records (1.5); prepared summaries of property findings (1.5). | 6.4 | $365 | $ 2,336.00 |
| 05/14/26 | RDB | Reviewed TSS documents from SEC production (2.9); reviewed and analyzed additional statements for Chase accounts x0790 held in the name of TSS for the period December 1, 2017 through December 31, 2020 (4.8). | 7.7 | $265 | $ 2,040.50 |
| 05/14/26 | AMJ | Continued to prepare bank analysis and analyze supporting documents for accounts held in the name of DHI Holding LP, Rad Management LLC, Radd Capital Management LLC, RAD Diversified Land REIT Inc, Rad Diversified Reit Inc, and Exit-B LLC produced by the SEC. | 7.8 | $245 | $ 1,911.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/14/26 | AY | Analyzed additional statements received from SEC for 18 accounts through CFIS (TD x9802, TD x9857, TD x4701, Wells Fargo x4509, Wells Fargo x0710, (3.9); reviewed SEC production and analyzed unknown checks and deposits (5.7). | 9.6 | $245 | $ 2,352.00 |
| 05/15/26 | HAL | Communications with former employees to schedule interviews (.2); assisted with the preparation of the Examiner's Report (1.3); discussion with RDB re: review of investor listing and TSS analysis (1.0); reviewed general ledgers provided by D. Cooper (.9); reviewed accounting firms and CFOs hired by the | 3.9 | $575 | $ 2,242.50 |
| 05/15/26 | CMC | Reviewed audit reports included within financial statements from 2018 through December 31, 2021 and prepared summary (1.4); assisted with the preparation of the Examiner's Report (1.7). | 3.1 | $500 | $ 1,550.00 |
| 05/15/26 | NED | Continued to assist with Examiner's Report (1.5); analyzed activity for the period 2016 through 2023 from Debtors' general ledgers (5.2). | 6.7 | $425 | $ 2,847.50 |
| 05/15/26 | CMV | Email to HAL re: list of properties for which additional information is needed (.1); updated tables for report (.2); researched non-debtor affiliates that hold real property (3.4); researched related entities (Tropical / Wentworth) (1.1); reviewed SEC production for Tropical/Wentworth records (1.3). | 6.1 | $365 | $ 2,226.50 |
| 05/15/26 | RDB | Continued to review and analyze of additional Chase accounts x0790 held in the name of TSS for the period December 1, 2017 through December 31, 2020 (2.8); discussion with HAL re: review of investor listing and TSS analysis (1.0). | 3.8 | $265 | $ 1,007.00 |
| 05/15/26 | AMJ | Continued to prepare bank analysis and analyze supporting documents for accounts held in the name of DHI Holding LP, RADD Management LLC, RADD Capital Management LLC, RAD Diversified Land REIT Inc, RAD Diversified Reit Inc, and Exit-B LLC produced by the SEC. | 6.7 | $245 | $ 1,641.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/15/26 | AY | Continued to analyze bank statements and supporting documents for additional bank records provided by SEC (Wells Fargo x5497, Wells Fargo x5471, Enterprise x5305, Comerica x9321, Chase x1778, American Express x2001, American Express x1007, American Express x4003) (6.8); assisted with preparation of list of documents reviewed and relied upon for Examiner's Report (1.1). | 7.9 | $245 | $ 1,935.50 |
| 05/16/26 | NED | Continued to analyze activity for 2016 - 2023 from the Debtors' general ledgers. | 5.1 | $425 | $ 2,167.50 |
| 05/16/26 | AMJ | Continued to prepare bank analysis and analyze supporting documents for accounts held in the name of DHI Holding LP, RADD Management LLC, RADD Capital Management LLC, RAD Diversified Land REIT Inc, RAD Diversified Reit Inc, and Exit-B LLC produced by the SEC. | 1.9 | $245 | $ 465.50 |
| 05/17/26 | HAL | Discussion with RDB re: tracing procedures for TSS and the non-debtor affiliates (.5); reviewed D. Mangini deposition (1.2). | 1.7 | $575 | $ 977.50 |
| 05/17/26 | NED | Continued to assist with preparation of Examiner's Report (3.6); reviewed analysis of additional periods analyzed for 17 accounts and updated bank analysis (2.3). | 5.9 | $425 | $ 2,507.50 |
| 05/17/26 | RDB | Discussion with HAL re: tracing procedures for TSS and non-debtor affiliates. | 0.5 | $265 | $ 132.50 |
| 05/17/26 | AMJ | Reconciled transactions from bank records to the general ledgers for the Debtor entities. | 2.1 | $245 | $ 514.50 |
| 05/18/26 | HAL | Meeting with A. Layden re: property sales by DDH and DHI, and case update (.3); reviewed cryptocurrency information and wallet information provided by the Debtor (.5); multiple communications with G. O'Brien re: investor records needed (.4); traced funds in TSS and RADD America (.9); continued to assist with the preparation of the Examiner's Report (1.3). | 3.4 | $575 | $ 1,955.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/18/26 | CMC | Prepared summary of RAD Land REIT inflows and outflows from bank activity and related analysis of individuals/entities within the activity (3.6); reviewed RAD Land REIT corporate documents including: Limited Partnership Agreement, Certificate of Limited Partnership, Promissory Note (with D. Orcutt, dated 03/18/24); reviewed RAD REIT Hard Money Loans investor agreements; reviewed RAD Land REIT Promissory Note; and reviewed DDH Fund Hard Money Loans investor agreements (3.8). | 7.4 | $500 | $ 3,700.00 |
