UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| RAD Diversified REIT, Inc. | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP,<br>DHI Fund, LLC,<br>DHI Holdings, LP,<br>DDH Fund, LLC, | Case No. 8:26-bk-01637<br>Case No. 8:26-bk-01638<br>Case No. 8:26-bk-01639<br>Case No. 8:26-bk-01640 |
| Debtors. | **Objection Deadline: Sept. 25, 2026**<br>**Hearing Date: Sept. 29, 2026 at 3:30 p.m.** |

**SUMMARY OF FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RAD DIVERSIFIED REIT, INC., *ET AL.*, FOR THE PERIOD OF APRIL 11, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Services Provided to: | The Official Committee of Unsecured Creditors |
| Name of Certifying Professional: | John D. Elrod |
| Date of Retention: | April 11, 2026 |
| Period for this Application: | April 11, 2026 through August 31, 2026 |
| Amount of Compensation Sought: | $182,225.00[1] |
| Amount of Expense Reimbursement: | $229.10 |
| Amount of Original Retainer: | None |
| Blended Hourly Rate for this Application: | $951.57 |
| This is an interim or final application: | Interim |

Disclose the following for each prior application:

*Not applicable because no prior fee application has been filed with the Court.

[1] Applicant seeks allowance of $182,225.00 but payment of only 80% ($145,780.00) at this time.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| RAD Diversified REIT, Inc. | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP,<br>DHI Fund, LLC,<br>DHI Holdings, LP,<br>DDH Fund, LLC, | Case No. 8:26-bk-01637<br>Case No. 8:26-bk-01638<br>Case No. 8:26-bk-01639<br>Case No. 8:26-bk-01640 |
| Debtors. | **Objection Deadline: Sept. 25, 2026**<br>**Hearing Date: Sept. 29, 2026, at 3:30 p.m.** |

**FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RAD DIVERSIFIED REIT, INC., *ET AL.*, FOR THE PERIOD OF APRIL 11, 2026 THROUGH AUGUST 31, 2026**

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Greenberg Traurig, LLP, as counsel to the Official Committee of Unsecured Creditors, has filed an application for compensation in the amount of $182,225.00 and reimbursement of expenses in the amount $229.10 (the "Application"). A copy of the Application may be viewed on the case docket (https://dm.epiq11.com/case/radd/dockets) or may be obtained by request to Applicant at (678) 553-2259 or ElrodJ@gtlaw.com.

If you object to the Application, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 by no later than **September 25, 2026**.

A hearing on the Application is scheduled for **September 29, 2026 at 3:30 pm ET**. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application.

Greenberg Traurig, LLP ("Greenberg Traurig" or the "Applicant"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") of the jointly administered bankruptcy estates of RAD Diversified REIT, Inc., RAD Diversified OZ Fund, LP, DHI Fund, LLC, DHI Holdings, LLC, and DDH Fund, LLC (collectively, the "Debtors"), hereby files its first application for interim compensation for allowance and payment of compensation and reimbursement of expenses incurred in these chapter 11 cases during the period from April 11, 2026 through August 31, 2026 (the "Application Period"), and in support thereof, states as follows:

## RETENTION OF APPLICANT AND REQUESTED AWARD

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(A). Venue is proper before this Court pursuant to 28 U.S.C. § 1408. The statutory predicates for the relief requested herein are sections 105(a), 1102 and 1103 of the Bankruptcy Code.

2. On March 1, 2026 (the "Petition Date"), the Debtors each filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned cases (the "Bankruptcy Cases").

3. On May 1, 2026, the Applicant submitted its *Application for Approval of Employment of Greenberg Traurig, LLP, as Counsel for the Official Committee of Unsecured Creditors* [Dkt. No. 400] (the "Application to Employ"). The Application to Employ was granted via order of this Court on June 2, 2026 [Dkt. No. 551].

4. The Applicant submits this Application, pursuant to Sections 328, 330, 331 and 503(b) of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Guidelines. The Applicant requests an interim award of legal fees incurred by the Applicant for services rendered,

as counsel to the Committee, in the amount of $182,225.00—and payment at this time of $145,780.00 (80% thereof)—and reimbursement for the actual and necessary expenses incurred by the Applicant during the Application Period in the amount of $229.10; comprised of the following monthly fees and expenses:

- April: $60,000.00 in fees and $3.50 in expenses.
- May: $31,425.00 in fees.
- June: $23,640.00 in fees and $117.50 in expenses.
- July: $50,360.00 in fees and $108.10 in expenses.
- August: $16,800.00 in fees.

5. This request is the Applicant's First Interim Application to the Court for compensation and reimbursement of expenses for services rendered as counsel to the Committee. No understanding exists between the Applicant and any other person for the sharing of compensation sought by the Applicant, except among the partners and associates of the Applicant.

6. In accordance with the Guidelines, the following exhibits are annexed to this Application:

**Exhibit 1**: Summary of Professional Time;

**Exhibit 2**: Summary and Breakdown of Requested Reimbursement of Expenses;

**Exhibit 3:** Applicant's Complete Time Records, in chronological order, by activity code category, for the time period covered by this application; and

**Exhibit 4:** Certification of Applicant.

7. The Applicant has documented a total of **191.50** hours during the Application Period in rendering necessary and beneficial legal services to the Committee. **Exhibit 1** contains a list of the Applicant's professionals who have provided services to the Committee during the Application Period, the hourly rate charged by each and a summary of time expended by each professional. The Applicant prepared **Exhibit 1** based on, among other things, contemporaneous

daily time records maintained by the Applicant's attorneys who rendered services in this case. **Exhibit 2** contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, on behalf of the Debtors, for which the Applicant seeks reimbursement in accordance with Section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines. The expenses and disbursements summarized in **Exhibit 2** are those which the Applicant typically would invoice to its non-bankruptcy clients. **Exhibit 3** contains complete time records, in chronological order, by activity code category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.

## BACKGROUND

8. These cases were commenced on March 1, 2026 (the "Petition Date") by the filing of a voluntary Chapter 11 petition for relief by each of the Debtors in the United States Bankruptcy Court for the Middle District of Florida.

9. Since the Petition Date, the Debtors have remained in possession of their assets and in control of their business operations as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

10. On March 27, 2026, the Committee was appointed by the Office of the United States Trustee [Dkt. No. 140].

11. On April 8, 2026, the Court entered an Order approving the appointment of Maria M. Yip as Examiner (the "Examiner") in these chapter 11 cases. [Dkt. No. 195].

