**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>RAD Diversified REIT, Inc.;<br><br>RAD Diversified OZ Fund, LP;<br><br>DHI Fund, LLC;<br><br>DHI Holdings, LP; *and*<br><br>DDH Fund, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br><br>Case No. 8:26-bk-01638-CPM<br><br>Case No. 8:26-bk-01639-CPM<br><br>Case No. 8:26-bk-01640-CPM<br><br>**Ref. Docket Nos. 1055, 1056, 1058 – 1061, 1068 – 1071** |

**CERTIFICATE OF SERVICE**

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced document was electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On September 3, 2026, I caused to be served the:

   a. "Debtors' *Expedited* Agreed Motion for Order (A) Authorizing the Debtors to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief," dated September 2, 2026 [Docket No. 1055], (the "1st Expedited Bid Procedures Motion"),

b. "Debtor's *Expedited* Agreed Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Sale Procedures and Terms; and (C) for Other Relief," dated September 2, 2026 [Docket No. 1056], (the "2nd Expedited Sale Procedures Motion"),

c. "Order Granting Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief," dated September 2, 2026 [Docket No. 1058], (the "1st Sale Order"),

d. "Agreed Further Order (I) Granting in Full the Debtor's Expedited Motion (A) to Confirm High Bidders, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief; and (II) Cancelling Further Hearing," dated September 2, 2026 [Docket No. 1059], (the "2nd Sale Order"),

e. "Order Granting Debtor's Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures; and (C) for Other Relief," dated September 2, 2026 [Docket No. 1060], (the "3rd Sale Order"),

f. "Order Granting Debtor's Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures; and (C) for Other Relief," dated September 2, 2026 [Docket No. 1061], (the "4th Sale Order"),

g. "Notice of Preliminary Hearing," dated September 3, 2026 [Docket No. 1068], (the "1st Preliminary Hearing Notice"),

h. "Notice of Preliminary Hearing," dated September 3, 2026 [Docket No. 1069], (the "2nd Preliminary Hearing Notice"),

i. "Order Granting Debtor's Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures; and (C) for Other Relief," dated September 3, 2026 [Docket No. 1070], (the "5th Sale Order"), and

j. "Order Granting Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Sale Procedures and Terms; and (C) for Other Relief," dated September 3, 2026 [Docket No. 1071], (the "6th Sale Order"),

by causing true and correct copies of the:

i. 1st Expedited Bid Procedures Motion, 2nd Expedited Sale Procedures Motion, 1st Sale Order, 2nd Sale Order, 3rd Sale Order, 4th Sale Order, 1st Preliminary Hearing Notice, 2nd Preliminary Hearing Notice, 5th Sale Order, and 6th Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. 1st Expedited Bid Procedures Motion and 1st Preliminary Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. 2nd Expedited Sale Procedures Motion and 2nd Preliminary Hearing Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. 1st Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. 2nd Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. 4th Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii. 5th Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii. 6th Sale Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H,

ix. 1st Expedited Bid Procedures Motion, 2nd Expedited Sale Procedures Motion, 1st Sale Order, 2nd Sale Order, 3rd Sale Order, 4th Sale Order, 1st Preliminary Hearing Notice, 2nd Preliminary Hearing Notice, 5th Sale Order, and 6th Sale Order to be delivered via electronic mail to those parties listed on the annexed Exhibit I,

x. 1st Expedited Bid Procedures Motion and 1st Preliminary Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit J,

xi. 2nd Expedited Sale Procedures Motion and 2nd Preliminary Hearing Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit K,

xii. 1st Sale Order to be delivered via electronic mail to the party listed on the annexed Exhibit L,

xiii. 2nd Sale Order to be delivered via electronic mail to the party listed on the annexed Exhibit M,

xiv. 4th Sale Order to be delivered via electronic mail to those parties listed on the annexed Exhibit N,

xv. 5th Sale Order to be delivered via electronic mail to those parties listed on the annexed Exhibit O, and

xvi. 6th Sale Order to be delivered via electronic mail to those parties listed on the annexed Exhibit P.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jack Lawrence*
Jack Lawrence

