# **Exhibit A**

## **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

The Seminar Solution, LLC,

Debtor.

Chapter 11
Case No. 8:26-bk-08030-CPM

**ORDER GRANTING DEBTORS' AGREED MOTION FOR JOINT ADMINISTRATION AND INTRA-DISTRICT TRANSFER, AS APPLICABLE**

THIS CASE came before the Court without hearing, upon the *Debtor's Agreed Motion for Joint Administration and Intra-District Transfer, as Applicable* [Dkt. No. __] (the "**Motion**") filed in the following Chapter 11 cases:

| | |
|---|---|
| RAD Diversified REIT, Inc. | 8:26-bk-01636[1] |
| The Seminar Solution, LLC | 8:26-bk-08030 |

(collectively, the "**Bankruptcy Cases**"). The Court finds that joint administration of the Bankruptcy Cases is justified. Accordingly, it is

**ORDERED**:

1. The Motion [Dkt. No. __] is **GRANTED**.

2. The Bankruptcy Cases shall be jointly administered and RAD Diversified REIT, Inc., 8:26-bk-01636-CPM is designated as the "Lead Case."

---

[1] An order was previously entered authorizing the joint administration of RAD Diversified REIT, Inc. with RAD Diversified OZ Fund, LP (8:26-bk-01637), DHI Fund, LLC (8:26-bk-01638), DHI Holdings, LP (8:26-bk-01639), and DDH Fund, LLC (8:26-bk-01640). [REIT Dkt. No. 7.]

3. The Clerk of Court shall maintain a single case docket using the Lead Case number.

4. The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

5. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

6. The Clerk of Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

7. The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

a. List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

b. Schedules and statements of financial affairs (and any amendments thereto);

c. Claims and notices of transfers of claims (however, objections to claims shall be filed in the Lead Case and shall specify the jointly administered case to which the objection applies);

d. Ballots (if separate plans are filed); *and*

e. Motions for final decree.

8. Each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9. Papers and orders that pertain to one or more **specific** Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies. The caption of the paper and or order shall be in the following form:

*[space left intentionally blank, see caption on next page]*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| RAD Diversified REIT, Inc.; | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| [Name of Specific Debtor], | [Case Number] |
| Applicable Debtor. | |

10. Debtors-in-possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases.

11. If creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.*