UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

| | |
|---|---|
| In Re: | |
| RAD Diversified REIT, Inc.; | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | Jointly Administered with |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH FUND, LLC, | CASE NO.: 8:26-bk-01640-CPM |
| Debtors. | |
| DDH Fund, LLC fka DDH Fund, LP,<br>Applicable Debtor(s).<br>/ | CASE NO.: 8:26-bk-01640-CPM<br>CHAPTER 11<br>JUDGE CATHERINE PEEK MCEWEN |

**WILMINGTON SAVINGS FUND SOCIETY, FSB'S RESPONSE TO DEBTOR'S EXPEDITED MOTION (A) TO CONFIRM SALE OF REAL PROPERTY, (B) TO AUTHORIZE DISTRIBUTIONS AT CLOSING, (C) TO ESTABLISH GOOD FAITH OF PURCHASERS, AND (D) FOR RELATED RELIEF**

*Subject property: 11501 MINNIEOLA DR, NEW PORT RICHEY, FL 34654*

**COMES NOW,** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2 **(**the "Creditor"**)**, by and through undersigned counsel and files this its Response to the Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief [D.E. 1003] and states as follows:

1. RAD Diversified REIT, Inc.; filed a Chapter 11 Bankruptcy Petition on March 1, 2026.

2. The Creditor holds a first mortgage security interest on real property located at *11501 MINNIEOLA DR, NEW PORT RICHEY, FL 34654* recorded in Official Records Book 10899 Page 1094 in the public records of Pasco County, Florida on October 10, 2023.
3. On May 26, 2026 the Debtor filed an Expedited Motion for Order Authorizing the Debtor to sell the Real Property Free and Clear of Liens, Claims, Encumbrances and Interests pursuant to 11 U.S.C.§363(B), (F) and (M) indicating that there was a first mortgage held by the Creditor encumbering the property. The mortgage is a matured total debt in excess of $418,545.69.
4. The Court granted the Motion to Sell [D.E. 694].
5. On August 5, 2026 the property went forth at auction and was purchased by a third party bidder for $320,000.00 with a thirty (30) day close date.
6. Creditor does not oppose the Motion with confirmation that Creditor will be paid the payoff funds first, not third as delineated in the motion. The Creditor had to submit already a fee for the auction of $4,850.00, therefore in conjunction with the fact that the claim is more than the sale price and a reduced sale price was provided, the Creditor has already incurred more fees on a loan that already matured that it has been carrying since maturity.
7. The Creditor should be entitled to receive the full amount that is owed prior to any disbursements being made to any Carve-Out Fund, the auction bank, or for any buyer's agent's commission, etc.. Creditor is already taking less than its claim amount for satisfaction of the claim and therefore should be entitled to the maximum recovery as the bidding price was $320,000.00 and taking less than that amount is not anticipated.
8. In the event the sale does not take place, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2 shall retain their respective lien for the full amount due under the terms of the loan.

**WHEREFORE**, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2, respectfully request the Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief be *granted subjected to the stipulations as stated above* and that the Court enter any and all relief it deem just and appropriate.

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 8010-238209)**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax: (954) 564-9252
By: /s/ Ida A. Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No.56395
IMoghimi-Kian@dallegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, September 8, 2026, a copy of the foregoing was served via the court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

MATTHEW FORNSHELL
ICE MILLER LLP
250 WEST STREET, SUITE 700
COLUMBUS, OH 43215-7509
*Attorney for Debtor(s)*

UNITED STATES TRUSTEE - TPA 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

JESSEY JAMES KREHL
JOSEPH A PACK
PACK LAW
4649 PONCE DE LEON BLVD SUITE 405
CORAL GABLES, FL 33146
*Counsel for Debtor*

NICOLE PEAIR
501 E POLK STREET SUITE 1200
TAMPA, FL 33602
*Counsel for U.S. Trustee*

UNSECURED CREDITORS' COMMITTEE
C/O GREENBERG TRAURIG
JOHN D ELROD
DANIELLE S KEMP
3333 PIEDMONT ROAD, NE
SUITE 2500
ATLANTA, GA 30305
*Creditor Committee*

And by regular U.S. Mail, postage pre-paid on:

RAD DIVERSIFIED REIT, INC.
JOINTLY ADMINISTERED WITH
26-BK-01637-CPM, 26-BK-01638-CPM,
26-BK-01639-CPM, 26-BK-01640-CPM
11418 US-19 N.
PORT RICHEY, FL 34688
*Debtor(s)*

By: /s/ Ida Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No. 56395
imoghimi-kian@dallegal.com