Subject: **Request for Excused Late Filing (Excusable Neglect) - Case 26-01636**

FILED VIA MAIL

SEP - 8 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

To the Clerk of the Court,

I am mailing this package because your system stated you cannot accept claims via email.

My name is Lihong Zhang. I am filing my Proofs of Claim as an Excused Late Filing based on excusable neglect due to extreme personal hardship.

Please let me explain why I am late:

I am a 58-year-old single mother living in Canada. I invested my life savings (money from refinancing my house) and part of my elderly parents' savings into this US Company. I do not know anyone at the company, and I have no other source of information regarding the bankruptcy other than the Epiq website. I learned about the company from an advertisement on YouTube.

On March 30, 2026, Gretchen O'Brien emailed me about the bankruptcy. I tried to open the provided link, but it failed. I replied to her asking for help, but she told me to copy and paste it, which also failed for me. (Please note: Canada uses a different postal code format, which prevents me from easily filling out US zip code boxes on online forms).

Since I never received the promised returns from my Joint Venture, my life collapsed. I have had to work two jobs just to support my family. Shortly after receiving her email, my 80+ year old parents were critically ill and ultimately decided to leave Canada to return to their home country in order to reduce my burden. My son also had a severe highway car accident, and I had to sell my house to pay my refinanced mortgage debt. This April, I had to move again in order to save money. My new address is 594 Queen Victoria Dr. Hamilton ON Canada. I was completely physically and mentally exhausted from the workload, combined with caring for my son; these left me completely overwhelmed and drained. I genuinely did not have the energy or mental capacity left to remember complex legal deadlines, especially after the link failed to open in March. I am in survival mode every single day. This is not carelessness; this is the result of extreme exhaustion.

I completely forgot about the bankruptcy until this August, when I emailed Gretchen asking when I would finally get my funds back. She sent me the link again, and that is when I finally remembered her March email and realized I had missed the deadline.

I am not a negligent creditor; I am a victim facing severe family hardship. I am asking the court for the grace to file this claim.

I sincerely apologize for filing this claim late and for the extra administrative work this may cause your team. I understand that filing deadlines are strictly enforced, and I genuinely regret that my personal situation caused this delay. I deeply appreciate your time, patience, and willingness to review my claim.

Enclosures (Summary of my total investment of $370,750.00 USD):

1. Form 410 - Stock Investment ($50,000.00 USD): Attached is my official "Shareholder's Quarterly Statement" from Sept 2021.

2. Form 410 - Joint Venture & Membership Fee ($320,750.00 USD):** Attached is my signed Joint Venture Agreement dated 1/14/2022 ($280,750.00), and my CIBC bank wire transfer receipt dated Dec 6, 2021 ($40,000.00).
3. Appendix B Form: Showing my account number ending in 4081 for your internal reference.
4. This Hardship Letter.

Again, I am respectfully requesting the court allow this late filing. I have all documentation ready and am eager to resolve this matter.

I look forward to hearing from you. Thank you!

Sincerely,

Lihong Zhang
(905) 966-0666
Zlihong70@gmail.com

LIHONG ZHANG
1 (...) -0666
LIHONG ZHANG
594 QUEEN VICTORIA DR
HAMILTON ON L8W 3E5
CANADA

1.0 LBS LTR 1 OF 1
SHP#: 6621 8RG4 F8K
DATE: 04 SEP 2026

SHIP TO:
UNITE STATES BANKRUPTCY COURT
(888) 744 – 7123
ATTN EXUSED LATE FILING CASE 26 016
MIDDLE DISTRICT OF FLORID STE 555
801 N FLORIDA AVE
TAMPA FL 33602
UNITED STATES

Screened by USMS

FL 336 9 – 05

UPS SAVER 1P
TRACKING #: 1Z 662 18R D9 4135 8584

BILLING: P/P
SIGNATURE REQUIRED
DESC: DOCUMENT ONLY
PUROLATOR PIN: 6940121031
PIECE PIN: 6940121031

EDI – DOC

PUROLATOR PIN

PIECE PIN

918.A.000 ZPL 33.5V 08/2026

www.purolator.com 1 888 SHIP-1

Cette enveloppe sert à transporter jusqu'à 450 g (1 lb), tout contenu de poids supérieur pourrait causer des dommages à l'envoi durant son traitement.

...content up to 450 g (1 lb) and if exceeded could cause damage to the shipment during processing.

...% post consum... recycled content.
...% de cet embal... est fait de produit post-consommati...

Please press firmly / Appuyer fermement