**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 8:26-bk-01636-CPM** |
| | § | **Chapter 11** |
| **RAD Diversified REIT, Inc.** | § | |
| | § | |
| **DEBTOR(S)** | | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Agreed Order Granting Toorak Capital Partner's LLC Motion for Relief from Stay (Doc# 1040) was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 8th day of September, 2026.

*/s/ Bouavone Amphone*
**Bouavone Amphone**

**Via Pre-Paid U.S. Mail:**

***Debtor***
RAD Diversified REIT, Inc.
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688

Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

**Via ECF:**

**Jessey James Krehl**
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

**Joseph A Pack**
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

***U.S. Trustee***
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

**Nicole Peair**
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602

***Creditor Committee***
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
United States

**John D Elrod**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

**Danielle S Kemp**
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602