UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| RAD Diversified REIT, Inc. | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP,<br>DHI Fund, LLC,<br>DHI Holdings, LP,<br>DDH Fund, LLC, | Case No. 8:26-bk-01637<br>Case No. 8:26-bk-01638<br>Case No. 8:26-bk-01639<br>Case No. 8:26-bk-01640 |
| Debtors. | |

**AMENDED NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on **September 29, 2026 at 3:30 p.m. ET** at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

**a.** ***First and Final Fee Application of Baker & Hostetler LLP, Counsel for the Examiner, for Payment of Compensation and Reimbursement of Expenses for the Period of April 2, 2026, through August 31, 2026 (Compensation $83,973.50; Expenses $1,297.93)*** [Dkt. No. 1077]. A copy of the Application may be viewed on the case docket (https://dm.epiq11.com/case/radd/dockets) or may be obtained by request to Applicant at (407) 649-4092 or DMerola@bakerlaw.com.

**b.** ***First and Final Fee Application of Chapter 11 Examiner Maria M. Yip (Compensation $51,847.00; Expenses $422.50)*** [Dkt. No. 1078]. A copy of the Application may be viewed on the case docket (https://dm.epiq11.com/case/radd/dockets) or may be obtained by request to Applicant at (407) 649-4092 or DMerola@bakerlaw.com;

**c.** ***First and Final Fee Application of Hal A. Levenberg, CIRA, CFE, and Yip Associates, as Forensic Accountants for Chapter 11 Examiner Maria M. Yip (Compensation $468,390.00; Expenses $586.90)*** [Dkt. No. 1079]. A copy of the Application may be viewed on the case docket (https://dm.epiq11.com/case/radd/dockets) or may be

obtained by request to Applicant at (407) 649-4092 or DMerola@bakerlaw.com; and

**d.** ***First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Greenberg Traurig, LLP, as Counsel to the Official Committee of Unsecured Creditors of RAD Diversified REIT, Inc., et al., for the Period of April 11, 2026 through August 31, 2026 (Compensation $182,225.00; Expenses $229.10)*** [Dkt. No. 1080]. A copy of the Application may be viewed on the case docket (https://dm.epiq11.com/case/radd/dockets) or may be obtained by request to Applicant at (678) 553-2259 or ElrodJ@gtlaw.com.

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. If you object to the Applications, you must file an objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 by no later than **September 25, 2026**.

4. Any party opposing the relief sought in the Applications must appear at the hearing, or any objections or defenses may be deemed waived.

5. The Court may continue these matters upon announcement made in open court and reflected on the docket without further written notice.

Dated: September 9, 2026

| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br><br>By: /s/ *Andrew V. Layden*<br>Andrew V. Layden, Esq.<br>FL Bar No.: 86070<br>Email: alayden@bakerlaw.com<br>Danielle L. Merola, Esq.<br>FL Bar No.: 120120<br>E-mail: dmerola@bakerlaw.com<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Telephone: (407) 649-4000<br>Facsimile: (407) 841-0168<br>*Counsel for the Examiner* | **GREENBERG TRAURIG, LLP**<br><br>By: /s/ *John D. Elrod*<br>John D. Elrod (Fla. Bar No. 0615013)<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone: (678) 553-2259<br>Email: elrodj@gtlaw.com<br>Ari Newman (Fla Bar No. 56575)<br>Greenberg Traurig, P.A.<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone: (305) 579-0868<br>Email: newmanar@gtlaw.com<br>*Counsel for the Unsecured Creditors' Committee* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on September 9, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: /s/ *John D. Elrod*
John D. Elrod