UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

_______________________________________/

**CERTIFICATE OF SERVICE**

I, Laura Noyes, Esq, certify that on September 9, 2026, I caused to be served a true copy of the annexed **ORDER GRANTING RELIEF FROM AUTOMATIC STAY (DN 1038)** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/_Laura Noyes____________
Laura Noyes, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

**<u>SERVICE LIST</u>**

DDH Fund, LLC
11418 US-19 N.
Port Richey, FL 34688
***Debtor***

RAD Diversified Reit, Inc.
11418 US-19 N.
Port Richey, FL 34688

Joseph A Pack, Esq.
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
***Debtor's Attorney***

United States Trustee
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
***Trustee***

Creditor Matrix: