ORDERED.

**Dated: September 10, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| RAD Diversified REIT, Inc.; | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| RAD Diversified OZ Fund, LP; | *Jointly Administered with*<br>Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

**OMNIBUS AGREED ORDER LIFTING THE AUTOMATIC STAY**
**[D.E. 212, 213, 218, 219, 220, 223, 348, 350, 351, 352, 393, 430, 593, 627, 785, 950]**

NewRez LLC d/b/a Shellpoint Mortgage Servicing, Fay Servicing LLC, and Selene Finance LP, authorized loan servicers for various secured creditors (“Creditors”), and Debtors, having consented to the terms and conditions contained in this Order Lifting the Automatic Stay

pursuant of 11 U.S.C. 362(d)(1) and (2) to foreclose mortgages related to the properties listed on the attached **Schedule A** (collectively, the "Properties") and sufficient cause appearing therefore; accordingly, it is

**ORDERED:**

1. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the Properties identified in **Schedule A**.

2. This Order Granting Relief from Stay is entered for the sole purpose of allowing Creditors to pursue their lawful *in rem* remedies against the Properties identified in **Schedule A**, and Creditors shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the Properties against Debtors.

3. Creditors do not waive any potential deficiency claim against any other party. Nothing in this Order shall be construed as a release of the liability of any third party.

4. Debtors shall make no further claim of possession against the Properties in the foreclosure or subsequent eviction.

5. All communications sent by Creditors in connection with the proceedings against the Properties including notices required by state law and communications to offer and provide information with regard to potential Forbearance Agreements, Loan Modifications, Refinance Agreements, Loss Mitigation Agreements or other Loan Workouts, may be sent directly to Debtors.

6. This Order shall be binding in the event of case conversion.

7. Creditors may complete property preservation on the Properties without further notice to Debtor, provided the actions are required to protect Creditor's interest in the Properties, and said actions are permitted by the terms of the loan documents and applicable law.

8. Creditors' legal, equitable, and contractual rights shall remain unchanged with respect to their security interests in the Properties.

9. Creditors are awarded attorneys' fees of $750.00 and costs of $199.00 on each property in which a Motion for Relief from the Automatic Stay was filed, as identified in **Schedule A**. Attorneys' fees and costs were incurred in filing each Motion for Relief from the Automatic Stay, and shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies but shall not be a personal liability of Debtors.

10. The Court in its discretion waives the fourteen (14) day stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

11. Creditors will notify Pack Law when each Property identified in **Schedule A** is sold via foreclosure sale.

12. The upcoming hearings or trials scheduled on Creditors' Motions for Relief related to the Properties in **Schedule A** are cancelled.

###

Attorney Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

/s/ __*Tricia A. Morra*__
Tricia A. Morra (FLBN 0095989)
Aldridge Pite, LLP
101 East Park Blvd.
Suite 600, Office 23
Plano TX 75074
tmorra@aldridgepite.com
Telephone: (404) 994-7290
Attorney for Secured Creditor

/s/ *Jessey J. Krehl*, with permission _
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848
PACK LAW
4649 Ponce de Leon Blvd.,
Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Attorney for Debtors

# SCHEDULE A

| Servicer | Creditor | Property Address | Motion D.E. | Loan # / AP: |
|---|---|---|---|---|
| Fay | U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 | 5920 Chestnut St, Philadelphia, PA 19139 | 627 | xxxx8620 / 001758-131379 |
| Fay | U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust | 6514 N Beechwood St, Philadelphia, PA 19138 | 393 | xxxx8082 / 001758-142803 |
| Fay | U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 | 5518 Whitby Avenue, Philadelphia, PA 19143 | 430 | xxxx6299 / 001758-380801 |
| Fay | Brighthouse Life Insurance Company | 220 N Simpson St, Philadelphia, PA 19139 | 593 | xxxx7236 / 001758-390323 |
| Selene | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST | 1804 W Albanus Street, Philadelphia, PA 19141 | 213 | xxxx5535 / 001592-060930 |
| Selene | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST | 12748 Lake Vista Dr, Gibsonton, FL 33534 | 212 | xxxx3864 / 001592-146610 |
| Selene | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST | 1764 N Aberdeen Street, Philadelphia, PA 19131 | 218 | xxxx6019 / 001592-218961 |
| Selene | WILMINGTON SAVINGS FUND SOCIETY, FSB, | 3827 N Fairhill Street, Philadelphia, | 220 | xxxx5988 / 001592-253233 |

| | | | | |
|---|---|---|---|---|
| | NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST | PA 19140 | | |
| Selene | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST | 622 Main Street, Sewell, NJ 08080 | 223 | xxxx6014 / 001592-298932 |
| Selene | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST | 1931 W Airdrie Street, Philadelphia, PA 19140 | 219 | xxxx5994 / 001592-306546 |
| NewRez | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank, N.A. as Delaware Trustee | 2120 W Spencer Street, Philadelphia, PA 19138 | 352 | xxxx7192 / 000419-002306 |
| NewRez | NWL Company, LLC | 5509 Bloyd Street, Philadelphia, PA 19138 | 350 | xxxx1963 / 000419-002306 |
| NewRez | NWL Company, LLC | 1336 Argus Road, Camden, NJ 08104 | 351 | xxxx2856 / 000419-002306 |
| NewRez | Metropolitan Life Insurance Company | 824 S 58Th St, Philadelphia, PA 19143 | 348 | xxxx4766 / 000419-272302 |
| NewRez | BRAVO Residential Funding Trust 2023-NQM7 for Citibank, N.A., not in its individual capacity but solely as owner trustee | 221 W Coulter Street, Philadelphia, PA 19144<br>*Post-Sale | 950 | xxxx3394 / 000419-348472 |
| NewRez | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank, N.A. as Delaware Trustee | 3840 N 18th St, Philadelphia, PA 19140 | 785 | xxxx0858 / 000419-356076 |