**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**MONTHLY STAFFING REPORT OF GGG PARTNERS, LLC OF COMPENSATION EARNED AND EXPENSES INCURRED**
**FOR THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| Name of Applicant: | GGG Management, LLC |
| Authorized to Provide Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | Effective as of March 1, 2026 [Dkt. No. 171] |
| Compensation Period: | August 1, 2026 – August 31, 2026 |
| Amount of Compensation: | $22,974.00 |
| Amount of Expense Reimbursement: | $0.00 |

**COMPENSATION BY INDIVIDUAL SUMMARY FOR**
**THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| Professional | Title | Rate Per Hour | Total Hours | Total Amount |
|---|---|---|---|---|
| Katie Goodman | Managing Partner | $495.00 | 28.5 | $14,107.50 |
| Adam Cohen | Member | $450.00 | 18.5 | $8,325.00 |
| Dan Cooper | Partner | $285.00 | 1.9 | $541.50 |
| | | **Total Billed:** | **48.9** | **$22,974.00** |

**COMPENSATION BY CATEGORY SUMMARY FOR**
**THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| Task Description | Total Hours | Total Amount |
|---|---|---|
| Case Administration and Reporting | 13.1 | $5,617.50 |
| Court Hearings | 1.2 | $594.00 |
| General Administration | 23.9 | $11,659.50 |
| Plan Analysis and Support | 10.7 | $5,103.00 |
| **Total Billed:** | **48.90** | **$22,974.00** |