**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| 7E CWS Investments, Inc., its successors and assigns | U.S. Bank Trust National Association |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>FBT Gibbons, LLP<br>c/o Jillian Nolan Snider, Esq.<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219 | Court Claim # (if known): 0000011991<br>Amount of Claim: $287,501.58<br>Date Claim Filed: 07/09/2026 |
| Phone: 412-513-4300<br>Last Four Digits of Acct #: 3683 | Phone: N/A<br>Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above):
Madison Management Services, LLC
4600 KIETZKE LN, STE K225,
RENO, NV 89502

Phone: 877-563-4164
Last Four Digits of Acct #: 3683

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Jillian Nolan Snider* Date: 09/14/2026
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**EVIDENCE OF TRANSFER OF CLAIM**

**Recorded in Philadelphia PA Doc Id: 54480505**
**07/31/2026 12:55 PM Page 1 of 3 Rec Fee: $246.75**
**Receipt#: 26-64113**
**Records Department Doc Code: A**

# ASSIGNMENT OF SECURITY INSTRUMENTS

**Prepared By And**
**After Recording Return To:**

**DocSolutionUSA**

DocSolutionUSA, LLC, dba DocSolution, Inc.
2316 Southmore
Pasadena, TX 77502
713-941-4928

**DocSolutionUSA, LLC, d/b/a DocSolution, Inc. did not prepare a title search of the Property described in the document below. The Preparer of this document makes no representation as to the status and validity of, including, but not limited to, the title, loan history, boundary survey, property use, or zoning regulations of the Property assigned, transferred, conveyed, released, or any other disposition of the Property. Information herein was provided to preparer by Grantor/Grantee and/or their Agent.**

Client Id: 7E/CollStor Loan #: 2110 Latona St-ER

*20847779*

Parcel: 36-1084800; Township: THIRTY-SIXTH WARD OF THE CITY OF PHILADELPHIA
***FOR VALUE RECEIVED,*** the undersigned holder of the below described security instruments, **U.S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF FF INVESTORCO GRANTOR TRUST, ITS SUCCESSORS AND ASSIGNS**, whose address is 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020, does hereby grant, sell, assign, transfer and convey unto **7E CWS INVESTMENTS, INC, ITS SUCCESSORS AND ASSIGNS**, forever and without recourse, whose address is 1750 Tysons Boulevard Suite 1500, Mclean, VA 22102, all its right, title and interest in and to the below described security instrument dated **11/21/2022** made and executed by **RAD DIVERSFIED REIT, INC., A MARYLAND CORPORATION** to **CIVIC FINANCIAL SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** upon the property described as being property address 2110 Latona St, Philadelphia, PENNSYLVANIA 19146 and more fully described as follows: SEE ATTACHED EXHIBIT "A"

Identification of Security Instruments being assigned:
That Certain MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING having been given by **RAD DIVERSFIED REIT, INC., A MARYLAND CORPORATION** to **CIVIC FINANCIAL SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** to secure payment of loan in the amount of **$196,000.00**, which MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING dated **11/21/2022** was recorded **12/13/2022** as Document **54130550**, in the Official Records of **PHILADELPHIA County** Clerk's, State of **PENNSYLVANIA** together with the note(s) and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING.

To have and to hold the same unto Assignee, its successors and assigns, forever, subject only to terms and conditions of the above-described Security Instruments.

Executed this 7/14/26.

**U.S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF FF INVESTORCO GRANTOR TRUST**

By: Kenneth Nick
Title: Authorized Person

STATE OF New York

COUNTY OF Bronx

Before me, the undersigned officer, on this day, personally appeared Kenneth Nick the Authorized Person of U.S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF FF INVESTORCO GRANTOR TRUST, ITS SUCCESSORS AND ASSIGNS, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this July 14th. 2026

Notary Public in and for the State of New York
Notary's Printed Name: Indhira P. Castillo
My Commission Expires: 12/14/2028

INDHIRA P. CASTILLO
Notary Public, State of New York
Reg. No. 01CA6412071
Qualified in Bronx County
Commission Expires December 14, 2028

I certify that the address of the within named assignee is 1750 Tysons Boulevard Suite 1500, Mclean, VA 22102
Haleigh Sowell
Mortgage for $196,000.00 dated 11/21/2022

*2084779*

# EXHIBIT "A"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the South side of Latona Street at the distance of Seventy-eight feet Westward from the West side of Twenty-first Street in the Thirty-sixth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Latona Street fifteen feet and extending of that width in length or depth between parallel lines at right angles with the said Latona Street, forty-six feet three inches to a certain three feet six inches wide alley.

TOGETHER with the free and common use, right, liberty and privilege of the above mentioned alley as and for a passageway and watercourse at all times hereafter, forever.

BEING known as No. 2110 Latona Street.
Being the same premises which Philadelphia Housing Development Corporation (a Pennsylvania Non-Profit Corporation) by Deed dated 11/28/1990 and recorded 12/7/1990 in Philadelphia County in Deed Book FHS 1763 Page 177 conveyed unto Iris Bembery, in fee.
Being the same premises which Iris Bembery by Deed dated 8/2/2021 and recorded 12/11/2021 in Philadelphia County as Document No. 53915290 conveyed unto DDH Fund LP, in fee.