**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| 7E CWS Investments, Inc., its successors and assigns | FF Investco Alternative Holdings, its successors and assigns |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>FBT Gibbons, LLP<br>c/o Jillian Nolan Snider, Esq.<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219 | Court Claim # (if known): 0000011995<br>Amount of Claim: $272,583.64<br>Date Claim Filed: 07/09/2026 |
| Phone: 412-513-4300<br>Last Four Digits of Acct #: 3680 | Phone: N/A<br>Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above):
Madison Management Services, LLC
4600 KIETZKE LN, STE K225,
RENO, NV 89502

Phone: 877-563-4164
Last Four Digits of Acct #: 3680

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *<u>/s/ Jillian Nolan Snider</u>* ________________ Date: 09/14/2026 __________
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# EVIDENCE OF TRANSFER OF CLAIM

eRecorded in Philadelphia PA Doc Id: 54480629
08/03/2026 09:52 AM Page 1 of 3 Rec Fee: $246.75
Receipt#: 26-64226
Records Department Doc Code: A

# ASSIGNMENT OF SECURITY INSTRUMENTS

**Prepared By And**
**After Recording Return To:**

**DocSolutionUSA**

DocSolutionUSA, LLC, dba DocSolution, Inc.
2316 Southmore
Pasadena, TX 77502
713-941-4928

**DocSolutionUSA, LLC, d/b/a DocSolution, Inc. did not prepare a title search of the Property described in the document below. The Preparer of this document makes no representation as to the status and validity of, including, but not limited to, the title, loan history, boundary survey, property use, or zoning regulations of the Property assigned, transferred, conveyed, released, or any other disposition of the Property. Information herein was provided to preparer by Grantor/Grantee and/or their Agent.**

Client Id: 7E/CollStor Loan #:

*20567977*

Parcel: 17-2-2775-00; Township: 17TH WARD OF THE CITY OF PHILADELPHIA
***FOR VALUE RECEIVED,*** the undersigned holder of the below described security instruments, **FF INVESTORCO ALTERNATIVE HOLDINGS, LLC, ITS SUCCESSORS AND ASSIGNS**, whose address is 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020, does hereby grant, sell, assign, transfer and convey unto **7E CWS INVESTMENTS, INC, ITS SUCCESSORS AND ASSIGNS**, forever and without recourse, whose address is 1750 Tysons Boulevard Suite 1500, Mclean, VA 22102, all its right, title and interest in and to the below described security instrument dated **4/14/2022** made and executed by **RAD DIVERSIFIED REIT, INC., A DELAWARE CORPORATION** to **CIVIC FINANCIAL SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** upon the property described as being property address 5634 N 18th St, Philadelphia, PENNSYLVANIA 19141 and more fully described as follows: SEE ATTACHED EXHIBIT "A"

Identification of Security Instruments being assigned:
That Certain MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING having been given by **RAD DIVERSIFIED REIT, INC., A DELAWARE CORPORATION** to **CIVIC FINANCIAL SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** to secure payment of loan in the amount of **$202,500.00**, which MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING dated **4/14/2022** was recorded **4/22/2022** as Document **54028277**, in the Official Records of **PHILADELPHIA County** Clerk's, State of **PENNSYLVANIA** together with the note(s) and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such MORTGAGE, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING.

To have and to hold the same unto Assignee, its successors and assigns, forever, subject only to terms and conditions of the above-described Security Instruments.

Executed this 7/14/24.

**FF INVESTORCO ALTERNATIVE HOLDINGS, LLC**

By: Kenneth Nick
Title: Authorized Person

STATE OF New York

COUNTY OF Bronx

Before me, the undersigned officer, on this day, personally appeared Kenneth Nick the Authorized Person of FF INVESTORCO ALTERNATIVE HOLDINGS, LLC, ITS SUCCESSORS AND ASSIGNS, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this July 14th. 2024

Notary Public in and for the State of New York
Notary's Printed Name: Indhira P. Castillo
My Commission Expires: 12/14/2028

INDHIRA P. CASTILLO
Notary Public, State of New York
Reg. No. 01CA6412071
Qualified in Bronx County
Commission Expires December 14, 2028

I certify that the address of the within named assignee is 1750 Tysons Boulevard Suite 1500, Mclean, VA 22102
Haleigh Sowell
Mortgage for $202,500.00 dated 4/14/2022

* 2 0 5 6 7 9 7 *

# EXHIBIT "A"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the 17th Ward of the City of Philadelphia and described according to a survey and plan thereof made by Joseph F. Delany, Surveyor and Regulator of the 5th District of the City of Philadelphia on 2/10/1938, as follows, to wit:

SITUATE on the West side of 18th Street (45 feet wide) at the distance of 286 feet, 6 inches Northward from the North side of Olney Avenue (80 feet wide).

CONTAINING in front or breadth on the said 18th Street 18 feet and extending of that width in length or depth Westward between parallel lines at right angles to the said 18th Street 88 feet to the middle of a certain 12 feet wide driveway extending Southward from Chew Street to another 10 feet wide driveway leading Eastward into 18th Street.

TOGETHER with the free and common use, right, liberty and privilege of the above mentioned 12 feet wide driveway as and for a driveway and passageway at all times hereafter, forever, in common with the owners, tenants and occupiers of the other lots of ground bounding thereon and entitled to the use thereof.

BEING known as No. 5634 North 18th Street.

Being the same premises which Pledged Property 1X, LLC by Deed dated 04/03/2003 and recorded 05/01/2003 in Philadelphia County as Document No. 50660904 conveyed unto Vincent E. Norton and Douglas Kirk, as tenants in common, in fee.
Being the same premises which Vincent E. Norton and Douglas Kirk by Deed dated 06/15/2006 and recorded 06/28/2006 in Philadelphia County as Document No. 51473603 conveyed unto Justin Turner, as sole owner, in fee.
Being the same premises which Justin Turner by Deed dated 01/17/2019 and recorded 01/30/2019 in Philadelphia County as Document No. 53472219 conveyed unto Summer Properties LP, in fee.
($1.00 consideration)