FILED VIA MAIL

SEP 15 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION
In re: RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM
Debtor.
Chapter 11

AMENDED MOTION TO ALLOW LATE FILED CLAIM(S) AS TIMELY FILED

Comes now the Movant, Lihong Zhang, appearing pro se, and files this Amended Motion to correct the procedural deficiencies identified in the Court's Order Denying Motion to Allow Late Filed Claim (Doc. #1088). Specifically, Movant now includes proof of service upon the Debtor at its address of record (11418 US-19 N., Port Richey, FL 34688-1438), and includes Movant's original handwritten signature as required by Fed. R. Bankr. P. 9011.

STATEMENT OF FACTS AND EXCUSABLE NEGLECT

My name is Lihong Zhang. I am filing this Amended Motion to allow my Proofs of Claim as an Excused Late Filing based on excusable neglect due to extreme personal hardship.

Please let me explain why I am late:

I am a 58-year-old single mother living in Canada. I invested my life savings (money from refinancing my house) and part of my elderly parents' savings into this US Company. I do not know anyone at the company, and I have no other source of information regarding the bankruptcy other than the Epiq website. I learned about the company from an advertisement on YouTube.

On March 30, 2026, Gretchen O'Brien emailed me about the bankruptcy. I tried to open the provided link, but it failed. I replied to her asking for help, but she told me to copy and paste it, which also failed for me. (Please note: Canada uses a different postal code format, which prevents me from easily filling out US zip code boxes on online forms).

Since I never received the promised returns from my Joint Venture, my life collapsed. I have had to work two jobs just to support my family. Shortly after receiving her email, my 80+ year old parents were critically ill and ultimately decided to leave Canada to return to their home country in order to reduce my burden. My son also had a severe highway car accident, and I had to sell my house to pay my refinanced mortgage debt. This April, I had to move again in order to save money. My new address is 594 Queen Victoria Dr. Hamilton ON Canada. I was completely physically and mentally exhausted from the workload, combined with caring for my son; these left me completely overwhelmed and drained. I genuinely did not have the energy or mental capacity left to remember complex legal deadlines, especially after the link failed to open in March. I am in survival mode every single day. This is not carelessness; this is the result of extreme exhaustion.

I completely forgot about the bankruptcy until this August, when I emailed Gretchen asking when I would finally get my funds back. She sent me the link again, and that is when I finally remembered her March email and realized I had missed the deadline.

I am not a negligent creditor; I am a victim facing severe family hardship. I am asking the court for the grace to file this claim.

I sincerely apologize for filing this claim late and for the extra administrative work this may cause your team. I understand that filing deadlines are strictly enforced, and I genuinely regret that my personal situation caused this delay. I deeply appreciate your time, patience, and willingness to review my claim.

ENCLOSURES (Summary of my total investment of $370,750.00 USD):

1. Form 410 - Stock Investment ($50,000.00 USD): Attached is my official "Shareholder's Quarterly Statement" from Sept 2021.
2. Form 410 - Joint Venture & Membership Fee ($320,750.00 USD): Attached is my signed Joint Venture Agreement dated 1/14/2022 ($280,750.00), and my CIBC bank wire transfer receipt dated Dec 6, 2021 ($40,000.00).
3. Appendix B Form: Showing my account number ending in 4081 for your internal reference.
4. Certificate of Service.
5. This Amended Motion.
6. Original handwritten signature

Again, I am respectfully requesting the court allow this late filing. I have all documentation ready and am eager to resolve this matter.

I look forward to hearing from you. Thank you!

Executed on this 10 th day of September, 2026.

Lihong Zhang

594 Queen Victoria Dr.
Hamilton, ON L8W 3E5
Canada
Phone: (905) 966-0666
Email: Zlihong70@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION
In re: RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM
Debtor.
Chapter 11

CERTIFICATE OF SERVICE

I, Lihong Zhang, hereby certify that on this 10 th day of September, 2026, I served a true and correct copy of the AMENDED MOTION TO ALLOW LATE FILED CLAIM(S) AS TIMELY FILED together with all attached exhibits, upon the following parties by Canada Post International Mail, postage prepaid, with Tracking:

1. The Debtor at its Address of Record:
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688-1438

2. Counsel for the Debtors:
Jessey James Krehl
Joseph A. Pack
Pack Law
4649 Ponce de Leon Boulevard, Suite 405
Coral Gables, FL 33146

I certify that the foregoing is true and correct under penalty of perjury.

Executed on this 10 th day of September, 2026.

Lihong Zhang

594 Queen Victoria Dr.
Hamilton, ON L8W 3E5
Canada
Phone: (905) 966-0666
Email: Zlihong70@gmail.com

Respectfully submitted

Lihong zhang

Date: Sep. 10, 2026

Address: 594 Queen Victoria Dr.
Hamilton Ontario L8W 3E5
Canada

Phone: (905) 966-0666

Email: zlihong70@gmail.com

38

from:
de: Lihong Zhang
594 Queen Victoria Dr.
Hamilton ON L8W 3E5
Canada

Attention: AMEND MOTION - Case 8:26-bk

CANADA POST POSTES CANADA EMS 1

Xpresspost TM/MC – USA É.-U.

From:/De :

LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada

Postage paid | Port payé 00102802
Date 2026 09 11
Gross Weight | Poids brut 0.089 kg
Insured Value | Valeurs Insurée $1.00 CAD
Postage Rate | Tarif d'affran. $39.21 CAD
Transaction No. | N° de transaction 0203739733
Non - Delivery Instructions
Instructions de non - livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

To:/À : Tel No. N° de tél.: 9059660666

CLERK OF THE COURT
801 N FLORIDA AVE
TAMPA FL 33602
UNITED STATES

See Commercial Invoice CN23 Attached Voir la facture commerciale ou le CN23 adjoint

to:
à: Clerk of the Court
United States Bankruptcy Court
Middle District of Florida, Tampa
801 N. Florida, ~~Tampa~~ Avenue, Suite 5
United States

COMMERCIAL INVOICE / CN23 FACTURE COMMERCIALE / CN23

Sender / Expéditeur
LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada
Addressee / Destinataire 9059660666

Item ID N d'article EM 110 600 041 CA
Date 2026 09 11
Reference No. N de référence
Reason for Export Document