**Fill in this information to identify the case:**

Debtor 1 ______

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: ______ District of ______

Case number ______

FILED VIA MAIL

SEP 15 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Lihong Zhang
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Lihong Zhang
Name

594 Queen Victoria Dr.
Number Street

Hamilton ON L8W 3E5 Canada
City State ZIP Code

Contact phone (905)966-0666

Contact email zlihong70@gmail.com

**Where should payments to the creditor be sent? (if different)**

Name ______

Number Street ______

City State ZIP Code ______

Contact phone ______

Contact email ______

Uniform claim identifier (if you use one): ______

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. *Claim number on court claims registry (if known)* ______ *Filed on* ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4 0 8 1

**7. How much is the claim?**

$ 50,000.00. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

RAD Diversified REIT Stock $50000.

See attached shareholders Quarterly Statement dated Sept. 2021

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: __________

**Basis for perfection:** __________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: __________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- [x] No
- [ ] Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- [x] I am the creditor.
- [ ] I am the creditor's attorney or authorized agent.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/10/2026
MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

Name: Lihong (First name) ___ (Middle name) Zhang (Last name)

Title: ________

Company: ________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 594 Queen Victoria Dr. (Number Street)
Hamilton (City) ON (State) L8W 3E5 (ZIP Code) Canada

Contact phone (905)966-0666 Email zlihong70@gmail.com

RAD
DIVERSIFIED

September 7th, 2021

**RAD DIVERSIFIED REIT, INC.**
SHAREHOLDER'S QUARTERLY STATEMENT

Quarter Ending June 30, 2021
Prepared by Andrew J. Nonis

**SHAREHOLDER:**
**Lihong Zhang**

| | |
|---|---|
| SHARES HELD 3/31/21 | 0 |
| PRICE/SHARE 3/31/21 | $15.66 |
| VALUE OF SHARES HELD 3/31/21 | $0.00 |
| SHARES PURCHASED THIS QUARTER | 3,280 |
| SHARES SOLD THIS QUARTER | 0 |
| ADJUSTMENTS TO SHARES HELD 3/31/21 | 0 |
| FINAL SHARES HELD AS OF 6/30/21 | 3,280 |
| VALUE OF SHARES HELD 6/30/21 | $51,364.80 |
| $ INVESTED 6/30/21 | $50,339.33 |
| AVERAGE COST/SHARE | $15.35 |
| PRICE/SHARE 6/30/21 | $16.39 |
| NET VALUE OF SHARES HELD 6/30/21 | $53,759.20 |
| PROFIT/LOSS THIS QUARTER | $2,3.94.40 |
| RATE OF RETURN THIS QUARTER | 4.662% |

38

from:
de : Lihong Zhang
594 Queen Victoria Dr.
Hamilton ON L8W 3E5
Canada

Attention: AMEND MOTION-Case 8:26-bk

CANADA POST POSTES CANADA EMS 1

Xpresspost TM/MC – USA E.-U.

From:/De :

LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada

Postage paid | Port payé
00102802
Date
2026 09 11
Gross Weight | Poids brut
0.089 kg
Insured Value | Valeurs assurée
$1.00 CAD
Postage Rate | Tarif d'affran.
$39.21 CAD
Transaction No. | Nº de transaction
0203739733
Non – Delivery Instructions
Instructions de non – livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

To:/À : Tel No. Nº de tél.:
9059660666

CLERK OF THE COURT
801 N FLORIDA AVE
TAMPA FL 33602
UNITED STATES

See Commercial Invoice CN23 Attached Voir la facture commerciale ou le CN23 adjoint

to:
à : Clerk of the Court
United States Bankruptcy Court
Middle District of Florida, Tampa
801 N. Florida, ~~Tampa~~ Avenue, Suite 5
United States

COMMERCIAL INVOICE / CN23 FACTURE COMMERCIALE / CN23

Sender / Expéditeur
LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada
Addressee / Destinataire (9059660666

Item ID / N d'article EM 110 600 041 CA
Date 2026 09 11
Reference No. / N de référence
Reason for Export: Document