FILED VIA MAIL

SEP 15 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

**Fill in this information to identify the case:**

Debtor 1 ______

Debtor 2 ______
(Spouse, if filing)

United States Bankruptcy Court for the: ______ District of ______

Case number ______

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Lihong Zhang
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Lihong Zhang
Name

594 Queen Victoria Dr.
Number Street

Hamilton Ontario L8W 3E5 Canada
City State ZIP Code

Contact phone (905)966-0666

Contact email zlihong70@gmail.com

Uniform claim identifier (if you use one): ______

**Where should payments to the creditor be sent? (if different)**

Name ______

Number Street ______

City State ZIP Code ______

Contact phone ______

Contact email ______

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4 0 8 1

**7. How much is the claim?**

$ 320,750

**Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

1) Joint Venture ($280,750). See attached JV agreement

2) Inner Circle membership Fee ($40,000) See CIBC wire transfer receipt.

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: __________

**Basis for perfection:** __________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $________

**Amount of the claim that is secured:** $________

**Amount of the claim that is unsecured:** $________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $________

**Annual Interest Rate** (when case was filed) ____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $________

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: __________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- [x] No
- [ ] Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- [x] I am the creditor.
- [ ] I am the creditor's attorney or authorized agent.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/10/2026
MM / DD / YYYY

[signature]
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Lihong (First name) — (Middle name) Zhang (Last name)

Title:

Company:
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 594 Queen Victoria Dr.
Number Street
Hamilton Ontario L8W 3E5 Canada
City State ZIP Code

Contact phone (905)966-0666 Email zlihong70@gmail.com

# JOINT VENTURE AGREEMENT

The effective date of this Joint Venture Agreement ("JV Agreement" or "Agreement") is 1/14/2022. This JV Agreement is made by and between (RAD DIVERSIFIED REIT INC.) (RDRI) and LiHong Zhang (LZ) are collectively referred to for the sole purposes of engaging in a real estate investment deal related to address 805 Columbus Dr, Tierra Verde, FL 33715 which is hereinafter referred to as the "Business Interest or "Subject Property."

**Agent Appointed to Operate Business Interest**

To facilitate the collection and distribution of the profits accruing from the Business Interest, the Joint Venturers hereby appoint (RDRI) to act as the agent on behalf of the Joint Venturers. As agent for the Joint Venturers, (RDRI) will have the duty to operate the Joint Venture and Business Interest for all the persons/entities holding an interest for the benefit of the Joint Venturers. (RDRI) will solely make all decisions on the property and for the Joint Venture. To the extent any conflict of interest exists between (RDRI) and any other Joint Venturer by reason of (RDRI) acquisition of a participating interest and serving as the agent, the Parties consent to the conflict of interest.

**Term of Joint Venture**

This JV Agreement shall commence on the date 1/14/2022 and shall continue until such time as this JV Agreement is terminated by the mutual written consent of the Joint Venturers or Subject Property is sold.

**Principal Place of Business of Joint Venture**

The principal place of business of the joint venture shall be 211 North Lois Avenue, Tampa, FL. 33609.

**Contributions and Costs**

The Joint Venturers will split all costs and profits equally. The Joint Venturers acknowledge and agree that real property contract is active and that (RDRI) received $ $280,750.00 USD from (805 Columbus Dr, Tierra Verde, FL 33715) for a 50% ownership as tenants in common.



Name: Lihong Zhang

Address: 805 Columbus Dr, Tierra Verde, FL 33715

**Profits**

The Joint Venturers agree that (RDRI), as agent for the Joint Venturers, shall hold and distribute net profits to the Joint Venturers if such proceeds are not distributed from any real estate closing/title company.
The percentage of profits each Joint Venturer is entitled to receive according to this JV Agreement is 50, (50% each Joint Venturer), This amount may later be amended in writing if additional capital is contributed or withdrawn from the joint venture by Joint Ventures.

**Losses**

All losses and disbursement, incurred in acquiring, operating, and improving the Business Interest shall, during the term of the joint venture, be paid by the Joint Venturers in the ratio in which the capital contribution of each Joint Venturer's bears to the total capital contributed towards the joint venture, in this case 50/50 to each Joint Ventures.

