# Exhibit A

## Draft Settlement Statement for 5538 and 5540 Linmore Avenue, Philadelphia, PA

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

## B. Type of Loan

1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins
4. ☐ VA 5. ☐ Conv Ins. 6. ☐ Seller Finance
7. ☒ Cash Sale.

| 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|
| **203187PN-02** | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| **Yikonbass, LLC**<br>, | **RAD Diversified Reit Inc**<br>**256 Eagleview Blvd**<br>**Exton, PA 19341** | , |

G. Property Location

**Parcel/BRT 514286200, City of Philadelphia, in Philadelphia County, PA**
**5538 Linmore Avenue**
**Philadelphia, PA 19143**
**See Addendum**

H. Settlement Agent Name
**Surety Abstract Services, LLC**
**107 South 2nd Street, Suite 200**
**Philadelphia, PA 19106 Tax ID: 22-3154895**
**Underwritten By: Fidelity National**

Place of Settlement
**Surety Abstract Services, LLC**
**107 South 2nd Street, Suite 200**
**Philadelphia, PA 19106**

I. Settlement Date

Fund:

Preliminary

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | **$101,000.00** | 401. Contract Sales Price | **$101,000.00** |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | **$24,710.64** | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. Water | | 407. Water | |
| 108. Sewer | | 408. Sewer | |
| 109. MUA | | 409. MUA | |
| 110. Association | | 410. Association | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | **$125,710.64** | **420. Gross Amount Due to Seller** | **$101,000.00** |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | **$11,110.00** | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | **$236.01** |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan to | |
| 205. | | 505. Payoff of second mortgage loan to | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. Water | | 511. Water | |
| 212. Sewer | | 512. Sewer | |
| 213. MUA | | 513. MUA | |
| 214. Association | | 514. Association | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$11,110.00** | **520. Total Reduction Amount Due Seller** | **$236.01** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | **$125,710.64** | 601. Gross Amount due to seller (line 420) | **$101,000.00** |
| 302. Less amounts paid by/for borrower (line 220) | **$11,110.00** | 602. Less reductions in amt. due seller (line 520) | **$236.01** |
| **303. Cash From Borrower** | **$114,600.64** | **603. Cash To Seller** | **$100,763.99** |

Preliminary

Preliminary

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

**L. Settlement Charges**

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price $101,000.00 @ % = $9,090.00** | | |
| Division of Commission (line 700) as follows: | | |
| 701. **$2,020.00** to **Springer Realty Group** | | |
| 702. **$7,070.00** to **Tranzon Driggers** | | |
| 703. Commission Paid at Settlement | **$9,090.00** | **$0.00** |
| **800. Items Payable in Connection with Loan** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Yield Spread Premium to | | |
| 807. Mortgage Broker Fee to | | |
| 808. Flood Certification to | | |
| 809. Tax Service Fee to | | |
| 810. Commitment Fee to | | |
| 811. Application Fee to | | |
| **900. Items Required by Lender To Be Paid in Advance** | | |
| 901. Interest from to @ **$0**/day | | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for years to | | |
| 904. Flood Insurance Premium to | | |
| **1000. Reserves Deposited With Lender** | | |
| 1001. Hazard insurance months @ per month | | |
| 1002. Mortgage Insurance months @ per month | | |
| 1003. City/Town Taxes months @ per month | | |
| 1004. Water months @ per month | | |
| 1005. Sewer months @ per month | | |
| 1006. MUA months @ per month | | |
| 1007. Association months @ per month | | |
| 1008. months @ per month | | |
| 1011. Aggregate Adjustment | | |
| **1100. Title Charges** | | |
| 1101. Settlement or Closing Fee to **Surety Title Company, LLC - Trust** | | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary Fees to | **$25.00** | |
| 1107. Attorney's fees to | | |
| (includes above items numbers: ) | | |
| 1108. Title insurance to **Surety Title Company, LLC - Trust** | **$2,490.04** | |
| (includes above items numbers: ) | | |
| 1109. Lender's coverage **$0.00/$173.00** . | | |
| 1110. Owner's coverage **$101,000.00/$2,317.04** | | |
| 1111. Other Fees to | | |
| 1112. Other Fees to | | |
| 1113. Outgoing Wire Fee (Seller) to | | |
| 1114. Overnight Delivery (Seller) to | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees Deed **$278.75** ; Mortgage ; Rel to **County Clerk** | **$278.75** | |
| 1202. Realty Transfer Fee Deed **$4,623.78** ; Mortgage to **County Clerk** | **$4,623.78** | |
| 1203. State Tax/Stamps Deed ; Mortgage to **County Clerk** | | |
| 1204. to | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Acct 514286200 - Taxes due 2024-2026 to **City of Phila-Dept of Revenue** | **$3,475.28** | |
| 1302. Acct 014-51000-05538-001 to **Water Revenue Bureau** | | **$21.01** |
| 1303. Deed Prep to **Surety Title Company, LLC - Trust** | | **$75.00** |
| 1304. Marketing Fee to **Tranzon Driggers** | **$1,010.00** | |
| 1305. Search Reimbursement to **PACK Law** | | **$140.00** |
| 1306. Tax Due 5540 Linmore 514286300 to **City of Phila-Dept of Revenue** | **$3,717.79** | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **$24,710.64** | **$236.01** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

Preliminary

| Yikonbass, LLC | RAD Diversified Reit Inc |
|---|---|
| By | By |

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| Addendum to HUD Settlement Statement |
| --- |
| **Section G – Additional Tracts of Land** |
| 5540 Linmore Avenue, Philadelphia, PA,19143 Block {}<br>5540 Linmore Avenue<br>Philadelphia, PA 19143 |