ORDERED.

**Dated: September 14, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>RAD Diversified REIT, Inc.;<br><br>Debtor. | Case No. 8:26-bk-01636-CPM<br><br>Chapter 11 |

**ORDER DENYING MOTION FOR RELIEF FROM STAY [D.E. 728]**

THIS CASE came on for consideration before the Court on Lima One Capital, LLC's Motion for Relief from Stay [D.E. 728] ("Motion") for a hearing on September 1, 2026.

After considering the Motion, the Debtor's response, the pleadings on file, any arguments of counsel, and applicable law, the Court denies the Motion.

Accordingly, it is **ORDERED**:

1. The Motion is hereby **DENIED WITHOUT PREJUDICE**.
2. Movant may file a subsequent motion for relief from stay, and no additional filing fee shall be required for such subsequent motion.

###

**Attorney Troy A. Lawrence is directed to serve a copy of this order on interested parties ho do not receive service by CM/ECF and file a proof of service within three days of**

**entry of this order.**

Order Prepared By:
Troy A. Lawrence, Esq.
Atlas | Solomon LLP
tlawrence@atlas-solomon.com