**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP; and<br>DDH Fund, LLC | Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

_________________________________/

## PROOF OF SERVICE

I HEREBY CERTIFY that on the 16th day of September 2026 a true and correct copy of the Order Granting Motion For Relief From Stay *Re:5538 Bloyd St. Philadelphia, PA 19138* (Docket Entry 1117) was sent to all registered parties via the Court's CM/ECF system and via U.S. Mail to the following parties and to all creditors on the creditor matrix:

| | | |
|---|---|---|
| ***Debtor***<br>**RAD Diversified REIT, Inc.**<br>Jointly Administered with<br>26-bk-01637-CPM, 26-bk-01638-CPM,<br>26-bk-01639-CPM, 26-bk-01640-CPM<br>11418 US-19 N.<br>Port Richey, FL 34688<br>PASCO-FL<br>Tax ID / EIN: 82-2026337 | represented by | **Matthew Fornshell**<br>Ice Miller LLP<br>250 West Street, Suite 700<br>Columbus, OH 43215-7509<br>614-462-2700<br><br>**Jessey James Krehl**<br>Pack Law<br>4649 Ponce de Leon Boulevard<br>Ste 405<br>Coral Gables, FL 33146<br>850-408-9952<br>Email: jessey@packlaw.com<br><br>**Joseph A Pack**<br>Pack Law<br>4649 Ponce de Leon Boulevard<br>Ste 405<br>Coral Gables, FL 33146<br>305-916-4500<br>Email: Joe@packlaw.com |
| ***U.S. Trustee***<br>**United States Trustee - TPA** | represented by | **Nicole Peair**<br>Timberlake Annex |

Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

***Creditor Committee***
**Unsecured Creditors' Committee**
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
United States
678-553-2100

represented by **John D Elrod**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
678-553-2259
Fax : 678-553-2212
Email: elrodj@gtlaw.com

**Danielle S Kemp**
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
813-318-5700
Fax : 813-318-5900
Email: kempd@gtlaw.com

DATED on 9/16/26

Rubin Lublin LLC
Attorney for Secured Creditor
2313 W. Violet St.
Tampa, Florida 33603
flbankruptcy@rlselaw.com
Telephone No.: (813) 656-8801
Facsimile No.: (813) 656-8802
By:/s/ Amy M. Kiser
Amy M. Kiser, ESQ.
Florida Bar# 46196

ORDERED.

**Dated: September 14, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

RAD DIVERSIFIED REIT, INC.,

RAD Diversified OZ Fund, LP;

Case No. 8:26-bk-01637-CPM
DHI Fund, LLC;

Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and

Case No. 8:26-bk-01639-CPM
DDH Fund, LLC

Case No. 8:26-bk-01640-CPM

Debtor.
_______________________________________/

Chapter 11

Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

Case No. 8:26-bk-01637-CPM
Case No. 8:26-bk-01638-CPM
Case No. 8:26-bk-01639-CPM
Case No. 8:26-bk-01640-CPM

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY IN FAVOR OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, IN THE ALTERNATIVE [D.E. #825], AND CANCELLATION OF THE SEPTEMBER 15, 2026, HEARING [Re: 5538 BLOYD ST. PHILADELPHIA, PA 19138]**

**THIS CASE** came before the Court without a hearing upon the *Motion for Relief from Automatic Stay* [D.E. #825] (the "*Motion*") filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GREENE STREET FUNDING TRUST II ("Secured Creditor"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **5538 Bloyd St. Philadelphia, PA 19138**, legally described as:

---

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Southwesterly side of Bloyd Street at the distance of two hundred Eighty-nine feet Northwestwardly from the Northwesterly side of Church Lane, in the 12th Ward (formerly party of the 22nd) of the City of Philadelphia County of Philadelphia and State of Pennsylvania.

CONTAINING in front or breadth on the said Bloyd Street, fourteen feet and extending of that width in length or depth Southwestwardly between parallel lines with the said Church Lane, One hundred feet, including on the rear end thereof a certain three feet wide alley leading Northwestwardly and Southeastwardly and communicating at its Northerly and Southerly ends thereof with two other certain three feet wide alleys leading Northeastwardly into said Bloyd Street.

TOGETHER with the free and common use, right, liberty and privilege of the said alleys as and for passageways and watercourses at all times hereafter, forever.

BEING known as No. 5538 Bloyd Street.

**Property Parcel Number 12-2-2344-00**

3. This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the subject property against Debtor(s).

4. Secured Creditor is awarded its attorneys' fees of $675.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees

and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

6. The hearing on Secured Creditor's Motion scheduled for September 15, 2026, is hereby canceled.

7. U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Trustee Of Greene Street Funding Trust II will send notification to Pack Law when the property is sold at foreclosure sale.

###

Attorney Amy M Kiser is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.