**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |

_________________________________/

# PROOF OF SERVICE

I HEREBY CERTIFY that on the 16th day of September 2026 a true and correct copy of the Order Granting Amended Motion For Relief From Stay *Re:5 11927 MOSS BRANCH RD* (Docket Entry 1109) was sent to all registered parties via the Court's CM/ECF system and via U.S. Mail to the following parties and to all creditors on the creditor matrix:

***Debtor***
**RAD Diversified REIT, Inc.**
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688
PASCO-FL
Tax ID / EIN: 82-2026337

represented by **Matthew Fornshell**
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
614-462-2700

**Jessey James Krehl**
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
850-408-9952
Email: jessey@packlaw.com

**Joseph A Pack**
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
305-916-4500
Email: Joe@packlaw.com

***U.S. Trustee***
**United States Trustee - TPA**

represented by **Nicole Peair**
Timberlake Annex

Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

| | | |
|---|---|---|
| ***Creditor Committee***<br>**Unsecured Creditors' Committee**<br>c/o Greenberg Traurig<br>3333 Piedmont Road, NE<br>Suite 2500<br>Atlanta, GA 30305<br>United States<br>678-553-2100 | represented by | **John D Elrod**<br>Greenberg Traurig, LLP<br>Terminus 200<br>3333 Piedmont Road, NE<br>Suite 2500<br>Atlanta, GA 30305<br>678-553-2259<br>Fax : 678-553-2212<br>Email: elrodj@gtlaw.com<br><br>**Danielle S Kemp**<br>Greenberg Traurig, P.A.<br>Bank of America Plaza<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602<br>813-318-5700<br>Fax : 813-318-5900<br>Email: kempd@gtlaw.com |

DATED on 9/16/26

Rubin Lublin LLC
Attorney for Secured Creditor
2313 W. Violet St.
Tampa, Florida 33603
flbankruptcy@rlselaw.com
Telephone No.: (813) 656-8801
Facsimile No.: (813) 656-8802
By:/s/ Amy M. Kiser
Amy M. Kiser, ESQ.
Florida Bar# 46196

ORDERED.

**Dated: September 14, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:

RAD DIVERSIFIED REIT, INC.,

RAD Diversified OZ Fund, LP;

Case No. 8:26-bk-01637-CPM
DHI Fund, LLC;

Case No. 8:26-bk-01638-CPM
DHI Holdings, LP; and

Case No. 8:26-bk-01639-CPM
DDH Fund, LLC

Case No. 8:26-bk-01640-CPM

Debtor.
______________________________________/

Chapter 11

Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

Case No. 8:26-bk-01637-CPM
Case No. 8:26-bk-01638-CPM
Case No. 8:26-bk-01639-CPM
Case No. 8:26-bk-01640-CPM

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY IN FAVOR OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT S SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, IN THE ALTERNATIVE [D.E. #834], AND CANCELLATION OF THE SEPTEMBER 15, 2026, HEARING**
**[Re: 11927 MOSS BRANCH RD, Houston Texas 77043]**

**THIS CASE** came before the Court without a hearing upon the *Motion for Relief from Automatic Stay* [D.E. #834] (the "*Motion*") filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST, ("Secured Creditor"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **11927 MOSS BRANCH RD, Houston Texas 77043**, legally described as:

LOT FORTY-EIGHT (48), IN BLOCK ONE (1), OF REPLAT OF SPRING MEADOWS, SECTION TWO (2), A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 297, PAGE 90 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

Property Address and Tax Parcel Identification Number listed are provided solely for informational purposes , without warranty as to accuracy or completeness and are not hereby insured.

3. This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the subject property against Debtor(s).

4. Secured Creditor is awarded its attorneys' fees of $675.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

5. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy

Procedure.



6. The hearing on Secured Creditor's Motion scheduled for September 15, 2026, is hereby canceled.

7. U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Trustee Of Greene Street Funding Trust II will send notification to Pack Law when the property is sold at foreclosure sale.

###

Attorney Amy M Kiser is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.