UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: Case No. 26-01636-CPM
Chapter 11

RAD Diversified REIT, Inc.,

Debtor.
_______________________/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 16, 2026, I served the foregoing document described as the **Agreed Order Reserving Ruling On Motion For Relief From Stay *filed by WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST XI-A* [D.E. 1113]**, by electronic ECF notification via U.S. Bankruptcy Court's CM/ECF system and/or by U.S. Mail, on the following parties:

**VIA CM/ECF:**

Jessey James Krehl
jessey@packlaw.com
*(Attorney for Debtor)*

Joseph A Pack
Joe@packlaw.com
*(Attorney for Debtor)*

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV
*(U.S. Trustee)*

Nicole Peair
Nicole.W.Peair@USdoj.gov
*(Counsel for U. S. Trustee)*

John D Elrod
elrodj@gtlaw.com
*(Attorney Creditor Committee)*

Danielle S Kemp
kempd@gtlaw.com
*(Attorney Creditor Committee)*

**VIA U.S. MAIL:**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688
*(Debtor)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 16, 2026

Respectfully submitted,

By: */s/ Christian Savio*
CHRISTIAN SAVIO
*Authorized Agent for Creditor*

4994 W Thompson St., Philadelphia, PA 19131