**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | **Ref. Docket Nos. 1106 & 1108** |

**CERTIFICATE OF SERVICE**

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced document was electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On September 15, 2026, I caused to be served a *customized* "Notice of Transfer of Claim Other Than for Security," dated September 15, 2026, *related to Docket Nos. 1106 & 1108*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Jack Lawrence*
Jack Lawrence

# Exhibit A

**Epiq Corporate Restructuring, LLC**
**PO Box 4470**
**Beaverton, OR 97076**

**Address Service Requested**

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

**ECR:RDX-146801055**

U.S. Bank Trust National Association
C/O FBT Gibbons LLP
ATTN Jillian Nolan Snider, Esq
501 Grant St, Ste 800
Pittsburgh, PA 15219

# THIS PAGE INTENTIONALLY LEFT BLANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Middle District of Florida**

| | |
|---|---|
| In re:<br><br>RAD Diversified REIT<br><br>Debtor. | Chapter 11<br><br>Case No. 26 - 01636 (CPM) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 11991.01 in the amount of $287,501.58 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2026.

| Alleged Transferor: | Alleged Transferee: |
|---|---|
| U.S. Bank Trust National Association<br>C/O FBT Gibbons LLP<br>ATTN Jillian Nolan Snider, Esq<br>501 Grant St, Ste 800<br>Pittsburgh, PA 15219 | 7E CWS Investments, Inc.,<br>FBT Gibbons, LLP<br>c/o Jillian Nolan Snider, Esq.<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Refer to DOCKET NUMBER 1106 in your objection.
File a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
UNITED STATES COURT HOUSE
300 N HOGAN ST
JACKSONVILLE , FL 32202

**Date: 09/15/2026**

*/s/ Lawrence, Jack*
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

# Exhibit B

| Name | Address |
|---|---|
| 7E CWS INVESTMENTS, INC., | FBT GIBBONS, LLP C/O JILLIAN NOLAN SNIDER, ESQ. 501 GRANT STREET, SUITE 800 PITTSBURGH PA 15219 |
| 7E CWS INVESTMENTS, INC., | FBT GIBBONS, LLP C/O JILLIAN NOLAN SNIDER, ESQ. 501 GRANT STREET, SUITE 800 PITTSBURGH PA 15219 |
| FF INVESTCO ALTERNATIVE HOLDINGS | C/O FBT GIBBONS LLP ATTN JILLIAN NOLAN SNIDER, ESQ 501 GRANT ST, STE 800 PITTSBURGH PA 15219 |
| JILLIAN NOLAN SNIDER, ESQUIRE | FBT GIBBONS LLP 501 GRANT STREET, SUITE 800 PITTSBURGH PA 15219 |
| JILLIAN NOLAN SNIDER, ESQUIRE | FBT GIBBONS LLP 501 GRANT STREET, SUITE 800 PITTSBURGH PA 15219 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | C/O FBT GIBBONS LLP ATTN JILLIAN NOLAN SNIDER, ESQ 501 GRANT ST, STE 800 PITTSBURGH PA 15219 |

Total Count: 6