UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/15/2026 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5731 Hazel Avenue, Philadelphia, Pennsylvania 19143. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 Doc #578

... - Response to Motion for Relief from Automatic Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[578]). (Krehl, Jessey) Doc #937

2. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5548 Upland St, Philadelphia, Pennsylvania 19143-5624. Contains negative notice. Filed by Travis Bailey on behalf of Creditor SELENE FINANCE LP, AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I Doc #582
3. Motion for Relief from Stay. (Fee Paid) Re: 5538 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #825
4. Motion for Relief from Stay. (Fee Paid) Re: 917 Almond Street, Bayton, TX. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #827
5. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1644-46 Francis Street, Philadelphia, PA 19130. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #837
6. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1829 South 58th Street, Philadelphia, PA 19143. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #850
7. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 714 West 11th Street, Chester, PA 19013; and 725 Engle Street, Chester PA 19103. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely

as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #851

8. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 127 West Apsley Street, Philadelphia, PA 19144. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #852
9. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1327 North Wanamaker Street, Philadelphia, PA 19131. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #855
10. Motion for Relief from Stay. (Fee Paid) Re: 3601 W. 13th Street, Marcus Hook, PA 19061; 1351 Forrest Street, Marcus Hook, PA 19061; 1168 E. 9th Street, Eddystone, PA 19022; and 146 Crum Creek Drive, Woodlyn, PA 19094, or in the alternative Motion for Adequate Protection with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] certificate of service) Doc #856
11. Continued Hearing on Expedited Motion to (A) Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[559], [390]). (Attachments: # [1] Exhibit A # [2] Exhibit B) Doc #912
12. Motion for Relief from Stay. (Fee Paid) Re: 3914 Fairdale Road, Philadelphia, PA 19154, or in the alternative Motion for Adequate Protection with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1

(Attachments: # [1] Exhibit A. Note, Mortgage and Assignments # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #936

13. Continued Hearing on Motion to Sell Property Free and Clear of Liens. Property description: Single Family Residences located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA; and 326 Valley Rd., Coatesville, PA. . (Fee Paid) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #942

[as to 311 9th St., Upland, PA]

14. Motion for Relief from Stay. (Fee Paid) Re: 5166 VIOLA STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Doc #948
15. Motion for Relief from Stay. (Fee Paid) Re: 221 W Coulter Street, Philadelphia, Pennsylvania 19144. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Jennifer Laufgas on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank, N.A. Doc #950
16. Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[694], [514]). Doc #1003

... - Response to Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL Filed by Ida A Moghimi-Kian on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB (related document(s)1003). (Moghimi-Kian, Ida) Doc #1085

17. Expedited Motion to Sell Property Free and Clear of Liens. Property description: 27 Pennsylvania Parcels. (Agreed). (Fee Paid) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1055
18. Expedited Motion to Sell Property Free and Clear of Liens. Property description: 49 E. Haines St., Philadelphia, PA 19144; 4994 W. Thompson St., Philadelphia, PA 19132; 2526 N. 19th St., Philadelphia, PA 19132; 5821 Chester Ave., Philadelphia, PA 19143. (Agreed). (Fee Paid) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1056
19. Expedited Motion to (I) Establish Notice Procedures in connection with Chapter 11 Case of the Seminar Solution, LLC, and (II) Approve Form of Notice Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[1083]). Doc #1084

.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Amy Kiser, Donna Glick, Ellen Lyons, Jay Passer, Jessey Krehl, John Elrod, Jon Barber, Susan Intorre, Joseph Pack, Katie Goodman, Precious Taylor, Samantha Kelley, Travis Bailey, Tricia Morra, Christopher Giacinto

**RULING:**
1. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5731 Hazel Avenue, Philadelphia, Pennsylvania 19143. Filed by Travis Bailey on behalf of Creditor Select Portfolio Servicing, Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 Doc #578

...Agreed order to be submitted - Order by Bailey...

... - Response to Motion for Relief from Automatic Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[578]). (Krehl, Jessey) Doc #937

2. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5548 Upland St, Philadelphia, Pennsylvania 19143-5624. Contains negative notice. Filed by Travis Bailey on behalf of Creditor SELENE FINANCE LP, AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I Doc #582

...Agreed order to be submitted - Order by Bailey...

