**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED VIA MAIL

SEP 18 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:
RAD Diversified REIT, Inc., et al., Debtors.

Case No. 8:26-bk-01636-CPM
Chapter 11

**REQUEST TO BE ADDED TO MAILING LIST**

I, Susan Intorre, respectfully request that I be added to the mailing list and receive notices in the above-captioned bankruptcy case.

Mailing Address: 1568 VIZCAYA Lane
NAples Florida 34113

Email: SUSAN.INTORRE@gmail.com

Telephone: 516-680-9126

Date: 9/11, 2026

Signature: [signature]

Susan Intorre, Pro Se

9589 0710 5270 3917 8413 74

Retail

UNITED STATES POSTAL SERVICE

RDC

FROM:

Susan Intorre
1568 Vizcaya Lane
Naples Florida
34113

TO

US Bankruptcy Court
Middle District of Florida
Tampa Division
801 N. Florida Ave
Suite 555
Tampa Florida 33602

8:26-bk-01636-CPM