P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31
[redacted]748-6 031 165
Page 1 of 13

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
3155 ROSWELL RD NE, SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]748-6 | $195,786.30 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]748-6

| | | | |
|---|---|---|---|
| Beginning balance | 181,827.20 | | |
| Deposits/Credits | 132,583.50 | Low balance | 185,924.12 |
| Withdrawals/Debits | 118,624.40 | Average balance | 196,385.93 |
| Ending balance | 195,786.30 | Average collected balance | 195,821.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-03 | Preauthorized Wd | RAD Diversified Return 260803 000027703738410 | 1,110.50 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 35.05 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 357.01 |
| 08-03 | Preauthorized Wd | RAD Diversified Settlement 260803 000027714078962 | 450.00 |
| 08-03 | Preauthorized Wd | QUARTERLY FEE PAYMENT 260803 0000 | 1,656.30 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 35.05 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 35.05 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 72.98 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 85.62 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 98.27 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 234.46 |
| 08-03 | Preauthorized Wd | CITYOFPHILA WATER 260803 | 305.55 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-04 | Preauthorized Wd | CITYOFPHILA WATER 260804 | 72.98 |
| 08-04 | Preauthorized Wd | RAD Diversified ACH Paymen 260804 | 5,240.23 |
| 08-04 | Preauthorized Wd | RAD Diversified ICPmts 260804 | 7,275.00 |
| 08-05 | Maintenance Fee | GW ACH MO SVC FEE | 30.00 |
| 08-05 | Maintenance Fee | GW WIRE MO SVC FEE | 30.00 |
| 08-05 | Preauthorized Wd | APPFOLIO SAAS 260805 5784006 | 2,192.17 |
| 08-06 | Dom Wire Out Online | MCS GroupWELLS FAR 20260806F1QCZ70C00 1789 | 20,064.60 |
| 08-06 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 08-06 | Preauthorized Wd | AIS INC APFINSSVCS 260806 5895050 | 1,169.50 |
| 08-06 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260806 | 69.00 |
| 08-06 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260806 | 327.75 |
| 08-06 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260806 | 69.00 |
| 08-06 | Preauthorized Wd | GOOGLE PURCHASE 260806 US004DABE6 | 3,204.98 |
| 08-07 | Preauthorized Wd | RAD Diversified Return 260807 000027787702350 | 1,421.00 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 10.33 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | Caln Township 6103840600 260807 3925379212 | 156.95 |
| 08-07 | Preauthorized Wd | RAD Diversified Settlement 260807 000027794372558 | 2,668.22 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 60.33 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 70.10 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 72.98 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 72.98 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 72.98 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 98.27 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 110.91 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 110.91 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 123.55 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 136.20 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 416.13 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 436.39 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 47.69 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 85.62 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 224.70 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 98.27 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 113.57 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 121.20 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 556.12 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 24.26 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 35.05 |
| 08-07 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260807 | 69.00 |
| 08-07 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260807 | 69.00 |
| 08-07 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260807 | 69.00 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 117.04 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 122.88 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 131.44 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 300.55 |
| 08-07 | Preauthorized Wd | CITYOFPHILA WATER 260807 | 311.90 |
| 08-07 | Preauthorized Wd | CHESTER WATER AU BILLPAY 260807 | 343.97 |
| 08-10 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 08-10 | Service Charge | DOMESTIC WIRE IN | 18.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 41.26 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 41.60 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 91.52 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 124.80 |
| 08-10 | Preauthorized Wd | DUKEENERGY BILL PAY 260810 | 251.64 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 41.60 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 41.60 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 74.88 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 116.48 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 141.44 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 174.72 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 249.60 |
| 08-10 | Preauthorized Wd | DELCORA PA UTILITY 260810 | 307.84 |
| 08-10 | Preauthorized Wd | RAD Diversified Settlement 260810 000027804733422 | 2,250.00 |
| 08-10 | Preauthorized Wd | EMERGENCY RESPON SALE 260810 | 385.00 |
| 08-11 | Preauthorized Wd | PHILA DEPT REV TAX PYMT 260811 | 578.60 |
| 08-11 | Preauthorized Wd | RAD Diversified Return 260811 000027812960854 | 1,400.00 |
| 08-11 | Preauthorized Wd | RAD Diversified ICPmts 260811 | 7,275.00 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 31.69 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 60.33 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 63.91 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 72.98 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 98.27 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 112.16 |
