TRANZON DRIGGERS · SOLDNOW, LLC · TRANZON ALDERFER

Prepared for the Office of the U.S. Trustee and the Debtor

# RAD Diversified: Monthly Property Activity Report

Reporting period: August 1 to August 31, 2026

Prepared September 21, 2026

In re RAD Diversified REIT, Inc., Case No. 8:26-bk-01636-CPM

U.S. Bankruptcy Court, M.D. Florida (Tampa Division)

| 3 | $666,500 | 1 | 3 | 15 |
|---|---|---|---|---|
| AUCTION ROUNDS ENDED | NEW HIGH BIDS | SALE CLOSED | SALES CONFIRMED | PROPERTIES IN NEW SALE MOTIONS |

In August, three auction rounds ended with four listings placed under contract and one resolved by lender credit bid. The Emmett, Idaho sale closed on August 21. The Court confirmed the Emmett, former funeral home and 1008 Snyder Avenue sales, and two sale motions covering 15 further properties were filed.

## 1 AUCTION RESULTS

Bidding ended in August 2026

| BIDDING ENDED | PROPERTY | FILE NO. | HIGH BID | CONTRACT PRICE | RESULT |
|---|---|---|---|---|---|
| Aug 27 | 1008 Snyder Ave, Philadelphia, PA (re-offered) | DG26023-1R | $195,000 | $214,500 | UNDER CONTRACT · SALE CONFIRMED |
| Aug 18 | 5538 and 5540 Linmore Ave, Philadelphia, PA | DG26034-1 | $101,000 | $111,100 | UNDER CONTRACT · CONFIRMATION PENDING |
| Aug 18 | 5544 Linmore Ave, Philadelphia, PA | DG26034-2 | $50,500 | $55,550 | UNDER CONTRACT · CONFIRMATION PENDING |
| Aug 5 | 11501 Minnieola Dr, New Port Richey, FL | DG26033-2 | $320,000 | $352,000 | UNDER CONTRACT · CONFIRMATION PENDING |
| Aug 5 | 11639 Belle Haven Dr, New Port Richey, FL | DG26033-1 | – | – | LENDER CREDIT BID |

Contract price is the high bid plus the 10% buyer's premium. 1008 Snyder Ave was first offered June 16 ($185,000 high bid); that sale did not close, and the August 27 re-offering brought $10,000 more.

## 2 CLOSINGS

Settled in August 2026

| CLOSED | PROPERTY | FILE NO. | HIGH BID | CONTRACT PRICE | BUYER |
|---|---|---|---|---|---|
| Aug 21 | 1611 W Sales Yard Rd, Emmett, ID (livestock market facility, 18.93± acres) | DG26021 | $705,000 | $775,500 | Trenton G. Warner and/or Assignees |

Five sales have closed to date: four from the June 16 auction (144 Barrington Dr, 264 Van Gogh Cir, 880 N 66th St, 40 Walnut Ln) and Emmett.

## 3 UNDER CONTRACT AT AUGUST 31

23 listings

| PROPERTY | FILE NO. | AUCTION ENDED | HIGH BID | CONTRACT PRICE | STATUS |
|---|---|---|---|---|---|
| 1008 Snyder Ave, Philadelphia, PA | DG26023-1R | Aug 27 | $195,000 | $214,500 | Sale confirmed; closing pending |
| 5538 and 5540 Linmore Ave, Philadelphia, PA | DG26034-1 | Aug 18 | $101,000 | $111,100 | Awaiting confirmation hearing |
| 5544 Linmore Ave, Philadelphia, PA | DG26034-2 | Aug 18 | $50,500 | $55,550 | Awaiting confirmation hearing |
| 11501 Minnieola Dr, New Port Richey, FL | DG26033-2 | Aug 5 | $320,000 | $352,000 | Awaiting confirmation hearing |
| 238 N 53rd St, Philadelphia, PA (former funeral home) | DG26020 | Jul 8 | $99,500 | $109,450 | Sale confirmed; closed Sep 15, 2026 |
| Philadelphia and Aston vacant lots (18 listings) | DG26025 | Jul 1 | $50,000 | $55,000 | Awaiting confirmation |

## 4 COURT APPROVALS AND SALE MOTIONS

August 2026

| DATE | MATTER | PROPERTIES | STATUS |
|---|---|---|---|
| Aug 2026 | Sale confirmation | 1611 W Sales Yard Rd, Emmett, ID · $705,000 (hearing Aug 11) | CONFIRMED · CLOSED AUG 21 |
| Aug 2026 | Sale confirmation | 238 N 53rd St, Philadelphia, PA (former funeral home) · $99,500 | CONFIRMED |
| Aug 2026 | Sale confirmation | 1008 Snyder Ave, Philadelphia, PA · $195,000 | CONFIRMED |
| Aug 5 | Sale motion filed, Doc 942 | 8 properties: 2627 N 23rd St; 6408 Carlton St; 404 N Wanamaker St; 5310, 5334 and 5340 Glenmore Ave; 311 9th St, Upland; 326 Valley Rd, Coatesville | SET FOR HEARING AUG 27 |
| Aug 5 | Sale motion filed, Doc 943 | 7 properties, including 2030 E Lehigh Ave; 7307 Kinglet Pl; 2067 Chelten Ave; 1336 E Rittenhouse St; 6439 N Beechwood St | SET FOR HEARING AUG 27 |
| Jul 29 | Sale motion pending, Doc 894 | 6 properties: 2056 Haines St; 2016 W Boston St; 3850 N 18th St; 3013 N Lambert St; 3305 Gransback St; 1331 W Silver St | SET FOR HEARING AUG 27 |

**LOOKING AHEAD** The properties from the August sale motions are scheduled for a single online auction October 13 to 15, 2026: 35 lots (DG26045 to DG26079) covering 46 properties across Greater Philadelphia. A sale confirmation hearing is targeted for October 22, 2026. The former funeral home closing (September 15) will be reported in the September report.

**Under contract:** bidding has ended and a purchase agreement is signed, pending Court confirmation and settlement. **Closed:** the sale has settled and title has transferred. **High bid** excludes the buyer's premium; **contract price** includes it.