**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM<br>Chapter 11 |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; | Case No. 8:26-bk-01640-CPM |

Debtors.

___________________________________/

**PROOF OF SERVICE**

I HEREBY CERTIFY that on September 21, 2026, a true and correct copy of the *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay* (Doc. No. 1134) has been furnished by CM/ECF system to all registered CM/ECF recipients, including the U.S. Trustee's office, the Debtors' attorneys, and Counsel for the Committee, all of whom are registered and have consented to receive electronic notices in this case. I further certify that on September 21, 2026, a true and correct copy of the foregoing has been served by United States first class mail postage prepaid to: Debtor, DDH Fund, LLC, 11418 US-19 N., Port Richey, FL 34688; and all parties listed on the Local Rule 1007-2 Parties-in-Interest list, a copy of which is attached hereto and incorporated by reference.

Respectfully submitted this 21st day of September, 2026.

/s/ *Kylie A. Riordan*
**Kylie A. Riordan, Esq.**
Florida Bar No. 1058286
E-mail: kriordan@burr.com
Secondary Email: mlucca-cruz@burr.com

**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Phone: (407) 540-6600
Facsimile: (407) 540-6601
*Counsel for U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3*