**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

NOTICE IS GIVEN THAT:

1. On September 8, 2026, the Court granted Jillian Nolan Snider of FBT Gibbons LLP permission to appear *pro hac vice* in the above captioned case [Docket No. 1093].

2. On September 11, 2026, the undersigned attests that the $150.00 special admission fee has been paid to the Clerk of the United States District Court for the Middle District of Florida.

Dated: September 21, 2026

*/s/ Philip W. Crawford*
Philip W. Crawford
Florida Bar No. 99361
FBT Gibbons LLP
One Gateway Center
11-43 Raymond Plaza West
Newark, NJ 07102
Tel: (973) 596-4500
pcrawford@fbtgibbons.com

*Local Counsel for 7E CWS Investments, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026 a true and correct copy of the foregoing has been served via CM/ECF on all CM/ECF registered participants.

*/s/ Philip W. Crawford*
Philip W. Crawford