**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**AGREED MOTION TO CONTINUE**
**EVIDENTIARY HEARING AND RELATED PRETRIAL DEADLINES**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), with the agreement of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2025-NPL2 (the "**Mortgagee**"), respectfully move, pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to continue the evidentiary hearing presently scheduled for September 29, 2026 at 10:00 a.m. and the related pretrial deadlines, and in support state as follows:

1. On Mortgagee filed its *Creditor's Amended Motion for Relief from the Automatic Stay* concerning the real property located at 1808 Fox Circle, Clearwater, Florida 33764 [Dkt. No. 241] (the "**Stay Relief Motion**").

2. By the *Order Setting Final Pretrial and Scheduling Trial* [Dkt. No. 707] and the subsequent *Order Setting Trial on Creditor's Amended Motion for Relief from the Automatic Stay* [Dkt. No. 1021] (collectively, the "**Trial Orders**"), the Court scheduled the Stay Relief Motion for an evidentiary hearing on September 29, 2026 at 10:00 a.m. and established related pretrial deadlines.

3. The Debtors and the Mortgagee have reached an agreement to resolve the Stay Relief Motion and related disputes between them. The Debtors on the date hereof have filed a motion pursuant to Bankruptcy Rule 9019 seeking approval of that compromise [Dkt. No. 1153] (the "**9019 Motion**").

4. The parties therefore respectfully request that the Court continue the evidentiary hearing for approximately forty-five days, together with the remaining related pretrial deadlines. The requested continuance will provide sufficient time for (i) the 9019 Motion to be served, (ii) the applicable negative-notice period to expire, and (iii) the Court to conduct a hearing on the 9019 Motion (in the unlikely event a party in interest timely objects).

5. The Debtors respectfully submit that Cause exists under Bankruptcy Rule 9006(b) for the requested extension. The requested continuance will avoid the parties incurring unnecessary costs associated with preparing for and conducting an evidentiary hearing while a consensual resolution is being presented to the Court for approval, conserve judicial and estate resources, and will not prejudice the Mortgagee, which agrees to the relief requested herein.

**WHEREFORE**, the Debtors respectfully request that the Court enter the proposed agreed order, attached hereto as **Exhibit A**, continuing the September 29, 2026 evidentiary hearing for approximately forty-five days, continuing the remaining related pretrial deadlines accordingly, and granting such other and further relief as the Court deems just and appropriate.

Dated: September 14, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: */s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

I FURTHER CERTIFY that on September 14, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Jessey J. Krehl*
Jessey J. Krehl
Florida Bar No. 1025848

# Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**AGREED ORDER GRANTING AGREED MOTION TO CONTINUE EVIDENTIARY HEARING AND RELATED PRETRIAL DEADLINES**

THIS MATTER came before the Court without a hearing upon the Debtors' *Agreed Motion to Continue Evidentiary Hearing and Related Pretrial Deadlines* [Dkt. No. 1154] (the "**Motion**"). The Court, having reviewed the Motion, noting the agreement of Wilmington Savings Fund

Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2025-NPL2, and finding good cause for the relief requested, it is

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The evidentiary hearing presently scheduled for September 29, 2026 at 10:00 a.m. on the *Creditor's Amended Motion for Relief from the Automatic Stay* [Dkt. No. 241] is **CONTINUED** to [____] to take place before the Honorable Luis Ernesto Rivera II in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602.

3. All remaining pretrial and trial-preparation deadlines established by the *Order Setting Final Pretrial and Scheduling Trial* [Dkt. No. 707], as supplemented by the *Order Setting Trial on Creditor's Amended Motion for Relief from the Automatic Stay* [Dkt. No. 1021] (collectively, the "**Trial Order**"), are likewise **CONTINUED** and shall be recalculated by reference to the continued evidentiary-hearing date using the same time periods established in the Trial Orders, unless otherwise ordered by the Court.

4. Except as expressly modified herein, the Trial Orders remain in full force and effect.

5. The Court retains jurisdiction to implement, interpret, and enforce this Order.

###

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*