**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re:<br><br>RAD Diversified REIT, Inc.;<br><br>Debtor. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Denying Motion for Relief from Stay [D.E. 1116] was served by U.S. Mail on this 21st day of September 2026 to all Local Rule 1007-2 Parties in Interest on the attached service Matrix. All CM/ECF users were served electronically on September 15, 2026.

By: /s/ Troy A. Lawrence
Troy A. Lawrence, Esq.
Florida Bar No. 1061000
ATLAS | SOLOMON, LLP
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, NV 89128
***Counsel for Creditor***

Label Matrix for local noticing
113A-8
Case 8:26-bk-01636-CPM
Middle District of Florida
Tampa
Thu Jul 16 19:10:37 EDT 2026

BRAVO Residential Funding Trust 2023-NQM7
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

BSI Financial Services
4200 Regent Blvd Suite 200
Irving TX 75063-2240

Barrington Oaks East Homeowners Association,
Bush Ross, P.A.
c/o G. William Norris, Jr.
P.O. Box 3913
Tampa, FL 33601-3913

Brandon Dutch Mendenhall
805 E. Bloomingdale Blvd
# 737
Brandon, FL 33511-8113

Brighthouse Life Insurance Company
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Civic Real Estate Holdings III, LLC
c/o MATTHEW KLEIN
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487-2828

DLP Lending Fund LLC
c/p Esther McKean, Esquire
AKERMAN LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801-4904

DLP Lending Fund LLC
c/o Esther McKean, Esq.
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

Fay Servicing
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Fay Servicing, LLC
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Fay Servicing, LLC
c/o Laura Noyes, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Fay Servicing, LLC
c/o Aldridge Pite, LLP Attn:Tricia Morra
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Fay Servicing, LLC
c/o Aldridge Pite, LLP Attn:Jennifer Lau
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

GITSIT Mortgage Loan Trust BBPLC2
c/o Melbalynn Fisher, Esq.
Ghidotti
Berger LLP
1920 Old Tustin Ave
Santa Ana, CA 92705-7811

GREENE STREET FUNDING TRUST II
c/o Rubin Lublin LLC
2313 W. Violet St.
Tampa, FL 33603-1421

Grove Funding III Trust
c/o MATTHEW KLEIN
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487-2828

Hillsborpugh County Tax Collector
c/o Brian T. FitzGerald, Esq.
P.O. Box 1110, 27th Floor
Tampa, FL 33601-1110

J.P. Morgan Trust 2023-DSC
c/o Seth Greenhill Esq.,
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Joseph Censullo c/o Gendler & Gendler PLLC
PO Box 450135
Fort Lauderdale, Florida 33345-0135

Kiavi Funding Inc
c/o Tromberg, Miller, Morris & Partners
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441-1611

Lima One Capital Loan
c/o Atlas Solomon LLP
7674 W. Lake Mead Blvd Ste 220
Las Vegas, NV 89128-6644

Luminary 813, LLC
c/o Matthew J. Mincone, Esq.
Mincone Law Group, P.A.
1925 E 6th Ave, Ste. 10
Tampa, FL 33605-5225

Metropolitan Life Insurance Company
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Metropolitan Life Insurance Company
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

NWL Company, LLC
c/o Seth Greenhill Esq.,
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Nancy C Millan Tax Collector
C/O Brian T Fitzgerald, Atty 27th FL
Po Box 1110
Tampa, FL 33601-1110

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826
Greenville, SC 29603-0826

NewRez as servicer for NWL Company, LLC
c/o Leslie Rushing, Esq.
Hill Wallack LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Office of the Attorney General
State of Florida, Dept of Legal Affairs
Attn: Sasha Funk Granai
3507 E Frontage Road Suite 325
Tampa FL 33607-1795

PASCO COUNTY BOARD OF COUNTY COMMISSIONERS
ATTENTION ANTHONY M. SALZANO ESQ
8731 CITIZENS DRIVE
PASCO COUNTY GOVERNMENT CENTER
SUITE 340
NEW PORT RICHEY FL 34654-5572

PBK Architects Inc.
c/o Gordon Rees Scully Mansukhani, LLP
Attn: Megan M. Adeyemo
2200 Ross Avenue, Suite 3700
Dallas, TX 75201-2794

PNC BANK, NATIONAL ASSOCIATION, successor to
c/o Kylie A. Riordan, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801-6404

PNC Bank, National Association
c/o Hailey W. Klabo, Esq.
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601-2172

PNC Bank, National Association
c/o Brian D. Darer
Parker Poe Adams& Bernstein LLP
P.O. Box 389
Raleigh, NC 27602-0389

SILVER HILL CAPITAL, LLC
c/o SPENCER FANE LLP
Kayleigh Wright, Esq.
201 North Franklin Street, Suite 2150
Tampa, Florida 33602-5627

SN Servicing Corporation
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

U.S. BANK TRUST NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. BANK TRUST NATIONAL ASSOCIATION
c/o Robertson, Anschutz, Schneid, et al
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

U.S. Bank National Association
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

U.S. Bank National Association
c/o Aldridge Pite, LLP, Attn: Tricia Mor
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

U.S. Bank National Association
c/o Dan Eisenhauer Esq.,
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310-5026

U.S. Bank National Association, as Trustee o
c/o Stephanie C. Lieb, Esq., Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

U.S. Bank National Association, as Trustee o
c/o Kelsey E. Burgess, Esq., Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

U.S. Bank Trust Company, NA
c/o Gennifer L. Bridges, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

U.S. Bank Trust Company, NA
c/o Kylie A. Riordan, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

U.S. Bank Trust NA
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E.Ste 700
Atlanta, GA 30305-1608

U.S. Bank Trust National Association
c/o Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. Bank Trust National Association
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, FL 33301-5055

Unsecured Creditors Committee
c/o John D. Elrod Esq.,
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305-1780

Victor and Susan Cave
c/o AMR Law Firm, P.A.
P.O. Box 340180
Tampa, FL 33694-0180

Victor and Susan Cave
15054 SERENGETI BOULEVARD
SPRING HILL, FL 34610-7686

WILMINGTON SAVINGS FUND SOCIETY
c/o ALDRIDGE PITE, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Wilmington Savings Fund Society
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society FSB
c/o Dan Eisenhauer Esq
De Cubas & Lewis PA
PO Box 5026
Fort Lauderdale FL 33310-5026

Wilmington Savings Fund Society, FSB
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB, as Own
PO Box 27370
Anaheim Hills, CA 92809-0112

c/o Joseph F. Southron
400 N. Ashley Drive Suite 1720
Tampa, FL 33602-4326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
c/o Megan N. Harper
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Brandon Dutch Mendenhall
805 E. Bloomingdale Blvd
# 737
Brandon, FL 33511-8113

(d)Fay Servicing, LLC
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Metropolitan Life Insurance Company
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

(u)Office of the Attorney General, State of F

(d)Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

(d)Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

End of Label Matrix
Mailable recipients 62
Bypassed recipients 10
Total 72