**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD DIVERSIFIED REIT, INC.

Debtor.
_______________________________/

Chapter 11
Case No. 8:26-bk-01636-CPM

**SILVER HILL CAPITAL, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**
**(2000 S Salford Street, Philadelphia, PA 19143)**

Silver Hill Capital, LLC, a secured creditor herein ("**Movant**"), by and through its undersigned counsel and pursuant to section 362(d) of title 11 of the United States Code ("**Bankruptcy Code**") and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), moves the Court for entry of an order modifying and terminating the automatic stay to permit Movant to exercise all of its in rem rights and related rights with respect to certain real and personal property described in more detail below. As grounds in support thereof, Movant states as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the Standing Order of Reference from the United States District Court for the Middle District of Florida dated as of October 29, 2024.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G). Movant does consent to the entry of a final judgment by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory and legal predicate for the relief requested herein is section 362(d) of the Bankruptcy Code and Bankruptcy Rule 4001(a).

## FACTUAL BACKGROUND

5. On March 19, 2020, Silver Hill Funding, LLC (" **SH Funding**") made a loan to DDH Fund LP ("**DDH**") in the original principal amount of $135,000.00 (the "**Loan**"). To evidence the terms of repayment of the Loan, DDH executed and delivered to Movant a Promissory Note in the original principal amount of $135,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit "A"** and is incorporated by reference.

6. On or about March 19, 2020, DDH executed and delivered to SH Funding a Mortgage (the "Mortgage"). The Mortgage secured DDH's obligations under the Note. The Mortgage was recorded on May 5, 2020, in the Philadelphia County land records at Doc Id. 53664214, thereby creating a lien on certain real property and providing a security interest in certain personal property, intangibles, and other collateral affixed to, or associated with, the property more specifically described in the Mortgage, including the following real property

> ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected SITUATE at the corner formed by the intersection of the Southwesterly side of Salford Street with the Southeasterly side of Kingsessing Avenue in the City of Philadelphia
>
> CONTAINING in front or breadth on said Salford Street sixteen feet and extending of that width in length or depth Southwardly between parallel lines at right angles to said Salford Street the Northwesterly line thereof extending along the Southeasterly side of Kingsessing Avenue eighty-five feet to a certain four feet alley leading Northwestwardly into said Kingsessing Avenue TOGETHER with the free and common use right liberty and privilege of the above mentioned alley as and for a passageway and watercourse at all times hereafter forever
>
> BEING NO

2000 South Salford Street, Philadelphia, PA 19143

BEING OPA NO 871560240

(Together with all personal property described in the Mortgage, the "Property"). A true and correct copy of the Mortgage is attached hereto as **Exhibit "B"** and is incorporated by reference.

7. The Loan is further secured by the following loan documents dated March 19, 2020, executed by DDH or its affiliates in favor of SH Funding: (i) Commercial Security Agreement (the "**Security Agreement**"); (ii) Assignment of Rents (the "**Assignment of Rents**"); (iii) Partnership Authorization (the "**Partnership Authorization**"); (iv) Business Loan Agreement (the "**Loan Agreement**"); and (v) Commercial Guaranty Agreements execute by DDH Capital Management, LLC and Brandon Mendenhall, individually, in favor of SH Funding (the "**Guaranties**"). The Assignment of Rents, Partnership Agreement, Loan Agreement, Security Agreement, and Guarantees are attached hereto as **Composite Exhibit "C."**

8. The Note, Mortgage, Assignment of Rents, Partnership Agreement, Loan Agreement, Security Agreement, Guarantees and all other instruments and documents that evidence or pertain to the Loan are hereinafter referred to as the "Loan Documents."

