# EXHIBIT B

eRecorded in Philadelphia PA Doc Id 53664214
05/05/2020 01 19 PM Page 1 of 18 Rec Fee $226 75
Receipt# 20-43584
Records Department Doc Code M

Parcel Identification Number
**871560240**

**RECORDATION REQUESTED BY**
Silver Hill Funding, LLC, 4425
Ponce de Leon Blvd , 5th Floor,
Coral Gables, FL 33146

**WHEN RECORDED MAIL TO**
Indecomm Holdings Inc , 1260
Energy Lane , Mail Stop Code
FD SH-9914, St Paul, MN 55108

**SEND TAX NOTICES TO**
Silver Hill Funding, LLC, 4425
Ponce de Leon Blvd , 5th Floor,
Coral Gables, FL 33146

FOR RECORDER S USE ONLY

*########%0745%03192020*

# MORTGAGE

**Amount Secured Hereby** $135 000 00

**THIS MORTGAGE dated March 19, 2020 is made and executed between DDH Fund LP a Delaware limited partnership duly authorized to transact business in the State of Pennsylvania, whose address is 222 Angeles Blvd Big Bear City CA 92314 (referred to below as "Grantor") and Silver Hill Funding, LLC, whose address is 4425 Ponce de Leon Blvd , 5th Floor, Coral Gables FL 33146 (referred to below as "Lender")**

**GRANT OF MORTGAGE** For valuable consideration, Grantor grants bargains sells conveys assigns, transfers, releases confirms and mortgages to Lender all of Grantor's right title and interest in and to the following described real property together with all existing or subsequently erected or affixed buildings improvements and fixtures all streets lanes alleys passages and ways all easements rights of way all liberties privileges tenements hereditaments and appurtenances thereunto belonging or anywise made appurtenant hereafter and the reversions and remainders with respect thereto all water water rights watercourses and ditch rights (including stock in utilities with ditch or irrigation rights) and all other rights royalties and profits relating to the real property including without limitation all minerals oil

gas geothermal and similar matters (the "Real Property") located in Philadelphia County, Commonwealth of Pennsylvania

**See Exhibit A, which is attached to this Mortgage and made a part of this Mortgage as if fully set forth herein**

**The Real Property or its address is commonly known as 2000 S Salford Street Philadelphia, PA 19143 The Real Property parcel identification number is 871560240**

Grantor presently assigns to Lender all of Grantor's right title and interest in and to all present and future leases of the Property and all Rents from the Property In addition Grantor grants to Lender a Uniform Commercial Code security interest in the Personal Property and Rents

**FUTURE ADVANCES** This Mortgage secures and the Note evidences the obligation of Grantor to repay any advances made after the date hereof for payment of taxes assessments maintenance charges insurance premiums costs incurred for the protection of the Property or the lien of this Mortgage and costs incurred by Lender by reason of the occurrence of an Event of Default

**THIS MORTGAGE, INCLUDING THE ASSIGNMENT OF RENTS AND THE SECURITY INTEREST IN THE RENTS AND PERSONAL PROPERTY, IS GIVEN TO SECURE (A) PAYMENT OF THE INDEBTEDNESS AND (B) PERFORMANCE OF ANY AND ALL OBLIGATIONS UNDER THE NOTE IN THE ORIGINAL PRINCIPAL AMOUNT OF $135,000 00, THE RELATED DOCUMENTS AND THIS MORTGAGE THIS MORTGAGE IS GIVEN AND ACCEPTED ON THE FOLLOWING TERMS**

**PAYMENT AND PERFORMANCE** Except as otherwise provided in this Mortgage Grantor shall pay to Lender all amounts secured by this Mortgage as they become due and shall strictly perform all of Grantor's obligations under this Mortgage

**POSSESSION AND MAINTENANCE OF THE PROPERTY** Grantor agrees that Grantor's possession and use of the Property shall be governed by the following provisions

**Possession and Use** Until the occurrence of an Event of Default Grantor may (1) remain in possession and control of the Property (2) use operate or manage the Property and, (3) collect the Rents from the Property

**Duty to Maintain** Grantor shall maintain the Property in tenantable condition and promptly perform all repairs replacements and maintenance necessary to preserve its value

**Compliance With Environmental Laws** Grantor represents and warrants to Lender that (1) During the period of Grantor s ownership of the Property there has been no use generation manufacture storage treatment disposal release or threatened release of any Hazardous Substance by any person on under, about or from the Property (2) Grantor has no knowledge of or reason to believe that there has been except as previously disclosed to and acknowledged by Lender in writing (a) any breach or violation of any Environmental Laws (b) any use generation manufacture storage treatment disposal release or threatened release of any Hazardous Substance on under about or from the Property by any prior owners or occupants of the Property or (c) any actual or threatened litigation or claims of any kind by any person relating to such matters and (3) Except as previously disclosed to and acknowledged by Lender in writing (a) neither Grantor nor any tenant contractor agent or other authorized user of the Property shall use generate

