# COMPOSITE
# EXHIBIT E

# ALLONGE TO NOTE

FOR PURPOSES OF FURTHER ENDORSEMENT OF THE NOTE
REFERRED TO BELOW:

BORROWERS: DDH Fund LP, a DE Limited Liability Company.

LENDER: SILVER HILL FUNDING, LLC.

DATED: 3/19/2020

ORIGINAL PRINCIPAL BALANCE: $135,000.00

PAY TO THE ORDER OF:

BAYVIEW LOAN SERVICING, LLC

WITHOUT RECOURSE:

SILVER HILL FUNDING, LLC.

By: ______________________
Terry Bernard, Assistant Vice-President

BV Loan #: 400024136
Seller Loan #: 50009243

**When Recorded Return To:**
RICHMOND MONROE GROUP, INC.
P.O. BOX 458
KIMBERLING CITY, MO 65686
Ref #: 0007920000007465 / 400024136

**E-RECORDED** simplifile
**ID: 53916935**
**State: PA**
County: PHILADELPHIA
**Date: 12/14/2021**

**TS Ref #: 0007920000007465**

# CORPORATE ASSIGNMENT OF MORTGAGE

Loan #: 400024136 / TS Ref #: 0007920000007465 / Client Ref #: 400024136A
PA/PHILADELPHIA

Assignment Prepared on: August 25, 2021

**ASSIGNOR: SILVER HILL FUNDING, LLC**, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: COMMUNITY LOAN SERVICING, LLC,** at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 3/19/2020, in the amount of $135,000.00, executed by DDH FUND LP A DELAWARE LIMITED PARTNERSHIP, DULY AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF PENNSYLVANIA to SILVER HILL FUNDING, LLC and Recorded: 5/5/2020, Document #: 53664214 in PHILADELPHIA County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Attested By: ____________________

The property is located in the City of PHILADELPHIA.
Property Address: 2000 S SALFORD STREET, PHILADELPHIA, PA, 19143
Legal Description:
THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF PHILADELPHIA STATE OF PENNSYLVANIA AND DESCRIBED AS FOLLOWS

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED SITUATE AT THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHWESTERLY SIDE OF SALFORD STREET WITH THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE IN THE CITY OF PHILADELPHIA

CONTAINING IN FRONT OR BREADTH ON SAID SALFORD STREET SIXTEEN FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWARDLY BETWEEN

Page: 2 of 2 / TS Ref #: 0007920000007465

PARALLEL LINES AT RIGHT ANGLES TO SAID SALFORD STREET THE NORTHWESTERLY LINE THEREOF EXTENDING ALONG THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE EIGHTY-FIVE FEET TO A CERTAIN FOUR FEET ALLEY LEADING NORTHWESTWARDLY INTO SAID KINGSESSING AVENUE TOGETHER WITH THE FREE AND COMMON USE RIGHT LIBERTY AND PRIVILEGE OF THE ABOVE MENTIONED ALLEY AS AND FOR A PASSAGEWAY AND WATERCOURSE AT ALL TIMES HEREAFTER FOREVER

BEING NO 2000 SOUTH SALFORD STREET
BEING OPA NO 871560240

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.
SILVER HILL FUNDING, LLC

On: August 26, 2021

By: ______________________

Name: BRITTANY MCCANDLESS
Title: VICE PRESIDENT

State of MISSOURI
County of STONE

On August 26, 2021, before me, Jessica Brown, a Notary Public in and for STONE in the State of MISSOURI, personally appeared BRITTANY MCCANDLESS, VICE PRESIDENT, SILVER HILL FUNDING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me by means of **X** physical presence or ____ online notarization, that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

______________________
Jessica Brown
Notary Expires: 3/31/2022 / #: 14599617

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

JESSICA BROWN
My Commission Expires
March 31, 2022
Stone County
Commission #14599617

**PA/PHILADELPHIA**

eRecorded in Philadelphia PA Doc Id: 53916935
12/13/2021 09:04 PM Page 1 of 2 Rec Fee: $224.75
Receipt#: 21-122533
Records Department Doc Code: A

**When Recorded Return To:**
RICHMOND MONROE GROUP, INC.
P.O. BOX 458
KIMBERLING CITY, MO 65686
Ref #: 0007920000007465 / 400024136

## CORPORATE ASSIGNMENT OF MORTGAGE

Loan #: 400024136 / TS Ref #: 0007920000007465 / Client Ref #: 400024136A
PA/PHILADELPHIA

