# EXHIBIT F

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "COMMUNITY LOAN SERVICING, LLC", CHANGING ITS NAME FROM "COMMUNITY LOAN SERVICING, LLC" TO "SILVER HILL CAPITAL, LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF JUNE, A.D. 2025, AT 8:05 O`CLOCK A.M.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

SECRETARY'S OFFICE 1793 DELAWARE 1855

3700808 8100
SR# 20253075606

Authentication: 203949864
Date: 06-16-25

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:05 AM 06/16/2025
FILED 08:05 AM 06/16/2025
SR 20253075606 - File Number 3700808

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: COMMUNITY LOAN SERVICING, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   The name of the limited liability company is hereby amended to SILVER HILL CAPITAL, LLC.

3. The certificate of amendment shall be effective as of June 16, 2025.

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the 16th day of June, A.D. 2025.

By: /s/ Leslie E. Smith, Sr.
Vice President

Name: Leslie E. Smith, Sr.
Print or Type