ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

RAD Diversified REIT, Inc.
Debtor. /

Case No.: 8:26-bk-01636-CPM
Chapter 11
Judge Catherine Peek McEwen

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY [D.E. 130]**

This case came before the Court upon the Motion for Relief from Automatic Stay [D.E. 130] filed by Creditor, Kiavi Funding, Inc., hereinafter referred to as “Movant”. The Court, having considered said Motion and the parties consenting to the relief sought. Accordingly, it is;

ORDERED:

1. The Motion for Relief from the Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may

proceed with foreclosure of its security interest upon the following property:

**ALL THAT CERTAIN PROPERTY LOCATED AT 2326 ALMOND STREET, PHILADELPHIA, PA 19125 AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

ALL THAT CERTAIN lot or piece of ground with the brick messuage or tenement thereon erected.

SITUATE on the Northwesterly side of Almond Street at the distance of thirty-nine (39) feet seven and one-half (7-1/2) inches Northeastwardly from the Northeasterly side of Dakota Street in the 31st Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Almond Street, thirteen (13) feet and extending in length or depth of that width Northwestwardly between parallel lines at right angles to the said Almond Street Fifty (50) feet including on the rear end thereof the soil of a three (3) feet wide alley which extends from the said Dakota Street into a 10 feet wide alley extending from said Almond Street to Belgrade Street.

BOUNDED Northeastwardly, Northwestwardly and Southwestwardly by ground now or late of Robert S. Groves and Southeastwardly by Almond Street aforesaid.

TOGETHER with free and common use, privilege of the aforesaid three (3) feet and ten (10) feet wide alleys respectively at all times hereafter forever.

3. Attorney fees in the amount of $450.00 and Attorney Costs in the amount of $199.00 are recoverable.

4. This order is entered for the sole purpose of allowing Movant to obtain an ***in rem judgment*** against the property and Movant shall not seek an ***in personam judgment*** against the Debtor.

5. The fourteen (14) day stay period as provided by Rule 4001(a)(3) is hereby waived.

6. Upon completion of the foreclosure of the subject property, the Creditor or its counsel shall promptly notify Pack Law at joe@packaw.com, jessey@packlaw.com, and tanya@packlaw.com advising that the foreclosure is final, so that the foreclosed parcels may be removed from the Debtors' property holdings in this case.

7. The hearing on this matter currently scheduled for September 24th, 2026 at 4:00 P.M. is hereby cancelled.

###

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**