ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

RAD Diversified REIT, Inc.
Debtor. /

Case No.: 8:26-bk-01636-CPM
Chapter 11
Judge Catherine Peek McEwen

**AGREED ORDER GRANTING MOTION FOR**
**RELIEF FROM AUTOMATIC STAY [D.E. 165]**

This case came before the Court upon the Motion for Relief from Automatic Stay [D.E. 165] filed by Creditor, Kiavi Funding, Inc., hereinafter referred to as “Movant”. The Court, having considered said Motion and the parties consenting to the relief sought. Accordingly, it is;

ORDERED:

1. The Motion for Relief from the Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with foreclosure of its security interest upon the following property:

**ALL THAT CERTAIN PROPERTY LOCATED AT 7307 KINGLET PL,**

**PHILADELPHIA, PA 19153 AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the Fortieth Ward of the City of Philadelphia, described according to a Survey and Plan of Properties made for Korman Development Company, Incorporated, by Maurice H. Goldich, Surveyor and Regulator of the Tenth District, dates the 21st day of March A.D., 1968, to wit:

BEGINNING at a point on the Northwesterly side of Kinglet place (50 feet wide) which point is measured South 49 degrees 27 minutes 30 seconds West along the said Northwesterly side of Kinglet Place the distance of 90 feet from the Southwesterly side of 73rd Street (70 feet wide).

CONTAINING in front or breadth South 49 degrees 27 minutes 30 seconds West along the said Northwesterly side of Northwesterly side of Kinglet Place 31.150 feet and extending of that width in length or depth Northwestwardly between parallel lines at right angles to said Kinglet Place 90 feet.

THE Southwesterly line passing through the average center of party wall between the said premises and the premises adjoining on the Southwest.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway and passageway and watercourse at all times hereafter, forever.

SUBJECT, however, to the proportionate part of the expense of keeping same in good order and repair.

BEING known as No. 7307 Kinglet Place.

3. Attorney fees in the amount of $450.00 and Attorney Costs in the amount of $199.00 are recoverable.

4. This order is entered for the sole purpose of allowing Movant to obtain an ***in rem judgment*** against the property and Movant shall not seek an ***in personam judgment*** against the Debtor.

5. The fourteen (14) day stay period as provided by Rule 4001(a)(3) is hereby waived.

6. Upon completion of the foreclosure of the subject property, the Creditor or its counsel shall promptly notify Pack Law at joe@packaw.com, jessey@packlaw.com, and tanya@packlaw.com advising that the foreclosure is final, so that the foreclosed parcels may be removed from the Debtors' property holdings in this case.

7. The hearing on this matter currently scheduled for September 24th, 2026 at 4:00 P.M. is hereby cancelled.

###

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**