ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-016-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**ORDER DENYING IN PART DEBTOR'S MOTION FOR ORDER (A) AUTHORIZING THE DEBTOR TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M); (B) APPROVING BIDDING PROCEDURES; AND (C) FOR OTHER RELIEF**

(Single Family Residences located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA and 326 Valley Rd., Coatesville, PA)

THIS CASE came before the Court for continued hearing on September 15, 2026 at 3:30 p.m. (the "**Hearing**") on the *Debtor's Expedited Motion for Order (A) Authorizing the Debtor to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 USC § 363(b), (f), and (m); (B) Approving Bidding Procedure; and (C) for Other Relief (Single Family Residences Located at 2627 N. 23rd St., Philadelphia, PA; 6408 Carlton St., Philadelphia, PA; 404 N. Wanamaker St., Philadelphia, PA; 5334 Glenmore Ave., Philadelphia, PA; 5340 Glenmore Ave., Philadelphia, PA; 5310 Glenmore Ave., Philadelphia, PA; 311 9th St., Upland, PA; and 326 Valley Rd., Coatesville, PA)* [Dkt. No. 942] (the "**Motion**") filed by debtor RAD Diversified REIT, Inc. (the "**Debtor**"). Following a hearing on August 27, 2026, the Court entered an order granting the Motion as to 2627 N. 23rd St., Philadelphia, PA, 6408 Carlton St., Philadelphia, PA, 404 N. Wanamaker St., Philadelphia, PA, 5334 Glenmore Ave., Philadelphia, PA, 5340 Glenmore Ave., Philadelphia, PA, 5310 Glenmore Ave., Philadelphia, PA, and 326 Valley Rd., Coatesville, PA. [Dkt. No. 1070.] The Hearing was held to further consider the Motion as to 311 9th St., Upland, PA whereupon it was found that 311 9th St., Upland, PA was not estate property as of the March 1, 2026 filing date. The Court, having reviewed the Motion, having heard the argument of counsel at the Hearing, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing, which shall constitute the findings of the Court,

**IT IS HEREBY ORDERED** that the Motion is **DENIED** as to 311 9th St., Upland, PA only.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*