ORDERED.

**Dated: September 25, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re: RAD Diversified REIT, Inc.**
**Et al**

**Debtors.**
______________________________________/

**Case No. 8:26-bk—01636-CPM**
**Chapter 11**
***Jointly Administered Case***

**AGREED ORDER ON MOTION FOR STAY RELIEF OR IN THE ALTERNATIVE, ADEQUATE PROTECTION FILED BY CREDITOR CNH INDUSTRIAL CAPITAL AMERICA LLC**

(Doc. No. 1018)

**THIS CASE** came on for consideration on the *Motion for Stay Relief or in the Alternative, Adequate Protection* (Doc. No. 1018) filed by Creditor, CNH Industrial Capital America LLC. By submission of this Order for entry, counsel for Creditor, upon conferring with Debtor's counsel, represents that the Debtors consent to this order and the relief set forth herein. Accordingly, it is

**ORDERED:**

1. The *Motion for Stay Relief* is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to the following property:

Case IH Combine, Model 2388, Serial No. JJC0270590
Case IH Combine Head, Model 1010, Serial No. JJC0300093

3. The automatic stay is terminated for the sole purpose of allowing Creditor, CNH Industrial Capital America LLC to exercise any and all "in rem" rights it may have in the subject property, The Creditor shall not seek nor obtain any "in personam" relief against the Debtors.

4. The 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is hereby waived.

5. The hearing scheduled for September 29, 2026, at 3:30 PM on this Creditor's *Motion* is hereby canceled.

*Attorney Robert K. Eddy is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of the entry of this Order.*