ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |

Debtors.
_______________________________________/

**AGREED ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CREDITOR CV3 FINANCIAL SERVICES AS SERVICER FOR CV3 BRAVO TRUST.**
[Doc. No. 974]

THIS CASE came on for consideration of the *Motion for Relief from the Automatic Stay* (Doc. No. 974) (the "**Motion**") filed by Creditor CV3 Financial Services as servicer for CV3 Bravo Trust. ("**CV3**"). By submission of this order for entry, counsel for CV3, upon conferring with Debtor's counsel, represents that the Debtors consent to this order and the relief set forth herein. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to the following property (the "**Property**"):

   a. 5233 N. 11th Street. Philadelphia, Pennsylvania 19141.

3. The automatic stay is terminated for the purpose of allowing CV3 to take any and all steps necessary to exercise any and all *in rem* rights it may have in the Property, including without limitation having the Sheriff of Philadelphia County record deeds to the Property in favor of CV3 or an entity(ies) designated by CV3, gaining possession of the Property, or such other and further in rem relief. Provided, however, that CV3 shall not seek nor obtain any *in personam* relief against the Debtor.

4. The Debtor may immediately cancel any property or liability insurance maintained with respect to the Property retroactive to the date of the filing of the petition.

5. CV3's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is GRANTED.

6. The hearing scheduled for September 29, 2026 at 3:30 PM is hereby cancelled.

7. The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Laura E. Noyes is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.*