ORDERED.

**Dated: September 24, 2026**



Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Chapter 11

RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*

| | |
|---|---|
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |

Debtors.
_________________________________________/

**AGREED ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 582)**

This CAUSE came for a hearing on September 15, 2026, and the parties informed the Court that upon the consideration, consent, and agreement of the Parties, SELENE FINANCE LP, AS

SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I (the "Secured Creditor"), and RAD Diversified REIT, Inc. and DDH Fund, LLC fka DDH Fund, LP (jointly the "Debtor"), upon the Secured Creditor's *Motion for Relief from Automatic Stay* (Doc. No. 582) (the "Motion"), the parties had entered into an agreed order, and that by submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in: 5548 Upland Street, Philadelphia, Pennsylvania 19143 (the "Property"), and further described as follows:

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the southeast side of Upland Street at the distance of Three Hundred Forty-nine feet Six inches Southwestward from the Southwest side of 55th Street in the Fifty-first Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Upland Street Fourteen feet Six inches and extending of that width
in length or depth Southeastward between parallel lines at right angles to the said Upland Street Sixty-two feet to
a certain Three feet wide alley leading Northeastward and Southwestward from the said 55th Street to 56th Street and communicating with another certain Four feet wide alley leading Northwestward into the said Upland Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for a passageways and watercourses at all times hereafter, forever.

BEING known as No. 5548 Upland Street.
Being the same premises which Marvin Harris by Deed dated 01/23/2012 and recorded 05/04/2012 in Philadelphia County as Document No. 52479951 conveyed unto Deborah Bintz Clark, in fee. Being the same premises which Deborah Bintz Clark by Deed dated 12/21/2020 and recorded 01/07/2021 in Philadelphia County as Document No. 53774818 conveyed unto Nathaniel John Clark, in fee. ($1.00 Consideration)

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek, obtain or pursue an *in rem* judgment against the Property and does not permit Secured Creditor to seek, obtain, or pursue *in personam* relief against the Debtor(s).

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Regarding the pending Pennsylvania foreclosure matter (Case ID 241202459), upon the conclusion of Case ID 241202459 (i.e. successful bidder taking possession of the Property), Secured Creditor **must inform** Counsel for the Debtor at the the following email addresses so that the Debtor(s)' bankruptcy records can be properly updated: joe@packlaw.com, jessey@packlaw.com, and tanya@packlaw.com .

6. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.