IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA

LIFENG WU,
Plaintiff

v.

RADD AMERICA LAND REIT,
RAD DIVERSIFIED REIT,
Defendants

Case No. 8:26-bk-01636-CPM

FILED VIA MAIL

SEP 25 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

MOTION TO FILE CLAIMS AND MOTION FOR AN ENLARGEMENT OF TIME

Pro se Movant Lifeng Wu ("Mr. Wu") respectfully moves the Court for an enlargement of time in which to file claims against the Defendants in this case. Mr. Wu has been incarcerated since February 2026 and has been unable to receive notifications of the proceedings and requires more time in which to prepare his claims and to submit those claims to the Court in this case. Mr. Wu's current situation provides just cause to grant this motion.

Mr. Wu invested a total of $100,250. in United States Currency between the two Defendants in this case and warrants relief from this Court. Further proof of these investments will be provided to the Court when Mr. Wu is released in November 2026 if the Court requires such proof.

Accordingly, Mr. Wu asks that the Court grant this motion in the interest of justice.

Respectfully submitted,

Date: September 22, 2026

Lifeng Wu, pro se
Reg. No. 54582-510
FMC Devens
P.O. Box 879
Ayer, MA 01432

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served on the Defendants by First Class U.S. Mail with postage fully prepaid by mailing a copy to the Defendants' address of record.

Dated: September 22, 2026

Lifeng Wu, pro se

Addendum:

The $100,250 USD, one hundred thousand and two-fifty dollars, were invested in the RAD group of entities from around year 2022 to year 2025. I was led into believing the funds were invested into these two entities:

RADDiversified REIT
RADD America Land REIT

Further proof of fund transfers to RAD will be furnished to the court upon request.

吴厲鋒
LiFENG WU
Sept. 22, 2026

LiFENG Wu
5458-2510
FMC Devens
P.O. BOX 879
Ayer, MA 01432

FOREVER USA
PURPLE HEART

Retail

UNITED STATES POSTAL SERVICE

33602

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
AYER, MA 01432
SEP 22, 2026

$0.00

S2324N507288-45

United States Bankruptcy Court
Attn: Clerk (8:26-BK-01636-CPM)
801 North Florida Avenue
TAMPA, FL 33602

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9589 0710 5270 2063 2314 7805

Screened by USMS