ORDERED.

**Dated: September 25, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**AGREED ORDER GRANTING AGREED MOTION TO CONTINUE EVIDENTIARY HEARING AND RELATED PRETRIAL DEADLINES**

THIS MATTER came before the Court without a hearing upon the Debtors' *Agreed Motion to Continue Evidentiary Hearing and Related Pretrial Deadlines* [Dkt. No. 1154] (the "**Motion**"). The Court, having reviewed the Motion, noting the agreement of Wilmington Savings Fund

Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2025-NPL2, and finding good cause for the relief requested, it is

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The evidentiary hearing presently scheduled for September 29, 2026 at 10:00 a.m. on the *Creditor's Amended Motion for Relief from the Automatic Stay* [Dkt. No. 241] is **CONTINUED** to November 30, 2026 at 2:30 p.m. (ET) to take place before the Honorable Luis Ernesto Rivera II in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602.

3. All remaining pretrial and trial-preparation deadlines established by the *Order Setting Final Pretrial and Scheduling Trial* [Dkt. No. 707], as supplemented by the *Order Setting Trial on Creditor's Amended Motion for Relief from the Automatic Stay* [Dkt. No. 1021] (collectively, the "**<u>Trial Order</u>**"), are likewise **CONTINUED** and shall be recalculated by reference to the continued evidentiary-hearing date using the same time periods established in the Trial Orders, unless otherwise ordered by the Court.

4. Except as expressly modified herein, the Trial Orders remain in full force and effect.

5. The Court retains jurisdiction to implement, interpret, and enforce this Order.

###

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*