ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Applicable Debtor. | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION (A) TO CONFIRM SALE OF REAL PROPERTY, (B) TO AUTHORIZE DISTRIBUTIONS AT CLOSING, (C) TO ESTABLISH FAITH OF PURCHASERS, AND (D) FOR RELATED RELIEF**

(Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL)

THIS CASE came before the Court for hearing on September 15, 2026 at 3:30 p.m. ET (the "**Hearing**") on the *Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief (Single Family Residence Located at 11501 Minnieola Drive, New Port Richey, FL)* [Dkt. No. 1003] (the "**Motion**") filed by the Debtor, DDH Fund, LLC (the "**Debtor**") and *Wilmington Savings Fund Society FSB's Response to Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief* [Dkt. No. 1085] (the "**Response**"). The Court previously authorized the sale of the Property (defined below), free and clear of all liens, claims, and encumbrances [Dkt. No. 694] (the "**Sale Order**"). The Court, having reviewed the Motion (including the results of the auction held on August 5, 2026) and the Response, having heard argument of counsel at the Hearing, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing which shall constitute the findings of the Court,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**, on the terms set forth herein.

2. Michael Toczylowski and Marilyn M. Toczylowski (together, the "**Purchaser**") are confirmed as the highest bidders for the real property located at 11501 Minnieola Drive, New Port Richey, FL (the "**Property**"), more fully described in the Sale Order.

3. The transfer of the Property to the Purchaser shall be free and clear of all liens, claims, encumbrances, and interests. Debtor shall file a copy of the closing statement within seven (7) days of the date of closing.

4. The Debtor, as debtor and debtor-in-possession, is authorized and directed to execute, acknowledge, deliver, and cause to be recorded any deed necessary to convey the Property

to the Purchaser, or the Purchaser's approved assignee or nominee, including a Trustee's Deed or other deed acceptable to the title company and closing agent. Katie S. Goodman, as Chief Restructuring Officer of the Debtor, and any other officer, authorized representative, or designee of the Debtor approved by the Debtor, is authorized to execute and deliver the deed, settlement statement, closing statement, owner/title affidavits, transfer tax forms, closing instructions, and any other documents reasonably necessary or appropriate to consummate the sale of the Property and carry out the terms of this Order and the Sale Order, without further order of this Court. The closing agent, title insurer, Purchaser, and public recording offices may rely upon this Order as conclusive evidence of the authority of the Debtor and its authorized signer to execute, deliver, and record all documents necessary to consummate the sale and convey title to the Property in accordance with this Order and the Sale Order.

5. The proceeds from the sale of the Property shall be disbursed substantially in the manner set forth on **Exhibit A** (the "**Closing Disbursements**"); provided, however, as set forth on the record at the Hearing, that the aggregate Surcharge Amount shall be reduced from $10,000.00 to $5,000.00.

6. The excess proceeds, if any, after payment of the Closing Disbursements shall be deposited into the Debtor's debtor-in-possession operating bank account to be used as free and clear property of the Debtor, consistent with the Orders of the Court and the requirements of the Bankruptcy Code.

7. The sale process for the Property occurred pursuant to the auction procedures authorized in the Sale Order, which utilized a competitive and transparent marketplace that facilitates an arm's-length sale without fraud or collusion. Accordingly, the Purchaser is entitled to the protections of section 363(m) of the Bankruptcy Code. The Debtors, the Purchaser (as a

good-faith purchaser), and Precious Taylor (as putative tenant) shall deal in good faith with one another to effectuate the orderly turnover of possession of the property from Ms. Taylor to the Purchaser in connection with the sale approved herein.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

# Exhibit A

## Closing Disbursements

# A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0265

**B. Type of Loan**

| | | | |
|---|---|---|---|
| 1.☐ FHA 2.☐ RHS 3.☐ Conv. Unins. 4.☐ VA 5.☐ Conv. Ins. | 6. File Number DG26033B | 7. Loan Number | 8. Mortgage Insurance Case Number |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| MICHAEL TOCZYLOWSKI<br>MARILYN M. TOCZYLOWSKI<br>9038 Irondale Lane<br>Hudson, Florida 34667 | DDH FUND, LLC., a Delaware limited liability company<br>256 Eagleview Boulevard<br>Exton, Pennsylvania 19341 | |

