ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**ORDER GRANTING EXPEDITED MOTION TO (I) ESTABLISH NOTICE PROCEDURES IN CONNECTION WITH CHAPTER 11 CASE OF THE SEMINAR SOLUTION, LLC, AND (II) APPROVE FORM OF NOTICE**

THIS CASE came before the Court for hearing on September 15, 2026 at 3:30 p.m. (the "**Hearing**") on the *Expedited Motion to (I) Establish Notice Procedures in Connection with Chapter 11 Case of The Seminar Solution, LLC (II) Approve Form of Notice* [Dkt. No. 1084]

(the "**Motion**"). The Court, having reviewed the Motion, having heard argument of counsel at the Hearing, noting that the Office of the United States Trustee and the Official Committee of Unsecured Creditors did not object to the relief requested in the Motion, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing, which shall constitute the findings of the Court,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors[1] shall serve any papers required to be served on the Investor Parties, including the TSS Notice attached hereto as **Exhibit A**, by email only. Any Investor Parties that wish to receive service by U.S. Mail may make a written request by email to Epiq (RADDinfo@epiqglobal.com) to receive service by U.S. Mail.

3. Notwithstanding anything to the contrary, all adversary proceedings and contested matters that are required to be served on any Investor Party who has a particularized interest in such adversary proceeding or contested matter shall be served on such Investor Party by both email and U.S. Mail.

4. If an Investor Party's email address is returned as undeliverable, invalid, or unknown, Epiq shall send notice to such Investor Party by U.S. Mail. Epiq is required to prepare and file a list of undeliverable emails and physical addresses with the Court.

5. To the extent not inconsistent with this Order, the Notice Procedures Order shall apply in all respects to the case of The Seminar Solution, LLC.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them in the Motion.

**Exhibit A**

**The TSS Notice**

**CHAPTER 11 FILING OF THE SEMINAR SOLUTION, LLC**

This notice is being sent to provide you with information related to **The Seminar Solution, LLC ("TSS")**, which filed a petition for chapter 11 bankruptcy on September 4, 2026 and has requested joint administration with the bankruptcy cases of RAD Diversified REIT, Inc. ("**RAD REIT**"); RAD Diversified OZ Fund, LP; DHI Fund, LLC; DHI Holdings, LP; and DDH Fund, LLC (collectively, the "**Debtors**"). **Please read this notice in its entirety, because it includes important information that may impact you.**

| **Important Dates and Deadlines Related to TSS** | |
|---|---|
| Petition Date | September 4, 2026 |
| Deadline to File Proofs of Claim | November 13, 2026 |
| Telephonic Meeting of Creditors | October 7, 2026 at 10:30 a.m. |

***Why am I receiving this notice?***

You are receiving this notice because you are included as an interested party (a creditor, investor, or other impacted party) in the bankruptcy cases of one or more of the Debtors, including TSS.

***How do I attend the telephonic meeting of creditors?***

The Section 341(a) Creditors Meeting will take place on October 7, 2026 at 10:30 a.m. EDT. The U.S. Trustee will hold the meeting telephonically. The call in number is 844-767-5651, Passcode: 616391#.

***I already filed my claim against RAD REIT or another Debtor. Do I need to do anything?***

If you already filed a timely claim against RAD REIT or another Debtor, that claim remains in place (subject to any rights of the Debtors or any other party) and you do not need to take any further action with respect to RAD REIT or such other Debtor. If you have a claim against TSS in addition to another Debtor, you must file a separate proof of claim for your claims against TSS. **Do not re-file your claim against RAD REIT or any Debtor other than TSS.**

***I do have a claim against The Seminar Solution, LLC. What do I do now?***

For more information on how to file your claim against TSS, see the instructions available at the website for the Debtors' cases, https://dm.epiq11.com/case/radd/info. To submit your claim against TSS, please follow the instructions below.

To file a proof of claim online, go to:
https://www.epiqworkflow.com/account/login?returnUrl=%2Fcases%2FRDX

To file a proof of claim by First-Class Mail, submit to:
RAD Diversified REIT, Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

To file a claim by Hand Delivery or Overnight Mail, submit to:
RAD Diversified REIT, Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005