ORDERED.

**Dated: September 17, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 8:26-bk-01636-CPM |
| RAD Diversified REIT, Inc., | Chapter 11 |
| Debtor. / | Judge: Catherine Peek McEwen |

**ORDER DENYING MOTION TO CONTINUE HEARING ON SECURED CREDITOR'S MOTIONS FOR RELIEF FROM STAY [D.E. 1107]**

This case is before the Court, upon the Motion to Continue Hearing on Secured Creditor's Motions for Relief from Stay [D.E. 1107] filed by Kiavi Funding Inc. ("Secured Creditor"). The Court having reviewed the Motion and being fully advised in its premise and, it is:

**ORDERED:**

1. The Motion to Continue Hearing on Secured Creditor's Motions for Relief from Stay [D.E. 1107] is **DENIED**.

###

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.**

Order Prepared By:
Seth Greenhill, Esq.
Padgett Law Group
Seth.Greenhill@padgettlawgroup.com