**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:** **CASE NO.: 8:26-bk-01636-CPM**
**CHAPTER 11**

**RAD Diversified REIT, Inc.,**

**Jointly Administered With**

**RAD Diversified OZ Fund, LP,** **CASE NO: 8:26-bk-01637-CPM**
**DHI Fund, LLC,** **CASE NO: 8:26-bk-01638-CPM**
**DHI Holdings, LP,** **CASE NO: 8:26-bk-01639-CPM**
**DDH Fund, LLC,** **CASE NO: 8:26-bk-01640-CPM**

**Debtor,**
_________________________________/

**CERTIFICATE OF SERVICE**

I CERTIFY that on September 28, 2026, I caused an accurate copy of, (Doc. No. 1172), the AGREED ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY upon the MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. No. 582) to be served by using the CM/ECF system, and an accurate copy has been served via CM/ECF or United States Mail to the following parties:

RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

Joseph A Pack
Pack Law

4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

U.S. Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Attorney for U.S. Trustee
Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602

Creditor Committee
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

John D Elrod
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

All parties on the attached section 1007(d) mailing matrix.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
& PARTNERS, PLLC
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Travis Bailey
Travis Bailey, Esquire
FL Bar Number 121775
Email: trbailey@raslg.com