UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/24/2026 04:00 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 4147 NORTH 9TH STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #110
2. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 1745 NORTH WILTON STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #111
3. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 340 WEST BERKLEY STREET, PHILADELPHIA, PA 19144. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #112
4. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 6439 N BEECHWOOD ST, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #125
5. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 2030 EAST LEHIGH AVENUE, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #126
6. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 1336 EAST RITTENHOUSE STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #127
7. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 4047 NORTH 6TH STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #128
8. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 1456 N ITHAN STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #129
9. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 2326 ALMOND STREET, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #130
10. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 8609 BAYARD ST, PHILADELPHIA, PA 19150. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #131
11. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5533 BLOYD STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #143
12. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 436 NORTH WILTON STREET, PHILADELPHIA, PA 19139. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #164
13. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 7307 KINGLET PL, PHILADELPHIA, PA 19153. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #165

**APPEARANCES:**:
AAPPEARANCES: via zoom: Jessey Krehl, Christopher Giacinto, Nicole Peair

**RULING:**
1. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 4147 NORTH 9TH STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #110

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures.

2. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 1745 NORTH WILTON STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #111

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

3.Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 340 WEST BERKLEY STREET, PHILADELPHIA, PA 19144. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #112

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

4.Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 6439 N BEECHWOOD ST, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #125

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

5.Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 2030 EAST LEHIGH AVENUE, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #126

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

6.Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 1336 EAST RITTENHOUSE STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #127

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

7. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 4047 NORTH 6TH STREET, PHILADELPHIA, PA 19140. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #128

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

8. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 1456 N ITHAN STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #129

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

9. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 2326 ALMOND STREET, PHILADELPHIA, PA 19125. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #130

...Order entered at Doc. #1163...

10. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 8609 BAYARD ST, PHILADELPHIA, PA 19150. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #131

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

11.Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5533 BLOYD STREET, PHILADELPHIA, PA 19138. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #143

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

12. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 436 NORTH WILTON STREET, PHILADELPHIA, PA

19139. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #164

...Continued in open court to 12/17/2026 at 3:30 p.m. - no further notice will be given...

13. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 7307 KINGLET PL, PHILADELPHIA, PA 19153. Filed by Seth J Greenhill on behalf of Creditor Kiavi Funding Inc Doc #165

...Order entered at Doc. #1164...

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.