**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Applicable Debtor. | |

## CASE MANAGEMENT SUMMARY OF THE SEMINAR SOLUTION, LLC

The Seminar Solution, LLC (the "**Debtor**"), debtor and debtor-in-possession, pursuant to Local Rule 2081-1(b), files this Chapter 11 Case Management Summary, and states as follows:

The following information is based on the Debtor's Schedules and Statements and information presently available to the Debtor's Chief Restructuring Officer. The Debtor reserves the right to supplement or amend this Case Management Summary as appropriate.

1. **Description of Debtor's business.**

The Debtor is not presently conducting material business operations. Information about the Debtor and its business, without admitting the accuracy of the information for any purpose, can be found in the *Examiner's Report* [Dkt. No. 575] and *Examiner's Second and Final Report* [Dkt. No. 941].

**2. Location of Debtor's operations and whether leased or owned.**

The Debtor's prepetition principal business and mailing address is 11418 US-19 N., Port Richey, Florida 34668. The Debtor does not presently conduct material operations from the location. The location is not owned by the Debtor.

**3. Reasons for filing Chapter 11.**

The Debtor filed this chapter 11 case to address its liabilities and pending litigation and to coordinate the administration and liquidation of its estate with its affiliated debtors in the jointly administered chapter 11 cases.

**4. List of officers, directors and insiders (including relatives of insiders), if applicable, who receive salaries or benefits from the debtor and their respective salaries or benefits at the time of filing and during the one year prior to filing.**

None known to be receiving salary or benefits from the Debtor as of the Petition Date. Katie S. Goodman serves as Chief Restructuring Officer and Michael Roye serves as independent manager.

**5. The debtor's annual gross revenues (year to date).**

$0.00, as reflected in the Debtor's Statement of Financial Affairs [Dkt. No. 1].

**6. Amounts owed to various creditors, including current year to date and prior fiscal year.**

**a. Priority creditors such as governmental creditors for taxes.**

$0.00.

**b. Secured creditors and their respective collateral.**

The Debtor's Schedules reflect approximately $57,100.00 in a contingent/unliquidated claim listed on Schedule D. The scheduled value of the related collateral is $0.00.

**c. Unsecured creditors.**

The Debtor's Schedules reflect approximately $39,452,494.98 in nonpriority unsecured claims.

**7. General description and approximate value of the debtor's current and fixed assets.**

No fixed assets. The Debtor's Schedules reflect $0.00 in scheduled assets, exclusive of any contingent or unliquidated claims identified at an unknown value.

**8. Number of employees and gross amounts of wages owed as of petition date.**

0 employees; $0.00 in wages owed.

**9. Status of the debtor's payroll and sales tax obligations, if applicable.**

None known; $0.00.

**10. Anticipated emergency relief to be requested within the first 14 days after the petition date.**

None presently anticipated beyond relief requested and granted in connection with joint administration and notice procedures.

**11. The debtor's strategic objectives, i.e., refinancing, cramdown, surrender/sale of assets or business.**

Liquidation through the Debtors' joint chapter 11 plan, including resolution of claims and distribution of any available estate assets in accordance with the plan and orders of the Court.

Dated: September 29, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *\/s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848
Katelyn A. Garciga
Email: katelyn@packlaw.com
Florida Bar No. 1058474