**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>RAD Diversified REIT, Inc.;<br><br>RAD Diversified OZ Fund, LP;<br><br>DHI Fund, LLC;<br><br>DHI Holdings, LP; *and*<br><br>DDH Fund, LLC,<br><br>The Seminar Solution, LLC,<br>Debtors. | Chapter 11<br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br>Case No. 8:26-bk-01637-CPM<br><br>Case No. 8:26-bk-01638-CPM<br><br>Case No. 8:26-bk-01639-CPM<br><br>Case No. 8:26-bk-01640-CPM<br><br>Case No. 8:26-bk-08030-CPM |

**STIPULATION FOR ENTRY OF AGREED ORDER GRANTING RELIEF FROM STAY**

Fay Servicing, LLC, the authorized loan servicer for various secured creditors ("Creditors") and Debtors, by and through their undersigned counsel, stipulate to entry of the Agreed Order Granting Relief from the Automatic Stay in the form attached as Exhibit A, which will be submitted for entry concurrently with the filing of this Stipulation.

Pursuant to Local Rule 1001-2(g)(3)
regarding signatures, Tricia A. Morra, attests that
concurrence in the filing of this paper has been obtained.

Dated: September 29, 2026

/s/ *Tricia A. Morra*
Tricia A. Morra (FLBN 0095989)
Aldridge Pite, LLP
101 East Park Blvd.
Suite 600, Office 23
Plano TX 75074
tmorra@aldridgepite.com
Telephone: (404) 994-7290
Attorney for Secured Creditor

/s/ *Jessey J. Krehl*, with permission
Jessey J. Krehl (FLBN 1025848)
Email: jessey@packlaw.com
PACK LAW
4649 Ponce de Leon Blvd.,
Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Attorney for Debtors

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Stipulation for Entry of Agreed Order has been served via CM/ECF to all parties registered to receive service on September 30, 2026.

/s/ __*Tricia A. Morra*__
Tricia A. Morra (FLBN 0095989)
Aldridge Pite, LLP
101 East Park Blvd.
Suite 600, Office 23
Plano TX 75074
tmorra@aldridgepite.com
Telephone: (404) 994-7290
Attorney for Secured Creditor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC,<br>Debtors. | Case No. 8:26-bk-08030-CPM |

**AGREED ORDER LIFTING THE AUTOMATIC STAY**
**AS TO PROPERTIES IDENTIFIED IN SCHEDULE A**

Fay Servicing LLC, authorized loan servicer for various secured creditors ("Creditors"), and Debtors, having consented to the terms and conditions contained in this Order Lifting the Automatic Stay pursuant of 11 U.S.C. 362(d)(1) and (2) to foreclose mortgages related to the

Exhibit A

properties identified on the attached **Schedule A** (collectively, the "Properties") and sufficient cause appearing therefore; accordingly, it is

**ORDERED:**

1. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the Properties.

2. This Order Granting Relief from Stay is entered for the sole purpose of allowing Creditors to pursue their lawful *in rem* remedies against the Properties, and Creditors shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the Properties against Debtors.

3. Creditors do not waive any potential deficiency claim against any other party. Nothing in this Order shall be construed as a release of the liability of any third party.

4. Debtors shall make no further claim of possession against the Properties in the foreclosure or subsequent eviction.

5. All communications sent by Creditors in connection with the proceedings against the Properties including notices required by state law and communications to offer and provide information with regard to potential Forbearance Agreements, Loan Modifications, Refinance Agreements, Loss Mitigation Agreements or other Loan Workouts, may be sent directly to Debtors.

6. This Order shall be binding in the event of case conversion.

7. Creditors may complete property preservation on the Properties without further notice to Debtor, provided the actions are required to protect Creditor's interest in the Properties, and said actions are permitted by the terms of the loan documents and applicable law.

8. Creditors' legal, equitable, and contractual rights shall remain unchanged with respect to their security interests in the Properties.

9. Debtors consent to immediate relief from the automatic stay as to the Properties and hereby waives the provision of Bankruptcy Rule 4001(a)(3) relating to the fourteen-day stay following the entry of an order granting relief from the automatic stay. As such, stay relief as to the Properties is effective upon entry of this Agreed Order.

10. Creditors will notify Pack Law when each Property identified in **Schedule A** is sold via foreclosure sale.

###

Attorney Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

/s/ _*Tricia A. Morra*__
Tricia A. Morra (FLBN 0095989)
Aldridge Pite, LLP
101 East Park Blvd.
Suite 600, Office 23
Plano TX 75074
tmorra@aldridgepite.com
Telephone: (404) 994-7290
Attorney for Secured Creditor

/s/ _*Jessey J. Krehl*, with permission
Jessey J. Krehl (FLBN 1025848)
Email: jessey@packlaw.com
PACK LAW
4649 Ponce de Leon Blvd.,
Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Attorney for Debtors

# SCHEDULE A

| Servicer | Creditor | Property Address | Motion D.E. | Loan # / AP: |
|---|---|---|---|---|
| Fay | Metropolitan Life Insurance Company | 3146 Hanover Pike, Hanover, PA 17331 | N/A | xxxx7230 / 001758-064737 |
| Fay | U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust | 432 N Salford St, Philadelphia, PA 19151 | N/A | xxxx7278 / 001758-079969 |
| Fay | U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 | 4488 Livingston St, Philadelphia, PA 19137 | N/A | xxxx8595 / 001758-234194 |
| Fay | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust | 4036 Vista St, Philadelphia, PA 19136 | N/A | xxxx5351 / 001758-550257 |
| Fay | U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Homes Mortgage Trust | 103 E Walnut Park Dr, Philadelphia, PA 19120 | N/A | xxxx9252 / 001758-986273 |