ORDERED.

**Dated: September 30, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION (A) TO CONFIRM SALE OF REAL PROPERTY, (B) TO AUTHORIZE DISTRIBUTIONS AT CLOSING, (C) TO ESTABLISH FAITH OF PURCHASERS, AND (D) FOR RELATED RELIEF**
(Single Family Residences Located at 5538, 5540, and 5544 Linmore Avenue, Philadelphia, PA)

THIS CASE came before the Court for hearing on September 29, 2026 at 3:30 p.m. ET (the "**Hearing**") on the *Debtor's Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchasers, and (D) for Related Relief (Single Family Residences Located at 5538, 5540, and 5544 Linmore Avenue, Philadelphia, PA)* [Dkt. No. 1115] (the "**Motion**") filed by the Debtor, RAD Diversified REIT, Inc. (the "**Debtor**"). The Court previously authorized the sale of the Property (defined below), free and clear of all liens, claims, and encumbrances [Dkt. No. 695] (the "**Sale Order**"). The Court, having reviewed the Motion (including the results of the auction held on August 18, 2026), having heard argument of counsel at the Hearing, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing which shall constitute the findings of the Court,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**, on the terms set forth herein.

2. Yikonboss, LLC (the "**Purchaser**") is confirmed as the highest bidder for the real property located at 5538, 5540, and 5544 Linmore Avenue, Philadelphia, PA (the "**Property**"), more fully described in the Sale Order.

3. The transfer of the Property to the Purchaser shall be free and clear of all liens, claims, encumbrances, and interests. Debtor shall file a copy of the closing statements within seven days of the date of closing.

4. The Debtor, as debtor and debtor-in-possession, is authorized and directed to execute, acknowledge, deliver, and cause to be recorded any deed necessary to convey the Property to the Purchaser, or the Purchaser's approved assignee or nominee, including a Trustee's Deed or other deed acceptable to the title company and closing agent. Katie S. Goodman, as Chief Restructuring Officer of the Debtor, and any other officer, authorized representative, or designee

of the Debtor approved by the Debtor, is authorized to execute and deliver the deed, settlement statement, closing statement, owner/title affidavits, transfer tax forms, closing instructions, and any other documents reasonably necessary or appropriate to consummate the sale of the Property and carry out the terms of this Order and the Sale Order, without further order of this Court. The closing agent, title insurer, Purchaser, and public recording offices may rely upon this Order as conclusive evidence of the authority of the Debtor and its authorized signer to execute, deliver, and record all documents necessary to consummate the sale and convey title to the Property in accordance with this Order and the Sale Order.

5. The proceeds from the sale of the Property shall be disbursed substantially in the manner set forth on **Exhibit A** as to the 5538 and 5540 Linmore Auction and **Exhibit B** as to the 5544 Linmore Auction (the "**Closing Disbursements**").

6. The excess proceeds, if any, after payment of the Closing Disbursements shall be deposited into the Debtor's debtor-in-possession operating bank account to be used as free and clear property of the Debtor, consistent with the Orders of the Court and the requirements of the Bankruptcy Code.

7. The sale process for the Property occurred pursuant to the auction procedures authorized in the Sale Order, which utilized a competitive and transparent marketplace that facilitates an arm's-length sale without fraud or collusion. Accordingly, the Purchaser is entitled to the protections of section 363(m) of the Bankruptcy Code.

*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*

# Exhibit A

## Draft Settlement Statement for 5538 and 5540 Linmore Avenue, Philadelphia, PA

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

## B. Type of Loan

| | | | |
|---|---|---|---|
| 1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins<br>4. ☐ VA 5. ☐ Conv Ins. 6. ☐ Seller Finance<br>7. ☒ Cash Sale. | 6. File Number<br>**203187PN-02** | 7. Loan Number | 8. Mortgage Ins Case Number |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| **Yikonbass, LLC**<br><br>, | **RAD Diversified Reit Inc**<br>**256 Eagleview Blvd**<br>**Exton, PA 19341** | <br><br>, |

| G. Property Location | H. Settlement Agent Name | |
|---|---|---|
| **Parcel/BRT 514286200, City of Philadelphia, in Philadelphia County, PA**<br>**5538 Linmore Avenue**<br>**Philadelphia, PA 19143**<br>**See Addendum** | **Surety Abstract Services, LLC**<br>**107 South 2nd Street, Suite 200**<br>**Philadelphia, PA 19106 Tax ID: 22-3154895**<br>**Underwritten By: Fidelity National** | |
| | Place of Settlement<br>**Surety Abstract Services, LLC**<br>**107 South 2nd Street, Suite 200**<br>**Philadelphia, PA 19106** | I. Settlement Date<br><br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | **$101,000.00** | 401. Contract Sales Price | **$101,000.00** |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | **$24,710.64** | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. Water | | 407. Water | |
| 108. Sewer | | 408. Sewer | |
| 109. MUA | | 409. MUA | |
| 110. Association | | 410. Association | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | **$125,710.64** | **420. Gross Amount Due to Seller** | **$101,000.00** |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | **$11,110.00** | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | **$236.01** |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan to | |
| 205. | | 505. Payoff of second mortgage loan to | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. Water | | 511. Water | |
| 212. Sewer | | 512. Sewer | |
| 213. MUA | | 513. MUA | |
| 214. Association | | 514. Association | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$11,110.00** | **520. Total Reduction Amount Due Seller** | **$236.01** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | **$125,710.64** | 601. Gross Amount due to seller (line 420) | **$101,000.00** |
| 302. Less amounts paid by/for borrower (line 220) | **$11,110.00** | 602. Less reductions in amt. due seller (line 520) | **$236.01** |
| **303. Cash From Borrower** | **$114,600.64** | **603. Cash To Seller** | **$100,763.99** |

