UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RAD Diversified REIT, Inc.

Debtor. /

Case No.: 8:26-bk-01636-CPM
Chapter 11

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW, BSI Financial Services as servicer for Civic Financial Services, LLC (the "Movant"), files its Motion for Relief from the Automatic Stay in this case in order to exercise any and all rights the Movant may have in the collateral known as 129 S Redfield St, Philadelphia, PA 19139 (the "Property") and more fully described below, or in the alternative, adequate protection, and for cause would show the Court as follows:

1. On March 1, 2026, RAD Diversified REIT, Inc.(the "Debtor"), filed for relief under Chapter 11 of the Bankruptcy Code.

2. Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. §1334, 11 U.S.C. §362 and all other applicable rules and statues affecting jurisdiction of the Bankruptcy Courts generally.

3. Pursuant to the provision of 11 U.S.C. § 362(d)(1), the Court shall grant relief from the automatic stay of creditors for cause and/or lack of adequate protection in the subject collateral upon request of a party in interest.

4. RAD Diversified REIT, Inc., A Maryland Corporation executed and delivered a Note to Civic Financial Services, LLC, a California Limited Liability Company in the principal amount of $162,000.00 for property located at 129 S Redfield St, Philadelphia, PA 19139 (the "Property"). See Note as Exhibit A.

5. In connection with the Note and as security for the loan, RAD Diversified REIT, Inc., executed a Mortgage in the original principal amount of $162,000.00 using the Property as collateral. The Mortgage was recorded on November 10, 2022, as Instrument Number 54119369 in the Philadelphia County Clerk's Office. See Mortgage as Exhibit B.

6. The Note and Mortgage were assigned to Movant by a recorded assignment. See Assignment as Exhibit C.

7. BSI Financial services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

8. Funds were advanced in connection with the aforementioned Note as purchase money for the Property, more fully described:

> **SITUATE on the corner formed by the intersection of the East side of Redfiled Street with the North side of Sansom Street in the 3rd (formerly 46th) Ward of the City of Philadelphia.**
>
> Property physical address: 129 S Redfield St, Philadelphia, PA 19139

9. The terms of the aforementioned Note entitled the Movant to possession of the Property upon Default. The Movant has declared RAD Diversified REIT, Inc. in Default.

10. RAD Diversified REIT, Inc., has defaulted under the terms of the Note by failing to make the payments as required under the Note. The account is currently due for the December 1, 2024, payment as of September 2, 2026. See Reinstatement as Exhibit D.

11. As of September 2, 2026, the payoff is $196,097.05.

12. As of September 2, 2026, the unpaid interest-bearing principal balance is $162,000.00.

13. According to the Philadelphia County Property Appraiser, the estimated market value of the Property is $141,100.00. Movant adopts this figure for the purposes of this Motion but reserves the right to request access to the Property for the purpose of conducting an interior appraisal to more accurately quantify its value, in the event the value of the Property is contested. Taking into account transaction fees and exemptions, there is minimal or no equity in the Property for the benefit of the bankruptcy estate. See Value as Exhibit E.

14. The Movant's security interest in the Property is being significantly jeopardized by Debtor's failure to comply with the terms of the subject loan documents while the Movant is prohibited from pursuing lawful remedies to protect such interest. The Movant has no protection against the erosion of its collateral position and no other form of adequate protection is provided.

15. If the Movant is not permitted to enforce its security interest in the collateral or be provided with adequate protection, it will suffer irreparable injury, loss, and damage.

16. The Movant further requests this Court grant it *in rem* relief from the automatic stay in the case pursuant to § 362(d)(1) of the Bankruptcy Code, for cause, namely the lack of adequate protection to the Movant for its interest in the Property. The value of the Property is insufficient in and of itself to be provided to the Movant. The Movant additionally seeks *in rem* relief from the automatic stay pursuant to § 362(d)(2) of the Bankruptcy Code, as the Property is unnecessary for an effective reorganization of the Debtor's assets as this is a Chapter 11 Case.

WHEREFORE, the Movant prays this Honorable Court enter an order terminating the automatic stay *in rem* under 11 U.S.C. § 362(d)(1) and 11 U.S.C. § 362(d)(2) to permit Movant to take any and all steps necessary to exercise any and all rights it may have in the Property

described herein, to gain possession of the Property, to waive the 14-day stay imposed to Fed.R.Bankr.P. 4001(a)(4), to seek recovery of its reasonable attorneys' fees and costs incurred in this proceeding, and to any such further relief as this Honorable Court deems just and proper.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Movant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on September 30, 2026:

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

## **SERVICE LIST CASE NO. 8:26-bk-01636-CPM**

**VIA FIRST CLASS MAIL**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688
**Debtor**

U.S. Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602

**Debtor's Attorney**
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509