# Exhibit C

eRecorded in Philadelphia PA Doc Id: 54159308
03/16/2023 11:09 AM Page 1 of 3 Rec Fee: $242.75
Receipt#: 23-20981
Records Department Doc Code: A

Document prepared by: J. Scott
Recording Requested By, and
When Recorded Please Return To:
Civic Financial Services, LLC
2015 Manhattan Beach Blvd., Suite 106
Redondo Beach, CA 90278
Reference ID:
Parcel ID:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# ASSIGNMENT OF MORTGAGE

For value received, the undersigned hereby grants, assigns and transfers to

**Citibank, N.A., as trustee on behalf of MAV 1**
**One MetLife Way, Whippany, NJ 0798111**

all beneficial interest under that certain MORTGAGE dated 10/27/2022 executed by RAD Diversified REIT, Inc., a Maryland Corporation, Borrower(s), to Civic Financial Services, LLC, as Originating Lender, recorded on 11/10/2022 as Document Id 54119369 of Official Records in the office of the County Recorder of Philadelphia County, State of Pennsylvania (hereinafter, the "MORTGAGE"), together with the Promissory Note secured by said MORTGAGE and also all rights accrued or to accrue under said MORTGAGE and Promissory Note.

Property Address: 129 S Redfield St, Philadelphia, PA 19139
Legal Description: Attached hereto and made a part hereof as Exhibit A.

**Dated: March 6, 2023**

**Civic Financial Services, LLC, a California limited liability company**
By: Civic Ventures, LLC, a Delaware limited liability company
Its: Manager

By: [signature]
Name: Thomas French
Title: Manager, Default Assets
Civic Financial Services, LLC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

| | | |
|---|---|---|
| State of | California | ) ss |
| County of | Los Angeles | ) |

On March 6, 2023, before me, J. A. Scott, Notary Public, personally appeared Thomas French, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is /are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature J. A. Scott (Seal)

J. A. SCOTT
Notary Public - California
Los Angeles County
Commission #
My Comm. Expires Jun 29, 2026

Reference II

**Exhibit A – Legal Description**

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the corner formed by the intersection of the East side of Redfield Street with the North side of Sansom Street in the 3rd (formerly 46th) Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Redfield Street 16 feet and extending of that width in length or depth Eastward between parallel lines, the South line thereof along the said North side of Sansom Street, 65 feet to a certain 3 feet wide alley.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alley as and for a passageway and watercourse at all times hereafter, forever.

BEING known as No. 129 South Redfield Street.

Being the same premises which Anita B. King and Yetta M. King by Deed dated 11/5/2013 and recorded 2/24/2014 in Philadelphia County as Document No. 52752557 conveyed unto Anita B. King: Juanell Y. Lee and Nathaniel J. Purvis, Sr., in fee.
Being the same premises which Anita B. King and Juanell Y. Lee and Nathaniel J. Purvis, Sr. by Deed dated 9/23/2021 and recorded 1/4/2022 in Philadelphia County as Document No. 53934784 conveyed unto Anita B. King and Juanell Y. Lee and Nathaniel J. Purvis, Sr., in fee.
Being the same premises which Anita B. King and Juanell Y. Lee and Nathaniel J. Purvis, Sr. by Deed dated 9/27/2021 and recorded 1/4/2022 in Philadelphia County as Document No. 53934785 conveyed unto DDH Fund, LP, in fee.

Certificate of Residence of Mortgagee/Assignee

The undersigned hereby certifies that: (i) he/she is the Mortgagee or the duly or the duly authorized attorney or agent of the Mortgagee named in the within instrument; and (ii) Mortgagee's precise residence is:

**Citibank, N.A., as trustee on behalf of MAV 1**
**One MetLife Way**
**Whippany, NJ 0798111**

Witness my hand this 6th day of March, 2023.

