UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/29/2026 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:26-bk-01636-CPM** **11** **03/01/2026**

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Continued Hearing on Emergency Motion to Use Cash Collateral for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #50

.. - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Fay Servicing, LLC (related document(s)50). (Morra, Tricia) Doc #235

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Selene Finance LP (related document(s)50). (Morra, Tricia) Doc #236

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor NewRez, LLC (related document(s)[50]). (Morra, Tricia) Doc #239

2. Motion for Relief from Stay. (Fee Paid.) Re: 1721 N Lindenwood St, Philadelphia, PA 19131. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust Doc #394

3. Motion for Relief from Stay Or, in the Alternative, for Adequate Protection. (Fee Paid.) Re: 151 Bryn Mawr Ave, Lansdowne, PA 19050. Filed by Tricia A Morra on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST. Doc #432

4. Motion for Relief from Stay. (Fee Paid.) Re: 509 N 63rd Street, Philadelphia, PA 19151. Motion for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB Doc #549

5. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 917 Almond Street, Bayton, TX. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its ndividual capacity but solely as trustee of Greene Street Funding Trust II Doc #827

6. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5166 VIOLA STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Doc #948

7. First Application for Interim Compensation of Pack Law, as Counsel to the Debtors for Joseph A Pack, Debtor's Attorney, Fee:

$600,000.00, Expenses: $43,382.87, for the period of to. For the period: March 1, 2026 through July 15, 2026 Contains negative notice. Filed by Attorney Joseph A Pack Doc #960

... - Objection to First Application for Interim Compensation of Pack Law, as Counsel to the Debtors. Filed by Creditor Alberto Rodriguez (related document(s)960). Doc #991

... - Limited Objection to First Application for Interim Compensation of Pack Law, as Counsel to the Debtors. Filed by Creditor Fang Zheng (related document(s)960). Doc #993

... - Objection to First Interim Application of Pack Law for Compensation. Filed by Creditor Dayanne Christensen (related document(s)960). Doc #997

... - Limited Objection to First Application for Interim Compensation of Pack Law, as Counsel to the Debtors for Joseph A Pack, Debtor's Attorney, Fee: $600,000.00, Expenses: $43,382.87, for the period of to. For the period: March 1, 2026 through July 15, 2026. Filed by Creditor Brent A. Mendenhall (related document(s)960). Doc #1024

... - Limited Objection to First Application for Interim Compensation of Pack Law. Filed by Creditor Steven Scott Kostka (related document(s)960). Doc #1025

... - Limited Objection to First Application for Interim Compensation of Pack Law,. Filed by Creditor Debra Fuentes (related document(s)960). Doc #1026

... - Limited Objection to First Application for Interim Compensation of Pack Law. Filed by Creditor Lawrence D Hansen (related document(s)960). Doc #1027

... - Limited Objection to Application for Compensation. Filed by Creditor Mark A. Dreyer (related document(s)960). Doc #1006

8. Motion for Relief from Stay. (Fee Paid.) Re: 1718 Monument Street, Philadelphia, PA 19121. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #963

9. Motion for Relief from Stay. (Fee Paid.) Re: 4114 N. Darien St., Philadelphia, PA 19140; 3712 N. Percy St., Philadelphia, PA 19140; 2648 N. Stanley St., Philadelphia 19132. , or in the alternative Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #979

10. Motion to Allow Late Claim Filed by Toni Townsend on behalf of Creditor Wilmington Savings Fund Society, FSB, solely as Trustee for Residential Mortgage Aggregation Trust Doc #1001

11. Motion for Relief from Stay. (Fee Paid.) Re: 18 North Village Avenue, Exton, PA 19341-1211. Filed by Kylie Ann Riordan on behalf of Creditor U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 Doc #1007

12. Application for Compensation of Baker & Hostetler LLP, Counsel for The Examiner, for Payment of Compensation and Reimbursement of Expenses for Andrew V Layden, Other Professional, Fee: $83,973.50, Expenses: $1,297.93, for the period of to. For the period: April 2, 2026 through August 31, 2026. Filed by Attorney Andrew V Layden Doc #1077

13. Application for Compensation for Maria M Yip, Examiner, Fee: $51,847.00, Expenses: $422.50, for the period of to. For the period: April 2, 2026 through August 31, 2026. Filed by Attorney Andrew V Layden Doc #1078

14. Application for Compensation of Hal A. Levenberg, CIRA, CFE and Yip Associates, as Forensic Accountants for Chapter 11 Examiner for Maria M Yip, Other Professional, Fee: $468,390.00, Expenses: $586.90, for the period of to. For the period: April 2, 2026 through August 31, 2026 Filed by Attorney Andrew V Layden Doc #1079

