UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN RE:**

**CASE NO.: 8:26-bk-01636-CPM**
**CHAPTER 11**

**RAD Diversified REIT, Inc.,**
**Debtor.**

____________________________________/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CIM TRUST 2023-I1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Travis Bailey
Travis Bailey
Email: trbailey@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RAD DIVERSIFIED REIT, INC.
JOINTLY ADMINISTERED WITH
26-BK-01637-CPM, 26-BK-01638-CPM
26-BK-01639-CPM, 26-BK-01640-CPM
11418 US-19 N.
PORT RICHEY, FL 34688

And via electronic mail to:

PACK LAW
51 NE 24TH STREET, STE 108
MIAMI, FL 33137

UNITED STATES TRUSTEE - TPA
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

NICOLE PEAIR
TIMBERLAKE ANNEX
501 E POLK STREET, SUITE 1200
TAMPA, FL 33602

By: /s/Paul Edwards