**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | **Ref. Docket No. 11** |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced documents were electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On September 30, 2026, I caused to be served the:

   a. "Official Form 309F1 (For Corporations or Partnerships) Notice of Chapter 11 Bankruptcy Case," filed on September 16, 2026, *related to Case No. 8:26-bk-08030*, [Docket No. 11], and

b. "Chapter 11 Filing of the Seminar Solution, LLC," a copy of which is annexed hereto as Exhibit A,

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

4. All envelopes utilized in the service of the foregoing contained the following legend: “LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.”

*/s/ Jack Lawrence*
Jack Lawrence

# EXHIBIT A

## CHAPTER 11 FILING OF THE SEMINAR SOLUTION, LLC

This notice is being sent to provide you with information related to **The Seminar Solution, LLC ("TSS")**, which filed a petition for chapter 11 bankruptcy on September 4, 2026 and has requested joint administration with the bankruptcy cases of RAD Diversified REIT, Inc. ("**RAD REIT**"); RAD Diversified OZ Fund, LP; DHI Fund, LLC; DHI Holdings, LP; and DDH Fund, LLC (collectively, the "**Debtors**"). **Please read this notice in its entirety, because it includes important information that may impact you.**

| Important Dates and Deadlines Related to TSS | |
|---|---|
| Petition Date | September 4, 2026 |
| Deadline to File Proofs of Claim | November 13, 2026 |
| Telephonic Meeting of Creditors | October 7, 2026 at 10:30 a.m. |

***Why am I receiving this notice?***

You are receiving this notice because you are included as an interested party (a creditor, investor, or other impacted party) in the bankruptcy cases of one or more of the Debtors, including TSS.

***How do I attend the telephonic meeting of creditors?***

The Section 341(a) Creditors Meeting will take place on October 7, 2026 at 10:30 a.m. EDT. The U.S. Trustee will hold the meeting telephonically. The call in number is 844-767-5651, Passcode: 616391#.

***I already filed my claim against RAD REIT or another Debtor. Do I need to do anything?***

If you already filed a timely claim against RAD REIT or another Debtor, that claim remains in place (subject to any rights of the Debtors or any other party) and you do not need to take any further action with respect to RAD REIT or such other Debtor. If you have a claim against TSS in addition to another Debtor, you must file a separate proof of claim for your claims against TSS. **Do not re-file your claim against RAD REIT or any Debtor other than TSS.**

***I do have a claim against The Seminar Solution, LLC. What do I do now?***

For more information on how to file your claim against TSS, see the instructions available at the website for the Debtors' cases, https://dm.epiq11.com/case/radd/info. To submit your claim against TSS, please follow the instructions below.

To file a proof of claim online, go to:
https://www.epiqworkflow.com/account/login?returnUrl=%2Fcases%2FRDX

To file a proof of claim by First-Class Mail, submit to:
RAD Diversified REIT, Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

To file a claim by Hand Delivery or Overnight Mail, submit to:
RAD Diversified REIT, Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

# EXHIBIT B

RAD Diversified REIT
Mailing_Address_14385_Redacted

| Name | Address |
|---|---|
| ADAMS, DONALD SCOTT | ADDRESS ON FILE |
| BENSON, RAYMOND | ADDRESS ON FILE |
| DALLMEYER, MICHAEL | ADDRESS ON FILE |
| DURKIN, WILLIAM | ADDRESS ON FILE |
| EE, MARY-ANN | ADDRESS ON FILE |
| GRAY, TIMOTHY BRIAN | ADDRESS ON FILE |
| HEIDLAS, JUERGEN | ADDRESS ON FILE |

Total Count: 7