UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flsb.uscourts.gov

In re: Case No.: 8:26-bk-01636-CPM

RAD DIVERSIFIED REIT, INC., Chapter 11

Debtor.
_________________________________/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

PLEASE TAKE NOTICE that Hector E. Lora, Esq. of the law firm of GENDLER & GENDLER, PLLC hereby appears as counsel for Creditor, Joseph Censullo, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

Hector E. Lora, Esq.
GENDLER & GENDLER, PLLC
P.O. Box 450135
Fort Lauderdale, Florida 33345
Tel. no.: (954) 639-9916
E-mail: HLora@gendlerlawyers.com
Secondary email: Eservice@GendlerLawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any rights of Creditor: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Creditor expressly reserves hereby.

Dated: October 1, 2026

Respectfully submitted,

**GENDLER & GENDLER, PLLC**
P.O. Box 450135
Fort Lauderdale, Florida 33345
Tel. no.: 954) 639-9916

By: *_/s/ Hector E. Lora_*
Hector E. Lora, Esquire
Florida Bar No. 755842
Primary E-mail:
HLora@GendlerLawyers.com
Secondary E-mail:
Eservice@GendlerLawyers.com

*Counsel for Creditor, Joseph Censullo*

**Certificate of Service**

I HEREBY CERTIFY that on **October 1, 2026** a true and correct copy of the foregoing was served on all interested parties registered to receive electronic notice in this case by electronic transmission through the Court's CM/ECF system pursuant to Local Rule 1001-2.

*/s/ Hector E. Lora*