ORDERED.

**Dated: September 30, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re

| | |
|---|---|
| RAD Diversified REIT, Inc. | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP, | Case No. 8:26-bk-01637 |
| DHI Fund, LLC, | Case No. 8:26-bk-01638 |
| DHI Holdings, LP, | Case No. 8:26-bk-01639 |
| DDH Fund, LLC, | Case No. 8:26-bk-01640 |

Debtors.

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RAD DIVERSIFIED REIT, INC., *ET AL.*, FOR THE PERIOD OF APRIL 11, 2026 THROUGH AUGUST 31, 2026**

THIS MATTER came before the Court on September 29, 2026 for a hearing upon the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Greenberg Traurig, LLP, as Counsel to the Official Committee of Unsecured Creditors of RAD Diversified REIT, Inc., et al., for the Period of April 11, 2026 through August 31, 2026* [Dkt. No.

1080] (the "Application"), filed by applicant Greenberg Traurig, LLP (the "Applicant"), counsel to the Official Committee of Unsecured Creditors of the jointly administered bankruptcy estates of RAD Diversified REIT, Inc., RAD Diversified OZ Fund, LP, DHI Fund, LLC, DHI Holdings, LLC, and DDH Fund, LLC (collectively, the "Debtors"). The Application seeks entry of an order pursuant to section 330(a) of title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Local Rules"), approving compensation for the actual, reasonable and necessary attorneys' fees in the amount of $182,225.00 incurred during the period from April 11, 2026 through August 31, 2026 (the "Application Period"), approving reimbursement of expenses in the amount of $229.10 incurred during the Application Period, and authorizing and directing the Debtors to pay Applicant fees in the amount of $145,780.00, representing 80% of the allowed fees, and expenses in the amount of $229.10, for a total payment to Applicant of $146,009.10. The Application was served upon all interested parties informing the parties of their opportunity to respond by September 25, 2026. No party filed a response within the time permitted.

At the September 29, 2026 hearing, the Applicant and Office of the United States Trustee announced an agreement to defer allowance of 20% of the fees requested in the Application. Accordingly, it is **ORDERED**:

1. The Application is **GRANTED** on an interim basis as set forth herein.

2. Applicant's fees in connection with its services as counsel to the Committee for the Application Period are allowed on an interim basis in the amount of $145,780.00. There will be a holdback of 20% of the fees requested in the Application until final fee applications are heard and awarded.

3. Reimbursement of Applicant's actual, reasonable and necessary expenses incurred in connection with its services as counsel to the Committee is allowed on an interim basis in the amount of $229.10.

4. The Debtors are authorized and directed to pay Applicant on an interim basis fees in the amount of $145,780.00, representing 80% of the allowed fees, and expenses in the amount of $229.10, for a total payment to Applicant of $146,009.10, incurred during the Application Period in connection with its services as counsel to the Committee.

5. All parties reserve all rights with respect to approval of fees and expenses on a final basis.

# # #

John D. Elrod Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.