ORDERED.

**Dated: September 29, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No. 8:26−bk−01636−CPM
Chapter 11

RAD Diversified REIT, Inc.

Debtor* /

**ORDER OVERRULING LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SUSAN INTORRE, NON−DEBTOR 50% CO−OWNER, REGARDING DEBTORS' EXPEDITED AGREED MOTION TO SELL REAL PROPERTY [DKT. NO. 1055]**

THIS CASE came on for consideration without a hearing of the **Limited Objection and Reservation of Rights of Susan Intorre, Non−Debtor 50% Co−Owner, Regarding Debtors' Expedited Agreed Motion to Sell Real Property [Dkt. No. 1055]** ( the "Objection") (Doc. **1132**).

The Court having considered the record, the Objection is overruled as mooted by Doc. No. 1181.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.