**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD Diversified REIT, Inc.

Case No.: 8:26-bk-01636-CPM
Chapter 11

Debtor. /

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Troy Valentine, declare as follows:

1. I am a AVP of Servis One, Inc. d/b/a BSI Financial Services ("BSI"). BSI services the mortgage loan concerning 1943 Ashley Rd, Philadelphia, Pennsylvania 19138 (the "Property") for Civic Financial Services, LLC ("Civic"). I am authorized to make this Declaration on BSI's and Civic's behalf.

2. In the ordinary course of my duties, I have access to and review BSI's business records concerning this loan. I am familiar with BSI's practices for creating, maintaining, receiving, integrating, and relying upon loan records. The records I reviewed are maintained in the regular course of BSI's business; entries are made at or near the time of the events recorded by, or from information transmitted by, persons with knowledge; and BSI regularly relies on those records in servicing the loan. This includes records received from prior servicers, owners, custodians, or agents that BSI has incorporated into its records and upon which BSI relies in the ordinary course of servicing.

3. I reviewed the records for this loan, including the Note and allonge, the Mortgage, the recorded assignments, BSI's servicing authority and limited power of attorney, the account history, the September 2, 2026 payoff statement, and the City of Philadelphia Office of Property Assessment record attached to the Motion.

4. The Debtor executed a Promissory Note dated October 28, 2022 in favor of Civic in the original principal amount of $172,000.00. The Note is secured by a Mortgage encumbering the Property that was recorded on November 8, 2022 as Document No. 54118350 in the Philadelphia real property records.

5. The loan file reflects a prior transfer to MAV 1 and an assignment of the Mortgage to Citibank, N.A., as trustee on behalf of MAV 1, recorded on March 17, 2023 as Document No. 54160021. The Mortgage was subsequently assigned back to Civic by Corporate Assignment of Mortgage recorded on April 14, 2025 as Document No. 54412089.

6. BSI's business records reflect that the loan and the right to enforce the Note were transferred back to Civic together with the Mortgage, that Civic is the current creditor entitled to enforce the Note and Mortgage, and that the original Note is held by or on behalf of Civic. Civic has authorized Servis One, Inc. d/b/a BSI Financial Services to service the loan and to act as its attorney-in-fact, including with respect to bankruptcy proceedings.

7. The loan matured before the Debtor filed this bankruptcy case. BSI's September 2, 2026 payoff statement reflects a maturity date of November 2024. The matured indebtedness has not been paid in full.

8. The payoff statement reflects that, as of September 2, 2026, the total amount required to pay the loan in full was $229,082.33, including an unpaid interest-bearing principal balance of $172,000.00. Interest and other amounts continue to accrue according to the loan documents and applicable law.

9. The City of Philadelphia Office of Property Assessment record downloaded September 25, 2026 lists a 2026 market value of $195,900.00 for the Property. Based on the payoff

balance and that value, the debt exceeds the stated value by approximately $33,182.33, before additional accruals after the payoff date.

10. Based on the foregoing, BSI's records reflect that there is no equity cushion protecting Civic's interest in the Property and that the matured debt remains unpaid. BSI has not received adequate protection sufficient to protect Civic's interest for the continued duration of the automatic stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 10/01/2026

Signature

Troy Valentine

Printed Name

AVP

Title