# Exhibit C

eRecorded in Philadelphia PA Doc Id: 54160021
03/17/2023 03:24 PM Page 1 of 3 Rec Fee: $242.75
Receipt#: 23-21634
Records Department Doc Code: A

Document prepared by: J. Scott
Recording Requested By, and
When Recorded Please Return To:
Civic Financial Services, LLC
2015 Manhattan Beach Blvd., Suite 106
Redondo Beach. CA 90278
Reference ID:
Parcel ID:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# ASSIGNMENT OF MORTGAGE

For value received, the undersigned hereby grants, assigns and transfers to

**Citibank, N.A., as trustee on behalf of MAV 1**
**One MetLife Way, Whippany, NJ 0798111**

all beneficial interest under that certain MORTGAGE dated 10/28/2022 executed by RAD Diversified REIT, Inc., a Maryland Corporation, Borrower(s), to Civic Financial Services, LLC, as Originating Lender, recorded on 11/08/2022 as Document Id 54118350 of Official Records in the office of the County Recorder of Philadelphia County, State of Pennsylvania (hereinafter, the "MORTGAGE"), together with the Promissory Note secured by said MORTGAGE and also all rights accrued or to accrue under said MORTGAGE and Promissory Note. **MORTGAGE AMOUNT $172,000.00**

Property Address: 1943 Ashley Rd, Philadelphia, PA 19138
Legal Description: Attached hereto and made a part hereof as Exhibit A.

**Dated: March 6, 2023**

**Civic Financial Services, LLC, a California limited liability company**
By: Civic Ventures, LLC, a Delaware limited liability company
Its: Manager

By: [signature]
Name: Thomas French
Title: Manager, Default Assets
Civic Financial Services, LLC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California } ss
County of Los Angeles }

On March 6, 2023, before me, J. A. Scott, Notary Public, personally appeared Thomas French, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is /are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

J. A. SCOTT
Notary Public - California
Los Angeles County
Commission # 2409289
My Comm. Expires Jun 29, 2026

Reference ID:

**Exhibit A – Legal Description**

The land referred to herein below is situated in the County of Philadelphia, State of Pennsylvania, and described as follows:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, described according to a Survey and Plan thereof made by George T. Shegog, Esquire, Surveyor and Regulator of the 15th District on April 17, 1931 as follows, to wit:

SITUATE on the North side of Ashley Road (40 feet wide) at the distance of 56 feet, 6-1/2 inches Eastward from the East side of Andrews Avenue (60 feet wide) in the 10th (formerly part of the 50th) Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Ashley Road, 18 feet 1/4 of an inch and extending of that width in length or depth Northward between parallel lines at right angles to the said Ashley Road 70 feet to the center of a certain 12 feet wide driveway which extends Eastward from Andrews Avenue to 19th Street.

TOGETHER with the free and common use, right, liberty and privilege of the said driveway as and for a driveway and watercourse and driveway at all times hereafter forever, in common with the owners, tenants and occupiers of other lots of ground bounding thereon.

BEING Known as 1943 Ashley Road.

OPA NO.

BEING the same premises which HSBC Mortgage Services, Inc., by Deed dated 05/14/2008 and recorded 08/06/2008 in the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 51948955, granted and conveyed unto Yuseff Gilmore-Bey and Erica Stout, as joint tenants with the right of survivorship.

Certificate of Residence of Mortgagee/Assignee

The undersigned hereby certifies that: (i) he/she is the Mortgagee or the duly or the duly authorized attorney or agent of the Mortgagee named in the within instrument; and (ii) Mortgagee's precise residence is:

**Citibank, N.A., as trustee on behalf of MAV 1**
**One MetLife Way**
**Whippany, NJ 0798111**

Witness my hand this 6th day of March, 2023.

Signature of Mortgagee or Mortgagee's/Assignee's
Duly Authorized Attorney or Agent

**THOMAS FRENCH**
Type or Print Name of Mortgagee or Mortgagee's
Duly Authorized Attorney or Agent

**eRecorded in Philadelphia PA Doc Id: 54412089**
**04/14/2025 08:18 AM Page 1 of 3 Rec Fee: $242.75**
**Receipt#: 25-30152**
**Records Department Doc Code: A**

When Recorded Return To:
Assignments and Lien Release
Title Clearing and Escrow
1601 LBJ Freeway Suite 150
Farmers Branch, TX 75234

---

## CORPORATE ASSIGNMENT OF MORTGAGE

**Philadelphia, Pennsylvania**
**Fay Servicing#: *****0632, "RAD Diversified REIT, Inc.," 839000729 TCE-411308-PA Escrow/Title: TCE-411308-PA**

Date of Assignment: April 14th, 2025

Assignor: Citibank, N.A., as trustee on behalf of MAV 1,By Fay Servicing, LLC, as Attorney In Fact
Assignee: CIVIC FINANCIAL SERVICES, LLC

I hereby certify the precise address of the within named Assignee is 2015 MANHATTAN BEACH BLVD STE 106, REDONDO BEACH, CA 90278.

Executed By: RAD Diversified REIT, Inc., a Maryland Corporstion organized and existing under the laws of Maryland To: Civic Financial Services, LLC, a California Limited Liability Company
Dated: 10-28-2022 Recorded: 11-08-2022 as Instrument/Document 54118350 In the County of Philadelphia, State of Pennsylvania.

