# Exhibit E

# City of Philadelphia | Property

1943 ASHLEY RD

PHILADELPHIA, PA 19138-2714

**Owner**

RAD DIVERSIFIED REIT INC

**OPA Account Number**

**Mailing Address**
#154
256 Eagleview Blvd
Exton PA 19341

## Property assessment and sale information

| | |
|---|---|
| Assessed Value | $193,900 |
| Sale Date | 10/26/2022 |
| Sale Price | $150,000 |

Office of Property Assessment (OPA) was formerly part of the Board of Revision of Taxes (BRT) and some City records may still use that name. Source: Office of Property Assessment (OPA). (https://www.phila.gov/opa/pages/default.aspx)

## Valuation History

Taxable and exempt land values can represent the contributory value of land in relation to the total market value, or were no structure is present, the value of vacant land. (Consistent with International Association of Assessing Officers (IAAO) standards, the value of an improved parcel is separated into the portion of value attributed to the improvement and the portion of value attributed to the land.)

To report issues or ask questions regarding your 2027 property assessment, call (215) 686-9200 (tel:2156869200) or visit www.phila.gov/opa (https://www.phila.gov/opa).

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|---|---|---|---|---|---|
| 2027 | $193,900 | $38,780 | $155,120 | $0 | $0 |
| 2026 | $195,900 | $39,180 | $156,720 | $0 | $0 |
| 2025 | $195,900 | $39,180 | $156,720 | $0 | $0 |
| 2024 | $168,800 | $33,760 | $135,040 | $0 | $0 |
| 2023 | $168,800 | $33,760 | $135,040 | $0 | $0 |
| 2022 | $129,100 | $19,365 | $109,735 | $0 | $0 |
| 2021 | $129,100 | $19,365 | $109,735 | $0 | $0 |

| Year | Market Value | Taxable Land | Taxable Improvement | Exempt Land | Exempt Improvement |
|---|---|---|---|---|---|
| 2020 | $129,100 | $19,365 | $109,735 | $0 | $0 |
| 2019 | $134,800 | $20,220 | $114,580 | $0 | $0 |
| 2018 | $112,400 | $16,860 | $95,540 | $0 | $0 |
| 2017 | $112,400 | $16,860 | $95,540 | $0 | $0 |
| 2016 | $112,400 | $8,568 | $103,832 | $0 | $0 |
| 2015 | $112,400 | $8,568 | $103,832 | $0 | $0 |

Sales History (5)

| Date | Adjusted Total | Grantees | Grantors | Doc Id |
|---|---|---|---|---|
| 10/27/2022 | $150,000 | RAD DIVERSIFIED REIT INC | GILMORE-BEY YUSEFF;GILMORE-BEY ERICA;STOUT ERICA | |
| 05/14/2008 | $95,000 | GILMORE-BEY YUSEFF; STOUT ERICA | HSBC MORTGAGE SERVICES INC | |
| 11/08/2006 | $117,000 | NEWMAN INDIA R | GEE SHAWN | |
| 02/22/2005 | $1 | GEE SHAWN | GEE SHAWN | |
| 05/30/2000 | $1 | GEE SANDRA; GEE SHAWN | GEE SANDRA; GEE SHAWN | |

## Property Details

Property characteristics described below are included for convenience, but may not reflect the most recent conditions at the property.

Submit an official inquiry (https://opainquiry.phila.gov/opa.apps/help/PropInq.aspx?acct_num=101367800) or call OPA at (215) 686-4334 (tel:+12156864334) if you:

- have a property question
- want to update property or contact information on file
- want to correct errors

| | |
|---|---|
| Year Built | 1925 (estimated) |
| Building Description | ROW PORCH FRONT |
| Building Condition | Average |
| Number of Stories | 2 stories |
| Number of Rooms | Not Available |
| Features | Unfinished partial basement<br>No fireplace<br>undefined (1 space) |
| Heating and Utilities | Radiator/baseboard (heated water) heaters<br>No central air<br>Sewer type n/a |
| Lot Size | 1,260 sq ft |
| Improvement Area | 1,368 sq ft |
| Frontage | 18 ft |
| Beginning Point | 380'5" W 19TH ST |
| Zoning | **RSA5-Residential Single Family Attached-5** (https://atlas.phila.gov/1943%20ASHLEY%20RD/zoning ) |
| OPA Account Number | |
| OPA Address | 1943 Ashley Rd |
| Homestead Exemption | No |

## Local Details

| | |
|---|---|
| Political Divisions | Ward: 10th \| Council District: 9th (http://atlas.phila.gov/1943 ASHLEY RD/voting) |
| School Catchment | Elementary: Rowen, William \| Middle: Wagner, General Louis \| HS: King, Martin Luther \| (https://webapps1.philasd.org/school_finder/) |
| Police District | 14th District (https://phillypolice.com/14th-district/) |
| Trash Day | Tuesday (https://www.phila.gov/services/trash-recycling-city-upkeep/residential-trash-and-recycling/find-your-trash-and-recycling-collection-day/#/) |
| Recycling Day | Tuesday (https://www.phila.gov/services/trash-recycling-city-upkeep/residential-trash-and-recycling/find-your-trash-and-recycling-collection-day/#/) |
| L&I District | NORTH |
| Census Tract | 026600 |

You can download the property assessment dataset in bulk, and get more information about this data at **metadata.phila.gov** (https://metadata.phila.gov)

Note: Taxable and exempt land values can represent the contributory value of land in relation to the total market value, or were no structure is present, the value of vacant land. (Consistent with International Association of Assessing Officers (IAAO) standards, the value of an improved parcel is separated into the portion of value attributed to the improvement and the portion of value attributed to the land.)