# Exhibit C

eRecorded in Philadelphia PA Doc Id: 54341922
09/13/2024 12:26 PM Page 1 of 3 Rec Fee: $242.75
Receipt#: 24-73604
Records Department Doc Code: A

Document prepared by: J. Scott
Recording Requested By, and
When Recorded Please Return To:
Civic Financial Services, LLC
2015 Manhattan Beach Blvd., Suite 106
Redondo Beach, CA 90278
Reference ID:
Parcel ID:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# ASSIGNMENT OF MORTGAGE

For value received, the undersigned hereby grants, assigns and transfers to

**Civic Real Estate Holdings III, LLC**
2015 Manhattan Beach Blvd., Suite 106
Redondo Beach, CA 90278

all beneficial interest under that certain MORTGAGE dated 03/16/2022 executed by RAD Diversified REIT, Inc., a Maryland Corporation, Borrower(s), to Civic Financial Services, LLC, as Originating Lender, in the original principal amount of $315,000.00, recorded on 04/22/2022 as Document Id 54028913 of Official Records in the office of the County Recorder of Philadelphia County, State of Pennsylvania (hereinafter, the "MORTGAGE"), together with the Promissory Note secured by said MORTGAGE and also all rights accrued or to accrue under said MORTGAGE and Promissory Note.

Property Address: 1316 S Reese St, Philadelphia, PA 19147
Legal Description: Attached hereto and made a part hereof as Exhibit A.

**Dated: September 12, 2024**

**Civic Financial Services, LLC, a California limited liability company**
By: Fay Servicing, LLC
Its: Attorney-in-fact

By: [signature]
Name: Brett Gernon
Title: Assistant Secretary

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Texas ) ss
County of Dallas )

On **September 12, 2024**, before me, Kylethia Y. Davis, Notary Public, personally appeared **Brett Gernon**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

KYLETHIA Y DAVIS
Notary Public
STATE OF TEXAS
ID# 125232513
My Comm. Exp. May. 16, 2025

# Exhibit A – Legal Description

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the West side of Reese Street at the distance of One Hundred ninety-eight feet Northward from the North side of Reed Street in the First Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Reese Street Fifteen feet and extending of that width in length or depth Westward Forty-eight feet nine inches to a Two feet six inches wide alley.

TOGETHER with the free and common use, right liberty and privilege of the said alley as and for a passageway and watercourse at all times hereafter, forever.

BEING known as No. 1316 South Reese Street.
Being the same premises which Rose Bottler, widow by Deed dated 03/12/1959 and recorded 03/13/1959 in Philadelphia County in Deed Book Volume CAB 1011 Page 46 conveyed unto James Bottiglieri and Florence Bottiglieri, his wife, as tenants by the entirety, in fee.
And the said James Bottiglieri died on 09/02/1975, leaving title to said premises to his wife Florence Bottiglieri by rights of survivorship.
Being the same premises which Florence Bottiglieri, widow by Deed dated 10/01/1975 and recorded 11/24/1975 in Philadelphia County in Deed Book Volume DCC 955 Page 366 conveyed unto Florence Bottiglieri, Trustee for her son Anthony Bottiglieri, in fee.
And the said Florence Bottiglieri died on _6_/25__/_1978____, leaving title to said premises to her son Anthony Bottiglieri.

In Trust "From and immediately after the death of the said Florence Bottiglieri, the title to the said premises shall vest in her son, Anthony Bottiglieri, his heirs and assigns absolutely and in fee simple".
And the said Anthony Bottiglieri a/k/a Anthony M. Bottiglieri died on 01/06/2021 leaving a Will probated and registered at Philadelphia County as Will No. W1692-2021, wherein he appointed Ralph Bottiglieri and Maryann Carine as Executors, to whom Letters Testamentary were granted on 05/03/2021.

Certificate of Residence of Assignee

The undersigned hereby certifies that: (i) he/she is the Mortgagee or the duly or the duly authorized attorney or agent of the Mortgagee named in the within instrument; and (ii) Assignee's precise residence is:

**Civic Real Estate Holdings III, LLC**
**2015 Manhattan Beach Blvd., Suite 106**
**Redondo Beach, CA 90278**

Witness my hand this 11th day of September, 2024.

Civic Financial Services, LLC, a California limited liability company
By: Fay Servicing, LLC
Its: Attorney-in-fact

By: ____________________
Name: Brett Gernon
Title: Assistant Secretary