# Exhibit D

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |

| | |
|---|---|
| Loan Number | xxxxx0410 |
| Debtor | Diversified REIT, Inc. |
| BK filed date | 3/1/2026 |
| BK Case # | 8:26-bk-01636-CPM |
| Post Next Due | |
| Suspense | |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 11/1/24-9/1/26 | $1,581.84 | 23 | $ 36,382.32 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 36,382.32 |
| | | Less Unapplied | $ 36,382.32 |
| | | Total to bring current | $ - |

| | | |
|---|---|---|
| $ | 36,382.32 | |
| $ | - | |
| $ | 36,382.32 | unapplied |

**Payment Address:**

**Overnight Payment Address:**