# Exhibit F

BSI Financial Services

**FOR INTERNAL INFORMATIONAL PURPOSES ONLY! THIS INTERNAL QUOTE IS INTENDED FOR USE BY FORECLOSURE AND/OR BANKRUPTCY AND LOCAL COUNSEL. TO OBTAIN AN OFFICIAL PAYOFF TO BE USED TO PAY OFF THE BALANCE OWED, PLEASE EMAIL BSI WITH YOUR REQUEST TO**

September 10, 2026

RAD DIVERSIFIED REIT INC
256 EAGLEVIEW BLVD STE 154
EXTON PA 19341

**RE: PAYOFF STATEMENT**
**MORTGAGE LOAN #:**
**PROPERTY ADDRESS**: 1316 S REESE ST
PHILADELPHIA PA 19147

Thank you for your inquiry regarding a payoff for this mortgage loan.

The total amount required to pay the loan in full is broken down for you in the payoff calculation on page 2 and is good up to, but not including, **09/01/26**. The total amount to pay your loan in full as of **09/01/26** is **$343,606.10**.

Below are loan level details, along with wiring instructions, for paying off your loan.

| | |
|---|---|
| Current Due Date | 07/01/24 |
| Maturity Date | 10/2024 |
| Regular Interest Per Diem If Paid After 3:30 on **09/01/26** | **$ 52.73** |
| Default Interest Per Diem If Paid After 3:30 on **09/01/26** | **0.00** |

The total amount required to pay the loan in full is broken down for you in the payoff calculation below and is good to **09/01/26**. Please call us if you have any questions.

The amount owed may change between the date of this letter and the date that the loan is paid off. The next payment on this loan is due **July 1, 2024**. The scheduled payment is **$1581.84**, which includes a Principal and Interest Payment of **$1581.84** and an Escrow Payment of **$.00.** Additionally, payoff figures will be adjusted if any check or money order previously received is rejected by the institution upon which it is drawn. ACH cancellations must be processed at least three (3) business days in advance of a scheduled draw. If payoff funds are received fewer than three (3) business days prior to a scheduled draw, the ACH payment will be drafted, but all amounts in excess of a complete payoff will be refunded upon processing of the payoff funds.

BSI Financial Services

**Required Funds Breakdown**

| | |
|---|---|
| UNMODIFIED UNPAID PRINCIPAL BALANCE | $237,572.60 |
| DEFERRED MODIFICATION BALANCE | $ 0.00 |
| ESCROW BALANCE (TAXES AND INSURANCE)* | $16,571.94 |
| PRIVATE MORTGAGE INSURANCE (PMI)** | $ 0.00 |
| INTEREST TO **09/01/26** | $42,709.68 |
| MINIMUM INTEREST/PREPAYMENT REQUIREMENT | $ 0.00 |
| UNPAID LATE CHARGE | $1,423.62 |
| UNAPPLIED FUNDS<br>UNAPPLIED FUNDS<br>UNAPPLIED FUNDS<br>UNAPPLIED FUNDS | $ 0.00<br>$ 0.00<br>$ 0.00<br>$ 0.00 |
| UNPAID FEES<br>INCLUDING DEFAULT INTEREST: $32,500.72 | $45,328.26 |
| LIEN RELEASE PREPARATION FEE (PASS-THROUGH BY A THIRD PARTY) | $ 0.00 |
| LIEN RELEASE RECORDING FEE (PAID TO RECORDING OFFICE) | $ 0.00 |
| OTHER DEFFERRED BALANCE | $ 0.00 |
| BUYDOWN FUNDS | $ 0.00 |
| TOTAL AMOUNT TO PAY LOAN IN FULL ON **09/01/26** | **$343,606.10** |

A LATE CHARGE OF $**.00** WILL BE ADDED TO THE PAYOFF TOTAL IF RECEIVED AFTER THE EXPIRATION OF YOUR GRACE PERIOD.

