ORDERED.

**Dated: October 06, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACK LAW, AS COUNSEL TO THE DEBTOR, FOR THE PERIOD OF MARCH 1, 2026 THROUGH JULY 15, 2026**

THIS CASE came before the Court for hearing on September 29, 2026 at 3:30 p.m. (ET) (the "**Hearing**") upon the *First Interim Application for Allowance and Payment of Compensation*

*and Reimbursement of Expenses of Pack Law, Counsel to the Debtors, for the Period of March 1, 2026 Through July 15, 2026* [Dkt. No. 960] (the "**Application**")[1] filed by Pack Law ("**Pack Law**" or the "**Applicant**") and the following objections:

a. *Individual Limited Objection to First Interim Application of Pack Law for Compensation and Reimbursement of Expenses* filed by Alberto Rodriguez [Dkt. No. 991];

b. *Individual Limited Objection to First Interim Application of Pack Law for Compensation and Reimbursement of Expenses* filed by Fang Zheng and Anthony Carus [Dkt. No. 993];

c. *Individual Limited Objection to First Interim Application of Pack Law for Compensation and Reimbursement of Expenses* filed by Dyanne Christensen [Dkt. No. 997];

d. *Individual Limited Objection to First Interim Application of Pack Law for Compensation and Reimbursement of Expenses* filed by Brent Mendenhall [Dkt. No. 1024];

e. *Creditors' Objection to First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Pack Law (Dkt. No. 960) and Request for Hearing* filed by Steve Scott Kostka [Dkt. No. 1025];

f. *Individual Limited Objection to First Interim Application of Pack Law for Compensation and Reimbursement of Expenses* filed by Debra L. Fuentes [Dkt. No. 1026];

g. *Individual Limited Objection to First Interim Application of Pack Law for Compensation and Reimbursement of Expenses* filed by Lawrence D. Hansen [Dkt. No. 1027]; *and*

h. *Limited Objection to First Interim Application of Pack Law, P.A. for Compensation and Reimbursement of Expenses* filed by Mark A. Dreyer [Dkt. No. 1006]

(collectively, the "**Objections**"). The Court, having reviewed the Application and the Objections, having heard argument of counsel at the Hearing, and being otherwise duly advised in the premises, and for the reasons stated on the record at the Hearing, which shall constitute the findings of the Court, it is hereby

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

**ORDERED:**

1. The Application is **APPROVED IN PART** as set forth in this Order. The Objections are **SUSTAINED IN PART** and **OVERRULED IN PART**. The Court shall enter a separate order with respect to the Objections.

2. Pack Law, as counsel to the Debtor, is awarded on an interim basis, and the Debtors are authorized to pay, for the period of March 1, 2026 through July 15, 2026, (i) professional fees in the amount of $395,930.61 (approximately 65% of the requested $600,000.00), which as set forth in the hearing shall be paid from the retainer set forth in the Application, and (ii) reimbursement of expenses in the amount of $43,382.87, of which, as set forth at the Hearing, $43,382.87 (100%) is authorized for payment from the Debtors.

3. Pack Law is awarded all amounts set forth herein subject to the holdbacks set forth above and without prejudice to Pack Law seeking final approval and payment of all amounts set forth in the Application and any and all such holdbacks.

4. The Debtor is hereby authorized and directed to pay Pack Law all amounts authorized herein.

5. In making the foregoing awards, the Court has considered the criteria set forth in sections 330 and 331 of the Bankruptcy Code, the requirements of Bankruptcy Rule 2016, and the factors that govern the reasonableness of fees and compensation as set forth in *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874 (11th Cir. 1990) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by Pack Law.

6. This Order is without prejudice to the rights of the United States Trustee or any other party in interest to object to the fees and the expenses sought by Pack Law in this bankruptcy case in any future interim or final fee application filed by Pack Law.

7. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

###

Attorney Joseph A. Pack, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.