ORDERED.

**Dated: October 05, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No. 8:26−bk−01636−CPM
Chapter 11

RAD Diversified REIT, Inc.

Debtor* /

**ORDER SUSTAINING IN PART AND OVERRULING IN PART OBJECTION TO FIRST INTERIM APPLICATION OF PACK LAW FOR COMPENSATION**

THIS CASE came on for hearing on September 29, 2026, for consideration of the **Objection to First Interim Application of Pack Law for Compensation** (the "Objection") (Doc. **997**), filed by **Creditor Dayanne Christensen**.

The court having considered the record and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court, sustains the Objection in part and overrules it in part. The Objection is sustained to the extent it requests that the Court review the application under 11 U.S.C. § 330. The Court always reviews applications for compensation and expense reimbursement not only under § 330, but also under the Eleventh Circuit's billing judgment rule, ACLU of Ga. v. Barnes, 168 F.3d 423 (11th Cir. 1999), and the non-codified factors set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717–19 (5th Cir. 1974).

To the extent the Objection seeks disallowance, the Objection is overruled without prejudice to the Creditor filing an amended objection identifying with specificity any particular time entry or expense he contends should be disallowed and the basis for each objection.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.