**IN THE U.S. Bankruptcy Court**
**Florida - Middle District**

| | |
|---|---|
| In re:<br>RAD Diversified REIT., et al., | Chapter 11<br><br>Case Number: 26-01636 |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Kapital King, LLC - Dylan Repic
Name of Transferor

Claim #: 11535
Amount of Claim: $827,094.30
Date Claim Filed: 5/20/26

Phone: (951) 813-6151
Last four digits of Acct.# N/A

Name and Current Address of Transferor:

Kapital King, LLC - Dylan Repic
164 Shawii Pass
Leander, TX, 78641

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: October, 6 2026

Docusign Envelope ID: 381735A1-5677-8557-82C2-756947D51762

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Florida- Middle District
Attention: Clerk

AND TO: RAD Diversified REIT.
Case No. 26-01636 (the "Debtor")
(Jointly Administered under RAD Diversified REIT., et al. Case No. 26-01636)

Claim #11535

**Kapital King, LLC - Dylan Repic** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$827,094.30** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF October, 2026

**ASSIGNOR: Kapital King, LLC - Dylan Repic**

DocuSigned by:
0EF6036BA868451...
(Signature)

Dylan Repic
(Print Name)

(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Claim #**11535

**Value** $827,094.30

**Creditor** Kapital King, LLC - Dylan Repic

**Filed** May 20 2026

---

**Debtor** 26-01636 RAD Diversified REIT

**Creditor Address**

Address on file

**Filed Amounts**

Claimed Unsecured$827,094.30