**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay [D.E. #1217] for the Motion for Relief from Automatic Stay [D.E. #1162] filed by 7E CWS Investments, Inc. was served as follows on October 6, 2026:

***Via Electronic Notice:***

Jessey James Krehl
PACK LAW
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
jessey@packlaw.com

Joseph A Pack
PACK LAW
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
Joe@packlaw.com
*Counsel for the Debtor*

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
Nicole.W.Peair@USdoj.gov
*United States Trustee*

***Via First Class Mail:***

RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688
*Debtor*

**CONSOLIDATED LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS:**

Premiere Networks Inc.
C/O Mcglinchey Stafford
10375 Centurion Pkwy, Ste 420
Jacksonville, FL 32256

Ado Professional Solutions Inc.
4800 Deerwood Campus Pkwy, Bldg 800
Jacksonville, FL 32246

Arneberg, Lora
507 N. Arthur St
New Harmony, IN 47631

Jacar Investments LLC
C/O Savage Villoch Law PLLC
Attn Robert K Savage, Esq

Hemphill, Steven L
5855 Midnight Pass Rd, Unit 215
Sarasota, FL 34242

Boston National LLC
Two Radnor Corporate Center
100 Matsonford Rd.
Radnor, PA 19087

Pbk Architects Inc.
C/O Stream Kim Hicks Wrage & Alfaro PC
Attn: T. Stream, S. Devore
3403 10th St, Ste 700
Riverside, CA 92501

Valet Living, LLC
10150 Highland Manor Dr
Suite 120
Tampa, Fl 33160

Katz Barsky LLC/KBK Law Group
Attn: Katz, Jeffery
100 S Broad Street, Suite 1205
Philadelphia, PA 19110

PECO
PO Box 37629
Philadelphia, PA 19101

American Express card
200 Vesey Street
New York, NY 10285-3106

Legno Construction Inc.
Attn: Christiano
3421 Morrell Ave
Philadelphia, PA 19114

Veiga Construction And Remodeling LLC
Attn: Veiga, Rojelio
136 Columbia Ave
Phoenixville, PA 19460

Lowes
1000 Lowes Boulevard
Mooresville, NC 28117

Shore To Shore Title LLC
2255 Glades Road Suite 2341a
Boca Raton, FL 33431

Jeffrey Jackson & Associates PLLC
11767 Katy Fwy Suite 813
Houston, TX 77079

and the Local Rule 1007(d) Parties in Interest List.

Dated: October 6, 2026

**FBT GIBBONS LLP**

*/s/ Jillian Nolan Snider*

Jillian Nolan Snider, Esquire
(*pro hac vice*)
PA ID No. 202253
FBT Gibbons LLP
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Tel: (412) 513-4300
Email: jsnider@fbtgibbons.com

-and-

Philip W. Crawford, Esq.
Florida Bar No. 99361
One Gateway Center
11-43 Raymond Plaza West
Newark, NJ 07102
Tel: (973) 596-4500
Email: pcrawford@fbtgibbons.com

***Counsel for 7E CWS Investments, Inc.***