**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**NOTICE OF (A) DEADLINE TO CAST VOTES TO ACCEPT OR REJECT THE PLAN, (B) COMBINED HEARING TO CONSIDER FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, (C) DEADLINE TO OBJECT TO CONFIRMATION AND FINAL APPROVAL OF THE DISCLOSURE STATEMENT, AND (D) RELATED MATTERS AND PROCEDURES**

On October 7, 2026, the United States Bankruptcy Court for the Middle District of Florida (the "**Court**") entered an order [Dkt. No. 1242] (the "**Solicitation Procedures Order**") conditionally approving the *Second Amended Disclosure Statement for Debtors' Joint Second Amended Plan of Liquidation*, dated October 5, 2026 (as may be amended, supplemented, or modified from time to time, the "**Disclosure Statement**") as containing adequate information within the meaning of section 1125(a) of title 11 of the United States Code (the "**Bankruptcy Code**") for purposes of solicitation and authorizing the Debtors to solicit votes regarding acceptance or rejection of the *Debtors' Joint Second Amended Plan of Liquidation*, dated October 5, 2026 (as may be amended, supplemented, or modified from time to time, the "**Plan**").

**Voting Record Date:** The Voting Record Date for purposes of determining which holders of Claims are entitled to vote on the Plan, subject to the Solicitation Procedures, is September 29, 2026.

**Voting Deadline:** If you held a Claim as of the Voting Record Date in a Class entitled to vote on the Plan, you will receive a Ballot and voting instructions appropriate for your Claim. For your vote to be counted in connection with confirmation of the Plan, you must follow the voting instructions and complete, sign, and submit the Ballot so that it is actually received by Epiq Corporate Restructuring, LLC ("Epiq"), as Claims and Balloting Agent, no later than December 10, 2026, at 5:00 p.m. (prevailing Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions may disqualify your Ballot and your vote on the Plan.

**Objections to Confirmation and Final Approval of the Disclosure Statement:** The Court has established December 10, 2026, at 5:00 p.m. (prevailing Eastern Time) (the "**Plan Objection Deadline**"), as the deadline for filing and serving objections to confirmation of the Plan and final approval of the Disclosure Statement. Any objection must (a) be in writing; (b) set forth the name and address of the objecting party, the nature and amount of any Claim or Interest asserted by the objector, the grounds for the objection, and any evidence in support thereof; (c) conform to the Bankruptcy Rules and Local Rules; (d) be filed with the Court; and (e) be served so as to be actually received by the Plan Objection Deadline upon: Pack Law, 4649 Ponce de Leon Blvd., Suite 405, Coral Gables, Florida 33146, Attn: Joseph A. Pack and Jessey J. Krehl (joe@packlaw.com; jessey@packlaw.com), counsel to the Debtors; and such other parties as may be identified in the Solicitation Procedures Order. Any objection not properly and timely filed and served may be deemed waived.

**Administrative Claims Bar Date:** All creditors and other parties-in-interest who wish to seek the allowance and/or payment of an administrative expense claim in these Chapter 11 Cases under section 503(b) of the Bankruptcy Code, other than Professional Fee Claims (each an "**Administrative Expense Claim**"), which Administrative Expense Claim may be entitled to priority under section 507(a) of the Bankruptcy Code (with the exception of professionals whose employment or engagement were approved by the Court pursuant to sections 327, 363 and/or 1103 of the Bankruptcy Code and United States Trustee's fees), must file an appropriate motion or application with the Court requesting such relief on or before December 10, 2026 at 5:00 p.m. (prevailing Eastern Time) (the "**Administrative Expense Claim Bar Date**"). Any such motion or application must include an estimate of such Administrative Expense Claim from the date of the motion/application through the date of the Combined Hearing. Any holder of an Administrative Expense Claim who fails to comply with the terms of the Solicitation Procedures Order shall be and is barred from pursuing such Administrative Expense Claim in these Chapter 11 Cases or otherwise. In addition, any such Administrative Expense Claim not subject of an appropriate motion or application by the Administrative Expense Claim Bar Date shall be and is denied with prejudice.

**Combined Hearing:** The Combined Hearing to consider (a) final approval of the Disclosure Statement and (b) confirmation of the Plan will commence on December 17, 2026, at 3:30 p.m. (prevailing Eastern Time), before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. The Combined Hearing may be adjourned or continued from time to time by announcement in open court and/or the filing of a

notice with the Court and service on parties entitled to notice under Bankruptcy Rule 2002 or otherwise, without further mailed notice.

**Plan Supplement:** The Debtors may file the Plan Supplement on or before December 10, 2026. The Plan Supplement will be available on the Debtors' case website maintained by Epiq at https://dm.epiq11.com/radd and through the Court's CM/ECF system (PACER account required).

**Inquiries and Copies of Solicitation Materials:** Copies of the Plan, Disclosure Statement, Solicitation Procedures Order, Ballots, and other solicitation materials may be obtained free of charge by accessing the Debtors' case website maintained by Epiq at https://dm.epiq11.com/radd. Documents filed with the Court also may be obtained through PACER at https://ecf.flmb.uscourts.gov/ (fees may apply). Requests for paper copies may be directed in writing to RAD Diversified REIT, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4422, Beaverton, OR 97076-4422.

**Case Website: https://dm.epiq11.com/radd**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN AND DISCLOSURE STATEMENT IN THEIR ENTIRETY, AS YOUR RIGHTS MAY BE AFFECTED.**

**ARTICLE IX OF THE PLAN CONTAINS EXCULPATIONS BY THE DEBTORS AND THEIR ESTATES, EXCULPATION PROVISIONS, INJUNCTIONS, AND RELATED PROVISIONS. HOLDERS OF CLAIMS AND INTERESTS SHOULD CAREFULLY REVIEW ARTICLE IX OF THE PLAN AND THE RELATED DISCLOSURES IN THE DISCLOSURE STATEMENT BEFORE VOTING OR DECIDING WHETHER TO OBJECT.**