**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | **Ref. Docket No. 11** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced documents were electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On October 7, 2026, I caused to be served the:

   a. "Official Form 309F1 (For Corporations or Partnerships) Notice of Chapter 11 Bankruptcy Case," filed on September 16, 2026, *related to Case No. 8:26-bk-08030*, [Docket No. 11], and

b. "Chapter 11 Filing of the Seminar Solution, LLC," a copy of which is annexed hereto as Exhibit A,

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

4. All envelopes utilized in the service of the foregoing contained the following legend: “LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.”

*/s/ Jack Lawrence*
Jack Lawrence

# EXHIBIT A

# CHAPTER 11 FILING OF THE SEMINAR SOLUTION, LLC

This notice is being sent to provide you with information related to **The Seminar Solution, LLC ("TSS")**, which filed a petition for chapter 11 bankruptcy on September 4, 2026 and has requested joint administration with the bankruptcy cases of RAD Diversified REIT, Inc. ("**RAD REIT**"); RAD Diversified OZ Fund, LP; DHI Fund, LLC; DHI Holdings, LP; and DDH Fund, LLC (collectively, the "**Debtors**"). **Please read this notice in its entirety, because it includes important information that may impact you.**

| Important Dates and Deadlines Related to TSS | |
|---|---|
| Petition Date | September 4, 2026 |
| Deadline to File Proofs of Claim | November 13, 2026 |
| Telephonic Meeting of Creditors | October 7, 2026 at 10:30 a.m. |

### ***Why am I receiving this notice?***

You are receiving this notice because you are included as an interested party (a creditor, investor, or other impacted party) in the bankruptcy cases of one or more of the Debtors, including TSS.

### ***How do I attend the telephonic meeting of creditors?***

The Section 341(a) Creditors Meeting will take place on October 7, 2026 at 10:30 a.m. EDT. The U.S. Trustee will hold the meeting telephonically. The call in number is 844-767-5651, Passcode: 616391#.

### ***I already filed my claim against RAD REIT or another Debtor. Do I need to do anything?***

If you already filed a timely claim against RAD REIT or another Debtor, that claim remains in place (subject to any rights of the Debtors or any other party) and you do not need to take any further action with respect to RAD REIT or such other Debtor. If you have a claim against TSS in addition to another Debtor, you must file a separate proof of claim for your claims against TSS. **Do not re-file your claim against RAD REIT or any Debtor other than TSS.**

### ***I do have a claim against The Seminar Solution, LLC. What do I do now?***

For more information on how to file your claim against TSS, see the instructions available at the website for the Debtors' cases, https://dm.epiq11.com/case/radd/info. To submit your claim against TSS, please follow the instructions below.

To file a proof of claim online, go to:
https://www.epiqworkflow.com/account/login?returnUrl=%2Fcases%2FRDX

To file a proof of claim by First-Class Mail, submit to:
RAD Diversified REIT, Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

To file a claim by Hand Delivery or Overnight Mail, submit to:
RAD Diversified REIT, Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd.
Beaverton, OR 97005

