**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD Diversified REIT, Inc.

Case No.: 8:26-bk-01636-CPM
Chapter 11

Debtor. /

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay (Doc. No. 1216) was served by CM/ECF notice the 5th day of October 2026 and first class mail this 8th day of October 2026.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

**VIA FIRST CLASS MAIL**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

**VIA CM/ECF NOTICE**
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard

Ste 405
Coral Gables, FL 33146

U.S. Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Creditor Committee
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

John D Elrod
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

Danielle S Kemp
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602