United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-01636-CPM
RAD Diversified REIT, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: admin Page 1 of 15
Date Rcvd: Oct 06, 2026 Form ID: Dntchrg Total Noticed: 114

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RAD Diversified REIT, Inc., Jointly Administered with, 26-bk-01637-CPM, 26-bk-01638-CPM,, 26-bk-01639, 26-bk-01640, 26-8030, 11418 US-19 N. Port Richey, FL 34668-1438 |
| aty | + | Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| aty | | Matthew Fornshell, Ice Miller LLP, 250 West Street, Suite 700, Columbus, OH 43215-7509 |
| aty | + | Philadelphia Community Development Coalition, Inc., c/o Elena Paras Ketchum, Esq., Stichter Riedel Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, FL 33602-4718 |
| cr | + | Alberto Rodriguez, 1211 N Monterey St., Anaheim, CA 92801-1551 |
| cr | | BRAVO Residential Funding Trust 2023-NQM7 for Citi, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | BSI Financial Services as servicer for Civic Finan, POB 5703, Clearwater, FL 33758-5703 |
| cr | | Barrington Oaks East Homeowners Association, Inc., Bush Ross, P.A., c/o G. William Norris, Jr., Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| cr | | Brandon Dutch Mendenhall, Bush Ross, P.A., c/o Kathleen L. DiSanto, Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| cr | + | Brent A. Mendenhall, 1621 Matthews Mill Pond Road, Angier, NC 27501-5562 |
| cr | | Brighthouse Life Insurance Company, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | CNH Industrial Capital America LLC, c/o Robert K. Eddy, P.A., 320 W. Kennedy Blvd., Suite 700, Tampa, FL 33606, UNITED STATES 33606-1459 |
| cr | + | CV3 Financial Services as servicer for CV3 Bravo T, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | Civic Financial Services, LLC, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | Civic Financial Services, LLC, by and through its, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | Civic Real Estate Holdings III, LLC, by and throug, P.O. Box 5703, Clearwater, FL 33758-5703 |
| intp | #+ | DDH Fund, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| intp | #+ | DHI Fund, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| intp | #+ | DHI Holdings, LP, 11418 US-19 N, Port Richey, FL 34668-1438 |
| cr | + | DLP Lending Fund LLC, c/o Esther McKean, Esq., Akerman LLP, 420 S. Orange Ave., Suite 1200, Orlando, FL 32801-4904 |
| cr | + | Dayanne Christensen, 75-6081 Alii Dr, U103, Kailua-Kona, HA 96740-4340 |
| cr | + | Debra Fuentes, 3661 Arizona St. Apt 1, San Diego, CA 92104-4053 |
| cr | + | Efrain Nevarez, 720 N Getty St., Uvalde, TX 78801-4302 |
| cr | + | Fang Zheng, 816 College Ave Apt 2, Clemson, SC 29631-2807 |
| cr | + | Fay Servicing, LLC as servicer for Metropolitan To, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530 UNITED STATES 11530-1631 |
| cr | + | Georg Couturier, Carlton Fields P.A., c/o J. Ryan Yant, Post Office Box 3239, Tampa, FL 33601-3239 |
| cr | + | Greene Street Funding Trust II, 2313 W Violet Ave, Tampa, FL 33603, UNITED STATES 33603-1421 |
| cr | + | Grove Funding III Trust, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank,, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | | Jou, Jiayu/Zion Summit LLC Solo 401k, 11221 Carmenita Rd Apt 306, Whittier, CA 90605-4035 |
| cr | + | Katalin Nofsinger, 6898 W. Sedalia Ct., Homosassa, FL 34446-3418 |
| cr | + | Kiavi Funding Inc, Tromberg, Miller, Morris & Partners, 600 West Hillsboro Boulevard, Suite 600, Deerfield Beach, FL 33441-1611 |
| cr | + | Lawrence D Hansen, 5150 Mae Anne Ave, Ste 405 #162, Reno, NV 89523-1859 |
| cr | + | Lifeng Wu, Reg. No. 54582-510, FMC Devens, P.O. Box 879, Ayer, MA 01432-0879 |
| cr | | Lihong Zhang, 594 Queen Victoria Dr., Hamilton Ontario, Canada, L8W355 |
| cr | | Lihong Zhang, 594 Queen Victoria Dr., Hamilton, ON L8W 3E5, CANADA |

