United States Bankruptcy Court
Middle District of Florida

In re:
RAD Diversified REIT, Inc.
Debtor

Case No. 26-01636-CPM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 10
Date Rcvd: Oct 06, 2026 | Form ID: pdfdoc | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Mark A. Dreyer, 3331 Anchor Bay Trail, Bradenton, FL 34211-3463 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksandra Fugate | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2021-R1 afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Metropolitan Life Insurance Company afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor Civic Financial Services LLC afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee for Ibis Holdings A Trust afugate@hillwallack.com |

| | |
|---|---|
| Amy M Kiser | on behalf of Creditor Greene Street Funding Trust II FLBankruptcy@rlselaw.com |
| Amy M Kiser | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST FLBankruptcy@rlselaw.com |
| Amy M Kiser | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II FLBankruptcy@rlselaw.com |
| Andrew V Layden | on behalf of Examiner Maria M Yip alayden@bakerlaw.com orlbankruptcy@bakerlaw.com |
| Angela M Reimer | on behalf of Creditor victor and susan Cave angela@AMRlawfirm.com AMRLawFirm@jubileebk.net;allison@amrlawfirm.com |
| Anthony M Salzano | on behalf of Creditor Pasco County Board of County Commissioners tosipov@pascocountyfl.net asalzano@pascocountyfl.net |
| Anthony P. Marzocca | on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B amarzocca@trenam.com, amarzocca@ecf.courtdrive.com;mwoods@trenam.com;amatos@ecf.courtdrive.com;mmosbach@trenam.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com |
| April Howard | on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I aharriott@raslg.com |
| April Howard | on behalf of Creditor Wilmington Trust National Association aharriott@raslg.com |
| April Howard | on behalf of Creditor U.S. Bank Trust National Association aharriott@raslg.com |
| April Stone | on behalf of Creditor Kiavi Funding Inc april@aprilhstonepa.com bankruptcy@mgs-legal.com |
| Bouavone Amphone | on behalf of Creditor Kiavi Funding Inc bamphone@tmppllc.com |
| Bouavone Amphone | on behalf of Creditor Toorak Capital Partners LLC bamphone@tmppllc.com |
| Brian D. Darer | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC briandarer@parkerpoe.com |
| Can Guner | on behalf of Creditor Wilmington Savings Fund Society FSB cguner@raslg.com, cguner@raslg.com |
| Celine Funk Granai | on behalf of Creditor State of Florida Office of the Attorney General sasha.granai@myfloridalegal.com zivile.rimkevicius@myfloridalegal.com |
| Christian Savio | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A csavio@mls-pa.com, kbelton@mls-pa.com |
| Christopher J Emden | on behalf of Interested Party United States Attorneys Office christopher.emden@usdoj.gov shelby.hill@usdoj.gov;Uriah.Oden@usdoj.gov;CaseView.ecf@usdoj.gov |
| Daniel Kevin Eisenhauer | on behalf of Creditor U.S. Bank Trust National Association dan.eisenhauer@decubaslewis.com |
| Daniel Kevin Eisenhauer | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST dan.eisenhauer@decubaslewis.com |
| Danielle L Merola | on behalf of Examiner Maria M Yip dmerola@bakerlaw.com cmartin@bakerlaw.com;orlbankruptcy@bakerlaw.com |
| Danielle S Kemp | on behalf of Creditor Committee Unsecured Creditors' Committee kempd@gtlaw.com tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com |
| Elena P Ketchum | on behalf of Attorney Philadelphia Community Development Coalition Inc. eketchum.ecf@srbp.com, srbpecf@srbp.com |
| Ellen Lyons | on behalf of Creditor State of Florida Office of the Attorney General ellen.lyons@myfloridalegal.com |

Epiq Corporate Restructuring, LLC (KM)
abhishek.singh@epiqsystems.com ecr@ecf.epiqsystems.com

Esther A McKean
on behalf of Creditor DLP Lending Fund LLC esther.mckean@akerman.com

Gavin Stewart
on behalf of Creditor U.S. Bank Trust National Association, as trustee for LB-Dwelling Series VI Trust bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Metropolitan Life Insurance Company bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Real Estate Holdings III LLC, by and through its servicer BSI Financial Services bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor TVC Funding IV LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Financial Services LLC, by and through its servicer and attorney-in-fact Servis One, Inc. d/b/a BSI Financial Services bk@stewartlegalgroup.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 gbridges@burr.com, nwmosley@burr.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 gbridges@burr.com, nwmosley@burr.com

