UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

RAD DIVERSIFIED REIT, INC.
RAD DIVERSIFIED OZ FUND, LP;
DHI FUND, LLC;
DHI HOLDINGS, LP;
DDH FUND, LLC; and
THE SEMINAR SOLUTION, LLC,

Debtor(s).
/

CASE NO.: 8:26-bk-01636-CPM
CHAPTER 11
JUDGE CATHERINE PEEK MCEWEN

*Jointly Administered with*
Case No. 26-bk-01637 CPM
Case No. 26-bk-01638 CPM
Case No. 26-bk-01639 CPM
Case No. 26-bk- 01640 CPM
Case No. 26-bk-08030 CPM

**JOINT NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** of the substitution of Adam Diaz, Esq. of Diaz Anselmo & Associates, PA for Ida Moghimi-Kian, Esq. of Diaz Anselmo &Associates, PA, as attorney for WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 ("Secured Creditor") in this case. Undersigned counsel certifies that the client has consented to the substitution. The Clerk is requested to remove Ida Moghimi-Kian, Esq. from the CM-ECF mailing matrix.

By: /s/ Adam Diaz
Adam A. Diaz
Florida Bar No. 98379
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax: (954) 564-9252
adiaz@dallegal.com

File No. 8011-238207

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, October 12, 2026, a copy of the foregoing was served via the court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

MATTHEW FORNSHELL
ICE MILLER LLP
250 WEST STREET, SUITE 700
COLUMBUS, OH 43215-7509
*Attorney for Debtor(s)*

JESSEY JAMES KREHL
JOSEPH PACK
4649 PONCE DE LEON BLVD SUITE 1200
CORAL GABLES, FL 33602
*Attorney for Debtor*

UNITED STATES TRUSTEE - TPA 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

NICOLE PEAIR
TIMBERLAKE ANNEX
501 E POLK STREET SUITE 1200
TAMPA, FL 33602
*Counsel for U.S. Trustee*

UNSECURED CREDITORS' COMMITTEE
C/O GREENBERG TRAURIG
JOHN D ELROD
DANIELLA S KEMP
3333 PIEDMONT ROAD, NE
SUITE 2500
ATLANTA, GA 30305
*Creditor Committee*

And by regular U.S. Mail, postage pre-paid on:

RAD DIVERSIFIED REIT, INC.
JOINTLY ADMINISTERED WITH
26-BK-01637-CPM, 26-BK-01638-CPM,
26-BK-01639-CPM, 26-BK-01640-CPM
11418 US-19 N.
PORT RICHEY, FL 34688
*Debtor(s)*

By: /s/ Adam Diaz

Adam A. Diaz
Florida Bar No. 98379
adiaz@dallegal.com