FILED VIA MAIL

OCT 1 3 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
____________DIVISION

In re:
RAD Diversified REIT, Inc.

Case No. 8:26-bk-01636-CPM
Chapter 11

Debtor(s) /

**NOTICE OF CHANGE OF ADDRESS**

**CHECK ONLY ONE:**

DEBTOR(s): ☐ CREDITOR: ☑

Please print the following information:

NAME: JOU, JIAYU / ZION SUMMIT LLC SOLO 401K

OLD MAILING ADDRESS: 11221 CARMENITA RD APT 306
WHITTIER, CA 90605-4035

NEW MAILING ADDRESS: 14851 Jeffrey Rd Space 144
Irvine, CA 92618

DATED: 10/06/26

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 562-316-7112

**All future notices shall be sent to the new mailing address**

(6/1/11)

From: Jiayu Jou
14851 Jeffrey Rd spc 144
IRVINE CA 92618

SANTA ANA CA 926
7 OCT 2026 PM 5 L

Dog Bite Awareness



To:

Clerk, U.S. Bankruptcy Court
Middle District of Florida – Tampa Division
801 N. Florida Avenue, Suite 555
Tampa, FL 33602

33602-