UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RAD Diversified REIT, Inc.

Debtor. /

Case No.: 8:26-bk-01636-CPM
Chapter 11

**DECLARATION IN SUPPORT OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Troy Valentine, being of full age, hereby certify as follows:

1. I am a AVP of BSI Financial Services as servicer for Civic Financial Services, LLC (the "Movant"), the holder of first mortgage on the below referenced real property. Part of my responsibilities at BSI Financial Services, LLC is to monitor certain delinquent accounts in bankruptcy, one of which is the account of Debtor, RAD Diversified REIT, Inc. As such, I am personally familiar with the facts set forth herein and am authorized to make this Certification on behalf of Movant.

2. The information in this Certification is taken from Movant's business records regarding the mortgage loan account at issue in this matter. I have personal knowledge of Movant's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of Movant's regularly conducted business activities; and (c) it is the regular practice of Movant to make such records.

3. Movant services the loan on the Property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtain a discharge and a foreclosure action is commenced on the mortgaged Property, the foreclosure will be conducted in the

name of the Movant. The Movant, directly or through an agent, has possession of the promissory note. The Movant will enforce the promissory note as transferee in possession. Movant is the beneficiary or the assignee of the Mortgage.

4. This Certification is submitted in support of the Movant's Motion for an Order Granting Relief from the Automatic Stay with respect to its mortgage on property commonly known as 3759 N 15th St, Philadelphia, PA 19140 (the "Property") due to the lack of adequate protection in the Property and further providing that all communications sent by Movant in connection with proceeding against the Property, including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

5. RAD Diversified REIT, Inc. a Maryland Corporation, by Taylor Green executed and delivered a Note to Civic Financial Services, LLC, a California Limited Liability Company in the principal amount of $215,000.00. See Exhibit A attached hereto.

6. In connection with the Note and as security for the loan, RAD Diversified REIT, Inc. a Maryland Corporation, by Taylor Green executed a Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "Mortgage") in the original principal amount of $215,000.00 using the Property as collateral. The Mortgage was recorded on November 01, 2022, as Doc Id 54116129 in the Philadelphia County Clerk's Office. See Exhibit **B** attached hereto.

7. The Note and Mortgage were assigned to Movant by one assignment. See Exhibit **C** attached hereto.

8. As of September 26, 2026, the total payoff is $251,088.51 and interest continues to accrue thereafter. Debtor is delinquent with mortgage obligations and cause exists to vacate the automatic stay under 11 U.S.C. § 362(d)(1).

9. As a result of the above, cause exists for *in rem* relief from the automatic stay under 11 U.S.C. § 362(d)(1).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signature: ______________________
Troy Valentine, AVP

Dated: 10/08/2026