ORDERED.

**Dated: October 13, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| *Jointly Administered with* | |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

______________________________________/

**AGREED ORDER GRANTING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. NO. 578)**

This CAUSE came before the court for hearing on August 11, 2026 and September 15, 2026. At the September 15, 2026 hearing the Parties informed the Court that upon the

consideration, consent, and agreement of the Parties, Select Portfolio Servicing, Inc., as servicing agent for Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee Of Cim Trust 2023-I1 (the "Secured Creditor"), and RAD Diversified REIT, Inc. (the "Debtor"), upon the Secured Creditor's *Motion for Relief from Automatic Stay* (Doc. No. 578) (the "Motion"), the Parties had entered into an agreed order, and that by submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in: 5731 Hazel Avenue, Philadelphia, Pennsylvania 19143 (the "Property"), and further described as follows:

> ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.
>
> SITUATE on the North side of Hazel Avenue at the distance of Two hundred thirty-eight feet Westward from the Westerly side of Fifty-Seventh Street in the Forty-Sixth Ward of the City of Philadelphia.
>
> CONTAINING in front or breadth on the said Hazel Avenue Fifteen feet and extending of that width in length or depth Northward between parallel lines at right angles to the said Hazel Avenue Sixty-five feet to the middle of a Three feet wide alley which extends Eastward from Fifty-eight Street to a certain other Three feet wide alley which extends Northward from Hazel Avenue to Larchwood Avenue.
>
> TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter forever, County of Philadelphia, State of Pennsylvania.
>
> BEING known as No. 5731 Hazel Avenue.
> Being the same premises which Jewell Williams , Sheriff of the County of Philadelphia by Deed Poll dated 6/14/2018 and recorded 6/27/2018 in Philadelphia County as Document No. 53382643 conveyed unto Celeste River LLC , in fee.

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek, obtain or pursue an *in rem* judgment against the Property and does not permit Secured Creditor to seek, obtain, or pursue *in personam* relief against the Debtor(s).

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Regarding the pending Pennsylvania foreclosure matter (Case ID 251101408), upon the conclusion of Case ID 251101408 (i.e. successful bidder taking possession of the Property), Secured Creditor **must inform** Counsel for the Debtor at the following email addresses so that the Debtor(s)' bankruptcy records can be properly updated: joe@packlaw.com, jessey@packlaw.com, and tanya@packlaw.com .

6. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

Attorney Travis Bailey is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.