ORDERED.

**Dated: October 13, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP; and<br>DDH Fund, LLC | Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

Debtors.
_______________________________________/

**AGREED ORDER ON MOTION FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CREDITOR, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2024-INV1**
[Doc. No. 936]

THIS CASE came on for consideration, for hearing held on September 15, 2026, of the *Motion for Adequate Protection, or in the alternative Motion for Relief from the Automatic Stay* (Doc. No. 936) (the "**Motion**") filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1

("**Creditor**"), whereby the Motion was granted.. By submission of this order for entry, counsel for Creditor, upon conferring with Debtor's counsel, represents that the Debtors consent to this order and the relief set forth herein. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to the following property (the "**Property**"):

   a. 3914 Fairdale Road, Philadelphia, PA 19154

3. The automatic stay is terminated for the purpose of allowing Creditor to take any and all steps necessary to exercise any and all *in rem* rights it may have in the Property, including without limitation having the Sheriff of Philadelphia County record deeds to the Property in favor of Creditor or an entity(ies) designated by Creditor, gaining possession of the Property, or such other and further in rem relief. Provided, however, that Creditor shall not seek nor obtain any *in personam* relief against the Debtor.

4. The Debtor may immediately cancel any property or liability insurance maintained with respect to the Property retroactive to the date of the filing of the petition.

5. Upon recording of the Deed to the subject Property as described in Paragraph 3, Secured Creditor shall provide notice of same to Counsel for Debtor via e-mail at: joe@packlaw.com, jessey@packlaw.com, and tanya@packlaw.com.

6. Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is GRANTED.

7. The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Laura E. Noyes is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.*