IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*

RAD DIVERSIFIED REIT, INC.;

CASE NO. 8:26-BK-01636-CPM
CHAPTER 11

*Jointly Administered with*
Case No. 8:26-bk-01637-CPM
Case No. 8:26-bk-01638-CPM
Case No. 8:26-bk-01639-CPM
Case No. 8:26-bk-01640-CPM

RAD DIVERSIFIED OZ FUND, LP;

DHI FUND, LLC;

DHI HOLDINGS, LP; *and*

DDH FUND, LLC,

Debtors.

_______________________________________/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 16, 2026, the Clerk of Court filed the foregoing *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from Stay* (Doc 1276) by using NextGen CM/ECF System, which will send a notice of electronic filing to all participants receiving service by this method.

Joseph A Pack, Esq. and Jessey James Krehl, Esq., 51 NE 24th Street, Suite 108, Miami, FL 33137
Office of the United States Trustee c/o Nicole Peair, Esq., Timberlake Annex, Suite 1200, 501 E Polk St, Tampa, FL 33602

And a true and correct copy was sent via U.S. First Class Mail to:
RAD Diversified REIT, Inc., 11418 US-19 N., Port Richey, FL 34688

Respectfully submitted,

HOWARD LAW

/s/____Matthew Klein____________

MATTHEW KLEIN
FLORIDA BAR#: 73529
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: bankruptcy@howardlaw.com