ORDERED.

**Dated: October 13, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RAD DIVERSIFIED REIT, INC.,** | **Case No.: 8:26-bk-01636-CPM** |
| | ***Jointly Administered with*** |
| **RAD DIVERSIFED OZ FUND, LP;** | **Case No.: 8:26-bk-01637-CPM** |
| **DHI FUND, LLC;** | **Case No.: 8:26-bk-01638-CPM** |
| **DHI HOLDINGS, LP;** ***and*** | **Case No.: 8:26-bk-01639-CPM** |
| **DDH FUND, LLC,** | **Case No.: 8:26-bk-01640-CPM** |
| **Debtors.** | |

**ORDER APPROVING, ON AN INTERIM BASIS, FIRST AND FINAL FEE APPLICATION OF HAL A. LEVENBERG, CIRA, CFE AND YIP ASSOCIATES, AS FORENSIC ACCOUNTANTS FOR CHAPTER 11 EXAMINER MARIA M. YIP**

This case came before the Court for consideration of the foregoing *First and Final Fee Application of Hal A. Levenberg, CIRA, CFE and Yip Associates, as Forensic Accountants for Chapter 11 Examiner Maria M. Yip* (Doc. No. 1079) (the "Application") filed by Maria M. Yip, Chapter 11 Examiner,[1] seeking compensation for professional services rendered from April 2,

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

2026, to August 31, 2025 ("Final Fee Period") in the amount of $468,390.00 ("Fees") and reimbursement of expenses in the amount of $586.90 ("Costs"). The Court having reviewed the Application and any objections filed thereto; and the Court finding that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue of the chapter 11 case and the Application is proper under 28 U.S.C. §§ 1408 and 1409; (iii) notice of the Application, the opportunity to object, and for the hearing thereon was provided and sufficient under the circumstances; and (iv) based on the forgoing, good cause exists to grant the relief requested in the Application,

**IT IS HEREBY ORDERED:**

1. The Application is APPROVED on an interim basis as set forth herein.

2. Hal A. Levenberg, CIRA, CFE and Yip Associates (the "Applicants") are allowed, on an interim basis, compensation for professional services in the amount of $374,712.00, representing 80% of the total compensation sought and reimbursement of expenses billed in the amount of $586.90 during the Final Fee Period.

3. The Debtors are authorized to pay the Applicants 80% of the Fees and 100% Costs immediately. There will be a holdback of 20% of the Fees until the final hearing on the Application. All parties reserve all rights with respect to approval of the Fees and Expenses on a final basis.

4. The Applicants may apply the retainer being held by the Applicants (in the amount of $200,000) to their Fees and Costs.

5. The Application is set for final hearing at **3:30 p.m. on December 17, 2026**, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL, 33602. All parties may attend the hearing in person or via Zoom. Parties are directed to review

Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

# # #

Attorney Andrew V. Layden is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.