UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |

Debtors.
_______________________________________/

**CERTIFICATE OF SERVICE**

I, Laura Noyes, Esq, certify that on October 16, 2026, I caused to be served a true copy of the annexed **AGREED ORDER ON MOTION FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CREDITOR, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2024-INV1 [Doc No. 1267]** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/_Laura Noyes____

Laura Noyes, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

# **SERVICE LIST**

DDH Fund, LLC
11418 US-19 N.
Port Richey, FL 34688
***Debtor***

Joseph A Pack, Esq.
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146
***Debtor's Attorney***

United States Trustee
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
***Trustee***

+ CH11 CREDITOR MATRIX

Label Matrix for local noticing
113A-8
Case 8:26-bk-01636-CPM
Middle District of Florida
Tampa
Thu Mar 19 12:06:55 EDT 2026

Fay Servicing, LLC as Servicer for U.S. Ban
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

Brighthouse Life Insurance Company
Six Piedmont Center 3525 Piedmont Road,
Atlanta, GA 30305 United States

Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

Civic Real Estate Holdings III, LLC
c/o Howard Law
902 Clint Moore Road
Suite 220
Boca Raton, FL 33487-2828

DLP Lending Fund LLC
c/o Esther McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

Fay Servicing, LLC as Servicer for U.S. Bank
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

Fay Servicing, LLC as servicer for Wilmingto
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

Greene Street Funding Trust II
2313 W Violet Ave
Tampa, FL 33603-1421

J.P. Morgan Mortgage Trust 2023-DSC1 c/o Cit
c/o Seth Greenhill
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 32312-3858

Kiavi Funding Inc
Tromberg, Miller, Morris & Partners
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441-1611

Lima One Capital Loan
Atlas Solomon LLP
7674 W. Lake Mead Blvd. Suite 220
Las Vegas, NV 89128-6644

Metropolitan Life Insurance Company
c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
110 S.E. 6th Street Suite 2300
Fort Lauderdale, FL 33301-5055

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICI
PO Box 10826
Greenville, SC 29603-0826

NWL Company, LLC
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

PNC BANK, NATIONAL ASSOCIATION, successor to
c/o Kylie A. Riordan, Esq.
Burr & Forman LLP
200 S. Orange Ave, Suite 800
Orlando, FL 32801-6404

Premiere Networks, Inc.
c/o Kimberly Held Israel, Esq.
Suite 1150
Orlando, FL 32801 United States

RAD Diversified REIT, Inc.
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34668-1438

SN Servicing Corporation as Servicer for U.S
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

U.S. Bank National Association, not in its i
Aldridge Pite, LLP
3525 Piedmont Road, N.E.
Suite 700
Atlanta, GA 30305-1608

U.S. Bank Trust National Association
P.O. Box 10826
Greenville, SC 29603-0826

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. Bank Trust National Association, not in
Six Piedmont Center 3525 Piedmont Road,
Atlanta, GA 30305 United States

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN
Six Piedmont Center 3525 Piedmont Road,
Atlanta, GA 30305 United States

Wilmington Savings Fund Society
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB, as Own
FCI Lender Services, Inc.
PO Box 27370
Anaheim Hills, CA 92809-0112

Wilmington Savings Fund Society, FSB, not in
c/o Seth Greenhill
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 32312-3858

Benjamin C. Patton
McRae Metcalf, P.A.
2612 Centennial Place
Tallahassee, FL 32308-0572

Brandon Dutch Mendenhall
c/o Jeffrey W. Warren
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

Brandon Dutch Mendenhall
c/o Kathleen L. DiSanto, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913

Brighthouse Life Insurance Company
c/o Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Brighthouse Life Insurance Company
c/o Aldridge Pite, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Civic Real Estate Holdings III, LLC
c/o MATTHEW KLEIN
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487-2828

DLP Lending Fund LLC
c/o Esther McKean, Esq.
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

DLP Lending Fund LLC
c/p Esther McKean, Esquire
AKERMAN LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801-4904

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Fay Servicing
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Fay Servicing, LLC
c/o Laura Noyes, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

GREENE STREET FUNDING TRUST II
c/o Amy M Kiser
2313 W Violet Street
FL 33603-1421

