P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30
[redacted]748-6 031 165
Page 1 of 11

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
3155 ROSWELL RD NE, SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]748-6 | $128,696.17 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]748-6

| | | | |
|---|---|---|---|
| Beginning balance | 195,786.30 | | |
| Deposits/Credits | 148,380.14 | Low balance | 128,696.17 |
| Withdrawals/Debits | 215,470.27 | Average balance | 162,474.16 |
| Ending balance | 128,696.17 | Average collected balance | 162,228.00 |

### Checks

| Number | Date | Amount |
|---|---|---|
| 3000000001 | 09/23 | 300.00 |

| Number | Date | Amount |
|---|---|---|

*** Skip in check sequence**

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-01 | Preauthorized Wd | JP Southwest De SDCMCUTILI 260901 T20020975 | 1,734.54 |
| 09-01 | Preauthorized Wd | RAD Diversified Settlement 260901 000027973163598 | 1,375.00 |
| 09-01 | Preauthorized Wd | RAD Diversified ICPmts 260901 | 7,275.00 |
| 09-01 | Preauthorized Wd | GOOGLE PURCHASE 260901 US004DMCPR | 3,225.60 |
| 09-03 | Maintenance Fee | GW ACH MO SVC FEE | 30.00 |
| 09-03 | Maintenance Fee | GW WIRE MO SVC FEE | 30.00 |
| 09-03 | Preauthorized Wd | AIS INC APFINSSVCS 260903 3183983 | 1,079.00 |
| 09-03 | Preauthorized Wd | RAD Diversified ACH Paymen 260903 | 1,737.21 |
| 09-03 | Preauthorized Wd | APPFOLIO SAAS 260903 3649857 | 2,193.17 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 72.98 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 110.91 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 110.91 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 123.55 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 212.05 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 224.70 |
| 09-03 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 260903 | 16.78 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 60.33 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 72.98 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 85.62 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 100.70 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 123.55 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 125.27 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 161.48 |
| 09-03 | Preauthorized Wd | CITYOFPHILA WATER 260903 | 299.79 |
| 09-04 | Preauthorized Wd | STORMWATER AUTH ONLINE PMT 260904 | 34.50 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 72.98 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 136.20 |
| 09-04 | Preauthorized Wd | PSN*UWCHLAN TOWN PURCHASE 260903 | 316.50 |
| 09-04 | Preauthorized Wd | RAD Diversified Settlement 260904 000028027714722 | 4,118.85 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 98.27 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 60.33 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 72.98 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 110.91 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 179.88 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 199.41 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 206.05 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 208.02 |
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 308.48 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-04 | Preauthorized Wd | CITYOFPHILA WATER 260904 | 729.22 |
| 09-08 | Dom Wire Out Online | GGG Partners, LLCS TH STATE BANK 20260908F1QCZ70C00 0083 | 31,682.70 |
| 09-08 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 09-08 | Dom Wire Out Online | Epiq GlobalPNC BAN N.A. 20260908F1QCZ70C00 0085 | 50,000.00 |
| 09-08 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 09-08 | Preauthorized Wd | DUKEENERGY BILL PAY 260908 | 208.36 |
| 09-08 | Preauthorized Wd | Caln Township 6103840600 260908 3926748319 | 156.95 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 47.69 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 60.33 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 72.98 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 85.62 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 135.64 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 174.12 |
| 09-08 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 260908 | 178.81 |
| 09-08 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 260908 | 191.19 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 210.06 |
| 09-08 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 260908 | 226.29 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 229.87 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 311.67 |
| 09-08 | Preauthorized Wd | CITYOFPHILA WATER 260908 | 578.29 |
| 09-08 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 260908 | 732.26 |
| 09-08 | Preauthorized Wd | INVOICE CLOUD WEBPAYMENT 260908 | 1.85 |
| 09-08 | Preauthorized Wd | PASCO COUNTY FL UTILITIES 260908 | 57.52 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 35.05 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 85.62 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 123.55 |
| 09-09 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260909 | 151.46 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-09 | Preauthorized Wd | PGW WEBPAY UTILITY 260909 | 233.06 |
| 09-09 | Preauthorized Wd | RAD Diversified ICPmts 260909 | 7,275.00 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 35.05 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 35.05 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 35.05 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 35.05 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 43.15 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 46.14 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 47.22 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 47.23 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 47.69 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 81.37 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 85.76 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 91.88 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 105.15 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 140.20 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 34.49 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 34.49 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 34.58 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 43.28 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 43.28 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

