TRANZON DRIGGERS · SOLDNOW, LLC · TRANZON ALDERFER — Prepared for the Office of the U.S. Trustee and the Debtor

# RAD Diversified: Monthly Property Activity Report

Reporting period: September 1 to September 30, 2026 — Prepared October 16, 2026

In re RAD Diversified REIT, Inc., Case No. 8:26-bk-01636-CPM — U.S. Bankruptcy Court, M.D. Florida (Tampa Division)

| 0 | 2 | 3 | 4 | 31 |
|---|---|---|---|---|
| AUCTION ROUNDS ENDED | SALES CLOSED | SALES CONFIRMED | SALE ORDERS ENTERED | PROPERTIES IN NEW SALE MOTIONS |

September was a closing and approval month ahead of the October 13 to 15 auction. Two sales closed: the former funeral home at 238 N 53rd St (September 15) and 1008 Snyder Avenue (September 25). The Court confirmed the 5538, 5540 and 5544 Linmore Avenue sales (Doc 1198) and the 11501 Minnieola Drive sale, entered four orders approving the sale of properties from the July and August sale motions, and two new sale motions covering 31 properties were filed. No auction rounds ended in September.

## 1 AUCTION RESULTS

Bidding ended in September 2026

No auction rounds ended in September. The properties approved for sale in September were marketed for the single online auction held October 13 to 15, 2026 (35 lots, DG26045 to DG26079); those results will be reported in the October report.

## 2 CLOSINGS

Settled in September 2026

| CLOSED | PROPERTY | FILE NO. | HIGH BID | CONTRACT | NOTES |
|---|---|---|---|---|---|
| Sep 15 | 238 N 53rd St, Philadelphia, PA (former funeral home) | DG26020 | $99,500 | $109,450 | Sale confirmed in August |
| Sep 25 | 1008 Snyder Ave, Philadelphia, PA (re-offered) | DG26023-1R | $195,000 | $214,500 | Sale confirmed in August |

Seven sales have closed to date: four from the June 16 auction (144 Barrington Dr, 264 Van Gogh Cir, 880 N 66th St, 40 Walnut Ln), Emmett, the former funeral home and 1008 Snyder Ave.

## 3 UNDER CONTRACT AT SEPTEMBER 30

21 listings

| PROPERTY | FILE NO. | AUCTION ENDED | HIGH BID | CONTRACT | STATUS |
|---|---|---|---|---|---|
| 5538 and 5540 Linmore Ave, Philadelphia, PA | DG26034-1 | Aug 18 | $101,000 | $111,100 | Sale confirmed Sep 30 (Doc 1198); closing targeted Oct 19 |
| 5544 Linmore Ave, Philadelphia, PA | DG26034-2 | Aug 18 | $50,500 | $55,550 | Sale confirmed Sep 30 (Doc 1198); closing targeted Oct 19 |
| 11501 Minnieola Dr, New Port Richey, FL | DG26033-2 | Aug 5 | $320,000 | $352,000 | Sale confirmed; closing pending |
| Philadelphia and Aston vacant lots (18 listings) | DG26025 | Jul 1 | $50,000 | $55,000 | Awaiting confirmation |

The Linmore purchaser confirmed by the Court is Yikonboss, LLC.

## 4 COURT APPROVALS AND SALE MOTIONS

September 2026

| DATE | MATTER | PROPERTIES | STATUS |
|---|---|---|---|
| Sep 30 | Sale confirmation, Doc 1198 | 5538, 5540 and 5544 Linmore Ave, Philadelphia, PA · $151,500 combined (hearing Sep 29) | CONFIRMED |
| Sep 2026 | Sale confirmation | 11501 Minnieola Dr, New Port Richey, FL · $320,000 (hearing Sep 15) | CONFIRMED |
| Sep 3 | Sale order, Doc 1070 (on Doc 942) | 8 properties: 2627 N 23rd St; 6408 Carlton St; 404 N Wanamaker St; 5310, 5334 and 5340 Glenmore Ave; 311 9th St, Upland; 326 Valley Rd, Coatesville | GRANTED |
| Sep 3 | Sale order, Doc 1071 (on Doc 943) | Including 2030 E Lehigh Ave; 7307 Kinglet Pl; 1336 E Rittenhouse St; 6439 N Beechwood St; 1336 Argus Rd, Camden, NJ | GRANTED |
| Sep 2 | Sale order, Doc 1061 (on Doc 894) | 6 properties: 2056 Haines St; 2016 W Boston St; 3850 N 18th St; 3013 N Lambert St; 3305 Gransback St; 1331 W Silver St | GRANTED |
| Sep 2 | Sale order, Doc 1060 (on Doc 861) | 6661 Cornelius St, Philadelphia, PA | GRANTED |
| Sep 2 | Sale motion filed, Doc 1055 | 27 properties in Philadelphia, Chester and Lansdowne, including 3517 W Allegheny Ave; 151 Bryn Mawr Ave, Lansdowne; 3640 Morrell Ave; 2067 E Chelten Ave | HEARD SEP 15 |
| Sep 2 | Sale motion filed, Doc 1056 | 4 properties: 249 E Haines St; 2526 N 19th St; 4994 W Thompson St; 5821 Chester Ave | HEARD SEP 15 |

**LOOKING AHEAD** The October 13 to 15 online auction (35 lots covering 46 properties across Greater Philadelphia) has concluded, and a sale confirmation hearing is targeted for October 22, 2026; results will be reported in the October report. The Linmore closing is targeted for October 19 and the Minnieola closing is in process. Additional sale motions are being prepared for an early November auction.

**Under contract:** bidding has ended and a purchase agreement is signed, pending Court confirmation and settlement. **Closed:** the sale has settled and title has transferred. **High bid** excludes the buyer's premium; **contract price** includes it. **Sale order:** the Court has approved the sale of the property by auction; individual results are confirmed separately.