P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30
[redacted]379-2 031 165
Page 1 of 1

Direct inquiries to:
888-796-6887

DHI FUND LLC
DEBTOR IN POSSESSION
3155 ROSWELL RD NE, SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]379-2 | $749.03 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]379-2

| | | | |
|---|---|---|---|
| Beginning balance | 774.03 | | |
| Deposits/Credits | 0.00 | Low balance | 774.03 |
| Withdrawals/Debits | 25.00 | Average balance | 774.03 |
| Ending balance | 749.03 | Average collected balance | 774.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 09-30 | Service Charge | | 25.00 |

### Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 774.03 | 09-30 | 749.03 | | |

| Checks and Debits Outstanding | | |
|---|---|---|
| **Check No.** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

## BALANCING YOUR CHECKBOOK

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.
(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.
(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.
(4) Enter the "Ending Balance" shown on this statement $____________
(5) Add (+) deposits not shown on this statement (if any) +____________
$____________
(6) Subtract(-) checks and/or other outstanding debits -____________
(7) Balance should equal the balance in your checkbook $____________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

### ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

### ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

### ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

### ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.