UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/15/2026 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

Motion to Establish Sale Confirmation, Distribution, and Closing Procedures Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1173

**APPEARANCES:**:
AAPPEARANCES: via zoom: Joseph pack, John Elrod, Jon Barber, Nicole Peair

**RULING:**
Motion to Establish Sale Confirmation, Distribution, and Closing Procedures Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1173

...Granted - Order by Pack...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.