**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on October 27, 2026 at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***Expedited Agreed Motion to (A) Sell Property Free and Clear of Liens, Claims Encumbrances and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief. Property description: 5332 Lena St., Philadelphia, PA 19144; 4124 Paul St., Philadelphia, PA 19124; 5743 N. Beechwood St., Philadelphia, PA 19138; 335 N. Redfield St., Philadelphia, PA 19139; 4182 Paul St., Philadelphia, PA 19124; 2737 W. Eyre St., Philadelphia, PA 19121*** [Dkt. No. 1283].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: October 20, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *_/s/ Jessey J. Krehl_*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on October 20, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Troy A. Lawrence, Esq., Atlas | Solomon, LLP, counsel to Lima One Capital, LLC

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Yvonia Gordon Waiters and Rashanda
5332 Lena St.
Philadelphia, PA 19144
yvoniag@yahoo.com
rashanda614@gmail.com
Michelle Johns
4124 Paul St.
Philadelphia, PA 19124
michrllejj4@gmail.com

Samuel Holmes and Sarah Miles
5743 N. Beechwood St.
Philadelphia, PA 19138
inpersona64@gmail.com
sarahmiles56@yahoo.com

Jantaya S. Sowell
335 N. Redfield St.
Philadelphia, PA 19139
muslimahsabr32@yahoo.com

Alice Orr
4182 Paul St.
Philadelphia, PA 19124
orralice781@gmail.com
Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
5332 Lena St.
Philadelphia, PA 19144

Any and All Unknown Occupants
4124 Paul St.
Philadelphia, PA 19124

Any and All Unknown Occupants
5743 N. Beechwood St.
Philadelphia, PA 19138

Any and All Unknown Occupants
335 N. Redfield St.
Philadelphia, PA 19139

Any and All Unknown Occupants
4182 Paul St.
Philadelphia, PA 19124

Any and All Unknown Occupants
2737 W. Eyre St.
Philadelphia, PA 19121

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on October 20, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Jessey J. Krehl*
Jessey J. Krehl
Bar No. 1025848