UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
RAD DIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*
RADDiversified OZ Fund, LP; Case No. 8:26-bk-01637-CPM
DHIFund, LLC; Case No. 8:26-bk-01638-CPM
DHIHoldings, LP; and Case No. 8:26-bk-01639-CPM
DDHFund, LLC, Case No. 8:26-bk-01640-CPM

Chapter 11

Debtors

**OBJECTION BY CREDITOR TO CONFIRMATION OF DEBTORS' JOINT PLAN OF LIQUIDATION**

COMES NOW Secured Creditor, MCLP ASSET COMPANY, INC, by and through its undersigned counsel, and files this written objection to confirmation of Debtors' Joint Plan of Liquidation, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. Secured Creditor holds a mortgage lien against the Debtors' real properties located at 900 Haws Ave, Norristown, Pennsylvania 19401, 4243 Leidy Ave, Philadelphia, Pennsylvania 19104, 5320 Lebanon Ave, Philadelphia, Pennsylvania 19131, and 6236 N Beechwood St., Philadelphia, Pennsylvania 19138.

2. Secured Creditor timely filed Proof of Claim #13-1. The arrearages are $189,851.52 on a total secured claim of $820,034.03.

3. The Plan includes this Secured Creditor in the general group Class 1 First Mortgage Secured Claims. The Plan generally provides Secured Creditor's claim along with

all other first mortgage secured claims giving the Secured Creditor two options: 1. sell the Subject Property at auction by the Liquidating Trust on the terms set forth in the Plan; or 2) surrender the Subject Property to the Secured Creditor unless there is equity in property, in which case Subject Property will be sold at the aforementioned auction.

4. Secured Creditor objects to the Plan because it does not consent to the sale of the Subject Property at auction by the Liquidating Trust on the terms set forth in the Plan. Secured Creditor also objects to the Plan's provisions concerning the determination of the aggregate value of the Subject Property subject to Secured Creditor's lien evidenced by the Mortgage for purposes of determining whether or not Secured Creditor can elect to choose the option that Debtor will surrender the Subject Property. Among other things, Secured Creditor respectfully submits that those provisions are not clear as to how the equity determination is made.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtors' Plan, and for such other and further relief as this Court deems just and proper.

DATED this 20th day of October 2026.

Respectfully submitted,

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 20th day of October 2026:

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 8:26-bk-01636-CPM)**

Debtor
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

Debtor Attorney
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215

US Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602