FILED VIA MAIL

OCT 20 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION
In re: RAD Diversified REIT, Inc.
Case No. 8:26-bk-01636-CPM
Debtor.
Chapter 11

NOTICE OF RETURNED MAIL AND SUPPLEMENTAL CERTIFICATE OF SERVICE

Comes now the Movant, Lihong Zhang, appearing pro se, and files this Notice to inform the Court that the package mailed to the Debtor at its address of record was returned by the United States Postal Service as undeliverable.

On September 11, 2026, Movant mailed the Amended Motion to Allow Late Filed Claim(s) as Timely Filed to the Debtor at its address of record: RAD Diversified REIT, Inc., 11418 US-19 N., Port Richey, FL 34688-1438.

On October 5, 2026, Movant received the returned package with the markings "Return to Sender" and "Unable to Forward." Attached hereto as Exhibit A is a photograph of the returned envelope. Movant made a good faith effort to comply with this Court's Order (Doc. #1088) by serving the Debtor at its address of record.

Movant certifies that a true and correct copy of this Notice and Exhibit A has been served upon counsel for the Debtors, Pack Law, 4649 Ponce de Leon Boulevard, Suite 405, Coral Gables, FL 33146, by Canada Post International Mail, prepaid.

Executed on this __8__ day of October, 2026.

Lihong Zhang
594 Queen Victoria Dr.
Hamilton, ON Canada
Phone: (905) 966-0666
Email: Zlihong70@gmail.com

Exhibit A

RTS

From:
De:
Lihong Zhang
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada

104236

104236 949 464 467

FENNEL PO
REXALL DRUGSTORE #8205
1119 FENNELL AVE E
HAMILTON ON
L8T 1T0

CANADA POST · POSTES CANADA

EMS 1

Xpresspost TM/MC – USA É.-U.

Postage paid | Port payé
00102802
Date
2026 09 11
Gross Weight | Poids brut
0.089 kg
Insured Value | Valeurs Insurée
$1.00 CAD
Postage Rate | Tarif d'affran.
$39.21 CAD
Transaction No. | Nº de transaction
0203739771
Non–Delivery Instructions
Instructions de non–livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

Tel. No. Nº de tél.:
...60666

Attention: Amended Motion-Case 8:26-bk-01636-CPM

to:
à: RAD Dive... Inc
...18 US-19 N.
...08-1438

SIGNATURE

P

EMS

TRACKING NUMBER EM110600072CA Nº DE REPÉRAGE

CPC-IMXL6023R6M 2026-09-21 09:16

43-074-298 (13-10)

...4668-RFS-1526
09/16/26
...33601-RFS-TN DRESS
+EM 09/17/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

*RFS*RFS*

EM 110 600 072 CA

This item does not contain non–mailable matter.
Ce set envoi ne contient pas d'objet inadmissible.

COMMERCIAL INVOICE / CN23 FACTURE COMMERCIALE / C...

Sender / Expéditeur
LIHONG ZHANG
594 Queen Victoria Dr
Hamilton ON L8W 3E5
Canada
9059660666
Addressee / Destinataire
RAD DIVERSIFIED REIT INC
11418 US0 – 19N
PORT RICHEY FL 34668 – 1438
UNITED STATES

Item ID EM 110 60...
N d'article
Date 20...
Reference No.
N de référence
Reason for Export
Raison de l'exportation
Tax ID/IRS/VAT/EIN
Référence du destinataire
Gross Weight
Poids brut

F

LLL

Lihong Zhang
594 Queen Victoria Dr.
Hamilton ON L8W 3E5
Canada

CANADA POST POSTES CANADA

Exprès

F

1

Tracked Packet ™ – USA | Paquet repérable MC – É.-U.

From:/De :

Lihong Zhang
594 Queen Victoria Dr
Hamilton ON L8W3E5
Canada

To:/À : Tel No. N° de tél.: 9059660666

Postage paid | Port payé
00020923
Date
2026 10 09
Gross Weight | Poids brut
0.009 kg
Postage Rate | Tarif d'affran.
$16.07 CAD
Transaction No. | N° de transaction
0107100158

Attention: Notice of Returned Mail –
Case 8:26-bk-01636-CPM

CLERK OF THE COURT
801 N FLORIDA AVE STE 555
TAMPA FL 33602
UNITED STATES

USPS TRACKING ™ #

LM 223 471 745 CA

Screened by USMS

| Quantity and Description of Contents / Quantités et description du contenu | HS Tariff Code / Code tarif SH | Country of Origin / Pays d'origine | Net Weight (kg) / Poids net (kg) | Value CAD / Valeur CAD |
|---|---|---|---|---|
| 1 Document form | | CA | 0.000 | 1.00 |
| X Document / Document | | | Total Value / Valeur totale | 1.00 |

Customs: May be opened officially. Sender warrants that the particulars given in this declaration are correct and the shipment does not contain non-mailable matter.

CN22

Douane: Peut être ouvert d'office. L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'objet inadmissible.

Signature:
RPOS/PDVD V2501.0.268
Shipping Label

Customs Declaration / Déclaration en douane

Date:
SPEC 3697 V3
Étiquette d'expédition