**IN THE U.S. Bankruptcy Court**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RAD Diversified REIT, Et al., | ) | Case Number: 26-01636 (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Cameron Repic
Name of Transferor

Schedule # (if known): 1637000000023
Amount of Schedule: $500,000.00
Date Claim Filed: N/A

Phone: (951) 813-6150
Last four digits of Acct.# N/A

Name and Current Address of Transferor:

Cameron Repic
3750 E Palm Valley Blvd.
Unit 4
Round Rock, TX 78665

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: October 21, 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: B84F503D-4CA4-84A5-83CA-3AFC7C2B8034

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Middle District Of Florida
Attention: Clerk

AND TO: RAD Diversified OZ Fund, LP
Case No. 26-01637 (the "Debtor")
(Jointly Administered under RAD Diversified REIT., et al. Case No. 26-01636)

Claim # N/A

**Cameron Repic** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$500,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20 DAY OF October, 2026

**ASSIGNOR: Cameron Repic**

DocuSigned by: Cameron Repic
A9D35BBBAD4D4DB...
(Signature)

Cameron Repic
(Print Name)

Member
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Schedule #1637000000023**

**Value $500,000.00**

**Creditor Repic, Cameron**

---

**Debtor 26-01637 RAD Diversified OZ Fund, LP**

**Creditor Address**

**Address on file**

**Filed Amounts**

**Scheduled Unsecured$500,000.00**

**Fill in this information to identify the case:**

Debtor name RAD Diversified OZ Fund, LP

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01637-CPM

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Aaron Owens as Assignee
3163 Greenmoor Court
Colorado Springs, CO 80920

**As of the petition filing date, the claim is:** *Check all that apply.* — $11,998.80

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Anthony Myers
7446 N Devon Dr.
Unit 304
Tamarac, FL 33321

**As of the petition filing date, the claim is:** *Check all that apply.* — $150,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/27/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Brown, Paul
5707 East 32nd Street, Lot 411
Yuma, AZ 83565

**As of the petition filing date, the claim is:** *Check all that apply.* — $256,582.26

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Cameron Repic
3750 E Palm Valley Blvd.
Unit 4
Round Rock, TX 78665

**As of the petition filing date, the claim is:** *Check all that apply.* — $500,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/07/2022

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy