**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD DIVERSIFIED REIT, INC.

CASE NO. 8:26-bk-01636-CPM
CHAPTER 11

Debtor.
_______________________________/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TVC Funding IV, LLC, by and through its servicer NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant"), moves for relief from the automatic stay under 11 U.S.C. § 362(d)(1), with respect to the real property commonly known as 29 W Logan Street, Philadelphia, PA 19144 (the "Property"), or, alternatively, for adequate protection under 11 U.S.C. §§ 361 and 362(d)(1). In support, Movant states:

1. On March 1, 2026, RAD Diversified REIT, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing this case.

2. This Court has jurisdiction under 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. § 157(b)(2)(G). Relief is requested under 11 U.S.C. §§ 361 and 362(d)(1), Federal Rules of Bankruptcy Procedure 4001(a) and 9014, and Local Rule 4001-1(c)(1).

3. On November 8, 2022, the Debtor executed a Commercial Fixed Rate Promissory Note in favor of TVC Funding III, LLC, in the original principal amount of $260,000.00 (the "Note"), secured by the Property. The Note provides for monthly interest payments of $1,907.79, together with applicable escrow amounts, and a stated maturity of December 1, 2052. A copy of the Note and allonge is attached as Exhibit A.

4. To secure the obligations under the Note, the Debtor executed a Mortgage dated November 8, 2022, encumbering the Property and related collateral, including rents and other

property interests described in the loan documents. The Mortgage was recorded on November 16, 2022, as Document No. 54121147 in the Philadelphia County real property records. A copy of the recorded Mortgage and accompanying riders is attached as Exhibit B.

5. The Mortgage was assigned by TVC Funding III, LLC to Community Loan Servicing, LLC, by an assignment recorded October 22, 2024, as Document No. 54354618; by Community Loan Servicing, LLC to Temple View Capital Funding, LP, by an assignment recorded March 7, 2025, as Document No. 54399360; and by Temple View Capital Funding, LP to TVC Funding IV, LLC, by an assignment recorded December 22, 2025, as Document No. 54502885. Copies of the recorded assignments are attached collectively as Exhibit C.

6. Movant is the current assignee of the Mortgage. The Note is endorsed in blank on the accompanying allonge. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the loan for Movant. Movant, directly or through its agent, has possession of the Note and is entitled to enforce its rights under the loan documents, subject to applicable nonbankruptcy law.

7. NewRez LLC dba Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the Property for TVC Funding IV, LLC. In the event the automatic stay in this case is modified, this case is dismissed, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the assignee of the Mortgage.

8. The loan is in default. As reflected in the September 29, 2026 loan records, the contractual payment due date is November 1, 2024, and monthly installments remain unpaid through September 1, 2026. The six postpetition installments due April 1, 2026 through September 1, 2026 are each $2,586.21, consisting of $1,907.79 in interest and $678.42 in escrow, for a total

postpetition installment delinquency of $15,517.26. The payment breakdown appears in the reinstatement records attached as Exhibit E.

9. As of September 29, 2026, the total reinstatement arrearage was $127,727.15, consisting of $58,538.99 in unpaid scheduled installments, $49,116.28 in default interest, and $20,071.88 in fees, costs, and late charges. The reinstatement figures are attached as Exhibit E. Movant seeks no adjudication in this Motion of the ultimate allowance of any disputed fee, charge, or component of its claim.

10. As of September 29, 2026, the total payoff debt was $383,335.31, including an unpaid principal balance of $255,882.30, accrued interest of $42,481.32, default interest of $49,116.28, an escrow advance and other borrower amounts of $10,665.88, fees and late charges totaling $20,071.88, and a stated prepayment fee of $5,117.65. The September 29, 2026 payoff statement is attached as Exhibit D. Interest and other charges may have accrued thereafter.

11. On July 29, 2026, the Debtors filed a proposed Joint Plan of Liquidation [Doc. 904]. The proposed plan classifies First Mortgage Secured Claims as impaired and contemplates sale or surrender treatment for collateral securing those claims. The filing of that proposed plan does not cure the loan default or establish that Movant is receiving adequate protection while the stay remains in effect.

12. Cause exists to modify the automatic stay under 11 U.S.C. § 362(d)(1). The substantial prepetition payment default has continued during this Chapter 11 case, six postpetition monthly installments remain unpaid as of the last supplied accounting, and the ongoing failure to make payments deprives Movant of the agreed stream of payments while interest, taxes, insurance obligations, expenses, and other carrying costs continue. Movant has not received adequate protection sufficient to justify indefinite continuation of the stay.

13. If the Court does not grant stay relief, Movant alternatively requests that the stay be conditioned upon adequate protection of its interest in the Property under 11 U.S.C. § 361, including prompt commencement and maintenance of regular postpetition payments in an amount adequate to protect Movant, maintenance of insurance and proof thereof, payment of real estate taxes and other property charges as due, reasonable access to inspect and appraise the Property, and other appropriate conditions and remedies upon further default.

14. The requested relief is limited to permitting Movant to exercise its in rem rights and remedies against the Property and related collateral, including foreclosure, possession, and enforcement of any assignment of rents to the extent permitted under the loan documents and applicable nonbankruptcy law. Movant does not seek a personal money judgment against the Debtor or adjudication of the allowance, amount, or priority of its claim beyond what is necessary for stay relief. Movant requests that the Court waive the fourteen-day stay of an order granting relief under Federal Rule of Bankruptcy Procedure 4001(a)(4). Immediate effectiveness is appropriate because of the longstanding prepetition delinquency and continued failure to make postpetition payments, and because the collateral is real property.

**WHEREFORE,** Movant respectfully requests entry of an order: (a) granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise its rights and remedies against the Property and related collateral in accordance with applicable nonbankruptcy law; (b) waiving the fourteen-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(4); (c) alternatively, conditioning continuation of the automatic stay upon adequate protection under 11 U.S.C. § 361; and (d) granting such other and further relief as the Court deems just and proper.

Dated: October 21, 2026

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail on October 21, 2026, upon the parties identified below.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

RAD Diversified REIT, Inc.
256 Eagleview Blvd., Suite 154
Exton, PA 19341

**VIA CM/ECF NOTICE**
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Jessey James Krehl
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

Joseph A Pack
Pack Law
4649 Ponce de Leon Boulevard, Ste 405
Coral Gables, FL 33146

U.S. Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Creditor Committee
Unsecured Creditors' Committee
c/o Greenberg Traurig
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

John D Elrod
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305

Danielle S Kemp
Greenberg Traurig, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602