**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD DIVERSIFIED REIT, INC.

CASE NO. 8:26-bk-01636-CPM
CHAPTER 11

Debtor.
________________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Creditor, NWL Company, LLC, a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following properties and loans be sent to the undersigned:

Property Address: 5927 Springfield Avenue, Philadelphia, PA 19143

Loan Number: **xxxxxx7112**

Property Address: 5425 Sharswood Street, Philadelphia, PA 19131

Loan Number: **xxxxxx9103**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

Stewart Legal Group, P.L.
Gavin N. Stewart
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
Phone: 727-565-2653
Fax: 727-213-9022
bk@stewartlegalgroup.com

Respectfully submitted,

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703

Clearwater, FL 33758
P: (727) 565-2653/F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire