**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on October 27, 2026 at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

> ***Motion to Sell Property Free and Clear of Liens. Property description: 2030 E. Lehigh Ave., Philadelphia, PA 19125, 340 W. Berkley St., Philadelphia, PA 19144, 5533 Bloyd St., Philadelphia, PA 19138, 4047 N. 6th St., Philadelphia, PA 19140, 6439 N. Beechwood St., Philadelphia, PA 19138, 1336 E. Rittenhouse St., Philadelphia, PA 19138, 436 N. Wilton St., Philadelphia, PA 19139, 4147 N. 9th St., Philadelphia, PA 19140, 8609 Bayard St., Philadelphia, PA 19150, 1745 N. Wilton St., Philadelphia, PA 19131, 5166 Viola St., Philadelphia, PA 19131*** [Dkt. No. 1260].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: October 22, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *_/s/ Jessey J. Krehl_*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on October 22, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Seth J. Greenhill, Esq., counsel to Kiavi

Seth J. Greenhill, Esq., counsel to NewRez

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
2030 E. Lehigh Ave.
Philadelphia, PA 19125

Any and All Unknown Occupants
340 W. Berkley St.
Philadelphia, PA 19144

Any and All Unknown Occupants
5533 Bloyd St.
Philadelphia, PA 19138

Any and All Unknown Occupants
4047 N. 6th St.
Philadelphia, PA 19140

Any and All Unknown Occupants
6439 N. Beechwood St.
Philadelphia, PA 19138

Any and All Unknown Occupants
1336 E. Rittenhouse St.
Philadelphia, PA 19138

Any and All Unknown Occupants
436 N. Wilton St.
Philadelphia, PA 19139

Any and All Unknown Occupants
4147 N. 9th St.
Philadelphia, PA 19140

Any and All Unknown Occupants
8609 Bayard St.
Philadelphia, PA 19150

Any and All Unknown Occupants
1745 N. Wilton St.

Philadelphia, PA 19131

Any and All Unknown Occupants
5166 Viola St.
Philadelphia, PA 19131

Any and All Unknown Occupants
1456 N. Ithan St.
Philadelphia, PA 19131

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

By: *_/s/ Jessey J. Krehl_*
Jessey J. Krehl
Bar No. 1025848