ORDERED.

**Dated: October 20, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC | Case No. 8:26-bk-01640-CPM |
| Debtors. | |

____________________________________/

**AGREED ORDER ON MOTION FOR ADEQUATE PROTECTION, OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CREDITOR FAY SERVICING, LLC, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2024-INV1.**
[Doc. No. 851]

THIS CASE came on for consideration, for a hearing held on September 15, 2026, of the *Motion for Adequate Protection, or in the alternative Motion for Relief from the Automatic Stay* (Doc. No. 851) (the "**Motion**") filed by Creditor Fay Servicing, LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy

Mortgage Asset Trust 2024-INV1. ("**Creditor**"), that way hereby Granted. By submission of this order for entry, counsel for Creditor, upon conferring with Debtor's counsel, represents that the Debtors consent to this order and the relief set forth herein. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to the following properties (the "**Properties**"): 714 West 11th Street, Chester, PA 19013; and 725 Engle Street, Chester PA 19103.

3. The automatic stay is terminated for the purpose of allowing Creditor to take any and all steps necessary to exercise any and all *in rem* rights it may have in the Properties, including without limitation having the Sheriff of Delaware County record deeds to the Properties in favor of Creditor or an entity(ies) designated by Creditor, gaining possession of the Properties, or such other and further in rem relief. Provided, however, that Creditor shall not seek nor obtain any *in personam* relief against the Debtor.

4. The Debtor may immediately cancel any properties or liability insurance maintained with respect to the Properties retroactive to the date of the filing of the petition.

5. Upon recording of the Deed to the subject Properties as described in Paragraph 3, Secured Creditor shall provide notice of same to Counsel for Debtor via e-mail at: joe@packlaw.com, jessey@packlaw.com, and tanya@packlaw.com.

6. Attorney fees and costs in the amounts of $750.00 and $199.00 respectively for the making and filing of this motion are GRANTED.

7. Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is GRANTED.

8. The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Laura E. Noyes is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.*