ORDERED.

**Dated: October 20, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>RAD Diversified REIT, Inc.<br><br>Debtors. | ) | CHAPTER 11<br><br>CASE NO. 26-01636-CPM |
| WILMINGTON SAVINGS FUND SOCIETY, ET. AL<br><br>Movant.<br><br>Respondents. | ) | JUDGE CATHERINE PEEK MCEWEN |

**ORDER ON MOTION TO ALLOW LATE CLAIM [Docket #1001]**

THIS MATTER came before the Court for hearing on September 29, 2026, at 03:30 PM in Tampa, Florida, upon the Motion to Allow Late Claim (Doc. No. 1001) (the "Motion") filed

by Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust. The Court having considered the Motion, noting that no response was filed, and based on the record, it is hereby:

ORDERED:

1. The Motion (Doc. No. 1001) is GRANTED.
2. Movant's Proof of Claim Number 57-1 is hereby allowed as a total debt claim totaling $970,773.63.
3. The Trustee is authorized to pay this arrearage claim as a secured claim under the Debtor's Chapter 11 plan

##END OF DOCUMENT##

PREPARED AND PRESENTED BY:

*/s/Toni Townsend*

Toni Townsend
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GEORGIA 30076
(312) 346-9088 X5174
Toni

Attorney Toni Townsend is directed to serve a copy of this order on all required non-CM/ECF interested parties and file a Certificate of Service within three (3) days of entry.