**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**MONTHLY STAFFING REPORT OF GGG PARTNERS, LLC OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | GGG Management, LLC |
| Authorized to Provide Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | Effective as of March 1, 2026 [Dkt. No. 171] |
| Compensation Period: | September 1, 2026 – September 30, 2026 |
| Amount of Compensation: | $21,395.25 |
| Amount of Expense Reimbursement: | $0.00 |

**COMPENSATION BY INDIVIDUAL SUMMARY FOR**
**THE PERIOD OF SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| Professional | Title | Rate Per Hour | Total Hours | Total Amount |
|---|---|---|---|---|
| Katie Goodman | Managing Partner | $495.00 | 29.2 | $14,44.00 |
| Adam Cohen | Member | $450.00 | 14.0 | $6,300.00 |
| Dan Cooper | Partner | $285.00 | 2.3 | $641.25 |
| | | **Total Billed:** | **45.5** | **$21,395.25** |

**COMPENSATION BY CATEGORY SUMMARY FOR**
**THE PERIOD OF SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| Task Description | Total Hours | Total Amount |
|---|---|---|
| Case Administration and Reporting | 19.8 | $8,804.25 |
| Court Hearings | 0.0 | $0.00 |
| General Administration | 20.1 | $9,819.00 |
| Plan Analysis and Support | 5.6 | $2,772.00 |
| **Total Billed:** | **45.5** | **$21,395.25** |

GGG PARTNERS

# INVOICE

From **GGG Partners, LLC**
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

Invoice ID **RADD20260930**
Issue date 10/23/2026
Due date (upon receipt)

| Date | Consultant | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 9/1/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Call with K. Goodman to discuss tax returns |
| 9/1/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review property tracker for updates |
| 9/1/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Update call with J. Pack, L. Sherman and J. Krehl |
| 9/1/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Plan Analysis and Support | Review TSS information and draft |
| 9/1/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up on payments other rent items |
| 9/1/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up on request for tax returns |
| 9/2/2026 | Adam Cohen | 0.60 | 450.00 | 270.00 | Case Administration and Reporting | Update liquidation analysis and call discussing same |
| 9/2/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Prepare W9 for settlement agreement |
| 9/2/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Send liquidation analysis |
| 9/2/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | General Administration | Pay contractor |
| 9/2/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Follow up on property sales |
| 9/2/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | Plan Analysis and Support | Discussion with A. Cohen and J. Krehl re: plan exhibits |
| 9/3/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Follow up emails regarding liquidation analysis |
| 9/3/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Review insurance renewal for GL |
| 9/3/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Approve invoices from P. Brooking |
| 9/3/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | Plan Analysis and Support | Review plan exhibits and call with J. Krehl re: same |
| 9/3/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | Plan Analysis and Support | Discussion with D. Mendenhall re: potential claims |
| 9/3/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review proposed additional property sales |
| 9/4/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | I/C team call |
| 9/4/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Review and update liquidation analysis |
| 9/4/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | Plan Analysis and Support | Further review and discussion on plan exhibits |
| 9/4/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review invoices |
| 9/6/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | General Administration | Prepare and send monthly invoice |
| 9/6/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | Plan Analysis and Support | Review plan items and assumption |
| 9/7/2026 | Adam Cohen | 2.50 | 450.00 | 1,125.00 | Case Administration and Reporting | Work on MORs and cash flow file |
| 9/7/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Pay contractors and professionals |
| 9/7/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and follow up on invoices |
| 9/8/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Finalize MORs and send for review |
| 9/8/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Respond to creditor questions |
| 9/8/2026 | Katie Goodman | 1.50 | 495.00 | 742.50 | Plan Analysis and Support | Review and comment on plan and disclosure statement |
| 9/8/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and follow up on property sales |
| 9/9/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Review property sale documents and related |
| 9/10/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with Counsel regarding eviction |
| 9/10/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Plan Analysis and Support | Review information re: solicitation and call J. Krehl re: same |
| 9/10/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review tax and DOL items |
| 9/10/2026 | Katie Goodman | 1.00 | 495.00 | 495.00 | General Administration | Review and execute sale documents |
| 9/11/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review and execute deed for sale |
| 9/14/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pull bank details |
| 9/14/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 9/14/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Discussion with Tranzon and Pack Law re: property sales |
| 9/14/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review sale tracker and upcoming sales |
| 9/14/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review 9019 motion and related information |
| 9/14/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up on property closing |
| 9/15/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with potential CPAs regarding tax prep |
| 9/15/2026 | Katie Goodman | 1.20 | 495.00 | 594.00 | Case Administration and Reporting | Participate in hearing |
| 9/15/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | Case Administration and Reporting | Update call with M. Roye |
| 9/16/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 9/16/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with L. Hyman regarding taxes |
| 9/16/2026 | Katie Goodman | 1.20 | 495.00 | 594.00 | General Administration | Follow up on property sale items and review |
| 9/17/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up on relief from stay motion |
| 9/17/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Call with CPA regarding tax prep |
| 9/17/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review draft settlement statement |
| 9/17/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Respond and update creditors |
| 9/17/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | Case Administration and Reporting | Review revised plan and disclosure statement |
| 9/17/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Discussion with potential tax accountant |
| 9/18/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Send bank activity |
| 9/18/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review closing package and follow up |
| 9/21/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors |
| 9/21/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Confirm property details and follow up on property items |
| 9/21/2026 | Katie Goodman | 1.00 | 495.00 | 495.00 | General Administration | Review, execute and distribute sale documents |
| 9/22/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay ID |
| 9/22/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Emails with J. Krehl regarding tenant communications |

