UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: | |
| RAD DIVERSIFIED REIT, INC.; | Case No. 8:26-bk-01636-CPM |
| *Jointly Administered with* | |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| | Chapter 11 |
| Debtors. | |

**OBJECTION BY CREDITOR TO CONFIRMATION OF DEBTORS' JOINT PLAN OF LIQUIDATION**

COMES NOW Secured Creditor, Metropolitan Life Insurance Company, by and through its undersigned counsel, and files this written objection to confirmation of Debtors' Joint Second Amended Plan of Liquidation ("Plan"), pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. On April 18, 2023, Debtor RAD Diversified OZ Fund, LP executed and delivered a Commercial Promissory Note ("Note") and delivered a Commercial Mortgage, Security Agreement and Fixture Filing ("Mortgage") securing payment of the Note in the amount of $224,000.00 to Mortgage Funding 01 LLC. The Mortgage was recorded on May 1, 2023, in MB 17972, page 160 of the Public Records of Gloucester County, New Jersey. The loan was transferred to Secured Creditor which granted Secured Creditor a first lien on the real property located at 124 Main Street, Glassboro, NJ 08028 the ("Subject Property") legally described as:

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in Glassboro Borough, County of Gloucester, State of NJ:

BEGINNING at a point along the centerline of Main Street, also known as South Main Street, Gloucester County Route 553 (49.5 feet wide), a distance of 972.50 feet along a course of North 13 degrees 45 minutes 00 seconds East from a point where the centerline of Main Street intersects with the centerline of Grove Street (50 feet wide) and running: thence

(1) North 13 degrees 45 minutes 00 seconds East, a distance of 54.78 feet to a point; thence

(2) South 77 degrees 32 minutes 00 seconds East, a distance of 313.27 feet to a point; thence

(3) South 13 degrees 32 minutes 40 seconds West, a distance of 54.77 feet to a point; thence

(4) North 77 degrees 32 minutes 00 seconds West, a distance of 313.47 feet to the point and place of beginning.

Property Address: 124 S Main St, Glassboro, NJ 08028
Tax ID: Block: 45 Lot: 8

NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.

Being that parcel of land conveyed to DDH Fund LP from Jennifer Castillo, aka Jennifer Roscetti by that Deed dated 12/14/2021 and recorded 1/19/2022 in Official Records Book 6614, at Page 284 of the Public Records of Gloucester County, NJ.

2. Secured Creditor timely filed Proof of Claim #1-1. The pre-petition arrearages are $71,152.41 on a total secured claim of $288,354.10.

3. The Plan includes this Secured Creditor in the general group Class 1 First Mortgage Secured Claims. The Plan generally provides Secured Creditor's claim along with all other first mortgage secured claims giving the Secured Creditor two options: 1. sell the Subject Property at auction by the Liquidating Trust on the terms set forth in the Plan; or 2) surrender the Subject Property to the Secured Creditor unless there is equity in property, in which case Subject Property will be sold at the aforementioned auction.

4. Secured Creditor objects to the Plan because it does not consent to the sale of the Subject Property at auction by the Liquidating Trust on the terms set forth in the Plan. Secured Creditor also objects to the Plan's provisions concerning the determination of the aggregate value of the Subject Property subject to Secured

Creditor's lien evidenced by the Mortgage for purposes of determining whether or not Secured Creditor can elect to choose the option that Debtor will surrender the Subject Property. Among other things, Secured Creditor respectfully submits that those provisions are not clear as to how the equity determination is made.

WHEREFORE, Secured Creditor objects to confirmation of the Debtor's Plan and respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Plan, and grant Secured Creditor such other and further relief as this Court deems just and proper.

DATED this 26th day of October 2026.

Respectfully submitted,

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 26th day of October 2026:

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 8:26-bk-01636-CPM)**

Debtor
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

Debtor Attorney
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215

US Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602