United States Bankruptcy Court
Middle District of Florida

In re:
RAD Diversified REIT, Inc.
Debtor

Case No. 26-01636-CPM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 10
Date Rcvd: Oct 07, 2026 | Form ID: trc | Total Noticed: 0

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32911552 | ##+ | Kapital King, LLC - Dylan Repic, 164 Shawii Pass, Leander, TX 78641-3182 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksandra Fugate | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2021-R1 afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Metropolitan Life Insurance Company afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor Civic Financial Services LLC afugate@hillwallack.com |

Aleksandra Fugate
on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee for Ibis Holdings A Trust afugate@hillwallack.com

Amy M Kiser
on behalf of Creditor Greene Street Funding Trust II FLBankruptcy@rlselaw.com

Amy M Kiser
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST FLBankruptcy@rlselaw.com

Amy M Kiser
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II FLBankruptcy@rlselaw.com

Andrew V Layden
on behalf of Examiner Maria M Yip alayden@bakerlaw.com orlbankruptcy@bakerlaw.com

Angela M Reimer
on behalf of Creditor victor and susan Cave angela@AMRlawfirm.com AMRLawFirm@jubileebk.net;allison@amrlawfirm.com

Anthony M Salzano
on behalf of Creditor Pasco County Board of County Commissioners tosipov@pascocountyfl.net asalzano@pascocountyfl.net

Anthony P. Marzocca
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B amarzocca@trenam.com, amarzocca@ecf.courtdrive.com;mwoods@trenam.com;amatos@ecf.courtdrive.com;mmosbach@trenam.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

April Howard
on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I aharriott@raslg.com

April Howard
on behalf of Creditor Wilmington Trust National Association aharriott@raslg.com

April Howard
on behalf of Creditor U.S. Bank Trust National Association aharriott@raslg.com

April Stone
on behalf of Creditor Kiavi Funding Inc april@aprilhstonepa.com bankruptcy@mgs-legal.com

Bouavone Amphone
on behalf of Creditor Kiavi Funding Inc bamphone@tmppllc.com

Bouavone Amphone
on behalf of Creditor Toorak Capital Partners LLC bamphone@tmppllc.com

Brian D. Darer
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC briandarer@parkerpoe.com

Can Guner
on behalf of Creditor Wilmington Savings Fund Society FSB cguner@raslg.com, cguner@raslg.com

Celine Funk Granai
on behalf of Creditor State of Florida Office of the Attorney General sasha.granai@myfloridalegal.com zivile.rimkevicius@myfloridalegal.com

Christian Savio
on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A csavio@mls-pa.com, kbelton@mls-pa.com

Christopher J Emden
on behalf of Interested Party United States Attorneys Office christopher.emden@usdoj.gov shelby.hill@usdoj.gov;Uriah.Oden@usdoj.gov;CaseView.ecf@usdoj.gov

Daniel Kevin Eisenhauer
on behalf of Creditor U.S. Bank Trust National Association dan.eisenhauer@decubaslewis.com

Daniel Kevin Eisenhauer
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST dan.eisenhauer@decubaslewis.com

Danielle L Merola
on behalf of Examiner Maria M Yip dmerola@bakerlaw.com cmartin@bakerlaw.com;orlbankruptcy@bakerlaw.com

Danielle S Kemp
on behalf of Creditor Committee Unsecured Creditors' Committee kempd@gtlaw.com tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com

Elena P Ketchum

on behalf of Attorney Philadelphia Community Development Coalition Inc. eketchum.ecf@srbp.com, srbpecf@srbp.com

Ellen Lyons
on behalf of Creditor State of Florida Office of the Attorney General ellen.lyons@myfloridalegal.com

Epiq Corporate Restructuring, LLC (KM)
abhishek.singh@epiqsystems.com ecr@ecf.epiqsystems.com

Esther A McKean
on behalf of Creditor DLP Lending Fund LLC esther.mckean@akerman.com

