**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8:26-bk-01636-CPM
Chapter 11

RAD DIVERSIFIED REIT, INC.,

Debtor.
_______________________________/

**DECLARATION IN SUPPORT OF MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

I, David Hernandez, declare under penalty of perjury as follows:

1. I am employed by Servis One, Inc. d/b/a BSI Financial Services ("BSI") as VP. BSI services the mortgage loan for Civic Financial Services, LLC ("Civic") relating to 3067 Chatham Street, Philadelphia, Pennsylvania 19134 (the "Property"). I am authorized to provide this Declaration based on my review of BSI's business records and the loan documents.

2. I am familiar with BSI's loan-servicing records and how they are maintained. Records on which I rely are maintained in BSI's ordinary course of business and are made at or near the time of the recorded event by, or from information supplied by, a person with knowledge. I have reviewed the records and documents described below in preparing this Declaration.

3. On October 28, 2022, RAD Diversified REIT, Inc. executed a promissory note in favor of Civic in the original maximum principal amount of $222,000.00. Under the Note, the remaining indebtedness was due at maturity on November 1, 2024. A copy of the Note and the allonges reflecting transfer to Citibank, N.A., as trustee on behalf of MAV 1, and transfer back to Civic are included in Exhibit A.

4. The Note is secured by a Mortgage recorded in Philadelphia County on November 10, 2022, as Document No. 54119728. The recorded assignments dated March 6, 2023, and April

14, 2025, reflect Civic's present status as mortgagee of record. Copies of the Mortgage and assignments are attached as Exhibits B and C.

5. The Note was not paid in full upon its November 1, 2024 Maturity Date. The loan remains unpaid. The servicing records identify an unpaid principal balance of $140,000.00 in BSI's payoff statement dated October 7, 2026.

6. The October 7, 2026 payoff statement provides a total estimated payoff of $220,238.29 calculated through November 4, 2026, including projected interest and other amounts shown in the statement. The total is subject to change depending upon the actual payment date and other adjustments. The statement is attached as Exhibit D.

7. The City of Philadelphia's assessment records identify the Debtor as owner and report assessed market values of $206,900.00 for 2026 and $211,300.00 for 2027. Copies are attached as Exhibit E. These are government assessment figures rather than a property inspection or appraisal commissioned by BSI.

8. This Declaration is submitted in support of Civic's request for relief from the automatic stay.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on October 22, 2026.

Declarant David Hernandez, VP