**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC,<br>Debtors. | Case No. 8:26-bk-08030-CPM |

**ORDER GRANTING AGREED MOTION TO COMPROMISE CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

THIS CASE came before the Court without a hearing for consideration of the Agreed Motion to Compromise Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 [DE# --]. The Agreed Motion to Compromise Controversy Pursuant to Federal Rule of Bankruptcy

Exhibit 1

Procedure 9019 was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of an opportunity to respond to the Agreed Motion to Compromise Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 within 21 days of the date of service. No party filed a response within the time permitted. The Court considers the matter to be unopposed. Accordingly, it is

**ORDERED:**

1. The Agreed Motion to Compromise Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019 [DE# --] is GRANTED as set forth in this Order.
2. The parties are authorized and directed to consummate the compromise in accordance with the terms contained in the Agreed Motion to Compromise Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019.

###

Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

Exhibit 1