# EXHIBIT C

Recorded Assignment of Mortgage
4835 N Marvine, Philadelphia, Pennsylvania

**eRecorded in Philadelphia PA Doc Id: 54030270**
**04/26/2022 10:43 AM Page 1 of 4 Rec Fee: $224.75**

**Records Department Doc Code: A**

Return to:
Document Recording Services
P.O. Box 3008
Tallahassee, FL 32315-3008

Prepared By ~~& Return to~~:
Erin Schanzer
RCN Capital, LLC
75 Gerber Road East, Ste. 102
South Windsor, CT 06074

Assessor's Parcel No.:
491424500

..............................Space Above Line for Recorder's Use..............................

ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned **RCN Capital, LLC** (the "Assignor"), a Connecticut limited liability company, having a principal place of business at 75 Gerber Road East, Ste. 102, South Windsor, CT 06074, does hereby GRANT, SELL, ASSIGN, TRANSFER, AND CONVEY unto **Toorak Capital Partners, LLC** (the "Assignee"), a Delaware limited liability company, having a principal place of business of 15 Maple St., Second Floor West, Summit, NJ 07901, all of its right, title, and interest in and to a certain **Mortgage, Assignment of Rents, and Security Agreement**, dated Oct 6, 2021, executed by DDH Fund, LP, a Delaware limited partnership, as mortgagor, in favor of RCN Capital, LLC, as mortgagee, which was recorded as Doc ID 53938077 on 1-8-2022 in the Recorder of Deeds in and for Philadelphia County, Pennsylvania, securing payment of **$125,625.00**, and encumbering the real property and improvements commonly known as **4835 N Marvine St, Philadelphia, PA 19141**, as more particularly described in SCHEDULE 1, attached.

Together with the obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under the said security instrument.

TO HAVE AND TO HOLD the same unto the Assignee, and its successor and assigns, forever, subject only to the terms and conditions of the above-described security instrument.

The security instrument assigned hereby has not been further assigned except as set forth herein.

[Remainder of this page intentionally left blank]

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment on October 13, 2021.

Witness: Emma Connell

**RCN Capital, LLC**

Witness: Don Cooper

By: ______________________
Matthew Gunter, Authorized Signer

STATE OF CONNECTICUT )
)ss. South Windsor
COUNTY OF HARTFORD )

I certify that on October 13, 2021, **Matthew Gunter** came before me in person and stated to my satisfaction that he/she made the attached instrument; and was authorized to and did execute this instrument on behalf of, and as Authorized Signer of RCN Capital, LLC, a Connecticut limited liability company (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and its members.

______________________
Notary Public

ANGELA DITOMMASO
Notary Public of Connecticut
My Commission Expires 3/31/2022

**CERTIFICATE OF RESIDENCE OF ASSIGNEE**

The below officer certifies that the principal business and mailing address for this assignment and assignee is 15 Maple St., Second Floor West, Summit, NJ 07901.

______________________
Matthew Gunter

# SCHEDULE 1
## PROPERTY DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected. SITUATE on the East side of Marvine Street at the distance of 100 feet southward from the South side of Rockland Street in the 49th (formerly part of the 42nd) Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Marvine Street 25 feet and extending of that width in length or depth Eastward between lines parallel with the said Rockland Street 86 feet ,6 inches.

ALSO ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected. SITUATE on the East side of Marvine Street at the distance of 125 feet southward from the South side of Rockland Street in the 40th (formerly part of the 42nd Ward of the City of Philadelphia. CONTAINING in front or breadth on the said Marvine Street 25 feet and extending of that width in length or depth Eastward between lines parallel with the said Rockland Street 86 feet, 6 inches.

BEING No. 4835 North Marvine Street