# EXHIBIT C

Recorded Assignments of Mortgage
1835 Ashley, Philadelphia, Pennsylvania

**WHEN RECORDED, RETURN TO:**

CV3 Financial Services, LLC
2101 East El Segundo Blvd. Ste #203,
El Segundo, CA 90245

Loan N
Property ID No.: 101365300

## ASSIGNMENT OF MORTGAGE

For value received, the undersigned, CV3 Financial Services, LLC, a Delaware Limited Liability Company (CFL License No. 60DBO-183355), having an address at 2101 E. El Segundo Blvd., Suite 203, El Segundo, California 90245 ("Assignor"), hereby grants, assigns and transfers to CV3 Alpha Trust, a Delaware statutory trust, having an address of 2101 East El Segundo Blvd. Ste #203, El Segundo, CA 90245 ("Assignee"), all of the undersigned's rights, title and interest due or to become due in and to that certain Open-End Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement, together with that certain Secured Note in the amount of $184,000.00, each dated April 8, 2024, executed by DDH Fund, LLC, a Delaware limited liability company ("Borrower"), in favor of CV3 Financial Services, LLC, a Delaware limited liability company, which was recorded on April 24, 2024, as Instrument Number 54292854 in the Recorder's Office of the County of Philadelphia, State of Pennsylvania (the "Mortgage"), against:

The real property located in the City of Philadelphia, County of Philadelphia, Commonwealth of Pennsylvania, described as follows:

SEE EXHIBIT "A," ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF,

commonly known as 1835 Ashley Street, Philadelphia, Pennsylvania 19126 (the "Mortgaged Property");

Together with all of Assignor's rights, title and interest in and to the Secured Note therein described or referred to, the money due and to become due with interest, and all rights to accrue under said Mortgage, and all Loan Documents (as defined in the Loan Agreement) executed concurrently therewith.

The undersigned Assignor has independently and contemporaneously executed that certain Allonge to Secured Note assigning and transferring to Assignee, all of the Assignor's right, title and interest in and to the Secured Note which is secured by the Mortgage.

[SIGNATURES FOLLOW]



© 2007 Geraci Law Firm. All Rights Reserved

Dated: 04-22-2024

**ASSIGNOR:**

**CV3 FINANCIAL SERVICES, LLC, A DELAWARE LIMITED LIABILITY COMPANY**

By: ______________________
Name: Merced Cohen
Title: Executive Vice President, Operations

Certification of Lender's Address

The undersigned hereby certifies that
Lender's mailing address is:

2101 East El Segundo Blvd. Ste #203, El Segundo, CA 90245

By: ______________________
Name: Merced Cohen
Title: Executive Vice President, Operations



© 2007 Geraci Law Firm; All Rights Reserved v183

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of Los Angeles )

On 04/22/2024 before me, Lance W Cohen, Notary Public , Notary Public
*Date* *Here Insert Name of the Officer*

Personally Appeared Robert Callaway, Chief Financial Officer
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

ENC1
LANCE W. COHEN
COMM. # 2482295
NOTARY PUBLIC • CALIFORNIA
VENTURA COUNTY
My Comm. Expires February 18, 2028
ENC1

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature
*Signature of Notary Public*

## EXHIBIT "A"

## LEGAL DESCRIPTION OF PROPERTY

THE LAND IS DESCRIBED AS FOLLOWS:

ALL THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN THE COUNTY OF PHILADELPHIA AND THE STATE OF COMMONWEALTH OF PENNSYLVANIA KNOWN AND DESCRIBED AS FOLLOWS, TO WIT:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE TWO STORY BRICK MESSUAGE OR TENEMENT THEREON ERECTED, DESCRIBED ACCORDING TO A SURVEY AND PLAN THEREOF MADE BY GEORGE T. SHEGOG ESQUIRE, SURVEYOR AND REGULATOR OF THE FIFTEENTH DISTRICT ON THE 20TH DAY OF APRIL A.D. 1932 AS FOLLOWS TO WIT:

SITUATE ON THE NORTHERLY SIDE OF ASHLEY STREET (FORTY FEET WIDE) AT THE DISTANCE OF FIFTY-THREE FEET SIX AND ONE-HALF INCHES EASTWARDLY FROM THE EASTERLY SIDE OF NINETEENTH STREET (EIGHTY FEET WIDE) IN THE TENTH (FORMERLY PART OF THE FIFTIETH AND FORTY-SECOND) WARDS OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID ASHLEY STREET SEVENTEEN FEET ELEVEN AND ONE-HALF INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHWARDLY BETWEEN LINES AT RIGHT ANGLES TO THE SAID ASHLEY STREET SEVENTY FEET TO THE CENTER OF A CERTAIN TWELVE FEET WIDE DRIVEWAY, WHICH EXTENDS EASTWARDLY FROM THE SAID NINETEENTH STREET TO EIGHTEENTH STREET.

PARCEL ID: 101365300

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO DDH FUND LP BY DOUGLAS M. MCCLELLAN, KIERA E. MCCLELLAN, AND DOUGLAS M. MCCLELLAN A/K/A DOUGLAS MCCLELLAN, EXECUTOR OF THE ESTATE OF WILLIAM C. MCCLELLAN A/K/A WILLIAM CORNELIUS MCCLELLAN, DECEASED IN A DEED DATED 10/12/2021 AND RECORDED 02/15/2022 IN DOCUMENT NUMBER 53973715, IN THE LAND RECORDS OF PHILADELPHIA COUNTY, PA.



