# EXHIBIT C

Recorded Assignment of Mortgage
1823 72nd Ave, Philadelphia, Pennsylvania

Return to:
Document Recording Services
P.O. Box 3008
Tallahassee, FL 32315-3008

Prepared By ~~& Return to:~~
Erin Schanzer
RCN Capital, LLC
75 Gerber Road East, Ste. 102
South Windsor, CT 06074

Assessor's Parcel No.:
01297100

..............................Space Above Line for Recorder's Use..............................

ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned **RCN Capital, LLC** (the "Assignor"), a Connecticut limited liability company, having a principal place of business at 75 Gerber Road East, Ste. 102, South Windsor, CT 06074, does hereby GRANT, SELL, ASSIGN, TRANSFER, AND CONVEY unto **Toorak Capital Partners, LLC** (the "Assignee"), a Delaware limited liability company, having a principal place of business of 15 Maple St., Second Floor West, Summit, NJ 07901, all of its right, title, and interest in and to a certain **Mortgage, Assignment of Rents, and Security Agreement**, dated July 17, 2021, executed by DDH Fund, LP, a Delaware limited partnership, as mortgagor, in favor of RCN Capital, LLC, as mortgagee, which was recorded as Doc Id # 53896945 on 10/28/2021 in the Recorder of Deeds in and for Philadelphia County, Pennsylvania, securing payment of **$138,750.00**, and encumbering the real property and improvements commonly known as **1823 72nd Ave, Philadelphia, PA 19126**, as more particularly described in SCHEDULE 1, attached.

Together with the obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under the said security instrument.

TO HAVE AND TO HOLD the same unto the Assignee, and its successor and assigns, forever, subject only to the terms and conditions of the above-described security instrument.

The security instrument assigned hereby has not been further assigned except as set forth herein.

[Remainder of this page intentionally left blank]

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment on June 28, 2021.

Witness:

Witness: EMMA CONNELL

**RCN Capital, LLC**

By:

Matthew Gunter, Authorized Signer

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | )ss. South Windsor |
| COUNTY OF HARTFORD | ) |

I certify that on June 28, 2021, **Matthew Gunter** came before me in person and stated to my satisfaction that he/she made the attached instrument; and was authorized to and did execute this instrument on behalf of, and as Authorized Signer of RCN Capital, LLC, a Connecticut limited liability company (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and its members.

Notary Public

ANGELA DITOMMASO
Notary Public of Connecticut
My Commission Expires 3/31/2022

## CERTIFICATE OF RESIDENCE OF ASSIGNEE

The below officer certifies that the principal business and mailing address for this assignment and assignee is 15 Maple St., Second Floor West, Summit, NJ 07901.

Matthew Gunter

# SCHEDULE 1
## PROPERTY DESCRIPTION

**LEGAL DESCRIPTION:**

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, described according to a Survey and Plan thereof made by George T. Shegog Esq., Surveyor and Regulator of the Fifteenth District on the Eighth day of May A.D. 1929 as follows to wit:-

SITUATE on the North side of Seventy second Avenue (Sixty feet wide) at the distance of One Hundred Seventy-two feet One inch Westward from the West side of Eighteenth Street (Sixty feet wide) in the Forty second Ward of the City of Philadelphia.

CONTAINING in front or breadth on said Seventy second Avenue Fifteen feet Eight inches and extending of that width in length or depth Northward between parallel lines at right angles to said Seventy second Avenue Eighty feet to the center of a certain Twelve feet wide driveway which extends Westward from said Eighteenth Street to Nineteenth Street.

BEING NO. 1823 - 72nd Avenue.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid Twelve feet wide driveway as and for automobile driveways passageways and watercourses at all times hereafter forever in common with the owners tenants and occupiers of the other lots of ground bounding thereon and entitled to the use thereof.

BEING the same premises which Edward Winkler, Singleman, by indenture bearing date the 27th day of August, A.D. 1929, and recorded at Philadelphia, Penna. in Deed Book J.M.H. No. 3025, page 444 &c., granted and conveyed to Haydn E. Harries and Mary W., his wife in fee.

**FRONTAGE:** 15'8" x 80'