# EXHIBIT C

Recorded Assignment of Mortgage
1117 S Wilton, Philadelphia, Pennsylvania

Return to:
Document Recording Services
P.O. Box 3008
Tallahassee, FL 32315-3008

Prepared By
Erin Schanzer
RCN Capital, LLC
75 Gerber Road East, Ste. 102
South Windsor, CT 06074

Assessor's Parcel No.:
511205000

..............................Space Above Line for Recorder's Use..............................

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned **RCN Capital, LLC** (the "Assignor"), a Connecticut limited liability company, having a principal place of business at 75 Gerber Road East, Ste. 102, South Windsor, CT 06074, does hereby GRANT, SELL, ASSIGN, TRANSFER, AND CONVEY unto **Toorak Capital Partners, LLC** (the "Assignee"), a Delaware limited liability company, having a principal place of business of 15 Maple St., Second Floor West, Summit, NJ 07901, all of its right, title, and interest in and to a certain **Mortgage, Assignment of Rents, and Security Agreement**, dated July 28, 2021, executed by DHI Fund, LP, a Delaware limited partnership, as mortgagor, in favor of RCN Capital, LLC, as mortgagee, which was recorded as DOC ID 53791044 on 8/11/2021 in the Recorder of Deeds in and for Philadelphia County, Pennsylvania, securing payment of **$237,000.00**, and encumbering the real property and improvements commonly known as **1117 S Wilton St, Philadelphia, PA 19143**, as more particularly described in SCHEDULE 1, attached.

Together with the obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under the said security instrument.

TO HAVE AND TO HOLD the same unto the Assignee, and its successor and assigns, forever, subject only to the terms and conditions of the above-described security instrument.

The security instrument assigned hereby has not been further assigned except as set forth herein.

[Remainder of this page intentionally left blank]

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment on September 9, 2021.

______________________ | **RCN Capital, LLC**

Witness: ______________________

______________________ | By: ______________________

Witness: ______________________ | Matthew Gunter, Authorized Signer

STATE OF CONNECTICUT )
)ss. South Windsor
COUNTY OF HARTFORD )

I certify that on September 9, 2021, **Matthew Gunter** came before me in person and stated to my satisfaction that he/she made the attached instrument; and was authorized to and did execute this instrument on behalf of, and as Authorized Signer of RCN Capital, LLC, a Connecticut limited liability company (the "Company"), the entity named in this instrument, as the free act and deed of the Company, by virtue of the authority granted by its operating agreement and its members.

______________________
Notary Public

ANGELA DiTOMMASO
Notary Public of Connecticut
My Commission Expires 3/31/2022

## CERTIFICATE OF RESIDENCE OF ASSIGNEE

The below officer certifies that the principal business and mailing address for this assignment and assignee is 15 Maple St., Second Floor West, Summit, NJ 07901.

______________________
Matthew Gunter

## SCHEDULE 1
## PROPERTY DESCRIPTION

All that certain lot or piece of ground with the buildings and improvements thereon erected.

Situate on the Northeasterly side of Wilton Street at the distance of 327 feet 8 inches Northwestwardly from the Northwesterly side of Springfield Avenue in the 51st (formerly 40th Ward) of the City of Philadelphia.

Containing in front or breadth on the said Wilton Street 19 feet 5 inches and extending of that width in length or depth Northeastwardly between parallel lines at right angles to the said Wilton Street 97 feet 6 inches.

Tax ID: 511205000

NOTE: The property address and tax parcel identification number listed are provided solely for informational purposes, without warranty as to accuracy or completeness and are not hereby insured.

Being that parcel of land conveyed to DHI Fund, LP from Jewell Williams, Sheriff of the County of Philadelphia by that deed dated 10/17/2017 and recorded 12/19/2017 in deed Document No. 53305590 of the Philadelphia City, PA public registry.