# EXHIBIT C

Recorded Assignment of Mortgage
31 N 53rd, Philadelphia, Pennsylvania

This Instrument Prepared By and Return to:
Housemax Funding Fund I LLC
901 S Mopac Expy, Bldg 4, Ste 125
Austin, TX 78746
833-973-3863

## ASSIGNMENT OF MORTGAGE

**KNOW THAT** HOUSEMAX FUNDING, LLC, a Texas limited liability company organized under the laws of Texas, having an office at 901 S Mopac Expy, Plaza 4, Ste 125, Austin, TX 78746 ("Assignor") in consideration of Ten ($10.00) or more Dollars, paid by WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR RESIDENTIAL MORTGAGE AGGREGATION TRUST, having an office at 90 PARK AVENUE, 23RD FLOOR, NEW YORK, NY 10016 ("Assignee"), hereby assigns, sells, transfers and delivers unto Assignee, those certain Mortgages annexed hereto and incorporated herein by this reference, covering the premises commonly known as 31 N 53rd St Philadelphia , PA 19139, designated on the official tax map of the county of as described on **Exhibit A** attached hereto and made a part hereof (the "Premises").

Such Mortgages having been given to secure payment of $166,574.00, which Mortgage is of record in Book, Volume, or Liber No. DOC ID# 54250492 , at page * of Records of County of** State of Pennsylvania ,together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage. The ASSIGNOR, HOUSEMAX FUNDING, LLC, retains for itself an undivided N/A (N/A) beneficial interest in the foregoing Note and all payments, benefits, and rights arising therefrom.

**TOGETHER** with the bonds, notes or other obligations described in said mortgages, and the monies due and to grow thereon with interest;

**TO HAVE AND TO HOLD** the same unto the Assignee and to the successors, legal representatives and assigns forever.

The Mortgage(s) assigned hereby has not been further assigned except as set forth herein.

* DATE OF MORTGAGE IS 11/02/2023 AND RECORDED ON 12/08/2023

** PHILADELPHIA

[Balance of Page is Intentionally Left Blank]

**IN WITNESS WHEREOF**, the Assignor has duly executed this assignment as of the 18 day of Dec, 2023.

**ASSIGNOR:**

HOUSEMAX FUNDING, LLC,
a Texas limited liability company

By: ____________________
Name: Chandler Roberts
Title: Director of Capital Markets

STATE OF TX )
) ss:
COUNTY OF Travis )

On the 18 day of Dec, 2023, before me, the undersigned, a Notary Public in and for the State, personally appeared Chandler Roberts, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

NOTARY PUBLIC STATE OF TEXAS
PRESTON ROBERTS
Notary ID #133082956
My Commission Expires
May 4, 2025

____________________
Notary Public

31 N 53rd St Philadelphia , PA 19139

EXHIBIT A

[Legal Description]

EXHIBIT "A"
LEGAL PROPERTY DESCRIPTION

All the following described real estate, situated in the County of Philadelphia and the State of Philadelphia known and described as follows, to wit:

All that certain lot or piece of ground with the buildings and improvements thereon erected.

Situate on the East side of Fifty-Third Street at the distance of Two Hundred and Twenty-nine feet Northward from the North side of Market Street, in the Forty-Fourth Ward of the City of Philadelphia.

Containing in front or breadth on the said Fifty-Third Street Fifteen feet and extending of that width in length or depth Eastward between parallel lines at right angles to the said Fifty-Third Street Seventy- four feet to a certain Three feet wide alley which extends Northward into Arch Street and Southward to a certain other alley Three feet wide which extends Eastward into Lindenwood Street.

Together with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.

Parcel ID: 441161600

Being all and the same lands and premises conveyed to RAD Diversified REIT, Inc. by Katherine C. Greene in a
Warranty Deed dated 06/04/2022 and recorded 07/21/2022 in Document No 54073866, in the Land Records of
Philadelphia County, PA.

Being all and the same lands and premises conveyed to RAD Diversified REIT, Inc. by Katherine C. Greene in a Warranty Deed dated 06/04/2022 and recorded 07/21/2022 in Document No 54073866, in the Land Records of Philadelphia County, PA

31 N 53rd St Philadelphia , PA 19139