# EXHIBIT C

Recorded Assignment of Mortgage
24 S Salford, Philadelphia, Pennsylvania

06/06/2024 11:47 AM Page 1 of 3 Rec Fee: $242.75
Receipt#: 24-44323
Records Department Doc Code: A

This Instrument Prepared By and Return to:
Housemax Funding Fund I LLC
901 S Mopac Expy, Bldg 4, Ste 125
Austin, TX 78746
833-973-3863

# ASSIGNMENT OF MORTGAGE

**KNOW THAT** HOUSEMAX FUNDING, LLC, a Texas limited liability company organized under the laws of Texas, having an office at 901 S Mopac Expy, Plaza 4, Ste 125, Austin, TX 78746 ("Assignor") in consideration of Ten ($10.00) or more Dollars, paid by WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR RESIDENTIAL MORTGAGE AGGREGATION TRUST, having an office at 90 PARK AVENUE, 23RD FLOOR, NEW YORK, NY 10016 ("Assignee"), hereby assigns, sells, transfers and delivers unto Assignee, those certain Mortgages annexed hereto and incorporated herein by this reference, covering the premises commonly known as 24 S Salford St, Philadelphia, Pennsylvania, 19139, designated on the official tax map of the county of Philadelphia as described on **Exhibit A** attached hereto and made a part hereof (the "Premises").

Such Mortgages having been given to secure payment of $145,000.00, which Mortgage is of record in Book, Volume, or Liber No. ________________, at page ______*______ of Records of County of Philadelphia, State of , together with the note(s) and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage. The ASSIGNOR, HOUSEMAX FUNDING, LLC, retains for itself an undivided N/A (N/A) beneficial interest in the foregoing Note and all payments, benefits, and rights arising therefrom.

**TOGETHER** with the bonds, notes or other obligations described in said mortgages, and the monies due and to grow thereon with interest;

**TO HAVE AND TO HOLD** the same unto the Assignee and to the successors, legal representatives and assigns forever.

The Mortgage(s) assigned hereby has not been further assigned except as set forth herein.

*as Document No. 54279526

[Balance of Page is Intentionally Left Blank]

IN WITNESS WHEREOF, the Assignor has duly executed this assignment as of the 14 day of March, 2024.

**ASSIGNOR:**

HOUSEMAX FUNDING, LLC,
a Texas limited liability company

By: ____________________
Name: Chandler Roberts
Title: Director of Capital Markets

STATE OF TX )
) ss:
COUNTY OF Travis )

On the 14 day of March, 2024, before me, the undersigned, a Notary Public in and for the State, personally appeared Chandler Roberts, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

PRESTON ROBERTS
Notary ID #133082956
My Commission Expires
May 4, 2025

NOTARY PUBLIC STATE OF TEXAS

____________________
Notary Public

24 S Salford St, Philadelphia, Pennsylvania, 19139

# EXHIBIT A

[Legal Description]

EXHIBIT "A"
LEGAL PROPERTY DESCRIPTION

All the following described real estate, situated in the County of Philadelphia and the State of Pennsylvania known and described as follows, to wit:

All that certain lot or piece of ground with the buildings and improvements thereon erected.

Situate at the Northwest corner of Salford Street and Ludlow Street in the 3rd Ward of the City of Philadelphia.

Containing in front or breadth on the said Salford Street sixteen feet and extending of that width in length or depth Westwardly along the Northerly side of the said Ludlow Street between parallel lines at right angles to the said Salford Street fifty-nine feet to a certain three feet wide alley which extends Northwardly and communicates with a certain other three feet wide alley which extends Eastwardly into the said Salford Street.

Together with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.

Parcel ID: 031141000

Being all and the same lands and premises conveyed to RAD Diversified OZ Fund LP by Infinite Home Development LLC, a New York limited liability company in a General Warranty Deed dated 07/25/2023 and recorded 07/27/2023 in Document No. 54206059, in the Land Records of Philadelphia County, Pennsylvania.