UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/27/2026 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-01636-CPM** | **11** | **03/01/2026** |

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Motion for Relief from Stay. (Fee Paid) Re: 4015 Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven PA 19015; 1205 Rainer Rd., Brookhaven PA 19015; 3922 Elson Rd., Brookhaven PA 19015; 1692 Powell Rd., Brookhaven PA 19015; 1449 Rainer Rd., Brookhaven PA 19015; 1345 Harshaw Rd., Brookhaven PA 19015; 1306 Elson Rd., Brookhaven PA 19015; and 1238 Harshaw Rd., Brookhaven PA 19015. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #765

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)765). (Krehl, Jessey) Doc #1011

2. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2077 Wilmot Street, Philadelphia, PA 19124; 5713 Chew Avenue, Philadelphia, PA 19138; 533 E. Maryland Steet, Philadelphia, PA 19144; 304 E. Bringhurst Street, Philadelphia, PA 19144; 5915 McMahon Street, Philadelphia, PA 19144; 2014 Wilmot Street, Philadelphia, PA 19124; 5964 Warrington Avenue, Philadelphia, PA 19143; 5518 Malcolm Street, Philadelphia, PA 19143; 4290 Griscom Street, Philadelphia, PA 19124; and 6614 Chew Avenue, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments
# [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #771

3. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 170 E. Meehan Avenue, Philadelphia, PA 19119; 2300 N. 15th Street, Philadelphia, PA 19132; and 2336 N. 19th Street, Philadelphia, PA 19132. with certificate of service Filed by Laura E Noyes on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #798

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)798). (Krehl, Jessey) Doc #1012

4. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2521 N Cleveland St., Philadelphia, Pennsylvania 19132; 2714 N. Croskey St., Philadelphia, Pennsylvania 19132; 2735 W. Somerset St., Philadelphia, Pennsylvania 19132; 1838 N. 23rd St., Philadelphia, Pennsylvania 19121; 3438 N. 18th St., Philadelphia, Pennsylvania 19140; and 2749 N. Dover St., Philadelphia, Pennsylvania 19132. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPOs # [3] Proposed Order # [4] Certificate of Service) Doc #810

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)810). (Krehl, Jessey) Doc #1009

5. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 290 Watson Ave., Coatesville, PA 19320. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #812

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)812). (Krehl, Jessey) Doc #1013

6. Continued Hearing on Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1644-46 Francis Street, Philadelphia, PA 19130. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #837

7. Motion to Allow Late Filed Claim(s) as Timely Filed Filed by Creditor Lihong Zhang (Attachments: # [1] Claim 580 # [2] Claim 579) Doc #1114

8. Motion for Relief from Stay. (Fee Paid) Re: 9000 West Chester Pike, Upper Darby, PA 19082. or in the alternative, for Determination that the Automatic Stay does not Apply Filed by Kylie Ann Riordan on behalf of Creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3 Doc #1124

9. Motion for Relief from Stay. (Fee Paid.) Re: 7275 East Walnut Lane, Philadelphia, PA 19138. Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust Doc #1128

10. Motion for Relief from Stay. (Fee Paid.) Re: 1821 South Alden treet, Philadelphia, PA 19143. Filed by Tricia A Morra on behalf of Creditor Metropolitan Life Insurance Company Doc #1129

11. Motion for Relief from Stay. (Fee Paid.) Re: 2000 South Salford Street, Philadelphia, PA 19143. Filed by Patrick Mosley on behalf of Creditor Silver Hill Capital, LLC (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C (Composite) # [4] Exhibit D # [5] Exhibit E (Composite) # [6] Exhibit F) Doc #1157

12. Motion to Sell Property Free and Clear of Liens. Property description: 2030 E. Lehigh Ave., Philadelphia, PA 19125, 340 W. Berkley St., Philadelphia, PA 19144, 5533 Bloyd St., Philadelphia, PA 19138, 4047 N. 6th St., Philadelphia, PA 19140, 6439 N. Beechwood St., Philadelphia, PA 19138, 1336 E. Rittenhouse St., Philadelphia, PA 19138, 436 N. Wilton St., Philadelphia, PA 19139, 4147 N. 9th St., Philadelphia, PA 19140, 8609 Bayard St., Philadelphia, PA 19150, 1745 N. Wilton St., Philadelphia, PA 19131, 5166 Viola St., Philadelphia, PA 19131. . (Fee Paid.) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1260

13. Expedited Agreed Motion to (A) Sell Property Free and Clear of Liens, Claims Encumbrances and Interests Pursuant to 11 U.S.C. §363(B), (F), and (M); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief. Property description: 5332 Lena St., Philadelphia, PA 19144; 4124 Paul St., Philadelphia, PA 19124; 5743 N. Beechwood St., Philadelphia, PA 19138; 335 N. Redfield St., Philadelphia, PA 19139; 4182 Paul St., Philadelphia, PA 19124; 2737 W. Eyre St., Philadelphia, PA 19121. . (Fee Paid.) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1283

.

**APPEARANCES:**:

AAPPEARANCES: via zoom: Jessey Krehl, Katie Goodman, Kylie Riordan, Sam Kelley, Tricia Morra, Troy Lawrence, Donna Glick, Lihong Zhang, John Elrod AAPPEARANCES: in person: Patrick Mosley

**RULING:**

1. Motion for Relief from Stay. (Fee Paid) Re: 4015 Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven PA 19015; 1205 Rainer Rd., Brookhaven PA 19015; 3922 Elson Rd., Brookhaven PA 19015; 1692 Powell Rd., Brookhaven PA 19015; 1449 Rainer Rd., Brookhaven PA 19015; 1345 Harshaw Rd., Brookhaven PA 19015; 1306 Elson Rd., Brookhaven PA

19015; and 1238 Harshaw Rd., Brookhaven PA 19015. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #765

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)765). (Krehl, Jessey) Doc #1011

...Continued in open court to 11/17/2026 at 4:00 p.m. - no further notice will be given...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures.

2. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2077 Wilmot Street, Philadelphia, PA 19124; 5713 Chew Avenue, Philadelphia, PA 19138; 533 E. Maryland Steet, Philadelphia, PA 19144; 304 E. Bringhurst Street, Philadelphia, PA 19144; 5915 McMahon Street, Philadelphia, PA 19144; 2014 Wilmot Street, Philadelphia, PA 19124; 5964 Warrington Avenue, Philadelphia, PA 19143; 5518 Malcolm Street, Philadelphia, PA 19143; 4290 Griscom Street, Philadelphia, PA 19124; and 6614 Chew Avenue, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #771

...Continued in open court to 11/17/2026 at 4:00 p.m. - no further notice will be given...

3. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 170 E. Meehan Avenue, Philadelphia, PA 19119; 2300 N. 15th Street, Philadelphia, PA 19132; and 2336 N. 19th Street, Philadelphia, PA 19132. with certificate of service Filed by Laura E Noyes on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #798

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)798). (Krehl, Jessey) Doc #1012

...Continued in open court to 11/17/2026 at 4:00 p.m. - no further notice will be given...

4. Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2521 N Cleveland St., Philadelphia, Pennsylvania 19132; 2714 N. Croskey St., Philadelphia, Pennsylvania 19132; 2735 W. Somerset St., Philadelphia, Pennsylvania 19132; 1838 N. 23rd St., Philadelphia, Pennsylvania 19121; 3438 N. 18th St., Philadelphia, Pennsylvania 19140; and 2749 N. Dover St., Philadelphia, Pennsylvania 19132. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPOs # [3] Proposed Order # [4] Certificate of Service) Doc #810

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)810). (Krehl, Jessey) Doc #1009

...Continued in open court to 11/17/2026 at 4:00 p.m. - no further notice will be given...

5. Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 290 Watson Ave., Coatesville, PA 19320. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4]
Certificate of Service) Doc #812

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)812). (Krehl, Jessey) Doc #1013

...Continued in open court to 11/17/2026 at 4:00 p.m. - no further notice will be given...

6. Continued Hearing on Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1644-46 Francis Street, Philadelphia, PA 19130. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #837

...Continued in open court to 11/17/2026 at 4:00 p.m. - no further notice will be given...

7. Motion to Allow Late Filed Claim(s) as Timely Filed Filed by Creditor Lihong Zhang (Attachments: # [1] Claim 580 # [2] Claim 579) Doc #1114

...Granted - Order by Krehl...

8. Motion for Relief from Stay. (Fee Paid) Re: 9000 West Chester Pike, Upper Darby, PA 19082. or in the alternative, for Determination that the Automatic Stay does not Apply Filed by Kylie Ann Riordan on behalf of Creditor U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3 Doc #1124

...Agreed order submitted prior to hearing...

9. Motion for Relief from Stay. (Fee Paid.) Re: 7275 East Walnut Lane, Philadelphia, PA 19138. Filed by Tricia A Morra on behalf of Creditor Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust Doc #1128

...Granted - Order by Morra...

10. Motion for Relief from Stay. (Fee Paid.) Re: 1821 South Alden treet, Philadelphia, PA 19143. Filed by Tricia A Morra on behalf of Creditor Metropolitan Life Insurance Company Doc #1129

...Granted - Order by Morra...

11. Motion for Relief from Stay. (Fee Paid.) Re: 2000 South Salford Street, Philadelphia, PA 19143. Filed by Patrick Mosley on behalf of Creditor Silver Hill Capital, LLC (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C (Composite) # [4] Exhibit D # [5] Exhibit E (Composite) # [6] Exhibit F) Doc #1157

...Granted - Order by Morra...

12. Motion to Sell Property Free and Clear of Liens. Property description: 2030 E. Lehigh Ave., Philadelphia, PA 19125, 340 W. Berkley St., Philadelphia, PA 19144, 5533 Bloyd St., Philadelphia, PA 19138, 4047 N. 6th St., Philadelphia, PA 19140, 6439 N. Beechwood St., Philadelphia, PA 19138, 1336 E. Rittenhouse St., Philadelphia, PA 19138, 436 N. Wilton St., Philadelphia, PA 19139, 4147 N. 9th St., Philadelphia, PA 19140, 8609 Bayard St.,
Philadelphia, PA 19150, 1745 N. Wilton St., Philadelphia, PA 19131, 5166 Viola St., Philadelphia, PA 19131. . (Fee Paid.) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1260

...Granted - Order by Krehl...

13. Expedited Agreed Motion to (A) Sell Property Free and Clear of Liens, Claims Encumbrances and Interests Pursuant to 11 U.S.C. §363(B), (F), and (M); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief. Property description: 5332 Lena St., Philadelphia, PA 19144; 4124 Paul St., Philadelphia, PA 19124; 5743 N. Beechwood St., Philadelphia, PA 19138; 335 N. Redfield St., Philadelphia, PA 19139; 4182 Paul St., Philadelphia,
PA 19124; 2737 W. Eyre St., Philadelphia, PA 19121. . (Fee Paid.) Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #1283

...Granted - Order by Krehl...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.