United States Bankruptcy Court
Middle District of Florida

In re: Case No. 26-01636-CPM
RAD Diversified REIT, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: admin Page 1 of 6
Date Rcvd: Oct 30, 2026 Form ID: Doddos Total Noticed: 115

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RAD Diversified REIT, Inc., Jointly Administered with, 26-bk-01637-CPM, 26-bk-01638-CPM,, 26-bk-01639, 26-bk-01640, 26-8030, 11418 US-19 N. Port Richey, FL 34668-1438 |
| aty | + | Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| aty | | Matthew Fornshell, Ice Miller LLP, 250 West Street, Suite 700, Columbus, OH 43215-7509 |
| aty | + | Philadelphia Community Development Coalition, Inc., c/o Elena Paras Ketchum, Esq., Stichter Riedel Blain & Postler, P.A., 110 E. Madison Street, Suite 200, Tampa, FL 33602-4718 |
| cr | + | Alberto Rodriguez, 1211 N Monterey St., Anaheim, CA 92801-1551 |
| cr | | BRAVO Residential Funding Trust 2023-NQM7 for Citi, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | BSI Financial Services as servicer for Civic Finan, POB 5703, Clearwater, FL 33758-5703 |
| cr | | Barrington Oaks East Homeowners Association, Inc., Bush Ross, P.A., c/o G. William Norris, Jr., Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| cr | | Brandon Dutch Mendenhall, Bush Ross, P.A., c/o Kathleen L. DiSanto, Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| cr | + | Brent A. Mendenhall, 1621 Matthews Mill Pond Road, Angier, NC 27501-5562 |
| cr | | Brighthouse Life Insurance Company, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | CNH Industrial Capital America LLC, c/o Robert K. Eddy, P.A., 320 W. Kennedy Blvd., Suite 700, Tampa, FL 33606, UNITED STATES 33606-1459 |
| cr | + | CV3 Financial Services as servicer for CV3 Bravo T, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | Civic Financial Services, LLC, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | Civic Financial Services, LLC, by and through its, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | Civic Real Estate Holdings III, LLC, by and throug, P.O. Box 5703, Clearwater, FL 33758-5703 |
| intp | #+ | DDH Fund, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| intp | #+ | DHI Fund, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| intp | #+ | DHI Holdings, LP, 11418 US-19 N, Port Richey, FL 34668-1438 |
| cr | + | DLP Lending Fund LLC, c/o Esther McKean, Esq., Akerman LLP, 420 S. Orange Ave., Suite 1200, Orlando, FL 32801-4904 |
| cr | + | Dayanne Christensen, 75-6081 Alii Dr, U103, Kailua-Kona, HA 96740-4340 |
| cr | + | Debra Fuentes, 3661 Arizona St. Apt 1, San Diego, CA 92104-4053 |
| cr | + | Efrain Nevarez, 720 N Getty St., Uvalde, TX 78801-4302 |
| cr | + | Fang Zheng, 816 College Ave Apt 2, Clemson, SC 29631-2807 |
| cr | + | Fay Servicing, LLC as servicer for Metropolitan To, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530 UNITED STATES 11530-1631 |
| cr | + | Georg Couturier, Carlton Fields P.A., c/o J. Ryan Yant, Post Office Box 3239, Tampa, FL 33601-3239 |
| cr | + | Greene Street Funding Trust II, 2313 W Violet Ave, Tampa, FL 33603, UNITED STATES 33603-1421 |
| cr | + | Grove Funding III Trust, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank,, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | Jou, Jiayu/Zion Summit LLC Solo 401k, 14851 Jeffrey Rd, Space 144, Irvine, CA 92618-8144 |
| cr | + | Katalin Nofsinger, 6898 W. Sedalia Ct., Homosassa, FL 34446-3418 |
| cr | + | Kiavi Funding Inc, Tromberg, Miller, Morris & Partners, 600 West Hillsboro Boulevard, Suite 600, Deerfield Beach, FL 33441-1611 |
| cr | + | Lawrence D Hansen, 5150 Mae Anne Ave, Ste 405 #162, Reno, NV 89523-1859 |
| cr | + | Lifeng Wu, Reg. No. 54582-510, FMC Devens, P.O. Box 879, Ayer, MA 01432-0879 |
| cr | | Lihong Zhang, 594 Queen Victoria Dr., Hamilton Ontario, Canada, L8W355 |
| cr | | Lihong Zhang, 594 Queen Victoria Dr., Hamilton, ON L8W 3E5, CANADA |

