ORDERED.

**Dated: October 28, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM<br>Chapter 11 |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; | Case No. 8:26-bk-01640-CPM |

Debtors.

_________________________________/

**ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2021-3'S MOTION (I) FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR IN THE ALTERNATIVE, (II) FOR RELIEF FROM THE AUTOMATIC STAY**
**(9000 West Chester Pike, Upper Darby, PA 19082)**
(Doc. No. 1124)

THIS MATTER came before the Court without a hearing by the agreement of the parties on *U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3's Motion (I) For Determination that the Automatic Stay Does Not Apply, or in the Alternative, (II) For Relief from the Automatic Stay* (the "Motion") (Doc. No. 1124) filed by U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3 ("Secured Creditor"). By submission of this order for entry, the submitting counsel represents that Debtor's counsel and counsel for the Committee of Unsecured Creditors consents to its entry. The Court having reviewed the Motion, together with the record, having considered the agreement of Secured Creditor and the Debtor, DDH Fund, LLC ("Debtor"), and being otherwise fully advised in the premises, it is hereby

**ORDERED**:

1. The Motion is GRANTED, as set forth herein.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to the following property: 9000 West Chester Pike, Upper Darby, PA 19082 (the "Property").

3. The automatic stay is terminated for the purpose of allowing Secured Creditor to take any and all steps necessary to exercise any and all *in rem* rights it may have in the Property, including without limitation having the Sheriff of Delaware County record deeds to the Property in favor of Secured Creditor or any entity(ies) designated by Secured Creditor, gaining possession of the Property, or such other and further *in rem* relief. Provided, however, that Secured Creditor shall not seek nor obtain in *in personam* relief against the Debtor.

4. The Debtor may immediately cancel any property or liability insurance maintained with respect to the Property retroactive to the date of the filing of the petition.

5. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is GRANTED.

6. The hearing scheduled on October 27, 2026 at 3:30 p.m. is CANCELLED.

7. The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Kylie A. Riordan, Esq. is directed to serve a copy of this order on all interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this Order.*