ORDERED.

**Dated: November 02, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| RAD Diversified REIT, Inc.; | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| RAD Diversified OZ Fund, LP; | *Jointly Administered with*<br>Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; and | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF METROPOLITAN LIFE INSURANCE COMPANY**
**[Re: 1821 South Alden Street, Philadelphia, PA 19143]**

**THIS CASE** came before the Court for hearing on October 27, 2026 at 3:30 p.m. upon the *Motion for Relief from Automatic Stay* [D.E. #1129] (the "*Motion*") filed by Metropolitan

Life Insurance Company ("Secured Creditor"). For the reasons stated orally and recorded in open Court, and based on the record, it is:

**ORDERED:**

1. Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **1821 South Alden Street, Philadelphia, PA 19143**, legally described as:

**SCHEDULE C**
**LEGAL DESCRIPTION**

Issuing Office File No. COA594823

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the Northeast side of Alden Street at the distance of Two Hundred Forty-three feet Northwestward from the Northwest side of Chester Avenue in the Fortieth (formerly part of the Fifty-First) Ward of the City of Philadelphia.

CONTAINING in front or breadth on said Alden Street, Fifteen feet and extending of that width in length or depth Northeastward between parallel lines at right angles to the said Alden Street, Fifty-three feet to a certain Two feet nine inches wide alley which extends Northwestward and Southeastward and communicates with two other Three feet wide alleys leading Southwestward into the said Alden Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alleys as and for passageways and watercourses at all times hereafter, forever.

BEING known as No. 1821 South Alden Street.
Being the same premises which Howard August by Deed dated 6/12/2019 and recorded 6/19/2019 in Philadelphia County as Document No. 53527169 conveyed unto Gilda Nineth Lopez Ramos, in fee.

3. This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the subject property against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. Secured Creditor is awarded its attorneys' fees of $750.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees

and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

6. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

###

Attorney Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.