TRULINCS [redacted]

FILED VIA MAIL

NOV 02 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

FROM: [redacted]
TO: [redacted]
SUBJECT: RADD CASE
DATE: 10/27/2026 09:50:52 AM

LIFENG WU (CREDITOR)
V.
RADD DIVERSIFIED REIT (DEBTOR)
RADD AMERICA LAND REIT (DEBTOR)
CASE NUMBER: 8:26-BK-01636-CPM AND ALL CASES IN THE MAIN DOCKET

MOTION FOR ASSENT FOR POSSIBLE ABSENCE FROM CASE HEARNING, AND FOR ADJUSTMENT OF CLAIM AMOUNT

Pro se Movant Lifeng Wu (Mr. Wu) repectfully moves the Court for a possible absence for the imminent Hearning dated 4:00PM November 17, 2026, docket # 1177: Motion to extend Time to File Claims, Filed by Creditor Lifeng Wu.

Mr. Wu's release date from incarceration has been extened from Nov 17 2026 to middle of December 2026. Being a Canadian citizen, further complications of legal and logistical arrangements involving ICE will cause Mr. Wu to delay his return to home in Canada possibly until middle of January 2027.

Limitations to prison communication devices might prevent him from attending the 4PM , Nov 17, 2026 hearing to extend time to file claims. Nevertheless, Mr. Wu has vested full power of attorney in Mrs. Mei Tian, Spouse of Mr. Wu, to plenipotentiarily handle all matters related to the case. Mrs. Tian resides at home in Canada.

Separately, Movant requests the Court to adjust the claim amount to be $100,250 USD. About 50% of the funds were allegedly invested in RADD America LAND REIT (RALR), an entity having prior ceased registration and operations in Florida. However, emails from a RADD Employee "Jose", attached via separate cover and mailed to you from Canada by Mrs. Mei Tian, show confirmation of the amount $100,250 USD, and the categorization and time stamp of each money transfer, aggregating to the claimed amount. Due to the nature of RADD's fraudulent comingling of investor funds and mismanagement, the full amount is claimed against Debtor and all associated entities.

Here after, Movant also respectfully asks Court to direct future communications in triplicates to three addresses:
1. Mr. Wu's address at FMC Devens.
2. Mrs. Mei Tian, 235 Rocky Ridge DR NW, Calgary, AB T3A2K1, CANADA.
3. Lifeng Wu, 9450 SW GEMINI DR NW, BEAVERTON, OR , 97008 (MAIL SCANNING AND ARCHIVING).

Date October 27, 2026

Lifeng Wu, pro se
REG NO. 54582-510
FMC DEVENS
P.O. BOX 879
AYER, MA , 01432

CERTIFICATION OF SERVICE
I Certify that I caused a copy of this document to be served to the Bankruptcy Court by First Class U.S. Mail, with postage fully prepaid by mailing a copy to the clerk of the Honorable Catherine Peek McEwen. Debtor(s) are advised via docket entries as entered.

Dated : October 27, 2026

----
Lifeng Wu, Pro se

Re: 8:26-BK-01636-CPM
LIFENG WU (Creditor) docket# 1177

Dear Mr. Jose A. Rodriguez:

Per request from officers here at FMC Devens where I am incarcerated, the proper protocol to allow me to be engaged in a legal call, is for you to send an official request to the institution:

Please have copies of the NOV. 17 4pm 2026 hearing for motion to extend time to file claims, for LIFENG WU, DOCKET # 1177, mailed to this address.

Officer Lussier
FMC Devens
Re: inmate 5458-2510
PO BOX 879
Ayer, MA 01432

Consequently, the officer in charge will arrange for me to take part in the hearing pro se.

Thank you.

Lifeng Wu 吴雳锋
LIFENG WU

2026-10-27 Tues.

LifeNG WU
REG. NO. 54582510
FMC DEVENS
PO BOX 879
AYER MA 01432-0879

BOSTON MA 020
30 OCT 2026 PM 5 L

FOREVER USA
PURPLE HEART

8:26-BK-01636-CPM
FOR THE COURT
Jose A Rodriguez, clerk of court
SAM M. Gibbons United States Courthouse
801 NORTH FLORIDA AVENUE
SUITE 555
TAMPA, FL 33602

Screened by USMS

Legal Documents

33602-386030