**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

# DEBTORS' MOTION TO CONFIRM SALES, AUTHORIZE DISTRIBUTIONS AT CLOSING, AND GRANT RELATED RELIEF

(6661 Cornelius St., Philadelphia, PA 19138; 1331 W. Silver St., Philadelphia, PA 19132; 2016 W. Boston St., Philadelphia, PA 19132; 2056 Haines St., Philadelphia, PA 19138; 3013 N. Lambert St., Philadelphia, PA 19132; 3305 Gransback St., Philadelphia, PA 19134; 3850 N. 18th St., Philadelphia, PA 19140; 2627 N. 23rd St., Philadelphia, PA 19132; 326 Valley Rd., Coatesville, PA 19320; 404 Wanamaker St., Philadelphia, PA 19131; 5310, 5334, 5340 Glenmore Ave., Philadelphia, PA 19143; 6408 Carlton St., Philadelphia, PA 19139[1])

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Objection deadline: November 18, 2026, at 11:59 p.m. Eastern Time.**

If you object to the relief requested, you must file a response with the Clerk of Court, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, by the deadline above. The Procedures Order [Dkt. No. 1286] establishes a 14-day objection period, inclusive of any additional service time; no days are added for service by mail.

---

[1] Collectively, the "**Properties**."

If you timely respond, the Court may set a hearing or consider your response without a hearing. If you do not timely respond, the Court will consider the Motion unopposed and may grant or deny it without further notice or hearing. An objection solely to distribution will not prevent confirmation or closing, *provided, however,* that disputed proceeds shall be segregated pending further order.

Read these papers carefully and discuss them with your attorney if you have one.

Debtors, DHI Holdings, LP, DDH Fund, LLC, and RAD Diversified REIT, Inc. (collectively, the "**Debtors**"), request confirmation and closing of the sales described below pursuant to the *Order Establishing Sale Confirmation, Distribution, and Closing Procedures* [Dkt. No. 1286] (the "**Procedures Order**"),[2] and respectfully state as follows:

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(N). Relief is requested under 11 U.S.C. § 363 and the Procedures Order.

2. The Court authorized the Debtors to sell the Properties pursuant to the orders entered at Docket Numbers 1060, 1061, and 1070 (collectively, the "**Sale Orders**"). Pursuant to the Sale Orders, Tranzon auctioned the Properties on October 13, 2026 with the following results:

| **Address** | **High Bidder** | **Accepted Bid** | **Contract Purchase Price** | **Purchase Agreement Date** | **Deposit** |
|---|---|---|---|---|---|
| 6661 Cornelius St. Philadelphia, PA 19138 | Zaire Brown | $63,000.00 | $69,300.00 | 10/13/2026 | $6,930.00 |
| 1331 W. Silver St. Philadelphia, PA 19132 | JCZ Group Inc. | $30,500.00 | $33,550.00 | 10/13/2026 | $3,355.00 |
| 2016 W. Boston St., Philadelphia, PA 19132 | BELIV 2016 LLC | $41,000.00 | $45,100.00 | 10/13/2026 | $4,510.00 |
| 2056 Haines St., Philadelphia, PA 19138 | Jordan Property Management LLC | $126,001.00 | $138,601.10 | 10/13/2026 | $13,860.11 |

[2] Capitalized terms not otherwise defined have the meanings in the Procedures Order

| **Address** | **High Bidder** | **Accepted Bid** | **Contract Purchase Price** | **Purchase Agreement Date** | **Deposit** |
|---|---|---|---|---|---|
| 3013 N. Lambert St., Philadelphia, PA 19132 | Mazen Zeidan | $37,000.00 | $40,700.00 | 10/13/2026 | $4,070.00 |
| 3305 Gransback St., Philadelphia, PA 19134 | Deepak Chainani and Akhil Chainani | $34,500.00 | $37,950.00 | 10/15/2026 | $3,795.00 |
| 3850 N. 18th St., Philadelphia, PA 19140 | 3850 BELIV LLC | $137,300.00 | $151,030.00 | 10/13/2026 | $15,103.00 |
| 2627 N. 23rd St., Philadelphia, PA 19132 | 1958 LLC | $25,500.00 | $28,050.00 | 10/14/2026 | $2,805.00 |
| 326 Valley Rd., Coatesville, PA 19320 | Brooke Klingerman | $60,000.00 | $66,000.00 | 10/13/2026 | $6,000.00 |
| 404 Wanamaker St., Philadelphia, PA 19131 | DYW Development Company LLC | $47,000.00 | $51,700.00 | 10/14/2026 | $5,170.00 |
| 5310, 5334, 5340 Glenmore Ave., Philadelphia, PA 19143 | CC Harrell LLC | $130,000.00 | $143,000.00 | 10/14/2026 | $14,300.00 |
| 6408 Carlton St., Philadelphia, PA 19139 | Speedy Acquisitions LLC | $46,000.00 | $50,600.00 | 10/13/2026 | $5,060.00 |

(Zaire Brown, JCZ Group Inc., BELIV 2016 LLC, Jordan Property Management LLC, Mazen Zeidan, Deepak Chainani and Akhil Chainani, 3850 BELIV LLC, 1958 LLC, Brooke Klingerman, DYW Development Company LLC, CC Harrell LLC, and Speedy Acquisitions LLC shall be referred to as the "**<u>Purchasers</u>**"). Closings are anticipated promptly after entry of the Confirmation Order.

