# Exhibit A

## Preliminary Settlement Statement for 6661 Cornelius St., Philadelphia, PA 19138

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-6661CORNELI | **Property** | 6661 Cornelius Street<br>Philadelphia, PA 19138 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 10/26/2026 at 09:34 AM EDT | | | **Disbursement Date** | 11/13/2026 |
| **Closing Professional:** | Kara Forbus | **Buyer** | Zaire Brown<br>1565 Beverly Road<br>Philadelphia, PA 19138 | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Seller** | DHI Holdings LP<br>6661 Cornelius Street<br>Philadelphia, PA 19138 | | |
| | | **Lender** | Cash | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $63,000.00 | Sale Price of Property | $63,000.00 | |
| | | Deposit | | $6,930.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $7,027.84 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $1,964.18 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $5,670.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $793.01 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2024 Property Taxes (2501R24039938) to Philadelphia City Department of Revenue | $2,979.84 | |
| | | 2025 Property Taxes (2601R25042940) to Philadelphia City Department of Revenue | $3,545.26 | |
| | | 2026 Property Taxes to Philadelphia City Department of Revenue | $2,905.11 | |
| $70.00 | | County Search to Pack Law | | |
| $3,000.00 | | Final Sewer to ESCROW | | |
| $3,000.00 | | Final Water to ESCROW | | |
| | | Marketing Fee to Tranzon Driggers | $630.00 | |
| | | Transaction Fee to Tohickon Settlement Services, Inc. | $995.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| **$6,070.00** | **$63,000.00** | **Subtotals** | **$90,333.99** | **$6,930.00** |
| | | Due from Buyer | | $83,403.99 |
| $56,930.00 | | Due to Seller | | |
| **$63,000.00** | **$63,000.00** | **Totals** | **$90,333.99** | **$90,333.99** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

Zaire Brown Date

DHI Holdings LP

By:

Katie S. Goodman, Cheif Restructuring Officer Date

Settlement Agent Date