# **Exhibit C**

## **Preliminary Settlement Statement for 2016 W. Boston St., Philadelphia, PA 19132**

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-2016WBOSTON | **Property** | 2016 West Boston Street<br>Philadelphia, PA 19132 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 10/26/2026 at 11:20 AM EDT | | | **Disbursement Date** | 11/13/2026 |
| | | **Buyer** | BELIV 2016 LLC<br>5 Rudyard Drive<br>Manalapan, NJ 07726 | | |
| **Closing Professional:** | Kara Forbus | | | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Seller** | DDH FUND LLC | | |
| | | **Lender** | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $41,000.00 | Sale Price of Property | $41,000.00 | |
| | | Deposit | | $4,510.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $3,974.73 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $1,110.88 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $3,690.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $650.51 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2025 Property Taxes (2601R25055852) to Philadelphia City Department of Revenue | $2,051.68 | |
| | | 2026 Property Taxes to Philadelphia City Department of Revenue | $1,642.99 | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $995.00 | |
| $70.00 | | County Search to Pack law | | |
| $2,000.00 | | Final Gas to ESCROW | | |
| $4,000.00 | | Final Water to ESCROW | | |
| | | Marketing Fee to Tranzon Driggers | $410.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$6,070.00** | **$41,000.00** | **Subtotals** | **$56,349.54** | **$4,510.00** |
| | | Due from Buyer | | $51,839.54 |
| $34,930.00 | | Due to Seller | | |
| **$41,000.00** | **$41,000.00** | **Totals** | **$56,349.54** | **$56,349.54** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

BELIV 2016 LLC, a Limited Liability Company

By: ______________________________

Vladislav Fookson, member Date

By: ______________________________

Irina Fookson, member Date

DDH FUND LLC, a Limited Liability Company

By: ______________________________

Date

______________________________

Settlement Agent Date