# Exhibit G

## Preliminary Settlement Statement for 3850 N. 18th St., Philadelphia, PA 19140

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-3850N18TH | **Property** | 3850 North 18th Street<br>Philadelphia, PA 19140 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 10/26/2026 at 10:16 AM EDT | | | **Disbursement Date** | 11/13/2026 |
| **Closing Professional:** | Kara Forbus | **Buyer** | 3850 BELIV LLC<br>5 Rudyard Drive<br>Manalapan, NJ 07726 | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Seller** | DDH Fund, LP and Chad Michael Henry Trust<br>4115 West Spruce Street<br>Suite 205<br>Tampa, FL 33607 | | |
| | | **Lender** | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $137,300.00 | Sale Price of Property | $137,300.00 | |
| | | Deposit | | $15,103.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $527.50 | |
| | | ---Deed: $278.75 | | |
| | | ---Mortgage: $248.75 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $10,145.42 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $2,835.50 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $12,357.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $1,241.60 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2026 Property Taxes to Philadelphia City Department of Revenue | $2,759.24 | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $995.00 | |
| $70.00 | | County Search to Pack Law | | |
| $3,000.00 | | Final Gas | | |
| $5,000.00 | | Final Water to ESCROW | | |
| | | Marketing Fee to Tranzon Driggers | $1,373.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| **$8,070.00** | **$137,300.00** | **Subtotals** | **$170,079.26** | **$15,103.00** |
| | | Due from Buyer | | $154,976.26 |
| $129,230.00 | | Due to Seller | | |
| **$137,300.00** | **$137,300.00** | **Totals** | **$170,079.26** | **$170,079.26** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

3850 BELIV LLC, a New Jersey Limited Liability Company

By: ______________________________

Vladislav Fookson, member Date

By: ______________________________

Irina Fookson, member Date

DDH Fund, LP

By: ______________________________

Katie S. Goodman, Cheif Restructuring Officer Date

Chad Michael Henry Trust

By: ______________________________

Chad Michael Henry, Trustee Date

______________________________

Settlement Agent Date