# <u>Exhibit I</u>

## Preliminary Settlement Statement for 326 Valley Rd., Coatesville, PA 19320

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-326VALLEYRD | **Property** | 326 Valley Road<br>Coatesville, PA 19320 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 10/26/2026 at 11:15 AM EDT | **Buyer** | Brooke Klingerman<br>3320 Hazelwood Avenue<br>Downingtown, PA 19335 | **Disbursement Date** | 11/13/2026 |
| **Closing Professional:** | Kara Forbus | **Seller** | RAD Diversified REIT Inc. | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Lender** | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $60,000.00 | Sale Price of Property | $60,000.00 | |
| | | Deposit | | $6,000.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $98.75 | |
| | | ---Deed: $98.75 | | |
| | | Local Transfer Tax (Deed) to Chester County Recording Office | $2,854.71 | |
| | | State Retail Transfer Tax (Deed) to Chester County Recording Office | $1,141.88 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $5,400.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $774.20 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2024 County Taxes (Est) to Chester County Tax Claim | $506.22 | |
| | | 2024 School Taxes (Est) to Portnoff Law Associates | $2,800.54 | |
| | | 2024 Trash (Est) to Portnoff Law Associates | $669.90 | |
| | | 2024 Twp Taxes (Est) to Portnoff Law Associates | $2,793.57 | |
| | | 2025 County Taxes (Est) to Chester County Tax Claim | $1,025.92 | |
| | | 2025 Trash (Est) to Portnoff Law Associates | $522.16 | |
| | | 2025 Twp Taxes (Est) to Portnoff Law Associates | $2,000.00 | |
| | | 2026 County Taxes (Penalty) to Chester County Treasurer | $198.36 | |
| | | 2026 School Taxes (Penalty) to HAB-MISC- Berkheimer Tax Administrator | $1,763.76 | |
| | | 2026 Twp/Trash Taxes (Penalty) to Keystone Collections Group | $1,051.01 | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $995.00 | |
| $70.00 | | County Search to Pack Law | | |
| | | Duplicate Bill Fee - Taxes to Chester County Treasurer | $25.00 | |
| | | Marketing Fee to Tranzon Driggers | $600.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$70.00** | **$60,000.00** | **Subtotals** | **$85,765.98** | **$6,000.00** |
| | | Due from Buyer | | $79,765.98 |
| $59,930.00 | | Due to Seller | | |
| **$60,000.00** | **$60,000.00** | **Totals** | **$85,765.98** | **$85,765.98** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

Brooke Klingerman Date

RAD Diversified REIT Inc., a Maryland Corporation

By:

Katie S. Goodman, Cheif Restructuring Officer Date

Settlement Agent Date