# Exhibit J

## Preliminary Settlement Statement for 404 Wanamaker St., Philadelphia, PA 19131

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-404NWANAMAK | **Property** | 404 North Wanamaker Street Philadelphia, PA 19131 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 10/26/2026 at 12:53 PM EDT | | | **Disbursement Date** | 11/13/2026 |
| **Closing Professional:** | Kara Forbus | **Buyer** | DYW Development Company LLC 3200 Clifford Street Philadelphia, PA 19121 | | |
| **Settlement Location:** | 2325 Heritage Center Drive Suite 401 Furlong, PA, 18925 | **Seller** | RAD Diversified REIT, Inc. 404 North Wanamaker Street Philadelphia, PA 19131 | | |
| | | **Lender** | Cash | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $47,000.00 | Sale Price of Property | $47,000.00 | |
| | | Deposit | | $5,170.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $263.04 | City/Town Taxes 11/13/2026 to 01/01/2027 | $263.04 | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | ---Mortgage: $0.00 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $3,891.29 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $1,087.56 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $4,230.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $692.69 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2025 Property Taxes (2601R25054375) to Philadelphia City Department of Revenue | $2,010.90 | |
| | | 2026 Property Taxes to Philadelphia City Department of Revenue | $1,608.51 | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $995.00 | |
| $70.00 | | County Search to Pack Law | | |
| $2,000.00 | | Final Gas to ESCROW | | |
| $2,000.00 | | Final Water to ESCROW | | |
| | | Marketing Fee to Tranzon Driggers | $470.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$4,070.00** | **$47,263.04** | **Subtotals** | **$63,072.74** | **$5,170.00** |
| | | Due from Buyer | | $57,902.74 |
| $43,193.04 | | Due to Seller | | |
| **$47,263.04** | **$47,263.04** | **Totals** | **$63,072.74** | **$63,072.74** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

DYW Development Company LLC, a Pennsylvania Limited Liability Company

By: ______________________________

Damaris Yimeen Walker, sole member Date

RAD Diversified REIT, Inc., a Maryland Corporation

By: ______________________________

Katie S. Goodman, Chief Restructuring Officer Date

______________________________

Settlement Agent Date