# Exhibit K

## Preliminary Settlement Statement for 5310, 5334, 5340 Glenmore Ave., Philadelphia, PA 19143

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

**File #:** AUC-GLENMOREAVE
**Print Date & Time:** 10/26/2026 at 10:14 AM EDT
**Closing Professional:** Kara Forbus
**Settlement Location:** 2325 Heritage Center Drive Suite 401 Furlong, PA, 18925

**Property** 5310 Glenmore Avenue (Property 1), 5334 Glenmore Ave (Property 2), 5340 Glenmore Ave (Property 3) Philadelphia, PA 19143
**Buyer** CC Harrell LLC 1732 South 20th Street Philadelphia, PA 19145
**Seller** RAD Diversified REIT, Inc.
**Lender**

**Settlement Date** 11/13/2026
**Disbursement Date** 11/13/2026

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $130,000.00 | Sale Price of Property | $130,000.00 | |
| | | Deposit | | $14,300.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $10,615.72 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $2,966.94 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $11,700.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation (x3) to Tohickon Settlement Services, Inc. | $450.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search (X3) to Tohickon Settlement Services, Inc. | $600.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $1,196.00 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2025 Property Taxes (5310) to Philadelphia City Department of Revenue | $1,569.43 | |
| | | 2025 Property Taxes (5334) to Philadelphia City Department of Revenue | $1,569.43 | |
| | | 2026 Property Taxes (5310) to Philadelphia City Department of Revenue | $1,235.44 | |
| | | 2026 Property Taxes (5334) to Philadelphia City Department of Revenue | $1,235.44 | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $2,985.00 | |
| $210.00 | | County Search to Pack Law | | |
| $635.24 | | Final Gas (5334) to PGW | | |
| $2,000.00 | | Final Water (5310) to ESCROW | | |
| $3,000.00 | | Final Water (5334) to ESCROW | | |
| $4,000.00 | | Final Water (5340) to ESCROW | | |
| | | Marketing Fee to Tranzon Driggers | $1,300.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$9,845.24** | **$130,000.00** | **Subtotals** | **$168,007.15** | **$14,300.00** |
| | | Due from Buyer | | $153,707.15 |
| $120,154.76 | | Due to Seller | | |
| **$130,000.00** | **$130,000.00** | **Totals** | **$168,007.15** | **$168,007.15** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

CC Harrell LLC, a Pennsylvania Limited Liability Company

By: ______________________________
Cordell Harrell, member Date

By: ______________________________
Christian Harrell, member Date

RAD Diversified REIT, Inc.

By: ______________________________
Date

______________________________
Settlement Agent Date