**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**DEBTOR'S MOTION TO CONFIRM SALE, AUTHORIZE DISTRIBUTIONS AT CLOSING, AND GRANT RELATED RELIEF**

(2030 E. Lehigh Ave., Philadelphia, PA 19125)

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Objection deadline: November 19, 2026, at 11:59 p.m. Eastern Time.**

If you object to the relief requested, you must file a response with the Clerk of Court, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, by the deadline above. The Procedures Order [Dkt. No. 1286] establishes a 14-day objection period, inclusive of any additional service time; no days are added for service by mail.

If you timely respond, the Court may set a hearing or consider your response without a hearing. If you do not timely respond, the Court will consider the Motion unopposed and may grant or

deny it without further notice or hearing. An objection solely to distribution will not prevent confirmation or closing, *provided, however,* that disputed proceeds shall be segregated pending further order.

Read these papers carefully and discuss them with your attorney if you have one.

Debtor, RAD Diversified REIT, Inc. (the "**Debtor**"), requests confirmation and closing of the sale described below pursuant to the *Order Establishing Sale Confirmation, Distribution, and Closing Procedures* [Dkt. No. 1286] (the "**Procedures Order**"),[1] and respectfully states as follows:

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(N). Relief is requested under 11 U.S.C. § 363 and the Procedures Order.

2. The Court authorized the Debtor to sell 2030 E. Lehigh Ave., Philadelphia, PA 19125 (the "**Property**") under its order [Dkt. No. 1071] (the "**Sale Order**"). Tranzon conducted the auction on October 14, 2026. Secure Investments LLC (the "**Purchaser**") was the highest bidder. The accepted bid is $68,670.00, the buyer's premium is $6,867.00, and the total purchase price is $75,537.00. The Purchaser executed a purchase agreement dated October 14, 2026 and paid a deposit of $7,553.70. Closing is anticipated promptly after entry of the Confirmation Order.

3. The sale process complied with the Sale Order and approved Tranzon auction procedures, was conducted at arm's length, and was free of fraud or collusion. The Debtor requests that the Purchaser be found entitled to the protections of 11 U.S.C. § 363(m).

4. The Debtor requests approval of distributions from the sale proceeds (the "**Proceeds**") substantially as follows, consistent with the Sale Order and the preliminary settlement statement attached as **Exhibit A**:

[1] Capitalized terms not otherwise defined have the meanings in the Procedures Order

a. First, $6,867.00 to the Debtor as the previously approved surcharge, free and clear of liens, claims, encumbrances, and interests, for deposit into its debtor-in-possession operating account.

b. Next, seller charges of $953.86 shall be paid: $70.00 to Pack Law (county search) and $883.86 to escrow (final water). Purchaser charges of $26,600.44, exclusive of the sale price, shall be paid: $12,129.00 to the Philadelphia County Recording Office (recording and transfer); $6,179.40 to Tranzon Driggers and Fifth Realty (commissions); $1,375.63 to ClosingPro, Tohickon Settlement Services, Inc., and Fidelity National Title Insurance Company (title and settlement); $5,234.71 to the Philadelphia City Department of Revenue (2024-2026 property taxes); $995.00 to Tohickon Settlement Services, Inc. (conveyancing); and $686.70 to Tranzon Driggers (marketing), all as required by the approved sale terms.

c. Next, all remaining available Proceeds to Kiavi Funding, Inc. on account of its debt in the asserted amount of $174,128.18.

5. By filing this Motion, the Debtor certifies compliance with the Sale Order, the approved Tranzon auction procedures, and the Procedures Order, each to the extent applicable as of filing. The Debtor respectfully requests any stay attributable to Rule 6004(h) be waived for cause based on the prior sale approval and compliance with the approved procedures.

**WHEREFORE**, the Debtor requests entry of an order confirming the sale free and clear as provided in the Sale Order, establishing the Purchaser's good faith, authorizing distributions substantially as proposed and execution of closing documents, and granting related relief.

***Remainder of Page Left Intentionally Blank***

Dated: November 5, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: */s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on November 5, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Seth J. Greenhill, Esq., counsel to Kiavi

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
2030 E. Lehigh Ave.
Philadelphia, PA 19125

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on November 5, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Jessey J. Krehl*
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

## Exhibit A

## Preliminary Settlement Statement

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-2030ELEHIGH | **Property** | 2030 East Lehigh Avenue<br>Philadelphia, PA 19125 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 11/04/2026 at 04:30 PM EST | | | **Disbursement Date** | 11/13/2026 |
| **Closing Professional:** | Kara Forbus | **Buyer** | Secure Investments LLC<br>1546 Packer Avenue<br>Suite 103<br>Philadelphia, PA 19145 | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Seller** | RAD Diversified REIT Inc.<br>2030 East Lehigh Avenue<br>Philadelphia, PA 19125 | | |
| | | **Lender** | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $68,670.00 | Sale Price of Property | $68,670.00 | |
| | | Deposit | | $7,553.70 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $9,261.73 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $2,588.52 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $4,806.00 | |
| | | Selling Agent Commission to Fifth Realty | $1,373.40 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $830.63 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2024 Property Taxes (2501R24000273) to Philadelphia City Department of Revenue | $1,704.08 | |
| | | 2025 Property Taxes (2605R25001017) to Philadelphia City Department of Revenue | $1,962.83 | |
| | | 2026 Property Taxes to Philadelphia City Department of Revenue | $1,567.80 | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $995.00 | |
| $70.00 | | County Search to Pack Law | | |
| $883.86 | | Final Water to ESCROW | | |
| | | Marketing Fee to Tranzon Driggers | $686.70 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$953.86** | **$68,670.00** | **Subtotals** | **$95,270.44** | **$7,553.70** |
| | | Due from Buyer | | $87,716.74 |
| $67,716.14 | | Due to Seller | | |
| **$68,670.00** | **$68,670.00** | **Totals** | **$95,270.44** | **$95,270.44** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

Secure Investments LLC, a Pennsylvania Limited Liability Company

By: ______________________________

Francis J. Popek, V, Sole Member Date

RAD Diversified REIT Inc., a Maryland Corporation

By: ______________________________

Katie S. Goodman, Chief Restructuring Officer Date

______________________________

Settlement Agent Date