**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**DEBTORS' MOTION TO CONFIRM SALE, AUTHORIZE DISTRIBUTIONS AT CLOSING, AND GRANT RELATED RELIEF**

(151 Bryn Mawr Ave., Lansdowne, PA 19050; 3640 Morrell Ave., Philadelphia, PA 19114)

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**Objection deadline: November 19, 2026, at 11:59 p.m. Eastern Time.**

If you object to the relief requested, you must file a response with the Clerk of Court, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, by the deadline above. The Procedures Order [Dkt. No. 1286] establishes a 14-day objection period, inclusive of any additional service time; no days are added for service by mail.

If you timely respond, the Court may set a hearing or consider your response without a hearing. If you do not timely respond, the Court will consider the Motion unopposed and may grant or deny it without further notice or hearing. An objection solely to distribution will not prevent confirmation or closing, *provided, however,* that disputed proceeds shall be segregated pending further order.

Read these papers carefully and discuss them with your attorney if you have one.

Debtors, RAD Diversified REIT, Inc. and DDH Fund, LLC (the "**Debtors**"), request confirmation and closing of the sales described below pursuant to the *Order Establishing Sale Confirmation, Distribution, and Closing Procedures* [Dkt. No. 1286] (the "**Procedures Order**"),[1] and respectfully state as follows:

1. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(N). Relief is requested under 11 U.S.C. § 363 and the Procedures Order.

2. The Court authorized the Debtors to sell the Properties pursuant to the order entered at Docket Number 1181(the "**Sale Order**"). Pursuant to the Sale Order, Tranzon auctioned the Properties on October 15, 2026 with the following results:

| Address | High Bidder | Accepted Bid | Contract Purchase Price | Purchase Agreement Date | Deposit |
|---|---|---|---|---|---|
| 151 Bryn Mawr Ave., Lansdowne, PA 19050 | Aseneth Wheeler-Russell | $247,500.00 | $272,250.00 | 10/15/2026 | $27,225.00 |
| 3640 Morrell Ave., Philadelphia, PA 19114 | Hicham Imani | $215,000.00 | $237,050.00 | 10/15/2026 | $23,705.00 |

(Aseneth Wheeler-Russell and Hicham Imani shall be referred to as the "**Purchasers**"). Closings are anticipated promptly after entry of the Confirmation Order.

3. The sale process complied with the Sale Order and approved Tranzon auction procedures, was conducted at arm's length, and was free of fraud or collusion. The Debtors request that the Purchasers be found entitled to the protections of 11 U.S.C. § 363(m).

[1] Capitalized terms not otherwise defined have the meanings in the Procedures Order

4. The Debtors request approval of distributions from the sale proceeds for 151 Bryn Mawr Ave., Lansdowne, PA 19050 (the "**Bryn Mawr Proceeds**") substantially as follows, consistent with the Sale Order and the preliminary settlement statement attached as **Exhibit A**:

a. First, $10,000.00 to the Debtors as the previously approved surcharge, free and clear of liens, claims, encumbrances, and interests, for deposit into their debtor-in-possession operating account.

b. Next, seller charges of $75.00 shall be paid to Pack Law (copy and county search). Purchaser charges of $35,249.02, exclusive of the sale price, shall be paid as follows: $6,493.56 to the Delaware County Recording Office (recording and transfer); $22,275.00 to Tranzon Driggers and Keller Williams Main Line (commissions); $3,010.46 to ClosingPro, Fidelity National Title Insurance Company, and Tohickon Settlement Services, Inc. (title and settlement); $2,475.00 to Tranzon Driggers (marketing); and $995.00 to Tohickon Settlement Services, Inc. (transaction fee), all as required by the approved sale terms.

c. Next, all remaining available Bryn Mawr Proceeds to Wilmington Savings Fund Society, FSB, not in its Individual Capacity, but Solely as Trustee for IBIS Holdings A Trust on account of its debt in the asserted amount of $211,174.00.

