UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

RAD DIVERSIFIED REIT, INC.,

Case No.: 8:26-bk-01640-CPM
Chapter: 11

Debtor.
_______________________________________ /

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion To Allow *Late Claim (Number 57-1 of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust)* [Doc. 1309] was served on 11/5/2026 as follows:

By First Class U.S. Mail to:
RAD Diversified REIT, Inc.
Jointly Administered with
11418 US-19 N.
Port Richey, FL 34688

By Electronic Notice to:
Matthew A Fornshell, Esq.
Ice Miller LLP
250 West Street, Suite 700
Ste 405
Columbus, OH 33146

U.S. Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Dated: 11/5/2026

McCalla Raymer Leibert Pierce, LLP

By: */s/Toni Townsend*

Toni Townsend
Florida Bar No. 1022285
Attorney for Creditor
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, FL 33301
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Email: Toni.Townsend@mccalla.com