ORDERED.

**Dated: November 05, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

RAD DIVERSIFIED REIT, INC.

Chapter 11

Case No. 8:26-bk-01636-CPM

Debtor.
________________________________/

**ORDER GRANTING SILVER HILL CAPITAL, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**
**(2000 S Salford Street, Philadelphia, PA 19143)**

**THIS CASE** came before the Court for a hearing on October 27, 2026, upon Silver Hills Capital, LLC's (the "Silver Hill") Motion for Relief From Automatic Stay or, in the Alternative, for Adequate Protection ("Motion") (Doc. 1157). The Court, having heard the Motion, considered the arguments of counsel, and being otherwise duly advised, finds that for the reasons stated on the record in open court the Motion should be granted. Accordingly, it is:

**ORDERED** that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated with respect to Silver Hill's interest in the real property located at 2000 S Salford Street, Philadelphia, PA 19143 (the "Property"), and legally described as:

> ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected SITUATE at the corner formed by the intersection of the Southwesterly side of Salford Street with the Southeasterly side of Kingsessing Avenue in the City of Philadelphia
>
> CONTAINING in front or breadth on said Salford Street sixteen feet and extending of that width in length or depth Southwardly between parallel lines at right angles to said Salford Street the Northwesterly line thereof extending along the Southeasterly side of Kingsessing Avenue eighty-five feet to a certain four feet alley leading Northwestwardly into said Kingsessing Avenue TOGETHER with the free and common use right liberty and privilege of the above mentioned alley as and for a passageway and watercourse at all times hereafter forever
>
> BEING NO
>
> 2000 South Salford Street, Philadelphia, PA 19143
>
> BEING OPA NO 871560240

3. This Order is entered for the sole purpose of allowing Silver Hill to pursue its lawful *in rem* remedies against the Property. Silver Hill shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the Property against Debtor, DDH Fund LP.

4. Silver Hills's request to waive the 14-day stay period pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby granted.

*Attorney Patrick M. Mosley is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file proof of service within 3 days of entry of the order.*