ORDERED.

**Dated: November 05, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**ORDER GRANTING**
**AMENDED MOTION TO ALLOW LATE-FILED CLAIMS AS TIMELY FILED**

THIS CASE came before the Court on October 27, 2026, at 3:30 p.m. (ET), on Lihong Zhang's *Amended Motion to Allow Late Filed Claim(s) as Timely Filed* [Dkt. No. 1114] (the "**Motion**"). A Mandarin Chinese interpreter from the Court's Language Line service was duly sworn to interpret for the Ms. Zhang. Neither the Debtors nor the Official Committee of Unsecured

Creditors (the "**Committee**") objected to the Motion as to timeliness, and each reserved all other objections. For the reasons stated on the record, it is

**ORDERED as follows:**

1. The Motion is **GRANTED** solely as to timeliness. The proofs of claim attached to the Motion [Dkt. Nos. 1114-1 and 1114-2] are deemed timely filed and shall be so reflected on the claims register.

2. The Debtors, the Committee, and all parties in interest reserve all rights and objections to either claim on any ground other than timeliness, including without limitation its basis, validity, amount, classification, and priority.

*Attorney Jessey Krehl is directed to serve this Order on interested parties who do not receive service by CM/ECF and file proof of service within three days of entry of this Order.*