**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**MONTHLY STAFFING REPORT OF GGG PARTNERS, LLC OF COMPENSATION EARNED AND EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2026 THROUGH OCTOBER 31, 2026**

| | |
|---|---|
| Name of Applicant: | GGG Management, LLC |
| Authorized to Provide Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | Effective as of March 1, 2026 [Dkt. No. 171] |
| Compensation Period: | October 1, 2026 – October 31, 2026 |
| Amount of Compensation: | $13,762.00 |
| Amount of Expense Reimbursement: | $25.00 |

**COMPENSATION BY INDIVIDUAL SUMMARY FOR**
**THE PERIOD OF SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| Professional | Title | Rate Per Hour | Total Hours | Total Amount |
|---|---|---|---|---|
| Katie Goodman | Managing Partner | $495.00 | 13.6 | $6,732.00 |
| Adam Cohen | Member | $450.00 | 13.4 | $6,030.00 |
| Brittney Hosp | Partner | $400.00 | 2.5 | $1,000.00 |
| | | **Total Billed:** | **29.5** | **$13,762.00** |

**COMPENSATION BY CATEGORY SUMMARY FOR**
**THE PERIOD OF SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| Task Description | Total Hours | Total Amount |
|---|---|---|
| Case Administration and Reporting | 9.2 | $4,230.00 |
| Court Hearings | 0.0 | $0.00 |
| General Administration | 17.8 | $8,532.00 |
| Plan Analysis and Support | 2.5 | $1,000.00 |
| **Total Billed:** | **29.5** | **$13,762.00** |

GGG PARTNERS

# INVOICE

From **GGG Partners, LLC**
2870 Peachtree Road
Suite 502
Atlanta, GA 30305

Invoice ID **RADD202601031**
Issue date 11/2/2026
Due date (upon receipt)

| Date | Consultant | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 9/30/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Follow up on tax items |
| 10/1/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review items for payment |
| 10/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Review CPA proposal and follow up |
| 10/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Pull Pro fee bills for counsel |
| 10/1/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay I/C |
| 10/2/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Update to M. Roye |
| 10/2/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Review and approve maintenance invoices |
| 10/2/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Call with contractor team for operational updates |
| 10/5/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review and sign property sale documents |
| 10/5/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Pay I/Cs and download bank activity |
| 10/6/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | Case Administration and Reporting | Participate in 341 meeting |
| 10/6/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Respond to creditor questions on claims |
| 10/8/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Respond to creditors |
| 10/9/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Team call |
| 10/12/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Discussion with Pack Law and Tranzon re: property sales and auctions |
| 10/12/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | General Administration | Send paper checks to jurisdictions |
| 10/12/2026 | Adam Cohen | 0.60 | 450.00 | 270.00 | Case Administration and Reporting | Pay professionals per orders |
| 10/12/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Pay I/Cs and download bank activity |
| 10/12/2026 | Adam Cohen | 1.00 | 450.00 | 450.00 | Case Administration and Reporting | Work on MOR for September |
| 10/13/2026 | Adam Cohen | 2.00 | 450.00 | 900.00 | Case Administration and Reporting | Work on MOR for September |
| 10/13/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Follow up with Tranzon on sales |
| 10/14/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Review update on property sales and execute sale documents for initial properties |
| 10/14/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | Case Administration and Reporting | Emails with company contractors regarding relief from stay properties |
| 10/14/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractor |
| 10/15/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Review and sign additional property sale documents |
| 10/15/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and respond to information on projected costs |
| 10/15/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Follow up on self storage fees due |
| 10/16/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review final sales and documentation from auction and execute |
| 10/16/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Weekly call with company contractors |
| 10/18/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Case Administration and Reporting | Review MORs |
| 10/19/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review invoices and cash position |
| 10/19/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Call with Tranzon & Pack Law re: property sales |
| 10/19/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | Case Administration and Reporting | Complete TSS MOR |
| 10/19/2026 | Adam Cohen | 0.40 | 450.00 | 180.00 | General Administration | Pay contractors and professionals |
| 10/20/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Status update call with J. Krehl |
| 10/20/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Review terms of settlement and attorney comments to same |
| 10/20/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Download and code bank history |
| 10/20/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay invoices |
| 10/20/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Answer questions from counsel regarding plan |
| 10/21/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Final review and execute, notarize settlement |
| 10/21/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up on assets for lender |
| 10/21/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Follow up and review properties for potential sale |
| 10/22/2026 | Katie Goodman | 0.70 | 495.00 | 346.50 | General Administration | Respond to creditor questions regarding recent communication |
| 10/23/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and respond to questions on properties |
| 10/26/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Approve maintenance spending needs |
| 10/26/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractors and professionals |
| 10/26/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review and follow up on property items |
| 10/26/2026 | Katie Goodman | 0.50 | 495.00 | 247.50 | General Administration | Update call with D. Mendenhall |
| 10/27/2026 | Adam Cohen | 0.50 | 450.00 | 225.00 | General Administration | Prepare settlement forms for signature and notary |
| 10/27/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Texas tax follow up |
| 10/27/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | Case Administration and Reporting | Download bank activity |
| 10/27/2026 | Adam Cohen | 0.20 | 450.00 | 90.00 | General Administration | Pay contractor |
| 10/27/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Review payments and cash position |
| 10/27/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Review closing items sale property |
| 10/27/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | Case Administration and Reporting | Attend hearing for TSS status conference and other items |
| 10/28/2026 | Adam Cohen | 1.60 | 450.00 | 720.00 | Case Administration and Reporting | Sign and notarize real estate sale documents; Send via UPS |
| 10/28/2026 | Adam Cohen | 0.70 | 450.00 | 315.00 | General Administration | Call PECO regarding power disconnect |
| 10/28/2026 | Adam Cohen | 0.30 | 450.00 | 135.00 | General Administration | Pull RAD TX + US revenue for Texas filing |
| 10/28/2026 | Katie Goodman | 0.20 | 495.00 | 99.00 | General Administration | Review tax items |
| 10/29/2026 | Brittney Hosp | 1.33 | 400.00 | 532.00 | Plan Analysis and Support | TX Franchise Tax Return |
| 10/29/2026 | Katie Goodman | 0.80 | 495.00 | 396.00 | General Administration | Review creditor questions in relation to ballot and voting, coordinate with Epiq and respond |
| 10/30/2026 | Brittney Hosp | 1.17 | 400.00 | 468.00 | Plan Analysis and Support | Texas Franchise Board Tax Returns |

