**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**NOTICE OF FILING**

Debtors, by and through their undersigned counsel, hereby give notice of filing the attached *Waiver of Claim and Right to Distribution* executed by Ryan Mooney.

Dated: November 9, 2026

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: */s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all parties registered to receive electronic notices of filing in this case and by electronic mail to Ryan Mooney, rye1678@gmail.com.

By: *\/s\/ Jessey J. Krehl*
Jessey J. Krehl

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

## WAIVER OF CLAIM AND RIGHT TO DISTRIBUTION

The undersigned, Ryan Mooney (the "**Claimant**"), hereby acknowledges and agrees as follows:

1. Claimant is listed as a creditor in the bankruptcy schedules filed in the above-captioned bankruptcy cases with a scheduled claim in the amount of $50,000.00 (the "**Claim**").

2. Claimant hereby irrevocably and unconditionally waives, relinquishes, and abandons the Claim and any right to receive payment, recovery, or distribution of any kind from RAD Diversified REIT, Inc. or any other debtor in the above-captioned bankruptcy cases, or their respective bankruptcy estates, on account of the Claim.

3. Claimant agrees that the Claim shall be deemed waived in its entirety and shall not be entitled to any distribution under any Chapter 11 plan or otherwise in connection with the above-captioned bankruptcy cases.

4. Claimant authorizes the Debtors to rely upon this Waiver in administering their bankruptcy estates and to take such action as may be appropriate to reflect the waiver of the Claim in the bankruptcy cases.

5. Claimant executes this Waiver voluntarily and with the intent to be legally bound.

Dated: 11-09-2026

CLAIMANT:

[signature]

Ryan Mooney