# Exhibit “B”

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI<br><br>vs. | NO. 2025-10093 |

To the Prothonotary:

Enter judgment in favor of WILMINGTON SAVINGS FUND SOCIETY FSB NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI and against DDH FUND LLC; DDH FUND, LP for want of an answer.

| | |
|---|---|
| Amount claimed in complaint | $ 678647.20 |
| Interest | $ 24225.00 |
| Misc | $ 0 |
| Total | $702,872.20 |
| Possession | ☐ |

I certify that written notice of the intention to file this praecipe was mailed or delivered to the party against whom judgment is to be entered and to his/her attorney of record, if any, after the default occurred and at least ten (10) days prior to the date of the filing of this praecipe. A copy of the notice is attached. R.C.P. 237.1

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

ANDREW KRAVITZ, ESQ.
Filing Party

80142
ID Number

FRIEDMANVARTOLO

Firm Name

1325 FRANKLIN AVE, SUITE 160

Address

GARDEN CITY, NY 11530

212-471-5100
Phone

Judgment is entered in favor of WILMINGTON SAVINGS FUND SOCIETY FSB NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI and against DDH FUND LLC; DDH FUND, LP by default for want of an answer.

N.M.

Prothonotary, Montgomery County

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

WILMINGTON SAVINGS FUND SOCIETY FSB NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI

vs.

DDH FUND LLC

NO. 2025-10093

NOTICE IS GIVEN THAT THE ATTACHED DOCUMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED.

PROTHONOTARY

IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT:

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY
Signature

ANDREW KRAVITZ, ESQ.
Filing Party

80142
ID Number

FRIEDMANVARTOLO
Firm Name

1325 FRANKLIN AVE, SUITE 160
Address

GARDEN CITY, NY 11530

212-471-5100
Phone

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Andrew Kravitz, Esq. (80142)
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No.: 251608-1

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

---

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI OPPORTUNITY TRUST IA, Plaintiff | NO.: 2025-10093<br>CIVIL ACTION<br>MORTGAGE FORECLOSURE |
| v. | |
| DDH FUND, LLC F/K/A DDH FUND, LP, Defendant(s) | |

---

# AFFIDAVIT OF NON-MILITARY SERVICE

The undersigned counsel has performed a search of the records maintained by the Department of Defense, Defense Manpower Data Center, and states that, upon information and belief, the Defendant(s) are not in the Military or Naval Service of the United States or its Allies, or otherwise within the provisions of the Servicemembers Civil Relief Act, as amended.

This statement is made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

Date: July 7, 2025

/s/Andrew T Kravitz
Andrew Kravitz, Esq. (80142)
**FRIEDMAN VARTOLO LLP**
Attorney for Plaintiff
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
(T) (212) 471-5100
(F) (212) 471-5150

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.


# FRIEDMAN VARTOLO LLP

A Limited Liability Partnership formed in the State of New York
1325 Franklin Avenue, Suite 160, Garden City, NY 11530
Telephone: (212) 471-5100 | Facsimile: (212) 471-5150


July 7, 2025

**Loan Number:** [redacted]
**Firm Case Number**: 251608-1
**Docket Number**: 2025-10093
**Mortgaged Premises**: 621 Ridge Pike, Lafayette, PA 19444
**Borrower(s)**: DDH Fund, LLC F/K/A DDH Fund, LP

## **SCRA Search Not Performed**

Please note the SCRA search was not performed on 07/07/2025 for DDH Fund, LLC as the party is a corporation.

**FRIEDMAN VARTOLO LLP**
A Limited Liability Partnership formed in the State of New York
Attorneys for Plaintiff

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Andrew Kravitz, Esq. (80142)
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No.: 251608-1

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

---------------------------------------------------------------x

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI OPPORTUNITY TRUST IA, Plaintiff | NO.: 2025-10093<br>CIVIL ACTION<br>MORTGAGE FORECLOSURE |
| v. | |
| DDH FUND, LLC F/K/A DDH FUND, LP, Defendant(s) | |

---------------------------------------------------------------x

**NOTICE**

Pursuant to the requirements of Pennsylvania Rule of Civil Procedure 236 of the Supreme Court of Pennsylvania, you are hereby notified that a Judgment has been entered against you in the above-captioned proceeding as indicated below.

