# Exhibit "C"



RECORDER OF DEEDS
MONTGOMERY COUNTY
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**DEED BK 6421 PG 01555 to 01559.1**
INSTRUMENT # : 2025066577
RECORDED DATE: 12/01/2025 02:22:03 PM

[redacted]

**MONTGOMERY COUNTY ROD**

**OFFICIAL RECORDING COVER PAGE** Page 1 of 6

**Document Type:** Sheriffs Deed
**Document Date:** 11/25/2025
**Reference Info:**

**Transaction #:** [redacted] - 1 Doc (s)
**Document Page Count:** 4
**Operator Id:** asock

**RETURN TO:** (Pickup)
SHERIFF
COURTHOUSE
NORRISTOWN, PA 19404

**PAID BY:**
SHERIFF

*** PROPERTY DATA:**

| | |
|---|---|
| Parcel ID #: | 65-00-09673-00-9 |
| Address: | 621 RIDGE PIKE<br><br>LAFAYETTE HILL PA<br>19444 |
| Municipality: | Whitemarsh Township<br>(100%) |
| School District: | Colonial |

*** ASSOCIATED DOCUMENT(S):**

**CONSIDERATION/SECURED AMT: $2,797.85**

**FEES / TAXES:**

| | |
|---|---|
| Affidavit Fee | $1.50 |
| Recording Fee:Sheriffs Deed | $87.75 |
| **Total:** | $89.25 |

DEED BK 6421 PG 01555 to 01559.1
Recorded Date: 12/01/2025 02:22:03 PM
I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.

RECORDER'S OFFICE MONTGOMERY COUNTY, PA

**Jeanne Sorg**
**Recorder of Deeds**

**Rev1a 2016-01-29**

# PLEASE DO NOT DETACH

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

**NOTE: If document data differs from cover sheet, document data always supersedes.**

***COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL**

Prepared By: Sheriff's Department, Court House, 1st Floor, P.O. Box 311, Norristown, PA 19404-0268

Return To: Sheriff's Department, Court House, 1st Floor, P.O. Box 311, Norristown, PA 19404-0268 106

MontCo Recorder of Deeds
NOV 26 '25 AM 11:03

Montgomery County
DEC 01 2025
Recorder of Deeds

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
65-00-09673-00-9 WHITEMARSH
621 RIDGE PIKE
DDH FUND LP $15.00
B 034 U 113 L 3 1101 DATE: 12/01/2025 JE

# Know all Men by these Presents

THAT, I, **SEAN P. KILKENNY** Sheriff of the County of **MONTGOMERY**

in the Commonwealth of Pennsylvania, for and in consideration of the sum of **$2,797.85**

dollars, to me in hand paid, **do** hereby grant and convey to

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee of ATLAS SP Resi Opportunity Trust IA
11th Floor
500 Delaware Avenue
Wilmington DE 19801

STATE TAX AFFIDAVIT FILED

**ALL THAT CERTAIN Lot or pieces of ground with the buildings and improvements thereon erected, Situate in Whitemarsh Township, Montgomery County and State of Pennsylvania.**

**THE LAND is described as follows:**

**ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, Hereditaments and Appurtenances, Situate in Whitemarsh Township, Montgomery County, Pennsylvania and described according to a Certain Plan thereof known as Subdivision of Property of Raymond A. Knapp made by Donald H. Schurr, Civil Engineer and Surveyor dated July 23, 1964 and last revised September 9, 1964 said Plan being recorded in the Office of the Recorder of Deeds for Montgomery County at Norristown, Pennsylvania in Plan Book C-3 Page 110 as follows, to wit:**

**BEGINNING at a point an iron pin on the Northeasterly side of Ridge Pike (50 feet wide) a corner of Lot No.2 on said Plan said point being at the distance of 239.41 feet measured Northwestwardly along the Northeasterly side of Ridge Pike on the arc of a circle curving to the left having a radius of 1171.28 feet**

**PARCEL NO.: 65-00-09673-00-9**

from its point of intersection with the Northwesterly side of Crescent Avenue (40 feet wide); thence extending from said point of beginning Northwestwardly along the Northeasterly side of Ridge Pike on the arc of a circle curving to the left baying a radius of 1171.28 feet the arc distance of 73.93 fret to an iron pin a corner of Lot Number 4 on said Plan; thence extending along Lot Number 4 the three following course and distances (1) North 48 degrees 24 minutes East 67.78 feet to an iron pin (2) North 76 degrees 14 minutes East 98.94 feet to an iron pin and (3) North 62 degrees 40 minutes East 71.98 feet to an iron pin, thence extending South 42 degrees 43 minutes East 70.20 feet to an iron pin a corner of Lot Number 2 aforesaid, thence extending along Lot Number 2 South 62 degrees 56 minutes West 241.45 feet to the first mentioned point, an iron pin and place of beginning.

CONTAINING in area 18,000 square feet.

PARCEL ID: 65-00-09673-00-9

BEING all and the same lands and premises conveyed to DDH Fund LP by Christine Trelli a/k/a Christine Trelli Snyder in a Deed dated 12/01/2020 and recorded 02/26/2021 in Book 6214, Page 02442 and Instrument No. 2021021282, in the Clerk's Office of the Circuit Court of Montgomery County, PA

BEING Assessment Parcel Number 65-00-09673-00-9

Commonly Known As: 621 Ridge Pike, Lafayette Hill, PA 19444

BEING the same premises which Christine Trelli a/k/a Christine Trelli Snyder by deed dated December 1, 2020 and recorded at Montgomery County Recorder of Deeds Office On February 26, 2021 in Deed Book 6214 at Page 02442 granted and Conveyed unto DDH Fund LP.

