**IN THE U.S. Bankruptcy Court**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RAD Diversified REIT Et al., | ) | Case Number: 26-01636 (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

JACAR INVESTMENTS LLC
Name of Transferor

Court Claim # (if known): N/A
Date Claim Filed: N/A
Schedule Amount: $491,905.50 Schedule Number: 1636000000034

Phone: (714) 357-7774
Last four digits of Acct.# N/A

Name and Current Address of Transferor:
JACAR INVESTMENTS LLC
c/o Robert Savage, Esq.
400 N Tampa St Ste 2820
Tampa, Fl, 33602

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: November 11 , 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 01F26D0A-9896-80DA-8250-DEB0C55116F0

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Middle District Of Florida
Attention: Clerk

AND TO: RAD Diversified REIT
Case No. 26-01636 (the "Debtor")
(Jointly Administered under RAD Diversified REIT., et al. Case No. 26-01636)

Claim # N/A

**JACAR INVESTMENTS LLC** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$491,905.50**("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th DAY OF November, 2026

**ASSIGNOR: JACAR INVESTMENTS LLC**

Signed by: Eric Schrier
(Signature)

Eric Schrier
(Print Name)

(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Schedule #**1636000000034

**Value** $491,905.50

**Creditor** JACAR INVESTMENTS LLC

---

**Debtor** 26-01636 RAD Diversified REIT

**Creditor Address**

PMB 908

107 N 11TH ST

TAMPA, Florida, 336024242

**Filed Amounts**

Scheduled Secured$491,905.50

**Remarks**

Case 8:26-bk-01636-CPM Doc 134 Filed 11/11/26 Page 4 of 4

Debtor RAD Diversified REIT, Inc. Case number (if known) 8:26-bk-01636-CPM
Name

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.60** J.P. Morgan Mortgage Trust 2023-DSC1

Creditor's Name

J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank, N.A. as Delaware Trustee
75 Beattie Place, Suite 300
Greenville, SC 29601

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/22/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.9

**Describe debtor's property that is subject to a lien**
3840 N 18th St, Philadelphia, PA 19140

$173,008.19 $154,800.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.61** Jacar Investments LLC

Creditor's Name

c/o Robert Savage, Esq.
Savage Villoch Law, PLLC
400 N Tampa St Ste 2820
Tampa, FL 33602

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/8/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
824 S Parsons Ave, Brandon, FL 33511; 916 Centerbrook Dr, Brandon, FL 33511; 144 Barrington Dr, Brandon, FL 33511; 110 Goldenwood Ave, Brandon, FL 33511; 12748 Lake Vista Dr, Gibsonton, FL 33534; 1901 Coral Tree Ct, Brandon, FL 33511

$491,905.50 $2,143,683.00

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.62** Joseph P. Hudson

Creditor's Name

1731 Perch Lane
Sanford, FL 32771

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
11418-11436 US Highway 19, Port Richey, FL 34668-1438

Unknown $1,033,788.00

**Describe the lien**
Equitable Interest



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy