**IN THE U.S. Bankruptcy Court**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RAD Diversified REIT<br>Et al., | ) | Case Number: 26-01636<br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

JACAR INVESTMENTS LLC
Name of Transferor

Court Claim # (if known): N/A
Date Claim Filed: N/A
Schedule Amount $963,000.00 Schedule Number: 1636000007620

Phone: (714) 357-7774
Last four digits of Acct.# N/A

Name and Current Address of Transferor:
JACAR INVESTMENTS LLC
PMB 908
107 N 11TH ST
TAMPA, Florida, 336024242

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: November 11 , 2026

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 01F26D0A-9896-80DA-8250-DEB0C55116F0

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Middle District Of Florida
Attention: Clerk

AND TO: RAD Diversified REIT
Case No. 26-01636 (the "Debtor")
(Jointly Administered under RAD Diversified REIT., et al. Case No. 26-01636)

Claim # N/A

**JACAR INVESTMENTS LLC** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$963,000.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9th DAY OF November, 2026

**ASSIGNOR: JACAR INVESTMENTS LLC**

Signed by: Eric Schrier
E68B3A73B5D5421...
(Signature)

Eric Schrier
(Print Name)

(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Schedule #**1636000007620

**Value** $963,000.00

**Creditor** JACAR INVESTMENTS LLC

---

**Debtor** 26-01636 RAD Diversified REIT

**Creditor Address**

Address on file

**Filed Amounts**

Scheduled Unsecured$963,000.00

**Remarks**

Scheduled Unliquidated

Debtor RAD Diversified REIT, Inc. Case number (if known) 8:26-bk-01636-CPM
Name

**3.3384** Nonpriority creditor's name and mailing address
Ivory Mcmurray
[redacted]
Date(s) debt was incurred 9/9/2022
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,043.00**

---

**3.3385** Nonpriority creditor's name and mailing address
Ivy Sharpe
[redacted]
Date(s) debt was incurred 3/31/2023
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$10,021.22**

---

**3.3386** Nonpriority creditor's name and mailing address
IWB holdings spendthrift trust
[redacted]
Date(s) debt was incurred 2/2/2022
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,000.08**

---

**3.3387** Nonpriority creditor's name and mailing address
J Farina
[redacted]
Date(s) debt was incurred 7/23/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$2,004.48**

---

**3.3388** Nonpriority creditor's name and mailing address
J Hunter Lanier
[redacted]
Date(s) debt was incurred 8/13/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,096.20**

---

**3.3389** Nonpriority creditor's name and mailing address
Jacan Hendrickson
[redacted]
Date(s) debt was incurred 7/14/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,017.90**

---

**3.3390** Nonpriority creditor's name and mailing address
Jacar Investments LLC
[redacted]
Date(s) debt was incurred 7/11/2022
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$963,000.00**