FILED VIA MAIL

NOV 12 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
RAD Diversified REIT

Case No. 8:26-bk-01636-CPM
Chapter 11

Debtor(s) /

**NOTICE OF CHANGE OF ADDRESS**

**CHECK ONLY ONE:**

DEBTOR(s): ☐ CREDITOR: ☑

Please print the following information:

NAME: CHRYSTAL RICHARDSON

OLD MAILING ADDRESS: P.O. BOX 28211
WASHINGTON, DC 20038

NEW MAILING ADDRESS: 629 BEECH STREET
REAR 1
SCRANTON, PA 18505-4779

DATED: 09/18/2026

Chrystal Richardson
Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 917-604-9923

**All future notices shall be sent to the new mailing address**

(6/1/11)

Chrystal Richardson
629 Beech St., Rear 1
Scranton, PA 18505-4779

HARRISBURG PA 17
6 NOV 2026 PM 4 L




U.S. Bankruptcy Court
801 N. Florida Avenue
Suite 555
Tampa, FL 33602

33602-389999