United States Bankruptcy Court
Middle District of Florida

In re:
RAD Diversified REIT, Inc.
Debtor

Case No. 26-01636-CPM
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 10 |
| Date Rcvd: Nov 13, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 33016006 | + | Kuo-Cheng Ko / Millennium Tr Co, FBO Kuo-Cheng Ko 401k, 7705 Roland Drive, McKinney, TX 75070-6125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam A Diaz | on behalf of Creditor Wilmington Savings Fund Society FSB bkecfnotifications@dallegal.com |
| Aleksandra Fugate | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2021-R1 afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor NewRez LLC as servicer for Metropolitan Life Insurance Company afugate@hillwallack.com |
| Aleksandra Fugate | on behalf of Creditor Civic Financial Services LLC afugate@hillwallack.com |

Aleksandra Fugate
on behalf of Creditor NewRez LLC as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee for Ibis Holdings A Trust afugate@hillwallack.com

Amy M Kiser
on behalf of Creditor Greene Street Funding Trust II FLBankruptcy@rlselaw.com

Amy M Kiser
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF SPARTAN FUNDING I TRUST FLBankruptcy@rlselaw.com

Amy M Kiser
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II FLBankruptcy@rlselaw.com

Andrew V Layden
on behalf of Examiner Maria M Yip alayden@bakerlaw.com orlbankruptcy@bakerlaw.com

Angela M Reimer
on behalf of Creditor victor and susan Cave angela@AMRlawfirm.com AMRLawFirm@jubileebk.net;allison@amrlawfirm.com

Anthony M Salzano
on behalf of Creditor Pasco County Board of County Commissioners tosipov@pascocountyfl.net asalzano@pascocountyfl.net

Anthony P. Marzocca
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B amarzocca@trenam.com, amarzocca@ecf.courtdrive.com;mwoods@trenam.com;mmosbach@trenam.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

April Howard
on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I aharriott@raslg.com

April Howard
on behalf of Creditor Wilmington Trust National Association aharriott@raslg.com

April Howard
on behalf of Creditor U.S. Bank Trust National Association aharriott@raslg.com

April Stone
on behalf of Creditor Kiavi Funding Inc april@aprilhstonepa.com bankruptcy@mgs-legal.com

Bouavone Amphone
on behalf of Creditor Kiavi Funding Inc bamphone@tmppllc.com

Bouavone Amphone
on behalf of Creditor Toorak Capital Partners LLC bamphone@tmppllc.com

Brian D. Darer
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC briandarer@parkerpoe.com

Can Guner
on behalf of Creditor Wilmington Savings Fund Society FSB cguner@raslg.com, cguner@raslg.com

Celine Funk Granai
on behalf of Creditor State of Florida Office of the Attorney General sasha.granai@myfloridalegal.com zivile.rimkevicius@myfloridalegal.com

Christian Savio
on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust XI-A csavio@mls-pa.com, kbelton@mls-pa.com

Christopher J Emden
on behalf of Interested Party United States Attorneys Office christopher.emden@usdoj.gov shelby.hill@usdoj.gov;Uriah.Oden@usdoj.gov;CaseView.ecf@usdoj.gov

Daniel Kevin Eisenhauer
on behalf of Creditor U.S. Bank Trust National Association dan.eisenhauer@decubaslewis.com

Daniel Kevin Eisenhauer
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST dan.eisenhauer@decubaslewis.com

Danielle L Merola
on behalf of Examiner Maria M Yip dmerola@bakerlaw.com cmartin@bakerlaw.com;orlbankruptcy@bakerlaw.com

Danielle S Kemp
on behalf of Creditor Committee Unsecured Creditors' Committee kempd@gtlaw.com tpalitdock@gtlaw.com;shannon.simpson@gtlaw.com

Elena P Ketchum

on behalf of Attorney Philadelphia Community Development Coalition Inc. eketchum.ecf@srbp.com, srbpecf@srbp.com

