**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, Debtors. | Case No. 8:26-bk-08030-CPM |

**CREDITORS' RESPONSE TO DEBTORS' MOTION TO CONFIRM SALE, AUTHORIZE DISTRIBUTIONS AT CLOSING, AND GRANT RELATED RELIEF [151 Bryn Mawr Ave., Lansdowne, PA 19050; 3640 Morrell Ave., Philadelphia, PA 19114]**

COMES NOW, Fay Servicing LLC, the authorized loan servicer for various secured creditors, by and through its undersigned counsel, and files its *Response to Debtor's Motion to Confirm Sale, Authorize Distributions at Closing, and Grant Related Relief (151 Bryn Mawr Ave., Lansdowne, PA 19050; 3640 Morrell Ave., Philadelphia, PA 19114)* [DE #1351] and responds as follows:

1. Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust has a secured interest in Debtor's property located at 151 Bryn Mawr Avenue, Lansdowne, PA 19050.

2. U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware

Trustee for Treaty Oak Mortgage Trust has a secured interest in Debtor's property located at 3640 Morrell Avenue, Philadelphia, PA 19114.

3. Secured Creditors agreed to reduce their respective secured claims to the unpaid principal balance, escrow advances, and corporate advances, and to waive the interest.

4. Regarding property 151 Bryn Mawr Avenue, Lansdowne, PA 19050, the current unpaid principal balance, escrow advances, and corporate advances total $214,540.30. Secured Creditor is waiving $100,144.63 of interest and default interest.

5. Regarding property 3640 Morrell Avenue, Philadelphia, PA 19114, the current unpaid principal balance, escrow advances, and corporate advances total $213,906.67. Secured Creditor is waiving $105,956.89 of interest and default interest.

6. Secured Creditors file this response with the updated claim amounts and do not object to Debtors' Motion as long as the above amounts are paid, as agreed.

**Prayer**

WHEREFORE, PREMISES CONSIDERED, Secured Creditors pray that this Court enter an order in accordance with the above, and grant it such other and further relief, at law and in equity, as is just.

Respectfully Submitted,

/s/ _*Tricia A. Morra*__
Tricia A. Morra (FLBN 0095989)
Aldridge Pite, LLP
101 East Park Blvd.
Suite 600, Office 23
Plano TX 75074
tmorra@aldridgepite.com
Telephone: (404) 994-7290
Attorney for Secured Creditor

**Mailing Address**
3333 Camino del Rio South
Suite 225
San Diego, CA 92108

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Response to Debtor's Motion to Confirm Sale, Authorize Distributions at Closing, and Grant Related Relief (151 Bryn Mawr Ave., Lansdowne, PA 19050; 3640 Morrell Ave., Philadelphia, PA 19114)* has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first-class U.S. Mail on November 16, 2026.

/s/ *Tricia A. Morra*
Tricia A. Morra

Joseph A Pack
Email: Joe@packlaw.com
Jessey James Krehl
jessey@packlaw.com
Pack Law
4649 Ponce de Leon Boulevard
Ste 405
Coral Gables, FL 33146

RAD Diversified REIT, Inc. and DDH Fund, LLC
Jointly Administered with
26-bk-01637-CPM, 26-bk-01638-CPM,
26-bk-01639-CPM, 26-bk-01640-CPM
11418 US-19 N.
Port Richey, FL 34688

Nicole Peair
Timberlake Annex
501 E Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Email: Nicole.W.Peair@USdoj.gov

**PARTIES REQUESTING NOTICE**
**(via electronic notice if so designated for receipt of such in CM/EFC)**