UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
RADDIVERSIFIED REIT, INC.; Case No. 8:26-bk-01636-CPM

*Jointly Administered with*
RADDiversified OZ Fund, LP; Case No. 8:26-bk-01637-CPM
DHIFund, LLC; Case No. 8:26-bk-01638-CPM
DHIHoldings, LP; and Case No. 8:26-bk-01639-CPM
DDHFund, LLC, Case No. 8:26-bk-01640-CPM

Chapter 11

Debtors

**OBJECTION BY CREDITOR TO CONFIRMATION OF DEBTORS' JOINT PLAN OF LIQUIDATION**

COMES NOW Secured Creditor, MCLP ASSET COMPANY, INC, by and through its undersigned counsel, and files this written objection to confirmation of Debtors' Joint Amended Plan of Liquidation, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. On April 20, 2023, Debtor executed and delivered a Secured Note ("Note") and delivered a Mortgage ("Mortgage") securing payment of the Note in the amount of $131,250.00 to HouseMax Funding LLC. The Mortgage was recorded on April 27, 2023, Document Id 54173436 of the Public Records of Philadelphia County, Pennsylvania. The loan was transferred to Secured Creditor which granted Secured Creditor a first lien on the real property located at 2235 North 22nd Street, Philadelphia, PA 19132.

All that certain lot or piece of ground with the 3 story brick messuage or tenement thereon erected.

Situate on the East side of 22nd Street at the distance of 227 feet inches Southward from the South side of Dauphin Street in the 28th Ward of the City of Philadelphia.

Containing in front and breadth in the said 22nd Street 16 feet 3 inches and extending of that width the said 22nd Street. 100 feet to a certain 5 feet wide alley extending from Susquehanna Avenue to said Dauphin Street.

Together with the free and common use, right, liberty, and privilege of the said five feet wide alley as and for a passageway and watercourse at all times hereafter forever.

2. Secured Creditor timely filed Proof of Claim #12-1. The arrearages are $34,613.39 on a total secured claim of $164,464.19, , whereas the Amended Plan includes a pre-petition arrearage amount of $0.00.

3. The Amended Plan includes this Secured Creditor in the general group Class 1 First Mortgage Secured Claims. The Amended Plan generally provides Secured Creditor's claim along with all other first mortgage secured claims giving the Secured Creditor two options: 1. sell the Subject Property at auction by the Liquidating Trust on the terms set forth in the Plan; or 2) surrender the Subject Property to the Secured Creditor unless there is equity in property, in which case Subject Property will be sold at the aforementioned auction.

4. Secured Creditor objects to the Amended Plan because it does not consent to the sale of the Subject Property at auction by the Liquidating Trust on the terms set forth in the Plan. Secured Creditor also objects to the Plan's provisions concerning the determination of the aggregate value of the Subject Property subject to Secured Creditor's lien evidenced by the Mortgage for purposes of determining whether or not Secured Creditor can elect to choose the option that Debtor will surrender the Subject Property. Among other things, Secured Creditor respectfully submits that those provisions are not clear as to how the equity determination is made.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtors' Amended Plan, and for such other and further relief as this Court deems just and proper.

DATED this 17th day of November 2026.

Respectfully submitted,

/S/ Seth J. Greenhill

SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 17th day of November 2026:

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 8:26-bk-01636-CPM)**

Debtor
RAD Diversified REIT, Inc.
11418 US-19 N.
Port Richey, FL 34688

Debtor Attorney
Matthew Fornshell
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215

US Trustee
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602