**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC, | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**DEBTORS' SIXTH SUPPLEMENT TO THE EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105(a), 361, AND 363 OF THE BANKRUPTCY CODE AND RULES 2002, 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (I) AUTHORIZING USE OF CASH COLLATERAL; (II) GRANTING REPLACEMENT LIENS; (III) GRANTING ADEQUATE PROTECTION; AND (IV) SCHEDULING HEARING [DKT. NO. 50]**

The above-captioned debtors and debtors-in-possession, by and through their undersigned counsel, file this budget of projected income and expenses through December 25, 2026 (**Exhibit A**) as their sixth supplement to *Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing* [Dkt. No. 50].

Dated: November 17, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *__/s/ Jessey J. Krehl__*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848
Katelyn A. Garciga
Email: katelyn@packlaw.com
Florida Bar No. 1058474

*Counsel to the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will provide notice of such filing to all parties registered to receive electronic notices of filing in this case. I further certify that on November 17, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service in accordance with the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: *__/s/ Jessey J. Krehl__*
Jessey J. Krehl

# Exhibit A

## Budget of Projected Income and Expenses Through December 25, 2026

**RADD Diversified REIT, Inc.**
**Weekly Cash Forecast**
**Prepared on November 10, 2026**
**in $ 000s**

**Cash Collateral Budget**

| Week Ending | BUD 13-Nov | BUD 20-Nov | BUD 27-Nov | BUD 4-Dec | BUD 11-Dec | BUD 18-Dec | BUD 25-Dec |
|---|---|---|---|---|---|---|---|
| Lease Revenue | 25,000 | 7,500 | 15,000 | 65,000 | 25,000 | 7,500 | 15,000 |
| Total Income | 25,000 | 7,500 | 15,000 | 65,000 | 25,000 | 7,500 | 15,000 |
| | | | | | | | |
| Payroll / Independent Contractors | 9,500 | 7,275 | 9,500 | 7,275 | 9,500 | 7,275 | 9,500 |
| Utilities | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Software | 1,250 | 1,250 | 1,250 | 5,000 | 1,250 | 1,250 | 1,250 |
| Other operating expenses | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Total Operating Expenses | 28,250 | 26,025 | 28,250 | 29,775 | 28,250 | 26,025 | 28,250 |
| | | | | | | | |
| Operating cash flow | (3,250) | (18,525) | (13,250) | 35,225 | (3,250) | (18,525) | (13,250) |
| | | | | | | | |
| Director Fee | | 4,500 | – | | | 4,500 | |
| US Trustee fees | – | – | – | – | – | – | – |
| Non operating Expenses | – | 4,500 | – | – | – | 4,500 | – |
| | | | | | | | |
| Net Cash Flow | (3,250) | (23,025) | (13,250) | 35,225 | (3,250) | (23,025) | (13,250) |
| | | | | | | | |
| Beginning cash | 157,590 | 154,340 | 131,315 | 118,065 | 153,290 | 150,040 | 127,015 |
| Net Cash Flow | (3,250) | (23,025) | (13,250) | 35,225 | (3,250) | (23,025) | (13,250) |
| Ending cash | 154,340 | 131,315 | 118,065 | 153,290 | 150,040 | 127,015 | 113,765 |

**RADD Diversified REIT, Inc.**
**Weekly Cash Forecast**
**Prepared on November 10, 2026**
**in $ 000s**

**Non Cash Collateral Budget**

| Week Ending | BUD 13-Nov | BUD 20-Nov | BUD 27-Nov | BUD 4-Dec | BUD 11-Dec | BUD 18-Dec | BUD 25-Dec |
|---|---|---|---|---|---|---|---|
| *Property Sale Revenue* | – | 100,000 | – | 100,000 | – | 100,000 | – |
| *Less: Lien Payoffs and fees* | – | – | – | – | – | – | – |
| Other Income | – | – | – | – | – | – | – |
| Net Property Sale Income | – | 100,000 | – | 100,000 | – | 100,000 | – |
| DIP financing | – | – | – | – | – | – | – |
| Total Income | – | 100,000 | – | 100,000 | – | 100,000 | – |
| | | | | | | | |
| Professional fees - Examiner | – | – | – | – | – | – | – |
| Professional fees - CRO | 44,369 | | 15,000 | | | | |
| Professional fees - Debtor Counsel | | | | | | | |
| Professional fees - Document Retention | | | | | | | |
| Professional fees - UCC | | | | | | | |
| Professional fees - Baker | | | | | | | |
| Professional fees - Claims Agent | | | | 100,000 | | | |
| Non operating Expenses | 44,369 | – | 15,000 | 100,000 | – | – | – |
| | | | | | | | |
| Net Cash Flow | (44,369) | 100,000 | (15,000) | – | – | 100,000 | – |
| | | | | | | | |
| Beginning cash | 403,870 | 359,500 | 459,500 | 444,500 | 444,500 | 444,500 | 544,500 |
| Net Cash Flow | (44,369) | 100,000 | (15,000) | – | – | 100,000 | – |
| Ending cash | 359,500 | 459,500 | 444,500 | 444,500 | 444,500 | 544,500 | 544,500 |