**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |
| RAD Diversified REIT, Inc., | Case No. 8:26-bk-01636-CPM |
| Applicable Debtor. | |

**NOTICE OF RESULTS OF NOVEMBER 17, 2026 AUCTIONS**

Debtor, RAD Diversified REIT, Inc. (the "**Debtor**"), by and through its undersigned counsel, provides notice of the results of the November 17, 2026 auctions as follows:

| Address | High Bid | Buyer's Premium | Contract Price |
|---|---|---|---|
| 340 W Berkley St. Philadelphia, PA | $98,500.00 | $9,850.00 | $108,350.00 |
| 5533 Bloyd St. Philadelphia, PA | $56,000.00 | $5,600.00 | $61,600.00 |
| 8609 Bayard St. Philadelphia, PA | $191,000.00 | $19,100.00 | $210,100.00 |
| 4047 N 6th St. Philadelphia, PA | $77,000.00 | $7,700.00 | $84,700.00 |

Per the *Order Granting Debtors' Expedited Motion for Order (A) Authorizing the Debtors to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief* [Dkt. No. 1362], four properties sold to third-party purchasers at the prices stated above. The winning bid for 340 W Berkley St. was $500.00 below Kiavi's credit bid, and Tranzon will cover the $500.00 difference. The remaining four properties—5166 Viola St., 1745 N Wilton St., 436 N Wilton St., and 4147 N 9th St.—were returned to the applicable lender. The results are subject to closing and any required Court confirmation. Debtor will subsequently file a motion to approve the third-party sales and determine disbursement of the proceeds from the auction of the Property.

Dated: November 17, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *_/s/ Jessey J. Krehl_*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

***Remainder of Page Left Intentionally Blank***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that on November 17, 2026, the following interested parties were served by the methods indicated below:

**By CM/ECF**:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Seth J. Greenhill, Esq., counsel to Kiavi

Seth J. Greenhill, Esq., counsel to NewRez

**By first-class U.S. Mail, postage prepaid, and electronic mail**:

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
2030 E. Lehigh Ave.
Philadelphia, PA 19125

Any and All Unknown Occupants
340 W. Berkley St.
Philadelphia, PA 19144

Any and All Unknown Occupants
5533 Bloyd St.
Philadelphia, PA 19138

Any and All Unknown Occupants
4047 N. 6th St.
Philadelphia, PA 19140

Any and All Unknown Occupants
6439 N. Beechwood St.
Philadelphia, PA 19138

Any and All Unknown Occupants
1336 E. Rittenhouse St.
Philadelphia, PA 19138

Any and All Unknown Occupants
436 N. Wilton St.
Philadelphia, PA 19139

Any and All Unknown Occupants
4147 N. 9th St.
Philadelphia, PA 19140

Any and All Unknown Occupants
8609 Bayard St.
Philadelphia, PA 19150

Any and All Unknown Occupants
1745 N. Wilton St.
Philadelphia, PA 19131

Any and All Unknown Occupants
5166 Viola St.
Philadelphia, PA 19131

Any and All Unknown Occupants
1456 N. Ithan St.
Philadelphia, PA 19131

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on November 17, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Jessey J. Krehl*
Jessey J. Krehl
Bar No. 1025848