UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/17/2026 04:00 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

CASE NUMBER: FILING DATE:

**8:26-bk-01636-CPM** **11** **03/01/2026**

**Chapter 11**

**DEBTOR:** RAD Diversified REIT, Inc.

**DEBTOR ATTY:** **Matthew Fornshell**

**TRUSTEE:** **NA**

**HEARING:**

1. Continued Hearing on Emergency Motion to Use Cash Collateral for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #50

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Fay Servicing, LLC (related document(s)50). (Morra, Tricia) Doc #235

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Selene Finance LP (related document(s)50). (Morra, Tricia) Doc #236

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor NewRez, LLC (related document(s)[50]). (Morra, Tricia) Doc #239

2. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 4015 Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven PA 19015; 1205 Rainer Rd., Brookhaven PA 19015; 3922 Elson Rd., Brookhaven PA 19015; 1692 Powell Rd., Brookhaven PA 19015; 1449 Rainer Rd., Brookhaven PA 19015; 1345 Harshaw Rd., Brookhaven PA 19015; 1306 Elson Rd., Brookhaven PA 19015; and 1238 Harshaw Rd., Brookhaven PA 19015. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #765

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)765). (Krehl, Jessey) Doc #1011

3. Continued Hearing on Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2077 Wilmot Street, Philadelphia, PA 19124; 5713 Chew Avenue, Philadelphia, PA 19138; 533 E. Maryland Steet, Philadelphia, PA 19144; 304 E. Bringhurst Street, Philadelphia, PA 19144; 5915 McMahon Street, Philadelphia, PA 19144; 2014 Wilmot Street, Philadelphia, PA 19124; 5964 Warrington Avenue, Philadelphia, PA 19143; 5518 Malcolm Street, Philadelphia, PA 19143; 4290 Griscom Street, Philadelphia, PA 19124; and 6614 Chew Avenue, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in

its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #771

4. Continued Hearing on Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 170 E. Meehan Avenue, Philadelphia, PA 19119; 2300 N. 15th Street, Philadelphia, PA 19132; and 2336 N. 19th Street, Philadelphia, PA 19132. with certificate of service Filed by Laura E Noyes on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #798

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)798). (Krehl, Jessey) Doc #1012

5. Continued Hearing on Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2521 N Cleveland St., Philadelphia, Pennsylvania 19132; 2714 N. Croskey St., Philadelphia, Pennsylvania 19132; 2735 W. Somerset St., Philadelphia, Pennsylvania 19132; 1838 N. 23rd St., Philadelphia, Pennsylvania 19121; 3438 N. 18th St., Philadelphia, Pennsylvania 19140; and 2749 N. Dover St., Philadelphia, Pennsylvania 19132.

Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPOs # [3] Proposed Order # [4] Certificate of Service) Doc #810

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)810). (Krehl, Jessey) Doc #1009

6. Continued Hearing on Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 290 Watson Ave., Coatesville, PA 19320. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #812

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)812). (Krehl, Jessey) Doc #1013

7. Continued Hearing on Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1644-46 Francis Street, Philadelphia, PA 19130. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #837

8. Motion for Relief from Stay. (Fee Paid.) Re: 5634 N 18th St, Philadelphia, PA 19146 and 2110 Latona Street, Philadelphia, PA 19146. Filed by Philip W Crawford on behalf of Creditor 7E CWS Investments, Inc. Doc #1162

9. Motion for Relief from Stay. (Fee Paid.) Re: 1431 N 54th St, Philadelphia, PA 19131. Post-Sale Motion for Relief from Automatic Stay Filed by Tricia A Morra on behalf of Creditor Metropolitan Life Insurance Company Doc #1174

10. Motion to Extend Time to File Claims. Filed by Creditor Lifeng Wu Doc #1177

11. Motion for Relief from Stay. (Fee Paid.) Re: 129 S Redfield St, Philadelphia, PA 19139. Filed by Gavin Stewart on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services, LLC (Attachments: # [1] Affidavit # [2] Exhibit A # [3] Exhibit B # [4] Exhibit C # [5] Exhibit D # [6] Exhibit E) Doc #1200

12. Motion for Relief from Stay, or in the alternative Motion for Adequate Protection. (Fee Paid) Re: 1629 South 55th Street, Philadelphia, PA 19143. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of service) Doc #1209

13. Motion for Relief from Stay. (Verify Fee) Re: 1943 Ashley Rd, Philadelphia, Pennsylvania 19138. Filed by Gavin Stewart on behalf of Creditor Civic Financial Services, LLC, by and through its servicer and attorney-in-fact Servis One, Inc. d/b/a BSI Financial Services (Attachments: # [1] Affidavit # [2] Exhibit A # [3] Exhibit B # [4] Exhibit C # [5] Exhibit D # [6] Exhibit E) Doc #1222

