**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

RAD DIVERSIFIED REIT, INC., *et al.*,

Debtors.

Case No. 8:26-bk-01636-CPM
Chapter 11

_____________________________________/

**PROOF OF SERVICE**

I HEREBY CERTIFY that on November 13, 2026, the Court entered a Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay on each of the following: Doc. No. 1384 (re: 4835 N. Marvine Street, Philadelphia, Pennsylvania 19141; Doc. No. 1324); Doc. No. 1385 (re: 1835 Ashley Street, Philadelphia, Pennsylvania 19126; Doc. No. 1325); Doc. No. 1386 (re: 1823 72nd Avenue, Philadelphia, Pennsylvania 19126; Doc. No. 1326); Doc. No. 1387 (re: 1117 S. Wilton Street, Philadelphia, Pennsylvania 19143; Doc. No. 1327); Doc. No. 1388 (re: 31 N. 53rd Street, Philadelphia, Pennsylvania 19139; Doc. No. 1328); and Doc. No. 1389 (re: 24 S. Salford Street, Philadelphia, Pennsylvania 19139; Doc. No. 1329) (collectively, the "Orders"). The Orders were entered via the CM/ECF system, which sent notification of the filing to all registered users in this case, and service of the Orders was made via U.S. Mail on November 18, 2026 to the following: RAD Diversified REIT, Inc., 11418 US-19 N., Port Richey, FL 34668.

Dated: November 18, 2026.

Respectfully submitted,

/s/ Joseph F. Southron, Esq.

Joseph F. Southron, Esq.
Florida Bar No. 0122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Phone: (813) 773-5105
Fax: (813) 773-5105
joe@southronfirm.com
eservice@southronfirm.com
*Attorney for Creditors Wilmington Savings Fund Society, FSB, solely as Trustee for Residential Mortgage Aggregation Trust, and Toorak Capital Partners LLC*