**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638CPM |
| DHI Holdings, LP; and | Case No. 8:26-bk-01639CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640CPM |
| Debtors. | |
| _______________________________/ | |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM/AGENCY

The undersigned counsel, pursuant to Local Rule 2091-2(e), gives notice that Sasha Funk Granai substitutes in for Ellen K. Lyons as counsel of record for the Office of the Attorney General, State of Florida. By signing below, undersigned counsel represents that the Office of the Attorney General, State of Florida has been informed and consents to this substitution of counsel.

Dated: November 18, 2026

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

***/s/ Ellen K. Lyons***
Ellen K. Lyons, FBN 57819
Special Counsel, Asst. Attorney General
Email: Ellen.Lyons@myfloridalegal.com
Office of the Attorney General,
State of Florida
Department of Legal Affairs
Consumer Protection Division
3507 E. Frontage Road, Suite 325
Tampa, Florida 33607
Telephone (813) 287-7950
Facsimile (813) 281-5515

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served on November 18, 2026, on all parties appearing electronically via CM/ECF.