P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

# Statement of Account

Last statement: September 30, 2026
This statement: October 31, 2026
Total days in statement period: 31
[redacted]748-6 031 165
Page 1 of 10

Direct inquiries to:
888-796-6887

RAD DIVERSIFIED REIT, INC.
DEBTOR IN POSSESSION
3155 ROSWELL RD NE, SUITE 120
ATLANTA GA 30305-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Preferred Business Checking | [redacted]748-6 | $33,039.47 |

PINNACLE BANK (TN) DBA SYNOVUS BANK

## Preferred Business Checking

Account Number [redacted]748-6

| | | | |
|---|---|---|---|
| Beginning balance | 128,696.17 | | |
| Deposits/Credits | 456,041.51 | Low balance | 32,447.91 |
| Withdrawals/Debits | 551,698.21 | Average balance | 94,463.27 |
| Ending balance | 33,039.47 | Average collected balance | 94,458.00 |

### Checks

| Number | Date | Amount |
|---|---|---|
| 1001 | 10/22 | 1,076.71 |
| 1002 | 10/22 | 128.64 |
| 1003 | 10/22 | 127.78 |
| 1004 | 10/22 | 126.81 |

*** Skip in check sequence**

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-01 | Preauthorized Wd | PGW WEBPAY UTILITY 261001 | 83.26 |
| 10-01 | Preauthorized Wd | RAD Diversified ACH Paymen 261001 | 2,500.00 |
| 10-01 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 261001 | 48.39 |
| 10-01 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261001 | 49.00 |
| 10-01 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 261001 | 62.84 |
| 10-01 | Preauthorized Wd | RAD Diversified Settlement 261001 000028228653002 | 200.00 |
| 10-02 | Preauthorized Wd | INVOICE CLOUD WEBPAYMENT 261002 3126210 | 1.85 |
| 10-02 | Preauthorized Wd | PASCO COUNTY FL UTILITIES 261002 3126207 | 132.19 |
| 10-02 | Preauthorized Wd | RAD Diversified Settlement 261002 000028255541682 | 600.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]-748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-02 | Preauthorized Wd | RAD Diversified ACH Paymen 261002 | 1,894.67 |
| 10-05 | Maintenance Fee | GW ACH MO SVC FEE | 30.00 |
| 10-05 | Maintenance Fee | GW WIRE MO SVC FEE | 30.00 |
| 10-05 | Preauthorized Wd | AIS INC APFINSSVCS 261005 4310235 | 1,038.00 |
| 10-05 | Preauthorized Wd | APPFOLIO SAAS 261005 4173214 | 2,172.02 |
| 10-05 | Preauthorized Wd | RAD Diversified Settlement 261005 000028273774846 | 2,934.67 |
| 10-05 | Preauthorized Wd | GOOGLE PURCHASE 261005 US004E5UWS | 3,225.60 |
| 10-06 | Preauthorized Wd | RAD Diversified Return 261006 000028288822002 | 1,471.00 |
| 10-06 | Preauthorized Wd | RAD Diversified Settlement 261006 000028302325450 | 3,100.00 |
| 10-06 | Preauthorized Wd | RAD Diversified ICPmts 261006 | 7,275.00 |
| 10-07 | Preauthorized Wd | RAD Diversified ACH Paymen 261007 | 2,500.00 |
| 10-07 | Preauthorized Wd | CITYOFPHILA WATER 261007 | 11,623.50 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 49.39 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 51.75 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 53.66 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 64.10 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 72.69 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 76.38 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 156.29 |
| 10-08 | Preauthorized Wd | RAD Diversified Settlement 261008 000028322191618 | 250.00 |
| 10-08 | Preauthorized Wd | CITYOFPHILA WATER 261008 | 4,103.55 |
| 10-09 | Preauthorized Wd | RAD Diversified Return 261009 000028324807202 | 3,500.00 |
| 10-09 | Preauthorized Wd | RAD Diversified Settlement 261009 000028330761334 | 2,118.98 |
| 10-13 | Dom Wire Out Online | Pack Law, P.A.CITI NK, N.A. 20261013F1QCZ70C00 0324 | 43,382.87 |
| 10-13 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 10-13 | Dom Wire Out Online | Greenberg TraurigW LS FARGOFILE NUMBE R: 244923.010100 20261013F1QCZ70C00 0335 | 146,009.10 |
| 10-13 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 10-13 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261013 | 69.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]-748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-13 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261013 | 69.00 |
| 10-13 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261013 | 69.00 |
| 10-13 | Preauthorized Wd | RAD Diversified Settlement 261013 000028340721142 | 250.00 |
| 10-13 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261013 | 49.00 |
| 10-14 | Preauthorized Wd | SHOWMOJO SHOWMOJO 261014 ST-K1K2N8G9T5H0 | 160.79 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 70.64 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 70.64 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 1,797.32 |
| 10-14 | Preauthorized Wd | RAD Diversified ACH Paymen 261014 | 1,894.67 |
| 10-14 | Preauthorized Wd | RAD Diversified ICPmts 261014 | 7,275.00 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 37.00 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 46.82 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 48.73 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 54.42 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 83.70 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 94.06 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 218.97 |
| 10-14 | Preauthorized Wd | CITYOFPHILA WATER 261014 | 11,802.19 |
| 10-15 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261015 | 69.00 |
| 10-15 | Preauthorized Wd | RAD Diversified ACH Paymen 261015 | 201.50 |
| 10-15 | Preauthorized Wd | RAD Diversified Settlement 261015 000028369794482 | 475.00 |
| 10-16 | Preauthorized Wd | RAD Diversified Return 261016 000028373114546 | 500.00 |
| 10-16 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261016 | 706.86 |
| 10-16 | Preauthorized Wd | RAD Diversified Settlement 261016 000028378861814 | 4,890.44 |
