TRANZON DRIGGERS · SOLDNOW, LLC · TRANZON ALDERFER

Prepared for the Office of the U.S. Trustee and the Debtor

# RAD Diversified: Monthly Property Activity Report

Reporting period: October 1 to October 31, 2026

Prepared November 2, 2026

In re RAD Diversified REIT, Inc., Case No. 8:26-bk-01636-CPM

U.S. Bankruptcy Court, M.D. Florida (Tampa Division)

| 15 | 19 | 3 | 15 | 24 |
|---|---|---|---|---|
| LOTS UNDER CONTRACT | LOTS RETURNED TO LENDER | SALES CLOSED | LOTS SCHEDULED FOR NOVEMBER | PROPERTIES TENTATIVELY PLANNED FOR LATE NOV / DEC |

October centered on the October 13 to 15 online auction, where bidding closed on 34 lots covering 48 properties across Greater Philadelphia. Of those, 15 lots (17 properties) went under contract at $1,309,471 in high bids ($1,440,418 with the buyer's premium), and 19 lots (31 properties) closed below the secured lender's number and were returned to the lenders: 25 properties to Binomial, 4 to WSFS and 2 to Kiavi. Three sales closed: 11501 Minnieola Drive (October 15) and the two Linmore Avenue listings (October 30). Two new sale motions were filed, and 15 lots are scheduled for the November online auction.

## 1 AUCTION RESULTS

Bidding ended October 13 to 15, 2026

The auction ran under file nos. DG26045 to DG26079. 7307 Kinglet Pl (Kiavi) was removed before the sale after stay relief was granted, so 34 of the 35 advertised lots were offered. 3305 Gransback St received no bids on October 13, was re-offered and went under contract on October 15. A total of 1,123 bids were placed.

| AUCTION DAY | LOTS OFFERED | PROPERTIES | UNDER CONTRACT | HIGH BIDS, UNDER CONTRACT | RETURNED TO LENDER |
|---|---|---|---|---|---|
| Tue, Oct 13: properties with no mortgage lender | 11 | 13 | 11 | $743,301 | 0 |
| Wed, Oct 14: lender lots (Kiavi, Binomial, WSFS) | 10 | 10 | 1 | $68,670 | 9 |
| Thu, Oct 15: Binomial lots and packages, plus Gransback | 13 | 25 | 3 | $497,500 | 10 |
| **TOTAL** | **34** | **48** | **15** | **$1,309,471** | **19** |

### Under contract: 15 lots, 17 properties

| DAY | FILE NO. | PROPERTY | OWNER / LENDER | HIGH BID | CONTRACT |
|---|---|---|---|---|---|
| Oct 13 | DG26045 | 1331 W Silver St, Philadelphia | DDH Fund, LLC | $30,500 | $33,550 |
| Oct 13 | DG26046 | 2016 W Boston St, Philadelphia | DDH Fund, LLC | $41,000 | $45,100 |
| Oct 13 | DG26047 | 3013 N Lambert St, Philadelphia | DDH Fund, LLC | $37,000 | $40,700 |
| Oct 13 | DG26048 | 2627 N 23rd St, Philadelphia | RAD Diversified | $25,500 | $28,050 |
| Oct 13 | DG26049 | 3850 N 18th St (3-unit), Philadelphia | DDH Fund, LLC | $137,300 | $151,030 |
| Oct 13 | DG26051 | 2056 Haines St, Philadelphia | DDH Fund, LLC | $126,001 | $138,601 |
| Oct 13 | DG26052 | 6661 Cornelius St, Philadelphia | DHI Holdings, LP | $63,000 | $69,300 |
| Oct 13 | DG26053 | 404 N Wanamaker St, Philadelphia | RAD Diversified | $47,000 | $51,700 |
| Oct 13 | DG26054 | 6408 Carlton St, Philadelphia | RAD Diversified | $46,000 | $50,600 |
| Oct 13 | DG26055 | 326 Valley Rd, Coatesville | RAD Diversified | $60,000 | $66,000 |
| Oct 13 | DG26056 | Package: 3 Glenmore Ave rowhomes<br>*Includes 5310, 5334 and 5340 Glenmore Ave, Philadelphia* | RAD Diversified | $130,000 | $143,000 |
| Oct 14 | DG26060 | 2030 E Lehigh Ave (vacant lot), Philadelphia | Kiavi Funding, Inc. | $68,670 | $75,537 |
| Oct 15 | DG26077 | 151 Bryn Mawr Ave, Lansdowne | Binomial (Fay) | $247,500 | $272,250 |
| Oct 15 | DG26079 | 3640 Morrell Ave, Philadelphia | Binomial (Fay) | $215,500 | $237,050 |
| Oct 15 | DG26050 | 3305 Gransback St, Philadelphia (re-offered) | DDH Fund, LLC | $34,500 | $37,950 |
| **TOTAL UNDER CONTRACT** | | | | **$1,309,471** | **$1,440,418** |

