ORDERED.

**Dated: November 19, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | |
| RAD Diversified REIT, Inc.; | Chapter 11<br>Case No. 8:26-bk-01636-CPM |
| RAD Diversified OZ Fund, LP; | *Jointly Administered with*<br>Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; *and* | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC, | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC,<br>Debtors. | Case No. 8:26-bk-08030-CPM |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF METROPOLITAN LIFE INSURANCE COMPANY**
**[Re: 1431 N 54TH ST, PHILADELPHIA PA 19131]**

**THIS CASE** came before the Court for hearing on November 17, 2026 upon the *Post-Sale Motion for Relief from Automatic Stay* [D.E. #1174] (the "*Motion*") filed by Metropolitan

Life Insurance Company ("Secured Creditor"). For the reasons stated orally and recorded in open Court, and based on the record, it is:

**ORDERED:**

1. Secured Creditor's *Motion for Relief from Automatic Stay* is granted.

2. The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **1431 N 54TH ST, PHILADELPHIA PA 19131**, legally described as:

**SCHEDULE C**
**LEGAL DESCRIPTION**

Issuing Office File No. COA602423

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements located thereon, if any described according to a Survey thereof made by Joseph Johnson, Esquire, Surveyor and Regulator of the 11th District dated June 3rd, 1898 as follows:

SITUATE on the East side of 54th Street at the distance of 241 feet Northward from Master Street in the 44th Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said 54th Street 16 feet and extending in length or depth Eastward between lines at right angles to said 54th Street on the North line thereof 69 feet 8-1/8 inches on the South line thereof 69 feet 1-1/8 inches to a 3 feet wide alley 4 feet 6-1/8 inches wide leading Westward into said 54th Street and on the rear end thereof along the West side of said 3 feet wide alley 16 feet and 1/8 of an inch.

TOGETHER with the free and common use, right, liberty and privilege of that portion of said alleys leading Northward and Southward and then Westward into said 54th Street as and for passageways and watercourses at all times hereafter forever in common with the owners, tenants and occupiers bounding thereon and having a right therein.

BEING known as No. 1431 North 54th Street.
Being the same premises which Lillie Mae Sanders by Deed dated 06/20/1991 and recorded 08/05/1991 in Philadelphia County in Deed Book FHS 1916 Page 541 conveyed unto Berry Wilder, in fee.
Being the same premises which Berry Wilder by Deed dated 07/28/2022 and recorded 08/04/2022 in Philadelphia County as Document No. 54080459 conveyed unto RAD Diversified REIT Inc., in fee.

3. This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the subject property, and Secured Creditor shall neither seek nor obtain an *in personam* judgment or any other *in personam* relief related to the subject property against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

5. Secured Creditor is awarded its attorneys' fees of $750.00 and costs of $199.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees

and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

6. The Court in its discretion waives the fourteen (14) day stay of the Order Granting Motion for Relief from Stay pursuant to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

7. Secured Creditor will notify Pack Law when the property is sold via foreclosure sale.

###

Attorney Tricia Morra is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.