ORDERED.

**Dated: November 19, 2026**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>RAD Diversified REIT, Inc.;<br><br><br><br>RAD Diversified OZ Fund, LP;<br>DHI Fund, LLC;<br>DHI Holdings, LP;<br>and DDH Fund, LLC<br><br>Debtors. | Chapter 11<br><br>Case No. 8:26-bk-01636-CPM<br><br>*Jointly Administered with*<br><br>Case No. 8:26-bk-01637-CPM<br>Case No. 8:26-bk-01638-CPM<br>Case No. 8:26-bk-01639-CPM<br>Case No. 8:26-bk-01640-CPM |

**ORDER GRANTING 7E CWS INVESTMENTS, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY [Doc No. 1162]**

THIS CASE came on for hearing on November 17, 2026, upon the Motion for Relief from the Automatic Stay filed by 7E CWS Investments, Inc., or its nominees and/or assigns (Doc No.

1162). For reasons stated orally and on the record in open court, and the Debtor having no objection to the waiver of the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4), it is ORDERED:

1. The Motion is GRANTED.

2. The automatic stay arising under 11 U.S.C. § 362 is terminated as to the following premises located at 5634 N 18th St, Philadelphia, PA 19146 (the "18th Street Property") and 2110 Latona Street, Philadelphia, PA 19146 (the "Latona Street Property" and together with the 18th Street Property, collectively, the "Properties").

3. The automatic stay is terminated for the purpose of allowing 7E CWS Investments, Inc., its nominees and/or assigns, to take any and all steps necessary to exercise any and all *in rem* rights to may have in the Properties, and to enforce its rights and remedies with respect to the Properties pursuant to the Loan Documents and the Judgments, and applicable non bankruptcy law, including by conducting a Sheriff's sale of the Properties. Provided, however, 7E CWS Investments, Inc., its nominees and/or assigns shall not seek or obtain any *in personam* relief against the Debtor.

4. The Debtor may immediately cancel any property or liability insurance maintained with respect to the Property retroactive to the date of the filing of the petition.

5. 7E CWS Investments, Inc. is awarded attorney's fees in the amount of Seven Hundred Fifty Dollars ($750.00), which amount the Court finds to be reasonable and necessary under the circumstances. The Debtor shall pay such attorney's fees in accordance with the terms of any applicable agreement, plan, or further order of this Court.

6. 7E CWS Investments, Inc. is awarded costs and filing fees in the amount of $199.00, which the Court finds to be reasonable and necessary under the circumstances. Such

amount shall be incorporated into 7E CWS Investments, Inc.'s claim and treated in accordance with the Bankruptcy Code and any confirmed plan.

7. The 14-day stay imposed by Bankruptcy Rule 4001(a)(4) is hereby waived and 7E CWS Investments, Inc may immediately exercise its rights and remedies with respect to the Properties.

8. The Court retains exclusive jurisdiction to implement, interpret, or enforce this Order.

*Attorney Jillian Nolan Snider is directed to serve this Order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the order.*