**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**MOTION TO CANCEL NOVEMBER 30, 2026 EVIDENTIARY HEARING**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), through their undersigned counsel, seek entry of an order cancelling the evidentiary hearing scheduled for November 30, 2026 at 2:30 p.m. ET and in support thereof, state as follows:

1. On April 14, 2026, the Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2025-NPL2 (the "**Mortgagee**") filed its *Amended Motion for Relief from the Automatic Stay* with respect to 1808 Fox Circle [Dkt. No. 241] (the "**Stay Relief Motion**").

2. The Stay Relief Motion was set for evidentiary hearing on September 29, 2026 at 10:00 a.m. ET, and was subsequently rescheduled to November 30, 2026 at 2:30 p.m. ET [Dkt. No. 1178] (the "**Evidentiary Hearing**").

3. On September 21, 2026, Debtors filed their *Motion to Approve Compromise with Wilmington Savings Fund Society, FSB, Solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2 Pursuant to Bankruptcy Rule 9019* [Dkt. No. 1153] which was granted on November 3, 2026 [Dkt. No. 1337] (the "**Compromise Order**").

4. Pursuant to the Compromise Order, upon receipt of the Settlement Payment[1] by the Debtors from the Mortgagee, stay relief would be effective [Compromise Order, ¶ 4] and the Evidentiary Hearing would be cancelled [*Id.* at ¶ 9].

5. Mortgagee's counsel has confirmed that the Settlement Payment will be made prior to November 30, 2026.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order substantially in the form attached as **Exhibit A** cancelling the evidentiary hearing scheduled for November 30, 2026 at 2:30 p.m. ET, and granting such other and further relief as the Court deems just and proper.

Dated: November 25, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: */s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them in the Compromise Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: *\/s/ Jessey J. Krehl*
Jessey J. Krehl
Florida Bar No. 1025848

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**ORDER GRANTING MOTION TO CANCEL NOVEMBER 30, 2026 EVIDENTIARY HEARING**

THIS MATTER came before the Court without hearing upon the *Agreed Motion to Cancel November 30, 2026 Evidentiary Hearing* [Dkt. No. ___] (the "**Agreed Motion**").[1] By submission

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

of this order for entry, Debtors' counsel represents that the Mortgagee consents to its entry. The Court having reviewed the Motion and finding that it is well taken,

**IT IS HEREBY ORDERED THAT:**

1. The Agreed Motion is **GRANTED**.

2. The Evidentiary Hearing scheduled for November 30, 2026 at 2:30 p.m. ET is **CANCELLED**.

###

*Attorney Jessey J. Krehl, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, consistent with the other Orders of this Court, and file a proof of service within three days of entry of this Order.*