**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| RAD Diversified REIT, Inc.; | Case No. 8:26-bk-01636-CPM |
| | *Jointly Administered with* |
| RAD Diversified OZ Fund, LP; | Case No. 8:26-bk-01637-CPM |
| DHI Fund, LLC; | Case No. 8:26-bk-01638-CPM |
| DHI Holdings, LP; | Case No. 8:26-bk-01639-CPM |
| DDH Fund, LLC; *and* | Case No. 8:26-bk-01640-CPM |
| The Seminar Solution, LLC; | Case No. 8:26-bk-08030-CPM |
| Debtors. | |

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS GIVEN THAT:

1. The Honorable Catherine Peek McEwen will conduct a preliminary hearing in this case on December 17, 2026 at 3:30 p.m. ET at the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Courtroom 8B, Tampa, FL 33602 on:

***Debtors' Expedited Motion for Order (A) Authorizing the Debtors to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m); (B) Approving Bidding Procedures and Surcharge; and (C) for Other Relief (4015 Worrilow Rd., Brookhaven, PA 19015; 4024 Gideon Rd., Brookhaven, PA 19015; 1205 Rainer Rd., Brookhaven, PA 19015; 3922 Elson Rd., Brookhaven, PA 19015; 1692 Powell Rd., Brookhaven, PA 19015; 1449 Rainer Rd., Brookhaven, PA 19015; 1345 Harshaw Rd., Brookhaven, PA 19015; 1306 Elson Rd., Brookhaven, PA 19015; 1238 Harshaw Rd., Brookhaven, PA 19015; 290 Watson Ave., Coatesville, PA 19320)*** [Dkt. No. 1424].

2. All parties may attend the hearing in person or via Zoom. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: November 25, 2026

Respectfully submitted,

**PACK LAW**
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500

By: *_/s/ Jessey J. Krehl_*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel to the Debtors and Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case including:

Megan N. Harper, Esq., Divisional Deputy City Solicitor, Bankruptcy Division, City of Philadelphia Law Department, Tax Litigation & Collections Unit

Elena Ketchum, Esq., counsel to the Philadelphia Community Development Coalition, Inc.

Laura Noyes, Esq., Friedman Vartolo LLP, counsel to Mortgagees

Donna Glick, Esq., Esq., Friedman Vartolo LLP, counsel to Mortgagees

**I FURTHER CERTIFY** that that on November 25, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on the following:

**By first-class U.S. Mail, postage prepaid, and electronic mail:**

Debra Autrey
526 East Walnut Lane
Philadelphia, PA 19144
debautrey456@gmail.com

Takiyah Holmes
1205 Rainer Rd.
Brookhaven, PA 19015
takiyah.holmes88@gmail.com

Talib Sudan
3922 Elson Rd.
Brookhaven, PA 19015
talibblack61@gmail.com

Nicole Wesley
Deshawn L. Wesley-Barker
1345 Harshaw Rd.
Brookhaven, PA 19015
nwesley1333@gmail.com
deshawn303@gmail.com

Evelyn Madison
Tom Frye
1306 Elson Rd.
Brookhaven, PA 19015
evelynmadison1971@gmail.com
tommyfrye95@yahoo.com

Monique Smith-Melvin
1238 Harshaw Rd.
Brookhaven, PA 19015
monique.smith0208@gmail.com

**By first-class U.S. Mail, postage prepaid**:

Any and All Unknown Occupants
4015 Worrilow Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
4024 Gideon Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
1205 Rainer Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
3922 Elson Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
1692 Powell Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
1449 Rainer Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
1345 Harshaw Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
1306 Elson Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
1238 Harshaw Rd.
Brookhaven, PA 19015

Any and All Unknown Occupants
290 Watson Ave.
Coatesville, PA 19320

Pennsylvania Department of Revenue
Bureau of Compliance, Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

**I FURTHER CERTIFY** that on November 25, 2026, I transmitted the foregoing document to Epiq Corporate Restructuring, LLC for service on those persons entitled to notice by mail under the *Interim Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and Consolidated List of the Top Thirty Unsecured Creditors, (II) Establishing Notice Procedures, and (III) Granting Related Relief* [Dkt. No. 72].

By: */s/ Jessey J. Krehl*
Jessey J. Krehl
Bar No. 1025848