| 05/18/26 | NED | Performed quality control on master database, including balance checks and reconciliation of intercompany transfers. | 3.7 | $425 | $ 1,572.50 |
| 05/18/26 | CMV | Performed research on properties (3.3); prepared diagrams for report (2.7); assisted in preparation of report (.8). | 6.8 | $365 | $ 2,482.00 |
| 05/18/26 | RDB | Reviewed and analyzed investor investments and distributions found in master bank analysis. | 5.6 | $265 | $ 1,484.00 |
| 05/18/26 | AY | Analyzed November 2024 through May 2025 bank records for RADD Capital Wells Fargo account x5489 and January 2018 through June 2023 bank records for Simple CRE Wells Fargo accounts. | 7.2 | $245 | $ 1,764.00 |
| 05/19/26 | HAL | Reviewed tables for TSS (.6); reviewed C. Montgomery deposition transcript (1.1); reviewed investor documents for hard money loans (1.3); reviewed documents provided in Relativity (1.4). | 4.4 | $575 | $ 2,530.00 |
| 05/19/26 | NED | Continued to perform quality control on master database, including reconciliation of intercompany transfers. | 4.1 | $425 | $ 1,742.50 |
| 05/19/26 | CMV | Reviewed documents on Relativity platform (3.8); reviewed Serles Rd and Browning Rd properties (1.2); updated diagrams (.6); assisted in preparation of report (1.6). | 7.2 | $365 | $ 2,628.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| 05/19/26 | RDB | Continued to review and analyze investments and distributions into master bank analysis (1.9); prepared exhibits for flow of funds for nondebtor accounts (5.8). | 7.7 | $265 | $ | 2,040.50 |
| 05/19/26 | AY | Analyzed and reconciled July 2023 through February 2025 bank records for Simple CRE Wells Fargo accounts through CFIS. | 3.3 | $245 | $ | 808.50 |
| 05/20/26 | HAL | Attended continued 341 meeting (3.9 - No Charge); reviewed rollover section of the report (.6); meeting with counsel re: subpoenas to be sent out (.5); traced investor funds through non-debtor affiliates (1.3); continued to assist with the preparation of the Examiner's Report (1.1). | 3.5 | $575 | $ | 2,012.50 |
| 05/20/26 | CMC | Reviewed Regulation D filings on EDGAR for RADD Capital Crypto Fund, LP, RADD Ventures, LP, RADD Saint Petersburg, LP, RADD Wentworth SPV LLC, RADD Real Estate Wholesale Fund, LP, RADD Foothills SPV, LLC, RADD Windy City, LP, RADD Pollard Farm SPV, LLC and compilation of information from the forms into a spreadsheet (including exemptions claimed, investments sold (including gross proceeds); disclosed investors/management, etc.) (6.2); researched management's disclosures related to its original investment methodology and related disclosures when management changed methodologies (1.0); researched of management disclosures related to Crush Capital Inc (.6). | 7.8 | $500 | $ | 3,900.00 |
| 05/20/26 | NED | Continued to assist with preparation of Examiner's Report, including research on Simple CRE and Hawkeye Baseball LLC (3.1); reviewed TSS payroll journal for payments to Dutch and Vaughn (.3); continued to perform quality control on master database, including reconciliation of intercompany transfers (4.3). | 7.7 | $425 | $ | 3,272.50 |
| 05/20/26 | RDB | Prepared exhibits and tables of flow of funds for the Non-Debtor Affiliates TSS, RAD America, RAD Capital, RADD Crypto, and RADD Ventures. | 7.1 | $265 | $ | 1,881.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/20/26 | AY | Reviewed and analyzed SEC production. | 1.6 | $245 | $ 392.00 |
| 05/21/26 | HAL | Meeting with Examiner and D. Ortiz re: case background (1.0); meeting with D. Merola re: subpoenas (.4); discussion with CMV re: properties to be investigated (.5); discussion with CMC re: SEC filings (.6); reviewed schedule of properties sold by the Debtors (.8); researched Foothills property and traced funds from Browning Property (1.6); reviewed deposition of T. Green (1.5). | 6.4 | $575 | $ 3,680.00 |
| 05/21/26 | CMC | Discussion with HAL re: SEC filings for various affiliated RADD entities. | 0.6 | $500 | $ 300.00 |
| 05/21/26 | NED | Continued to perform quality control on master database, including reconciliation of intercompany transfers (1.2); assisted with preparation of Report, including research and review of documents for non-debtor entities, Inner Circle membership program, joint-venture partnership, hard money loans and promissory notes (4.7). | 5.9 | $425 | $ 2,507.50 |