## DESCRIPTION OF SERVICES

12. The services rendered by the Applicant during the Application Period as counsel to the Committee are summarized below:

13. **Case Administration.** The Applicant assisted and counseled the Committee regarding matters relating to the administration of the Bankruptcy Cases. The services provided

included, but were not limited to, review of case pleadings, consideration of case issues and analysis, strategy meetings, discussions and correspondence between and among counsel for the Committee, and the Debtors' professionals regarding status of case, case strategy and related case issues. The Applicant expended a total of 61.00 hours in this category and is requesting $58,765.00 for the services rendered in this category.

14. **Asset Analysis and Recovery.** This category relates to matters pertaining to asset analysis and recovery, including asset dispositions. The Applicant reviewed various documents of the Debtors and the Examiner, including the Examiner's reports, to identify potential assets including causes of action and other sources of potential recoveries. The Applicant assisted and counseled the Committee regarding matters concerning asset analysis and recovery, including matters relating to potential fraudulent transfers, calls and communications with Debtors' professionals regarding the Debtors' real property, and the sale and auction process; detailed review and analysis of reports from the Debtors' professionals, including the auctioneer; and analyzing court filings relating to the Debtors' sale process, including sale motions, motions to confirm sales, and proposed orders regarding the foregoing; preparing for and attending hearings related to the foregoing. The Applicant expended a total of 34.20 hours in this category and is requesting $34,200.00 for the services rendered in this category.

15. **Relief from Stay / Adequate Protection Proceedings.** This category relates to matters involving relief from stay and adequate protection proceedings in the Bankruptcy Cases. The services provided included, but were not limited to, preparing for and attending hearings concerning stay relief and related matters, analyzing the issues presented by such motions, and addressing related case developments. The Applicant expended a total of 4.40 hours in this category and is requesting $4,400.00 for the services rendered in this category.

16. **Meetings and Communications with Creditors.** The Applicant conducted regular meetings with the Committee, routinely provided updates and explanations to the Committee regarding matters concerning many aspects of the administration of these chapter 11 cases, sought Committee approved for various actions in the case, and regularly responded to creditor inquiries. The Applicant expended a total of 36.00 hours in this category and is requesting $36,000.00 for the services rendered in this category.

17. **Fee/Employment Applications.** The Applicant prepared and reviewed certain employment applications, including but not limited to the Application to Employ Greenberg Traurig as Counsel to the Committee, reviewing applications filed by other case professionals, and preparing this application. The Applicant expended a total of 7.80 hours in this category and is requesting $7,800.00 for the services rendered in this category.

18. **Financing / Cash Collections.** This category relates to matters involving financing, cash collateral, and related cash management issues in the Bankruptcy Cases. The services provided included, but were not limited to, preparing for and attending a case hearing concerning cash collateral and related matters, as well as reviewing documents and filings in advance of the hearing. The Applicant expended a total of 1.90 hours in this category and is requesting $1,900.00 for the services rendered in this category.

19. **Plan and Disclosure Statement.** This category relates to time spent on the chapter 11 plan and disclosure statement matters. The services performed included, but were not limited to, calls and meetings with Debtors' counsel and Committee professionals regarding plan issues and structure; detailed review of, and comments on, the proposed plan; strategy discussions regarding plan treatment and drafting inserts to the plan. The Applicant expended a total of 28.60 hours in this category and is requesting $28,600.00 for the services rendered in this category.

20. **General Bankruptcy Advice / Opinions.** This category relates to general bankruptcy advice and legal analysis provided in connection with issues arising in the Bankruptcy Cases. The services provided included, but were not limited to, researching issues related to substantive consolidation of non-debtor entities, preparing and finalizing a related research report, reviewing materials relevant to substantive consolidation issues, and drafting and revising a motion for substantive consolidation. The Applicant expended a total of 17.60 hours in this category and is requesting $10,560.00 for the services rendered in this category.

**EVALUATION OF SERVICES RENDERED**

21. This Application has presented the nature and extent of the professional services the Applicant has rendered in connection with its representation of the Committee for which the Applicant seeks compensation. The recitals set forth herein and in the Exhibits attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto alone cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these cases.

22. *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. *Georgia Highway* remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990). The twelve factors are:

(1) The time and labor required;

(2) The novelty and difficulty of the questions presented;

(3) The skill required to perform the legal services properly;

(4) The preclusion from other employment by the attorney due to acceptance of the case;

(5) The customary fee for similar work in the community;

(6) Whether the fee is fixed or contingent;

(7) The time limitations imposed by the client or circumstances;

(8) The amount involved and results obtained;

(9) The experience, reputation and ability of the attorneys;

(10) The undesirability of the case;

(11) The nature and length of the professional relationship with the client; and

(12) Awards in similar cases.

*Georgia Highway,* 455 F.2d at 717-19.

23. Based on the standards set forth in Section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is $145,780.00 (80% of $182,225.00) in fees plus expenses of $229.10.

24. **Time, Nature and Extent of Services Rendered, Results Obtained and Related Georgia Highway Factors.** The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services of the Applicant rendered for the benefit of the Committee during the period covered by this Application. The total number of hours expended, 191.50 hours, reveals the extensive time devoted to this matter by the Applicant on a vast spectrum of legal issues which have arisen in this case during the period covered by this Application.

25. **Novelty and Difficulty of Questions Presented.** The issues that have arisen in this case during the period encompassed by this Application demanded a high level of skill. The Applicant spent considerable time researching and reviewing various issues, and reviewing and revising pleadings and documents.

26. **Skill Requisite to Perform Services Properly.** In rendering services to the Committee, the Applicant demonstrated substantial legal skill and expertise in the areas of bankruptcy, commercial law, debtor-creditor rights, and secured transactions and negotiation.

27. **Preclusion from Other Employment by Attorney due to Acceptance of Case.** The Applicant has devoted substantial time in the representation of the Committee as more fully appears on each of the Exhibits. The Applicant is aware of no other specific employment that was precluded as a result of its accepting this case, but had the Applicant not accepted this employment, the time spent in this case would have been spent on other matters that would pay an hourly compensation on a current basis, or other monthly retainer work.

28. **Customary Fee.** The hourly rate charged by the Applicant as set forth in the Exhibits ranges from $600.00 to $1,000.00 for attorneys, which reflects a special accommodation discount from its standard hourly rates, made for the Committee in these cases only.

29. **Whether Fee is Fixed or Contingent.** The Applicant's compensation in this matter is subject to approval of the Court and is, therefore, contingent. The Court should consider this factor, which militates in favor of a fee award in the amount requested. The amount requested is consistent with the fee that the Applicant would charge its clients in other noncontingent, bankruptcy and commercial cases.