# EXHIBIT A

| Name | Address |
|---|---|
| INTERNAL REVENUE SERVICE | PO BOX 932100 LOUISVILLE KY 40293-2100 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES - INSOLVENCY PO BOX 7346 PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 844 KING ST WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 600 ARCH STREET PHILADELPHIA PA 19106 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 NORTH TAMPA ST TAMPA FL 33602 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 300 N. HOGAN ST STE 700 JACKSONVILLE FL 32202 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 400 W. WASHINGTON STREET STE 3100 ORLANDO FL 32801 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 2110 FIRST STREET SUITE 3-137 FT MYERS FL 33901 UNITED STATES OF AMERICA |
| MIDDLE DIST FLORIDA US ATTORNEYS OFFICE | 35 S.E. 1ST AVENUE SUITE 300 OCALA FL 34471 UNITED STATES OF AMERICA |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. TAHESHA L. WAY, ESQ LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST HARRISBURG PA 17120 UNITED STATES OF AMERICA |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8 AUSTIN TX 78701 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280427 HARRISBURG PA 17128-0427 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | PO BOX 280905 HARRISBURG PA 17128-0905 UNITED STATES OF AMERICA |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 UNITED STATES OF AMERICA |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: JAMES UTHMEIER PL-01, THE CAPITOL TALLAHASSEE FL 32399-1050 UNITED STATES OF AMERICA |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 UNITED STATES OF AMERICA |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 13528 CAPITOL STATION AUSTIN TX 78711-3528 UNITED STATES OF AMERICA |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 UNITED STATES OF AMERICA |

Total Count: 23

# EXHIBIT B

| Name | Address |
|---|---|
| ADRIENNE WILLIAMS, ALEXIX JOHNSON | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| CARLOS MONTIUS | ADDRESS ON FILE |
| CARMEN RIVERA, LEONARDO RIVERA | ADDRESS ON FILE |
| DEBRA AUTREY | ADDRESS ON FILE |
| FREDA REESE, TERRANCE REESE | ADDRESS ON FILE |
| INTORRE, SUSAN | ADDRESS ON FILE |
| KENNETH THOMPSON | ADDRESS ON FILE |
| NAME ON FILE | ADDRESS ON FILE |
| PAMELA CLOUD, ELIOT FELDMAN, TANYA | ADDRESS ON FILE |
| PENNSYLVANIA DEPT OF REVENUE | Bur. of Compliance Lien Sect. PO BOX 280948 HARRISBURG PA 17128-0948 |
| RASHETA FRISBY | ADDRESS ON FILE |
| SAMIA PARKER, ANTHONY WILLIAMS | ADDRESS ON FILE |
| SHARDAE, TAMMY, CHRISTOPHER FLEMING | ADDRESS ON FILE |
| SHAWN BARNES AND JASMINE HARRIS | ADDRESS ON FILE |
| TAMYA TAYLOR AND ANY AND ALL | ADDRESS ON FILE |
| TAWANDA WILSON | ADDRESS ON FILE |
| TENANT 0505 | ADDRESS ON FILE |
| TENANT 1346 | ADDRESS ON FILE |

Total Count: 32

# EXHIBIT C

| Name | Address |
|---|---|
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| ANY AND ALL UNKNOWN OCCUPANTS | ADDRESS ON FILE |
| DEBRA AUTREY | ADDRESS ON FILE |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF COMPLIANCE, LIEN SECTION P.O. BOX 280948 HARRISBURG PA 17128-0948 UNITED STATES OF AMERICA |
| PHILADELPHIA HOUSING AUTHORITY | 2013 RIDGE AVE PHILADELPHIA PA 19121 UNITED STATES OF AMERICA |
| VYNEEKA HOPKINS | ADDRESS ON FILE |

Total Count: 8

# EXHIBIT D

RAD Diversified REIT
Mailing_Address_13332

| Name | Address |
|---|---|
| CITY OF PHILADELPHIA | DEPARTMENT OF REVENUE MUNICIPAL SERVICES BLDG CONCOURSE 1401 JOHN F. KENNEDY BLVD PHILADELPHIA PA 19102 UNITED STATES OF AMERICA |
| CITY OF PHILADELPHIA | DEPT OF LICENSES AND INSPECTIONS 1401 JOHN F. KENNEDY BLVD 11TH FLOOR, CODE ENFORCEMENT UNIT PHILADELPHIA PA 19102 UNITED STATES OF AMERICA |
| CITY OF PHILADELPHIA | LAW DEPARTMENT 1515 ARCH ST., 14TH FLOOR PHILADELPHIA PA 19107 UNITED STATES OF AMERICA |