**Management Fee**
There is an 8% management fee assessed to all things related to the property.

**Expenses**

All costs to create and operate this joint venture will be borne 50% to each Joint Ventures, expected property. The cost could be more or less and neither Joint Venturer has seen inside the property. The cost of the rehab will be paid by a hard money loan.

**Marketing**

By signing below, RDRI agrees to receive autodialed or prerecorded calls at the phone number identified in the "Notices" section below from, RAD Diversified REIT, and/or their parent, subsidiary, or affiliated entities, whether the number appears on a state or federal Do Not Call registry. Lihong Zhang ______________ understands that consent is not a condition of participating in this Agreement.

**Entire Agreement**

Each party enters into this Agreement based on its own knowledge and judgment. and the advice of its counselor and it is not acting in reliance on any representation or advice of another party,



Name: Lihong Zhang

Address: 805 Columbus Dr, Tierra Verde, FL 33715

except as set forth in this Agreement. This Agreement, along with the RDRI Privacy Policy, Terms and Conditions, and other legal policies included on the RAD Diversified website and hereby incorporated by reference, contains the entire agreements, arrangements, negotiations, and understandings between the parties that relate to the subject matter hereof. There are no other understandings, statements, promises, or inducements, oral or otherwise, contrary or in addition to the terms of this Agreement. No representations, warranties, covenants, or conditions express or implied, whether by statute or otherwise, other than as set forth specifically herein have been made by any party herein. The parties represent and agree that in executing this Agreement, except as expressly set forth in this Agreement, they are not relying on any representation, warranty, covenant, or alleged duty to disclose other facts of any other party to this Agreement.

**Governing Law, Dispute Resolution, and Class Waiver**

**PLEASE READ THIS CAREFULLY. IT AFFECTS YOUR RIGHTS.**

(a) Mandatory, Bilateral Arbitration. Any dispute, claim, or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by binding arbitration in Philadelphia, Pennsylvania, and under the laws of the Commonwealth of Pennsylvania.

Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted. There is no judge or jury in arbitration, and court review of an arbitration award is limited. An arbitrator, however, can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief, or statutory damages), and must follow this Agreement.

The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures. The number of arbitrators shall be determined in accordance with those Rules. In considering the facts and issues, in conducting the hearings, and in rendering a decision or award, the arbitrator is required to strictly apply the law of the Commonwealth of Pennsylvania and failure to follow Pennsylvania law is grounds for vacating the decision or award. This section shall not preclude parties from seeking provisional remedies in aid of arbitration from a court located in Philadelphia, Pennsylvania or injunctive relief necessary to enforce the Confidential Information provision of this Agreement. Each party shall equally divide the fees and costs of the arbitrator(s). Each party shall pay for its own costs and attorney's fees, if any. However, the parties are entitled to seek recovery of costs and attorney's fees to the same extent they would be entitled in court under controlling law.



Name: Lihong Zhang

Address: 805 Columbus Dr, Tierra Verde, FL 33715

DocuSign Envelope ID: 051295E0-72B3-44B6-B008-4BC32EB44AC4

Any party that seeks to confirm, vacate or have the judgment entered on any arbitration award shall do so exclusively in a court in Philadelphia, Pennsylvania. Each party hereby irrevocably submits to the exclusive jurisdiction of the state and federal courts sitting in Philadelphia, Pennsylvania, for the purposes set forth above and hereby irrevocably waives, and agrees not to assert in any suit, action or proceeding, any claim that it is not personally subject to the jurisdiction of any such court, or that such suit, action or proceeding is improper.

(c) Waiver of Jury Trial. BY ENTERING INTO THIS AGREEMENT ( Name) AND RDRI ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY.

(d) Waiver of Class or Consolidated Actions. ALL CLAIMS AND DISPUTES WITHIN THE SCOPE OF THIS AGREEMENT MUST BE MEDIATED OR LITIGATED ON AN INDIVIDUAL BASIS AND NOT ON A CLASS BASIS, AND CLAIMS OF MORE THAN ONE SUBSCRIBER OR USER CANNOT BE MEDIATED OR LITIGATED JOINTLY OR CONSOLIDATED WITH THOSE OF ANY OTHER INDIVIDUAL.

**Notices**

All communications, notices and disclosures required or permitted by this Agreement, other than those referenced in the "Marketing" section above, shall be in writing and shall be deemed to have been given at the earlier of the time when delivered to the other party to the following email addresses.