3. Motion for Relief from Stay. (Fee Paid) Re: 5538 Bloyd Street, Philadelphia, PA. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #825

...Agreed order to be submitted - Order by Kiser...

4. Motion for Relief from Stay. (Fee Paid) Re: 917 Almond Street, Bayton, TX. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II Doc #827

...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures.

5. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1644-46 Francis Street, Philadelphia, PA 19130. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #837

...Continued in open court to 10/27/2026 at 3:30 p.m. - no further notice will be given...

6. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1829 South 58th Street, Philadelphia, PA 19143. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #850

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

7. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 714 West 11th Street, Chester, PA 19013; and 725 Engle Street, Chester PA 19103. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #851

...Granted - Order by Noyes / Glick...

8. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 127 West Apsley Street, Philadelphia, PA 19144. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #852

...Granted - Order by Noyes / Glick...

9. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1327 North Wanamaker Street, Philadelphia, PA 19131. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #855

...Granted - Order by Noyes / Glick...

10. Motion for Relief from Stay. (Fee Paid) Re: 3601 W. 13th Street, Marcus Hook, PA 19061; 1351 Forrest Street, Marcus Hook, PA 19061; 1168 E. 9th Street, Eddystone, PA 19022; and 146 Crum Creek Drive, Woodlyn, PA 19094, or in the alternative Motion for Adequate Protection with certificate of service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] certificate of service) Doc #856

...Granted - Order by Noyes / Glick...

11. Continued Hearing on Expedited Motion to (A) Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[559], [390]). (Attachments: # [1] Exhibit A # [2] Exhibit B) Doc #912

...Order entered at Doc. #1059...

12. Motion for Relief from Stay. (Fee Paid) Re: 3914 Fairdale Road, Philadelphia, PA 19154, or in the alternative Motion for Adequate Protection with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage and Assignments # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] Certificate of Service) Doc #936

...Granted - Order by Noyes / Glick...

13. Continued Hearing on Motion to Sell Property Free and Clear of Liens. Property description: Single Family Residences located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA; and 326 Valley Rd., Coatesville, PA. . (Fee Paid) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. Doc #942

[as to 311 9th St., Upland, PA]

...Denied as to 311 9th St., Upland, PA - Order by Krehl / Pack...

14. Motion for Relief from Stay. (Fee Paid) Re: 5166 VIOLA STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Doc #948

...Continued in open court to 9/29/2026 at 3:30 p.m. - no further notice will be given...

15. Motion for Relief from Stay. (Fee Paid) Re: 221 W Coulter Street, Philadelphia, Pennsylvania 19144. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Jennifer Laufgas on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank, N.A. Doc #950

...Order entered at Doc. #1099...

16. Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL) Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[694], [514]). Doc #1003

...Granted - Order by Krehl / Pack...

... - Response to Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL Filed by Ida A Moghimi-Kian on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB (related document(s)1003). (Moghimi-Kian, Ida) Doc #1085

17. Expedited Motion to Sell Property Free and Clear of Liens. Property description: 27 Pennsylvania Parcels. (Agreed). (Fee Paid) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1055

...Granted - Order by Krehl / Pack...

18. Expedited Motion to Sell Property Free and Clear of Liens. Property description: 49 E. Haines St., Philadelphia, PA 19144; 4994 W. Thompson St., Philadelphia, PA 19132; 2526 N. 19th St., Philadelphia, PA 19132; 5821 Chester Ave., Philadelphia, PA 19143. (Agreed). (Fee Paid) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1056

...Granted - Order by Krehl / Pack...

19. Expedited Motion to (I) Establish Notice Procedures in connection with Chapter 11 Case of the Seminar Solution, LLC, and (II) Approve Form of Notice Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[1083]). Doc #1084

...Granted - Order by Krehl / Pack...

NOTE: [ Judge discussed and ruled ]

- Motion to Reschedule Hearing On Motion for Relief from Stay Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc (related document(s)110, 111, 112, 125, 126, 127, 128, 129, 130, 131, 143, 164, 165). Doc #1107

...Denied - Order by Giancinto...

... COURT TO SET STATUS CONFERENCE for 9/29/2026 at 3:30 p.m. to discuss setting Confirmation - CASE MANAGER TO PREPARE NOTICE ...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.