| 08-13 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260813 | 158.24 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 161.48 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 186.76 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 242.80 |
| 08-13 | Preauthorized Wd | ASTONAMBULANCEAU PURCHASE 260813 | 253.50 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 780.83 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 60.33 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 60.33 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 186.76 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 471.80 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 35.05 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 60.33 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 70.10 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 85.62 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 94.81 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 98.27 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 98.27 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 98.27 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 98.27 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 110.91 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 123.55 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 123.55 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 123.55 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 140.20 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 218.36 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 310.57 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 47.69 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 97.75 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 101.15 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 110.91 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 199.41 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 410.00 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 500.00 |
| 08-13 | Preauthorized Wd | CITYOFPHILA WATER 260813 | 1,435.71 |
| 08-14 | Preauthorized Wd | SHOWMOJO SHOWMOJO 260814 ST-D7Q1X8G1G5L5 | 160.79 |
| 08-14 | Preauthorized Wd | RAD Diversified Settlement 260814 000027845120986 | 2,810.75 |
| 08-18 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260818 | 20.00 |
| 08-18 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260818 | 69.00 |
| 08-18 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260818 | 69.00 |
| 08-18 | Preauthorized Wd | RAD Diversified ICPmts 260818 | 7,275.00 |
| 08-19 | Preauthorized Wd | RAD Diversified Settlement 260819 000027877970630 | 250.00 |
| 08-19 | Preauthorized Wd | EMERGENCY RESPON SALE 260819 | 1,220.00 |
| 08-19 | Preauthorized Wd | RAD Diversified ACH Paymen 260819 | 2,241.19 |
| 08-20 | Preauthorized Wd | REINSUREPRO PURCHASE 260820 | 528.83 |
| 08-20 | Preauthorized Wd | REINSUREPRO PURCHASE 260820 | 924.42 |
| 08-20 | Preauthorized Wd | RAD Diversified Settlement 260820 000027884925658 | 250.00 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-21 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260821 | 247.22 |
| 08-21 | Preauthorized Wd | RAD Diversified Settlement 260821 000027892379426 | 1,200.00 |
| 08-24 | Preauthorized Wd | CITYOFPHILA WATER 260824 | 97.51 |
| 08-24 | Preauthorized Wd | RAD Diversified Settlement 260824 000027900877974 | 525.00 |
| 08-24 | Preauthorized Wd | RAD Diversified ACH Paymen 260824 | 4,500.00 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 20.00 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 65.62 |
| 08-25 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260825 | 69.00 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 116.25 |
| 08-25 | Preauthorized Wd | RAD Diversified ICPmts 260825 | 7,275.00 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 21.64 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 54.36 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 60.33 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 142.89 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 193.64 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 21.04 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 33.24 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 60.33 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 65.70 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 70.10 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 85.62 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 111.33 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 252.73 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 35.05 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 413.36 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 21.64 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 60.33 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 85.62 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 85.62 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 98.27 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 98.27 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 98.27 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 174.12 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 186.74 |
| 08-25 | Preauthorized Wd | CITYOFPHILA WATER 260825 | 253.40 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 44.86 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 47.69 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 53.74 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 56.60 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 60.33 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 60.33 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 76.40 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 76.50 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 123.55 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 142.76 |