9. On or about March 19, 2020, the Note, Mortgage and all other Loan Documents were assigned to Community Loan Servicing, LLC pursuant to the following: (i) Allonge;[1] (ii) Assignment of Mortgage dated August 26, 2021, recorded in the Philadelphia County land records at Doc Id. 53916935; and (iii) Assignment of Assignment of Rents dated August 26, 2021, recorded in the Philadelphia County land records at Doc Id. 53916936. The Allonge, Assignment

---

[1] The Allonge provides that the Note shall be paid to the order of Bayview Loan Servicing, LLC. On July 29, 2020, Bayview Loan Servicing, LLC, changed its name to Community Loan Servicing, LLC pursuant to that certain Certificate of Amendment filed with the Delaware Secretary of State. A true and correct copy of the Certificate of Amendment referenced herein is attached as **Exhibit "D."**

of Mortgage, and Assignment of Assignment of Rents are attached hereto as **Composite Exhibit "E."**

10. On June 16, 2025, Community Loan Servicing, LLC changed its name to Silvery Hill Capital, LLC pursuant to that certain Certificate of Amendment filed with the Delaware Secretary of State. A true and correct copy of the Certificate of Amendment is attached hereto as **Exhibit "F."**

11. Movant has possession of the original Note, is the holder of the Note, and is entitled to enforce the Loan Documents.

12. Pursuant to the Note, DDH was required to make monthly payments of principal and interest until the Loan is paid in full. The Debtor defaulted on its obligations under the Loan Documents by failing to make required monthly payments of principal and interest due on April 1, 2025, and all subsequent payments.

13. On March 1, 2026 ("**Petition Date**"), DDH filed its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing Case No. 8:26-bk-01640-CPM. On March 2, 2026, the Court entered its Order Granting Motion for Joint Administration, directing that the DDH Chapter 11 case be jointly administered with certain of its affiliates in the Chapter 11 case filed by RAD Diversified REIT, Inc., Case No. 8:26-bk-01636-CPM, designated as the lead case for all future filings.

14. On April 22, 2026, Movant filed its secured Proof of Claim (Claim No. 233-1) in the amount of $163,324.45.

15. As of the Petition Date, the amounts due and owing under the Loan Documents, exclusive of post-petition interest and post-petition attorneys' fees and costs,[2] are as follows:

| | |
|---|---|
| Principal Balance: | $127,676.80 |
| Note Rate Interest: | $797.01 |
| Default Interest: | $22,330.70 |
| Protective Advances: | $8,653.55 |
| Fees: | $500 |
| Inspection, Appraisal, Escrow Fees: | $3,287.79 |
| **TOTAL CLAIM** | **$163,324.45** |

16. Based on DDH's Defaults under the Loan Documents, Movant seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(2) to pursue its rights and remedies under the Loan Documents and applicable law, including, but not limited to, seeking to foreclose on the Property in accordance with applicable state law.

**BASIS FOR RELIEF**

17. Section 362(d)(2) of the Bankruptcy Code states that on request of a party in interest, the court shall grant relief from the stay by terminating, annulling, modifying, or conditioning the stay as to property of the debtor if the debtor lacks equity in the property and the property is not necessary for an effective reorganization. As admitted in its schedules and confirmed by the terms of the Debtors' Joint Plan of Liquidation ("Plan") (Doc. No. 904), DDH

[2] To the extent Movant is determined to be an oversecured creditor within the meaning of section 506(b) of the Bankruptcy Code, Movant is entitled to recover post-petition interest that has been accruing, and that will continue to accrue, along with post-petition attorneys' fees and costs, as provided in the Loan Documents and/or by applicable law

has no equity in the Property, and it is not necessary for an effective reorganization, thereby making stay relief appropriate.

18. In Schedule A (Doc. No. 38, 8:26-bk-01640-CPM), DDH admits that the value of the Property is $87,700.00. As of the Petition Date, Movant's lien on the Property totaled $163,324.45. As the value of Movant's lien exceeds the value of the Property, DDH has no equity in the Property.

19. Under the Plan, DDH confirms that to the extent it does not have equity in the Property, it will surrender the Property to Movant. Specifically, Article IV of the Plan provides that to the extent Movant's claim exceeds the value of the Property, upon request by Movant, DDH will promptly surrender the Property to Movant subject to all liens, claims, and encumbrances.

20. As a result, Movant is entitled to an order modifying and terminating the automatic stay pursuant to Section 362(d)(2) of the Bankruptcy Code to permit Movant to exercise all its rights and remedies under applicable law with respect to the Property and corresponding collateral.

21. Movant further requests that the Court waive the requirements of Bankruptcy Rule 4001(a)(4) and allow the order lifting stay to have immediate effect.