manufacture store treat dispose of or release any Hazardous Substance on under about or from the Property and (b) any such activity shall be conducted in compliance with all applicable federal state and local laws regulations and ordinances including without limitation all Environmental Laws Grantor authorizes Lender and its agents to enter upon the Property to make such inspections and tests at Grantor s expense as Lender may deem appropriate to determine compliance of the Property with this section of the Mortgage Any inspections or tests made by Lender shall be for Lender s purposes only and shall not be construed to create any responsibility or liability on the part of Lender to Grantor or to any other person The representations and warranties contained herein are based on Grantor's due diligence in investigating the Property for Hazardous Substances Grantor hereby (1) releases and waives any future claims against Lender for indemnity or contribution in the event Grantor becomes liable for cleanup or other costs under any such laws and (2) agrees to indemnify defend and hold harmless Lender against any and all claims losses liabilities damages penalties, and expenses which Lender may directly or indirectly sustain or suffer resulting from a breach of this section of the Mortgage or as a consequence of any use generation manufacture storage, disposal release or threatened release occurring prior to Grantor s ownership or interest in the Property whether or not the same was or should have been known to Grantor The provisions of this section of the Mortgage including the obligation to indemnify and defend shall survive the payment of the Indebtedness and the satisfaction and reconveyance of the lien of this Mortgage and shall not be affected by Lender s acquisition of any interest in the Property whether by foreclosure or otherwise

**Nuisance Waste** Grantor shall not cause conduct or permit any nuisance nor commit permit or suffer any stripping of or waste on or to the Property or any portion of the Property Without limiting the generality of the foregoing Grantor will not remove or grant to any other party the right to remove, any timber minerals (including oil and gas) coal clay, scoria soil gravel or rock products without Lender's prior written consent

**Removal of Improvements** Grantor shall not demolish or remove any Improvements from the Real Property without Lender s prior written consent As a condition to the removal of any Improvements, Lender may require Grantor to make arrangements satisfactory to Lender to replace such Improvements with Improvements of at least equal value

**Lender's Right to Enter** Lender and Lender's agents and representatives may enter upon the Real Property at all reasonable times to attend to Lender s interests and to inspect the Real Property for purposes of Grantor's compliance with the terms and conditions of this Mortgage

**Compliance with Governmental Requirements** Grantor shall promptly comply with all laws ordinances and regulations now or hereafter in effect of all governmental authorities applicable to the use or occupancy of the Property including without limitation the Americans With Disabilities Act Grantor may contest in good faith any such law ordinance or regulation and withhold compliance during any proceeding including appropriate appeals so long as Grantor has notified Lender in writing prior to doing so and so long as in Lender s sole opinion, Lender's interests in the Property are not jeopardized Lender may require Grantor to post adequate security or a surety bond reasonably satisfactory to Lender to protect Lender's interest

**MORTGAGE**
**(Continued)**



**Duty to Protect** Grantor agrees neither to abandon or leave unattended the Property Grantor shall do all other acts in addition to those acts set forth above in this section which from the character and use of the Property are reasonably necessary to protect and preserve the Property

**DUE ON SALE - CONSENT BY LENDER** Lender may at Lender s option declare immediately due and payable all sums secured by this Mortgage upon the sale or transfer without Lender's prior written consent of all or any part of the Real Property or any interest in the Real Property A "sale or transfer" means the conveyance of Real Property or any right title or interest in the Real Property whether legal beneficial or equitable whether voluntary or involuntary whether by outright sale deed installment sale contract land contract contract for deed leasehold interest with a term greater than three (3) years lease-option contract or by sale assignment or transfer of any beneficial interest in or to any land trust holding title to the Real Property or by any other method of conveyance of an interest in the Real Property If any Grantor is a corporation partnership or limited liability company transfer also includes any restructuring of the legal entity (whether by merger division or otherwise) or any change in ownership of more than twenty five percent (25%) of the voting stock partnership interests or limited liability company interests as the case may be of such Grantor However this option shall not be exercised by Lender if such exercise is prohibited by federal law or by Pennsylvania law

**TAXES AND LIENS** The following provisions relating to the taxes and liens on the Property are part of this Mortgage

**Payment** Grantor shall pay when due (and in all events prior to delinquency) all taxes payroll taxes special taxes assessments water charges and sewer service charges levied against or on account of the Property and shall pay when due all claims for work done on or for services rendered or material furnished to the Property Grantor shall maintain the Property free of any liens having priority over or equal to the interest of Lender under this Mortgage except for those liens specifically agreed to in writing by Lender and except for the lien of taxes and assessments not due as further specified in the Right to Contest paragraph

**Right to Contest.** Grantor may withhold payment of any tax assessment or claim in connection with a good faith dispute over the obligation to pay so long as Lender s interest in the Property is not jeopardized If a lien arises or is filed as a result of nonpayment Grantor shall within fifteen (15) days after the lien arises or if a lien is filed within fifteen (15) days after Grantor has notice of the filing secure the discharge of the lien or if requested by Lender deposit with Lender cash or a sufficient corporate surety bond or other security satisfactory to Lender in an amount sufficient to discharge the lien plus any costs and reasonable attorneys fees or other charges that could accrue as a result of a foreclosure or sale under the lien In any contest Grantor shall defend itself and Lender and shall satisfy any adverse judgment before enforcement against the Property Grantor shall name Lender as an additional obligee under any surety bond furnished in the contest proceedings

**Evidence of Payment** Grantor shall upon demand furnish to Lender satisfactory evidence of payment of the taxes or assessments and shall authorize the appropriate governmental official to deliver to Lender at any time a written statement of the taxes and assessments

against the Property

**Notice of Construction** Grantor shall notify Lender at least fifteen (15) days before any work is commenced any services are furnished or any materials are supplied to the Property if any mechanic's lien materialmen s lien or other lien could be asserted on account of the work services or materials Grantor will upon request of Lender furnish to Lender advance assurances satisfactory to Lender that Grantor can and will pay the cost of such improvements