Assignment Prepared on: August 25, 2021

**ASSIGNOR: SILVER HILL FUNDING, LLC**, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: COMMUNITY LOAN SERVICING, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 3/19/2020, in the amount of $135,000.00, executed by DDH FUND LP A DELAWARE LIMITED PARTNERSHIP, DULY AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF PENNSYLVANIA to SILVER HILL FUNDING, LLC and Recorded: 5/5/2020, Document #: 53664214 in PHILADELPHIA County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Attested By:____________________

The property is located in the City of PHILADELPHIA.
Property Address: 2000 S SALFORD STREET, PHILADELPHIA, PA, 19143
Legal Description:
THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF PHILADELPHIA STATE OF PENNSYLVANIA AND DESCRIBED AS FOLLOWS

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED SITUATE AT THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHWESTERLY SIDE OF SALFORD STREET WITH THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE IN THE CITY OF PHILADELPHIA

CONTAINING IN FRONT OR BREADTH ON SAID SALFORD STREET SIXTEEN FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWARDLY BETWEEN

PARALLEL LINES AT RIGHT ANGLES TO SAID SALFORD STREET THE NORTHWESTERLY LINE THEREOF EXTENDING ALONG THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE EIGHTY-FIVE FEET TO A CERTAIN FOUR FEET ALLEY LEADING NORTHWESTWARDLY INTO SAID KINGSESSING AVENUE TOGETHER WITH THE FREE AND COMMON USE RIGHT LIBERTY AND PRIVILEGE OF THE ABOVE MENTIONED ALLEY AS AND FOR A PASSAGEWAY AND WATERCOURSE AT ALL TIMES HEREAFTER FOREVER

BEING NO 2000 SOUTH SALFORD STREET
BEING OPA NO 871560240

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.
SILVER HILL FUNDING, LLC

On: August 26, 2021

By: ______________________

Name: BRITTANY MCCANDLESS
Title: VICE PRESIDENT

State of MISSOURI
County of STONE

On August 26, 2021, before me, Jessica Brown, a Notary Public in and for STONE in the State of MISSOURI, personally appeared BRITTANY MCCANDLESS, VICE PRESIDENT, SILVER HILL FUNDING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me by means of X physical presence or ____ online notarization, that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

______________________
Jessica Brown
Notary Expires: 3/31/2022 / #: 14599617

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

JESSICA BROWN
My Commission Expires
March 31, 2022
Stone County
Commission #14599617

PA/PHILADELPHIA

**When Recorded Return To:**
RICHMOND MONROE GROUP, INC.
P.O. BOX 458
KIMBERLING CITY, MO 65686
Ref #: 0007920000007466 / 400024136-ALAR

**E-RECORDED** simplifile.
**ID: 53916936**
**State: PA**
County: PHILADELPHIA
**Date: 12/14/2021**

**TS Ref #: 0007920000007466**

# ASSIGNMENT OF ASSIGNMENT OF RENTS

Loan #: 400024136-ALAR / TS Ref #: 0007920000007466 / Client Ref #: 400024136L
PA/PHILADELPHIA

Assignment Prepared on: August 25, 2021

**ASSIGNOR: SILVER HILL FUNDING, LLC**, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: COMMUNITY LOAN SERVICING, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain ASSIGNMENT OF RENTS Dated: 3/19/2020, in the amount of $135,000.00, executed by DDH FUND LP A DELAWARE LIMITED PARTNERSHIP, DULY AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF PENNSYLVANIA to SILVER HILL FUNDING, LLC and Recorded: 5/5/2020, Document #: 53664215 in PHILADELPHIA County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Attested By: [signature]

The property is located in the City of PHILADELPHIA.
Property Address: 2000 S SALFORD STREET, PHILADELPHIA, PA, 19143
Legal Description:
THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF PHILADELPHIA STATE OF PENNSYLVANIA AND DESCRIBED AS FOLLOWS

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED SITUATE AT THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHWESTERLY SIDE OF SALFORD STREET WITH THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE IN THE CITY OF PHILADELPHIA

CONTAINING IN FRONT OR BREADTH ON SAID SALFORD STREET SIXTEEN FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWARDLY BETWEEN

PARALLEL LINES AT RIGHT ANGLES TO SAID SALFORD STREET THE NORTHWESTERLY LINE THEREOF EXTENDING ALONG THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE EIGHTY-FIVE FEET TO A CERTAIN FOUR FEET ALLEY LEADING NORTHWESTWARDLY INTO SAID KINGSESSING AVENUE TOGETHER WITH THE FREE AND COMMON USE RIGHT LIBERTY AND PRIVILEGE OF THE ABOVE MENTIONED ALLEY AS AND FOR A PASSAGEWAY AND WATERCOURSE AT ALL TIMES HEREAFTER FOREVER