| G. Property Location | H. Settlement Agent | I. Settlement Date |
|---|---|---|
| 11501 Minnieola Drive<br>New Port Richey, Florida 34654<br>Lot 42, Unit 1<br>Osceola Heights<br>PASCO | GULLETT TITLE, INC.<br>401 St. Johns Avenue - Palatka, FL 32177<br>Place of Settlement<br>401 Saint Johns Avenue<br>Palatka, Florida 32177-4724 | 09/04/2026 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. **GROSS AMOUNT DUE FROM BORROWER** | | 400. **GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 352,000.00 | 401. Contract sales price | 352,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 6,773.75 | 403. | |
| 104. Taxes (thru 08/31/2026) | 7,031.09 | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. **GROSS AMOUNT DUE FROM BORROWER** | 365,804.84 | 420. **GROSS AMOUNT DUE TO SELLER** | 352,000.00 |
| 200. **AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | 500. **REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 35,200.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 32,444.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 309,556.00 |
| | | Wilmington Saving Fund Society FSB as Trustee | |
| 205. | | 505. Payoff of second mortgage loan | |
| | | | |
| 206. | | 506. Surcharge Amont to Debtor | 10,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. **TOTAL PAID BY / FOR BORROWER** | 35,200.00 | 520. **TOTAL REDUCTION AMOUNT DUE SELLER** | 352,000.00 |
| 300. **CASH AT SETTLEMENT FROM OR TO BORROWER** | | 600. **CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 365,804.84 | 601. Gross amount due to seller (line 420) | 352,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 35,200.00 | 602. Less reduction amount due to seller (line 520) | 352,000.00 |
| 303. **CASH** FROM **BORROWER** | 330,604.84 | 603. **CASH** TO **SELLER** | 0.00 |

| | L. SETTLEMENT CHARGES: File Number: DG26033B | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. | **TOTAL SALES/BROKER'S COMMISSION based on price $** 352,000.00 @ .00 = 28,800.00 | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $ 28,800.00 to Tranzon Driggers | | |
| 702. | $ to | | |
| 703. | Commission paid at Settlement | | 28,800.00 |
| 704. | Marketing fee Tranzon Driggers | | 3,200.00 |
| 800. | **ITEMS PAYABLE IN CONNECTION WITH LOAN** P.O.C. | | |
| 801. | Loan Origination Fee % | | |
| 802. | Loan Discount % | | |
| 803. | Appraisal Fee to | | |
| 804. | Credit Report to | | |
| 805. | Lender's Inspection Fee to | | |
| 806. | Underwriting Fee to | | |
| 807. | Mortgage Broker's Fee to | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. | Interest from to @$ /day | | |
| 902. | Mortgage Insurance Premium to | | |
| 903. | Hazard Insurance Premium yrs. to | | |
| 904. | | | |
| 905. | | | |
| 1000. | **RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. | Hazard Insurance mo. @$ / mo. | | |
| 1002. | Mortgage Insurance mo. @$ / mo. | | |
| 1003. | City property taxes mo. @$ / mo. | | |
| 1004. | County property taxes mo. @$ / mo. | | |
| 1005. | Annual Assessments mo. @$ / mo. | | |
| 1006. | mo. @$ / mo. | | |
| 1007. | mo. @$ / mo. | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | |
| 1100. | **TITLE CHARGES** | | |
| 1101. | Settlement or closing fee to Gullett Title, Inc. | 1,250.00 | |
| 1102. | Abstract or title search to GTI for STEWART | 500.00 | |
| 1103. | Title examination to | | |
| 1104. | Title insurance binder to | | |
| 1105. | Document preparation to | | |
| 1106. | Notary fees to Notarize Inc dba Proof | 150.00 | |
| 1107. | Attorney's fees to Bankruptcy Update/Review | | 350.00 |
| | (includes above item No: ) | | |
| 1108. | Title insurance to Stewart Title Guaranty Company (STG) | 1,835.00 | |
| | (includes above item No: ) | | |
| 1109. | Lender's coverage | | |
| 1110. | Owner's coverage 352,000.00 --- 1,835.00 | | |
| 1111. | | | |
| 1112. | Express Mail/Wire Fees Gullett Title, Inc. | 135.00 | |
| 1113. | | | |
| 1200. | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. | Recording fees Deed $ 31.75 ; Mortgage $ ; Releases $ | 31.75 | |
| 1202. | City/county/stamps Deed $ ; Mortgage $ | | |
| 1203. | State tax/stamps Deed $ 2,464.00 ; Mortgage $ | 2,464.00 | |
| 1204. | Intangible Tax Deed $ ; Mortgage $ | | |
| 1205. | Obtain/Record Bankruptcy Documents | 150.00 | |
| 1300. | **ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | Survey to | | |
| 1302. | Pest inspection to | | |
| 1303. | Reimbursement for ADDF & CS Pack Law | | 94.00 |
| 1304. | | | |
| 1305. | | | |
| 1306. | Storage/Access Fee GTI for Forensis | 85.00 | |
| 1307. | Municipial Lien Search Real Res | 123.00 | |
| 1308. | Technology Access Fee Accu-Title.com/Landtech | 50.00 | |
| 1400. | **TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | 6,773.75 | 32,444.00 |