Preliminary

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

**L. Settlement Charges**

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price $101,000.00 @ % = $9,090.00** | | |
| Division of Commission (line 700) as follows: | | |
| 701. **$2,020.00** to **Springer Realty Group** | | |
| 702. **$7,070.00** to **Tranzon Driggers** | | |
| 703. Commission Paid at Settlement | **$9,090.00** | **$0.00** |
| **800. Items Payable in Connection with Loan** | | |
| 801. Loan Origination Fee **%** to | | |
| 802. Loan Discount **%** to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Yield Spread Premium to | | |
| 807. Mortgage Broker Fee to | | |
| 808. Flood Certification to | | |
| 809. Tax Service Fee to | | |
| 810. Commitment Fee to | | |
| 811. Application Fee to | | |
| **900. Items Required by Lender To Be Paid in Advance** | | |
| 901. Interest from to @ **$0**/day | | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for years to | | |
| 904. Flood Insurance Premium to | | |
| **1000. Reserves Deposited With Lender** | | |
| 1001. Hazard insurance months @ per month | | |
| 1002. Mortgage Insurance months @ per month | | |
| 1003. City/Town Taxes months @ per month | | |
| 1004. Water months @ per month | | |
| 1005. Sewer months @ per month | | |
| 1006. MUA months @ per month | | |
| 1007. Association months @ per month | | |
| 1008. months @ per month | | |
| 1011. Aggregate Adjustment | | |
| **1100. Title Charges** | | |
| 1101. Settlement or Closing Fee to **Surety Title Company, LLC - Trust** | | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary Fees to | **$25.00** | |
| 1107. Attorney's fees to | | |
| (includes above items numbers: ) | | |
| 1108. Title insurance to **Surety Title Company, LLC - Trust** | **$2,490.04** | |
| (includes above items numbers: ) | | |
| 1109. Lender's coverage **$0.00/$173.00** . | | |
| 1110. Owner's coverage **$101,000.00/$2,317.04** | | |
| 1111. Other Fees to | | |
| 1112. Other Fees to | | |
| 1113. Outgoing Wire Fee (Seller) to | | |
| 1114. Overnight Delivery (Seller) to | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees Deed **$278.75** ; Mortgage ; Rel to **County Clerk** | **$278.75** | |
| 1202. Realty Transfer Fee Deed **$4,623.78** ; Mortgage to **County Clerk** | **$4,623.78** | |
| 1203. State Tax/Stamps Deed ; Mortgage to **County Clerk** | | |
| 1204. to | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Acct 514286200 - Taxes due 2024-2026 to **City of Phila-Dept of Revenue** | **$3,475.28** | |
| 1302. Acct 014-51000-05538-001 to **Water Revenue Bureau** | | **$21.01** |
| 1303. Deed Prep to **Surety Title Company, LLC - Trust** | | **$75.00** |
| 1304. Marketing Fee to **Tranzon Driggers** | **$1,010.00** | |
| 1305. Search Reimbursement to **PACK Law** | | **$140.00** |
| 1306. Tax Due 5540 Linmore 514286300 to **City of Phila-Dept of Revenue** | **$3,717.79** | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **$24,710.64** | **$236.01** |

Preliminary Preliminary Preliminary

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

| Yikonbass, LLC | RAD Diversified Reit Inc |
|---|---|
| ______________________ | ______________________ |
| By | By |

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

______________________________ ________________

Settlement Agent Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| Addendum to HUD Settlement Statement |
| --- |
| **Section G – Additional Tracts of Land** |
| 5540 Linmore Avenue, Philadelphia, PA,19143 Block {}<br>5540 Linmore Avenue<br>Philadelphia, PA 19143 |

## Exhibit B

**Draft Settlement Statement for 5544 Linmore Avenue, Philadelphia, PA**

# A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

**B. Type of Loan**

| | | | |
|---|---|---|---|
| 1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins<br>4. ☐ VA 5. ☐ Conv Ins. 6. ☐ Seller Finance<br>7. ☒ Cash Sale. | 6. File Number<br>**203191PN-02** | 7. Loan Number | 8. Mortgage Ins Case Number |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | | |
|---|---|---|
| D. Name & Address of Borrower<br>**Yikonbass, LLC**<br>, | E. Name & Address of Seller<br>**RAD Diversified Reit Inc**<br>**256 Eagleview Blvd**<br>**Exton, PA 19341** | F. Name & Address of Lender<br>, |