Signature of Mortgagee or Mortgagee's/Assignee's
Duly Authorized Attorney or Agent

**THOMAS FRENCH**
Type or Print Name of Mortgagee or Mortgagee's
Duly Authorized Attorney or Agent

**eRecorded in Philadelphia PA Doc Id: 54412273**
**04/14/2025 11:59 AM Page 1 of 3 Rec Fee: $242.75**
**Receipt#: 25-30315**
**Records Department Doc Code: A**

When Recorded Return To:
Assignments and Lien Release
Title Clearing and Escrow
1601 LBJ Freeway Suite 150
Farmers Branch, TX 75234

---

## CORPORATE ASSIGNMENT OF MORTGAGE

**Philadelphia, Pennsylvania**
**Fay Servicing#: ***** , "RAD Diversified REIT, Inc.,"** **Escrow/Title:**

Date of Assignment: April 14th, 2025

Assignor: Citibank, N.A., as trustee on behalf of MAV 1,By Fay Servicing, LLC, as Attorney In Fact
Assignee: Civic Financial Services, LLC, a California Limited Liability Company

I hereby certify the precise address of the within named Assignee is 2015 Manhattan Beach Blvd, Suite 106, Redondo Beach, CA 90278.

Executed By: RAD Diversified REIT, Inc., a Maryland Corporation organized and existing under the laws of Maryland To: CIVIC FINANCIAL SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Dated: 10-27-2022 Recorded: 11-10-2022 as Instrument/Document 54119369 In the County of Philadelphia, State of Pennsylvania.

Property Address: 129 S REDFIELD ST, PHILADELPHIA, PA 19139 in the City of PHILADELPHIA

Legal:See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

I do certify that the precise address of Civic Financial Services, LLC, a California Limited Liability Company is 2015 Manhattan Beach Blvd, Suite 106, Redondo Beach, CA 90278
Attested By:

__________________________

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $162,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 3

Citibank, N.A., as trustee on behalf of MAV 1,By Fay Servicing, LLC, as Attorney In Fact
On April 14th, 2025

By:____________________
Veronica Talley, Assistant Secretary

(This area for corporate seal)

STATE OF Texas
COUNTY OF Dallas

On April 14th, 2025, before me, John Rodriguez, a Notary Public in and for Dallas in the State of Texas, personally appeared Veronica Talley, Assistant Secretary of Citibank, N.A., as trustee on behalf of MAV 1,By Fay Servicing, LLC, as Attorney In Fact, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

____________________
John Rodriguez
Notary Expires: 6/24/2026

John Rodriguez
My Commission Expires
6/24/2026
Notary ID

**Exhibit A**

**Exhibit A**
**Legal Description**

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the corner formed by the intersection of the East side of Redfield Street with the North side of Sansom Street in the 3rd (formerly 46th) Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Redfield Street 16 feet and extending of that width in length or depth Eastward between parallel lines, the South line thereof along the said North side of Sansom Street, 65 feet to a certain 3 feet wide alley.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alley as and for a passageway and watercourse at all times hereafter, forever.

BEING known as No. 129 South Redfield Street.

Being the same premises which Anita B. King and Yetta M. King by Deed dated 11/5/2013 and recorded 2/24/2014 in Philadelphia County as Document No. 52752557 conveyed unto Anita B. King: Juanell Y. Lee and Nathaniel J. Purvis, Sr., in fee.
Being the same premises which Anita B. King and Juanell Y. Lee and Nathaniel J. Purvis, Sr. by Deed dated 9/23/2021 and recorded 1/4/2022 in Philadelphia County as Document No. 53934784 conveyed unto Anita B. King and Juanell Y. Lee and Nathaniel J. Purvis, Sr., in fee.
Being the same premises which Anita B. King and Juanell Y. Lee and Nathaniel J. Purvis, Sr. by Deed dated 9/27/2021 and recorded 1/4/2022 in Philadelphia County as Document No. 53934785 conveyed unto DOH Fund, LP, in fee.

| APN | ADDRESS |
| --- | --- |
| | 129 S Redfield St<br>Philadelphia, PA 19139 |