15. Application for Compensation for Greenberg Traurig, LLP, Creditor Comm. Aty, Fee: $182,225.00, Expenses: $229.10, for the period of to. For the period: April 11, 2026 through August 31, 2026 Contains negative notice. Filed by Attorney Greenberg Traurig, LLP Doc #1080

16. Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[577], [695]). (Attachments: # [1] Exhibit A: Draft Settlement Statement for 5538 and 5540 Linmore Avenue, Philadelphia, PA # [2] Exhibit V: Draft Settlement Statement for 5544 Linmore Avenue, Philadelphia, PA) Doc #1115

17. Expedited Motion for Entry of Order (I) Conditionally Approving Disclosure Statement as Providing Adequate Information Within the Meaning of Section 1125(a) of the Bankruptcy Code; (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan of Liquidation; (III) Approving the Form of Ballots; (IV) Scheduling a Hearing on Confirmation of the Plan; (V) Approving the Form, Manner, and Scope of Notices; and (VI) Granting Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[1151], [1148], [1149], [1150]). Doc #1152

18. Status Conference to discuss confirmation

.

**APPEARANCES:**:
AAPPEARANCES: via zoom: Ari Newman, Bob Herbert, Chrissie Herbert, Charmaine Brooks, Danielle Merola, Debra Fuentes, Donna Glick, Dyanne Christensen, Jay Passer, Jessey Krehl, Jillian Snider, John Elrod, Jon Barber, Katie Goodman, Kylie Riordan, Troy Lawrence, Xiany Zhu, Sandra Small, Susan Intorre, Melbalynn Fisher, Jeff Kaplan, Travis Baily, Margaret Whitefarnam, Mayank Desai, Samantha Kelley, Tricia Morra, Guy Van Baalen, Nicole Peair AAPPEARANCES: in person: Maria Yip, Hal Levenberg

**RULING:**
1. Continued Hearing on Emergency Motion to Use Cash Collateral for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #50

...Granted (interim); further hearing 11/17/2026 at 4:00 p.m. - Order by Krehl / Pack...

.. - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Fay Servicing, LLC (related document(s)50). (Morra, Tricia) Doc #235

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Selene Finance LP (related document(s)50). (Morra, Tricia) Doc #236

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor NewRez, LLC (related document(s)[50]). (Morra, Tricia) Doc #239

2. Motion for Relief from Stay. (Fee Paid.) Re: 1721 N Lindenwood St, Philadelphia, PA 19131. Motion for Relief from Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust Doc #394

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures.

3. Motion for Relief from Stay Or, in the Alternative, for Adequate Protection. (Fee Paid.) Re: 151 Bryn Mawr Ave, Lansdowne, PA 19050. Filed by Tricia A Morra on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST. Doc #432

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

4. Motion for Relief from Stay. (Fee Paid.) Re: 509 N 63rd Street, Philadelphia, PA 19151. Motion for Relief from the Automatic Stay or, in the Alternative, for Adequate Protection Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB Doc #549

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

5. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 917 Almond Street, Bayton, TX. Filed by Amy M Kiser on behalf of Creditor U.S. Bank Trust National Association, not in its ndividual capacity but solely as trustee of Greene Street Funding Trust II Doc #827

...Granted - Order by Kiser...

6. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 5166 VIOLA STREET, PHILADELPHIA, PA 19131. Filed by Seth J Greenhill on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Doc #948

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

7. First Application for Interim Compensation of Pack Law, as Counsel to the Debtors for Joseph A Pack, Debtor's Attorney, Fee: $600,000.00, Expenses: $43,382.87, for the period of to. For the period: March 1, 2026 through July 15, 2026 Contains negative notice. Filed by Attorney Joseph A Pack Doc #960

...Approved as to the amount of the retainer & expenses - Order by Krehl / Pack...

... - Objection to First Application for Interim Compensation of Pack Law, as Counsel to the Debtors. Filed by Creditor Alberto Rodriguez (related document(s)960). Doc #991

...Sustained in part; overruled in part - Order by Chambers...

... - Limited Objection to First Application for Interim Compensation of Pack Law, as Counsel to the Debtors. Filed by Creditor Fang Zheng (related document(s)960). Doc #993

...Sustained in part; overruled in part - Order by Chambers...

... - Objection to First Interim Application of Pack Law for Compensation. Filed by Creditor Dayanne Christensen (related document(s)960). Doc #997

...Sustained in part; overruled in part - Order by Chambers...

... - Limited Objection to First Application for Interim Compensation of Pack Law, as Counsel to the Debtors for Joseph A Pack, Debtor's Attorney, Fee: $600,000.00, Expenses: $43,382.87, for the period of to. For the period: March 1, 2026 through July 15, 2026. Filed by Creditor Brent A. Mendenhall (related document(s)960). Doc #1024

...Sustained in part; overruled in part - Order by Chambers...