Property Address: 1943 ASHLEY RD, PHILADELPHIA, PA 19138 in the City of PHILADELPHIA

Legal:See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

I do certify that the precise address of CIVIC FINANCIAL SERVICES, LLC is 2015 MANHATTAN BEACH BLVD STE 106, REDONDO BEACH, CA 90278
Attested By:

______________________

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $172,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 3

Citibank, N.A., as trustee on behalf of MAV 1,By Fay Servicing, LLC, as Attorney In Fact
On April 14th, 2025

By:____________________
Veronica Talley, Assistant Secretary

(This area for corporate seal)

STATE OF Texas
COUNTY OF Dallas

On April 14th, 2025, before me, John Rodriguez, a Notary Public in and for Dallas in the State of Texas, personally appeared Veronica Talley, Assistant Secretary of Citibank, N.A., as trustee on behalf of MAV 1,By Fay Servicing, LLC, as Attorney In Fact, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

____________________
John Rodriguez
Notary Expires: 6/24/2026 #133827910

NOTARY PUBLIC STATE OF TEXAS
John Rodriguez
My Commission Expires
6/24/2026
Notary ID 133827910

CORPORATE ASSIGNMENT OF MORTGAGE Page 3 of 3

## Exhibit A

Issuing Office File Number:

The land referred to herein below is situated in the County of Philadelphia, State of Pennsylvania, and described as follows:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, described according t Survey and Plan thereof made by George T. Shegog, Esquire, Surveyor and Regulator of the 15th District on April 17, 1931 as follows, to wit:

SITUATE on the North side of Ashley Road (40 feet wide) at the distance of 56 feet, 6-1/2 inches Eastward from the Ea side of Andrews Avenue (60 feet wide) in the 10th (formerly part of the 50th) Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Ashley Road, 18 feet 1/4 of an inch and extending of that width in length depth Northward between parallel lines at right angles to the said Ashley Road 70 feet to the center of a certain 12 fee wide driveway which extends Eastward from Andrews Avenue to 19th Street.

TOGETHER with the free and common use, right, liberty and privilege of the said driveway as and for a driveway and watercourse and driveway at all times hereafter forever, in common with the owners, tenants and occupiers of other lo of ground bounding thereon.

BEING Known as 1943 Ashley Road.

OPA NO.

BEING the same premises which HSBC Mortgage Services, Inc., by Deed dated 05/14/2008 and recorded 08/06/2008 i the Office of the Recorder of Deeds in and for the County of Philadelphia in Document No. 51948955, granted and conveyed unto Yuseff Gilmore-Bey and Erica Stout, as joint tenants with the right of survivorship.

**After Recording, Return To:**
Servis One, Inc. d/b/a/ BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Civic Financial Services LLC, a California Limited Liability Company, having its principal place of business at 2015 Manhattan Beach Boulevard Suite 101 Redondo Beach CA 90278, as the owner (the "**Owner**"), hereby constitutes and appoints Servis One, Inc. d/b/a BSI Financial Services (the "**Servicer**") and any officer or agent thereof, as its true and lawful attorney-in-fact with full power of substitution and authority, to act in the name, place and stead of the Owner or in the Servicer's own name, from time to time in the Servicer's discretion, for the purpose of managing and servicing Mortgage Loans and REO Properties, pursuant to that certain Servicing Agreement between the Owner and the Servicer dated as of August 5, 2014 (as amended from time to time, the "**Servicing Agreement**"), and to execute any and all documents and instruments as may be necessary or desirable to accomplish such tasks, and, without limiting the generality of the foregoing, the Owner hereby gives the Servicer the authority, power and right, on behalf of the Owner, without assent by the Owner, to:

1. execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, lost note affidavits, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, subordinations and modifications, tax authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing;

2. execute and deliver insurance filings and claims, affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of rescission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaints, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays, and other documents or notice filings on behalf of the Owner in connection with insurance, foreclosure, bankruptcy and eviction actions;

3. endorse and collect any checks or other instruments received by the Servicer and made payable to the Owner;

4. pursue any deficiency, debt or other obligation, secured or unsecured, including, but not limited to, those arising from foreclosure or other sale, promissory note or check, and to collect, negotiate or otherwise settle any deficiency claim, including interest and attorney's fees;

5. do any other act or complete any other document or instrument that arises in the normal course of managing and servicing all Mortgage Loans and REO Properties, subject to the terms of the Servicing Agreement; and

6. take such other actions and exercise such rights which may be taken by the Owner with respect to any Mortgaged Property, including, but not limited to, realization upon all or any part of a Mortgage Loan or any collateral therefor or guaranty thereof.

The undersigned gives the Servicer, as the undersigned's attorney-in-fact, full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby ratifies and confirms to all that this Limited Power of Attorney is effective as of the date set forth below.

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and is to be construed as, a general power of attorney.

This Limited Power of Attorney is not intended to extend the powers granted to the Servicer under the Servicing Agreement or to allow the Servicer to take any action not authorized by the Servicing Agreement.

Any capitalized term used but not defined herein has the meaning assigned to such term in the Servicing Agreement. In the event of any conflict between the terms of the Servicing Agreement and the terms hereof, the provisions of the Servicing Agreement control, and this Limited Power of Attorney does not constitute a waiver of any provisions of the Servicing Agreement.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, THE OWNER HEREBY AGREES THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF WILL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION HAS BEEN RECEIVED BY SUCH THIRD PARTY.

IN WITNESS WHEREOF, the Owner has caused this Limited Power of Attorney to be executed to be effective as of [NOV. 29, 2016].

Witness:

Name: CAROLINE RUTE

Name: Donna Beebe

Civic Financial Services LLC

Name: James Helfrich
Title: Authorized Agent

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California ) ss
County of Los Angeles )

On November 29, 2016, before me, **Courtney Ann Russell,** Notary Public, personally appeared James Helfrich, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is /are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

NOTARY STAMP

COURTNEY ANN RUSSELL
Commission # 2132926
Notary Public - California
Los Angeles County
My Comm. Expires Nov 6, 2019

My Commission Expires: 11/6/2019