Please submit your payoff via **certified funds or wire transfers (found on page 3)** to **BSI FINANCIAL SERVICES. CERTIFIED FUNDS OR WIRE TRANSFERS MUST BE RECEIVED BY OUR OFFICE BY 3:30 P.M. (ET) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE CREDITED THAT DAY.**

**THE PMI SECTION LINE IN THE ABOVE TABLE IS FOR INFORMATIONAL PURPOSES ONLY. IF PMI IS DUE AND THERE IS NOT A SUFFICIENT ESCROW BALANCE TO COVER THE PAYMENT, THE FUNDS REQUIRED FOR THIS PAYMENT ARE FACTORED INTO THE ESCROW BALANCE SECTION LINE.*

BSI Financial Services

**Wiring Instructions/Mailing Information Can Be Found using the below QR Code/website link. BSI recommends calling hours before issuing funds, to confirm the wire instructions/mailing address.**

If funds are sent via wire, include BSI loan number, borrower name, and property address as Message to Beneficiary or Originator to Beneficiary Info. Failure to include the information as Message to Beneficiary may cause a delay in posting the funds or a return of the funds. BSI will not be responsible for any additional interest or fees that may be assessed as a result of incomplete or incorrect wire information. Wire transactions that are received and cannot be identified will be returned to the ABA and account number from which they were received. If you have any questions regarding the wire instructions listed here, **contact our office at .**

If your loan is in default, foreclosure activity, including any sale of the property, will continue until the loan is paid in full.

- PLEASE NOTE, THE PAYOFF TOTAL MAY CHANGE BETWEEN THE DATE OF THIS QUOTE AND THE DATE FUNDS ARE RECEIVED. IF, AT THE TIME WHEN FUNDS ARE RECEIVED, IT IS DETERMINED THAT THEY ARE SHORT, THE APPROPRIATE INDIVIDUAL'S WILL BE NOTIFIED OF THE SHORTAGE. FUNDS MAY BE REJECTED IF TO BE DETERMINED SHORT, AND WILL NOT BE APPLIED UNTIL THE SHORTAGE IS SENT TO SATISFY THE TOTAL DEBT OF THE LOAN.

- THE ESCROW BALANCE MAY INCLUDE ESCROW ITEMS WITH A DUE DATE WITHIN THE NEXT SIXTY (60) DAYS. THESE ITEMS ARE PAID BETWEEN FIFTEEN (15) AND SIXTY (60) DAYS IN ADVANCE OF THE DUE DATE IN ORDER TO COMPLY WITH REGULATORY REQUIREMENTS AND DISCOUNT DEADLINES. THE AMOUNTS FACTORED IN THIS STATEMENT ARE PROJECTED AMOUNTS BASED ON THE PRIOR YEAR OR LAST AMOUNT PAID, AND THE PAYMENT MADE MAY DIFFER BASED ON THE BILL RECEIVED FROM THE INSURANCE COMPANY AND/OR TAXING AUTHORITY. SHOULD THE AMOUNT DIFFER SUCH THAT YOUR PAYOFF AMOUNT INCREASES, YOU WILL BE NOTIFIED. SHOULD THE AMOUNT DECREASE, YOU WILL RECEIVE A REFUND WITHIN THIRTY (30) DAYS OF THE PAYOFF OF YOUR LOAN.

BSI Financial Services

- ISSUANCE OF THIS STATEMENT DOES NOT SUSPEND YOUR CONTRACTUAL REQUIREMENT TO MAKE THE MORTGAGE PAYMENTS WHEN THEY ARE DUE. THIS LOAN MUST BE KEPT CURRENT WHILE THIS STATEMENT IS PENDING, OR LATE CHARGES WILL BE ASSESSED.
- IF YOUR LOAN HAS A CONSTRUCTION OR SIMILAR DRAW FEATURE, RECENT DRAWS MAY NOT YET BE INCLUDED IN THIS PAY-OFF QUOTE. IN SUCH CASE, BSI WILL AMEND THIS PAY-OFF QUOTE TO INCLUDE SUCH DRAW AMOUNT.
- IF YOUR LOAN IS IN DEFAULT, FORECLOSURE ACTIVITY, INCLUDING ANY SALE OF THE PROPERTY, WILL CONTINUE UNTIL THE LOAN IS FULLY REINSTATED OR PAID IN FULL.
- AFTER THE FUNDS HAVE BEEN APPLIED AND THE LOAN SHOWS PAID IN FULL, A LIEN RELEASE OR FULL RECONVEYANCE WILL BE PREPARED AND SENT TO THE COUNTY RECORDER WHERE THE PROPERTY IS LOCATED.
- BENEFICIARY OF RECORD: CIVIC REAL ESTATE HOLDINGS III, LLC
- REPRESENTATIVE/ASSIGNEE/SERVICING AGENT: Servis One, Inc. d/b/a BSI Financial Services.

Sincerely,

BSI Financial Services

Payoff Department

NMLS #

This is an attempt to collect a debt. Any information obtained will be used for that purpose.