# EXHIBIT B

| Name | Address |
|---|---|
| AARON OWENS | ADDRESS ON FILE |
| AARON OWENS | ADDRESS ON FILE |
| ALBERTO RODRIGUEZ | ADDRESS ON FILE |
| ALBERTO RODRIGUEZ | ADDRESS ON FILE |
| ALEX SMAL | ADDRESS ON FILE |
| ALEX SMAL | ADDRESS ON FILE |
| ALLEN DUNAJ | ADDRESS ON FILE |
| AMIT KUMBASI | ADDRESS ON FILE |
| AMIT KUMBASI | ADDRESS ON FILE |
| ANDREW WENTZEL | ADDRESS ON FILE |
| ANDREW WENTZEL | ADDRESS ON FILE |
| ANKITKUMAR PATEL | ADDRESS ON FILE |
| ANKITKUMAR PATEL | ADDRESS ON FILE |
| ANNE SANTOS | ADDRESS ON FILE |
| ANNE SANTOS | ADDRESS ON FILE |
| ANTHONY BASSEY | ADDRESS ON FILE |
| ANTHONY BASSEY | ADDRESS ON FILE |
| ARCANGELO DI SPIRITO | ADDRESS ON FILE |
| ARCANGELO DI SPIRITO | ADDRESS ON FILE |
| ARTHUR URSCHEL | ADDRESS ON FILE |
| ARTHUR URSCHEL | ADDRESS ON FILE |
| ASHLEY GIL | ADDRESS ON FILE |
| ASHLEY GIL | ADDRESS ON FILE |
| BILLY R. LINKOUS | ADDRESS ON FILE |
| BILLY R. LINKOUS | ADDRESS ON FILE |
| BOB HERBERT | ADDRESS ON FILE |
| BOB HERBERT | ADDRESS ON FILE |
| BOBBIE MCGHEE | ADDRESS ON FILE |
| BOBBIE MCGHEE | ADDRESS ON FILE |
| BOBBY HWANG | ADDRESS ON FILE |
| BOBBY HWANG | ADDRESS ON FILE |
| BOBBY HWANG | ADDRESS ON FILE |
| BOBBY HWANG | ADDRESS ON FILE |
| BRIAN EVANS | ADDRESS ON FILE |
| BRIAN EVANS | ADDRESS ON FILE |
| BRIAN MYATT | ADDRESS ON FILE |
| BUCK SEXTON AFFILIATE | ADDRESS ON FILE |
| BUCK SEXTON AFFILIATE | ADDRESS ON FILE |
| CESAR GARCIA | ADDRESS ON FILE |
| CESAR GARCIA | ADDRESS ON FILE |
| CHAO- CHUN YEH | ADDRESS ON FILE |
| CHAO- CHUN YEH | ADDRESS ON FILE |

| Name | Address |
| --- | --- |
| CHERYL & DAVE WOLF | ADDRESS ON FILE |
| CHERYL & DAVE WOLF | ADDRESS ON FILE |
| CHRISSIE HERBERT | ADDRESS ON FILE |
| CHRISSIE HERBERT | ADDRESS ON FILE |
| CHRISTOPHER MAJOR | ADDRESS ON FILE |
| CHRISTOPHER MAJOR | ADDRESS ON FILE |
| CLARK BRINTON | ADDRESS ON FILE |
| CLARK BRINTON | ADDRESS ON FILE |
| CYNTHIA MOIR | ADDRESS ON FILE |
| CYNTHIA MOIR | ADDRESS ON FILE |
| DARYL OIE | ADDRESS ON FILE |
| DARYL OIE | ADDRESS ON FILE |
| DAVID CHAVEZ | ADDRESS ON FILE |
| DAVID CHAVEZ | ADDRESS ON FILE |
| DAVID ERNST | ADDRESS ON FILE |
| DAVID ERNST | ADDRESS ON FILE |
| DAVID JOHNSTONE | ADDRESS ON FILE |
| DAVID JOHNSTONE | ADDRESS ON FILE |
| DAVID WOLF | ADDRESS ON FILE |
| DAVID WOLF | ADDRESS ON FILE |
| DDH FUND, LLC | 11418 US-19 N PORT RICHEY FL 34668 UNITED STATES OF AMERICA |
| DEBRA FUENTES | ADDRESS ON FILE |
| DEBRA FUENTES | ADDRESS ON FILE |
| DEWAYNE SOPER | ADDRESS ON FILE |
| DEWAYNE SOPER | ADDRESS ON FILE |
| DHI FUND, LLC | 11418 US-19 N PORT RICHEY FL 34668 UNITED STATES OF AMERICA |
| DHI HOLDINGS, LP | 11418 US-19 N PORT RICHEY FL 34668 UNITED STATES OF AMERICA |
| DON FINLAYSON | ADDRESS ON FILE |
| DON FINLAYSON | ADDRESS ON FILE |
| EDDIE LEBRON | ADDRESS ON FILE |
| EDDIE LEBRON | ADDRESS ON FILE |
| EDDIE ROMAN | ADDRESS ON FILE |
| EDDIE ROMAN | ADDRESS ON FILE |
| ELOY JAVIER DELGADO | ADDRESS ON FILE |
| ELOY JAVIER DELGADO | ADDRESS ON FILE |
| FANG ZHENG AND ANTHONY CARUSO | ADDRESS ON FILE |
| FANG ZHENG AND ANTHONY CARUSO | ADDRESS ON FILE |
| FINLAYSON, BRADLEY | ADDRESS ON FILE |
| FRENALYN DOMINGO | ADDRESS ON FILE |
| FRENALYN DOMINGO | ADDRESS ON FILE |
| GEORGE BERG | ADDRESS ON FILE |
| GEORGE BERG | ADDRESS ON FILE |