| | | |
|---|---|---|
| cr | + | Lima One Capital Loan, Atlas Solomon LLP, 7674 W. Lake Mead Blvd. Suite 220, Las Vegas, NV 89128-6644 |
| cr | + | Mark A. Dreyer, 3331 Anchor Bay Trail, Bradenton, FL 34211-3463 |
| cr | + | Mathew L Emerick, 2012 Parkview Cove, Biloxi, MS 39532-3714 |
| cr | + | Metropolitan Life Insurance Company, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | Metropolitan Tower Life Insurance Company, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | NWL Company, LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | | NWL Company, LLC, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | Nancy C Millan Tax Collector, C/O Brian Fitzgerald Atty 27th FL, PO BOX 1110, Tampa, FL 33601-1110 |
| cr | + | New Roots M Trust, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |
| cr | + | NewRez LLC as servicer for Metropolitan Life Insur, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | NewRez LLC as servicer for Wilmington Savings Fund, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | NewRez as servicer for NWL Company, LLC, Hill Wallack LLP, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801 UNITED STATES 32801-5403 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, successor to PNC E, c/o Kylie A. Riordan, Esq., Burr & Forman LLP, 200 S. Orange Ave, Suite 800, Orlando, FL 32801 UNITED STATES 32801-6404 |
| cr | | Premiere Networks, Inc., c/o Kimberly Held Israel, Esq., Suite 1150, Orlando, FL 32801, UNITED STATES |
| intp | #+ | RAD Diversified OZ Fund, LP, 11418 US-19 N., Port Richey, FL 34668-1438 |
| cr | + | Silver Hill Capital, LLC, SPENCER FANE LLP, 201 North Franklin Street, Suite 2150, Tampa, FL 33602, UNITED STATES 33602-5627 |
| cr | + | Steven Scott Kostka, 2617 Mission Inn Ave, Riverside, CA 92507-4263 |
| intp | + | Susan Intorre, 1568 Vizcaya Lane, Naples, FL 34113-8638 |
| cr | + | TVC Funding IV, LLC, P.O. Box 5703, Clearwater, FL 33758-5703 |
| intp | + | The Seminar Solution, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, 200 South Orange Avenue, Suite 800, Orlando, FL 32801-6404 |
| cr | | U.S. Bank National Association, not in its individ, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | U.S. Bank Trust Company, National Association, as, c/o Kylie A. Riordan, 200 S. Orange Avenue, Suite 800, Orlando, FL 32801-6404 |
| cr | | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | U.S. Bank Trust National Association, not in its i, C/O Rubin Lublin, LLC, 2313 W. Violet Street, Tampa, FL 33603, UNITED STATES 33603-1421 |
| cr | + | U.S. Bank Trust, National Association, as trustee, P.O. Box 5703, Clearwater, FL 33758-5703 |
| crcm | + | Unsecured Creditors' Committee, c/o Greenberg Traurig, 3333 Piedmont Road, NE, Suite 2500, Atlanta, GA 30305 UNITED STATES 30305-1780 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, DIAZ ANSELMO & ASSOCIATES, P.A., P.O. BOX 19519, FORT LAUDERDALE, FL 33318, UNITED STATES 33318-0519 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, Diaz Anselmo & Associates, P.A., P.O. BOX 19519, Fort Lauderdale, FL 33318, UNITED STATES 33318-0519 |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Chris, Hill Wallack LLP, 261 Madison Avenue, 9th Floor, New York, NY 10016 UNITED STATES 10016-2311 |
| cr | + | victor and susan Cave, 15054 SERENGETI BOULEVARD, Spring Hill, FL 34610, US 34610-7686 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Oct 07 2026 00:02:00 | City of Philadelphia, Municipal Services Building, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | City of Seabrook, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Hosuton, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 07 2026 00:01:00 | Fay Servicing, LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA |

| | | | |
|---|---|---|---|
| | | | 30305, UNITED STATES 30305-1608 |
| cr | ^ MEBN | Oct 06 2026 23:57:02 | Fay Servicing, LLC as Servicer for U.S. Bank Natio, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:57:01 | Fay Servicing, LLC as Servicer for U.S. Bank Trus, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:56:15 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:56:13 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:57:00 | Fay Servicing, LLC as servicer for Wilmington Savi, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:56:11 | Fay Servicing, LLC, as servicer for U.S. Bank Nati, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:56:12 | Fay Servicing, LLC, as servicer for U.S. Bank Trus, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ MEBN | Oct 06 2026 23:56:10 | Fay Servicing, LLC, as servicer for Wilmington Sav, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Harris County ESD #02, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Harris County ESD #09, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Harris County ESD #11, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Harris County ESD #13, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Harris County ESD #17, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Harris County ESD #60, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Houston City College, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: adam@humblefax.com | Oct 07 2026 00:02:00 | Humblefax LLC, 50 East Ridgewood Ave No 250, Ridgewood, NJ 07450-3880 |
| cr | + Email/Text: bkecf@padgettlawgroup.com | Oct 07 2026 00:01:00 | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank,, c/o Seth Greenhill, 6267 Old Water Oak |

| | | | | |
|---|---|---|---|---|
| | | | | Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 07 2026 00:02:00 | Lone Star College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 07 2026 00:01:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Fort Lauderdale, FL 33301 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 07 2026 00:01:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street Suite 2300, Fort Lauderdale, FL 33301-5055 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 07 2026 00:01:00 | Metropolitan Life Insurance Company, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 07 2026 00:01:00 | Metropolitan Life Insurance Company, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Oct 07 2026 00:00:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | ^ | MEBN | Oct 06 2026 23:54:15 | NewRez LLC as servicer for Metropolitan Life Insur, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | ^ | MEBN | Oct 06 2026 23:54:16 | NewRez LLC as servicer for Wilmington Savings Fund, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 07 2026 00:01:00 | NewRez, LLC, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |
| cr | + | Email/Text: tosipov@pascocountyfl.net | Oct 07 2026 00:03:00 | Pasco County Board of County Commissioners, Anthony M. Salzano, Esq., Att Anthony Salzano Esq, 8731 Citizens Drive Suite 340, 8731 Citizens Drive, Suite 340, New Port Richey, FL 34654-5572 |
| cr | ^ | MEBN | Oct 06 2026 23:56:14 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 06 2026 23:56:09 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 07 2026 00:00:00 | TN Dept of Revenue, c/oTN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 07 2026 00:01:00 | U.S. Bank National Association, not in its individ, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 07 2026 00:00:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 07 2026 00:00:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Oct 07 2026 00:00:00 | U.S. Bank Trust National Association, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 07 2026 00:01:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street Suite 2300, Fort Lauderdale, FL 33301-5055 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 07 2026 00:00:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 07 2026 00:00:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 07 2026 00:00:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | ^ | MEBN | Oct 06 2026 23:55:14 | Wilmington Savings Fund Society, FSB, as Owner Tru, FCI Lender Services, Inc., PO Box 27370, Anaheim Hills, CA 92809, UNITED STATES 92809-0112 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 07 2026 00:01:00 | Wilmington Savings Fund Society, FSB, not in its i, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 07 2026 00:01:00 | Wilmington Savings Fund Society, FSB, not in its i, MCCALLA RAYMER LEIBERT PIERCE, LLP, BANKRUPTCY DEPARTMENT, 110 S.E. 6th Street, Suite 2300, Ft. Lauderdale, FL 33301-5055 |
| cr | ^ | MEBN | Oct 06 2026 23:56:06 | Wilmington Savings Fund Society, FSB, not in its i, c/o Seth Greenhill, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ice Miller LLP |
| cr | | 7E CWS Investments, Inc. |
| cr | | Fay Servicing, LLC as servicer for Citibank, N.A., |
| cr | | GITSIT Solutions, LLC, not in its individual capac |
| acc | | Hal A. Levenberg, CIRA, CFE |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank, |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank, |
| auc | | Jon Barber, c/o Soldnow, LLC dba Tranzon Driggers |
| cr | | Joseph Censullo |
| cr | | LIMA ONE CAPITAL, LLC |
| intp | | Luminary 813, LLC, 1925 E. 6th Ave., Ste. 10, Tampa |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing as |
| cr | | PBK Architects Inc. |
| cr | | SELENE FINANCE LP, AS SERVICER IN FACT FOR WILMING |
| auc | | SOLDNOW, LLC d/b/a Tranzon Driggers |
| cr | | Select Portfolio Servicing, Inc. as servicing agen |
| cr | | Select Portfolio Servicing, Inc. as servicing agen |
| cr | | Select Portfolio Servicing, Inc., as servicing age |
| cr | | Selene Finance LP |
| cr | | Selene Finance, LP |
| cr | | State of Florida Office of the Attorney General, Department of Legal Affairs |
| intp | | TR Capital Management LLC, US |
| cr | | Toorak Capital Partners LLC |