Geoffrey J Peters
on behalf of Creditor FIRST CITIZENS BANK & TRUST COMPANY colnationalecf@weltman.com colnationalecf@weltman.com;gpeters@weltman.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society FSB gvelez@raslg.com

Giselle Velez
on behalf of Creditor U.S. Bank Trust National Association gvelez@raslg.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society gvelez@raslg.com

Guy Williams Norris, Jr
on behalf of Creditor Barrington Oaks East Homeowners Association Inc. wnorris@bushross.com, bankruptcy.eservice@bushross.com;wnorris@ecf.courtdrive.com

Hailey Klabo
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC haileyklabo@parkerpoe.com

Hector E Lora
on behalf of Creditor Joseph Censullo hlora@mauricewutscher.com litigation@mwbllp.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 bkecfnotifications@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB bkecfnotifications@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Jeffrey W. Warren
on behalf of Creditor Brandon Dutch Mendenhall jwarren@bushross.com bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com

| | |
|---|---|
| Jennifer Laufgas | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor Fay Servicing LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor NWL Company LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor Selene Finance LP ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor Metropolitan Life Insurance Company ecfflmb@aldridgepite.com jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jessey James Krehl | on behalf of Interested Party The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com |
| Jessey James Krehl | on behalf of Debtor The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com |
| Jessey James Krehl | on behalf of Debtor RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com |
| Jessey James Krehl | on behalf of Defendant RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com |
| Jessey James Krehl | on behalf of Plaintiff RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com |
| Jillian Nolan Snider | on behalf of Creditor 7E CWS Investments Inc. jsnider@fbtgibbons.com, rmccartney@fbtgibbons.com |
| John D Elrod | on behalf of Creditor Committee Unsecured Creditors' Committee elrodj@gtlaw.com fieldss@gtlaw.com,allison.mcgregor@gtlaw.com,john-elrod-0217@ecf.pacerpro.com |
| John R Yant | on behalf of Creditor Georg Couturier ryant@carltonfields.com epritchett@carltonfields.com |
| Joseph A Pack | on behalf of Interested Party DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Interested Party RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Interested Party DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |

Joseph A Pack
on behalf of Interested Party DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Plaintiff RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor The Seminar Solution LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph F Southron
on behalf of Creditor Toorak Capital Partners LLC joe@southronfirm.com eservice@southronfirm.com,jsouthron@recap.email

Joseph F Southron
on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust joe@southronfirm.com, eservice@southronfirm.com,jsouthron@recap.email

Kathleen DiSanto
on behalf of Creditor Brandon Dutch Mendenhall kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com

Kayleigh Wright
on behalf of Creditor Silver Hill Capital LLC kwright@spencerfane.com, cgipson@spencerfane.com

Kelsey Erin Burgess
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B kburgess@trenam.com, mwoods@trenam.com;kburgess@ecf.courtdrive.com;mmosbach@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

Kimberly H Israel
on behalf of Creditor Premiere Networks Inc. kim.israel@kaufmandolowich.com, jill.mcyeo@kaufmandolowich.com

Kylie Ann Riordan
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 kriordan@burr.com, mlucca-cruz@burr.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor CV3 Financial Services LLC as Servicer for CV3 Alpha Trust, a Delaware statutory trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor CV3 Financial Services as servicer for CV3 Bravo Trust lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

| | |
|---|---|
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for Metropolitan Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of Saluda Grade Loan Trust I lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of FF Investorco Grantor Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust Company National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Leslie Rushing | on behalf of Creditor NewRez as servicer for NWL Company LLC lrushing@hillwallack.com |
| Maria M Yip | trustee@yipcpa.com mmy@trustesolutions.net;cmmy11@trustesolutions.net |
| Matthew B Klein | on behalf of Creditor New Roots M Trust Matthew@HowardLaw.com kayla@howardlaw.com |
| Matthew B Klein | on behalf of Creditor Civic Real Estate Holdings III LLC Matthew@HowardLaw.com, kayla@howardlaw.com |
| Matthew B Klein | on behalf of Creditor Grove Funding III Trust Matthew@HowardLaw.com kayla@howardlaw.com |
| Megan Harper | on behalf of Creditor City of Philadelphia megan.harper@phila.gov |
| Megan M. Adeyemo | on behalf of Creditor PBK Architects Inc. madeyemo@gordonrees.com asoto@grsm.com |
| Melbalynn Fisher | on behalf of Creditor GITSIT Solutions LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com |
| Mitun Mitra | on behalf of Creditor Joseph Censullo mitun@srqdebtattorney.com |
| Nicole Peair | |