GREENE STREET FUNDING TRUST II
c/o Rubin Lublin LLC
2313 W. Violet St.
Tampa, FL 33603-1421

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J.P. Morgan Trust 2023-DSC
c/o Seth Greenhill Esq.,
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Kiavi Funding Inc
c/o Tromberg, Miller, Morris & Partners
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441-1611

Lima One Capital Loan
c/o Atlas Solomon LLP
7674 W. Lake Mead Blvd Ste 220
Las Vegas, NV 89128-6644

NWL Company, LLC
c/o Seth Greenhill Esq.,
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Office of the Attorney General
State of Florida, Dept of Legal Affairs
Attn: Sasha Funk Granai
3507 E Frontage Road Suite 325
Tampa FL 33607-1795

PNC BANK, NATIONAL ASSOCIATION, successor to
c/o Kylie A. Riordan, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801-6404

PNC Bank, National Association
c/o Brian D. Darer
Parker Poe Adams& Bernstein LLP
P.O. Box 389
Raleigh, NC 27602-0389

PNC Bank, National Association
c/o Brian D. Darer, Esq.
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601-2172

PNC Bank, National Association
c/o Hailey W. Klabo, Esq.
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601-2172

PNC Bank, National Association
c/o Hailey W. Klabo, Esq.
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601-2172

Premiere Networks, Inc.
c/o Kimberly Held Israel, Esq.
Kaufman Dolowich
301 E. Pine St., Ste. 1150
Orlando, FL 32801-2741

Robert J. Geraghty
90 Middle Branch Drive
Alfred ME 04002-3155

SN Servicing Corporation
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

Suresh Patel
1102 Sandtrap Way
Durham, NC 27703-6588

The Daily Upside, LLC
McRae & Metcalf, P.A.
2612 Centennial Place
Tallahassee, FL 32308-0572

U.S. BANK TRUST NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. BANK TRUST NATIONAL ASSOCIATION
c/o Robertson, Anschutz, Schneid, et al
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

U.S. Bank National Association
c/o Aldridge Pite, LLP
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

U.S. Bank National Association
c/o Aldridge Pite, LLP, Attn: Tricia Mor
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

U.S. Bank National Association
c/o Dan Eisenhauer Esq.,
De Cubas & Lewis, P.A.
PO Box 5026
Fort Lauderdale, FL 33310-5026

U.S. Bank National Association, as Trustee o
c/o Kelsey E. Burgess, Esq., Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

U.S. Bank National Association, as Trustee o
c/o Stephanie C. Lieb, Esq., Trenam Law
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602-5150

U.S. Bank Trust National
Association, not in its individual capac
P.O. Box 10826
Greenville, SC 29603-0826

U.S. Bank Trust National Association
c/o Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

WILMINGTON SAVINGS FUND SOCIETY
c/o ALDRIDGE PITE, LLP Attn: Tricia Morr
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

WILMINGTON SAVINGS FUND SOCIETY, FSB
c/o Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305-1608

Wilmington Savings Fund Society
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312-3858

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB
Robertson, Anschutz, Schneid, Crane
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

Wilmington Savings Fund Society, FSB, as Own
PO Box 27370
Anaheim Hills, CA 92809-0112

Brandon Dutch Mendenhall
Bush Ross, P.A.
c/o Kathleen L. DiSanto, Esq.
P.O. Box 3913
Tampa, FL 33601-3913

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146-2121

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146-2121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Fay Servicing, LLC as Servicer for U.S. Ba
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

(d)Fay Servicing, LLC as servicer for U.S. Ba
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

(u)U.S. Bank National Association, as Trustee

(d)Fay Servicing, LLC
c/o Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530-1631

(d)NewRez LLC d/b/a Shellpoint Mortgage Servi
PO Box 10826
Greenville, SC 29603-0826

(u)Office of the Attorney General, State of F

(d)U.S. Bank Trust National Association
P.O. Box 10826
Greenville, SC 29603-0826

(u)State of Florida Office of the Attorney Ge
Department of Legal Affairs

End of Label Matrix
Mailable recipients 76
Bypassed recipients 8
Total 84