September 30, 2026
102-009-748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 70.10 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 95.38 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 98.94 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 251.60 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 20.72 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 34.83 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 34.88 |
| 09-09 | Preauthorized Wd | CITYOFPHILA WATER 260909 | 49.19 |
| 09-09 | Preauthorized Wd | CHESTER WATER AU BILLPAY 260909 | 55.97 |
| 09-10 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260910 | 2.07 |
| 09-10 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260910 | 69.00 |
| 09-10 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260910 | 276.00 |
| 09-11 | Preauthorized Wd | RAD Diversified Return 260911 000028079793806 | 5,150.00 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 21.03 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 34.60 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 34.73 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 47.15 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 60.11 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 199.50 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 411.69 |
| 09-14 | Preauthorized Wd | RAD Diversified Settlement 260914 000028095567230 | 1,829.71 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 61.23 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 74.77 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 87.56 |
| 09-14 | Preauthorized Wd | CITYOFPHILA WATER 260914 | 164.29 |
| 09-14 | Preauthorized Wd | SHOWMOJO SHOWMOJO 260914 ST-U7O0E2G4N9W5 | 164.50 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-15 | Preauthorized Wd | RAD Diversified ICPmts 260915 | 7,275.00 |
| 09-17 | Preauthorized Wd | REINSUREPRO PURCHASE 260917 | 410.77 |
| 09-17 | Preauthorized Wd | REINSUREPRO PURCHASE 260917 | 545.35 |
| 09-17 | Preauthorized Wd | REINSUREPRO PURCHASE 260917 | 755.92 |
| 09-17 | Preauthorized Wd | RAD Diversified ACH Paymen 260917 | 2,289.26 |
| 09-18 | Preauthorized Wd | Withlacoochee Ri WEB PMTS 260918 JJ7G1T | 101.50 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 59.02 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 59.82 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 90.98 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 124.17 |
| 09-21 | Preauthorized Wd | RAD Diversified Settlement 260921 000028142979990 | 250.00 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 20.72 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 35.89 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 35.95 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 35.95 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 35.95 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 35.95 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 46.95 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 47.22 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 51.14 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 51.14 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 74.80 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 87.60 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 100.14 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 229.25 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 548.60 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 25.86 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 33.71 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 36.12 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 36.19 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 37.94 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 37.97 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 38.00 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 56.31 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 76.85 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 80.65 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 95.60 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 101.17 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 107.69 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 109.38 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 177.92 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 576.91 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 584.80 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 23.02 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 35.05 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 38.77 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 95.60 |
| 09-21 | Preauthorized Wd | CITYOFPHILA WATER 260921 | 452.38 |
| 09-22 | Preauthorized Wd | PGW WEBPAY UTILITY 260922 | 20.16 |
| 09-22 | Preauthorized Wd | PGW WEBPAY UTILITY 260922 | 125.17 |
| 09-22 | Preauthorized Wd | PGW WEBPAY UTILITY 260922 | 155.50 |
| 09-22 | Preauthorized Wd | RAD Diversified ICPmts 260922 | 7,275.00 |
| 09-24 | Preauthorized Wd | RAD Diversified Settlement 260924 000028171814102 | 850.00 |
| 09-24 | Preauthorized Wd | RAD Diversified ACH Paymen 260924 | 4,500.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-25 | Preauthorized Wd | INTUIT * QBooks Onl 260925 1057193 | 340.00 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 23.02 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 23.02 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 49.34 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 75.63 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 75.63 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 89.19 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 101.80 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 115.35 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 154.20 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 180.46 |
| 09-25 | Preauthorized Wd | RAD Diversified Settlement 260925 000028178922130 | 1,050.00 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 36.75 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 36.75 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 36.75 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 49.37 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 49.39 |
| 09-25 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260925 | 69.00 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 75.58 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 75.73 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 89.11 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 128.02 |
| 09-25 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260925 | 138.00 |
| 09-25 | Preauthorized Wd | CITYOFPHILA WATER 260925 | 154.22 |
| 09-28 | Dom Wire Out Online | MCS GroupWELLS FAR 20260928F1QCZ70C00 1107 | 21,792.56 |
| 09-28 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 09-28 | Preauthorized Wd | INVOICE CLOUD WEBPAYMENT 260928 1243099 | 1.85 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-28 | Preauthorized Wd | PASCO COUNTY FL UTILITIES 260928 1243081 | 23.20 |
| 09-28 | Preauthorized Wd | INTUIT * QBooks Onl 260928 1226449 | 140.00 |
| 09-28 | Preauthorized Wd | INTUIT * QBooks Onl 260928 1226444 | 340.00 |
| 09-28 | Preauthorized Wd | INTUIT * QBooks Onl 260928 1226447 | 340.00 |
| 09-29 | Preauthorized Wd | REINSUREPRO NREIG 260929 | 112.89 |
| 09-29 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 260929 | 69.00 |
| 09-29 | Preauthorized Wd | RAD Diversified ICPmts 260929 | 7,275.00 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 28.65 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 43.92 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 55.33 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 60.07 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 97.74 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 341.32 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 3,183.29 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 4,989.92 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 7,548.16 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 38.74 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 39.05 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 48.26 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 48.95 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 64.78 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 90.27 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 106.12 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 121.50 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 141.06 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 143.46 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 182.98 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 200.98 |
| 09-30 | Preauthorized Wd | CITYOFPHILA WATER 260930 | 1,472.86 |
| 09-30 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 260930 | 1,939.29 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-01 | Preauthorized Credit | DELAWARE COUNTY HCVOA 260901 | 984.00 |
| 09-01 | Preauthorized Credit | RAD Diversified Settlement 260901 000027964518146 | 1,802.00 |
| 09-01 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260901 | 2,700.50 |
| 09-02 | Preauthorized Credit | RAD Diversified Settlement 260902 000027976982250 | 1,800.00 |
| 09-02 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260902 | 6,795.50 |
| 09-03 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-c0wz4x | 2,398.41 |
| 09-03 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260903 | 2,971.43 |
| 09-03 | Preauthorized Credit | FLEX Rent appfolio Appfolio-UC7eTQ | 880.00 |
| 09-04 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-YnBWOI | 799.05 |
| 09-04 | Preauthorized Credit | RAD Diversified Settlement 260904 000028020895386 | 2,885.50 |
| 09-04 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260904 | 3,807.62 |
| 09-08 | Preauthorized Credit | RAD Diversified Settlement 260908 000028028603594 | 7,755.00 |
| 09-08 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260908 | 10,724.30 |
| 09-08 | Preauthorized Credit | RAD Diversified Settlement 260908 000028050925722 | 10,853.00 |
| 09-08 | Preauthorized Credit | FLEX Rent appfolio Appfolio-HRL4uz | 1,960.84 |
| 09-09 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-A65Z6P | 1,610.91 |
| 09-09 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260909 | 12,395.90 |
| 09-10 | Preauthorized Credit | PayNearMe EDI PYMNTS 260910 593942488757859 | 2,216.00 |
| 09-11 | Preauthorized Credit | RAD Diversified Settlement 260911 000028085302018 | 400.00 |
| 09-11 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260911 | 1,989.00 |
| 09-14 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260914 | 4,490.69 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