GGG PARTNERS

# INVOICE

From GGG Partners, LLC
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

Invoice ID RADD20260930
Issue date 10/23/2026
Due date (upon receipt)

| Date | Consultant | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 9/22/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Update call with D. Mendenhall and request information |
| 9/22/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Status update with M. Roye |
| 9/23/2026 | Adam Cohen | 0.10 | 450.00 | 45.00 | Case Administration and Reporting | Follow up with CPA regarding tax prep |
| 9/23/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Add IRS agent to QBO access |
| 9/23/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with K. Poynts regarding insurance changes |
| 9/23/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and respond to creditor inquiries |
| 9/24/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Cancel insurance policy for sold property |
| 9/24/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up on QBO access for other entities |
| 9/24/2026 | Dan Cooper | 2.25 | 285.00 | 641.25 | Case Administration and Reporting | Resubscribe to QuickBooks for multiple entities, Grant QuickBooks access to IRS agent, Generate financial statements for multiple entities |
| 9/24/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | Case Administration and Reporting | Review items for hearing |
| 9/25/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Send financials to CPA for tax prep |
| 9/25/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Get accounting access for IRS auditor |
| 9/25/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | Case Administration and Reporting | Update call with J. Krehl |
| 9/25/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | Case Administration and Reporting | Review items for IDI and send additional information |
| 9/26/2026 | Adam Cohen | 0.80 | 450.00 | 360.00 | Case Administration and Reporting | Update cash forecast for cash collateral budget |
| 9/27/2026 | Adam Cohen | 0.80 | 450.00 | 360.00 | Case Administration and Reporting | Update cash forecast for cash collateral budget |
| 9/28/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Finalize cash collateral budget support |
| 9/28/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Handle MCS / Relativity document retention / payment |
| 9/28/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Pay I/Cs and download bank activity |
| 9/28/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Meeting with I/C team regarding operations |
| 9/28/2026 | Katie Goodman | 1.30 | 495.00 | 643.50 | General Administration | Review updates, reports and additional properties for sales and potential sales |
| 9/28/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | Case Administration and Reporting | Review and approve budgets |
| 9/29/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Update call with Tranzon and Pack Law |
| 9/29/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and approve tenant move out agreement |
| 9/29/2026 | Katie Goodman | 2.20 | 495.00 | 1,089.00 | Case Administration and Reporting | Attend hearing |
| 9/29/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | Case Administration and Reporting | TSS Initial Debtor Interview |
| | **Total Fees** | **45.45** | | **21,395.25** | | |
| | **Expenses** | | | **–** | | |
| | **Total Invoice** | | | **21,395.25** | | |

**Hours Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Plan Analysis and Support | Total |
|---|---|---|---|---|---|
| Adam Cohen | 11.1 | – | 2.9 | – | **14.0** |
| Dan Cooper | 2.3 | – | – | – | **2.3** |
| Katie Goodman | 6.4 | – | 17.2 | 5.6 | **29.2** |
| **Total** | **19.8** | **–** | **20.1** | **5.6** | **45.5** |

**Billing Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Plan Analysis and Support | Total |
|---|---|---|---|---|---|
| Adam Cohen | 4,995.00 | – | 1,305.00 | – | **6,300.00** |
| Dan Cooper | 641.25 | – | – | – | **641.25** |
| Katie Goodman | 3,168.00 | – | 8,514.00 | 2,772.00 | **14,454.00** |
| **Total** | **8,804.3** | **–** | **9,819.00** | **2,772.00** | **21,395.25** |