Gavin Stewart
on behalf of Creditor U.S. Bank Trust National Association, as trustee for LB-Dwelling Series VI Trust bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Metropolitan Life Insurance Company bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Real Estate Holdings III LLC, by and through its servicer BSI Financial Services bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor TVC Funding IV LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Financial Services LLC, by and through its servicer and attorney-in-fact Servis One, Inc. d/b/a BSI Financial Services bk@stewartlegalgroup.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 gbridges@burr.com, nwmosley@burr.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 gbridges@burr.com, nwmosley@burr.com

Geoffrey J Peters
on behalf of Creditor FIRST CITIZENS BANK & TRUST COMPANY colnationalecf@weltman.com colnationalecf@weltman.com;gpeters@weltman.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society FSB gvelez@raslg.com

Giselle Velez
on behalf of Creditor U.S. Bank Trust National Association gvelez@raslg.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society gvelez@raslg.com

Guy Williams Norris, Jr
on behalf of Creditor Barrington Oaks East Homeowners Association Inc. wnorris@bushross.com, bankruptcy.eservice@bushross.com;wnorris@ecf.courtdrive.com

Hailey Klabo
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC haileyklabo@parkerpoe.com

Hector E Lora
on behalf of Creditor Joseph Censullo hlora@mauricewutscher.com litigation@mwbllp.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 bkecfnotifications@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB bkecfnotifications@dallegal.com,

MiddleDistrict@SHDLegalgroup.com

Jeffrey W. Warren
on behalf of Creditor Brandon Dutch Mendenhall jwarren@bushross.com
bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Fay Servicing LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor NWL Company LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Selene Finance LP ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Metropolitan Life Insurance Company ecfflmb@aldridgepite.com jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jessey James Krehl
on behalf of Interested Party The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Debtor The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Debtor RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Defendant RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Plaintiff RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jillian Nolan Snider
on behalf of Creditor 7E CWS Investments Inc. jsnider@fbtgibbons.com, rmccartney@fbtgibbons.com

John D Elrod
on behalf of Creditor Committee Unsecured Creditors' Committee elrodj@gtlaw.com
fieldss@gtlaw.com,allison.mcgregor@gtlaw.com,john-elrod-0217@ecf.pacerpro.com

John R Yant
on behalf of Creditor Georg Couturier ryant@carltonfields.com epritchett@carltonfields.com

Joseph A Pack
on behalf of Interested Party DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Interested Party DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Plaintiff RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor The Seminar Solution LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph A Pack
on behalf of Debtor DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com

Joseph F Southron
on behalf of Creditor Toorak Capital Partners LLC joe@southronfirm.com eservice@southronfirm.com,jsouthron@recap.email

Joseph F Southron
on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust joe@southronfirm.com, eservice@southronfirm.com,jsouthron@recap.email

Kathleen DiSanto
on behalf of Creditor Brandon Dutch Mendenhall kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com

Kayleigh Wright
on behalf of Creditor Silver Hill Capital LLC kwright@spencerfane.com, cgipson@spencerfane.com

Kelsey Erin Burgess
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B kburgess@trenam.com, mwoods@trenam.com;kburgess@ecf.courtdrive.com;mmosbach@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

Kimberly H Israel
on behalf of Creditor Premiere Networks Inc. kim.israel@kaufmandolowich.com, jill.mcyeo@kaufmandolowich.com

Kylie Ann Riordan
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 kriordan@burr.com, mlucca-cruz@burr.com

Kylie Ann Riordan
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 kriordan@burr.com, mlucca-cruz@burr.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor CV3 Financial Services LLC as Servicer for CV3 Alpha Trust, a Delaware statutory trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor CV3 Financial Services as servicer for CV3 Bravo Trust lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Greene Street Funding

Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for Metropolitan Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of Saluda Grade Loan Trust I lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of FF Investorco Grantor Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes

on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust Company National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Leslie Rushing

on behalf of Creditor NewRez as servicer for NWL Company LLC lrushing@hillwallack.com