© 2007 Geraci Law Firm; All Rights Reserved v183

08/07/2024 08:08 AM Page 1 of 4 Rec Fee: $242.75
Receipt#: 24-62043
Records Department Doc Code: A

**WHEN RECORDED, RETURN TO:**

CV3 Alpha Trust
2101 E El Segundo Blvd Suite 203
El Segundo Ca 90245

Loan
Property ID No.: 101365300

**ASSIGNMENT OF MORTGAGE**

For value received, the undersigned, **CV3 Alpha Trust, a Delaware statutory trust**, having an address at 2101 E. El Segundo Blvd., Suite 203, El Segundo, California 90245 ("Assignor"), hereby grants, assigns and transfers to **WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR RESIDENTIAL MORTGAGE AGGREGATION TRUST** having an address of **90 PARK AVENUE, 23RD FLOOR, NEW YORK, NY 10016** ("Assignee"), all of the undersigned's rights, title and interest due or to become due in and to that certain Open-End Mortgage, Assignment of Leases and Rents, Fixture Filing, and Security Agreement, together with that certain Secured Note in the amount of $184,000.00, each dated April 8, 2024, executed by DDH Fund, LLC, a Delaware limited liability company ("Borrower"), in favor of CV3 Financial Services, LLC, a Delaware limited liability company, which was recorded on **April 24, 2024**, as Instrument Number **54292854** in the Recorder's Office of the County of Philadelphia, State of Pennsylvania (the "Mortgage"), against:

The real property located in the City of Philadelphia, County of Philadelphia, Commonwealth of Pennsylvania, described as follows:

SEE EXHIBIT "A," ATTACHED HERETO AND BY THIS REFERENCE MADE A PART HEREOF,

commonly known as 1835 Ashley Street, Philadelphia, Pennsylvania 19126 (the "Mortgaged Property");

Together with all of Assignor's rights, title and interest in and to the Secured Note therein described or referred to, the money due and to become due with interest, and all rights to accrue under said Mortgage, and all Loan Documents (as defined in the Loan Agreement) executed concurrently therewith.

The undersigned Assignor has independently and contemporaneously executed that certain Allonge to Secured Note assigning and transferring to Assignee, all of the Assignor's right, title and interest in and to the Secured Note which is secured by the Mortgage.

[SIGNATURES FOLLOW]



© 2007 Geraci L
Assignment of M v183

Dated: 8/6/2024

**ASSIGNOR:**

**CV3 Alpha Trust, a Delaware statutory trust**
**By: CV3 Financial Services, LLC, in its capacity as Administrator**

By: ______________________
Name: Robert Callaway
Title: Chief Financial Officer

Certification of Lender's Address

The undersigned hereby certifies that
Lender's mailing address is:

CV3 Alpha Trust
2101 E El Segundo Blvd Suite 203
El Segundo Ca 90245

By: ______________________
Robert Callaway



© 2007 Geraci Law Firm: All Rights Reserved.
Assignment of Mortgag

v183

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of Los Angeles )

On 8/6/2024 before me, Hernan Vidana, Notary Public
*Date* *Here Insert Name of the Officer*

Personally Appeared Robert Callaway
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.




I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____________________
*Signature of Notary Public*

# EXHIBIT "A"

## LEGAL DESCRIPTION OF PROPERTY

THE LAND IS DESCRIBED AS FOLLOWS:

ALL THE FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN THE COUNTY OF PHILADELPHIA AND THE STATE OF COMMONWEALTH OF PENNSYLVANIA KNOWN AND DESCRIBED AS FOLLOWS, TO WIT:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE TWO STORY BRICK MESSUAGE OR TENEMENT THEREON ERECTED, DESCRIBED ACCORDING TO A SURVEY AND PLAN THEREOF MADE BY GEORGE T. SHEGOG ESQUIRE, SURVEYOR AND REGULATOR OF THE FIFTEENTH DISTRICT ON THE 20TH DAY OF APRIL A.D. 1932 AS FOLLOWS TO WIT:

SITUATE ON THE NORTHERLY SIDE OF ASHLEY STREET (FORTY FEET WIDE) AT THE DISTANCE OF FIFTY-THREE FEET SIX AND ONE-HALF INCHES EASTWARDLY FROM THE EASTERLY SIDE OF NINETEENTH STREET (EIGHTY FEET WIDE) IN THE TENTH (FORMERLY PART OF THE FIFTIETH AND FORTY-SECOND) WARDS OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON THE SAID ASHLEY STREET SEVENTEEN FEET ELEVEN AND ONE-HALF INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH NORTHWARDLY BETWEEN LINES AT RIGHT ANGLES TO THE SAID ASHLEY STREET SEVENTY FEET TO THE CENTER OF A CERTAIN TWELVE FEET WIDE DRIVEWAY, WHICH EXTENDS EASTWARDLY FROM THE SAID NINETEENTH STREET TO EIGHTEENTH STREET.

PARCEL ID: 101365300

BEING ALL AND THE SAME LANDS AND PREMISES CONVEYED TO DDH FUND LP BY DOUGLAS M. MCCLELLAN, KIERA E. MCCLELLAN, AND DOUGLAS M. MCCLELLAN A/K/A DOUGLAS MCCLELLAN, EXECUTOR OF THE ESTATE OF WILLIAM C. MCCLELLAN A/K/A WILLIAM CORNELIUS MCCLELLAN, DECEASED IN A DEED DATED 10/12/2021 AND RECORDED 02/15/2022 IN DOCUMENT NUMBER 53973715, IN THE LAND RECORDS OF PHILADELPHIA COUNTY, PA.



© 2007 Geraci Law Firm; All Rights Reserved.