| | | |
|---|---|---|
| cr | + | Lima One Capital Loan, Atlas Solomon LLP, 7674 W. Lake Mead Blvd. Suite 220, Las Vegas, NV 89128-6644 |
| cr | + | Mark A. Dreyer, 3331 Anchor Bay Trail, Bradenton, FL 34211-3463 |
| cr | + | Mathew L Emerick, 2012 Parkview Cove, Biloxi, MS 39532-3714 |
| cr | + | Metropolitan Life Insurance Company, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | Metropolitan Tower Life Insurance Company, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | + | NWL Company, LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | | NWL Company, LLC, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | Nancy C Millan Tax Collector, C/O Brian Fitzgerald Atty 27th FL, PO BOX 1110, Tampa, FL 33601-1110 |
| cr | + | New Roots M Trust, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |
| cr | + | NewRez as servicer for NWL Company, LLC, Hill Wallack LLP, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801 UNITED STATES 32801-5403 |
| cr | + | PNC BANK, NATIONAL ASSOCIATION, successor to PNC E, c/o Kylie A. Riordan, Esq., Burr & Forman LLP, 200 S. Orange Ave, Suite 800, Orlando, FL 32801 UNITED STATES 32801-6404 |
| cr | | Premiere Networks, Inc., c/o Kimberly Held Israel, Esq., Suite 1150, Orlando, FL 32801, UNITED STATES |
| intp | #+ | RAD Diversified OZ Fund, LP, 11418 US-19 N., Port Richey, FL 34668-1438 |
| cr | + | Silver Hill Capital, LLC, SPENCER FANE LLP, 201 North Franklin Street, Suite 2150, Tampa, FL 33602, UNITED STATES 33602-5627 |
| cr | + | Steven Scott Kostka, 2617 Mission Inn Ave, Riverside, CA 92507-4263 |
| intp | + | Susan Intorre, 1568 Vizcaya Lane, Naples, FL 34113-8638 |
| cr | + | TVC Funding IV, LLC, P.O. Box 5703, Clearwater, FL 33758-5703 |
| intp | + | The Seminar Solution, LLC, 11418 US-19 N., Port Richey, FL 34668-1438 |
| cr | + | U.S. Bank National Association, as Trustee for Vel, 200 South Orange Avenue, Suite 800, Orlando, FL 32801-6404 |
| cr | | U.S. Bank National Association, not in its individ, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | U.S. Bank Trust Company, National Association, as, c/o Kylie A. Riordan, 200 S. Orange Avenue, Suite 800, Orlando, FL 32801-6404 |
| cr | | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Suite 700, Atlanta, GA 30305, UNITED STATES |
| cr | | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | U.S. Bank Trust National Association, not in its i, C/O Rubin Lublin, LLC, 2313 W. Violet Street, Tampa, FL 33603, UNITED STATES 33603-1421 |
| cr | + | U.S. Bank Trust, National Association, as trustee, P.O. Box 5703, Clearwater, FL 33758-5703 |
| crcm | + | Unsecured Creditors' Committee, c/o Greenberg Traurig, 3333 Piedmont Road, NE, Suite 2500, Atlanta, GA 30305 UNITED STATES 30305-1780 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, DIAZ ANSELMO & ASSOCIATES, P.A., P.O. BOX 19519, FORT LAUDERDALE, FL 33318, UNITED STATES 33318-0519 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, Diaz Anselmo & Associates, P.A., P.O. BOX 19519, Fort Lauderdale, FL 33318, UNITED STATES 33318-0519 |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Chris, Hill Wallack LLP, 261 Madison Avenue, 9th Floor, New York, NY 10016 UNITED STATES 10016-2311 |
| cr | + | victor and susan Cave, 15054 SERENGETI BOULEVARD, Spring Hill, FL 34610, US 34610-7686 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Oct 30 2026 10:11:00 | City of Philadelphia, Municipal Services Building, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | City of Houston, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | City of Seabrook, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Hosuton, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 10:11:00 | Fay Servicing, LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 10:04:30 | Fay Servicing, LLC as Servicer for U.S. Bank Natio, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:30 | Fay Servicing, LLC as Servicer for U.S. Bank Trus, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:30 | Fay Servicing, LLC as servicer for Wilmington Savi, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | Fay Servicing, LLC, as servicer for U.S. Bank Nati, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | Fay Servicing, LLC, as servicer for U.S. Bank Trus, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | Fay Servicing, LLC, as servicer for Wilmington Sav, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Harris County ESD #02, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Harris County ESD #09, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Harris County ESD #11, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Harris County ESD #13, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Harris County ESD #17, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Harris County ESD #60, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Houston City College, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Oct 30 2026 10:11:00 | Houston ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: adam@humblefax.com | Oct 30 2026 10:11:00 | Humblefax LLC, 50 East Ridgewood Ave No 250, Ridgewood, NJ 07450-3880 |
| cr | + | Email/Text: bkecf@padgettlawgroup.com | Oct 30 2026 10:11:00 | J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank,, c/o Seth Greenhill, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 10:11:00 | Lone Star College System, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 30 2026 10:11:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Fort Lauderdale, FL 33301 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 30 2026 10:11:00 | Metropolitan Life Insurance Company, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street Suite 2300, Fort Lauderdale, FL 33301-5055 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 10:11:00 | Metropolitan Life Insurance Company, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 10:11:00 | Metropolitan Life Insurance Company, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Oct 30 2026 10:11:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | ^ | MEBN | Oct 30 2026 10:04:24 | NewRez LLC as servicer for Metropolitan Life Insur, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | ^ | MEBN | Oct 30 2026 10:04:24 | NewRez LLC as servicer for Wilmington Savings Fund, Hill Wallack LLP, 261 Madison Avenue, 9th FL, New York, NY 10016, UNITED STATES 10016-2311 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 10:11:00 | NewRez, LLC, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305-1608 |
| cr | + | Email/Text: tosipov@pascocountyfl.net | Oct 30 2026 10:12:00 | Pasco County Board of County Commissioners, Anthony M. Salzano, Esq., Att Anthony Salzano Esq, 8731 Citizens Drive Suite 340, 8731 Citizens Drive, Suite 340, New Port Richey, FL 34654-5572 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | SN Servicing Corporation as Servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Oct 30 2026 10:04:29 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 30 2026 10:11:00 | TN Dept of Revenue, c/oTN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 10:11:00 | U.S. Bank National Association, not in its individ, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 30 2026 10:11:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 30 2026 10:11:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Oct 30 2026 10:11:00 | U.S. Bank Trust National Association, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | | |

| | | | |
|---|---|---|---|
| | | Oct 30 2026 10:11:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 110 S.E. 6th Street Suite 2300, Fort Lauderdale, FL 33301-5055 |
| cr | + Email/Text: RASEBN@raslg.com | Oct 30 2026 10:11:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + Email/Text: RASEBN@raslg.com | Oct 30 2026 10:11:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + Email/Text: RASEBN@raslg.com | Oct 30 2026 10:11:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | ^ MEBN | Oct 30 2026 10:04:28 | Wilmington Savings Fund Society, FSB, as Owner Tru, FCI Lender Services, Inc., PO Box 27370, Anaheim Hills, CA 92809, UNITED STATES 92809-0112 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | Oct 30 2026 10:11:00 | Wilmington Savings Fund Society, FSB, not in its i, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | + Email/Text: BankruptcyECFMail@mccalla.com | Oct 30 2026 10:11:00 | Wilmington Savings Fund Society, FSB, not in its i, MCCALLA RAYMER LEIBERT PIERCE, LLP, BANKRUPTCY DEPARTMENT, 110 S.E. 6th Street, Suite 2300, Ft. Lauderdale, FL 33301-5055 |
| cr | ^ MEBN | Oct 30 2026 10:04:22 | Wilmington Savings Fund Society, FSB, not in its i, c/o Seth Greenhill, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Ice Miller LLP |
| cr | | 7E CWS Investments, Inc. |
| cr | | Fay Servicing, LLC as servicer for Citibank, N.A., |
| cr | | GITSIT Solutions, LLC, not in its individual capac |
| acc | | Hal A. Levenberg, CIRA, CFE |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank, |
| cr | | J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank, |
| auc | | Jon Barber, c/o Soldnow, LLC dba Tranzon Driggers |
| cr | | Joseph Censullo |
| cr | | LIMA ONE CAPITAL, LLC |
| intp | | Luminary 813, LLC, 1925 E. 6th Ave., Ste. 10, Tampa |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing as |
| cr | | PBK Architects Inc. |
| cr | | SELENE FINANCE LP, AS SERVICER IN FACT FOR WILMING |
| auc | | SOLDNOW, LLC d/b/a Tranzon Driggers |
| cr | | Select Portfolio Servicing, Inc. as servicing agen |
| cr | | Select Portfolio Servicing, Inc. as servicing agen |
| cr | | Select Portfolio Servicing, Inc., as servicing age |
| cr | | Selene Finance LP |
| cr | | Selene Finance, LP |
| cr | | State of Florida Office of the Attorney General, Department of Legal Affairs |
| intp | | TR Capital Management LLC, US |
| cr | | Toorak Capital Partners LLC |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS IN |
| cr | | U.S. Bank National Association, as Trustee of the |