3. The sale processes complied with the Sale Orders and approved Tranzon auction procedures, were conducted at arm's length, and were free of fraud or collusion. The Debtors request that the Purchasers be found entitled to the protections of 11 U.S.C. § 363(m).

4. The Debtors request approval of distributions from the sale proceeds (the "**Proceeds**") substantially as follows, consistent with the Sale Orders and the attached preliminary settlement statements:

a. 6661 Cornelius St., Philadelphia, PA 19138: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $12,808.87 to PGW for final gas, and $3,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DHI Holdings, LP free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit A**.

b. 1331 W. Silver St., Philadelphia, PA 19132: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $871.78 to PGW for final gas, and $4,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DDH Fund, LLC free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit B**.

c. 2016 W. Boston St., Philadelphia, PA 19132: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $2,000.00 to escrow for final gas, and $4,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DDH Fund, LLC free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit C**.

d. 2056 Haines St., Philadelphia, PA 19138: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search and $4,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes and tax prorations, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DDH Fund LP free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit D**.

e. 3013 N. Lambert St., Philadelphia, PA 19132: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $3,000.00 to escrow for final gas, and $7,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DDH Fund, LLC free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit E**.

f. 3305 Gransback St., Philadelphia, PA 19134: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $3,000.00 to escrow for final gas, and $8,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DDH Fund, LLC free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit F**.

g. 3850 N. 18th St., Philadelphia, PA 19140: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $3,000.00 for final gas (recipient not identified in the preliminary settlement statement), and $5,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to DDH Fund, LP and Chad Michael Henry Trust free and clear for deposit into their respective operating accounts. The preliminary settlement statement is attached as **Exhibit G**.

h. 2627 N. 23rd St., Philadelphia, PA 19132: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $4,000.00 to escrow for final gas, and $5,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to RAD Diversified REIT, Inc. free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit H**.

i. 326 Valley Rd., Coatesville, PA 19320: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, county, school, township and trash taxes and charges, the duplicate tax bill fee, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to RAD Diversified REIT, Inc. free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit I**.

j. 404 Wanamaker St., Philadelphia, PA 19131: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $2,000.00 to escrow for final gas, and $2,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes and tax prorations, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to RAD Diversified REIT, Inc. free and clear for deposit into its operating account. The preliminary settlement statement is attached as Exhibit J.

k. 5310, 5334, 5340 Glenmore Ave., Philadelphia, PA 19143: Seller-responsible closing costs and utility payments are estimated at $210.00 to Pack Law for county searches, $635.24 to PGW for final gas at 5334 Glenmore Avenue, $2,000.00 to escrow for final water at 5310 Glenmore Avenue, $3,000.00 to escrow for final water at 5334 Glenmore Avenue, and $4,000.00 to escrow for final water at 5340 Glenmore Avenue. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be

remitted to RAD Diversified REIT, Inc. free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit K**.

l. 6408 Carlton St., Philadelphia, PA 19139: Seller-responsible closing costs and utility payments are estimated at $70.00 to Pack Law for the county search, $507.10 to PGW for final gas, and $2,000.00 to escrow for final water. Purchaser-responsible amounts, including buyer's premium (listing agent commission and marketing fee), local and state transfer taxes, property taxes, recording fees, title insurance, and title and settlement charges, shall be paid by Purchaser, as required by the approved sale terms. After the foregoing payments, any other liens payable at closing shall be paid in their applicable priority, and the remaining Proceeds shall be remitted to RAD Diversified REIT, Inc. free and clear for deposit into its operating account. The preliminary settlement statement is attached as **Exhibit L**.

5. By filing this Motion, the Debtors certify compliance with the Sale Orders, the approved Tranzon auction procedures, and the Procedures Order, each to the extent applicable as of filing. The Debtors respectfully requests any stay attributable to Rule 6004(h) be waived for cause based on the prior sale approval and compliance with the approved procedures.

**WHEREFORE**, the Debtor requests entry of an order confirming the sale free and clear as provided in the Sale Order, establishing the Purchaser's good faith, authorizing distributions substantially as proposed and execution of closing documents, and granting related relief.

Dated: November 4, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *\/s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on November 4, 2026, the Chad Michael Henry Trust was served by electronic mail to repcacmh@gmail.com and first class U.S. Mail, postage prepaid to: P.O. Box 21076, Bakersfield, CA 93390.

**I FURTHER CERTIFY** that on November 4, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: * /s/ Jessey J. Krehl*
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848