5. The Debtors request approval of distributions from the sale proceeds for 3640 Morrell Ave., Philadelphia, PA 19114 (the "**Morrell Proceeds**") substantially as follows, consistent with the Sale Order and the preliminary settlement statement attached as **Exhibit B**:

a. First, $10,000.00 to the Debtors as the previously approved surcharge, free and clear of liens, claims, encumbrances, and interests, for deposit into their debtor-in-possession operating account.

b. Next, seller charges of $4,075.11 shall be paid or held as follows: $70.00 to Pack Law (county search); $2,041.38 to PGW (final gas); $963.73 to the Philadelphia Water Revenue Bureau (final water); and $1,000.00 held for a new water meter for the Philadelphia Water Revenue Bureau. Purchaser charges of $38,676.43, exclusive of the sale price, shall be paid as follows: $13,900.23 to the Philadelphia County Recording Office (recording and transfer); $19,395.00 to Tranzon Driggers (listing commission); $2,231.20 to ClosingPro, Tohickon Settlement Services, Inc., and Fidelity National Title Insurance Company (title and settlement); $995.00 to Tohickon Settlement Services, Inc. (conveyancing); and $2,155.00 to Tranzon Driggers (marketing), all as required by the approved sale terms.

c. Next, all remaining available Morrell Proceeds to Treaty Oak Mortgage Trust on account of its debt in the asserted amount of $212,260.00.

6. By filing this Motion, the Debtors certify compliance with the Sale Order, the approved Tranzon auction procedures, and the Procedures Order, each to the extent applicable as of filing. The Debtors respectfully request any stay attributable to Rule 6004(h) be waived for cause based on the prior sale approval and compliance with the approved procedures.

**WHEREFORE**, the Debtors request entry of an order confirming the sale free and clear as provided in the Sale Order, establishing the Purchaser's good faith, authorizing distributions substantially as proposed and execution of closing documents, and granting related relief.

Dated: November 5, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *_/s/ Jessey J. Krehl_*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848
*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on November 5, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Tricia Morra, Esq., counsel to Wilmington Savings Fund Society, FSB, not in its Individual Capacity, but Solely as Trustee for IBIS Holdings A Trust and Treaty Oak Mortgage Trust

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Pamela Cloud, Eliot Feldman, Tanya Kean,
Patricia Kean, and Any and All Unknown Occupants
151 Bryn Mawr Ave.
Lansdowne, PA 19050
pamandken98@msn.com
efeldmanus@yahoo.com
tanyakean@icloud.com
patkean38@icloud.com

Any and All Unknown Occupants
3640 Morrell Ave.
Philadelphia, PA 19114

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on November 5, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: *_/s/ Jessey J. Krehl_*
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

## Exhibit A

**Preliminary Settlement Statement for 151 Bryn Mawr Ave., Lansdowne, PA 19050**

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-151BRYNMAWR | **Property** | 151 Bryn Mawr Avenue<br>Lansdowne, PA 19050 | **Settlement Date** | 12/07/2026 |
| **Print Date & Time:** | 11/05/2026 at 10:27 AM EST | | | **Disbursement Date** | 12/07/2026 |
| **Closing Professional:** | Kara Forbus | **Buyer** | Aseneth Wheeler-Russell<br>650 Ocean Avenue<br>Apt. 106<br>Brooklyn, NY 11226 | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Seller** | RAD Diversified REIT Inc.<br>151 Bryn Mawr Avenue<br>Lansdowne, PA 19050 | | |
| | | **Lender** | Guaranteed Rate, Inc.<br>3940 North Ravenswood Avenue<br>Chicago, IL 60613 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $247,500.00 | Sale Price of Property | $247,500.00 | |
| | | Deposit | | $27,225.00 |
| | | Loan Amount | | $204,188.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $360.50 | |
| | | ---Deed: $121.25 | | |
| | | ---Mortgage: $239.25 | | |
| | | Local Transfer Tax (Deed) to Delaware County Recording Office | $3,066.53 | |
| | | State Retail Transfer Tax (Deed) to Delaware County Recording Office | $3,066.53 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $17,325.00 | |
| | | Selling Agent Commission to Keller Williams Main Line | $4,950.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee (Return Lender Pckg) to ClosingPro | $35.00 | |
| | | Title - CPL (Lender) to Fidelity National Title Insurance Company | $125.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - E Doc to ClosingPro | $150.00 | |
| | | Title - Lender's TIRBOP-PA-100 Endorsement to Fidelity National Title Insurance Company | $100.00 | |
| | | Title - Lender's TIRBOP-PA-300 Endorsement to Fidelity National Title Insurance Company | $100.00 | |
| | | Title - Lender's TIRBOP-PA-900 Endorsement to Fidelity National Title Insurance Company | $100.00 | |
| | | Title - Lender's Title Policy to Fidelity National Title Insurance Company | $1,623.50 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee (Deposit, Cash to Close, Lender Wire) to Tohickon Settlement Services, Inc. | $105.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $431.96 | |
| | | | | |
| | | **Miscellaneous** | | |
| $75.00 | | Copy & County Search Fee to Pack Law | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Marketing Fee to Tranzon Driggers | $2,475.00 | |
| | | Transaction Fee to Tohickon Settlement Services, Inc. | $995.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$75.00** | **$247,500.00** | **Subtotals** | **$282,749.02** | **$231,413.00** |
| | | Due from Buyer | | $51,336.02 |
| $247,425.00 | | Due to Seller | | |
| **$247,500.00** | **$247,500.00** | **Totals** | **$282,749.02** | **$282,749.02** |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