GGG PARTNERS

# INVOICE

| | |
|---|---|
| From | **GGG Partners, LLC**<br>2870 Peachtree Road<br>Suite 502<br>Atlanta, GA 30305 |
| Invoice ID | **RADD202601031** |
| Issue date | 11/2/2026 |
| Due date | (upon receipt) |

| Date | Consultant | Hours | Billable Rate | Billed Amt | Task | Notes |
|---|---|---|---|---|---|---|
| 10/30/2026 | Katie Goodman | 0.60 | 495.00 | 297.00 | General Administration | Research and respond to creditor questions |
| 10/31/2026 | Katie Goodman | 0.40 | 495.00 | 198.00 | General Administration | Respond to creditor questions regarding ballot and voting |
| 10/31/2026 | Katie Goodman | 0.30 | 495.00 | 148.50 | General Administration | Update M. Roye |
| | **Total Fees** | **29.50** | | **13,762.00** | | |
| | **Expenses (Notary Services)** | | | **25.00** | | |
| | **Total Invoice** | | | **13,787.00** | | |

**Hours Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Plan Analysis and Support | Total |
|---|---|---|---|---|---|
| Adam Cohen | 7.2 | – | 6.2 | – | **13.4** |
| Dan Cooper | – | – | – | – | **–** |
| Brittney Hosp | – | – | – | 2.5 | **2.5** |
| Katie Goodman | 2.0 | – | 11.6 | – | **13.6** |
| **Total** | **9.2** | **–** | **17.8** | **2.5** | **29.5** |

**Billing Summary**

| | Case Administration and Reporting | Court Hearings | General Administration | Plan Analysis and Support | Total |
|---|---|---|---|---|---|
| Adam Cohen | 3,240.00 | – | 2,790.00 | – | **6,030.00** |
| Dan Cooper | – | – | – | – | **–** |
| Brittney Hosp | – | – | – | 1,000.00 | **1,000.00** |
| Katie Goodman | 990.00 | – | 5,742.00 | – | **6,732.00** |
| **Total** | **4,230.0** | **–** | **8,532.00** | **1,000.00** | **13,762.00** |