__X__ Judgment *in rem* by Default
_____ Money Judgment
_____ Judgment in Replevin
_____ Judgment for Possession
_____ Judgment in Award of Arbitration
_____ Judgment on Verdict
_____ Judgment on Court Findings

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Dana Marks, Esq. (205165)
Renee Cohen, Esq. (306667)
Timothy A. Cirino, Esq. (326340)
Robert Flacco, Esq. (325024)
Perry Russell, Esq. (334517)
Danielle Johnson, Esq. (334703)
Andrew Kravitz, Esq. (80142)
Friedman Vartolo LLP
A Limited Liability Partnership formed in the State of New York
1628 John F Kennedy Boulevard, Suite 1810
Philadelphia, PA 19103
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Plaintiff
Firm Case No.: 251608-1

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL DIVISION

----------------------------------------------------------------x

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF ATLAS SP RESI OPPORTUNITY TRUST IA,<br>Plaintiff<br>v.<br><br>DDH FUND, LLC F/K/A DDH FUND, LP,<br>Defendant(s) | NO.: 2025-10093<br><br>**MORTGAGE FORECLOSURE** |

----------------------------------------------------------------x

June 20, 2025

DDH Fund, LLC
621 Ridge Pike
Lafayette, PA 19444

DDH Fund, LLC
16192 Coastal Highway
Lewes, De 19958

DDH Fund, LLC
10808 Foothill Blvd.
Suite 160-347
Rancho Cucamonga, Ca 91730

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

DDH Fund, LLC
C/O Universal Registered Agents
600 N. 2nd Street
Suite 401
Harrisburg, PA 17101

DDH Fund, LLC
3110 E Guasti Road
Suite 300
Ontario, CA 91761

DDH Fund, LLC
256 Eagleview Blvd
#154
Exton, PA 19341

**IMPORTANT NOTICE**

**YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Lawyer Referral Service
100 West Airy Street (Rear)
Norristown, Pennsylvania 19404-0268
(610) 279-9660, Extension 201

**NOTIFICACION IMPORTANTE**

**USTED ESTÁ EN DEFECTO PORQUE USTED NO HA PODIDO ENTRAR EN UN ASPECTO ESCRITO, PERSONALMENTE O MEDIANTE ABOGADO Y ARCHIVO POR ESCRITO ANTE EL TRIBUNAL SUS DEFENSAS U OBJECIONES A LAS ALEGACIONES EXPUESTAS EN SU CONTRA. A MENOS QUE USTED ACTÚA DENTRO DE LOS DIEZ DÍAS SIGUIENTES A LA FECHA DE ESTA NOTIFICACIÓN, LA RESOLUCIÓN PODRÁ SER EN SU CONTRA SIN UNA AUDIENCIA Y USTED**

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**PUEDE PERDER SU PROPIEDAD U OTROS DERECHOS IMPORTANTES.**

**USTED DEBE TOMAR ESTE TRABAJO CON SU ABOGADO A LA VEZ. SI USTED NO TIENE UN ABOGADO, VAYA A O LLAMAR POR TELÉFONO A LA OFICINA SE ESTABLECE A CONTINUACIÓN. ESTA OFICINA PUEDE PROPORCIONARLE INFORMACIÓN SOBRE LA CONTRATACIÓN DE UN ABOGADO.**

**SI USTED NO PUEDE PERMITIRSE EL LUJO DE CONTRATAR A UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLE INFORMACIÓN ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER SERVICIOS LEGALES A PERSONAS CON DERECHO A UNA TARIFA REDUCIDA O NINGUNA CUOTA.**

Lawyer Referral Service
100 West Airy Street (Rear)
Norristown, Pennsylvania 19404-0268
(610) 279-9660, Extension 201

Signature: /s/Andrew T Kravitz
☐ Dana Marks, Esq. (205165)
☐ Renee Cohen, Esq. (306667)
☐ Timothy A. Cirino, Esq. (326340)
☐ Robert Flacco, Esq. (325024)
☐ Perry Russell, Esq. (334517)
☐ Danielle Johnson, Esq. (334703)
☐ Andrew Kravitz, Esq. (80142)

Case# 2025-10093-4 Docketed at Montgomery County Prothonotary on 07/07/2025 11:21 AM, Fee = $18.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

SERVICE LIST:

DDH Fund, LLC
621 Ridge Pike
Lafayette, PA 19444

DDH Fund, LLC
16192 Coastal Highway
Lewes, De 19958

DDH Fund, LLC
10808 Foothill Blvd.
Suite 160-347
Rancho Cucamonga, Ca 91730

DDH Fund, LLC
C/O Universal Registered Agents
600 N. 2nd Street
Suite 401
Harrisburg, PA 17101

DDH Fund, LLC
3110 E Guasti Road
Suite 300
Ontario, CA 91761

DDH Fund, LLC
256 Eagleview Blvd
#154
Exton, PA 19341