BEING PARCEL NO.: 65-00-09673-00-9

LOCATION OF PROPERTY: 621 Ridge Pike, Lafayette Hill, PA 19444

PARCEL NO.: 65-00-09673-00-9

the same having been sold by me to the said grantee , on the **TWENTY-NINTH** day of **OCTOBER** Anno Domini two thousand and **TWENTY-FIVE** after due advertisement, according to the law, under and by virtue of a writ of **MORTGAGE FORECLOSURE** issued on the **THIRTIETH** day of **JULY** Anno Domini two thousand and **TWENTY-FIVE** out of the **COURT OF COMMON PLEAS**

as of Term, two thousand and **TWENTY-FIVE**

Number **2025-10093** at the suit of **WILMINGTON SAVINGS FUND SOCIETY, FSB, NIIICBSIICA OWNER TRUSTEE OF ATLAS SP RESI OPPORTUNITY TRUST IA vs. DDH FUND, LLC F/K/A DDH FUND, LP**

I do hereby swear (affirm) that Sean Kilkenny, the Sheriff of the County of Montgomery, has duly authorized me, Adam Berry, Chief Deputy, Montgomery County Sheriff's Office, to execute this document in his place and stead and with said authority I attest that the Sheriff's Sale for the property described herein occurred on the twenty-ninth day of October, 2025 at the Montgomery County Courthouse.

Adam T. B[signature]

**(Name/Title)**
**Montgomery County Sheriff's Office**

**PARCEL NO.: 65-00-09673-00-9**

Writ No. 2025-10093

# Deed = Poll

**SEAN P. KILKENNY,** ***SHERIFF***

*TO*

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee of ATLAS SP Resi Opportunity Trust IA

**WILMINGTON SAVINGS FUND SOCIETY, FSB, NIIICBSIICA OWNER TRUSTEE OF ATLAS SP RESI OPPORTUNITY TRUST IA**

**vs.**

**DDH FUND, LLC F/K/A DDH FUND, LP**

........T. 20 25

No. 2025-10093

**PREMISES:**
**621 RIDGE PIKE**
**LAFAYETTE** Hill, PA 19444

The **NAME** of the within-named Grantee is

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee of ATLAS SP Resi Opportunity Trust IA
11th Floor
500 Delaware Avenue
Wilmington DE 19801

On behalf of the Grantee

**Commonwealth of Pennsylvania**
**County of Montgomery**

I do hereby swear (affirm) that Adam Berry, Chief Deputy of the Montgomery County Sheriff's Office, personally appeared before me and represented that he is authorized to act on behalf of the Montgomery County Sheriff's Office on this 25th day of November, 2025 and signed (attested) this Indenture.

**Prothonotary/First Deputy/Second Deputy**

**PARCEL NO.: 65-00-09673-00-9**

pennsylvania DEPARTMENT OF REVENUE (EX) MOD 06-19 (FI)

1830019105

# REV-183

Bureau of Individual Taxes
Po Box 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX STATEMENT OF VALUE

COMPLETE EACH SECTION

**RECORDER'S USE ONLY**

State Tax Paid: 0.00
Book: 6421 Page: 1555
Instrument Number:
Date Recorded: 12/01/2025

### SECTION I — TRANSFER DATA

Date of Acceptance of Document: 11/25/2025

| | | | |
|---|---|---|---|
| Grantor(s)/Lessor(s): Montgomery County Sheriff's Office | Telephone Number: 610-278-3331 | Grantee(s)/Lessee(s): Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee of ATLAS SP Resi Opportunity Trust IA | Telephone Number: 412-571-5100 |

| | | |
|---|---|---|
| Mailing Address: P.O. Box 311 | | Mailing Address: 500 Delaware Avenue, 11th Floor |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Norristown | PA | 19404 | Wilmington | DE | 19801 |

### SECTION II — REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 621 Ridge Pike | Whitemarsh Township |

| County | School District | Tax Parcel Number |
|---|---|---|
| Montgomery | Colonial School District | 65-00-09673-00-9 |

### SECTION III — VALUATION DATA

Was transaction part of an assignment or relocation? ☐ YES ☒ NO

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $2,797.85 | + 0.00 | = $2,797.85 |
| **4. County Assessed Value** | **5. Common Level Ratio Factor** | **6. Computed Value** |
| $203,510.00 | X3.25 | = $661,407.50 |

### SECTION IV — EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $661,407.50 | 100 % | 100 % |

**2. Fill in the Appropriate Oval Below for Exemption Claimed.**

- ☐ Will or intestate succession. ____________________ (Name of Decedent) (Estate File Number)
- ☐ Transfer to a trust. (Attach complete copy of trust agreement and all amendments.)
- ☐ Transfer from a trust. (Attach complete copy of trust agreement and all amendments.)
- ☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)
- ☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)
- ☒ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)
- ☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)
- ☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)
- ☐ Other (Provide a detailed explanation of exemption claimed. If more space is needed attach additional sheets.)

### SECTION V — CORRESPONDENT INFORMATION - All inquiries may be directed to the following person:

| Name | | | Telephone Number |
|---|---|---|---|
| Matthew Majeski | | | (212) 471-5100 |
| **Mailing Address** | **City** | **State** | **ZIP Code** |
| 1628 John F. Kennedy Blvd., Ste. 300 | Philadelphia | PA | 19103 |

**Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.**

Signature of Correspondent or Responsible Party: Matthew Majeski — Date: 11/3/2025

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

[redacted]

Reset Entire Form | TOP OF PAGE | **PAGE 1** | NEXT PAGE | PRINT

THIS PAGE DOES NOT PRINT

eCertified copy of recorded # 2025066577 (page 6 of 6)
Montgomery County Recorder of Deeds