Ellen Lyons
on behalf of Creditor State of Florida Office of the Attorney General ellen.lyons@myfloridalegal.com

Epiq Corporate Restructuring, LLC (KM)
abhishek.singh@epiqsystems.com ecr@ecf.epiqsystems.com

Esther A McKean
on behalf of Creditor DLP Lending Fund LLC esther.mckean@akerman.com

Gavin Stewart
on behalf of Creditor U.S. Bank Trust National Association, as trustee for LB-Dwelling Series VI Trust bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor NWL Company LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Fay Servicing LLC as servicer for Citibank, N.A., as trustee on behalf of MAV 1 bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Metropolitan Life Insurance Company bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Real Estate Holdings III LLC, by and through its servicer BSI Financial Services bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor TVC Funding IV LLC bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor Civic Financial Services LLC, by and through its servicer and attorney-in-fact Servis One, Inc. d/b/a BSI Financial Services bk@stewartlegalgroup.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 gbridges@burr.com, nwmosley@burr.com

Gennifer L Bridges
on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 gbridges@burr.com, nwmosley@burr.com

Geoffrey J Peters
on behalf of Creditor FIRST CITIZENS BANK & TRUST COMPANY colnationalecf@weltman.com colnationalecf@weltman.com;gpeters@weltman.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society FSB gvelez@raslg.com

Giselle Velez
on behalf of Creditor U.S. Bank Trust National Association gvelez@raslg.com

Giselle Velez
on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 gvelez@raslg.com

Giselle Velez
on behalf of Creditor Wilmington Savings Fund Society gvelez@raslg.com

Guy Williams Norris, Jr
on behalf of Creditor Barrington Oaks East Homeowners Association Inc. wnorris@bushross.com, bankruptcy.eservice@bushross.com;wnorris@ecf.courtdrive.com

Hailey Klabo
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC haileyklabo@parkerpoe.com

Hector E Lora
on behalf of Creditor Joseph Censullo hlora@mauricewutscher.com litigation@mwbllp.com

Ida A Moghimi-Kian
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2 IMKRahman001@gmail.com, MiddleDistrict@SHDLegalgroup.com

Jeffrey W. Warren
on behalf of Creditor Brandon Dutch Mendenhall jwarren@bushross.com bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Fay Servicing LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor NWL Company LLC ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Selene Finance LP ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Metropolitan Life Insurance Company ecfflmb@aldridgepite.com jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INV1 ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jennifer Laufgas
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

Jessey James Krehl
on behalf of Plaintiff RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Interested Party The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Interested Party DHI Holdings LP jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Debtor The Seminar Solution LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Interested Party RAD Diversified OZ Fund LP jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Interested Party DDH Fund LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Debtor RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Defendant RAD Diversified REIT Inc. jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jessey James Krehl
on behalf of Interested Party DHI Fund LLC jessey@packlaw.com, jessey@ecf.courtdrive.com;tanya@packlaw.com

Jillian Nolan Snider
on behalf of Creditor 7E CWS Investments Inc. jsnider@fbtgibbons.com, rmccartney@fbtgibbons.com

John D Elrod
on behalf of Creditor Committee Unsecured Creditors' Committee elrodj@gtlaw.com fieldss@gtlaw.com,allison.mcgregor@gtlaw.com,john-elrod-0217@ecf.pacerpro.com

John R Yant
on behalf of Creditor Georg Couturier ryant@carltonfields.com epritchett@carltonfields.com