14. Motion for Relief from Stay. (Verify Fee) Re: 1316 S Reese St, Philadelphia, Pennsylvania 19147. Filed by Gavin Stewart on behalf of Creditor Civic Real Estate Holdings III, LLC, by and through its servicer BSI Financial Services (Attachments: # [1] Affidavit # [2] Exhibit A # [3] Exhibit B # [4] Exhibit C # [5] Exhibit D # [6] Exhibit E # [7] Exhibit F) Doc #1223

15. Motion for Relief from Stay. (Fee Paid.) Re: 110 Goldenwood Ave, Brandon, FL 33511. Filed by Matthew B Klein on behalf of Creditor New Roots M Trust Doc #1240

16. Motion for Relief from Stay. (Verify Fee) Re: 3759 N 15th St, Philadelphia, PA 19140. Filed by Gavin Stewart on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services, LLC (Attachments: # [1] Affidavit #

[2] Exhibits) Doc #1261

17. Renewed Motion for Relief from Stay. (Fee Paid.) Re: 2909 W Fountain Blvd., Tampa, FL 33609. Filed by Matthew B Klein on behalf of Creditor Civic Real Estate Holdings III, LLC Doc #1270
18. Motion for Relief from Stay. (Filing Fee Paid) Re: 29 W Logan Street, Philadelphia, PA 19144. Filed by Gavin Stewart on behalf of Creditor TVC Funding IV, LLC (Attachments: # [1] Exhibits) Doc #1301

.

**APPEARANCES:**:

AAPPEARANCES: via zoom: Donna Glick, Gavin Stewart, Jessey Krehl, Jillian Snider, John Elrod, Katie Goodman, Matthew Klein, Sam Kelley, Toni Townsend, Tricia Morra, Lifeng Wu (Mei Tian), Nicole Peair

**RULING:**

1. Continued Hearing on Emergency Motion to Use Cash Collateral for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 361, and 363 of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Use of Cash Collateral; (II) Granting Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling Hearing Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. Doc #50

...Granted (Final) - Order by Krehl...

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Fay Servicing, LLC (related document(s)50). (Morra, Tricia) Doc #235

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor Selene Finance LP (related document(s)50). (Morra, Tricia) Doc #236

... - Response to Debtors Emergency Motion to Use Cash Collateral Filed by Tricia A Morra on behalf of Creditor NewRez, LLC (related document(s)[50]). (Morra, Tricia) Doc #239

2. Continued Hearing on Motion for Relief from Stay. (Fee Paid) Re: 4015 Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven PA 19015; 1205 Rainer Rd., Brookhaven PA 19015; 3922 Elson Rd., Brookhaven PA 19015; 1692 Powell Rd., Brookhaven PA 19015; 1449 Rainer Rd., Brookhaven PA 19015; 1345 Harshaw Rd., Brookhaven PA 19015; 1306 Elson Rd., Brookhaven PA 19015; and 1238 Harshaw Rd., Brookhaven PA 19015. , in addition to Motion for Adequate Protection Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A: Note, Mortgage, and Assignments of Mortgage # [2] Exhibit B: Brokers Price Opinions # [3] Proposed Order # [4] Certificate of Service) Doc #765

...Continued in open court to 1/5/2027 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)765). (Krehl, Jessey) Doc #1011

3. Continued Hearing on Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2077 Wilmot Street, Philadelphia, PA 19124; 5713 Chew Avenue, Philadelphia, PA 19138; 533 E. Maryland Steet, Philadelphia, PA 19144; 304 E. Bringhurst Street, Philadelphia, PA 19144; 5915 McMahon Street, Philadelphia, PA 19144; 2014 Wilmot Street, Philadelphia, PA 19124; 5964 Warrington Avenue, Philadelphia, PA 19143; 5518 Malcolm Street, Philadelphia, PA 19143; 4290 Griscom Street, Philadelphia, PA 19124; and 6614 Chew Avenue, Philadelphia, PA 19119. with Certificate of Service Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A. Note, Mortgage, Assignments # [2] Exhibit B. Broker's Price Opinions # [3] proposed order # [4] Certificate of Service) Doc #771

...Continued in open court to 1/5/2027 at 3:30 p.m. - no further notice will be given...

4. Continued Hearing on Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 170 E. Meehan Avenue, Philadelphia, PA 19119; 2300 N. 15th Street, Philadelphia, PA 19132; and 2336 N. 19th Street, Philadelphia, PA 19132. with certificate of service Filed by Laura E Noyes on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A. Note, Mortgage and Assignment of Mortgage # [2] Exhibit B. Broker's Price Opinion # [3] proposed order # [4] certificate of service) Doc #798

...Continued in open court to 1/5/2027 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)798). (Krehl, Jessey) Doc #1012

5. Continued Hearing on Motion for Adequate Protection , or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 2521 N Cleveland St., Philadelphia, Pennsylvania 19132; 2714 N. Croskey St., Philadelphia, Pennsylvania 19132; 2735 W. Somerset St., Philadelphia, Pennsylvania 19132; 1838 N. 23rd St., Philadelphia, Pennsylvania 19121; 3438 N. 18th St., Philadelphia, Pennsylvania 19140; and 2749 N. Dover St., Philadelphia, Pennsylvania 19132.
Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for U.S. Bank National Association as Trustee of Greene Street Funding Trust II (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPOs # [3] Proposed Order # [4] Certificate of Service) Doc #810

...Continued in open court to 1/5/2027 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)810). (Krehl, Jessey) Doc #1009

6. Continued Hearing on Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 290 Watson Ave., Coatesville, PA 19320. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A, Loan Docs # [2] Exhibit B, BPO # [3] Proposed Order # [4] Certificate of Service) Doc #812

...Continued in open court to 1/5/2027 at 3:30 p.m. - no further notice will be given...