| 10-16 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261016 | 247.22 |
| 10-19 | Dom Wire Out Online | YIPCPAFIRST HORIZO BANK 20261019F1QCZ70C00 1714 | 175,298.90 |
| 10-19 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-19 | Preauthorized Wd | REINSUREPRO PURCHASE 261019 | 377.70 |
| 10-19 | Preauthorized Wd | REINSUREPRO PURCHASE 261019 | 794.22 |
| 10-19 | Preauthorized Wd | REINSUREPRO PURCHASE 261019 | 1,162.84 |
| 10-19 | Preauthorized Wd | RAD Diversified Settlement 261019 000028387690570 | 350.00 |
| 10-20 | Dom Wire Out Online | YIPCPAFIRST HORIZO BANK 20261020F1QCZ70C00 0062 | 41,900.10 |
| 10-20 | Service Charge | DOM WIRE OUT ONLIN | 18.00 |
| 10-20 | Preauthorized Wd | RAD Diversified ICPmts 261020 | 7,275.00 |
| 10-21 | Preauthorized Wd | RAD Diversified Settlement 261021 000028409939334 | 450.00 |
| 10-21 | Preauthorized Wd | RAD Diversified ACH Paymen 261021 | 4,500.00 |
| 10-21 | Preauthorized Wd | CITYOFPHILA WATER 261021 | 11,814.88 |
| 10-22 | Preauthorized Wd | REINSUREPRO NREIG 261022 | 258.27 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 102.38 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 115.85 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 145.01 |
| 10-22 | Preauthorized Wd | RAD Diversified Settlement 261022 000028416855518 | 250.00 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 38.84 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 80.28 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 82.72 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 85.12 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 85.30 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 87.06 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 93.99 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 94.64 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 145.55 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 182.67 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 199.07 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 252.93 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]-748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-22 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261022 | 76.25 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 84.64 |
| 10-22 | Preauthorized Wd | CITYOFPHILA WATER 261022 | 224.40 |
| 10-22 | Preauthorized Wd | PHILA26 L&I GOVSERVICE 261022 | 259.28 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 37.55 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 48.86 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 59.58 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 62.71 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 68.05 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 81.83 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 87.74 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 90.59 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 116.82 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 182.86 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 188.26 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 240.88 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 271.19 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 447.99 |
| 10-23 | Preauthorized Wd | RAD Diversified Settlement 261023 000028423909694 | 2,000.00 |
| 10-23 | Preauthorized Wd | CITYOFPHILA WATER 261023 | 355.78 |
| 10-26 | Preauthorized Wd | INTUIT * QBooks Onl 261026 1385819 | 340.00 |
| 10-26 | Preauthorized Wd | STORMWATER AUTH ONLINE PMT 261026 | 34.50 |
| 10-26 | Preauthorized Wd | PSN*UWCHLAN TOWN PURCHASE 261023 | 151.50 |
| 10-26 | Preauthorized Wd | PGW WEBPAY UTILITY 261026 | 20.16 |
| 10-26 | Preauthorized Wd | DUKEENERGY BILL PAY 261026 | 30.80 |
| 10-26 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 261026 | 49.11 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 61.12 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]-748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-26 | Preauthorized Wd | PECO ENERGY COMP BILLPAY 261026 | 66.71 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 81.57 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 84.03 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 88.10 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 99.84 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 135.36 |
| 10-26 | Preauthorized Wd | INTUIT * QBooks Onl 261026 1745434 | 140.00 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 147.80 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 245.99 |
| 10-26 | Preauthorized Wd | INTUIT * QBooks Onl 261026 1745204 | 340.00 |
| 10-26 | Preauthorized Wd | INTUIT * QBooks Onl 261026 1745197 | 340.00 |
| 10-26 | Preauthorized Wd | CITYOFPHILA WATER 261026 | 580.67 |
| 10-26 | Preauthorized Wd | RAD Diversified Settlement 261026 000028432706026 | 2,578.72 |
| 10-27 | Preauthorized Wd | JP Southwest De SDCMCUTILI 261027 T20022157 | 1,724.22 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 70.38 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 119.55 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 170.42 |
| 10-27 | Preauthorized Wd | RAD Diversified ICPmts 261027 | 7,275.00 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 30.82 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 30.86 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 30.88 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 43.96 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 66.97 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 74.06 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 84.40 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 103.65 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 109.60 |