The three lots with a secured lender that went under contract (Lehigh, Bryn Mawr and Morrell) cleared the lender's number. Contract price is the high bid plus the 10% buyer's premium.

### Returned to lender: 19 lots, 31 properties

| DAY | FILE NO. | PROPERTY | LENDER (SERVICER) | HIGH BID |
|---|---|---|---|---|
| Oct 14 | DG26057 | 6439 N Beechwood St, Philadelphia | Kiavi Funding, Inc. | $32,000 |
| Oct 14 | DG26058 | 1336 E Rittenhouse St, Philadelphia | Kiavi Funding, Inc. | $50,000 |
| Oct 14 | DG26061 | 509 N 63rd St, Philadelphia | Binomial (Selene) | $95,000 |
| Oct 14 | DG26062 | 1353 Sellers St, Philadelphia | Binomial (Selene) | $45,000 |

TRANZON DRIGGERS · SOLDNOW, LLC · TRANZON ALDERFER

Prepared for the Office of the U.S. Trustee and the Debtor

# RAD Diversified: Monthly Property Activity Report

Reporting period: October 1 to October 31, 2026

Prepared November 2, 2026

In re RAD Diversified REIT, Inc., Case No. 8:26-bk-01636-CPM

U.S. Bankruptcy Court, M.D. Florida (Tampa Division)

| DAY | FILE NO. | PROPERTY | LENDER (SERVICER) | HIGH BID |
|---|---|---|---|---|
| Oct 14 | DG26063 | 2067 E Chelten Ave, Philadelphia | Binomial (Selene) | $50,000 |
| Oct 14 | DG26064 | 249 E Haines St, Philadelphia | WSFS (RCO Trust XI-A) | $107,000 |
| Oct 14 | DG26065 | 4994 W Thompson St, Philadelphia | WSFS (RCO Trust XI-A) | $37,500 |
| Oct 14 | DG26066 | 2526 N 19th St, Philadelphia | WSFS (RCO Trust XI-A) | $52,000 |
| Oct 14 | DG26067 | 5821 Chester Ave, Philadelphia | WSFS (RCO Trust XI-A) | $83,000 |
| Oct 15 | DG26068 | Package: 3 Chester properties | Binomial (Shellpoint) | $210,500 |
| | | *Includes 940 Highland Ave, 1026 Kerlin St and 1105 Madison St, Chester* | | |
| Oct 15 | DG26069 | Package: 3 Chester properties | Binomial (Shellpoint) | $208,000 |
| | | *Includes 1116 Parker St, 339 Taylor Ter and 417 E 20th St, Chester* | | |
| Oct 15 | DG26070 | Package: 4 Philadelphia properties | Binomial (Shellpoint) | $215,000 |
| | | *Includes 4141 Cambridge St, 2113 Simon St, 6113 McMahon St and 2539 W Gordon St* | | |
| Oct 15 | DG26071 | Package: 6 Philadelphia properties | Binomial (Fay) | $376,000 |
| | | *Includes 1435 N Hobart St, 5224 Westminster Ave, 6030 Media St, 1037 S 52nd St, 5350 Chancellor St and 5312 Chestnut St* | | |
| Oct 15 | DG26072 | 5520 Bloyd St, Philadelphia | Binomial (Fay) | $60,000 |
| Oct 15 | DG26073 | 1424 N 62nd St, Philadelphia | Binomial (Fay) | $81,500 |
| Oct 15 | DG26074 | 1721 N Lindenwood St, Philadelphia | Binomial (Fay) | $88,000 |
| Oct 15 | DG26075 | 5404 W Thompson St (triplex), Philadelphia | Binomial (Fay) | $115,000 |
| Oct 15 | DG26076 | 3517 W Allegheny Ave, Philadelphia | Binomial (Fay) | $197,000 |
| Oct 15 | DG26078 | 1835 S Taylor St, Philadelphia | Binomial (Fay) | $122,500 |
| **TOTAL RETURNED** | | | | **$2,225,000** |