| 05/21/26 | CMV | Discussion with HAL re: properties and analysis (.5); assisted with preparation of report (2.1). | 2.6 | $365 | $ 949.00 |
| 05/21/26 | RDB | Prepared exhibits of flow of funds for the Non-Debtor Affiliates RAD Philadelphia, RADD Solutions, RADD Capital Management, 7 Rivers Auction, RADD Foothills, and RADD Wentworth. | 7.3 | $265 | $ 1,934.50 |
| 05/21/26 | AY | Researched Debtor and Non-Debtor Affiliates on sunbiz. | 4.7 | $245 | $ 1,151.50 |
| 05/22/26 | HAL | Assisted with the preparation of Examiner's Report (2.1); traced funds for RADD Wentworth property (1.1); prepared tables for Report (1.7). | 4.9 | $575 | $ 2,817.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/22/26 | NED | Reviewed Enterprise Bank & Trust response to subpoena (.3); updated bank matrix (.2); reviewed and updated documents request list (.3); continued to assist with preparation of Report (1.9); reviewed withdrawals from Simple CRE bank account(s) and updated analyses (.6); performed quality control on Report (2.6); discussion with RDB re: master database (.6). | 6.5 | $425 | $ 2,762.50 |
| 05/22/26 | CMV | Researched properties and performed associated asset tracing. | 3.8 | $365 | $ 1,387.00 |
| 05/22/26 | RDB | Prepared exhibits for flow of funds for Debtors RAD REIT and RAD OZ Fund (7.3); discussion with NED re: master database (.6). | 7.9 | $265 | $ 2,093.50 |
| 05/23/26 | HAL | Reviewed deposition of K. Narvaez (1.2); reviewed and updated exhibits for Examiner's Report (1.3); reviewed records related to Redemption Freeze (.9); communications with investors re: same (.2). | 3.6 | $575 | $ 2,070.00 |
| 05/23/26 | NED | Performed quality control on Examiner's Report. | 1.9 | $425 | $ 807.50 |
| 05/23/26 | AY | Analyzed Hawkeye Baseball JPMorgan Chase bank accounts for the period of December 2017 through May 2025. | 8.3 | $245 | $ 2,033.50 |
| 05/24/26 | NED | Continued to assist with preparation of the report including updates to tables and tracing diagrams. | 3.8 | $425 | $ 1,615.00 |
| 05/25/26 | HAL | Researched highway 19 property, Capital Hackers lease (1.1); researched properties that have the debtor's employees living in them (.6); reviewed and updated NAV analysis (1.3); assisted in the preparation of the Examiner's Report (2.1); discussions with CMV re: property analysis (1.2). | 6.3 | $575 | $ 3,622.50 |
| 05/25/26 | NED | Performed quality control on master database (.9); assisted with preparation of Report (.2); reviewed and updated Hawkeye Baseball analysis (1.0); continued to assist with preparation of Report (2.4). | 4.5 | $425 | $ 1,912.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/25/26 | CMV | Discussions with HAL re: property analysis (1.2); reviewed and updated report (1.1); updated exhibits (.4); researched certain properties owned by the Debtors (4.1). | 6.8 | $365 | $ 2,482.00 |
| 05/25/26 | RDB | Prepared exhibits for flow of funds for Debtors DHI Fund, DHI Holdings, and DDH Fund (3.3); prepared tables for the report (4.3). | 7.6 | $265 | $ 2,014.00 |
| 05/26/26 | HAL | Preparation of Examiner's Report with Examiner (4.5); meeting with B. Mendenhall and Examiner re: case background (1.0); updated report (1.5). | 7.0 | $575 | $ 4,025.00 |
| 05/26/26 | CMC | Prepared background of Regulation A Tier 1 and Tier 2 offerings and Regulation D offerings including Rule 506(c) and Section 3(c)(5)(c) of the Investment Company Act of 1940 for the Examiner's Report (3.1); researched EDGAR filings for disclosures related to the NAV and compiled disclosures with related sources (.4); prepared accounting opinion observations for the Examiner's Report (.6); research of EDGAR filings for disclosures related to unrealized gains on investment properties and compiled disclosures with related sources (.9). | 5.0 | $500 | $ 2,500.00 |
| 05/26/26 | NED | Continued to assist with preparation of Report including updates to tables and flow of funds tracing. | 5.8 | $425 | $ 2,465.00 |
| 05/26/26 | CMV | Retrieved corporate documents (.1); researched and assembled notes on golf course property (.5); updated report (.3). | 0.9 | $365 | $ 328.50 |
| 05/26/26 | RDB | Reviewed and analyzed Chase bank accounts x0179 and x1010 held in the name of Hawkeye Baseball LLC for the period December 1, 2017 through May 30, 2025. | 6.2 | $265 | $ 1,643.00 |
| 05/27/26 | HAL | Meeting with D. Mangini and Examiner re: case background (1.0); preparation of report with Examiner (5.0). | 6.0 | $575 | $ 3,450.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/27/26 | NED | Discussions with CMV re: Serles and Browning properties (.4); prepared profit and loss tables for report (.9); continued to assist with preparation of the Report (4.1). | 5.4 | $425 | $ 2,295.00 |