30. **Time Limitations Imposed by Client or Other Circumstances.** The circumstances of this case occasionally imposed serious time constraints on the Applicant due to the volume of work and the necessity for rapid resolution of significant issues.

31. **Experience, Reputation and Ability of Attorneys.** The Applicant is an established law firm and its members and associates working on this case are experienced attorneys with significant experience in bankruptcy cases and representing official committees. The Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of corporate, commercial, real estate, and litigation services, with specialized knowledge, skill and experience in unique aspects of this bankruptcy case.

32. **"Undesirability" of Case.** This case is not undesirable. The Applicant is privileged to have the opportunity to represent the Committee and to appear before the Court in this case.

33. **Nature and Length of Professional Relationship with Client.** The Applicant and the Committee's professional relationship began on April 11, 2026.

34. **Awards in Similar Cases.** The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation that the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.

## SUMMARY OF EXPENSES

35. During the Application Period, Greenberg Traurig incurred or disbursed actual and necessary costs and expenses related to these cases in the aggregate amount of $229.10. The expenses include information and research charges, including Lexis, PACER, and WestlawNext

charges. A detailed description of the necessary costs and expenses incurred by Greenberg Traurig is attached hereto as **Exhibit 2**.

## CONCLUSION

WHEREFORE, the Applicant respectfully requests the Court enter an order, in substantially the form annexed hereto as **Exhibit 5**, (i) awarding Applicant the sum of $182,225.00 as compensation for services rendered, and $229.10 as reimbursement for actual and necessary expenses incurred during the course of the Applicant's representation of the Committee during the Application Period; (ii) authorizing and directing the Debtors to pay to the Applicant, upon entry of an Order awarding the fees and expenses requested in this Application, fees in the amount of $145,780.00 (representing 80% of the amount awarded), and expenses in the amount of $229.10 for a total payment to the Applicant of $146,009.10; and (iii) granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 4th day of September, 2026.

Respectfully submitted,

/s/ *John D. Elrod*

John D. Elrod, Fla. Bar No. 0615013
Greenberg Traurig, LLP
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: elrodj@gtlaw.com

Ari Newman
Greenberg Traurig, P.A.
333 S. E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0868
Email: newmanar@gtlaw.com

*Counsel for the Unsecured Creditors' Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and in accordance with Local Rule 2016-1.

*/s/ John D. Elrod*
John D. Elrod
Florida Bar No. 0615013

# EXHIBIT 1

Summary of Professional Time

| **Name** | **Partner, Associate or Paraprofessional** | **Total Hours** | **Average Hourly Rate** | **Fees** |
|---|---|---|---|---|
| John D. Elrod | Shareholder | 97.00 | $1,000.00 | $97,000.00 |
| Danielle S. Kemp | Shareholder | 3.10 | $1,000.00 | $3,100.00 |
| Ari Newman | Shareholder | 69.00 | $1,000.00 | $69,000.00 |
| Samuel G. Husman | Associate | 17.60 | $600.00 | $10,560.00 |
| Allison J. McGregor | Associate | 3.90 | $600.00 | $2,340.00 |
| Angelina Perez | Paralegal | 0.90 | $250.00 | $225.00 |
| **Totals:** | | **191.50** | **$951.57** | **$182,225.00** |

**EXHIBIT 2**

Summary and Breakdown of Requested Reimbursement of Expenses

| **Expense Category** | **Total Expenses** |
|---|---|
| Lexis Information and Research | $114.00 |
| Pacer Information and Research | $7.00 |
| Westlaw Next Information and Research | $108.10 |
| **Total** | **$229.10** |

# **EXHIBIT 3**

Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.

GT GreenbergTraurig

Invoice No. : 1001500403
File No. : 244923.010100
Bill Date : August 31, 2026

Unsecured Creditors Committee for RAD Diversified REIT, Inc., et al.

# INVOICE

Re: Committee Representation

Legal Services through August 31, 2026:

| | | |
|---|---|---|
| Case Administration: | $ | 58,765.00 |
| Asset Analysis and Recovery: | $ | 34,200.00 |
| Relief from Stay/Adequate Protection Proceedings: | $ | 4,400.00 |
| Meetings of and Communications with Creditors: | $ | 36,000.00 |
| Fee/Employment Applications: | $ | 7,800.00 |
| Financing/Cash Collections: | $ | 1,900.00 |
| Plan and Disclosure Statement (including Business Plan): | $ | 28,600.00 |
| General Bankruptcy Advice/Opinions: | $ | 10,560.00 |
| Total Fees: | $ | 182,225.00 |

Expenses:

| | | | |
|---|---|---|---|
| Information and Research | 229.10 | | |
| Total Expenses: | | $ | 229.10 |
| **Current Invoice**: | | **$** | **182,454.10** |

JDE:SC
Tax ID: [redacted]083

GT GreenbergTraurig

Invoice No. : 1001500403
File No. : 244923.010100

***Important:*** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

***FOR YOUR CONVENIENCE,***
***PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT***
***FOR FEES & COSTS ARE AS FOLLOWS:***

**For Wire Instructions:**
Bank: WELLS FARGO BANK
ABA #: 121000248

**For ACH Instructions:**
Bank: WELLS FARGO BANK
ABA# 063107513

CREDIT TO: GREENBERG TRAURIG
ACCOUNT #: [redacted]8663

**PLEASE REFERENCE:**

**CLIENT NAME:** UNSECURED CREDITORS COMMITTEE FOR RAD DIVERSIFIED REIT, INC., ET AL.
**FILE NUMBER:** **244923.010100**
**INVOICE NUMBER:** **1001500403***
**BILLING PROFESSIONAL:** **John D. Elrod**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
*** If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