Total Count: 3

# EXHIBIT E

RAD Diversified REIT
Mailing_Address_13334_Redacted

| Name | Address |
|---|---|
| 7 RIVERS AUCTION HOUSE LLC | 1611 WEST SALES YARD RD EMMETT ID 83617-9419 UNITED STATES OF AMERICA |
| 7 RIVERS AUCTION HOUSE LLC | P.O. BOX 398 EMMETT ID 83617-0398 UNITED STATES OF AMERICA |
| 7 RIVERS LIVESTOCK COMMISSION, LLC | 1611 WEST SALES YARD RD EMMETT ID 83617-9419 UNITED STATES OF AMERICA |
| 7 RIVERS LIVESTOCK COMMISSION, LLC | P.O. BOX 398 EMMETT ID 83617-0398 UNITED STATES OF AMERICA |
| 7 RIVERS LIVESTOCK COMMISSION, LLC | C/O ITS REGISTERED AGENT DUTCH MENDENHALL 1611 WEST SALES YARD RD EMMETT ID 83617 UNITED STATES OF AMERICA |
| GEM COUNTY, IDAHO | 415 E MAIN ST EMMETT ID 82617 UNITED STATES OF AMERICA |
| HUDSON, JOSEPH P | ADDRESS ON FILE |

## Total Count: 7

# EXHIBIT F

| Name | Address |
|---|---|
| TENANT 0042 | ADDRESS ON FILE |
| TENANT 0369 | ADDRESS ON FILE |
| TENANT 1067 | ADDRESS ON FILE |
| TENANT 1166 | ADDRESS ON FILE |
| TENANT 1252 | ADDRESS ON FILE |
| TENANT 1259 | ADDRESS ON FILE |

Total Count: 6

# EXHIBIT G

RAD Diversified REIT

Mailing_Address_13336_Redacted

| Name | Address |
|---|---|
| CITY OF DREAM 2025, LLC | 1010 MULBERRY ST. BROOKHAVEN PA 19015 UNITED STATES OF AMERICA |
| DEBRA AUTREY | ADDRESS ON FILE |
| FELICA JEFFERS | ADDRESS ON FILE |
| LEAH BISHOP | ADDRESS ON FILE |
| LOURDES MOTTA | ADDRESS ON FILE |
| MALIA BRIGHT | ADDRESS ON FILE |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF COMPLIANCE, LIEN SECTION P.O. BOX 280948 HARRISBURG, PA 171 HARRISBURG PA 17128-0948 UNITED STATES OF AMERICA |
| WAYNE BAILEY | ADDRESS ON FILE |
| YASMINE BOUIE | ADDRESS ON FILE |

Total Count: 9

# EXHIBIT H

RAD Diversified REIT

Mailing_Address_13337_Redacted

| Name | Address |
|---|---|
| ARNOLD E. BRUNSON | ADDRESS ON FILE |
| EAST REGION TAX AUCTION LLC | 10 STERLING BLVD., STE. 302 ENGLEWOOD NJ 07631-4835 UNITED STATES OF AMERICA |
| EAST REGION TAX AUCTION, LLC | CO PLUESE, BECKER, SALTZMAN & THOMAS, LLC 20000 HORIZON WAY, SUITE 900 MOUNT LAUREL NJ 08054 UNITED STATES OF AMERICA |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF COMPLIANCE, LIEN SECTION P.O. BOX 280948 HARRISBURG PA 17128-0948 UNITED STATES OF AMERICA |
| SHARDAE FLEMING | ADDRESS ON FILE |
| TAMYA TAYLOR | ADDRESS ON FILE |
| TARNISHA Y. WATTS | ADDRESS ON FILE |
| TENANT 0517 | ADDRESS ON FILE |

Total Count: 8

# EXHIBIT I

| Name | Email |
|---|---|
| AMR LAW FIRM, P.A. | angela@amrlawfirm.com |
| BAKER & HOSTETLER LLP | alayden@bakerlaw.com; orlbankruptcy@bakerlaw.com;dmerola@bakerlaw.com |
| BURR & FORMAN LLP | kriordan@burr.com;mlucca-cruz@burr.com |
| BURR & FORMAN LLP | gbridges@burr.com;nwmosley@burr.com |
| CARLTON FIELDS, P.A. | ryant@carltonfields.com |
| CITY OF PHILADELPHIA LAW DEPARTMENT | Megan.Harper@phila.gov |
| DIAZ ANSELMO & ASSOCIATES, P.A. | imoghimi-kian@dallegal.com |
| FLORIDA DEPT OF REVENUE | EMAILDOR@FLORIDAREVENUE.COM |
| GENDLER AND GENDLER, PLLC | mmitra@gendlerlawyers.com |
| GREENBERG TRAURIG, LLP | elrodj@gtlaw.com |
| GREENBERG TRAURIG, P.A. | newmanar@gtlaw.com |
| GREENBERG TRAURIG, P.A. | kempd@gtlaw.com |
| OFFICE OF SEC. OF STATE OF FLORIDA | SECRETARYOFSTATE@DOS.MYFLORIDA.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | TERESA.DORR@USDOJ.GOV; NICOLE.W.PEAIR@USDOJ.GOV; GUY.A.VANBAALEN@USDOJ.GOV |
| PADGETT LAW GROUP | Seth.Greenhill@padgettlawgroup.com |
| PASCO COUNTY, FLORIDA | asalzano@mypasco.net |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-HBG-TA-EM@PA.GOV |
| PENNSYLVANIA DEPARTMENT OF REVENUE | RA-RV-BET-PHI-TA-EM@PA.GOV |
| ROBERT K EDDY, PA | reddy@e-rlaw.com |
| SECURITIES AND EXCHANGE COMMISSION | MIAMI@SEC.GOV |
| SOUTHRON FIRM, P.A | joe@southronfirm.com;eservice@southronfirm.com |
| SPENCER FANE LLP | kwright@spencerfane.com; cgipson@spencerfane.com; afoster@spencerfane.com |
| SPENCER FANE LLP | pmosley@spencerfane.com |
| SPENCER FANE, LLP | wgrimsley@spencerfane.com; kwright@spencerfane.com;cgipson@spencerfane.com; afoster@spencerfane.com |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| U.S. ATTORNEY’S OFFICE | Christopher.Emden@usdoj.gov |
| YIP ASSOCIATES | myip@yipcpa.com |