(RDRI): relations@raddiversified.com
(LZ): lihongzhang17@yahoo.com

**Parties in Interest**

Nothing in this Agreement is an admission by or on behalf of the parties to this Agreement. This Agreement binds and inures to the benefit of the parties and their respective heirs, executors, administrators, successors and assigns.

**Best Efforts, Good Faith**

The parties hereby agree to use their best efforts and good faith in carrying out all the terms of this Agreement.

JV Agreement

Name: Lihong Zhang

Address: 805 Columbus Dr, Tierra Verde, FL 33715

DocuSign Envelope ID: 051295E0-72B3-44B6-B008-4BC32EB44AC4

**No Strict Construction**

The language used in this Agreement is chosen jointly by the parties to express their mutual, Manager/Member Agreement will not be interpreted against any of them. Except as expressly limited by this paragraph, all of the applicable rules of contract interpretation will govern the interpretation of any uncertainty or ambiguity. The term "including" as used in this Agreement is used to list items by way of example and will not be deemed to constitute a limitation of any term or provision in this Agreement.

**SEVERABILITY**

If any provision, clause, or part of this Agreement, or the application thereof under certain circumstances, is held invalid, the remainder of this Agreement, or the application of the provision, clause, or part under other circumstances, shall not be affected thereby if any provision of this Agreement is illegal or unenforceable, that provision will be deemed stricken and all remaining provisions will remain in full force and effect.

**MULTIPLE COUNTERPARTS**

This Agreement may be executed in multiple counterparts, each of which will be considered by the parties to be an original.

**(RAD DIVERSIFIED REIT, INC.)** **(DATE OF SIGNATURE)**

DocuSigned by:
DUTCH MENDENHALL
1020AAC1DC974EB...

1/15/2022

Dutch Mendenhall, Manager/Member

LiHong Zhang
( )

**(DATE OF SIGNATURE)**

DocuSigned by:
Lihong Zhang
C1E0370D44A145D...

1/14/2022

JV Agreement

Name: Lihong Zhang

Address: 805 Columbus Dr, Tierra Verde, FL 33715

CIBC

Customer's Copy *Copie du client*

2404613
3958 BIL-2015/10

Reference *Référence*

GAGE & FENNELL BANKING CENTRE
HAMILTON, ONT BY CABLE

0887403

Date

40,000.00 UNITED STATES DOLLAR VALUE DATED Dec/06/2021

Payment Order *Ordre de paiement*

Dec/04/2021
11:26

CURRENCY...........: UNITED STATES DOLLAR
FOREIGN AMOUNT.....: 40,000.00
EXCHANGE RATE......: 1.3147
CANADIAN EQUIVALENT: 52,588.00
SERVICE CHARGE RATE: 1.3147
SERVICE CHARGES....: 80.00 USD 60.85
FAX ADMIN FEE......: USD
FAX CONFIRM FEE....: USD
CORRESP CHARGES....: USD
CANADIAN AMOUNT....: 52,668.00
TOTAL FOREIGN AMOUNT:40,060.85
CUSTOMER'S ACCOUNT.: 04562/75-39037 CAD
COMMENTS:

BY ORDER OF:
LIHONG ZHANG
552 QUEEN VICTORIA DR
HAMILTON ON CA L8W 1W9

DETAILS OF PAYMENT (EG. INVOICE # ETC):
DEPOSIT TO 865990790

DESTINATION BANK:
BANK IDENTIFIER: CHASUS33
JPMORGAN CHASE BANK, N.A.
383 MADISON AVENUE
NEW YORK,NY UNITED STATES

PAYMENT INSTRUCTIONS:
CREDIT ACCOUNT AND NOTIFY
DEPOSIT TO ACCOUNT

ROUTING CODE: ABA
ROUTING NUMBER:

BENEFICIARY:
ACCOUNT NUMBER:
865990790
RAD DIVERSIFIED
211 N LOIS AVE
TAMPA FL US 33609

CORRESP. CHARGES:
TO BE PAID BY BENEFICIARY

INTERMEDIARY BANK:
BANK IDENTIFIER: CHASUS33
JPMORGAN CHASE BANK, N.A.
383 MADISON AVENUE
NEW YORK,NY UNITED STATES

Please arrange the payment described above upon the Terms and Conditions on the reverse of this Payment Order. The undersigned acknowledges having read the Terms and Conditions and agrees to be bound by them. If more than one Customer signs this Payment Order the Customers agree that their liability pursuant to this Payment Order shall be joint and several (solidary in Quebec).
*Veuillez prendre des dispositions pour effectuer le paiement décrit ci-dessus conformément aux modalités figurant au verso du présent ordre de paiement. Le soussigné reconnaît qu'il a pris connaissance de ces modalités et accepte d'être lié par celles-ci. Si plus d'un client signe le présent ordre de paiement, les clients reconnaissent qu'ils seront solidairement responsables conformément au présent ordre de paiement.*

Dec 4, 2021 — Lihong Zhang — [signature]

Date | Name of Customer(s) *Nom du ou des clients* | Authorized Signature *Signature autorisée* | Authorized Signature *Signature autorisée*

Receipt is hereby acknowledged by us, as agents of the remitter, of the sum required to arrange the payment described above, subject to the terms and conditions appearing on the reverse hereof.
*Nous accusons par les présentes réception, à titre de mandataires du donneur d'ordre, du montant nécessaire pour effectuer le paiement indiqué ci-dessus, sous réserve des modalités figurant au verso des présentes.*
Canadian Imperial Bank of Commerce *Banque canadienne impériale de commerce.*

Per p.p. [signature] Per p.p.

Signature - Branch Officer *Signature des responsables du centre bancaire*

Appendix B
Additional Stocks Purchase

RAD DIVERSIFIED REIT c/o Andrew Nonis
1306 Monte Vista Avenue, Suite 5
Upland, CA 91786
Email:andrew@raddiversified.com

The undersigned submits the following additional stock purchase: $ 30,000. Under the current stock share price $ $15.66.

THE UNDERSIGNED AGREES TO NOTIFY THE PARTNERSHIP AND THE ADMINISTRATION PROMPTLY SHOULD THERE BE ANY CHANGE IN ANY OF THE FOREGOING INFORMATION.

Payment Particulars 30,000

BY CHECK MAKE PAYABLE TO : RAD DIVERSIFIED REIT INC.

SEND TO: RAD Diversified REIT Inc.

ATTN: Amy Vaughn

211 N. LOIS AVENUE TAMPA, FL 33609

___BY ENTERPRISE BANK & TRUST ADDRESS:

Name of Account: RAD DIVERSIFIED REIT INC

Account Number: 1734081

Routing Number: 081006162

Beneficiary: ENTERPRISE BANK & TRUST, ESCROW AGENT FOR RAD DIVERSIFIED REIT INC
Beneficiary Address: 211 N Lois Avenue Tampa, FL 33609

Name : L Thong Zhang Company Name (if applicable):

Signature [signature] C1E0370D44A145D... Date: 7/29/2021

STOCK SUBSCRIPTION AGREEMENT
RAD Diversified REIT, Inc.
211 N. Lois Avenue, Tampa, FL 33609

38

from:
de : Lihong Zhang
594 Queen Victoria Dr.
Hamilton ON L8W 3E5
Canada

Attention: AMEND MOTION–Case 8:26-bk

CANADA POST POSTES CANADA EMS 1

Xpresspost TM/MC – USA É.-U.

From:/De :

LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada

Postage paid | Port payé 00102802
Date 2026 08 11
Gross Weight | Poids brut 0.089 kg
Insured Value | Valeurs Insurée $1.00 CAD
Postage Rate | Tarif d'affran.
$39.21 CAD
Transaction No. | N° de transaction 0203739733

Non – Delivery Instructions
Instructions de non – livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

To:/À : Tel No. N° de tél.: 9059660666

CLERK OF THE COURT
801 N FLORIDA AVE
TAMPA FL 33602
UNITED STATES

See Commercial Invoice CN23 Attached Voir la facture commerciale ou le CN23 adjoint

to:
à : Clerk of the Court
United States Bankruptcy Court
Middle District of Florida, Tampa
801 N. Florida, ~~Tampa~~ Avenue, Suite 5
United States

COMMERCIAL INVOICE / CN23 FACTURE COMMERCIALE / CN23

Sender / Expéditeur
LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada
Addressee / Destinataire 9059660666

Item ID N d'article EM 110 600 041 CA
Date 2026 08 11
Reference No. N de référence
Reason for Export Document