| 08-26 | Preauthorized Wd | RAD Diversified Settlement 260826 000027923462546 | 1,250.00 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 60.33 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 60.33 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 72.98 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 72.98 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 110.91 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 123.55 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 168.61 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 21.64 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 21.64 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 85.80 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 89.91 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 130.07 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 136.20 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 145.43 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 173.39 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 24.26 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 72.98 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 123.55 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 148.84 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 148.84 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 161.48 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 174.12 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 275.27 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 1,000.00 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 35.05 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 47.69 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 123.55 |
| 08-26 | Preauthorized Wd | CITYOFPHILA WATER 260826 | 339.01 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-27 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260827 | 20.00 |
| 08-28 | Preauthorized Wd | REINSUREPRO PURCHASE 260828 | 0.01 |
| 08-28 | Preauthorized Wd | REINSUREPRO PURCHASE 260828 | 109.33 |
| 08-28 | Preauthorized Wd | REINSUREPRO NREIG 260828 | 1,001.48 |
| 08-28 | Preauthorized Wd | RAD Diversified Settlement 260828 000027939147314 | 2,275.00 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-03 | Preauthorized Credit | GOOGLE ACCTVERIFY 260803 US004D5829 | 0.12 |
| 08-03 | Preauthorized Credit | RAD Diversified Settlement 260803 000027726656110 | 2,110.50 |
| 08-03 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260803 | 2,465.00 |
| 08-03 | Preauthorized Credit | RAD Diversified Settlement 260803 000027702066110 | 6,435.00 |
| 08-04 | Preauthorized Credit | RAD Diversified Settlement 260804 000027746988226 | 65.00 |
| 08-04 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260804 | 18,554.87 |
| 08-05 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-745QUM | 773.38 |
| 08-05 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-lxBTY4 | 1,560.50 |
| 08-05 | Preauthorized Credit | RAD Diversified Settlement 260805 000027759014242 | 5,213.98 |
| 08-05 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260805 | 6,356.31 |
| 08-05 | Preauthorized Credit | FLEX Rent appfolio Appfolio-wqNDQJ | 880.00 |
| 08-05 | Preauthorized Credit | FLEX Rent appfolio Appfolio-1UN2Ke | 2,000.00 |
| 08-06 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260806 | 2,840.95 |
| 08-06 | Preauthorized Credit | RAD Diversified Settlement 260806 000027773256862 | 7,351.15 |
| 08-07 | Preauthorized Credit | RAD Diversified Settlement 260807 000027785101130 | 6,125.00 |
| 08-07 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260807 | 7,611.90 |
| 08-10 | Preauthorized Credit | FLEX Rent appfolio Appfolio-ervgEX | 320.83 |
| 08-10 | Preauthorized Credit | RAD Diversified Settlement 260810 000027794652526 | 898.27 |
| 08-10 | Preauthorized Credit | FLEX Rent appfolio Appfolio-BmwQSy | 1,025.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-10 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260810 | 7,771.76 |
| 08-10 | Domestic Wire IN | DHI FUND LLCFIFTH IRD BANK, NATIONAL ASS 20260810D2B74A1C00 0393 | 238.00 |
| 08-10 | Domestic Wire IN | RAD DIVERSIFIED RE INCFIFTH THIRD BA NK, NATIONAL ASS 20260810D2B74A1C00 0357 | 2,206.55 |
| 08-11 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260811 | 5,108.55 |
| 08-12 | Preauthorized Credit | PayNearMe EDI PYMNTS 260812 481853907015115 | 400.00 |
| 08-12 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260812 | 2,780.73 |
| 08-13 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260813 | 360.00 |
| 08-14 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260814 | 463.00 |
| 08-14 | Preauthorized Credit | RAD Diversified Settlement 260814 000027839277094 | 2,625.00 |
| 08-14 | Deposit | | 5,386.53 |
| 08-17 | Preauthorized Credit | RAD Diversified Settlement 260817 000027846033650 | 781.54 |
| 08-18 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260818 | 2,297.89 |
| 08-20 | Preauthorized Credit | RAD Diversified Settlement 260820 000027879207834 | 120.66 |
| 08-21 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260821 | 1,920.00 |
| 08-21 | Preauthorized Credit | RAD Diversified Settlement 260821 000027887797814 | 4,269.50 |
| 08-24 | Preauthorized Credit | RAD Diversified Settlement 260824 000027900524878 | 2,500.00 |
| 08-24 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260824 | 2,081.00 |
| 08-25 | Preauthorized Credit | RAD Diversified Settlement 260825 000027906524986 | 1,400.00 |
| 08-25 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260825 | 2,987.03 |
| 08-26 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260826 | 1,050.00 |
| 08-28 | Preauthorized Credit | RAD Diversified Settlement 260828 000027932671998 | 5,910.00 |
| 08-28 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260828 | 1,715.00 |
| 08-31 | Preauthorized Credit | RAD Diversified Settlement 260831 000027949286214 | 1,090.00 |
| 08-31 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260831 | 4,533.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