22. Alternatively, Movant requests that the Court order Debtor to provide Movant adequate protection for Debtor's continued use of the Property in the form of monthly cash payments in an amount to be determined by the Court. Adequate protection should also include requirements that Debtor: (a) maintain adequate insurance coverage for the Property; (b) maintain the Property in good condition and repair; and (c) timely pay all taxes, assessments, and other fees or claims that could become a lien or encumbrance on the Property.

WHEREFORE, Movant respectfully requests that the Court enter an order (i) granting this Motion; (ii) lifting the automatic stay to permit Movant to enforce its rights and remedies with

respect to the Property pursuant to the Loan Documents, and applicable non- bankruptcy law, including by conducting a Sheriff's sale of the Property; (iii) waiving the 14-day stay under Bankruptcy Rule 4001(a)(4); or, in the alternative, (iv) requiring the Debtor to provide adequate protection, including monthly adequate protection payments and continued maintenance.

DATED this 22nd day of September, 2026

*/s/ Patrick M. Mosley*
Patrick M. Mosley, Esq.
Florida Bar No. 0033735
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602
Tel: (813) 424-3514
Fax: (813) 405-8904
Email: pmosley@spencerfane.com
Email: telam@spencerfane.com
*Counsel for Silver Hill Capital, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of September, 2026, a true and correct copy of the foregoing Motion for Relief from Stay has been provided by electronic notification to all parties receiving notice via CM/ECF and by U.S. Mail to all parties listed on the attached mailing matrix.

*/s/ Patrick M. Mosley*
Patrick M. Mosley

Label Matrix for local noticing
113A-8
Case 8:26-bk-01636-CPM
Middle District of Florida
Tampa
Tue Aug 25 11:27:26 EDT 2026

BRAVO Residential Funding Trust 2023-NQM7
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

BSI Financial Services
4200 Regent Blvd Suite 200
Irving TX 75063-2240

Barrington Oaks East Homeowners Association,
Bush Ross, P.A.
c/o G. William Norris, Jr.
P.O. Box 3913
Tampa, FL 33601-3913

Brandon Dutch Mendenhall
805 E. Bloomingdale Blvd
# 737
Brandon, FL 33511-8113

Brighthouse Life Insurance Company
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

CNH Industrial Capital America LLC
c/o Robert K. Eddy
ROBERT K. EDDY, P.A
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606-1459

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Civic Real Estate Holdings III, LLC
c/o MATTHEW KLEIN
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487-2828

DLP Lending Fund LLC
c/o Esther McKean, Esq.
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

DLP Lending Fund LLC
c/p Esther McKean, Esquire
AKERMAN LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801-4904

Fay Servicing
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Fay Servicing, LLC
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Fay Servicing, LLC
c/o Aldridge Pite, LLP Attn:Tricia Morra
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Fay Servicing, LLC
c/o Aldridge Pite, LLP Attn:Jennifer Lau
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Fay Servicing, LLC
c/o Laura Noyes, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

GITSIT Mortgage Loan Trust BBPLC2
c/o Melbalynn Fisher, Esq.
Ghidotti
Berger LLP
1920 Old Tustin Ave
Santa Ana, CA 92705-7811

GREENE STREET FUNDING TRUST II
c/o Rubin Lublin LLC
2313 W. Violet St.
Tampa, FL 33603-1421

Grove Funding III Trust
c/o MATTHEW KLEIN
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487-2828

Hillsborpugh County Tax Collector
c/o Brian T. FitzGerald, Esq.
P.O. Box 1110, 27th Floor
Tampa, FL 33601-1110

J.P. Morgan Trust 2023-DSC
c/o Seth Greenhill Esq.,
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Joseph Censullo c/o Gendler & Gendler PLLC
PO Box 450135
Fort Lauderdale, Florida 33345-0135

Kiavi Funding Inc
c/o Tromberg, Miller, Morris & Partners
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441-1611

Kiavi Funding, Inc.
271 N. Shore Drive, Suite 201
Pittsburgh, PA 15212-5845

Lima One Capital Loan
c/o Atlas Solomon LLP
7674 W. Lake Mead Blvd Ste 220
Las Vegas, NV 89128-6644