**PROPERTY DAMAGE INSURANCE** The following provisions relating to insuring the Property are a part of this Mortgage

**Maintenance of Insurance** Grantor shall procure and maintain policies of fire insurance with standard extended coverage endorsements on a replacement basis for the full insurable value covering all Improvements on the Real Property in an amount sufficient to avoid application of any coinsurance clause and with a standard mortgagee clause in favor of Lender Grantor shall also procure and maintain comprehensive general liability insurance in such coverage amounts as Lender may request with Lender being named as additional insureds in such liability insurance policies Additionally Grantor shall maintain such other insurance including but not limited to hazard business interruption and boiler insurance as Lender may require Policies shall be written by such insurance companies and in such form as may be reasonably acceptable to Lender Grantor shall deliver to Lender certificates of coverage from each insurer containing a stipulation that coverage will not be cancelled or diminished without a minimum of thirty (30) days prior written notice to Lender and not containing any disclaimer of the insurer s liability for failure to give such notice Each insurance policy also shall include an endorsement providing that coverage in favor of Lender will not be impaired in any way by any act omission or default of Grantor or any other person Should the Real Property be located in an area designated by the Administrator of the Federal Emergency Management Agency as a special flood hazard area Grantor agrees to obtain and maintain flood insurance if available for the full unpaid principal balance of the loan and any prior liens on the property securing the loan up to the maximum policy limits set under the National Flood Insurance Program or as otherwise required by Lender and to maintain such insurance for the term of the loan Flood insurance may be purchased under the National Flood Insurance Program from private insurers providing "private flood insurance" as defined by applicable federal flood insurance statutes and regulations or from another flood insurance provider that is both acceptable to Lender in its sole discretion and permitted by applicable federal flood insurance statutes and regulations

**Application of Proceeds** Grantor shall promptly notify Lender of any loss or damage to the Property Lender may make proof of loss if Grantor fails to do so within fifteen (15) days of the casualty Whether or not Lender's security is impaired Lender may at Lender s election receive and retain the proceeds of any insurance and apply the proceeds to the reduction of the Indebtedness payment of any lien affecting the Property or the restoration and repair of the Property If Lender elects to apply the proceeds to restoration and repair Grantor shall repair or replace the damaged or destroyed Improvements in a manner satisfactory to Lender Lender shall upon satisfactory proof of such expenditure pay or reimburse Grantor from the proceeds for the reasonable cost of repair or restoration if Grantor is not in default under this Mortgage Any proceeds which have not been disbursed

within 180 days after their receipt and which Lender has not committed to the repair or restoration of the Property shall be used first to pay any amount owing to Lender under this Mortgage then to pay accrued interest and the remainder if any shall be applied to the principal balance of the Indebtedness If Lender holds any proceeds after payment in full of the Indebtedness, such proceeds shall be paid to Grantor as Grantor's interests may appear

**Grantor's Report on Insurance** Upon request of Lender however not more than once a year, Grantor shall furnish to Lender a report on each existing policy of insurance showing (1) the name of the insurer (2) the risks insured (3) the amount of the policy (4) the property insured the then current replacement value of such property and the manner of determining that value and (5) the expiration date of the policy Grantor shall upon request of Lender have an independent appraiser satisfactory to Lender determine the cash value replacement cost of the Property

**TAX AND INSURANCE RESERVES** Upon request by Lender and subject to applicable law Grantor shall pay to Lender each month or at such other interval as payments under the Note may be due on the day payments are due under the Note a sum ("Escrow Funds ) equal to one-twelfth or equivalent fraction if payments are not due monthly of (a) all annual taxes special taxes, assessments water charges and sewer service charges levied against or on account of the Property and (b) annual premiums for policies of fire insurance with all risks standard extended coverage required under this Mortgage ("Escrow Items ) Lender may estimate the amount of Escrow Funds on the basis of current data and a reasonable estimate of future Escrow Items All Escrow Funds shall be held by Lender and applied to pay the Escrow Items when due Lender will not charge for holding and applying the Escrow Funds analyzing the account or verifying the Escrow Items unless Lender pays Grantor interest on the Escrow Funds and applicable law permits Lender to make such a charge Grantor and Lender may agree in writing that interest shall be paid on the Escrow Funds Unless an agreement is made or applicable law requires interest to be paid Lender shall not be required to pay Grantor any interest or earnings on the Escrow Funds The Escrow Funds are pledged as additional security for the amounts secured by this Mortgage If the amount of the Escrow Funds held by Lender together with the future monthly or other periodic payments of Escrow Funds prior to the due dates of the Escrow Items shall exceed the amount required to pay the Escrow Items when due the excess shall be at Grantor option either promptly repaid to Grantor or credited to Grantor in scheduled payments of Escrow Funds If the amount of the Escrow Funds held by Lender is not sufficient to pay the Escrow Items when due Grantor shall pay to Lender any amount necessary to make up the deficiency in one or more payments as required by Lender