BEING NO 2000 SOUTH SALFORD STREET
BEING OPA NO 871560240

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described ASSIGNMENT OF RENTS.
SILVER HILL FUNDING, LLC

On: August 26, 2021

By: [signature]
Name: BRITTANY MCCANDLESS
Title: VICE PRESIDENT

State of MISSOURI
County of STONE

On August 26, 2021, before me, Jessica Brown, a Notary Public in and for STONE in the State of MISSOURI, personally appeared BRITTANY MCCANDLESS, VICE PRESIDENT, SILVER HILL FUNDING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me by means of **X** physical presence or ____ online notarization, that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

[signature]
Jessica Brown
Notary Expires: 3/31/2022 / #: 14599617

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

JESSICA BROWN
My Commission Expires
March 31, 2022
Stone County
Commission #14599617

**PA/PHILADELPHIA**

eRecorded in Philadelphia PA Doc Id: 53916936
12/13/2021 09:04 PM Page 1 of 2 Rec Fee: $256.75
Receipt#: 21-122533
Records Department Doc Code: DM

**When Recorded Return To:**
RICHMOND MONROE GROUP, INC.
P.O. BOX 458
KIMBERLING CITY, MO 65686
Ref #: 0007920000007466 / 400024136-ALAR

## ASSIGNMENT OF ASSIGNMENT OF RENTS

Loan #: 400024136-ALAR / TS Ref #: 0007920000007466 / Client Ref #: 400024136L
PA/PHILADELPHIA

Assignment Prepared on: August 25, 2021

**ASSIGNOR: SILVER HILL FUNDING, LLC**, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**ASSIGNEE: COMMUNITY LOAN SERVICING, LLC,** at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain ASSIGNMENT OF RENTS Dated: 3/19/2020, in the amount of $135,000.00, executed by DDH FUND LP A DELAWARE LIMITED PARTNERSHIP, DULY AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF PENNSYLVANIA to SILVER HILL FUNDING, LLC and Recorded: 5/5/2020, Document #: 53664215 in PHILADELPHIA County, State of Pennsylvania.

I do certify that the precise address of (grantee/assignee/mortgagee/etc) is 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Attested By:____________________

The property is located in the City of PHILADELPHIA.
Property Address: 2000 S SALFORD STREET, PHILADELPHIA, PA, 19143
Legal Description:
THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF PHILADELPHIA STATE OF PENNSYLVANIA AND DESCRIBED AS FOLLOWS

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED SITUATE AT THE CORNER FORMED BY THE INTERSECTION OF THE SOUTHWESTERLY SIDE OF SALFORD STREET WITH THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE IN THE CITY OF PHILADELPHIA

CONTAINING IN FRONT OR BREADTH ON SAID SALFORD STREET SIXTEEN FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWARDLY BETWEEN

PARALLEL LINES AT RIGHT ANGLES TO SAID SALFORD STREET THE NORTHWESTERLY LINE THEREOF EXTENDING ALONG THE SOUTHEASTERLY SIDE OF KINGSESSING AVENUE EIGHTY-FIVE FEET TO A CERTAIN FOUR FEET ALLEY LEADING NORTHWESTWARDLY INTO SAID KINGSESSING AVENUE TOGETHER WITH THE FREE AND COMMON USE RIGHT LIBERTY AND PRIVILEGE OF THE ABOVE MENTIONED ALLEY AS AND FOR A PASSAGEWAY AND WATERCOURSE AT ALL TIMES HEREAFTER FOREVER

BEING NO 2000 SOUTH SALFORD STREET
BEING OPA NO 871560240

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described ASSIGNMENT OF RENTS.
SILVER HILL FUNDING, LLC

On: August 26, 2021

By: ____________________
Name: BRITTANY MCCANDLESS
Title: VICE PRESIDENT

State of MISSOURI
County of STONE

On August 26, 2021, before me, Jessica Brown, a Notary Public in and for STONE in the State of MISSOURI, personally appeared BRITTANY MCCANDLESS, VICE PRESIDENT, SILVER HILL FUNDING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me by means of **X** physical presence or ____ online notarization, that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

____________________
Jessica Brown
Notary Expires: 3/31/2022 / #: 14599617

NOTARY PUBLIC
NOTARY SEAL
STATE OF MISSOURI

JESSICA BROWN
My Commission Expires
March 31, 2022
Stone County
Commission #14599617

**PA/PHILADELPHIA**