G. Property Location

**Parcel/BRT 514286500, City of Philadelphia, in Philadelphia County, PA**
**5544 Linmore Avenue**
**Philadelphia, PA 19143**

H. Settlement Agent Name
**Surety Abstract Services, LLC**
**107 South 2nd Street, Suite 200**
**Philadelphia, PA 19106 Tax ID: 22-3154895**
**Underwritten By: Fidelity National**

Place of Settlement
**Surety Abstract Services, LLC**
**107 South 2nd Street, Suite 200**
**Philadelphia, PA 19106**

I. Settlement Date

Fund:

| **J. Summary of Borrower's Transaction** | | **K. Summary of Seller's Transaction** | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | **$50,500.00** | 401. Contract Sales Price | **$50,500.00** |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | **$12,462.45** | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. Water | | 407. Water | |
| 108. Sewer | | 408. Sewer | |
| 109. MUA | | 409. MUA | |
| 110. Association | | 410. Association | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | **$62,962.45** | **420. Gross Amount Due to Seller** | **$50,500.00** |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | **$5,500.00** | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | **$1,134.78** |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan to | |
| 205. | | 505. Payoff of second mortgage loan to | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. Water | | 511. Water | |
| 212. Sewer | | 512. Sewer | |
| 213. MUA | | 513. MUA | |
| 214. Association | | 514. Association | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$5,500.00** | **520. Total Reduction Amount Due Seller** | **$1,134.78** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | **$62,962.45** | 601. Gross Amount due to seller (line 420) | **$50,500.00** |
| 302. Less amounts paid by/for borrower (line 220) | **$5,500.00** | 602. Less reductions in amt. due seller (line 520) | **$1,134.78** |
| **303. Cash From Borrower** | **$57,462.45** | **603. Cash To Seller** | **$49,365.22** |

Preliminary

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

**L. Settlement Charges**

| | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission based on price $50,500.00 @ % = $4,545.00** | | |
| Division of Commission (line 700) as follows: | | |
| 701. **$1,010.00** to **Springer Realty Group** | | |
| 702. **$3,535.00** to **Tranzon Driggers** | | |
| 703. Commission Paid at Settlement | **$4,545.00** | **$0.00** |
| 704. Marketing Fee to **Tranzon Driggers** | **$505.00** | |
| **800. Items Payable in Connection with Loan** | | |
| 801. Loan Origination Fee **%** to | | |
| 802. Loan Discount **%** to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Yield Spread Premium to | | |
| 807. Mortgage Broker Fee to | | |
| 808. Flood Certification to | | |
| 809. Tax Service Fee to | | |
| 810. Commitment Fee to | | |
| 811. Application Fee to | | |
| **900. Items Required by Lender To Be Paid in Advance** | | |
| 901. Interest from to @ **$0**/day | | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for years to | | |
| 904. Flood Insurance Premium to | | |
| **1000. Reserves Deposited With Lender** | | |
| 1001. Hazard insurance months @ per month | | |
| 1002. Mortgage Insurance months @ per month | | |
| 1003. City/Town Taxes months @ per month | | |
| 1004. Water months @ per month | | |
| 1005. Sewer months @ per month | | |
| 1006. MUA months @ per month | | |
| 1007. Association months @ per month | | |
| 1008. months @ per month | | |
| 1011. Aggregate Adjustment | | |
| **1100. Title Charges** | | |
| 1101. Settlement or Closing Fee to **Surety Title Company, LLC - Trust** | **$200.00** | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary Fees to **CLERK** | **$35.00** | |
| 1107. Attorney's fees to | | |
| (includes above items numbers: ) | | |
| 1108. Title insurance to **Surety Title Company, LLC - Trust** | **$717.77** | |
| (includes above items numbers: ) | | |
| 1109. Lender's coverage **$0.00/$0.00** . | | |
| 1110. Owner's coverage **$50,500.00/$717.77** | | |
| 1111. Other Fees to | | |
| 1112. Other Fees to | | |
| 1113. to **Surety Title Company, LLC - Trust** | | |
| 1114. Tax Search to **Surety Title Company, LLC - Trust** | **$45.00** | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees Deed **$278.75** ; Mortgage ; Rel to **County Clerk** | **$278.75** | |
| 1202. Realty Transfer Fee Deed **$2,311.89** ; Mortgage to **County Clerk** | **$2,311.89** | |
| 1203. State Tax/Stamps Deed ; Mortgage to **County Clerk** | | |
| 1204. to | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Water Acct 014-51000-05544-001 to **Water Revenue Bureau** | | **$564.78** |
| 1302. PGW ESTIMATE to | | **$500.00** |
| 1303. Deed Prep to **Surety Title Company, LLC - Trust** | **$75.00** | |
| 1304. 2024/26 Tax Due 514286500 to **City of Philadelphia** | **$3,749.04** | |
| 1305. PAK LAW SEARCH to | | **$70.00** |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | **$12,462.45** | **$1,134.78** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

Preliminary
Preliminary
Preliminary

| Yikonbass, LLC | RAD Diversified Reit Inc |
|---|---|
| ________________________ | ________________________ |
| By | By |

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

__________________________________ __________________
Settlement Agent Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.