... - Limited Objection to First Application for Interim Compensation of Pack Law. Filed by Creditor Steven Scott Kostka (related document(s)960). Doc #1025

...Sustained in part; overruled in part - Order by Chambers...

... - Limited Objection to First Application for Interim Compensation of Pack Law,. Filed by Creditor Debra Fuentes (related document(s)960). Doc #1026

...Sustained in part; overruled in part - Order by Chambers...

... - Limited Objection to First Application for Interim Compensation of Pack Law. Filed by Creditor Lawrence D Hansen (related document(s)960). Doc #1027

...Sustained in part; overruled in part - Order by Chambers...

... - Limited Objection to Application for Compensation. Filed by Creditor Mark A. Dreyer (related document(s)960). Doc #1006

...Sustained in part; overruled in part - Order by Chambers...

8. Motion for Relief from Stay. (Fee Paid.) Re: 1718 Monument Street, Philadelphia, PA 19121. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #963

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

9. Motion for Relief from Stay. (Fee Paid.) Re: 4114 N. Darien St., Philadelphia, PA 19140; 3712 N. Percy St., Philadelphia, PA 19140; 2648 N. Stanley St., Philadelphia 19132. , or in the alternative Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #979

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

10. Motion to Allow Late Claim Filed by Toni Townsend on behalf of Creditor Wilmington Savings Fund Society, FSB, solely as Trustee for Residential Mortgage Aggregation Trust Doc #1001

...Granted - Order by Townsend...

11. Motion for Relief from Stay. (Fee Paid.) Re: 18 North Village Avenue, Exton, PA 19341-1211. Filed by Kylie Ann Riordan on behalf of Creditor U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 Doc #1007

...Continued in open court to 12/17/2026 at 3:30 p.m - no further notice will be given...

12. Application for Compensation of Baker & Hostetler LLP, Counsel for The Examiner, for Payment of Compensation and Reimbursement of Expenses for Andrew V Layden, Other Professional, Fee: $83,973.50, Expenses: $1,297.93, for the period of to. For the period: April 2, 2026 through August 31, 2026. Filed by Attorney Andrew V Layden Doc #1077

...Approved in part; Deferred in part - Order by Merola...

13. Application for Compensation for Maria M Yip, Examiner, Fee: $51,847.00, Expenses: $422.50, for the period of to. For the period: April 2, 2026 through August 31, 2026. Filed by Attorney Andrew V Layden Doc #1078

...Approved in part; Deferred in part - Order by Merola...

14. Application for Compensation of Hal A. Levenberg, CIRA, CFE and Yip Associates, as Forensic Accountants for Chapter 11 Examiner for Maria M Yip, Other Professional, Fee: $468,390.00, Expenses: $586.90, for the period of to. For the period: April 2, 2026 through August 31, 2026 Filed by Attorney Andrew V Layden Doc #1079

...Approved in part; Deferred in part - Order by Merola...

15. Application for Compensation for Greenberg Traurig, LLP, Creditor Comm. Aty, Fee: $182,225.00, Expenses: $229.10, for the period of to. For the period: April 11, 2026 through August 31, 2026 Contains negative notice. Filed by Attorney Greenberg Traurig, LLP Doc #1080

...Approved - Order by Elrod...

16. Expedited Motion (A) to Confirm Sale of Real Property, (B) to Authorize Distributions at Closing, (C) to Establish Good Faith of Purchaser, and (D) for Related Relief Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[577], [695]). (Attachments: # [1] Exhibit A: Draft Settlement Statement for 5538 and 5540 Linmore Avenue, Philadelphia, PA # [2] Exhibit V: Draft Settlement Statement for 5544 Linmore Avenue, Philadelphia, PA) Doc #1115

...Granted - Order by Krehl...

17. Expedited Motion for Entry of Order (I) Conditionally Approving Disclosure Statement as Providing Adequate Information Within the Meaning of Section 1125(a) of the Bankruptcy Code; (II) Establishing Procedures for Solicitation and Tabulation of Votes on Plan of Liquidation; (III) Approving the Form of Ballots; (IV) Scheduling a Hearing on Confirmation of the Plan; (V) Approving the Form, Manner, and Scope of Notices; and (VI) Granting Related Relief Filed by Joseph A Pack on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)[1151], [1148], [1149], [1150]). Doc #1152

...Granted - Order by Krehl...

18. Status Conference to discuss confirmation

...Status Conference held...

NOTE: [Judge discussed]

- Motion to Establish Sale Confirmation, Distribution, and Closing Procedures Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc # 1173

...to be set 10/15/2026 at 3:30 p.m....

.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.