| Name | Address |
|---|---|
| GREG BLACKWELL | ADDRESS ON FILE |
| GREG BLACKWELL | ADDRESS ON FILE |
| HENDRICKS, THOMAS | ADDRESS ON FILE |
| HUE VUONG & SON NIRAL MUNSHAW | ADDRESS ON FILE |
| HUE VUONG & SON NIRAL MUNSHAW | ADDRESS ON FILE |
| HUI LIU | ADDRESS ON FILE |
| HUI LIU | ADDRESS ON FILE |
| JACOBUS TERHORST | ADDRESS ON FILE |
| JACOBUS TERHORST | ADDRESS ON FILE |
| JAMES & WENDY KELLOGG | ADDRESS ON FILE |
| JAMES & WENDY KELLOGG | ADDRESS ON FILE |
| JAMES BUCK SEXTON | ADDRESS ON FILE |
| JAMES BUCK SEXTON | ADDRESS ON FILE |
| JAMES RODGERS | ADDRESS ON FILE |
| JARED STELTER | ADDRESS ON FILE |
| JARED STELTER | ADDRESS ON FILE |
| JARED WILD | ADDRESS ON FILE |
| JARED WILD | ADDRESS ON FILE |
| JASON SCOTT PARKER | ADDRESS ON FILE |
| JASON SCOTT PARKER | ADDRESS ON FILE |
| JASON SHARP | ADDRESS ON FILE |
| JASON SHARP | ADDRESS ON FILE |
| JENNIFER & FRANK PUGLISI | ADDRESS ON FILE |
| JENNIFER & FRANK PUGLISI | ADDRESS ON FILE |
| JEREMY & CATHY OMS | ADDRESS ON FILE |
| JODIE HARMS | ADDRESS ON FILE |
| JODIE HARMS | ADDRESS ON FILE |
| JOE HUDSON | ADDRESS ON FILE |
| JOE HUDSON | ADDRESS ON FILE |
| JOE UPTON | ADDRESS ON FILE |
| JOE UPTON | ADDRESS ON FILE |
| JOEY LISCANO | ADDRESS ON FILE |
| JOEY LISCANO | ADDRESS ON FILE |
| JOHN CARAMADRE | ADDRESS ON FILE |
| JOHN CARAMADRE | ADDRESS ON FILE |
| JOHN IRVING | ADDRESS ON FILE |
| JOHN MICHAEL JOSEPH | ADDRESS ON FILE |
| JOHN MICHAEL JOSEPH | ADDRESS ON FILE |
| JOHN READ | ADDRESS ON FILE |
| JOHN READ | ADDRESS ON FILE |
| JONATHAN CUNNINGHAM | ADDRESS ON FILE |
| JONATHAN CUNNINGHAM | ADDRESS ON FILE |