| | | |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS IN |
| cr | | U.S. Bank National Association, as Trustee of the |
| cr | | U.S. Bank Trust Company, National Association |
| intp | | United States Attorneys Office |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, solely as Tr |
| cr | | Wilmington Trust, National Association As Trustee |
| cr | *+ | Fay Servicing, LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | *+ | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | *+ | Fay Servicing, LLC as Servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | *+ | Metropolitan Life Insurance Company, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | * | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | Wilmington Savings Fund Society, FSB, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | *+ | Wilmington Savings Fund Society, FSB, not in its i, MCCALLA RAYMER LEIBERT PIERCE, LLP, BANKRUPTCY DEPARTMENT, 110 S.E. 6th Street, Suite 2300, Ft. Lauderdale, FL 33301-5055 |
| cr | *+ | Wilmington Savings Fund Society, FSB, not in its i, MCCALLA RAYMER LEIBERT PIERCE, LLP, BANKRUPTCY DEPARTMENT, 110 S.E. 6th Street, Suite 2300, Ft. Lauderdale, FL 33301-5055 |
| cr | ##+ | Civic Real Estate Holdings III, LLC, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |

TOTAL: 31 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2021-R1 afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Metropolitan Life Insurance Company afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor Civic Financial Services LLC afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee for Ibis Holdings A Trust afugate@hillwallack.com |
| Aleksandra Fugate | |

| | |
|---|---|
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II afugate@hillwallack.com |
| Amy M Kiser | on behalf of Creditor Greene Street Funding Trust II FLBankruptcy@rlselaw.com |
| Amy M Kiser | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST FLBankruptcy@rlselaw.com |
| Amy M Kiser | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II FLBankruptcy@rlselaw.com |
| Andrew V Layden | on behalf of Examiner Maria M Yip alayden@bakerlaw.com orlbankruptcy@bakerlaw.com |
| Angela M Reimer | on behalf of Creditor victor and susan Cave angela@AMRlawfirm.com AMRLawFirm@jubileebk.net;allison@amrlawfirm.com |
| Anthony M Salzano | on behalf of Creditor Pasco County Board of County Commissioners tosipov@pascocountyfl.net asalzano@pascocountyfl.net |
| Anthony P. Marzocca | on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B amarzocca@trenam.com, amarzocca@ecf.courtdrive.com;mwoods@trenam.com;amatos@ecf.courtdrive.com;mmosbach@trenam.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com |
| April Howard | on behalf of Creditor U.S. Bank Trust National Association aharriott@raslg.com |
| April Howard | on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I aharriott@raslg.com |
| April Howard | on behalf of Creditor Wilmington Trust National Association aharriott@raslg.com |
| April Stone | on behalf of Creditor Kiavi Funding Inc april@aprilhstonepa.com bankruptcy@mgs-legal.com |
| Bouavone Amphone | on behalf of Creditor Kiavi Funding Inc bamphone@tmppllc.com |
| Bouavone Amphone | on behalf of Creditor Toorak Capital Partners LLC bamphone@tmppllc.com |
| Brian D. Darer | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC briandarer@parkerpoe.com |
| Can Guner | on behalf of Creditor Wilmington Savings Fund Society FSB cguner@raslg.com, cguner@raslg.com |
| Celine Funk Granai | on behalf of Creditor State of Florida Office of the Attorney General sasha.granai@myfloridalegal.com zivile.rimkevicius@myfloridalegal.com |
| Christian Savio | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A csavio@mls-pa.com, kbelton@mls-pa.com |
| Christopher J Emden | on behalf of Interested Party United States Attorneys Office christopher.emden@usdoj.gov shelby.hill@usdoj.gov;Uriah.Oden@usdoj.gov;CaseView.ecf@usdoj.gov |
| Daniel Kevin Eisenhauer | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST dan.eisenhauer@decubaslewis.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor U.S. Bank Trust National Association dan.eisenhauer@decubaslewis.com |
| Danielle L Merola | on behalf of Examiner Maria M Yip dmerola@bakerlaw.com cmartin@bakerlaw.com;orlbankruptcy@bakerlaw.com |
| Danielle S Kemp | on behalf of Creditor Committee Unsecured Creditors' Committee kempd@gtlaw.com tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com |
| Elena P Ketchum | on behalf of Attorney Philadelphia Community Development Coalition Inc. eketchum.ecf@srbp.com, srbpecf@srbp.com |