on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov
brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Patrick Mosley
on behalf of Creditor Silver Hill Capital LLC pmosley@spencerfane.com, telam@spencerfane.com

Paul Wilfred Cervenka
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paul.cervenka@bonialpc.com
Notices.Bonial@ecf.courtdrive.com

Paul Wilfred Cervenka
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com
Notices.Bonial@ecf.courtdrive.com

Philip W Crawford
on behalf of Creditor 7E CWS Investments Inc. pcrawford@fbtgibbons.com

Reka Beane
on behalf of Creditor Metropolitan Life Insurance Company reka.beane@mccalla.com mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee reka.beane@mccalla.com,
mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential
Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee of Residential
Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2024-INV1 reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert K Eddy
on behalf of Creditor CNH Industrial Capital America LLC reddy@e-rlaw.com bcruz@e-rlaw.com

Seth J Greenhill
on behalf of Creditor MCLP Asset Company Inc. Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor NWL Company LLC Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee
Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX
2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Metropolitan Life Insurance Company Seth.Greenhill@padgettlawgroup.com
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Kiavi Funding Inc Seth.Greenhill@padgettlawgroup.com
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB,
not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com,
bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Stephanie C Lieb
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B slieb@trenam.com,
mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdri
ve.com;jpayne@trenam.com

Stuart Wilson-Patton
on behalf of Creditor TN Dept of Revenue Stuart.Wilson-Patton@ag.tn.gov

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #60 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #17 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #02 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor City of Seabrook houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #13 houston_bankruptcy@lgbs.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Travis Bailey
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey
on behalf of Creditor Wilmington Savings Fund Society trbailey@raslg.com

Travis Bailey
on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I trbailey@raslg.com

Travis Bailey
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 trbailey@raslg.com

Travis Bailey
on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey
on behalf of Creditor SELENE FINANCE LP AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I trbailey@raslg.com

Travis Bailey
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST trbailey@raslg.com

Tricia A Morra
on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NWL Company LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NewRez LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust Company National Association bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Fay Servicing LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Brighthouse Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Selene Finance LP bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Troy A Lawrence

| | |
|---|---|
| | on behalf of Creditor LIMA ONE CAPITAL LLC tlawrence@atlas-solomon.com, mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com |
| Troy A Lawrence | on behalf of Creditor Lima One Capital Loan tlawrence@atlas-solomon.com mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |
| William L Grimsley | on behalf of Creditor Silver Hill Capital LLC wgrimsley@spencerfane.com, cgipson@spencerfane.com;afoster@spencerfane.com |

TOTAL: 194

ORDERED.

**Dated: October 05, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No. 8:26–bk–01636–CPM
Chapter 11

RAD Diversified REIT, Inc.

Debtor* /

**ORDER SUSTAINING IN PART AND OVERRULING IN PART LIMITED OBJECTION TO APPLICATION FOR COMPENSATION**

THIS CASE came on for hearing on September 29, 2026, for consideration of the **Limited Objection to Application for Compensation** (the "Objection") (Doc. **1006**), filed by **Creditor Mark Dreyer**.

The court having considered the record and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court, sustains the Objection in part and overrules it in part. The Objection is sustained to the extent it requests that the Court review the application under 11 U.S.C. § 330. The Court always reviews applications for compensation and expense reimbursement not only under § 330, but also under the Eleventh Circuit's billing judgment rule, ACLU of Ga. v. Barnes, 168 F.3d 423 (11th Cir. 1999), and the non-codified factors set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717–19 (5th Cir. 1974).

To the extent the Objection seeks disallowance, the Objection is overruled without prejudice to the Creditor filing an amended objection identifying with specificity any particular time entry or expense he contends should be disallowed and the basis for each objection.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.