September 30, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-15 | Preauthorized Credit | RAD Diversified Settlement 260915 000028101005298 | 2,500.00 |
| 09-15 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260915 | 8,536.82 |
| 09-16 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260916 | 1,000.00 |
| 09-17 | Preauthorized Credit | URBAN AFFAIRS CO PAYMENTS RMR*IV*RAP5968131968130826A*PI*6105. 50 | 6,105.50 |
| 09-18 | Preauthorized Credit | RAD Diversified Settlement 260918 000028131166914 | 2,559.50 |
| 09-18 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260918 | 3,333.00 |
| 09-21 | Preauthorized Credit | RAD Diversified Settlement 260921 000028138506334 | 2,900.00 |
| 09-21 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260921 | 4,720.00 |
| 09-21 | Deposit | | 5,902.24 |
| 09-22 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260922 | 1,495.81 |
| 09-23 | Preauthorized Credit | PayNearMe EDI PYMNTS 260923 019693925105873 | 500.00 |
| 09-24 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260924 | 474.00 |
| 09-24 | Preauthorized Credit | RAD Diversified Settlement 260924 000028171471166 | 2,465.00 |
| 09-25 | Preauthorized Credit | RAD Diversified Settlement 260925 000028172895250 | 6,342.98 |
| 09-25 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260925 | 300.00 |
| 09-28 | Preauthorized Credit | RAD Diversified Settlement 260928 000028180101690 | 162.04 |
| 09-28 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260928 | 5,585.00 |
| 09-29 | Preauthorized Credit | RAD Diversified Settlement 260929 000028195288710 | 2,975.00 |
| 09-29 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260929 | 6,915.91 |
| 09-30 | Preauthorized Credit | APPFOLIO SV9T 8666481536 260930 | 1,387.69 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 195,786.30 | 09-11 | 145,034.13 | 09-22 | 161,554.06 |
| 09-01 | 187,662.66 | 09-14 | 146,333.95 | 09-23 | 161,754.06 |
| 09-02 | 196,258.16 | 09-15 | 150,095.77 | 09-24 | 159,343.06 |
| 09-03 | 195,537.02 | 09-16 | 151,095.77 | 09-25 | 162,769.73 |
| 09-04 | 196,176.61 | 09-17 | 153,199.97 | 09-28 | 145,861.16 |
| 09-08 | 142,091.55 | 09-18 | 158,990.97 | 09-29 | 148,295.18 |
| 09-09 | 145,926.20 | 09-21 | 167,634.08 | 09-30 | 128,696.17 |
| 09-10 | 147,795.13 | | | | |