Maria M Yip

trustee@yipcpa.com mmy@trustesolutions.net;cmmy11@trustesolutions.net

Matthew B Klein

on behalf of Creditor New Roots M Trust Matthew@HowardLaw.com kayla@howardlaw.com

Matthew B Klein

on behalf of Creditor Civic Real Estate Holdings III LLC Matthew@HowardLaw.com, kayla@howardlaw.com

Matthew B Klein

on behalf of Creditor Grove Funding III Trust Matthew@HowardLaw.com kayla@howardlaw.com

Megan Harper

on behalf of Creditor City of Philadelphia megan.harper@phila.gov

Megan M. Adeyemo

on behalf of Creditor PBK Architects Inc. madeyemo@gordonrees.com asoto@grsm.com

Melbalynn Fisher

| | |
|---|---|
| | on behalf of Creditor GITSIT Solutions LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com |
| Mitun Mitra | on behalf of Creditor Joseph Censullo mitun@srqdebtattorney.com |
| Nicole Peair | on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov |
| Patrick Mosley | on behalf of Creditor Silver Hill Capital LLC pmosley@spencerfane.com, telam@spencerfane.com |
| Paul Wilfred Cervenka | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Paul Wilfred Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Philip W Crawford | on behalf of Creditor 7E CWS Investments Inc. pcrawford@fbtgibbons.com |
| Reka Beane | on behalf of Creditor Metropolitan Life Insurance Company reka.beane@mccalla.com mccallaecf@ecf.courtdrive.com |
| Reka Beane | on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Reka Beane | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Reka Beane | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee of Residential Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Reka Beane | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert K Eddy | on behalf of Creditor CNH Industrial Capital America LLC reddy@e-rlaw.com bcruz@e-rlaw.com |
| Seth J Greenhill | on behalf of Creditor MCLP Asset Company Inc. Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Seth J Greenhill | on behalf of Creditor NWL Company LLC Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Seth J Greenhill | on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Seth J Greenhill | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Seth J Greenhill | on behalf of Creditor Metropolitan Life Insurance Company Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Seth J Greenhill | on behalf of Creditor Kiavi Funding Inc Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Seth J Greenhill | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com |
| Stephanie C Lieb | on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com |
| Stuart Wilson-Patton | |

| | |
|---|---|
| | on behalf of Creditor TN Dept of Revenue Stuart.Wilson-Patton@ag.tn.gov |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #60 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #17 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #02 houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor City of Seabrook houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tara Lauree Grundemeier | on behalf of Creditor Harris County ESD #13 houston_bankruptcy@lgbs.com |
| Toni Townsend | on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Wilmington Savings Fund Society FSB toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Toni Townsend | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Savings Fund Society trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor SELENE FINANCE LP AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I trbailey@raslg.com |

Travis Bailey
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com

Travis Bailey
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST trbailey@raslg.com

Tricia A Morra
on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NWL Company LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NewRez LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust Company National Association bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Fay Servicing LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Brighthouse Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

| | |
|---|---|
| Tricia A Morra | on behalf of Creditor Selene Finance LP bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Troy A Lawrence | on behalf of Creditor LIMA ONE CAPITAL LLC tlawrence@atlas-solomon.com, mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com |
| Troy A Lawrence | on behalf of Creditor Lima One Capital Loan tlawrence@atlas-solomon.com mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |
| William L Grimsley | on behalf of Creditor Silver Hill Capital LLC wgrimsley@spencerfane.com, cgipson@spencerfane.com;afoster@spencerfane.com |

TOTAL: 194

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Florida
Case No. 8:26-bk-01636-CPM
Chapter 11

In re: Debtor(s) (including Name and Address)

RAD Diversified REIT, Inc.
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639, 26-bk-01640, 26-8030
11418 US-19 N.
Port Richey FL 34688

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2026.

Name and Address of Alleged Transferor(s):

Claim No. : Kapital King, LLC - Dylan Repic, 164 Shawii Pass, Leander, TX, 78641

Name and Address of Transferee:

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/09/26

Jose A Rodriquez
**CLERK OF THE COURT**