| | | |
|---|---|---|
| cr | | U.S. Bank Trust Company, National Association |
| intp | | United States Attorneys Office |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, not in its i |
| cr | | Wilmington Savings Fund Society, FSB, solely as Tr |
| cr | | Wilmington Trust, National Association As Trustee |
| cr | *+ | Fay Servicing, LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | *+ | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | *+ | Fay Servicing, LLC as Servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | *+ | Metropolitan Life Insurance Company, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| cr | * | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | U.S. Bank Trust National Association, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | * | Wilmington Savings Fund Society, FSB, not in its i, Six Piedmont Center 3525 Piedmont Road,, Atlanta, GA 30305, UNITED STATES |
| cr | *+ | Wilmington Savings Fund Society, FSB, not in its i, MCCALLA RAYMER LEIBERT PIERCE, LLP, BANKRUPTCY DEPARTMENT, 110 S.E. 6th Street, Suite 2300, Ft. Lauderdale, FL 33301-5055 |
| cr | *+ | Wilmington Savings Fund Society, FSB, not in its i, MCCALLA RAYMER LEIBERT PIERCE, LLP, BANKRUPTCY DEPARTMENT, 110 S.E. 6th Street, Suite 2300, Ft. Lauderdale, FL 33301-5055 |
| cr | ##+ | Civic Real Estate Holdings III, LLC, c/o Howard Law, 902 Clint Moore Road, Suite 220, Boca Raton, FL 33487-2828 |

TOTAL: 31 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: October 16, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:26–bk–01636–CPM
Chapter 11

RAD Diversified REIT, Inc.

Debtor* /

***ORDER STRIKING NOTICE OF (A) DEADLINE TO CAST VOTES TO ACCEPT OR REJECT THE PLAN, (B) COMBINED HEARING TO CONSIDER FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, (C) DEADLINE TO OBJECT TO CONFIRMATION AND FINAL APPROVAL OF THE DISCLOSURE STATEMENT, AND (D) RELATED MATTERS AND PROCEDURES***

THIS CASE came on for consideration, without hearing, of the Notice of (A) Deadline to Cast Votes to Accept or Reject the Plan, (B) Combined Hearing to Consider Final Approval of the Disclosure Statement and Confirmation of the Plan, (C) Deadline to Object to Confirmation and Final Approval of the Disclosure Statement, and (D) Related Matters and Procedures filed by the Debtor , Doc. # 1244 . After review, the Court determines that the notice is deficient as follows:

The signature of the attorney or Trustee electronic filer is either omitted or not in compliance with Local Rule 1001–2(g)(1).

Accordingly it is

***ORDERED:***

The notice is stricken to allow movant to file an amended notice.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.