Aseneth Wheeler-Russell Date

RAD Diversified REIT Inc., a Maryland Corporation

By:

Katie S. Goodman, Cheif Restructuring Officer Date

Settlement Agent Date

**Exhibit B**

**Preliminary Settlement Statement for 3640 Morrell Ave., Philadelphia, PA 19114**

Tohickon Settlement Services, Inc.
ALTA Universal ID: 1065152
2325 Heritage Center Drive
Suite 401
Furlong, PA 18925
(215) 794-0700

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | AUC-3640MORRELL | **Property** | 3640 Morrell Avenue<br>Philadelphia, PA 19114 | **Settlement Date** | 11/13/2026 |
| **Print Date & Time:** | 11/04/2026 at 04:28 PM EST | | | **Disbursement Date** | 11/13/2026 |
| **Closing Professional:** | Kara Forbus | **Buyer** | Hicham Imani<br>12833 Cliffe Drive<br>Philadelphia, PA 19154 | | |
| **Settlement Location:** | 2325 Heritage Center Drive<br>Suite 401<br>Furlong, PA, 18925 | **Seller** | DDH Fund LP | | |
| | | **Lender** | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $215,500.00 | Sale Price of Property | $215,500.00 | |
| | | Deposit | | $23,705.00 |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $278.75 | |
| | | ---Deed: $278.75 | | |
| | | ---Mortgage: $0.00 | | |
| | | Local Transfer Tax (Deed) to Philadelphia County Recording Office | $10,646.06 | |
| | | State Retail Transfer Tax (Deed) to Philadelphia County Recording Office | $2,975.42 | |
| | | | | |
| | | **Commission** | | |
| | | Listing Agent Commission to Tranzon Driggers | $19,395.00 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Courier Fee to ClosingPro | $35.00 | |
| | | Title - Deed Preparation to Tohickon Settlement Services, Inc. | $150.00 | |
| | | Title - Settlement Fee to Tohickon Settlement Services, Inc. | $200.00 | |
| | | Title - Tax Search to Tohickon Settlement Services, Inc. | $90.00 | |
| | | Title - Wire Fee to Tohickon Settlement Services, Inc. | $70.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $1,686.20 | |
| | | | | |
| | | **Miscellaneous** | | |
| | | Conveyancing Fee to Tohickon Settlement Services, Inc. | $995.00 | |
| $70.00 | | County Search to Pack Law | | |
| $2,041.38 | | Final Gas to PGW | | |
| $963.73 | | Final Water to Philadelphia Water Revenue Bureau | | |
| $1,000.00 | | HOLD FOR NEW WATER METER to Philadelphia Water Revenue Bureau | | |
| | | Marketing Fee to Tranzon Driggers | $2,155.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| **$4,075.11** | **$215,500.00** | **Subtotals** | **$254,176.43** | **$23,705.00** |
| | | Due from Buyer | | $230,471.43 |
| $211,424.89 | | Due to Seller | | |
| **$215,500.00** | **$215,500.00** | **Totals** | **$254,176.43** | **$254,176.43** |

## See signature addendum

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize Tohickon Settlement Services, Inc. to cause the funds to be disbursed in accordance with this statement.

Hicham Imani Date

DDH Fund LP, a Delaware Partnership
by: DDH Capital Management LLC, its general partner

By: Date

Settlement Agent Date