Joseph A Pack

| | |
|---|---|
| | on behalf of Interested Party DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Interested Party RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor RAD Diversified OZ Fund LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Interested Party DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Interested Party DDH Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Plaintiff RAD Diversified REIT Inc. Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor DHI Holdings LP Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor The Seminar Solution LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph A Pack | on behalf of Debtor DHI Fund LLC Joe@packlaw.com, Joe@ecf.courtdrive.com;tanya@packlaw.com |
| Joseph F Southron | on behalf of Creditor Toorak Capital Partners LLC joe@southronfirm.com eservice@southronfirm.com,jsouthron@recap.email |
| Joseph F Southron | on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust joe@southronfirm.com, eservice@southronfirm.com,jsouthron@recap.email |
| Kathleen DiSanto | on behalf of Creditor Brandon Dutch Mendenhall kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com |
| Kayleigh Wright | on behalf of Creditor Silver Hill Capital LLC kwright@spencerfane.com, cgipson@spencerfane.com |
| Kelsey Erin Burgess | on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B kburgess@trenam.com, mwoods@trenam.com;kburgess@ecf.courtdrive.com;mmosbach@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com |
| Kimberly H Israel | on behalf of Creditor Premiere Networks Inc. kim.israel@kaufmandolowich.com, david.rivera@kaufmandolowich.com |
| Kylie Ann Riordan | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION, successor to PNC EQUIPMENT FINANCE, LLC kriordan@burr.com, mlucca-cruz@burr.com |
| Kylie Ann Riordan | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee for Velocity Commercial Capital Loan Trust 2022-4 kriordan@burr.com, mlucca-cruz@burr.com |
| Kylie Ann Riordan | on behalf of Creditor U.S. Bank National Association as Trustee for Velocity Commercial Capital Loan Trust 2021-3 kriordan@burr.com, mlucca-cruz@burr.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Spartan Funding I Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor CV3 Financial Services LLC as Servicer for CV3 Alpha Trust, a Delaware statutory trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |
| Laura E Noyes | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com |

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor CV3 Financial Services as servicer for CV3 Bravo Trust lnoyes@friedmanvartolo.com BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust Company, National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Wilmington Savings Fund Society FSB not in its individual capacity as owner trustee of Atlas SP RESI Opportunity Trust IA lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Greene Street Funding Trust II lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for Metropolitan Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as servicer for Metropolitan Tower Life Insurance Company lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of Saluda Grade Loan Trust I lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee of FF Investorco Grantor Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust Company National Association, not in its individual capacity, but solely as trustee on behalf of PRPM 2024-NQM1 Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Laura E Noyes
on behalf of Creditor CV3 Financial Services LLC as Servicer for CV3 Bravo Trust, a Delaware Statutory Trust lnoyes@friedmanvartolo.com, BKECF@friedmanvartolo.com

Leslie Rushing
on behalf of Creditor NewRez as servicer for NWL Company LLC lrushing@hillwallack.com

Maria M Yip

trustee@yipcpa.com mmy@trustesolutions.net;cmmy11@trustesolutions.net

Matthew B Klein
on behalf of Creditor New Roots M Trust Matthew@HowardLaw.com kayla@howardlaw.com

Matthew B Klein
on behalf of Creditor Civic Real Estate Holdings III LLC Matthew@HowardLaw.com, kayla@howardlaw.com

Matthew B Klein
on behalf of Creditor Grove Funding III Trust Matthew@HowardLaw.com kayla@howardlaw.com

Megan Harper
on behalf of Creditor City of Philadelphia megan.harper@phila.gov

Megan M. Adeyemo
on behalf of Creditor PBK Architects Inc. madeyemo@gordonrees.com asoto@grsm.com

Melbalynn Fisher
on behalf of Creditor GITSIT Solutions LLC, not in its individual capacity but solely in its capacity as Separate Trustee of the GITSIT Mortgage Loan Trust BBPLC2 mfisher@ghidottiberger.com, bknotifications@ghidottiberger.com

Mitun Mitra
on behalf of Creditor Joseph Censullo mitun@srqdebtattorney.com

Nicole Peair
on behalf of U.S. Trustee United States Trustee - TPA Nicole.W.Peair@USdoj.gov brandy.gasaway@usdoj.gov;Dionne.Rumper@usdoj.gov;Juanita.Diaz@usdoj.gov

Patrick Mosley
on behalf of Creditor Silver Hill Capital LLC pmosley@spencerfane.com, telam@spencerfane.com