... - Response to Motion for Relief from Stay Filed by Jessey James Krehl on behalf of Debtor RAD Diversified REIT, Inc. (related document(s)812). (Krehl, Jessey) Doc #1013

7. Continued Hearing on Motion for Adequate Protection, or in the alternative Motion for Relief from Stay. (Fee Paid) Re: 1644-46 Francis Street, Philadelphia, PA 19130. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of Service) Doc #837

...Continued in open court to 1/5/2027 at 3:30 p.m. - no further notice will be given...

8. Motion for Relief from Stay. (Fee Paid.) Re: 5634 N 18th St, Philadelphia, PA 19146 and 2110 Latona Street, Philadelphia, PA 19146. Filed by Philip W Crawford on behalf of Creditor 7E CWS Investments, Inc. Doc #1162

...Granted - Order by Snider...

9. Motion for Relief from Stay. (Fee Paid.) Re: 1431 N 54th St, Philadelphia, PA 19131. Post-Sale Motion for Relief from Automatic Stay Filed by Tricia A Morra on behalf of Creditor Metropolitan Life Insurance Company Doc #1174

...Granted - Order by Morra...

10. Motion to Extend Time to File Claims. Filed by Creditor Lifeng Wu Doc #1177

...Granted - Order by Krehl...

11. Motion for Relief from Stay. (Fee Paid.) Re: 129 S Redfield St, Philadelphia, PA 19139. Filed by Gavin Stewart on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services, LLC (Attachments: # [1] Affidavit # [2] Exhibit A # [3] Exhibit B # [4] Exhibit C # [5] Exhibit D # [6] Exhibit E) Doc #1200

...Granted - Order by Stewart...

12. Motion for Relief from Stay, or in the alternative Motion for Adequate Protection. (Fee Paid) Re: 1629 South 55th Street, Philadelphia, PA 19143. Filed by Laura E Noyes on behalf of Creditor Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2026-NPL1 (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Proposed Order # [4] Certificate of service) Doc #1209

...Granted - Order by Noyes / Glick...

13. Motion for Relief from Stay. (Verify Fee) Re: 1943 Ashley Rd, Philadelphia, Pennsylvania 19138. Filed by Gavin Stewart on behalf of Creditor Civic Financial Services, LLC, by and through its servicer and attorney-in-fact Servis One, Inc. d/b/a BSI Financial Services (Attachments: # [1] Affidavit # [2] Exhibit A # [3] Exhibit B # [4] Exhibit C # [5] Exhibit D # [6] Exhibit E) Doc #1222

...Granted - Order by Stewart...

14. Motion for Relief from Stay. (Verify Fee) Re: 1316 S Reese St, Philadelphia, Pennsylvania 19147. Filed by Gavin Stewart on behalf of Creditor Civic Real Estate Holdings III, LLC, by and through its servicer BSI Financial Services (Attachments: # [1] Affidavit # [2] Exhibit A # [3] Exhibit B # [4] Exhibit C # [5] Exhibit D # [6] Exhibit E # [7] Exhibit F) Doc #1223

...Granted - Order by Stewart...

15. Motion for Relief from Stay. (Fee Paid.) Re: 110 Goldenwood Ave, Brandon, FL 33511. Filed by Matthew B Klein on behalf of Creditor New Roots M Trust Doc #1240

...Granted - Order by Klein...

16. Motion for Relief from Stay. (Verify Fee) Re: 3759 N 15th St, Philadelphia, PA 19140. Filed by Gavin Stewart on behalf of Creditor BSI Financial Services as servicer for Civic Financial Services, LLC (Attachments: # [1] Affidavit # [2] Exhibits) Doc #1261

...Granted - Order by Stewart...

17. Renewed Motion for Relief from Stay. (Fee Paid.) Re: 2909 W Fountain Blvd., Tampa, FL 33609. Filed by Matthew B Klein on behalf of Creditor Civic Real Estate Holdings III, LLC Doc #1270

...Granted - Order by Klein...

18. Motion for Relief from Stay. (Filing Fee Paid) Re: 29 W Logan Street, Philadelphia, PA 19144. Filed by Gavin Stewart on behalf of Creditor TVC Funding IV, LLC (Attachments: # [1] Exhibits) Doc #1301

...Granted - Order by Stewart...

For remote attendance at hearings by video or telephone via Zoom, parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.