P.O. Box 2646-R, Columbus, GA 31902
SYNOVUS®

October 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 125.72 |
| 10-27 | Preauthorized Wd | CITYOFPHILA WATER 261027 | 168.85 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 23.94 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 32.14 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 37.97 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 45.74 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 52.19 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 54.00 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 56.11 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 80.80 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 113.84 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 135.10 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 180.14 |
| 10-28 | Preauthorized Wd | CITYOFPHILA WATER 261028 | 243.43 |
| 10-28 | Preauthorized Wd | RAD Diversified ACH Paymen 261028 | 2,339.81 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 127.27 |
| 10-29 | Preauthorized Wd | RAD Diversified Settlement 261029 000028464155882 | 6,000.00 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 91.50 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 95.60 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 106.59 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 154.73 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 159.97 |
| 10-29 | Preauthorized Wd | CITYOFPHILA WATER 261029 | 168.76 |
| 10-30 | Preauthorized Wd | CITYOFPHILA WATER 261030 | 94.71 |
| 10-30 | Preauthorized Wd | CITYOFPHILA WATER 261030 | 205.70 |
| 10-30 | Preauthorized Wd | CITYOFPHILA WATER 261030 | 400.61 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-01 | Preauthorized Credit | DELAWARE COUNTY HCVOA 261001 | 984.00 |
| 10-01 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261001 | 2,179.24 |
| 10-01 | Preauthorized Credit | RAD Diversified Settlement 261001 000028228102214 | 3,237.50 |
| 10-02 | Preauthorized Credit | RAD Diversified Settlement 261002 000028233978054 | 4,930.75 |
| 10-02 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261002 | 2,782.04 |
| 10-05 | Preauthorized Credit | PayNearMe EDI PYMNTS 261005 631831701423282 | 350.00 |
| 10-05 | Preauthorized Credit | RAD Diversified Settlement 261005 000028280413518 | 2,874.77 |
| 10-05 | Preauthorized Credit | RAD Diversified Settlement 261005 000028257290378 | 5,048.16 |
| 10-05 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261005 | 10,036.00 |
| 10-05 | Preauthorized Credit | FLEX Rent appfolio Appfolio-xYqAnm | 880.00 |
| 10-06 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-5hiEuB | 1,679.55 |
| 10-06 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-Laz84G | 2,371.94 |
| 10-06 | Preauthorized Credit | RAD Diversified Settlement 261006 000028284980902 | 7,340.00 |
| 10-06 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261006 | 8,176.50 |
| 10-06 | Preauthorized Credit | FLEX Rent appfolio Appfolio-J9dgVz | 2,000.00 |
| 10-07 | Preauthorized Credit | PayNearMe EDI PYMNTS 261007 861107321003694 | 480.00 |
| 10-07 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-MoW1g9 | 700.00 |
| 10-07 | Preauthorized Credit | COLUMN*FLEXIBLE RENT Flex Rent Payment appfolio Appfolio-aoggZz | 793.47 |
| 10-07 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261007 | 2,266.25 |
| 10-07 | Preauthorized Credit | RAD Diversified Settlement 261007 000028303101682 | 4,275.00 |
| 10-08 | Preauthorized Credit | PayNearMe EDI PYMNTS 261008 797695027775156 | 1,285.50 |
| 10-08 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261008 | 6,088.93 |
| 10-09 | Preauthorized Credit | PUBLIC HEALTH MA PAYMENTJNL 261009 V60644 | 2,105.03 |
| 10-09 | Preauthorized Credit | RAD Diversified Settlement 261009 000028323312822 | 5,489.31 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-13 | Transfer | REF 2850850L FUNDS TRANSFER FRM DEP XXXXXX8249 FROM ONLINE FUNDS TRANSFER VIA | 150,000.00 |
| 10-13 | Preauthorized Credit | RAD Diversified Settlement 261013 000028339855822 | 42.00 |
| 10-13 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261013 | 3,137.20 |
| 10-14 | Preauthorized Credit | RAD Diversified Settlement 261014 000028348452738 | 500.00 |
| 10-14 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261014 | 2,689.00 |
| 10-16 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261016 | 2,397.10 |
| 10-16 | Preauthorized Credit | URBAN AFFAIRS CO PAYMENTS RMR*IV*RAP5967631967630826A*PI*5849. 21 | 5,849.21 |
| 10-19 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261019 | 750.00 |
| 10-19 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261019 | 1,064.95 |
| 10-19 | Preauthorized Credit | RAD Diversified Settlement 261019 000028383804818 | 2,200.00 |
| 10-19 | Transfer | REF 2920925L FUNDS TRANSFER FRM DEP XXXXXX8249 FROM ONLINE FUNDS TRANSFER VIA | 175,000.00 |
| 10-20 | Preauthorized Credit | RAD Diversified Settlement 261020 000028394420370 | 500.00 |
| 10-20 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261020 | 2,610.00 |
| 10-20 | Deposit | | 112.48 |
| 10-21 | Preauthorized Credit | PayNearMe EDI PYMNTS 261021 562478987533756 | 400.00 |
| 10-21 | Preauthorized Credit | RAD Diversified Settlement 261021 000028409526778 | 1,800.00 |
| 10-22 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261022 | 285.00 |
| 10-22 | Preauthorized Credit | RAD Diversified Settlement 261022 000028413754806 | 2,495.00 |
| 10-23 | Preauthorized Credit | RAD Diversified Settlement 261023 000028420041054 | 457.00 |
| 10-26 | Preauthorized Credit | RAD Diversified Settlement 261026 000028432331882 | 1,065.00 |
| 10-26 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261026 | 2,280.00 |
| 10-26 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261026 | 2,351.70 |
| 10-26 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261026 | 2,994.05 |
| 10-27 | Preauthorized Credit | RAD Diversified Settlement 261027 000028443682366 | 1,440.00 |
| 10-27 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261027 | 5,920.88 |
| 10-28 | Preauthorized Credit | RAD Diversified Settlement 261028 000028450160422 | 1,150.00 |