High bids on returned lots fell below the secured lender's number and are shown for reference only; these properties were not sold.

## 2 CLOSINGS

Settled in October 2026

| CLOSED | PROPERTY | FILE NO. | HIGH BID | CONTRACT | NOTES |
|---|---|---|---|---|---|
| Oct 15 | 11501 Minnieola Dr, New Port Richey, FL | DG26033-2 | $320,000 | $352,000 | Disbursement of funds delayed pending the lender's wiring instructions |
| Oct 30 | 5538 and 5540 Linmore Ave, Philadelphia, PA | DG26034-1 | $101,000 | $111,100 | Confirmed Sep 30 (Doc 1198); buyer Yikonboss, LLC |
| Oct 30 | 5544 Linmore Ave, Philadelphia, PA | DG26034-2 | $50,500 | $55,550 | Confirmed Sep 30 (Doc 1198); buyer Yikonboss, LLC |

## 3 UNDER CONTRACT AT OCTOBER 31

33 listings

| PROPERTY | FILE NO. | AUCTION ENDED | HIGH BID | CONTRACT | STATUS |
|---|---|---|---|---|---|
| October 13 to 15 auction: 15 lots under contract (17 properties), itemized in Section 1 | DG26045 to DG26079 | Oct 13 to 15 | $1,309,471 | $1,440,418 | Under contract; closing pending |
| Philadelphia and Aston vacant lots (18 listings) | DG26025 | Jul 1 | $50,000 | $55,000 | Under contract; closing pending |

Contract price is the high bid plus the 10% buyer's premium.

# RAD Diversified: Monthly Property Activity Report

Reporting period: October 1 to October 31, 2026 Prepared November 2, 2026



## 4 SCHEDULED FOR THE NOVEMBER ONLINE AUCTION

15 lots

The eight Doc 1260 properties (Kiavi and NewRez) close November 17 and the six Lima One properties close November 18, 15 minutes apart from 11:00 AM ET; bidding opens seven days before each close, with a $25,000 opening bid and $2,500 increments. The Middleton, Tennessee property, a leased home with barns on about 20 acres owned free and clear by RAD, closes November 18 at 2:00 PM CT.