| 05/27/26 | CMV | Reviewed Serles property journal entries and official files (1.2); discussion with NED re: Serles and Browning properties (.4); updated list of documents reviewed and relied upon exhibit (4.2). | 5.8 | $365 | $ 2,117.00 |
| 05/28/26 | HAL | Reviewed Examiner's Report with Examiner (3.1); prepared ShareFile for D. Mangini (.1); communication with CRO re: rent collections and rent rolls inquiries (.3). | 3.5 | $575 | $ 2,012.50 |
| 05/28/26 | CMV | Reviewed corporate documents for TSS (.7); reviewed files on Relativity (1.2); reviewed cryptocurrency records (.4); reviewed Appendix A forms and tracker (.5); reviewed and updated report (2.2); continued preparation of list of documents reviewed and relied upon (2.5). | 7.5 | $365 | $ 2,737.50 |
| 05/28/26 | RDB | Performed quality control on calculations and tables in second and final Report. | 4.6 | $265 | $ 1,219.00 |
| 05/29/26 | HAL | Discussion with CMV re: tracing of funds from Civic and Kiavi (.2); reviewed results of tracing analysis (1.0); reviewed production from D. Mangini (.6). | 1.8 | $575 | $ 1,035.00 |
| 05/29/26 | NED | Continued to assist with preparation of Report re: updates to tables and calculations. | 6.1 | $425 | $ 2,592.50 |
| 05/29/26 | CMV | Discussion with HAL re: Civic Financial and Kiavi (.2); reviewed and traced use of proceeds from Civic Financial and Kiavi (4.4); prepared summary re: tracing analysis of funds from Civic and Kiavi (.3). | 4.9 | $365 | $ 1,788.50 |
| 05/29/26 | RDB | Reviewed and updated flow of funds section of report for Debtors RAD REIT, RAD Oz, DHI Holdings, and DDH Fund. | 7.9 | $265 | $ 2,093.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 05/29/26 | AMJ | Retrieved supporting documents for records referenced in report (3.2); prepared support binder (2.3). | 5.5 | $245 | $ 1,347.50 |
| 06/01/26 | HAL | Discussion with NED re: update to tables in Report (1.0); meeting with Examiner re: findings and additional points of investigation (4.1); meeting with D. Merola and Examiner re: update and subpoenas (.4); call with Debtors' representatives re: Capital Hackers (.2). | 5.7 | $575 | $ 3,277.50 |
| 06/01/26 | NED | Discussion with HAL re: update to tables in the report (1.0); supervision of AMJ (.1); reviewed and updated list of sources and documents relied upon (4.4); continued to assist with preparation of Report (1.6). | 7.1 | $425 | $ 3,017.50 |
| 06/01/26 | CMV | Investigated properties owned by the Debtors and Non-Debtor Affiliates. | 2.5 | $365 | $ 912.50 |
| 06/01/26 | AMJ | Performance of quality control on calculations in Examiner's Report. | 3.9 | $245 | $ 955.50 |
| 06/02/26 | HAL | Discussion with NED re: accounting section of the report (.4); continued review of investor documents (1.3); traced mortgages obtained on properties in joint venture deals (1.7); continued assistance in the preparation of the Examiner's Report (3.1). | 6.5 | $575 | $ 3,737.50 |
| 06/02/26 | CMC | Email correspondence with NED re audit opinions issued by auditor (.1); assisted in the preparation of the SEC filing section of the report (1.2). | 1.3 | $500 | $ 650.00 |
| 06/02/26 | NED | Continued to assist with preparation of Report, including discussion with HAL. | 1.7 | $425 | $ 722.50 |
| 06/02/26 | CMV | Reviewed mortgage payments (.7); retrieved supporting documentation for report (1.3); reviewed files on Relativity (2.1). | 4.1 | $365 | $ 1,496.50 |
| 06/02/26 | RDB | Prepared exhibit 4 for Examiner's Report. | 3.9 | $265 | $ 1,033.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 06/03/26 | HAL | Reviewed report exhibits with Examiner (1.0); meeting with D. Merola re: exhibits to report and subpoena to subpoena to Gemini exchange (.4); communication with Debtors' representatives re: foreclosures (.2); continued assistance with the preparation of Examiner's Report (3.1); multiple meetings with Examiner re: report (.9). | 5.6 | $575 | $ 3,220.00 |
| 06/03/26 | CMV | Drafted subpoena language for cryptocurrency subpoena (.4); reviewed non-debtor transfers to third parties (3.7); researched third parties that received funds from the Debtors and Non-Debtor Affiliates (2.2). | 6.3 | $365 | $ 2,299.50 |
| 06/03/26 | RDB | Updated flow of funds sections and prepared updated tables for the Debtor DHI Holdings, and Non-Debtor Affiliates TSS, RAD America and RAD Capital. | 7.6 | $265 | $ 2,014.00 |
| 06/03/26 | AMJ | Continued preparation of support binder for Examiner's Report. | 1.5 | $245 | $ 367.50 |
| 06/04/26 | HAL | Call with D. Merola re: Report (.5); discussion with CMV re: payments to third parties (.5); discussion with AMJ re: exhibits (.3); multiple meetings with Examiner re: report (.8); assisted the Examiner with the preparation of the Examiner's Report (1.1). | 3.2 | $575 | $ 1,840.00 |