*****

JDE:SC
Tax ID: [redacted]3083

## Description of Professional Services Rendered:

TASK CODE: B110 CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/12/26 | Ari Newman | Review and analysis of filings in bankruptcy case (.6); correspondence regarding next steps (.2); review materials provided by committee members (.4); consider potential targets and actions (.3) | 1.50 | 1,500.00 |
| 04/13/26 | Danielle S. Kemp | Call with Debtor counsel regarding case analysis | 1.00 | 1,000.00 |
| 04/13/26 | Ari Newman | Call with Debtors' counsel regarding case background and related issues (1.0); review materials referenced by Debtors' counsel in connection with potential claims (.5) | 1.50 | 1,500.00 |
| 04/13/26 | Ari Newman | Draft and revise Committee bylaws | 1.20 | 1,200.00 |
| 04/14/26 | Danielle S. Kemp | Participate in call with Examiner's counsel regarding examination goals | 0.40 | 400.00 |
| 04/14/26 | Ari Newman | Review documents in advance of call with Examiner (.5); call with Examiner's counsel regarding case overview and issues (.4); review new case filings (.1) | 1.00 | 1,000.00 |
| 04/15/26 | Ari Newman | Review new case filings (.2); review and revise Examiner Order (.8) | 1.00 | 1,000.00 |
| 04/16/26 | Danielle S. Kemp | Attend RAD hearing regarding initial status conference | 1.50 | 1,500.00 |
| 04/16/26 | Ari Newman | Prepare task list (.4); correspondence with team regarding same (.1) | 0.50 | 500.00 |
| 04/17/26 | Ari Newman | Review updated task list and correspondence regarding case tracker | 0.20 | 200.00 |
| 04/21/26 | John D. Elrod | Prepare for and participate in hearing on application to employ Tranzon | 0.60 | 600.00 |
| 04/23/26 | Ari Newman | Meeting with Debtors' counsel (1.3); attend UCC Meeting (1.0); strategy discussion with J. Elrod regarding case status and next steps (.2) | 2.50 | 2,500.00 |
| 04/24/26 | Ari Newman | Call and correspondence with Debtors' counsel (.3); review new case filings and correspondence regarding same (.4) | 0.70 | 700.00 |
| 04/28/26 | Ari Newman | Call with Debtors' counsel regarding case issues (.5); call with J. Elrod regarding case issues (.2); review schedules and statements (.3) | 1.00 | 1,000.00 |
| 04/28/26 | Ari Newman | Call with Examiner's counsel regarding Examiner Order and other case issues | 0.30 | 300.00 |
| 04/30/26 | Ari Newman | Review new filings, including retention papers and sale motions | 0.30 | 300.00 |
| 05/01/26 | Ari Newman | Call with US Trustee regarding Examiner Order (.5); follow up discussion with J. Elrod regarding same (.2) | 0.70 | 700.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 05/03/26 | John D. Elrod | Call with J. Pack regarding potential plan issues | 0.60 | 600.00 |
| 05/04/26 | John D. Elrod | Prepare for and participate in call with E. Lyons (.8); attention to discovery issues (.3); prepare for and participate in call with examiner and J. Thomas (1.5); review of emails from creditors regarding asset diversion (.8); correspondence with J. Pack regarding additional entities filing bankruptcy (.2); review of documents from Florida AG's office (.5) | 4.10 | 4,100.00 |
| 05/04/26 | Ari Newman | Strategy discussion regarding proofs of claim and related issues (.2); correspondence with Debtors' counsel regarding case issues (.2) | 0.40 | 400.00 |
| 05/04/26 | Ari Newman | Review and analyze proposed revisions to Examiner Order from UST and call regarding same | 0.30 | 300.00 |
| 05/05/26 | John D. Elrod | Prepare for and attend sale hearings (1.2); call with debtors counsel (.4) | 1.60 | 1,600.00 |
| 05/05/26 | Ari Newman | Call with A. Layden regarding Examiner's order | 0.30 | 300.00 |
| 05/17/26 | John D. Elrod | Review and edit proposed order granting motion to extend bar date | 0.20 | 200.00 |
| 05/18/26 | John D. Elrod | Emails with debtors' counsel (.2); emails with committee (.4) | 0.60 | 600.00 |
| 05/18/26 | Angelina Perez | Review court docket and recent filings; update calendars; update deadlines chart | 0.90 | 225.00 |
| 05/19/26 | John D. Elrod | Prepare for and attend 5.19.26 hearing | 2.00 | 2,000.00 |
| 05/19/26 | Ari Newman | Attend court hearings on various stay relief, sale, and other matters | 1.50 | 1,500.00 |
| 05/20/26 | John D. Elrod | Prepare for and attend continued meeting of creditors | 5.20 | 5,200.00 |
| 06/02/26 | John D. Elrod | Prepare for and participate in 6.2.26 hearings | 1.00 | 1,000.00 |
| 06/09/26 | John D. Elrod | Call with US Trustee and update client regarding same | 0.50 | 500.00 |
| 06/11/26 | Ari Newman | Meeting with Debtors' counsel regarding case issues (.4); review new case filings (.3); correspondence regarding discovery (.2) | 0.90 | 900.00 |
| 06/12/26 | Ari Newman | Correspondence with Examiner (.1); strategy call with J. Elrod regarding case issues (.2) | 0.30 | 300.00 |
| 06/15/26 | Ari Newman | Review ICE Miller interim application and correspondence regarding same | 0.20 | 200.00 |
| 06/16/26 | Ari Newman | Prepare for call with Examiner (.4); call with Examiner and her counsel regarding Examiner Report and related issues (1.1) | 1.50 | 1,500.00 |
| 06/23/26 | John D. Elrod | Prepare for and attend 6.23 hearing | 1.00 | 1,000.00 |
| 06/24/26 | John D. Elrod | Attendance at 6.24 hearings | 0.70 | 700.00 |
| 06/26/26 | Allison J. McGregor | Research non-debtor subsidiary consideration motion and draft email | 3.90 | 2,340.00 |