Total Count: 39

# EXHIBIT J

| Name | Email |
|---|---|
| ADRIENNE WILLIAMS, ALEXIX JOHNSON | ADDRESS ON FILE |
| CARLOS MONTIUS | ADDRESS ON FILE |
| CARMEN RIVERA, LEONARDO RIVERA | ADDRESS ON FILE |
| DEBRA AUTREY | ADDRESS ON FILE |
| FREDA REESE, TERRANCE REESE | ADDRESS ON FILE |
| INTORRE, SUSAN | ADDRESS ON FILE |
| KENNETH THOMPSON | ADDRESS ON FILE |
| NAME ON FILE | ADDRESS ON FILE |
| PAMELA CLOUD, ELIOT FELDMAN, TANYA | ADDRESS ON FILE |
| SAMIA PARKER, ANTHONY WILLIAMS | ADDRESS ON FILE |
| SHARDAE, TAMMY, CHRISTOPHER FLEMING | ADDRESS ON FILE |
| SHAWN BARNES AND JASMINE HARRIS | ADDRESS ON FILE |
| TAMYA TAYLOR AND ANY AND ALL | ADDRESS ON FILE |
| TAWANDA WILSON | ADDRESS ON FILE |
| TENANT 0505 | ADDRESS ON FILE |
| TENANT 1346 | ADDRESS ON FILE |

Total Count: 25

# EXHIBIT K

| Name | Email |
|---|---|
| DEBRA AUTREY | ADDRESS ON FILE |
| PHILADELPHIA HOUSING AUTHORITY | info@pha.phila.gov |
| VYNEEKA HOPKINS | ADDRESS ON FILE |

Total Count: 3

# EXHIBIT L

RAD Diversified REIT
Mailing_Email_13332

| Name | Email |
| --- | --- |
| CITY OF PHILADELPHIA | michelle.reinhart@phila.gov |

Total Count: 1

# EXHIBIT M

| Name | Email |
|---|---|
| HUDSON, JOSEPH P | ADDRESS ON FILE |

Total Count: 1

# EXHIBIT N

| Name | Email |
|---|---|
| TENANT 0042 | ADDRESS ON FILE |
| TENANT 0369 | ADDRESS ON FILE |
| TENANT 1067 | ADDRESS ON FILE |
| TENANT 1166 | ADDRESS ON FILE |
| TENANT 1252 | ADDRESS ON FILE |
| TENANT 1259 | ADDRESS ON FILE |

Total Count: 6

# EXHIBIT O

RAD Diversified REIT
Mailing_Email_13336_Redacted

| Name | Email |
|---|---|
| DEBRA AUTREY | ADDRESS ON FILE |
| FELICA JEFFERS | ADDRESS ON FILE |
| LEAH BISHOP | ADDRESS ON FILE |
| LOURDES MOTTA | ADDRESS ON FILE |
| MALIA BRIGHT | ADDRESS ON FILE |
| WAYNE BAILEY | ADDRESS ON FILE |
| YASMINE BOUIE | ADDRESS ON FILE |

Total Count: 7

# EXHIBIT P

| Name | Email |
|---|---|
| ARNOLD E. BRUNSON | ADDRESS ON FILE |
| SHARDAE FLEMING | ADDRESS ON FILE |
| TAMYA TAYLOR | ADDRESS ON FILE |
| TARNISHA Y. WATTS | ADDRESS ON FILE |
| TENANT 0517 | ADDRESS ON FILE |

Total Count: 5