August 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 181,827.20 | 08-12 | 205,933.08 | 08-21 | 198,710.98 |
| 08-03 | 188,361.98 | 08-13 | 198,113.06 | 08-24 | 198,169.47 |
| 08-04 | 194,393.64 | 08-14 | 203,616.05 | 08-25 | 191,841.44 |
| 08-05 | 208,925.64 | 08-17 | 204,397.59 | 08-26 | 185,944.12 |
| 08-06 | 194,194.91 | 08-18 | 199,262.48 | 08-27 | 185,924.12 |
| 08-07 | 198,806.97 | 08-19 | 195,551.29 | 08-28 | 190,163.30 |
| 08-10 | 206,897.40 | 08-20 | 193,968.70 | 08-31 | 195,786.30 |
| 08-11 | 202,752.35 | | | | |

| Checks and Debits Outstanding | | |
|---|---|---|
| **Check No.** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

**BALANCING YOUR CHECKBOOK**

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.
(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.
(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.
(4) Enter the "Ending Balance" shown on this statement $___________
(5) Add (+) deposits not shown on this statement (if any) +___________
$___________
(6) Subtract(-) checks and/or other outstanding debits -___________
(7) Balance should equal the balance in your checkbook $___________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31
[redacted]824-9 031 165
Page 1 of 1

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
SEGREGATED FUNDS
3155 ROSWELL RD NE SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]824-9 | $741,665.00 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]824-9

| | | | |
|---|---|---|---|
| Beginning balance | 17,439.00 | | |
| Deposits/Credits | 724,280.00 | Low balance | 17,439.00 |
| Withdrawals/Debits | 54.00 | Average balance | 279,574.42 |
| Ending balance | 741,665.00 | Average collected balance | 279,574.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-13 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 08-13 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 08-21 | Service Charge | DOMESTIC WIRE IN | 18.00 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 08-13 | Domestic Wire IN | GULLETT TITLE INCA RIS BANKDG26022 1 / 144 BARRINGTON D20260813MMQFMPBF00 0360 | 10,000.00 |
| 08-13 | Domestic Wire IN | GULLETT TITLE INCA RIS BANKDG26022 2 / 264 VAN GOGH CIR20260813MMQFMPBF00 0368 | 10,000.00 |
| 08-21 | Domestic Wire IN | PIONEER TITLE COMP Y OF GEMFirst Inte rstate BankREIT, I20260821GMQFMP0103 9524 | 704,280.00 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 17,439.00 | 08-13 | 37,403.00 | 08-21 | 741,665.00 |

| Checks and Debits Outstanding | | |
|---|---|---|
| **Check No.** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

**BALANCING YOUR CHECKBOOK**

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement $___________

(5) Add (+) deposits not shown on this statement (if any) +___________

$___________

(6) Subtract(-) checks and/or other outstanding debits -___________

(7) Balance should equal the balance in your checkbook $___________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

Statement Period Date: 8/1/2026 - 8/31/2026
Account Type: 5/3 BUS ELITE CKG
Account Number: [redacted]3867

FIFTH THIRD
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Banking Center: Brandon Boulevard
Banking Center Phone: 813-262-0131
Business Banking Support: 877-534-2264

RAD DIVERSIFIED REIT INC
DEBTOR-IN-POSSESSION
805 E BLOOMINGDALE AVE STE 737
BRANDON FL 33511-8113

## Account Summary - [redacted]3867

| | | | | |
|---|---|---|---|---|
| **08/01** | **Beginning Balance** | **$2,327.58** | Number of Days in Period | 31 |
| | Checks | | | |
| 24 | Withdrawals / Debits | $(10,995.46) | | |
| 9 | Deposits / Credits | $12,895.12 | | |
| **08/31** | **Ending Balance** | **$4,227.24** | | |