Luminary 813, LLC
c/o Matthew J. Mincone, Esq.
Mincone Law Group, P.A.
1925 E 6th Ave, Ste. 10
Tampa, FL 33605-5225

Metropolitan Life Insurance Company
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Metropolitan Life Insurance Company
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

NWL Company, LLC
c/o Seth Greenhill Esq.,
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Nancy C Millan Tax Collector
C/O Brian T Fitzgerald, Atty 27th FL
Po Box 1110
Tampa, FL 33601-1110

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826
Greenville, SC 29603-0826

NewRez as servicer for NWL Company, LLC
c/o Leslie Rushing, Esq.
Hill Wallack LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Office of the Attorney General
State of Florida, Dept of Legal Affairs
Attn: Sasha Funk Granai
3507 E Frontage Road Suite 325
Tampa FL 33607-1795

PASCO COUNTY BOARD OF COUNTY COMMISSIONERS
ATTENTION ANTHONY M. SALZANO ESQ
8731 CITIZENS DRIVE
PASCO COUNTY GOVERNMENT CENTER
SUITE 340
NEW PORT RICHEY FL 34654-5572

PBK Architects Inc.
c/o Gordon Rees Scully Mansukhani, LLP
Attn: Megan M. Adeyemo
2200 Ross Avenue, Suite 3700
Dallas, TX 75201-2794

PNC BANK, NATIONAL ASSOCIATION, successor to
c/o Kylie A. Riordan, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801-6404

PNC Bank, National Association
c/o Brian D. Darer
Parker Poe Adams& Bernstein LLP
P.O. Box 389
Raleigh, NC 27602-0389

PNC Bank, National Association
c/o Hailey W. Klabo, Esq.
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601-2172

SILVER HILL CAPITAL, LLC
c/o SPENCER FANE LLP
Kayleigh Wright, Esq.
201 North Franklin Street, Suite 2150
Tampa, Florida 33602-5627

SN Servicing Corporation
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Silver Hill Capital, LLC
c/o Patrick M. Mosley, Esq.
Spencer Fane, LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

U.S. BANK TRUST NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. BANK TRUST NATIONAL ASSOCIATION
c/o Robertson, Anschutz, Schneid, et al
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

U.S. Bank National Association
c/o Aldridge Pite, LLP, Attn: Tricia Mor
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

U.S. Bank National Association
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

U.S. Bank National Association
c/o Dan Eisenhauer Esq.,
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310-5026

U.S. Bank National Association, as Trustee o
c/o Kelsey E. Burgess, Esq., Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

U.S. Bank National Association, as Trustee o
c/o Stephanie C. Lieb, Esq., Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

U.S. Bank Trust Company, NA
c/o Kylie A. Riordan, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

U.S. Bank Trust Company, NA
c/o Gennifer L. Bridges, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

U.S. Bank Trust NA
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E.Ste 700
Atlanta, GA 30305-1608

U.S. Bank Trust National Association
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, FL 33301-5055

U.S. Bank Trust National Association
c/o Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Unsecured Creditors Committee
c/o John D. Elrod Esq.,
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305-1780

Victor and Susan Cave
c/o AMR Law Firm, P.A.
P.O. Box 340180
Tampa, FL 33694-0180

Victor and Susan Cave
15054 SERENGETI BOULEVARD
SPRING HILL, FL 34610-7686

WILMINGTON SAVINGS FUND SOCIETY
c/o ALDRIDGE PITE, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Wilmington Savings Fund Society
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society FSB
c/o Dan Eisenhauer Esq
De Cubas & Lewis PA
PO Box 5026
Fort Lauderdale FL 33310-5026

Wilmington Savings Fund Society, FSB
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB, as Own
PO Box 27370
Anaheim Hills, CA 92809-0112

c/o Joseph F. Southron
400 N. Ashley Drive Suite 1720
Tampa, FL 33602-4326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
c/o Megan N. Harper
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Brandon Dutch Mendenhall
805 E. Bloomingdale Blvd
# 737
Brandon, FL 33511-8113

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)Metropolitan Life Insurance Company
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

(u)Office of the Attorney General, State of F

(d)Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

(d)Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

End of Label Matrix
Mailable recipients 65
Bypassed recipients 10
Total 75