**LENDER S EXPENDITURES** If any action or proceeding is commenced that would materially affect Lender's interest in the Property or if Grantor fails to comply with any provision of this Mortgage or any Related Documents including but not limited to Grantor's failure to discharge or pay when due any amounts Grantor is required to discharge or pay under this Mortgage or any Related Documents Lender on Grantor s behalf may (but shall not be obligated to) take any action that Lender deems appropriate including but not limited to discharging or paying all taxes liens security interests encumbrances and other claims at any time levied or placed on the Property and paying all costs for insuring maintaining and preserving the Property All such expenditures incurred or paid by Lender for such purposes will then bear interest at the rate charged under the Note from the date incurred or paid by Lender to the date of repayment by Grantor All such expenses will become a part of the Indebtedness and at Lender s option will

(A) be payable on demand (B) be added to the balance of the Note and be apportioned among and be payable with any installment payments to become due during either (1) the term of any applicable insurance policy or (2) the remaining term of the Note or (C) be treated as a balloon payment which will be due and payable at the Note s maturity The Mortgage also will secure payment of these amounts Such right shall be in addition to all other rights and remedies to which Lender may be entitled upon the occurrence of any Event of Default Grantor s obligation to Lender for all such expenses shall survive the entry of any mortgage foreclosure judgment

**WARRANTY, DEFENSE OF TITLE** The following provisions relating to ownership of the Property are a part of this Mortgage

**Title** Grantor warrants that (a) Grantor holds good and marketable title of record to the Property in fee simple free and clear of all liens and encumbrances other than those set forth in the Real Property description or in any title insurance policy title report or final title opinion issued in favor of and accepted by Lender in connection with this Mortgage and (b) Grantor has the full right power and authority to execute and deliver this Mortgage to Lender

**Defense of Title** Subject to the exception in the paragraph above Grantor warrants and will forever defend the title to the Property against the lawful claims of all persons In the event any action or proceeding is commenced that questions Grantor's title or the interest of Lender under this Mortgage Grantor shall defend the action at Grantor s expense Grantor may be the nominal party in such proceeding but Lender shall be entitled to participate in the proceeding and to be represented in the proceeding by counsel of Lender s own choice and Grantor will deliver or cause to be delivered to Lender such instruments as Lender may request from time to time to permit such participation

**Compliance With Laws** Grantor warrants that the Property and Grantor s use of the Property complies with all existing applicable laws ordinances and regulations of governmental authorities

**Survival of Representations and Warranties** All representations warranties and agreements made by Grantor in this Mortgage shall survive the execution and delivery of this Mortgage shall be continuing in nature and shall remain in full force and effect until such time as Grantor s Indebtedness shall be paid in full

**CONDEMNATION** The following provisions relating to condemnation proceedings are a part of this Mortgage

**Proceedings** If any proceeding in condemnation is filed Grantor shall promptly notify Lender in writing and Grantor shall promptly take such steps as may be necessary to defend the action and obtain the award Grantor may be the nominal party in such proceeding but Lender shall be entitled to participate in the proceeding and to be represented in the proceeding by counsel of its own choice and Grantor will deliver or cause to be delivered to Lender such instruments and documentation as may be requested by Lender from time to time to permit such participation

**Application of Net Proceeds** If all or any part of the Property is condemned by eminent domain proceedings or by any proceeding or purchase in lieu of condemnation Lender may at its election require that all or any portion of the net proceeds of the award be applied to

the Indebtedness or the repair or restoration of the Property The net proceeds of the award shall mean the award after payment of all actual costs expenses and attorneys fees incurred by Lender in connection with the condemnation

**IMPOSITION OF TAXES FEES AND CHARGES BY GOVERNMENTAL AUTHORITIES** The following provisions relating to governmental taxes fees and charges are a part of this Mortgage

**Current Taxes, Fees and Charges** Upon request by Lender Grantor shall execute such documents in addition to this Mortgage and take whatever other action is requested by Lender to perfect and continue Lender s lien on the Real Property Grantor shall reimburse Lender for all taxes as described below together with all expenses incurred in recording perfecting or continuing this Mortgage including without limitation all taxes fees documentary stamps and other charges for recording or registering this Mortgage

**Taxes** The following shall constitute taxes to which this section applies (1) a specific tax upon this type of Mortgage or upon all or any part of the Indebtedness secured by this Mortgage (2) a specific tax on Grantor which Grantor is authorized or required to deduct from payments on the Indebtedness secured by this type of Mortgage (3) a tax on this type of Mortgage chargeable against the Lender or the holder of the Note and (4) a specific tax on all or any portion of the Indebtedness or on payments of principal and interest made by Grantor

**Subsequent Taxes** If any tax to which this section applies is enacted subsequent to the date of this Mortgage this event shall have the same effect as an Event of Default and Lender may exercise any or all of its available remedies for an Event of Default as provided below unless Grantor either (1) pays the tax before it becomes delinquent or (2) contests the tax as provided above in the Taxes and Liens section and deposits with Lender cash or a sufficient corporate surety bond or other security satisfactory to Lender

**SECURITY AGREEMENT FINANCING STATEMENTS** The following provisions relating to this Mortgage as a security agreement are a part of this Mortgage

**Security Agreement** This instrument shall constitute a Security Agreement to the extent any of the Property constitutes fixtures and Lender shall have all of the rights of a secured party under the Uniform Commercial Code as amended from time to time

**Security Interest** Upon request by Lender Grantor shall take whatever action is requested by Lender to perfect and continue Lender's security interest in the Rents and Personal Property In addition to recording this Mortgage in the real property records Lender may at any time and without further authorization from Grantor, file executed counterparts copies or reproductions of this Mortgage as a financing statement Grantor shall reimburse Lender for all expenses incurred in perfecting or continuing this security interest Upon default Grantor shall not remove sever or detach the Personal Property from the Property Upon default Grantor shall assemble any Personal Property not affixed to the Property in a manner and at a place reasonably convenient to Grantor and Lender and make it available to Lender within three (3) days after receipt of written demand from Lender to the extent permitted by applicable law