| Name | Address |
|---|---|
| JONATHAN YUN | ADDRESS ON FILE |
| JOSEPH HUDSON | ADDRESS ON FILE |
| JOSEPH HUDSON | ADDRESS ON FILE |
| JULIA SHIELDS | ADDRESS ON FILE |
| JULIA SHIELDS | ADDRESS ON FILE |
| JULIUS COLONEL | ADDRESS ON FILE |
| JULIUS COLONEL | ADDRESS ON FILE |
| KATHLEEN ROMEO | ADDRESS ON FILE |
| KATHLEEN ROMEO | ADDRESS ON FILE |
| KATHLEEN ROMEO | ADDRESS ON FILE |
| KATHLEEN ROMEO | ADDRESS ON FILE |
| KATHRYN DURKIN | ADDRESS ON FILE |
| KATHRYN DURKIN | ADDRESS ON FILE |
| KATHRYN WEBB | ADDRESS ON FILE |
| KATHRYN WEBB | ADDRESS ON FILE |
| KATHRYN WEBB | ADDRESS ON FILE |
| KATHRYN WEBB | ADDRESS ON FILE |
| KENNETH MCKENZIE | ADDRESS ON FILE |
| KENNETH MCKENZIE | ADDRESS ON FILE |
| LEE, KUOK UNG | ADDRESS ON FILE |
| LENA CASTLES | ADDRESS ON FILE |
| LENA CASTLES | ADDRESS ON FILE |
| LEROY DOUGLAS | ADDRESS ON FILE |
| LEROY DOUGLAS | ADDRESS ON FILE |
| LOUISE PAYEN | ADDRESS ON FILE |
| LOUISE PAYEN | ADDRESS ON FILE |
| MARC SADDIK | ADDRESS ON FILE |
| MARC SADDIK | ADDRESS ON FILE |
| MARK VALENZUELA | ADDRESS ON FILE |
| MARK VALENZUELA | ADDRESS ON FILE |
| MARTIN SCHWANK | ADDRESS ON FILE |
| MARTIN SCHWANK | ADDRESS ON FILE |
| MATT HOULE | ADDRESS ON FILE |
| MATT HOULE | ADDRESS ON FILE |
| MATTHEW HOULE | ADDRESS ON FILE |
| MATTHEW HOULE | ADDRESS ON FILE |
| MICHAEL EMNETT | ADDRESS ON FILE |
| MICHAEL EMNETT | ADDRESS ON FILE |
| MICHAEL PIERCE | ADDRESS ON FILE |
| MICHAEL PIERCE | ADDRESS ON FILE |
| MICHAEL SCOTT PIERCE | ADDRESS ON FILE |
| MICHAEL SCOTT PIERCE | ADDRESS ON FILE |

| Name | Address |
|---|---|
| MICHEL M. KORDICH | ADDRESS ON FILE |
| MICHEL M. KORDICH | ADDRESS ON FILE |
| MIGUEL RAMIREZ | ADDRESS ON FILE |
| MIKE DI SPIRITO | ADDRESS ON FILE |
| MIKE DI SPIRITO | ADDRESS ON FILE |
| MIKE KURKOWSSKI | ADDRESS ON FILE |
| MIKE KURKOWSSKI | ADDRESS ON FILE |
| MIKE TURANO | ADDRESS ON FILE |
| MIKE TURANO | ADDRESS ON FILE |
| MIKE WEAVER | ADDRESS ON FILE |
| MIKE WEAVER | ADDRESS ON FILE |
| MINGREI WEI | ADDRESS ON FILE |
| MINGREI WEI | ADDRESS ON FILE |
| MITCHELL HAYNUM | ADDRESS ON FILE |
| MITCHELL HAYNUM | ADDRESS ON FILE |
| NATASHA RODRICKS | ADDRESS ON FILE |
| NATASHA RODRICKS | ADDRESS ON FILE |
| NATHAN MARK | ADDRESS ON FILE |
| NATHAN MARK | ADDRESS ON FILE |
| NICHOLAS GIL | ADDRESS ON FILE |
| NICHOLAS GIL | ADDRESS ON FILE |
| NIRAL MUNSHAW | ADDRESS ON FILE |
| NIRAL MUNSHAW | ADDRESS ON FILE |
| NU VIEW TRUST | ADDRESS ON FILE |
| NU VIEW TRUST | ADDRESS ON FILE |
| PAM TAGUINES | ADDRESS ON FILE |
| PAM TAGUINES | ADDRESS ON FILE |
| PASALA RAVICHANDRAN | ADDRESS ON FILE |
| PASALA RAVICHANDRAN | ADDRESS ON FILE |
| PAUL CRUM JR. | ADDRESS ON FILE |
| PAUL CRUM JR. | ADDRESS ON FILE |
| PEREZ, IRENE | ADDRESS ON FILE |
| PERPETUAL ATTIPOE | ADDRESS ON FILE |
| PERPETUAL ATTIPOE | ADDRESS ON FILE |
| RAD DIVERSIFIED OZ FUND, LP | 11418 US-19N PORT RICHEY FL 34668 UNITED STATES OF AMERICA |
| RAD DIVERSIFIED REIT, INC. | 11418 US-19N PORT RICHEY FL 34668 UNITED STATES OF AMERICA |
| RAJAN MISQUITA | ADDRESS ON FILE |
| RAJAN MISQUITA | ADDRESS ON FILE |
| RANDIE HARMS | ADDRESS ON FILE |
| RANDIE HARMS | ADDRESS ON FILE |
| RAY & PAM BROOKING | ADDRESS ON FILE |
| RAY & PAM BROOKING | ADDRESS ON FILE |