Ellen Lyons
on behalf of Creditor State of Florida Office of the Attorney General ellen.lyons@myfloridalegal.com

Epiq Corporate Restructuring, LLC (KM)
abhishek.singh@epiqsystems.com ecr@ecf.epiqsystems.com

Esther A McKean
on behalf of Creditor DLP Lending Fund LLC esther.mckean@akerman.com

Gavin Stewart
on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Metropolitan Life Insurance Company bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Real Estate Holdings III LLC, by and through its servicer BSI Financial Services bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor TVC Funding IV LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Financial Services LLC, by and through its servicer and attorney-in-fact Servis One, Inc. d/b/a BSI Financial Services bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor U.S. Bank Trust National Association, as trustee for LB-Dwelling Series VI Trust bk@stewartlegalgroup.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 gbridges@burr.com, nwmosley@burr.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 gbridges@burr.com, nwmosley@burr.com

Geoffrey J Peters
on behalf of Creditor FIRST CITIZENS BANK & TRUST COMPANY colnationalecf@weltman.com colnationalecf@weltman.com;gpeters@weltman.com

Giselle Velez
on behalf of Creditor U.S. Bank Trust National Association gvelez@raslg.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society gvelez@raslg.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society FSB gvelez@raslg.com

Guy Williams Norris, Jr
on behalf of Creditor Barrington Oaks East Homeowners Association Inc. wnorris@bushross.com, bankruptcy.eservice@bushross.com;wnorris@ecf.courtdrive.com

Hailey Klabo
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC haileyklabo@parkerpoe.com

Hector E Lora
on behalf of Creditor Joseph Censullo hlora@mauricewutscher.com litigation@mwbllp.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 bkecfnotifications@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB bkecfnotifications@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Jeffrey W. Warren
on behalf of Creditor Brandon Dutch Mendenhall jwarren@bushross.com bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor NWL Company LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Selene Finance LP ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Metropolitan Life Insurance Company ecfflmb@aldridgepite.com jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Fay Servicing LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jessey James Krehl
on behalf of Debtor The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Debtor RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Defendant RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Plaintiff RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Interested Party The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jillian Nolan Snider
on behalf of Creditor 7E CWS Investments Inc. jsnider@fbtgibbons.com, rmccartney@fbtgibbons.com

John D Elrod
on behalf of Creditor Committee Unsecured Creditors' Committee elrodj@gtlaw.com fieldss@gtlaw.com,allison.mcgregor@gtlaw.com,john-elrod-0217@ecf.pacerpro.com

John R Yant
on behalf of Creditor Georg Couturier ryant@carltonfields.com epritchett@carltonfields.com

Joseph A Pack
on behalf of Debtor RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor The Seminar Solution LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Plaintiff RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph F Southron
on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust joe@southronfirm.com, eservice@southronfirm.com,jsouthron@recap.email

Joseph F Southron
on behalf of Creditor Toorak Capital Partners LLC joe@southronfirm.com eservice@southronfirm.com,jsouthron@recap.email

Kathleen DiSanto
on behalf of Creditor Brandon Dutch Mendenhall kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com

Kayleigh Wright
on behalf of Creditor Silver Hill Capital LLC kwright@spencerfane.com, cgipson@spencerfane.com

Kelsey Erin Burgess
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B kburgess@trenam.com, mwoods@trenam.com;kburgess@ecf.courtdrive.com;mmosbach@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

Kimberly H Israel
on behalf of Creditor Premiere Networks Inc. kim.israel@kaufmandolowich.com, jill.mcyeo@kaufmandolowich.com