| Checks and Debits Outstanding | | |
|---|---|---|
| Check No. | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

## BALANCING YOUR CHECKBOOK

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.
(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.
(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.
(4) Enter the "Ending Balance" shown on this statement $__________
(5) Add (+) deposits not shown on this statement (if any) +__________
$__________
(6) Subtract(-) checks and/or other outstanding debits -__________
(7) Balance should equal the balance in your checkbook $__________

If your account does not balance, please check the following:

- Have you added and subtracted correctly both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

**ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT**

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

**ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS**

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

**ELECTRONIC FUND TRANSFER DISCLOSURE**

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

**ORDER OF PAYMENT**

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30
[redacted]824-9 031 165
Page 1 of 1

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
SEGREGATED FUNDS
3155 ROSWELL RD NE SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]824-9 | $837,434.00 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]824-9

| | | | |
|---|---|---|---|
| Beginning balance | 741,665.00 | | |
| Deposits/Credits | 95,805.00 | Low balance | 741,665.00 |
| Withdrawals/Debits | 36.00 | Average balance | 789,414.47 |
| Ending balance | 837,434.00 | Average collected balance | 789,414.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-15 | Service Charge | DOMESTIC WIRE IN | 18.00 |
| 09-25 | Service Charge | DOMESTIC WIRE IN | 18.00 |

### Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-15 | Domestic Wire IN | Evans & Co LLCUniv t Bank and Trust C ompanyNot Provided20260915MMQFMPJW00 0148 | 85,805.00 |
| 09-25 | Domestic Wire IN | SURETY TITLE COMPA LLC NJ/PA RQ MTD BANK, NA205755PN-020260925MMQFMPYQ00 3074 | 10,000.00 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 741,665.00 | 09-15 | 827,452.00 | 09-25 | 837,434.00 |

| Checks and Debits Outstanding | | |
|---|---|---|
| **Check No.** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

## BALANCING YOUR CHECKBOOK

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement $__________

(5) Add (+) deposits not shown on this statement (if any) +__________

$__________

(6) Subtract(-) checks and/or other outstanding debits -__________

(7) Balance should equal the balance in your checkbook $__________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

### ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

### ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

### ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

### ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.