Paul Wilfred Cervenka
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Paul Wilfred Cervenka
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Philip W Crawford
on behalf of Creditor 7E CWS Investments Inc. pcrawford@fbtgibbons.com

Reka Beane
on behalf of Creditor Metropolitan Life Insurance Company reka.beane@mccalla.com mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as trustee of Residential Mortgage Aggregation Trust reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Reka Beane
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 reka.beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert K Eddy
on behalf of Creditor CNH Industrial Capital America LLC reddy@e-rlaw.com bcruz@e-rlaw.com

Seth J Greenhill
on behalf of Creditor MCLP Asset Company Inc. Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor MCLP Asset Company Inc Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor NWL Company LLC Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX

2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Metropolitan Life Insurance Company Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor Kiavi Funding Inc Seth.Greenhill@padgettlawgroup.com bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Seth J Greenhill
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 Trust Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

Stephanie C Lieb
on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

Stuart Wilson-Patton
on behalf of Creditor TN Dept of Revenue Stuart.Wilson-Patton@ag.tn.gov

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #13 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #60 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #17 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Harris County ESD #02 houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor City of Seabrook houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara Lauree Grundemeier
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB, solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC2 c/o Citibank N.A. as Delaware Trustee toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Toni Townsend
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

| | |
|---|---|
| Travis Bailey | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Savings Fund Society trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Trust National Association As Trustee For Tryon Street Acquisition Trust I trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Savings Fund Society FSB trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CIM Trust 2023-I1 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Select Portfolio Servicing Inc., as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor SELENE FINANCE LP AS SERVICER IN FACT FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS TRUSTEE FOR TRYON STREET ACQUISITION TRUST I trbailey@raslg.com |
| Travis Bailey | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 trbailey@raslg.com |
| Tricia A Morra | on behalf of Creditor BRAVO Residential Funding Trust 2023-NQM7 for Citibank N.A. bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM1 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor NWL Company LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. Bank National Association as Trustee of the NRZ Pass-Through Trust XVI-B bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor NewRez LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor Wilmington Savings Fund Society bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee for Treaty Oak Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Determination Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor U.S. Bank Trust National Association bkecfinbox@aldridgepite.com tmorra@aldridgepite.com |
| Tricia A Morra | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR IBIS HOLDINGS A TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com |

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust Company National Association bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Fay Servicing LLC bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Brighthouse Life Insurance Company bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee of OBX 2023-NQM8 bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor Selene Finance LP bkecfinbox@aldridgepite.com tmorra@aldridgepite.com

Tricia A Morra
on behalf of Creditor J.P. Morgan Mortgage Trust 2023-DSC1 c/o Citibank N.A. as Delaware Trustee bkecfinbox@aldridgepite.com, tmorra@aldridgepite.com

Troy A Lawrence
on behalf of Creditor LIMA ONE CAPITAL LLC tlawrence@atlas-solomon.com, mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com

Troy A Lawrence
on behalf of Creditor Lima One Capital Loan tlawrence@atlas-solomon.com mgonzalez@atlas-solomon.com,nwinslow@atlas-solomon.com

United States Trustee - TPA
USTPRegion21.TP.ECF@USDOJ.GOV

William L Grimsley
on behalf of Creditor Silver Hill Capital LLC wgrimsley@spencerfane.com, cgipson@spencerfane.com;afoster@spencerfane.com

TOTAL: 204

**2100 B (12/15)**

# United States Bankruptcy Court

Middle District of Florida
Case No. 8:26-bk-01636-CPM
Chapter 11

In re: Debtor(s) (including Name and Address)

RAD Diversified REIT, Inc.
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639, 26-bk-01640, 26-8030
11418 US-19 N.
Port Richey FL 34688

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/12/2026.

Name and Address of Alleged Transferor(s):

Claim No. : Kuo-Cheng Ko / Millennium Tr Co, FBO Kuo-Cheng Ko 401k, 7705 Roland Drive, McKinney, TX 75070

Name and Address of Transferee:

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/15/26

Jose A Rodriquez
**CLERK OF THE COURT**