P.O. Box 2646-R, Columbus, GA 31902

SYNOVUS®

October 31, 2026
[redacted]748-6
RAD DIVERSIFIED REIT, INC.

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 10-29 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261029 | 2,053.00 |
| 10-29 | Preauthorized Credit | RAD Diversified Settlement 261029 000028457512022 | 5,094.00 |
| 10-30 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261030 | 350.00 |
| 10-30 | Preauthorized Credit | APPFOLIO SV9T 8666481536 261030 | 700.00 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 128,696.17 | 10-13 | 118,826.56 | 10-22 | 38,370.50 |
| 10-01 | 132,153.42 | 10-14 | 98,360.61 | 10-23 | 34,486.81 |
| 10-02 | 137,237.50 | 10-15 | 97,615.11 | 10-26 | 37,561.58 |
| 10-05 | 146,996.14 | 10-16 | 99,516.90 | 10-27 | 34,693.12 |
| 10-06 | 156,718.13 | 10-19 | 100,530.19 | 10-28 | 32,447.91 |
| 10-07 | 151,109.35 | 10-20 | 54,559.57 | 10-29 | 32,690.49 |
| 10-08 | 153,605.97 | 10-21 | 39,994.69 | 10-30 | 33,039.47 |
| 10-09 | 155,581.33 | | | | |

| Checks and Debits Outstanding | | |
|---|---|---|
| Check No. | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

## BALANCING YOUR CHECKBOOK

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement $___________

(5) Add (+) deposits not shown on this statement (if any) +___________

$___________

(6) Subtract(-) checks and/or other outstanding debits -___________

(7) Balance should equal the balance in your checkbook $___________

---

If your account does not balance, please check the following:

- Have you added and subtracted correctly both in your checkbook register and in steps 3-6 above?
- Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?
- Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?
- Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?
- Have you carried the correct balance forward from one checkbook register page to the next?
- Are you sure that all items you show as outstanding are not on this statement or any previous statement?

## ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

- Internet Banking
- Mobile Banking
- Touchtone Banking

Information on these convenient options is available from your banker and through our website.

## ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

## ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

## ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.