| LOT | PROPERTY | LENDER | SALE MOTION | BIDDING OPENS (ET) | BIDDING CLOSES (ET) |
|---|---|---|---|---|---|
| 1 | 5166 Viola St, Philadelphia | NewRez / Shellpoint | Doc 1260 | Nov 10, 11:00 AM | Nov 17, 11:00 AM |
| 2 | 1745 N Wilton St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 11:15 AM | Nov 17, 11:15 AM |
| 3 | 340 W Berkley St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 11:30 AM | Nov 17, 11:30 AM |
| 4 | 5533 Bloyd St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 11:45 AM | Nov 17, 11:45 AM |
| 5 | 8609 Bayard St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 12:00 PM | Nov 17, 12:00 PM |
| 6 | 436 N Wilton St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 12:15 PM | Nov 17, 12:15 PM |
| 7 | 4047 N 6th St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 12:30 PM | Nov 17, 12:30 PM |
| 8 | 4147 N 9th St, Philadelphia | Kiavi | Doc 1260 | Nov 10, 12:45 PM | Nov 17, 12:45 PM |
| 9 | 4182 Paul St, Philadelphia | Lima One | Lima One motion | Nov 11, 11:00 AM | Nov 18, 11:00 AM |
| 10 | 5332 Lena St, Philadelphia | Lima One | Lima One motion | Nov 11, 11:15 AM | Nov 18, 11:15 AM |
| 11 | 5743 N Beechwood St, Philadelphia | Lima One | Lima One motion | Nov 11, 11:30 AM | Nov 18, 11:30 AM |
| 12 | 2737 W Eyre St, Philadelphia | Lima One | Lima One motion | Nov 11, 11:45 AM | Nov 18, 11:45 AM |
| 13 | 335 N Redfield St, Philadelphia | Lima One | Lima One motion | Nov 11, 12:00 PM | Nov 18, 12:00 PM |
| 14 | 4124 Paul St, Philadelphia | Lima One | Lima One motion | Nov 11, 12:15 PM | Nov 18, 12:15 PM |
| 15 | 2385 Serles Rd, Middleton, TN (DG26097): home, two barns, studio apartment, 20± acres | None; owned free and clear by RAD | — | Nov 11, 9:00 AM CT | Nov 18, 2:00 PM CT |

## 5 TENTATIVE: LATE NOVEMBER OR DECEMBER AUCTION

24 properties

The following 24 Fay-serviced properties (five loans) have been cleared to proceed to auction and are tentatively planned for a late November or December sale. Auction dates, lot structure and sale motions have not yet been set.

| LOAN NO. | SERVICER | PROPERTIES | ADDRESSES |
|---|---|---|---|
| 0888013056 | Fay | 9 | Brookhaven, PA 19015: 4015 Worrlow Rd; 4024 Gideon Rd; 1205 Rainer Rd; 3922 Elson Rd; 1692 Powell Rd; 1449 Rainer Rd; 1345 Harshaw Rd; 1306 Elson Rd; 1238 Harshaw Rd |
| 0888016596 | Fay | 1 | 1829 S 58th St, Philadelphia, PA 19143 |
| 0888021462 | Fay | 10 | Philadelphia, PA: 2077 Wilmot St; 2014 Wilmot St; 5713 Chew Ave; 5964 Warrington Ave; 533 E Mayland St; 5518 Malcolm St; 304 E Bringhurst St; 4290 Griscom St; 5915 McMahon St; 6614 Chew Ave |
| 0888009562 | Fay | 1 | 290 Watson Ave, Coatesville, PA 19320 |
| 0888010155 | Fay | 3 | Philadelphia, PA 19140 and 19132: 4114 N Darien St; 3712 N Percy St; 2648 N Stanley St |
| **TOTAL** | | **24** | |

## 6 SALE MOTIONS FILED

October 2026

| DATE | MATTER | PROPERTIES | STATUS |
|---|---|---|---|
| Oct 13 | Sale motion filed, Doc 1260 | Kiavi and NewRez/Shellpoint properties in the November sale: 5166 Viola St; 1745 N Wilton St; 340 W Berkley St; 5533 Bloyd St; 8609 Bayard St; 436 N Wilton St; 4047 N 6th St; 4147 N 9th St | FILED |
| Oct 2026 | Sale motion filed, Lima One | 6 properties: 4182 Paul St; 5332 Lena St; 5743 N Beechwood St; 2737 W Eyre St; 335 N Redfield St; 4124 Paul St | FILED |

**LOOKING AHEAD** Closings on the 15 lots under contract from the October auction are in process, the November auction closes November 17 and 18, and 24 Fay properties are tentatively planned for a late November or December auction.

**Under contract:** bidding has ended and a purchase agreement is signed, pending closing. **Closed:** the sale has settled and title has transferred. **Returned to lender:** the high bid fell below the secured lender's number and the property was not sold. **High bid** excludes the buyer's premium; **contract price** includes it.