| 06/04/26 | CMV | Reviewed payments from debtors to third parties (2.8); discussion with HAL re: payments to third parties (.5); reviewed payments from the non-debtors to third parties (2.5); reviewed documents on Relativity (.4). | 6.2 | $365 | $ 2,263.00 |
| 06/04/26 | RDB | Updated flow of funds sections and prepared updated tables for Non-Debtor Affiliates RADD Solutions, RADD Capital Management, and RADD Foothill (2.6); prepared flow of funds support documents for the same Non-Debtor Affiliates (4.2). | 6.8 | $265 | $ 1,802.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| 06/04/26 | AMJ | Finalized support binder for Examiner's report (1.3); performance of quality control on calculations in Examiner's Report (1.6); discussion with HAL re: exhibits (.3). | 3.2 | $245 | $ | 784.00 |
| 06/05/26 | HAL | Discussion with RBD to finalize tables for report (1.2); discussion with Examiner re: review of report (.3); updated report (2.1); traced purchase and sale for Browning property (1.1); reviewed Clarksdale property and investigated same (1.6). | 6.3 | $575 | $ | 3,622.50 |
| 06/05/26 | CMV | Assisted in preparation of report (.5); retrieved supporting documents for Examiner's binder (.4). | 0.9 | $365 | $ | 328.50 |
| 06/05/26 | RDB | Updated flow of funds sections and prepared updated tables for Non-Debtor Affiliates RADD Wentworth, RADD Wholesale Management, Simple CRE, Exit B LLC, and RADD Real Estate (3.2); prepared flow of funds support documents for the same Non-Debtor Affiliates (3.4); meeting with HAL to finalize tables for report (1.2). | 7.8 | $265 | $ | 2,067.00 |
| 06/07/26 | HAL | Final review of diagrams and calculations in Examiner's Report. | 2.4 | $575 | $ | 1,380.00 |
| 06/08/26 | HAL | Meeting with A. Layden re: report (1.1); finalized report with Examiner (8.4). | 9.5 | $575 | $ | 5,462.50 |
| 06/08/26 | CMC | Meeting with NED regarding Regulation A and Regulation D status for RAD REITT and RADD America (.2); reviewed emailed notes from NED regarding report language for audit opinions issued and related email correspondence with NED (.2). | 0.4 | $500 | $ | 200.00 |
| 06/08/26 | NED | Prepared exhibits (3.2); assisted with preparation of Report (1.4); discussion with CMV re: exhibits (.2). | 4.8 | $425 | $ | 2,040.00 |
| 06/08/26 | CMV | Meeting with Examiner and HAL re: diagrams in Examiner's Report and updates to diagrams (4.3); follow-up discussion with NED re: exhibits (.2). | 4.5 | $365 | $ | 1,642.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 06/08/26 | RDB | Meeting with Examiner and HAL re: updates to report (1.3); updated flow of funds sections based on meeting with HAL and Examiner (4.8). | 6.1 | $265 | $ 1,616.50 |
| 06/09/26 | HAL | Meeting with K. Plancarte and Examiner (1.1); reviewed Gemini subpoena (1.0). | 2.1 | $575 | $ 1,207.50 |
| 06/10/26 | HAL | Reviewed documents from Wells Fargo (1.1); reviewed documents from G. Mangini (.5); reviewed documents from K. Plancarte (.8). | 2.4 | $575 | $ 1,380.00 |
| 06/11/26 | HAL | Reviewed records provided by D. Mangini (.4); reviewed Debtor's fifth document production (.9). | 1.3 | $575 | $ 747.50 |
| 06/15/26 | NED | Reviewed subpoenas issued and updated bank matrix (.6); reviewed documents provided and updated bank matrix (2.9). | 3.5 | $425 | $ 1,487.50 |
| 06/22/26 | NED | Reviewed production from Fifth Third Bank, Paycor, JPMorgan Chase, Bank of America. | 1.1 | $425 | $ 467.50 |
| 06/23/26 | HAL | Preparation for and attendance at hearing (1.5 - No Charge); reviewed status of subpoena responses provided by D. Merola (.4); reviewed subpoena productions (1.2). | 1.6 | $575 | $ 920.00 |
| 06/23/26 | NED | Email communication to HAL re: subpoena status. | 0.1 | $425 | $ 42.50 |
| 06/24/26 | HAL | Meeting with D. Merola and NED re: subpoena productions to date (.5); meeting with E. Lyons and Examiner (1.0). | 1.5 | $575 | $ 862.50 |
| 06/24/26 | NED | Reviewed responses from TD Bank and Wells Fargo and updated bank matrix (1.1); meeting with D. Merola and HAL re: same (.5). | 1.6 | $425 | $ 680.00 |
| 06/25/26 | HAL | Meetings with D. Merola and NED re: status of outstanding subpoenas and necessary action to obtain records (.2); reviewed information provided by S. Small re: Idaho properties (1.1). | 1.3 | $575 | $ 747.50 |
| 06/25/26 | NED | Meeting with D. Merola and HAL re: subpoenas and outstanding requests. | 0.2 | $425 | $ 85.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| 06/29/26 | HAL | Reviewed responses from Gemini re: subpoena (.6); discussion with CMV re: same (.3). | 0.9 | $575 | $ | 517.50 |
| 06/29/26 | CMV | Discussion with HAL re: subpoena from Gemini and work to be done. | 0.3 | $365 | $ | 109.50 |