Invoice No.: 1001500403 
Matter No.: 244923.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | summary of findings | | |
| 07/11/26 | John D. Elrod | Prepare for and participate in meeting with debtors' professionals (.6); review and edit chapter 11 plan (1.1) | 1.70 | 1,700.00 |
| 07/14/26 | John D. Elrod | Prepare for and participate in 7.14 hearings | 1.70 | 1,700.00 |
| 07/22/26 | Ari Newman | Review letter from Debtors' counsel and new filings in case | 0.50 | 500.00 |
| 07/24/26 | Ari Newman | Correspondence regarding real property sales and Examiner meeting | 0.20 | 200.00 |
| 07/28/26 | John D. Elrod | Review of correspondence from debtors' counsel (.3); communication with committee (.4) | 0.70 | 700.00 |
| 07/29/26 | John D. Elrod | Call with examiner and team (.5); communication with J. Wilson (.2); review of SEC complaint (.4); email with debtors' counsel (.3) | 1.40 | 1,400.00 |
| 07/30/26 | Ari Newman | Review and analyze new SEC Complaint and consider impact on chapter 11 cases | 0.70 | 700.00 |
| 07/31/26 | John D. Elrod | Call with Debtors' counsel (.5); follow up items relating to same (.4) | 0.90 | 900.00 |
| 07/31/26 | Ari Newman | Call with Debtors' counsel regarding case issues | 0.50 | 500.00 |
| 07/31/26 | Ari Newman | Correspondence with SEC regarding complaint | 0.10 | 100.00 |
| 08/03/26 | John D. Elrod | Call with SEC regarding complaint against RAD and insiders | 0.50 | 500.00 |
| 08/03/26 | Ari Newman | Review and revise noticing motion (.7); call with J. Krehl regarding noticing motion (.2); prepare for call with SEC counsel (.2); call with SEC counsel regarding SEC complaint (.6); follow up discussion regarding SEC complaint (.2) | 1.90 | 1,900.00 |
| 08/04/26 | John D. Elrod | Prepare for and attend 8.4.26 hearing | 1.00 | 1,000.00 |
| 08/04/26 | Ari Newman | Attend hearing on motion to waive | 0.30 | 300.00 |
| 08/05/26 | John D. Elrod | Review of examiner's second report and communication with committee regarding same | 1.00 | 1,000.00 |
| 08/06/26 | John D. Elrod | Prepare for and participate in call with client (.7); follow up items relating to same (.3) | 1.00 | 1,000.00 |
| 08/11/26 | John D. Elrod | Prepare for and attend 8.11.26 hearing (2.1); call with debtors' counsel (.2) | 2.30 | 2,300.00 |
| 08/12/26 | Ari Newman | Correspondence regarding case issues | 0.20 | 200.00 |
| 08/20/26 | Ari Newman | Correspondence with Debtor's counsel regarding case developments | 0.20 | 200.00 |
| 08/21/26 | Ari Newman | Call with Debtors' counsel regarding case issues | 0.20 | 200.00 |
| 08/31/26 | John D. Elrod | Call with Debtors' counsel regarding case issues (.2); review of emails relating to same (.1) | 0.30 | 300.00 |
| 08/31/26 | Ari Newman | Correspondence regarding TSS | 0.10 | 100.00 |
| | | Total Hours: | 61.00 | |

Description of Professional Services Rendered

Total Amount: $ 58,765.00

TIMEKEEPER SUMMARY FOR TASK CODE B110,

CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
| --- | --- | --- | --- |
| John D. Elrod | 30.60 | 1,000.00 | 30,600.00 |
| Danielle S. Kemp | 2.90 | 1,000.00 | 2,900.00 |
| Ari Newman | 22.70 | 1,000.00 | 22,700.00 |
| Allison J. McGregor | 3.90 | 600.00 | 2,340.00 |
| Angelina Perez | 0.90 | 250.00 | 225.00 |
| Totals: | 61.00 | 963.36 | $ 58,765.00 |

Description of Professional Services Rendered

TASK CODE: B120 ASSET ANALYSIS AND RECOVERY

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/12/26 | John D. Elrod | Review of pleadings in bankruptcy case (2.5); review of Liscano interview video (1.9); revise and circulate discovery requests to debtors (2.0); communication with debtors and examiners' counsel regarding initial meetings (.4) | 6.80 | 6,800.00 |
| 04/14/26 | John D. Elrod | Call with examiner's counsel (.4); review of documents provided by debtors (1.2) | 1.60 | 1,600.00 |
| 04/20/26 | Ari Newman | Review Tranzon Application and correspondence regarding same | 0.50 | 500.00 |
| 04/21/26 | Ari Newman | Attend hearing on broker application (.3); correspondence with Debtors' counsel regarding broker application (.2); correspondence regarding Examiner Order (.2); review sale motions and correspondence regarding same (.4) | 1.10 | 1,100.00 |
| 04/22/26 | John D. Elrod | Prepare for and conduct interview of Brent Mendenhall | 2.30 | 2,300.00 |
| 04/22/26 | John D. Elrod | Review of Idaho and Philadelphia funeral home property draft sale motions and evidence of liens and encumbrances | 0.80 | 800.00 |
| 04/23/26 | John D. Elrod | Prepare for and conduct interview of committee member Jeff Thomas (1.0); prepare for and conduct call with debtors' counsel regarding case issues (1.5) | 2.50 | 2,500.00 |
| 04/23/26 | John D. Elrod | Prepare for and participate in meeting with committee | 1.00 | 1,000.00 |
| 04/24/26 | John D. Elrod | Interview with Jason George | 1.10 | 1,100.00 |
| 04/24/26 | Ari Newman | Correspondence with Examiner regarding discovery | 0.30 | 300.00 |
| 04/28/26 | John D. Elrod | Calls with Debtors' counsel regarding document production issues (1.0); call with examiner's counsel regarding amended order issues (.4); review of documents produced by Debtors (1.0) | 2.40 | 2,400.00 |
| 05/18/26 | Ari Newman | Review sale motions | 0.20 | 200.00 |
| 06/02/26 | Ari Newman | Review filings in advance of hearing (.3); attend hearing on various sale motions (1.1) | 1.40 | 1,400.00 |
| 06/04/26 | Ari Newman | Review and analyze document discovery from Debtors (.4); correspondence regarding same (.1) | 0.50 | 500.00 |
| 06/08/26 | John D. Elrod | Review of examiner's initial report | 1.30 | 1,300.00 |
| 06/08/26 | Ari Newman | Review and analyze recent sale motion case filings (.4); correspondence with UCC regarding Receiver Report (.2); initial review of Receiver Report (.2) | 0.80 | 800.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 06/09/26 | Ari Newman | Review and analyze Receiver Report (1.1); call with J. Elrod regarding same (.3); review debtor production and discussion regarding same in connection with asset analysis (.2) | 1.60 | 1,600.00 |
| 06/17/26 | Ari Newman | Review auction results and related documents | 0.20 | 200.00 |
| 06/18/26 | Ari Newman | Call regarding document discovery and related issues | 0.40 | 400.00 |
| 06/22/26 | Ari Newman | Review new filings, including sale motions and other matters | 0.30 | 300.00 |
| 06/24/26 | Ari Newman | Review sale motion, auction results, and proposed orders | 0.30 | 300.00 |
| 06/25/26 | Ari Newman | Review Sale Orders (.1); attend hearing on Motion to Confirm Sales (.2) | 0.30 | 300.00 |
| 07/10/26 | John D. Elrod | Prepare for and participate in interview of Amy Vaughn's brother in law | 0.50 | 500.00 |
| 07/23/26 | Ari Newman | Analysis of SubCon issues | 0.50 | 500.00 |
| 07/29/26 | Ari Newman | Call with Examiner regarding report and case matters (.5); review new case filings and correspondence regarding same (.2) | 0.70 | 700.00 |
| 07/30/26 | Ari Newman | Review and analyze property tracker (.4); correspondence with Debtors' counsel regarding property tracker and related issues (.6) | 1.00 | 1,000.00 |
| 07/31/26 | Ari Newman | Correspondence regarding property for sale and other sources of recovery | 0.30 | 300.00 |
| 08/05/26 | Ari Newman | Review and analyze Examiner Report (.5); review new sale motions (.2) | 0.70 | 700.00 |
| 08/07/26 | Ari Newman | Correspondence regarding Foothills (.2); review Examiner supplement regarding same (.3) | 0.50 | 500.00 |
| 08/12/26 | John D. Elrod | Review of proposed order on Idaho sale | 0.20 | 200.00 |
| 08/24/26 | Ari Newman | Review new sale motion and other filings | 0.30 | 300.00 |
| 08/25/26 | John D. Elrod | Review of Binomial sale motion | 0.30 | 300.00 |
| 08/27/26 | Ari Newman | Prepare for and attend hearing on sale motions and various other matters | 1.50 | 1,500.00 |
| | | Total Hours: | 34.20 | |
| | | | Total Amount: | $ 34,200.00 |