**Analysis Period: 07/01/26 - 07/31/26**

| | |
|---|---|
| Standard Monthly Service Charge | $50.00 |
| **Standard Monthly Service Charge Waived** (see below) | **$0.00** |
| MISCELLANEOUS | $100.00 |
| **Service Charge withdrawn on 08/11/26** | **$150.00** |

| **Standard Monthly Service Charge waived if:** | **Current Relationship Overview:** | |
|---|---|---|
| Your business maintains a total monthly average balance of $50,000 across its business checking, savings, and certificate of deposit accounts. | **Balance Criteria Met?** | **No** |
| | Total Combined Monthly Average Balance | $42,074.92 |
| **OR** your business has a business loan or line of credit with a balance. | **Business Loan or Line of Credit with balance?** | **No** |
| **OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials. | **Other Criteria Met?** | **No** |
| | $500 Business Credit Card Spend? | No |
| | Electronic Deposit Manager? | No |
| | Cash Management Essentials? | Yes |

## Withdrawals / Debits

**24 items totaling $10,995.46**

| Date | Amount | Description |
|---|---|---|
| 08/04 | 3,204.98 | WEB INITIATED PAYMENT AT GOOGLE PURCHASE US004D4WUJ 080426 |
| 08/04 | 1,759.03 | OUTGOING WIRE TRANS 080426 TRN 20260804008770 |
| 08/05 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 08/10 | 2,206.55 | OUTGOING WIRE TRANS 081026 TRN 20260810002357 |
| 08/13 | 340.00 | INTUIT * 800-446-8848 QBooks Onl 8415163 RAD DIVERSIFIED REIT 081326 |
| 08/14 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 08/14 | 150.00 | SERVICE CHARGE |
| 08/19 | 340.00 | INTUIT * 800-446-8848 QBooks Onl 0600182 RAD DIVERSIFIED REIT 081926 |
| 08/20 | 84.33 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121782694172 082026 |
| 08/20 | 976.48 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121782846465 082026 |
| 08/20 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 08/20 | 64.00 | DAILY OVERDRAFT FEE |
| 08/21 | 74.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 08/21 | 8.00 | DAILY OVERDRAFT FEE |

FIFTH THIRD

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 08/24 | 340.00 | INTUIT * 800-446-8848 QBooks Onl 6707628 RAD DIVERSIFIED REIT 082426 |
| 08/24 | 24.00 | DAILY OVERDRAFT FEE |
| 08/25 | 84.33 | WEB INITIATED PAYMENT AT REINSUREPRO PURCHASE M121787544489 082526 |
| 08/25 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 08/25 | 8.00 | DAILY OVERDRAFT FEE |
| 08/26 | 37.00 | OVERDRAFT/RETURN ITEM(S) FEE |
| 08/26 | 8.00 | DAILY OVERDRAFT FEE |
| 08/27 | 8.00 | DAILY OVERDRAFT FEE |
| 08/28 | 340.00 | INTUIT * 800-446-8848 QBooks Onl 8059499 RAD DIVERSIFIED REIT 082826 |
| 08/31 | 790.76 | INTUIT * 800-446-8848 QBooks Onl 2178834 RAD DIVERSIFIED REIT 083126 |

## Deposits / Credits

**9 items totaling $12,895.12**

| Date | Amount | Description |
|---|---|---|
| 08/03 | 1,675.00 | Philadelphia Hou S8 VENDORS 82202633700000 080326 |
| 08/05 | 3,204.98 | RETURN ITEM/OVERDRAFT |
| 08/14 | 340.00 | RETURN ITEM/OVERDRAFT |
| 08/20 | 340.00 | RETURN ITEM/OVERDRAFT |
| 08/21 | 84.33 | RETURN ITEM/OVERDRAFT |
| 08/21 | 976.48 | RETURN ITEM/OVERDRAFT |
| 08/25 | 340.00 | RETURN ITEM/OVERDRAFT |
| 08/26 | 84.33 | RETURN ITEM/OVERDRAFT |
| 08/28 | 5,850.00 | URBAN AFFAIRS CO PAYMENTS RAP596658196658 RAD DIVERSIFIED REIT RMR*IV*RAP5966581966580726A*PI*5850.00 082826 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/03 | 4,002.58 | 08/14 | (187.00) | 08/25 | (523.33) |
| 08/04 | (961.43) | 08/19 | (527.00) | 08/26 | (484.00) |
| 08/05 | 2,206.55 | 08/20 | (1,348.81) | 08/27 | (492.00) |
| 08/10 | 0.00 | 08/21 | (370.00) | 08/28 | 5,018.00 |
| 08/13 | (340.00) | 08/24 | (734.00) | 08/31 | 4,227.24 |