**Addresses** The mailing addresses of Grantor (debtor) and Lender (secured party) from which information concerning the security interest granted by this Mortgage may be

obtained (each as required by the Uniform Commercial Code) are as stated on the first page of this Mortgage

**FURTHER ASSURANCES, ADDITIONAL AUTHORIZATIONS** The following provisions relating to further assurances and additional authorizations are a part of this Mortgage

**Further Assurances** At any time and from time to time upon request of Lender Grantor will make execute and deliver or will cause to be made executed or delivered to Lender or to Lender s designee and when requested by Lender cause to be filed recorded refiled or rerecorded as the case may be at such times and in such offices and places as Lender may deem appropriate any and all such mortgages deeds of trust security deeds security agreements financing statements continuation statements instruments of further assurance certificates and other documents as may in the sole opinion of Lender be necessary or desirable in order to effectuate complete perfect continue or preserve (1) Grantor s obligations under the Note this Mortgage and the Related Documents and (2) the liens and security interests created by this Mortgage as first and prior liens on the Property whether now owned or hereafter acquired by Grantor Unless prohibited by law or Lender agrees to the contrary in writing Grantor shall reimburse Lender for all costs and expenses incurred in connection with the matters referred to in this paragraph

**Additional Authorizations** If Grantor fails to do any of the things referred to in the preceding paragraph, Lender may do so for and in the name of Grantor and at Grantor s expense For such purposes Grantor hereby irrevocably authorizes Lender to make execute deliver file record and do all other things as may be necessary or desirable in Lender's sole opinion to accomplish the matters referred to in the preceding paragraph It is understood that nothing set forth herein shall require Lender to take any such actions

**FULL PERFORMANCE** If Grantor pays all the Indebtedness when due and otherwise performs all the obligations imposed upon Grantor under this Mortgage Lender shall execute and deliver to Grantor a suitable satisfaction of this Mortgage and suitable statements of termination of any financing statement on file evidencing Lender's security interest in the Rents and the Personal Property Grantor will pay if permitted by applicable law any reasonable termination fee as determined by Lender from time to time

**EVENTS OF DEFAULT** Each of the following at Lender s option shall constitute an Event of Default under this Mortgage

**Payment Default** Grantor fails to make any payment when due under the Indebtedness

**Default on Other Payments** Failure of Grantor within the time required by this Mortgage to make any payment for taxes or insurance or any other payment necessary to prevent filing of or to effect discharge of any lien

**Environmental Default** Failure of any party to comply with or perform when due any term obligation covenant or condition contained in any environmental agreement executed in connection with the Property

**Other Defaults** Grantor fails to comply with or to perform any other term obligation covenant or condition contained in this Mortgage or in any of the Related Documents or to comply with or to perform any term obligation covenant or condition contained in any other agreement between Lender and Grantor

**False Statements** Any warranty representation or statement made or furnished to Lender by Grantor or on Grantor s behalf under this Mortgage or the Related Documents is false or misleading in any material respect either now or at the time made or furnished or becomes false or misleading at any time thereafter

**Defective Collateralization** This Mortgage or any of the Related Documents ceases to be in full force and effect (including failure of any collateral document to create a valid and perfected security interest or lien) at any time and for any reason

**Death or Insolvency** The dissolution or termination of Grantor s existence as a going business or the death of any partner, the insolvency of Grantor the appointment of a receiver for any part of Grantor s property any assignment for the benefit of creditors any type of creditor workout or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Grantor

**Creditor or Forfeiture Proceedings** Commencement of foreclosure or forfeiture proceedings whether by judicial proceeding self help repossession or any other method by any creditor of Grantor or by any governmental agency against any property securing the Indebtedness This includes a garnishment of any of Grantor s accounts including deposit accounts with Lender However this Event of Default shall not apply if there is a good faith dispute by Grantor as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Grantor gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding in an amount determined by Lender in its sole discretion as being an adequate reserve or bond for the dispute

**Breach of Other Agreement** Any breach by Grantor under the terms of any other agreement between Grantor and Lender that is not remedied within any grace period provided therein including without limitation any agreement concerning any indebtedness or other obligation of Grantor to Lender whether existing now or later

**Events Affecting Guarantor** Any of the preceding events occurs with respect to any Guarantor of any of the Indebtedness or any Guarantor dies or becomes incompetent or revokes or disputes the validity of or liability under any Guaranty of the Indebtedness

**Adverse Change** A material adverse change occurs in Grantor's financial condition or Lender believes the prospect of payment or performance of the Indebtedness is impaired

**Insecurity** Lender in good faith believes itself insecure

**RIGHTS AND REMEDIES ON DEFAULT** Upon the occurrence of an Event of Default and at any time thereafter Lender at Lender's option may exercise any one or more of the following rights and remedies in addition to any other rights or remedies provided by law

**Accelerate Indebtedness** Lender shall have the right at its option after giving such notices as required by applicable law to declare the entire Indebtedness immediately due and payable

**UCC Remedies** With respect to all or any part of the Personal Property, Lender shall have all the rights and remedies of a secured party under the Uniform Commercial Code