| Name | Address |
|---|---|
| RAYMOND & KATHERINE COX | ADDRESS ON FILE |
| RAYMOND & KATHERINE COX | ADDRESS ON FILE |
| RIKKI FAN | ADDRESS ON FILE |
| RIKKI FAN | ADDRESS ON FILE |
| ROBERT LEWIS | ADDRESS ON FILE |
| ROBERT LEWIS | ADDRESS ON FILE |
| RONALD KELCH | ADDRESS ON FILE |
| RONALD KELCH | ADDRESS ON FILE |
| ROSE SINGLETON REVOCABLE TRUST | ADDRESS ON FILE |
| ROSE SINGLETON REVOCABLE TRUST | ADDRESS ON FILE |
| SAM MOORE | ADDRESS ON FILE |
| SAM MOORE | ADDRESS ON FILE |
| SAMEER VERMA | ADDRESS ON FILE |
| SAMEER VERMA | ADDRESS ON FILE |
| SCOTT & LISA SHAEFFER | ADDRESS ON FILE |
| SCOTT & LISA SHAEFFER | ADDRESS ON FILE |
| SETH HUISH | ADDRESS ON FILE |
| SETH HUISH | ADDRESS ON FILE |
| SHAU SHIANG SUNNY | ADDRESS ON FILE |
| SHAU SHIANG SUNNY | ADDRESS ON FILE |
| SHAWN PEREIRA | ADDRESS ON FILE |
| SHAWN PEREIRA | ADDRESS ON FILE |
| STACY SEIGEL & JOAN LAUMAN | ADDRESS ON FILE |
| STACY SEIGEL & JOAN LAUMAN | ADDRESS ON FILE |
| STEVE STRAIN | ADDRESS ON FILE |
| STEVE STRAIN | ADDRESS ON FILE |
| STEVEN ARDITO | ADDRESS ON FILE |
| STEVEN ARDITO | ADDRESS ON FILE |
| SUNIL KUMAR GILLA | ADDRESS ON FILE |
| SUNIL KUMAR GILLA | ADDRESS ON FILE |
| SYLVIA M KHOURY | ADDRESS ON FILE |
| SYLVIA M KHOURY | ADDRESS ON FILE |
| THOMAS HENDRICKS | ADDRESS ON FILE |
| THOMAS NAGY | ADDRESS ON FILE |
| THOMAS NAGY | ADDRESS ON FILE |
| TIM PLOTZ | ADDRESS ON FILE |
| TIM PLOTZ | ADDRESS ON FILE |
| TIMOTHY HEARN | ADDRESS ON FILE |
| TIMOTHY HEARN | ADDRESS ON FILE |
| TRACEY ELLER | ADDRESS ON FILE |
| TRACEY ELLER | ADDRESS ON FILE |
| TRACY DOTY | ADDRESS ON FILE |

| Name | Address |
|---|---|
| TRACY DOTY | ADDRESS ON FILE |
| VANESSA MENDENHALL | ADDRESS ON FILE |
| VANESSA MENDENHALL | ADDRESS ON FILE |
| WANG, DI | ADDRESS ON FILE |
| WANG, DI | ADDRESS ON FILE |
| WENDY & JAMES KELLOGG | ADDRESS ON FILE |
| WENDY & JAMES KELLOGG | ADDRESS ON FILE |

Total Count: 259