Kylie Ann Riordan
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 kriordan@burr.com, mlucca-cruz@burr.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for Metropolitan Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of Saluda Grade Loan Trust I lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

| | |
|---|---|
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of FF Investorco Grantor Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust Company National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor CV3 Financial Services LLC as Servicer for CV3 Alpha Trust, a Delaware statutory trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor CV3 Financial Services as servicer for CV3 Bravo Trust lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Leslie Rushing | on behalf of Creditor NewRez as servicer for NWL Company LLC lrushing@hillwallack.com |
| Maria M Yip | trustee@yipcpa.com mmy@trustesolutions.net;cmmy11@trustesolutions.net |
| Matthew B Klein | on behalf of Creditor Civic Real Estate Holdings III LLC Matthew@HowardLaw.com, kayla@howardlaw.com |
| Matthew B Klein | on behalf of Creditor Grove Funding III Trust Matthew@HowardLaw.com kayla@howardlaw.com |
| Matthew B Klein | on behalf of Creditor New Roots M Trust Matthew@HowardLaw.com kayla@howardlaw.com |
| Megan Harper | on behalf of Creditor City of Philadelphia megan.harper@phila.gov |
| Megan M. Adeyemo | on behalf of Creditor PBK Architects Inc. madeyemo@gordonrees.com asoto@grsm.com |
| Melbalynn Fisher | on behalf of Creditor GITSIT Solutions LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com |

Mitun Mitra
on behalf of Creditor Joseph Censullo mitun@srqdebtattorney.com

Nicole Peair
on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov
brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Patrick Mosley
on behalf of Creditor Silver Hill Capital LLC pmosley@spencerfane.com, telam@spencerfane.com

Paul Wilfred Cervenka
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paul.cervenka@bonialpc.com
Notices.Bonial@ecf.courtdrive.com

Paul Wilfred Cervenka
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com
Notices.Bonial@ecf.courtdrive.com

Philip W Crawford
on behalf of Creditor 7E CWS Investments Inc. pcrawford@fbtgibbons.com

Reka Beane
on behalf of Creditor Metropolitan Life Insurance Company reka.beane@mccalla.com mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee reka.beane@mccalla.com,
mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2024-INV1 reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential
Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee of Residential
Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert K Eddy
on behalf of Creditor CNH Industrial Capital America LLC reddy@e-rlaw.com bcruz@e-rlaw.com

Seth J Greenhill
on behalf of Creditor Metropolitan Life Insurance Company Seth.Greenhill@padgettlawgroup.com
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Kiavi Funding Inc Seth.Greenhill@padgettlawgroup.com
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB,
not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor MCLP Asset Company Inc. Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor NWL Company LLC Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee
Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX
2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Stephanie C Lieb
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B slieb@trenam.com,
mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdri
ve.com;jpayne@trenam.com

Stuart Wilson-Patton
on behalf of Creditor TN Dept of Revenue Stuart.Wilson-Patton@ag.tn.gov

Tara Lauree Grundemeier

| | |
|---|---|
| | on behalf of Creditor Harris County ESD #17 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor City of Seabrook houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #13 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #60 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #02 houston_bankruptcy@lgbs.com |
| Toni Townsend | on behalf of Creditor Wilmington Savings Fund Society FSB toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Travis Bailey | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Savings Fund Society trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its |

individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey
on behalf of Creditor SELENE FINANCE LP AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I trbailey@raslg.com

Tricia A Morra
on behalf of Creditor Selene Finance LP bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Fay Servicing LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Brighthouse Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NWL Company LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NewRez LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX

| | |
|---|---|
| | 2024-NQM2 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. Bank Trust Company National Association bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Troy A Lawrence | on behalf of Creditor LIMA ONE CAPITAL LLC tlawrence@atlas-solomon.com, mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com |
| Troy A Lawrence | on behalf of Creditor Lima One Capital Loan tlawrence@atlas-solomon.com mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |
| William L Grimsley | on behalf of Creditor Silver Hill Capital LLC wgrimsley@spencerfane.com, cgipson@spencerfane.com;afoster@spencerfane.com |

TOTAL: 194

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case Number:
8:26−bk−01636−CPM
Chapter 11

RAD Diversified REIT, Inc.

Debtor* /

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Catherine Peek McEwen will conduct a non−evidentiary hearing on **November 17, 2026 at 04:00 PM in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602** to consider the following:

**Motion to Extend Time to File Claims. Doc. No. 1177**

2. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated October 6, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.