| 06/30/26 | HAL | Reviewed depositions for addresses referenced (.5); researched wallet addresses belonging to the Debtors at cryptocurrency exchanges (1.1). | 1.6 | $575 | $ | 920.00 |
| 06/30/26 | NED | Retrieved property records. | 0.6 | $425 | $ | 255.00 |
| 06/30/26 | CMV | Reviewed and responded to cryptocurrency inquiry. | 0.2 | $365 | $ | 73.00 |
| 07/01/26 | HAL | Meeting with J. George re: background (1.6); communication with D. Merola re: documents outstanding (.1). | 1.7 | $575 | $ | 977.50 |
| 07/06/26 | HAL | Meeting with former employee re: history and background at RAD. | 1.2 | $575 | $ | 690.00 |
| 07/09/26 | HAL | Retrieved EINs for bank subpoenas. | 1.1 | $575 | $ | 632.50 |
| 07/09/26 | NED | Discussion with AMJ re: work to be done (.2); email communications with counsel (.1). | 0.3 | $425 | $ | 127.50 |
| 07/09/26 | AMJ | Retrieved all entity EINs for American express subpoena request (.4); discussion with NED re: work to be done (.2); reviewed subsequent productions from banks (3.8). | 4.4 | $245 | $ | 1,078.00 |
| 07/10/26 | AMJ | Continued organizing bank statements and supporting document received in new production from Examiner's Counsel (1.1); processed subsequent bank records in CFIS (4.3); updated bank analysis (2.7). | 8.1 | $245 | $ | 1,984.50 |
| 07/13/26 | NED | Discussion with AMJ re: analysis of supplemental bank productions. | 0.3 | $425 | $ | 127.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 07/13/26 | AMJ | Continued upload of subsequently produced documents from the banks into CFIS (1.2); continued preparation of bank analysis including update payee/payor information (6.8); discussion with NED re: updates to bank analysis with additional production (.3). | 8.3 | $245 | $ 2,033.50 |
| 07/14/26 | AMJ | Analyzed cancelled checks and deposit slips for subsequent bank production. | 7.9 | $245 | $ 1,935.50 |
| 07/15/26 | HAL | Meeting with Debtors' counsel, A. Layden and Examiner re: case update (.6); prepared summary re: RADD Foothills property (1.2). | 1.8 | $575 | $ 1,035.00 |
| 07/15/26 | NED | Traced investor funds for RADD Foothills. | 1.2 | $425 | $ 510.00 |
| 07/15/26 | AMJ | Reviewed bank activity for RADD Foothills, First Third Bank account ended in x4176, TD Bank account ended in x9134, and Wells Fargo Bank account ended in x9935. | 2.2 | $245 | $ 539.00 |
| 07/16/26 | NED | Prepared summary of sources and uses of funds in re: RADD Foothills accounts (.8); prepared summary re: same (.1). | 0.9 | $425 | $ 382.50 |
| 07/16/26 | AMJ | Performance of quality control on updated bank analysis. | 1.8 | $245 | $ 441.00 |
| 07/17/26 | RDB | Reviewed investor list for RADD Foothills. | 1.3 | $265 | $ 344.50 |
| 07/17/26 | AMJ | Analyzed bank statements for 7 Rivers Auction House bank account ended x6232, including analysis of cancelled checks and deposit slips. | 7.8 | $245 | $ 1,911.00 |
| 07/20/26 | AMJ | Continued analysis of bank statements for 7 Rivers Auction House bank account ended x6237, including analysis of cancelled checks and deposit slips. | 6.9 | $245 | $ 1,690.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 07/21/26 | AMJ | Analyzed bank statements for Capital Hacker JP Morgan Chase bank account ended in x0698, and RADD Wentworth JP Morgan Chase accounts ended in x1152 and x3759, TD Bank account ended in x1081 and Wells Fargo Bank account ended in x1276 including analysis of cancelled checks and deposit slips. | 7.8 | $245 | $ 1,911.00 |
| 07/22/26 | AMJ | Analyzed bank statements for RADD Capital Crypto Fund Wells Fargo Bank account ended in x0657, and Simple CRE Wells Fargo Bank accounts ended in x0710 and x4509, including analysis of cancelled checks and deposit slips. | 7.9 | $245 | $ 1,935.50 |
| 07/22/26 | AY | Analyzed cancelled checks for 7 Rivers Auction House bank account x9836. | 1.2 | $245 | $ 294.00 |
| 07/23/26 | NED | Reviewed bank analysis, including supervision of AMJ and AY. | 0.5 | $425 | $ 212.50 |
| 07/23/26 | AMJ | Analyzed bank statements for TSS JP Morgan Chase bank account ended in x3930 and Wells Fargo Bank account ended in x0790, including analysis of cancelled checks and deposit slips. | 7.6 | $245 | $ 1,862.00 |
| 07/23/26 | AY | Analyzed checks for RADD Capital bank accounts (1.6); analyzed bank accounts for RAD Capital Management bank accounts (6.5). | 8.1 | $245 | $ 1,984.50 |
| 07/23/26 | AY | Analyzed checks for RADD Capital bank accounts (1.6); analyzed bank accounts for RAD Capital Management bank accounts (Wells Fargo x5471, Wells Fargo x5489) (5.8). | 7.4 | $245 | $ 1,813.00 |
| 07/24/26 | HAL | Meeting with Examiner and D. Warren re: farm properties (1.0); meeting with Debtors' counsel and Examiner re: Second and Final Examiner's Report (.6); discussion with NED, CMV and RDB re: final report (.5); analyzed rent roll (.6). | 2.7 | $575 | $ 1,552.50 |