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE B120,

ASSET ANALYSIS AND RECOVERY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 20.80 | 1,000.00 | 20,800.00 |
| Ari Newman | 13.40 | 1,000.00 | 13,400.00 |
| Totals: | 34.20 | 1,000.00 | $ 34,200.00 |

Description of Professional Services Rendered

TASK CODE: B140 RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/16/26 | John D. Elrod | Prepare for and attend 4.16 hearings | 3.20 | 3,200.00 |
| 07/14/26 | Ari Newman | Prepare for and attend hearing on stay relief motion and other matters | 1.20 | 1,200.00 |
| | | Total Hours: | 4.40 | |
| | | Total Amount: | | $ 4,400.00 |

TIMEKEEPER SUMMARY FOR TASK CODE B140,

RELIEF FROM STAY/ADEQUATE PROTECTION PROCEEDINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 3.20 | 1,000.00 | 3,200.00 |
| Ari Newman | 1.20 | 1,000.00 | 1,200.00 |
| Totals: | 4.40 | 1,000.00 | $ 4,400.00 |

Description of Professional Services Rendered

TASK CODE: B150 MEETINGS OF AND COMMUNICATIONS WITH CREDITORS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/13/26 | John D. Elrod | Prepare for and participate in call with debtors' counsel (1.5); review and edit bylaws (.3); review of pleadings filed in bankruptcy case (3.2) | 5.00 | 5,000.00 |
| 04/13/26 | Ari Newman | Update Committee on case progress | 0.70 | 700.00 |
| 04/29/26 | John D. Elrod | Prepare for and attend section 341 meeting of creditors (8.7); emails with committee and creditors (.6) | 9.30 | 9,300.00 |
| 04/29/26 | Ari Newman | Attend 341 meeting of creditors | 3.80 | 3,800.00 |
| 04/30/26 | John D. Elrod | Prepare for and participate in call with committee | 1.50 | 1,500.00 |
| 04/30/26 | Danielle S. Kemp | Communicate with E. Ketchum regarding Order on Motion to Lift Stay | 0.20 | 200.00 |
| 04/30/26 | Ari Newman | Attend Committee meeting | 1.10 | 1,100.00 |
| 05/01/26 | Ari Newman | Correspondence with Debtor and UCC regarding claims (.5); correspondence with certain UCC members regarding relevant investigative materials (.2) | 0.70 | 700.00 |
| 05/07/26 | Ari Newman | Call with Committee | 0.50 | 500.00 |
| 06/04/26 | Ari Newman | Case status call with Committee | 0.70 | 700.00 |
| 06/11/26 | John D. Elrod | Call with committee (.5); attention to next steps per committee direction (.6) | 1.10 | 1,100.00 |
| 06/11/26 | Ari Newman | Prepare for and attend meeting with Committee | 0.80 | 800.00 |
| 06/16/26 | John D. Elrod | Call with examiner regarding report | 1.10 | 1,100.00 |
| 06/18/26 | John D. Elrod | Prepare for and participate in call with client | 2.10 | 2,100.00 |
| 06/18/26 | Ari Newman | Prepare for and attend Committee Meeting | 0.80 | 800.00 |
| 07/09/26 | John D. Elrod | Call with committee | 0.50 | 500.00 |
| 07/09/26 | Ari Newman | Call with Committee | 0.30 | 300.00 |
| 07/16/26 | Ari Newman | Status and update call with Committee | 0.50 | 500.00 |
| 07/23/26 | Ari Newman | Call with J. Elrod regarding committee meeting and related issues (.2); meeting with committee (.3); correspondence with committee member and Examiner's counsel (.2) | 0.70 | 700.00 |
| 07/30/26 | Ari Newman | Attend Committee call | 0.40 | 400.00 |
| 08/03/26 | Ari Newman | Call with creditor regarding claim and outreach | 0.30 | 300.00 |
| 08/06/26 | Ari Newman | Attend Committee meeting and follow up discussion regarding same | 0.60 | 600.00 |
| 08/13/26 | Ari Newman | Participate in committee meeting | 0.10 | 100.00 |
| 08/20/26 | John D. Elrod | Emails with debtors' counsel (.3); prepare for and participate in call with client (.5); email to client (.4) | 1.20 | 1,200.00 |
| 08/27/26 | John D. Elrod | Meeting with client (.5); draft communication to creditors (.7) | 1.20 | 1,200.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 08/27/26 | Ari Newman | Prepare for and attend meeting with Committee regarding case status and related matters (.5); correspondence with Committee regarding sale motion and related issues (.3) | 0.80 | 800.00 |

Total Hours: 36.00

Total Amount: $ 36,000.00

TIMEKEEPER SUMMARY FOR TASK CODE B150,

MEETINGS OF AND COMMUNICATIONS WITH CREDITORS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 23.00 | 1,000.00 | 23,000.00 |
| Danielle S. Kemp | 0.20 | 1,000.00 | 200.00 |
| Ari Newman | 12.80 | 1,000.00 | 12,800.00 |
| Totals: | 36.00 | 1,000.00 | $ 36,000.00 |