**Collect Rents** Lender shall have the right without notice to Grantor to take possession of

the Property and collect the Rents including amounts past due and unpaid and apply the net proceeds over and above Lender's costs, against the Indebtedness In furtherance of this right Lender may require any tenant or other user of the Property to make payments of rent or use fees directly to Lender If the Rents are collected by Lender, then Grantor irrevocably authorizes Lender to endorse instruments received in payment thereof in the name of Grantor and to negotiate the same and collect the proceeds Payments by tenants or other users to Lender in response to Lender's demand shall satisfy the obligations for which the payments are made whether or not any proper grounds for the demand existed Lender may exercise its rights under this subparagraph either in person by agent or through a receiver

**Appoint Receiver** Lender shall have the right to have a receiver appointed to take possession of all or any part of the Property with the power to protect and preserve the Property to operate the Property preceding foreclosure or sale, and to collect the earnings revenues Rents issues profits and income from the Property and apply the proceeds over and above the cost of the receivership against the Indebtedness as a strict right, This right shall be without regard to and without the necessity of proving (i) the inadequacy of the security for the repayment of the Grantor's Indebtedness (ii) the insolvency of Grantor or any other person or entity who may be legally or equitably liable to pay money secured hereby and Grantor and each such person or entity shall be deemed to have waived such proof and to have consented to the appointment of a receiver or (iii) the filing of a notice of default and the Grantor consents to such appointment The receiver may serve without bond if permitted by law Lender's right to the appointment of a receiver shall exist whether or not the apparent value of the Property exceeds the Indebtedness by a substantial amount Employment by the Lender shall not disqualify a person from serving as receiver

**Judicial Foreclosure** Lender may obtain a judicial decree foreclosing Grantor's interest in all or any part of the Property For the purposes of any suit brought under this subsection Grantor waives the defenses of laches and any applicable statute of limitations

**Nonjudicial Sale** If permitted by applicable law Lender may foreclose Grantor's interest in all or in any part of the Personal Property or the Real Property by non judicial sale

**Deficiency Judgment** Lender may obtain a judgment for any deficiency remaining in the Indebtedness due to Lender after application of all amounts received from the exercise of the rights provided in this section

**Tenancy at Sufferance** If Grantor remains in possession of the Property after the Property is sold as provided above or Lender otherwise becomes entitled to possession of the Property upon default of Grantor Grantor shall become a tenant at sufferance of Lender or the purchaser of the Property and shall at Lender's option either (1) pay a reasonable rental for the use of the Property or (2) vacate the Property immediately upon the demand of Lender

**Other Remedies** Lender shall have all other rights and remedies provided in this Mortgage or the Note or available at law or in equity

**Sale of the Property** To the extent permitted by applicable law Grantor hereby waives any and all right to have the Property marshalled In exercising its rights and remedies Lender

shall be free to sell all or any part of the Property together or separately in one sale or by separate sales Lender shall be entitled to bid at any public sale on all or any portion of the Property

**Notice of Sale** Lender shall give Grantor reasonable notice of the time and place of any public sale of the Personal Property or of the time after which any private sale or other intended disposition of the Personal Property is to be made Unless otherwise required by applicable law reasonable notice shall mean notice given at least ten (10) days before the time of the sale or disposition Any sale of the Personal Property may be made in conjunction with any sale of the Real Property

**Election of Remedies** Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy and an election to make expenditures or to take action to perform an obligation of Grantor under this Mortgage after Grantor s failure to perform shall not affect Lender's right to declare a default and exercise its remedies Nothing under this Mortgage or otherwise shall be construed so as to limit or restrict the rights and remedies available to Lender following an Event of Default or in any way to limit or restrict the rights and ability of Lender to proceed directly against Grantor and/or against any other co maker guarantor surety or endorser and/or to proceed against any other collateral directly or indirectly securing the Indebtedness

**Attorneys Fees, Expenses** If Lender institutes any suit or action to enforce any of the terms of this Mortgage Lender shall be entitled to recover such sum as the court may adjudge reasonable as attorneys fees at trial and upon any appeal Whether or not any court action is involved and to the extent not prohibited by law all reasonable expenses Lender incurs that in Lender's opinion are necessary at any time for the protection of its interest or the enforcement of its rights shall become a part of the Indebtedness payable on demand and shall bear interest at the Note rate from the date of the expenditure until repaid Expenses covered by this paragraph include without limitation however subject to any limits under applicable law Lender's reasonable attorneys fees and Lender's legal expenses whether or not there is a lawsuit including reasonable attorneys fees and expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction) appeals and any anticipated post judgment collection services the cost of searching records obtaining title reports (including foreclosure reports) surveyors' reports and appraisal fees and title insurance to the extent permitted by applicable law Grantor also will pay any court costs, in addition to all other sums provided by law

**NOTICES** Unless otherwise provided by applicable law any notice required to be given under this Mortgage shall be given in writing and shall be effective when actually delivered when actually received by telefacsimile (unless otherwise required by law) when deposited with a nationally recognized overnight courier or if mailed when deposited in the United States mail, as first class certified or registered mail postage prepaid directed to the addresses shown near the beginning of this Mortgage All copies of notices of foreclosure from the holder of any lien which has priority over this Mortgage shall be sent to Lenders address as shown near the beginning of this Mortgage Any party may change its address for notices under this Mortgage by giving formal written notice to the other parties specifying that the purpose of the notice is to change the party s address For notice purposes Grantor agrees to keep Lender informed at all times of Grantor's current address Unless otherwise provided by applicable law If there is more than one Grantor any notice given by Lender to any Grantor is deemed to be notice given

to all Grantors

**ASSOCIATION OF UNIT OWNERS** The following provisions apply if the Real Property has been submitted to unit ownership law or similar law for the establishment of condominiums or cooperative ownership of the Real Property