| 07/24/26 | NED | Discussion with HAL, CMV, and RDB re: second and final report. | 0.5 | $425 | $ 212.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| 07/24/26 | CMV | Discussion with HAL, NED and RDB re: work to be performed for second and final report (.5); performed research on properties in Brandon, FL for similar properties held by the Dutch Trust (3.1). | 3.6 | $365 | $ | 1,314.00 |
| 07/24/26 | RDB | Discussion with HAL, NED, and CMV re: second and final report. | 0.5 | $265 | $ | 132.50 |
| 07/24/26 | AMJ | Analyzed bank statements for DDH Fund LP JP Morgan Chase account ended in x5257, DHI Fund LLC Wells Fargo Bank account ended in x6635, DHI Holdings LP Wells Fargo Bank account ended in x9321, RAD Diversified Land REIT, Inc Wells Fargo Bank account ended in x1227, and RADD Solutions, LLC Wells Fargo Bank account ended in x1778, including analysis of cancelled checks and deposit slips. | 7.4 | $245 | $ | 1,813.00 |
| 07/27/26 | HAL | Communication with investors (.3); reviewed production from Gemini (1.4); assisted in the preparation of the Examiner's Second and Final Report (2.3). | 4.0 | $575 | $ | 2,300.00 |
| 07/27/26 | NED | Discussion with CMV re: balance sheets (.2); assisted with preparation of Second Examiner's Report (2.7); discussions with AMJ re: bank analysis (.2). | 3.1 | $425 | $ | 1,317.50 |
| 07/27/26 | CMV | Discussion with NED re: balance sheets and Debtor's schedules (.2); reviewed identified properties in the same neighborhood as 4604 Clarksdale against Debtors' balance sheets and schedules (.8); reviewed cryptocurrency activity (2.1). | 3.1 | $365 | $ | 1,131.50 |
| 07/27/26 | RDB | Analyzed payroll records for TSS and RADD Solutions (4.3); continued review and analysis of new investor activity (.6). | 4.9 | $265 | $ | 1,298.50 |
| 07/27/26 | AMJ | Discussion with NED re: reconciliation of bank analysis (.2); performance of quality control on bank analysis (2.2). | 2.4 | $245 | $ | 588.00 |
| 07/28/26 | HAL | Communications with A. Cohen and P. Brooking re: past due balances on rental properties. | 0.2 | $575 | $ | 115.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 07/28/26 | CMV | Continued review of cryptocurrency activity (4.3); assisted in preparation of Examiner's Report (1.1); performed research of properties (.5). | 5.9 | $365 | $ 2,153.50 |
| 07/28/26 | RDB | Prepared updated investor analysis for supplemental report. | 6.2 | $265 | $ 1,643.00 |
| 07/28/26 | AMJ | Analyzed bank statements for RADD Ventures, LP TD Bank account ended in x8134 and RAD Diversified REIT INC JP Morgan Chase Bank account ended in x3867, including analysis of cancelled checks and deposit slips. | 3.8 | $245 | $ 931.00 |
| 07/29/26 | HAL | Meeting with Examiner, D. Merola and J. Elrod (.7); updated tables in report with RDB (1.4); assisted in the preparation of the Examiner's Second and Final Report (2.1); discussions with CMV re: properties that the Debtors' principals relatives and employees lived and cryptocurrency section of the report (1.0). | 5.2 | $575 | $ 2,990.00 |
| 07/29/26 | CMV | Discussion with HAL re: properties in which the Debtors' principals' family and friends live in (.3); discussion with HAL re: cryptocurrency tracing and associated section of the report (.7); researched properties in which the Debtors' principal's family former employee residences (3.9). | 4.9 | $365 | $ 1,788.50 |
| 07/29/26 | RDB | Continued review and analysis of new investor activity (2.3); prepared flow of funds and summary of investor contributions, including meeting with HAL (3.4). | 5.7 | $265 | $ 1,510.50 |
| 07/29/26 | AMJ | Reconciled TSS general ledgers to identify the owners of credit cards identified to have been paid by TSS (3.2); investigated transfers to determine properties purchased for relatives of the debtor principals (2.2). | 5.4 | $245 | $ 1,323.00 |
| 07/30/26 | HAL | Meeting with Examiner re: review of Second and Final Report (2.3); updated report (1.2); analyzed payroll records (1.8). | 5.3 | $575 | $ 3,047.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| 07/30/26 | NED | Discussion with RDB re: tables for report (.1); discussion with AMJ re: master database and analysis of 7 Rivers Livestock Commission (.3); reviewed and updated bank matrix (.2); assisted with preparation of Examiner's second and final report (.7). | 1.3 | $425 | $ | 552.50 |
| 07/30/26 | CMV | Continued research of properties purchased by the Debtors for the benefit of the Debtors' insiders (6.7); assisted in preparation of report (1.1). | 7.8 | $365 | $ | 2,847.00 |