Description of Professional Services Rendered

TASK CODE: B160 FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/24/26 | John D. Elrod | Draft GT retention papers | 3.90 | 3,900.00 |
| 04/30/26 | John D. Elrod | Draft GT retention application and Elrod declaration | 3.10 | 3,100.00 |
| 05/01/26 | Ari Newman | Review and revise GT Retention Application and supporting Declaration | 0.80 | 800.00 |
| | | Total Hours: | 7.80 | |
| | | Total Amount: | | $ 7,800.00 |

TIMEKEEPER SUMMARY FOR TASK CODE B160,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 7.00 | 1,000.00 | 7,000.00 |
| Ari Newman | 0.80 | 1,000.00 | 800.00 |
| Totals: | 7.80 | 1,000.00 | $ 7,800.00 |

Description of Professional Services Rendered

TASK CODE: B230 FINANCING/CASH COLLECTIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/16/26 | Ari Newman | Attend case hearing on cash collateral, stay relief motions, and related issues (1.5); review documents and filings in advance of hearing (.4) | 1.90 | 1,900.00 |
| | | Total Hours: | 1.90 | |
| | | Total Amount: | | $ 1,900.00 |

TIMEKEEPER SUMMARY FOR TASK CODE B230,

FINANCING/CASH COLLECTIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ari Newman | 1.90 | 1,000.00 | 1,900.00 |
| Totals: | 1.90 | 1,000.00 | $ 1,900.00 |

Description of Professional Services Rendered

TASK CODE: B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/18/26 | Ari Newman | Review and analyze draft Plan of Liquidation | 1.50 | 1,500.00 |
| 06/23/26 | Ari Newman | Review and revise Chapter 11 Plan (1.6); correspondence regarding Plan (.4) | 2.00 | 2,000.00 |
| 06/25/26 | Ari Newman | Review correspondence related to Plan and substantive consolidation (.3); further review of Plan and discussions regarding same (.7); correspondence with Debtors regarding Plan (.1) | 1.10 | 1,100.00 |
| 06/26/26 | Ari Newman | Correspondence regarding Plan issues and exclusivity | 0.40 | 400.00 |
| 07/09/26 | Ari Newman | Correspondence regarding Plan issues | 0.20 | 200.00 |
| 07/12/26 | John D. Elrod | Edit chapter 11 plan | 3.20 | 3,200.00 |
| 07/12/26 | Ari Newman | Call with Debtors' counsel regarding Plan and case issues (.6); review and revise Chapter 11 Plan (1.3) | 1.90 | 1,900.00 |
| 07/13/26 | John D. Elrod | Review and edit chapter 11 plan | 1.70 | 1,700.00 |
| 07/13/26 | Ari Newman | Call and correspondence regarding Plan (.4); review and revise Chapter 11 Plan (2.1); call with Debtor's counsel regarding Plan (.3) | 2.80 | 2,800.00 |
| 07/14/26 | John D. Elrod | Review and edit chapter 11 plan (1.2); call with debtors' counsel (.4) | 1.60 | 1,600.00 |
| 07/14/26 | Ari Newman | Draft and revise Plan (1.1); correspondence with Debtors' counsel regarding Plan (.1); calls with J. Elrod regarding Plan (.5); call with Debtors' counsel regarding hearing and Plan approach (.4) | 2.10 | 2,100.00 |
| 07/15/26 | Ari Newman | Correspondence regarding Plan matters | 0.10 | 100.00 |
| 07/16/26 | Ari Newman | Correspondence regarding Plan issues | 0.20 | 200.00 |
| 07/16/26 | Ari Newman | Correspondence regarding Plan and case issues | 0.20 | 200.00 |
| 07/29/26 | Ari Newman | Initial review of filed Plan and Disclosure Statement | 0.20 | 200.00 |
| 07/30/26 | John D. Elrod | Review of filed chapter 11 plan and disclosure statement and update client regarding same (5.2); communication with debtors' counsel on various issues (.4) | 5.60 | 5,600.00 |
| 07/30/26 | Ari Newman | Call regarding Plan and other case issues (.5); analysis of contributed and assigned claims rights (.9); correspondence regarding claim assignment mechanism (.6) | 2.00 | 2,000.00 |
| 08/02/26 | John D. Elrod | Communication with creditors regarding plan issues | 0.30 | 300.00 |
| 08/03/26 | Ari Newman | Draft and revise contribution claim concept in Plan | 1.00 | 1,000.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 08/27/26 | Ari Newman | Attention to Plan issues | 0.50 | 500.00 |

Total Hours: 28.60

Total Amount: $ 28,600.00

TIMEKEEPER SUMMARY FOR TASK CODE B320,

PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 12.40 | 1,000.00 | 12,400.00 |
| Ari Newman | 16.20 | 1,000.00 | 16,200.00 |
| Totals: | 28.60 | 1,000.00 | $ 28,600.00 |

Description of Professional Services Rendered

TASK CODE: B410 GENERAL BANKRUPTCY ADVICE/OPINIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/19/26 | Samuel G. Husman | Research issues related to substantive consolidation of non-debtor entities using, in part, Westlaw Deep Research, and preparation of related report | 2.10 | 1,260.00 |
| 07/20/26 | Samuel G. Husman | Research related to substantive consolidation of non-debtor entities, using, in part, Westlaw Deep Research, and preparation of related report | 5.40 | 3,240.00 |
| 07/21/26 | Samuel G. Husman | Review and finalize research report regarding substantive consolidation of non-debtor entities | 1.40 | 840.00 |
| 07/23/26 | Samuel G. Husman | Draft substantive consolidation motion and review of related materials | 2.40 | 1,440.00 |
| 07/24/26 | Samuel G. Husman | Draft motion for substantive consolidation and review of related materials (e.g., initial examiner report) | 2.50 | 1,500.00 |
| 07/25/26 | Samuel G. Husman | Draft and revise motion for substantive consolidation | 1.10 | 660.00 |
| 07/26/26 | Samuel G. Husman | Draft and revise motion for substantive consolidation | 2.70 | 1,620.00 |