**Additional Authorizations** Grantor irrevocably authorizes Lender with full power of substitution, to vote in Lender's discretion on any matter that may come before the association of unit owners Lender shall have the right to exercise this authorization only after Grantor's default however Lender may decline to exercise this authorization as Lender sees fit

**Insurance** The insurance as required above may be carried by the association of unit owners on Grantor's behalf and the proceeds of such insurance may be paid to the association of unit owners for the purpose of repairing or reconstructing the Property If not so used by the association such proceeds shall be paid to Lender

**Default** Grantor's failure to perform any of the obligations imposed on Grantor by the declaration submitting the Real Property to unit ownership by the bylaws of the association of unit owners or by any rules or regulations thereunder shall be an event of default under this Mortgage If Grantor s interest in the Real Property is a leasehold interest and such property has been submitted to unit ownership any failure by Grantor to perform any of the obligations imposed on Grantor by the lease of the Real Property from its owner any default under such lease which might result in termination of the lease as it pertains to the Real Property or any failure of Grantor as a member of an association of unit owners to take any reasonable action within Grantor's power to prevent a default under such lease by the association of unit owners or by any member of the association shall be an Event of Default under this Mortgage

**CONDITIONS FOR ASSUMPTION If Grantor or any prospective transferee applies to Lender for written consent to a transfer Lender may, in Lender s sole and absolute discretion, require such information concerning the prospective transferee as would normally be required from a new loan applicant In the event Lender consents to the transfer, Lender shall further be entitled to a fee in the amount of one percent (1%) of the outstanding balance of the Note in connection with the assumption of this Mortgage and Related Documents**

**MISCELLANEOUS PROVISIONS** The following miscellaneous provisions are a part of this Mortgage

**Amendments** This Mortgage, together with any Related Documents constitutes the entire understanding and agreement of the parties as to the matters set forth in this Mortgage No alteration of or amendment to this Mortgage shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration or amendment

**Annual Reports** If the Property is used for purposes other than Grantor's residence Grantor shall furnish to Lender upon request a certified statement of net operating income received from the Property during Grantor's previous fiscal year in such form and detail as Lender shall require Net operating income" shall mean all cash receipts from the Property less all cash expenditures made in connection with the operation of the Property

**Caption Headings** Caption headings in this Mortgage are for convenience purposes only and are not to be used to interpret or define the provisions of this Mortgage

**Governing Law** **This Mortgage will be governed by federal law applicable to Lender and, to the extent not preempted by federal law the laws of the Commonwealth of Pennsylvania without regard to its conflicts of law provisions This Mortgage has been accepted by Lender in the Commonwealth of Pennsylvania**

**No Waiver by Lender** Lender shall not be deemed to have waived any rights under this Mortgage unless such waiver is given in writing and signed by Lender No delay or omission on the part of Lender in exercising any right shall operate as a waiver of such right or any other right A waiver by Lender of a provision of this Mortgage shall not prejudice or constitute a waiver of Lender's right otherwise to demand strict compliance with that provision or any other provision of this Mortgage No prior waiver by Lender nor any course of dealing between Lender and Grantor shall constitute a waiver of any of Lender s rights or of any of Grantor s obligations as to any future transactions Whenever the consent of Lender is required under this Mortgage the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender

**Severability** If a court of competent jurisdiction finds any provision of this Mortgage to be illegal invalid or unenforceable as to any circumstance that finding shall not make the offending provision illegal invalid or unenforceable as to any other circumstance If feasible the offending provision shall be considered modified so that it becomes legal valid and enforceable If the offending provision cannot be so modified it shall be considered deleted from this Mortgage Unless otherwise required by law the illegality invalidity or unenforceability of any provision of this Mortgage shall not affect the legality validity or enforceability of any other provision of this Mortgage

**Merger** There shall be no merger of the interest or estate created by this Mortgage with any other interest or estate in the Property at any time held by or for the benefit of Lender in any capacity without the written consent of Lender

**Successor Interests** The terms of this Mortgage shall be binding upon Grantor and upon Grantor's heirs personal representatives successors and assigns and shall be enforceable by Lender and its successors and assigns

**Time is of the Essence** Time is of the essence in the performance of this Mortgage

**Waive Jury** **All parties to this Mortgage hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by any party against any other party**

**DEFINITIONS** The following capitalized words and terms shall have the following meanings when used in this Mortgage Unless specifically stated to the contrary all references to dollar amounts shall mean amounts in lawful money of the United States of America Words and terms used in the singular shall include the plural and the plural shall include the singular as the context may require Words and terms not otherwise defined in this Mortgage shall have the meanings attributed to such terms in the Uniform Commercial Code

**Borrower** The word Borrower means DDH Fund LP and includes all co signers and

co-makers signing the Note and all their successors and assigns

**Environmental Laws** The words Environmental Laws mean any and all state federal and local statutes regulations and ordinances relating to the protection of human health or the environment including without limitation the Comprehensive Environmental Response Compensation and Liability Act of 1980 as amended 42 U S C Section 9601 et seq ( CERCLA ) the Superfund Amendments and Reauthorization Act of 1986 Pub L No 99-499 ('SARA") the Hazardous Materials Transportation Act 49 U S C Section 1801 et seq the Resource Conservation and Recovery Act 42 U S C Section 6901 et seq or other applicable state or federal laws rules or regulations adopted pursuant thereto