| 07/30/26 | RDB | Continued preparation of flow of funds tables and summary of investor contributions for Examiner's second and final Report (7.7); discussion with NED re: tables for report (.1). | 7.8 | $265 | $ | 2,067.00 |
| 07/30/26 | AMJ | Discussion with NED re: reconciliations and updates to master bank analysis (.3); performed quality control on tables in Examiner's second and final report (2.4). | 2.7 | $245 | $ | 661.50 |
| 07/31/26 | HAL | Analyzed properties held by the Debtors and their relatives (1.1); discussions with CMV re: same (.3); updated report with Examiner's changes (.7); meeting with RDB re: tables and investor calculations in Supplemental Report (2.1); meeting with Examiner to prepare second and final report (2.4). | 6.6 | $575 | $ | 3,795.00 |
| 07/31/26 | CMV | Discussion with HAL re: investigation of properties (.3); reviewed property related filings on docket (1.1). | 1.4 | $365 | $ | 511.00 |
| 07/31/26 | RDB | Meeting with HAL re: tables and investor calculations in second and final report (2.1); updated flow of funds and summary of investor contributions for report (5.7). | 7.8 | $265 | $ | 2,067.00 |
| 07/31/26 | AMJ | Continued performance of quality control on tables and calculations in Examiner's second and final report. | 1.9 | $245 | $ | 465.50 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 08/03/26 | HAL | Reviewed production from Paychex (1.3); assisted in the preparation of the Examiner's Report (1.6); meeting with Examiner re: review of Examiner's Report (2.8); discussion with CMV re: tracing of investor distributions and sources of those funds (.7). | 6.4 | $575 | $ 3,680.00 |
| 08/03/26 | CMV | Researched payments to the IRS (1.4); traced distributions to investors and source of those payments (2.2); created table for report (.4); discussions with HAL re: report and findings (.7); trace flow of funds from investors to ultimate disbursement of those funds (2.1); reviewed payees and payors from bank database (1.4). | 8.2 | $365 | $ 2,993.00 |
| 08/03/26 | RDB | Reviewed flow of funds sections of second and final (1.2); analyzed transfers between the debtors and non-debtor affiliates (3.8); reviewed and analyzed Paychex payroll records (.8). | 5.8 | $265 | $ 1,537.00 |
| 08/04/26 | HAL | Meeting with A. Layden, D. Merola, and Examiner re: review of report (1.0); reviewed and finalized exhibits to report (1.1); meeting with Examiner to prepare Supplemental Report (2.6); updated report with changes from the Examiner (.6); meeting with CMV re: unknown ACH transactions (1.2). | 6.5 | $575 | $ 3,737.50 |
| 08/04/26 | CMV | Reviewed ACH detail in general ledgers and reviewed ACH detail produced by the SEC (4.2); meeting with HAL re: ACH transactions and report | 5.4 | $365 | $ 1,971.00 |
| 08/04/26 | RDB | Reviewed and analyzed ACH Settlement Detail. | 2.4 | $265 | $ 636.00 |
| 08/05/26 | HAL | Meeting with Examiner and Counsel re: finalize report (1.1); updated report (.4). | 1.5 | $575 | $ 862.50 |
| 08/05/26 | CMV | Assisted in preparation of report (1.1); reviewed ACH detail prepared by RDB (.8). | 1.9 | $365 | $ 693.50 |
| 08/07/26 | AMJ | Retrieved records requested pursuant to IRS subpoena. | 3.9 | $245 | $ 955.50 |
| 08/12/26 | HAL | Meeting with representative from the IRS-CI and Examiner re: case background and inquiries. | 0.8 | $575 | $ 460.00 |

**EXHIBIT 4**

Complete Time Records in Chronological Order by Activity Code

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 08/14/26 | AMJ | Continued to retrieve records pursuant to IRS subpoena. | 1.2 | $245 | $ 294.00 |
| 08/19/26 | HAL | Prepared Sharefile for IRS. | 0.1 | $575 | $ 57.50 |
| 08/20/26 | HAL | Communication with IRS re: workproduct request and other background questions. | 0.8 | $575 | $ 460.00 |
| 08/28/26 | HAL | Discussion with AMJ re: document request from the Debtor. | 0.1 | $575 | $ 57.50 |
| 08/28/26 | AMJ | Gathered documents pursuant to request from the Debtors (.2); discussion with HAL re: same (.1). | 0.3 | $245 | $ 73.50 |
| | | **Preparation and Review of Reports Required by UST Subtotal:** | **1,283.8** | | **$ 463,417.50** |

**Activity Code: Fee/Employment Applications**

| Date | Name | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 04/06/26 | HAL | Prepared Declaration. | 1.1 | $575 | $ 632.50 |
| 08/13/26 | PC | Prepared draft of first and final fee application. | 2.5 | $195 | $ 487.50 |
| 08/14/26 | HAL | Review and revisions to first and final fee application. | 2.8 | $575 | $ 1,610.00 |
| 08/19/26 | HAL | Continued review and revisions to first and final fee application. | 1.6 | $575 | $ 920.00 |
| 08/28/26 | HAL | Finalized first and final fee application. | 2.3 | $575 | $ 1,322.50 |
| | | **Fee/Employment Applications Subtotal:** | **10.3** | | **$ 4,972.50** |
| | | **Grand Total:** | **1,294.1** | | **$ 468,390.00** |