Total Hours: 17.60

Total Amount: $ 10,560.00

TIMEKEEPER SUMMARY FOR TASK CODE B410,

GENERAL BANKRUPTCY ADVICE/OPINIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Samuel G. Husman | 17.60 | 600.00 | 10,560.00 |
| Totals: | 17.60 | 600.00 | $ 10,560.00 |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| John D. Elrod | 97.00 | 1,000.00 | 97,000.00 |
| Danielle S. Kemp | 3.10 | 1,000.00 | 3,100.00 |
| Ari Newman | 69.00 | 1,000.00 | 69,000.00 |
| Samuel G. Husman | 17.60 | 600.00 | 10,560.00 |
| Allison J. McGregor | 3.90 | 600.00 | 2,340.00 |
| Angelina Perez | 0.90 | 250.00 | 225.00 |
| Totals: | 191.50 | 951.57 | $ 182,225.00 |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/20/26 | PACER Research Charges for: April 2026 | $ | 3.00 |
| 04/20/26 | PACER Research Charges for: April 2026 | $ | 0.50 |
| 06/02/26 | PACER Research Charges for: June 2026 | $ | 3.50 |
| 06/26/26 | VENDOR: LexisNexis (1842) - ACH INVOICE#: TEST DATE: 7/8/2026 Lexis Charges: June 1 - June 30 2026 | $ | 114.00 |
| 07/19/26 | WestlawNext Research by KEVIN HERNANDEZ on 07/19/2026 - Re: 244923.010100 | $ | 4.60 |
| 07/20/26 | WestlawNext Research by MAGGIE HOEY on 07/20/2026 - Re: 244923.010100 | $ | 103.50 |
| | Total Expenses: | $ | 229.10 |

# **EXHIBIT 4**

Certification of Applicant

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| RAD Diversified REIT, Inc. | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP,<br>DHI Fund, LLC,<br>DHI Holdings, LP,<br>DDH Fund, LLC, | Case No. 8:26-bk-01637<br>Case No. 8:26-bk-01638<br>Case No. 8:26-bk-01639<br>Case No. 8:26-bk-01640 |
| Debtors. | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RAD DIVERSIFIED REIT, INC., *ET AL.*, FOR THE PERIOD OF APRIL 11, 2026 THROUGH AUGUST 31, 2026**

John D. Elrod, Esq., a shareholder of Greenberg Traurig, LLP (the "Applicant"), hereby submits this certification (this "Certification") in compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines") and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules"), and respectfully sets forth as follows:

1. The Applicant has served, and continues to serve, as counsel for the Official Committee of Unsecured Creditors (the "Committee") of the jointly administered bankruptcy estates of RAD Diversified REIT, Inc., RAD Diversified OZ Fund, LP, DHI Fund, LLC, DHI Holdings, LLC, and DDH Fund, LLC (collectively, the "Debtors").

2. On behalf of Applicant, I submit that I have read Applicant's First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Greenberg Traurig, LLP, as Counsel to the Official Committee of Unsecured Creditors of RAD Diversified REIT, Inc., *et al*. for the Period of April 11, 2026 Through August 31, 2026 (the "Application"), and to the best of my knowledge, information and belief, formed after reasonably inquiry, the Application complies with the mandatory guidelines set forth in the Guidelines. Moreover, to the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought within the Application fall within the requirements set forth in the Guidelines.

3. Additionally, this Certification is submitted pursuant to Rule 2016(a) of the Federal Rules of Bankruptcy Procedure in support of the Application.

4. All services for which Applicant seeks compensation are professional services performed for, and on behalf of, the Committee and not on behalf of any other person or entity.

5. In accordance with 18 U.S.C. § 155, neither I, nor any partner, associate or counsel of Applicant has entered into any agreement, express or implied, with any other party in interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' estates.

6. In accordance with Bankruptcy Code § 504, no agreement or understanding exists between me, Applicant, or any partner, associate or counsel thereof, on the one hand, and any other person or entity, on the other hand, for the division of the compensation the Applicant may receive or has received for services rendered in connection with this case, nor will any division of fees prohibited by Bankruptcy Code § 504 be made by me or any partner, associate or counsel of Applicant.

7. The fees and disbursements sought in the Application are billed at the rates in accordance with the practice customarily employed by Applicant and generally accepted by Applicant's clients in bankruptcy and non-bankruptcy matters.

8. In seeking reimbursement for the expenditures, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Procedures).

9. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

Dated: September 4, 2026

By: *<u>/s/ John D. Elrod</u>*
John D. Elrod

# EXHIBIT 5

Proposed Order

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| | Chapter 11 |
| RAD Diversified REIT, Inc. | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP, | Case No. 8:26-bk-01637 |
| DHI Fund, LLC, | Case No. 8:26-bk-01638 |
| DHI Holdings, LP, | Case No. 8:26-bk-01639 |
| DDH Fund, LLC, | Case No. 8:26-bk-01640 |
| Debtors. | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RAD DIVERSIFIED REIT, INC., *ET AL.*, FOR THE PERIOD OF APRIL 11, 2026 THROUGH AUGUST 31, 2026**

THIS MATTER came before the Court on September 29, 2026 for a hearing upon the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Greenberg Traurig, LLP, as Counsel to the Official Committee of Unsecured Creditors of RAD Diversified REIT, Inc., et al., for the Period of April 11, 2026 through August 31, 2026* [Dkt. No.

__] (the "Application"), filed by applicant Greenberg Traurig, LLP (the "Applicant"), counsel to the Official Committee of Unsecured Creditors of the jointly administered bankruptcy estates of RAD Diversified REIT, Inc., RAD Diversified OZ Fund, LP, DHI Fund, LLC, DHI Holdings, LLC, and DDH Fund, LLC (collectively, the "Debtors"). The Application seeks entry of an order pursuant to section 330(a) of title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules"), approving compensation for the actual, reasonable and necessary attorneys' fees in the amount of $182,225.00 incurred during the period from April 11, 2026 through August 31, 2026 (the "Application Period"), approving reimbursement of expenses in the amount of $229.10 incurred during the Application Period, and authorizing and directing the Debtors to pay Applicant fees in the amount of $145,780.00, representing 80% of the allowed fees, and expenses in the amount of $229.10, for a total payment to Applicant of $146,009.10. The Application was served upon all interested parties informing the parties of their opportunity to respond by September 25, 2026. [No party filed a response within the time permitted and the Court therefore considers the matter to be unopposed.]

Accordingly, it is **ORDERED**:

1. The Application is **GRANTED** on an interim basis in all respects.

2. Applicant's fees in connection with its services as counsel to the Committee for the Application Period are allowed on an interim basis in the amount of $182,225.00.

3. Reimbursement of Applicant's actual, reasonable and necessary expenses incurred in connection with its services as counsel to the Committee is allowed on an interim basis in the amount of $229.10.

4. The Debtors are authorized and directed to pay Applicant on an interim basis fees in the amount of $145,780.00, representing 80% of the allowed fees, and expenses in the amount of $229.10, for a total payment to Applicant of $146,009.10, incurred during the Application Period in connection with its services as counsel to the Committee.

# # #

John D. Elrod Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.