**Event of Default** The words "Event of Default" mean any of the events of default set forth in this Mortgage in the events of default section of this Mortgage

**Grantor** The word "Grantor" means DDH Fund LP

**Guarantor** The word Guarantor means any guarantor surety or accommodation party of any or all of the Indebtedness

**Guaranty** The word "Guaranty" means the guaranty from Guarantor to Lender including without limitation a guaranty of all or part of the Note

**Hazardous Substances** The words "Hazardous Substances" mean materials that because of their quantity concentration or physical chemical or infectious characteristics may cause or pose a present or potential hazard to human health or the environment when improperly used treated stored disposed of generated manufactured transported or otherwise handled The words Hazardous Substances are used in their very broadest sense and include without limitation any and all hazardous or toxic substances materials or waste as defined by or listed under the Environmental Laws The term "Hazardous Substances" also includes without limitation petroleum and petroleum by-products or any fraction thereof and asbestos

**Improvements** The word "Improvements means all existing and future improvements buildings structures, mobile homes affixed on the Real Property facilities additions replacements and other construction on the Real Property

**Indebtedness** The word Indebtedness" means all principal interest and other amounts costs and expenses payable under the Note or Related Documents together with all renewals of extensions of modifications of consolidations of and substitutions for the Note or Related Documents and any amounts expended or advanced by Lender to discharge Grantor's obligations or expenses incurred by Lender to enforce Grantor's obligations under this Mortgage together with interest on such amounts as provided in this Mortgage

**Lender** The word "Lender means Silver Hill Funding, LLC its successors and assigns

**Mortgage** The word "Mortgage" means this Mortgage between Grantor and Lender

**Note** The word "Note' means the promissory note dated March 19 2020 **in the original principal amount of $135,000 00** from Grantor to Lender together with all renewals of extensions of modifications of refinancings of consolidations of and substitutions for the promissory note or agreement The maturity date of the Note is April 1 2050

**Personal Property** The words Personal Property mean all equipment fixtures and other

## MORTGAGE
## (Continued)



articles of personal property now or hereafter owned by Grantor and now or hereafter attached or affixed to the Real Property together with all accessions parts and additions to all replacements of and all substitutions for any of such property and together with all proceeds (including without limitation all insurance proceeds and refunds of premiums) from any sale or other disposition of the Property

**Property** The word "Property means collectively the Real Property and the Personal Property

**Real Property** The words "Real Property" mean the real property interests and rights as further described in this Mortgage

**Related Documents** The words Related Documents" mean all promissory notes credit agreements loan agreements environmental agreements guaranties security agreements mortgages deeds of trust, security deeds , collateral mortgages, and all other instruments agreements and documents whether now or hereafter existing executed in connection with the Indebtedness

**Rents** The word "Rents means all present and future rents revenues income issues royalties profits and other benefits derived from the Property

**GRANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS MORTGAGE, AND GRANTOR AGREES TO ITS TERMS**

**THIS MORTGAGE IS GIVEN UNDER SEAL AND IT IS INTENDED THAT THIS MORTGAGE IS AND SHALL CONSTITUTE AND HAVE THE EFFECT OF A SEALED INSTRUMENT ACCORDING TO LAW**

**GRANTOR**

**DDH FUND LP**

**DDH CAPITAL MANAGEMENT, LLC General Partner of DDH Fund LP**

**By** ______________________ **(Seal)**
**Brandon Mendenhall Manager of DDH Capital Management, LLC**

# MORTGAGE
(Continued)



## CERTIFICATE OF RESIDENCE

I hereby certify that the precise address of the mortgagee, **Silver Hill Funding, LLC**, herein is as follows

**4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146**

Attorney or Agent for Mortgagee

## PARTNERSHIP ACKNOWLEDGMENT

**STATE OF** California )

) **SS**

**COUNTY OF** San Bernardino )

This record was acknowledged before me on 3-19 20 20 by **Brandon Mendenhall, Manager of DDH Capital Management, LLC, General Partner of DDH Fund LP** who represent that (he she or they) are authorized to act on behalf of **DDH Fund LP**

C BOULENGIER
Commission No 2280041
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm Expires APRIL 6, 2023

Signature of Notarial Officer

Notary Public in and for the State of California

My commission expires 4-6-23

**EXHIBIT A**
**LEGAL DESCRIPTION**

Issuing Office File No EZ4418

The land referred to herein below is situated in the County of Philadelphia State of Pennsylvania and described as follows

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected SITUATE at the corner formed by the intersection of the Southwesterly side of Salford Street with the Southeasterly side of Kingsessing Avenue in the City of Philadelphia

CONTAINING in front or breadth on said Salford Street sixteen feet and extending of that width in length or depth Southwardly between parallel lines at right angles to said Salford Street the Northwesterly line thereof extending along the Southeasterly side of Kingsessing Avenue eighty-five feet to a certain four feet alley leading Northwestwardly into said Kingsessing Avenue TOGETHER with the free and common use right liberty and privilege of the above mentioned alley as and for a passageway and watercourse at all times hereafter forever

BEING NO 2000 South Salford Street
BEING OPA NO 871560240